IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased,  )<br>)<br>)<br>)<br>   Plaintiff,   )<br>)<br>v.   )<br>)<br>U S A TRUCK, Inc; THEODORE LEVERNE JOHNSON; et al.,  )<br>)<br>)<br>   Defendants.  ) | Case No. 2:06cv868-ID<br><br>Removed from Montgomery County Circuit Court, CV No.: CV-06-2362 |

## CERTIFICATE OF REMOVAL

Defendants, USA Truck, Inc. and Theodore Leverne Johnson, hereby certify that on this the 27th day of September, 2006, the above-styled action was removed to this Court and that on this same date, a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court of Montgomery County, Alabama, for filing therein.

_____
Thomas L. Oliver, II (ASB-3153-R53T)
Lea Richmond, IV (ASB-8479-I74R)
**ATTORNEYS FOR DEFENDANTS**

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:   (205) 822-2057

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States mail, properly addressed and postage prepaid, on the 27th day of September, 2006, as follows:

Kenneth J. Mendelsohn, Esq.
**JEMISON & MENDELSOHN, P.C.**
1772 Platt Place
Montgomery, Alabama 36117

_____
OF COUNSEL