IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, ) ) ) ) Plaintiff, ) ) v. ) ) U S A TRUCK, Inc; THEODORE LEVERNE JOHNSON; et al., ) ) ) ) Defendants. ) | Case No. 2:06cv868-ID-CSC |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, **USA Truck, Inc.**, pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 7.1, and discloses the following:

1. No parent corporation owns more than 10% of USA Truck, Inc.'s stock.

2. No subsidiary or public held company owns more than 10% of USA Truck, Inc.'s stock.

s/ Lea Richmond, IV<br>
Thomas L. Oliver, II (ASB-3153-R53T)<br>
Lea Richmond, IV (ASB-8479-l74R)<br>
<b>ATTORNEYS FOR DEFENDANTS</b>

<u>**OF COUNSEL**</u>**:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:    (205) 822-2057

-1-

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 30, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn, Esq.
**JEMISON & MENDELSOHN, P.C.**
1772 Platt Place
Montgomery, Alabama 36117

                 s/ Lea Richmond, IV
                 OF COUNSEL