IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX ) <br> of the ESTATE OF JOHN W. BRITT, ) <br> deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U S A TRUCK, Inc; THEODORE ) <br> LEVERNE JOHNSON; et al., ) <br> ) <br> Defendants. ) | Case No. 2:06cv868-ID-CSC |

**JOINT REQUEST FOR RULE 16 SCHEDULING CONFERENCE WITH THE COURT**

COME NOW the Parties, Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 16, and jointly request that this Honorable Court enter an order setting a conference for the parties with the Court to develop the Scheduling Order that will govern the above-captioned cause. In support thereof, the Parties show unto the Court as follows:

1. On October 30, 2006, the Court entered an order directing the parties to confer and develop a report of the parties' planning meeting pursuant to Rule 26(f) with said report being due no later than November 13, 2006.

2. To comply with the Court's order, the parties have, in good faith, discussed on several occasions a proposed report of the parties' planning.

3. A disagreement has arisen as to which trial term should be selected for the report of the parties' planning meeting. The Plaintiff proposes a trial date of no later than July 23, 2007, and the Defendant proposes a trial date of no earlier than November 5, 2007.

4. The parties request a scheduling conference with the Court to select a trial date, as well as the litigation deadlines that will govern this action.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an order setting a scheduling conference for the above-referenced case.

DATED this 9th day of November, 2006.

_____
Kenneth J. Mendelsohn, Esq.
Attorney for Plaintiff

**JEMISON & MENDELSOHN, P.C.**
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:   (334) 213-5663

_____
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-I74r)
Attorneys for Defendants

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:   (205) 822-2057