IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LANDRIA BRITT, as Administratrix of** ) | |
| **the estate of JOHN W. BRITT, deceased,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. 2:06cv868-ID |
| v. ) | |
| ) | |
| **U S A TRUCK, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon CONSIDERATION of the parties' joint request for a Rule 16 Scheduling Conference (Doc. No. 6), filed November 9, 2006, it is ORDERED that said request be and the same is hereby DENIED at this time for the following reason. As of date, the court's civil trial terms, commencing July 23, 2007, and November 5, 2007, are filled to capacity. The court's next available civil trial term commences on January 28, 2008. Given the foregoing consideration, the time for the parties to submit their Rule 26(f) report, containing the discovery plan, is hereby EXTENDED to and including November 27, 2006.

Done this 13th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE