IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX ) <br> of the ESTATE OF JOHN W. BRITT, ) <br> deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U S A TRUCK, Inc; THEODORE ) <br> LEVERNE JOHNSON; et al., ) <br> ) <br> Defendants. ) | Case No. 2:06cv868-ID-CSC |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. 26(f), a meeting was held on November 21, 2006, via telephone conference and was attended by:

   **Kenneth J. Mendelsohn, Esq.**, for Plaintiff;
   **Lea Richmond, IV, Esq.**, for Defendants USA Truck, Inc., and Theodore L. Johnson

2. **Pre-Discovery Disclosures.** The parties will exchange by **December 1, 2006**, the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: Plaintiff's claims and damages and Defendants' defenses.

   All discovery commenced in time to be completed by **August 15, 2007**.

   Maximum of 50 interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum of 50 requests for production by each party to any other party. Responses due 30 days after service.

   Maximum of 50 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **ten (10)** depositions by Plaintiff and **ten (10)** depositions by Defendants. Each deposition is limited to a maximum of 8 hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:
from Plaintiff by **May 1, 2007**.
from Defendant by **June 1, 2007**.

Supplements under Rule 26(e) due within **30 days** before trial.

4. **Other items**.

The parties (do/**do not**) request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until **February 1, 2007**, to join additional parties and to amend the pleadings.

Defendant should be allowed until **March 1, 2007**, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **September 3, 2007**.

The parties request a pre-trial conference in **December of 2007**.

Final lists of trial evidence under Rule 26(a)(3) should be due:

from Plaintiff: witnesses and exhibit list exchanged **30 days before trial.**
from Defendant: witnesses and exhibit list exchanged **30 days before trial.**

Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The parties will discuss settlement, but some discovery will be necessary before final evaluation can be made. Mediation should be considered at the close of discovery.

This case should be ready for trial by **the Court's January 28, 2008, jury docket in Montgomery, Alabama**, and at this time is expected to take approximately 3 days.

_____
Kenneth J. Mendelsohn
Attorney for Plaintiff

**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124
Telephone: (334) 213-2323
Facsimile: (334) 213-5663

_____
Thomas L. Oliver, II
Lea Richmond, IV
Attorneys for Defendants

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057