IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, | * * * * |
| Plaintiff, | * * |
| v. | *   CV: 06-CV-868-ID-CSC |
| | * |
| U S A TRUCK, Inc; THEODORE LEVERNE JOHNSON; et al, | * * |
| Defendants. received | * * |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS**

Pursuant to Rule 36, *Federal Rules of Civil Procedure*, Plaintiffs respond to Defendant, USA Truck, Inc., produce the following documents and things within the time required by law:

1.  That the Toxicology Report generated by National Medical Services, Inc., (hereafter referred to as Toxicology Report), is authentic for purposes of Federal Rule of Evidence 901.

   **Denied.**

2.  That the Toxicology Report constitutes a portion of the report completed by the Alabama Department of Forensic Sciences regarding the death of John W. Britt.

   **Plaintiff admits that the toxicology report is contained in the Alabama DFS report, but DENIES that the toxicology report is admissible or relevant as result of being included in the DFS report.**

3. That the Toxicology Report, and all results contained therein, are based upon sufficient facts and data as contemplated by Federal Rule of Evidence 702.

**Denied.**

4. That Analysis by Gas Chromatography/Mass Spectrometry, (hereinafter referred to as GC/MS), is a reliable, scientific method for quantitatively testing the presence of Delta-9 Carboxy THC in human blood.

**Denied.**

5. That Analysis by Gas Chromatography/Mass Spectrometry, (hereinafter referred to as GC/MS), is a reliable, scientific method for quantitatively testing the presence of Delta-9THC in human blood as contemplated by Federal Rule of Evidence 702.

**Denied.**

6. That the results reflected in the Toxicology Report for GC/MS testing for Delta-9 Carboxy THC and Delta-9THC are the product of reliable, scientific testing as contemplated by Federal Rule of Evidence 702.

**Denied.**

7. That the results in the Toxicology Report for GC/MS testing for Delta-9 Carboxy THC and Delta-9 THC indicate, within a reasonable degree of scientific probability, that John W. Britt was intoxicated at the time of the accident made the basis of this lawsuit.

**Denied.**

_____
KENNETH J. MENDELSOHN   MEN001

OF COUNSEL:

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
(334) 213-2323

## CERTIFICATE OF SERVICE

I hereby certify that on the ____18____ day of December, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems which will send notification of such filing to the following:

Thomas Oliver, II
Lea Richmond, IV
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216

_____
Of Counsel

3