IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| vs. | ) CIVIL ACTION NO. 06-cv-868-JD-CSC ) |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF APPEARANCE

NOW COME DAVID E. ALLRED, D. CRAIG ALLRED and the firm of DAVID E. ALLRED, P.C. and give notice of appearance as co-counsel on behalf of the plaintiff in the above-referenced matter.

Respectfully submitted this the 19th day of January, 2007.

_____
DAVID E. ALLRED

_____
D. CRAIG ALLRED

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone: (334) 213-2323
Facsimile: (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of January, 2007 electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>   Thomas L. Oliver, II, Esq.
>   Lea Richmond, IV, Esq.
>   CARR ALLISON
>   100 Vestavia Parkway
>   Birmingham, Alabama 35216

_____
OF COUNSEL