IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Landria Britt, etc.,

    Plaintiff,

v.

U S A Truck, Inc., et al.,

    Defendants,

CASE NO. 06-cv-868

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Landria Britt, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity        Relationship to Party

6/20/2007
Date

/s/ David E. Allred
(Signature)

David E. Allred
(Counsel's Name)

David E. Allred, P.C.

Counsel for (print names of all parties)
Landria Britt, as Administratrix of the Estate of John W. Britt, Deceasd
Post Office Box 241594, Montgomery, Alabama 36124-1594
Address, City, State Zip Code
(334) 396-9200
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____David E. Allred_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of _____June_____ 20_07_, to:

Thomas L. Oliver, II, Esq.

Lea Richmond, IV, Esq.

CARR ALLISON

100 Vestavia Parkway

Birmingham, Alabama  35216


6/20/2007
Date

/s/ David E. Allred
Signature