IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, ) ) ) ) | Case No. 2:06cv868-ID-CSC |
| Plaintiff, ) ) | |
| v. ) ) | |
| U S A TRUCK, Inc; THEODORE LEVERNE JOHNSON; et al., ) ) ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Theodore Leverne Johnson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees 9but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                             **Relationship to Party**

_____    _____

_____    _____

_____    _____

_____    _____


  June 21, 2007                              s/ Lea Richmond, IV
     **Date**                                Thomas L. Oliver, II
                                             Lea Richmond, IV
                                             Attorneys for Defendants

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

     I, Lea Richmond, IV, do hereby Certify that on the 21st day of June, 2007, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

                                        s/ Lea Richmond, IV
                                        **OF COUNSEL**