**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LANDRIA BRITT, as** ) | |
| **ADMINISTRATRIX of the** ) | |
| **ESTATE OF JOHN W. BRITT,** ) | |
| deceased, ) | **Case No. 2:06cv868-ID-CSC** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **U S A TRUCK, Inc.; THEODORE** ) | |
| **LEVERNE JOHNSON; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW the Defendants, **Theodore L. Johnson** and **USA Truck, Inc.**, (hereinafter "Defendants"), by and through their undersigned attorneys of record, and, pursuant to Rules 56 and 54(b) of the Federal Rules of Civil Procedure, move this Honorable Court for an Order granting partial summary judgment on the Plaintiff's wanton operation claim, negligent hiring and retention claims, negligent/wanton entrustment claims, and "negligence of USA Truck, Inc." claim. There are no genuine issues of material fact as to any of these claims, and Defendants are entitled to judgment in their favor as a matter of law with respect to each of these claims. The

Defendants <u>do not</u> seek summary judgment on the Plaintiff's negligent operation claim. This motion is supported by the pleadings, Plaintiff's responses to interrogatories, and the applicable law outlined in the brief filed contemporaneously herewith.

**MOVANT REQUESTS ORAL ARGUMENT**

s/ Lea Richmond, IV
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-l74r)
Attorneys for Defendants

<u>**OF COUNSEL:**</u>

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

      I, Lea Richmond, IV, do hereby Certify that on the 4th day of September, 2007, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

                                      s/ Lea Richmond, IV
                                      **OF COUNSEL**