IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased,<br><br>       *Plaintiff,*<br><br>vs.<br><br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,*<br><br>       *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 2:06cv868-ID-CSC<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES the plaintiff, by and through her attorney and moves the Court, pursuant to Rule 56(f) of the *Federal Rules of Civil Procedure* for additional time to respond to the defendants' motion for partial summary judgment and, for reason, plaintiff says:

1.      The plaintiff is not in a position to respond to defendants' motion for partial summary judgment at this time as demonstrated in the affidavit of plaintiff's counsel attached hereto.

2.      Depositions of the defendants are scheduled for September 14, 2007, however, the plaintiff will need some time to receive the transcripts back from the court reporter and incorporate relevant portions into her response.

3.    In addition, the plaintiff has requested, but has been unable to depose the defendant's experts in the case.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiff requests that the Court grant her additional time, through and including October 24, 2007 to respond to the defendants' motion for partial summary judgment.

Respectfully submitted,


/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of September, 2007 electronically filed the

foregoing *Plaintiff's Motion for Additional Time to Respond to Defendants' Motion for Partial*

*Summary Judgment* with the Clerk of the Court for the United States District Court, for the

Middle District of Alabama, Northern Division, using the CM/ECF system, which will

send notification of such filing to:

>     Thomas L. Oliver, II, Esq.
>     Lea Richmond, IV, Esq.
>     CARR ALLISON
>     100 Vestavia Parkway
>     Birmingham, Alabama 35216

>                   /s/ *David E. Allred*
>                   OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
                                   )
           *Plaintiff,* )
                                   )
vs. )    CIVIL ACTION NO. 2:06cv-ID-CSC
                                   )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
                                   )
           *Defendants.* )

## AFFIDAVIT OF DAVID E. ALLRED

"My name is DAVID E. ALLRED, I have personal knowledge of the facts set forth herein. I have represented the plaintiff, Landria Britt, as Administratrix of the Estate of John W. Britt, Deceased, at all times material hereto.

I have attempted on several occasions to depose Defendant Theodore Leverne Johnson, as well as the 30(b)(6) representative of Defendant U S A Truck, Inc. Those depositions were canceled either because the witness would not be present or on request of counsel. In addition, the defendants failed to respond to discovery requests for documents in sufficient time for the plaintiff to prepare for those depositions.

The plaintiff has been unable to secure an additional date for the defendants' depositions, but has issued a notice to depose the driver (Defendant Johnson) and the 30(b)(6) representative of the corporate defendant on Friday, September 14th.

Attached hereto are copies of notices of the defendants' depositions, which notices were issued by the plaintiff earlier."

Further, affiant saith not.

_____
DAVID E. ALLRED

STATE OF ALABAMA     )
                           )
COUNTY OF MONTGOMERY    )

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of September, 2007.

(SEAL)

_____
NOTARY PUBLIC
My commission expires: 7/31/10

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 06-cv-868-JD-CSC |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF 30(b)(6) DEPOSITION

Please take notice that counsel for plaintiff will take the oral deposition of the 30(b)(6) agent or representative of **U S A TRUCK, INC.** on **May 15, 2007** at **1:00 p.m.** at the offices of **DAVID E. ALLRED, P.C., 7030 Fain Park Drive, Suite 9, Montgomery, Alabama,** who can testify as to the following topics:

1. The person in charge of hiring, safety training, screening drivers, and retaining drivers on the job with Defendant U S A Truck.

2. The person who is in charge of insuring that drivers working for U S A Truck comply with the Federal Motor Carrier Safety Regulations and the Rules of the Road.

3. The person who made the decision to hire Theodore Leverne Johnson as a U S A Truck driver.

4. The person who made the decision to retain Theodore Leverne Johnson as a U S A Truck driver

5.    The person who was responsible for seeing that Theodore Leverne Johnson met the qualifications of U S A Truck.

6.    The person or persons who can testify to the matters which are the subject of the plaintiff's interrogatories to Defendant U S A Truck, a copy of which are attached hereto as Exhibit A and incorporated herein by reference.

7.    The person or persons who can testify as to the matters referred to in the plaintiffs' request for production filed to U S A Truck, a copy of which is attached hereto as Exhibit B and incorporated herein by reference.

Pursuant to Rule 30(b)(5) of the *Federal Rules of Civil Procedure*, the defendant, U S

A Truck, is requested to produce the following documents and things at the deposition:

1.    All documents referred to in the request for production attached to this notice as Exhibit B.

2.    All documents upon which the defendant, U S A Truck, will rely in defense of the plaintiff's action for the wrongful death of John Britt.

3.    All statements of the plaintiff.



_____

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Notice of 30(b)(6) Deposition* has been

served upon the following counsel of record in this cause by placing a copy of same in the

United States Mail, first-class postage prepaid, on this the 19th day of April, 2007:

>Thomas L. Oliver, II, Esq.
>Lea Richmond, IV, Esq.
>CARR ALLISON
>100 Vestavia Parkway
>Birmingham, Alabama 35216



OF COUNSEL

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
                                  )
         *Plaintiff,* )
                                  )
vs. )     CIVIL ACTION NO. 2:06cv868-ID-CSC
                                  )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
                                  )
         *Defendants.* )

## NOTICE OF 30(b)(6) DEPOSITION

Please take notice that counsel for plaintiff will take the oral deposition of the

30(b)(6) agent or representative of **U S A TRUCK, INC.** on **May 24, 2007** at **1:00 p.m.** at the

offices of **DAVID E. ALLRED, P.C., 7030 Fain Park Drive, Suite 9, Montgomery, Alabama,**

who can testify as to the following topics:

1.     The person in charge of hiring, safety training, screening drivers, and retaining drivers on the job with Defendant U S A Truck.

2.     The person who is in charge of insuring that drivers working for U S A Truck comply with the Federal Motor Carrier Safety Regulations and the Rules of the Road.

3.     The person who made the decision to hire Theodore Leverne Johnson as a U S A Truck driver.

4.     The person who made the decision to retain Theodore Leverne Johnson as a U S A Truck driver

5.    The person who was responsible for seeing that Theodore Leverne Johnson met the qualifications of U S A Truck.

6.    The person or persons who can testify to the matters which are the subject of the plaintiff's interrogatories to Defendant U S A Truck, a copy of which are attached hereto as Exhibit A and incorporated herein by reference.

7.    The person or persons who can testify as to the matters referred to in the plaintiffs' request for production filed to U S A Truck, a copy of which is attached hereto as Exhibit B and incorporated herein by reference.

Pursuant to Rule 30(b)(5) of the *Federal Rules of Civil Procedure,* the defendant, U S A Truck, is requested to produce the following documents and things at the deposition:

1.    All documents referred to in the request for production attached to this notice as Exhibit B.

2.    All documents upon which the defendant, U S A Truck, will rely in defense of the plaintiff's action for the wrongful death of John Britt.

3.    All statements of the plaintiff.



_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

-2-

<u>C<small>ERTIFICATE OF</small> S<small>ERVICE</small></u>

I hereby certify that a copy of the foregoing *Notice of 30(b)(6) Deposition* has been

served upon the following counsel of record in this cause by placing a copy of same in the

United States Mail, first-class postage prepaid, on this the 20th day of April, 2007:

       Thomas L. Oliver, II, Esq.
       Lea Richmond, IV, Esq.
       C<small>ARR</small> A<small>LLISON</small>
       100 Vestavia Parkway
       Birmingham, Alabama 35216



_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
                                   )
             *Plaintiff,* )
                                    )
vs. )   CIVIL ACTION NO. 06-cv-868-JD-CSC
                                    )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
                                    )
             *Defendants.* )

## NOTICE OF DEPOSITION DUCES TECUM

**To:**       Thomas L. Oliver, II, Esq.
              Lea Richmond, IV, Esq.
              **CARR ALLISON**
              100 Vestavia Parkway
              Birmingham, Alabama 35216

Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

                        **Deponent:**   **Theodore Leverne Johnson**

                        **Date:**       **April 18, 2007**

                        **Time:**       **10:00 a.m.**

                        **Place:**      **Office of David E. Allred, P.C.**
                                         **7030 Fain Park Drive, Suite 9**
                                         **Montgomery, Alabama 36117**

Defendant is hereby requested at the time of deposition to produce the documents and things set out on Exhibit "A" attached hereto. The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Alabama Rules of Civil Procedure*. You are invited to attend and cross-examine.



_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Deposition Duces Tecum* has

been served upon the following counsel of record in this cause by placing a copy of same

in the United States Mail, first-class postage prepaid, on this the 6th day of April, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216



_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 06-cv-868-JD-CSC |
| | ) |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION DUCES TECUM

To:     Thomas L. Oliver, II, Esq.
        Lea Richmond, IV, Esq.
        **CARR ALLISON**
        100 Vestavia Parkway
        Birmingham, Alabama 35216

Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

Deponent:     **Theodore Leverne Johnson**

Date:         **May 15, 2007**

Time:         **10:00 a.m.**

Place:        **Office of David E. Allred, P.C.
              7030 Fain Park Drive, Suite 9
              Montgomery, Alabama 36117**

Defendant is hereby requested at the time of deposition to produce the documents and things set out on Exhibit "A" attached hereto. The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Alabama Rules of Civil Procedure*. You are invited to attend and cross-examine.



_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Deposition Duces Tecum* has

been served upon the following counsel of record in this cause by placing a copy of same

in the United States Mail, first-class postage prepaid, on this the 19th day of April, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216



_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix    )
of the Estate of JOHN W. BRITT,     )
Deceased,                           )
                                    )
            *Plaintiff,*             )
                                    )
vs.                                 )    CIVIL ACTION NO. 2:06cv868-ID-CSC
                                    )
U S A TRUCK, INC.; THEODORE         )
LEVERNE JOHNSON, *et al.,*           )
                                    )
            *Defendants.*            )

## NOTICE OF DEPOSITION DUCES TECUM

To:     Thomas L. Oliver, II, Esq.
        Lea Richmond, IV, Esq.
        **CARR ALLISON**
        100 Vestavia Parkway
        Birmingham, Alabama 35216

Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

Deponent:    **Theodore Leverne Johnson**

Date:        **May 24, 2007**

Time:        **10:00 a.m.**

Place:       **Office of David E. Allred, P.C.**
             **7030 Fain Park Drive, Suite 9**
             **Montgomery, Alabama  36117**

Defendant is hereby requested at the time of deposition to produce the documents and things set out on Exhibit "A" attached hereto. The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Alabama Rules of Civil Procedure*. You are invited to attend and cross-examine.



_____

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Deposition Duces Tecum* has

been served upon the following counsel of record in this cause by placing a copy of same

in the United States Mail, first-class postage prepaid, on this the 20th day of April, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216



_____

OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
)
)
)
Plaintiff, )
)
vs. )
)   CIVIL ACTION NO. 2:06cv868-ID-CSC
)
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, et al., )
)
)
Defendants. )
)

# NOTICE OF DEPOSITION DUCES TECUM

To:       Thomas L. Oliver, II, Esq.
          Lea Richmond, IV, Esq.
          **CARR ALLISON**
          100 Vestavia Parkway
          Birmingham, Alabama 35216

Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

Deponent:    **Theodore Leverne Johnson**

Date:        **May 24, 2007**

Time:        **10:00 a.m.**

Place:       **Office of David E. Allred, P.C.**
             **7030 Fain Park Drive, Suite 9**
             **Montgomery, Alabama 36117**

Defendant is hereby requested at the time of deposition to produce the documents and things set out on Exhibit "A" attached hereto. The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Alabama Rules of Civil Procedure*. You are invited to attend and cross-examine.

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:     (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:     (334) 213-5663

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Re-Notice of Deposition Duces Tecum* has been served upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 7th day of September, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

_____
OF COUNSEL

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
                       )
         *Plaintiff,* )
                       )
vs.                     )    CIVIL ACTION NO. 2:06cv868-ID-CSC
                       )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
                       )
         *Defendants.* )

## NOTICE OF 30(b)(6) DEPOSITION

Please take notice that counsel for plaintiff will take the oral deposition of the 30(b)(6) agent or representative of U S A TRUCK, INC. on May 24, 2007 at 1:00 p.m. at the offices of DAVID E. ALLRED, P.C., 7030 Fain Park Drive, Suite 9, Montgomery, Alabama, who can testify as to the following topics:

1.    The person in charge of hiring, safety training, screening drivers, and retaining drivers on the job with Defendant U S A Truck.

2.    The person who is in charge of insuring that drivers working for U S A Truck comply with the Federal Motor Carrier Safety Regulations and the Rules of the Road.

3.    The person who made the decision to hire Theodore Leverne Johnson as a U S A Truck driver.

4.    The person who made the decision to retain Theodore Leverne Johnson as a U S A Truck driver

3.    The person who made the decision to hire Theodore Leverne Johnson as a U S A Truck driver.

4.    The person who made the decision to retain Theodore Leverne Johnson as a U S A Truck driver

5.    The person who was responsible for seeing that Theodore Leverne Johnson met the qualifications of U S A Truck.

6.    The person or persons who can testify to the matters which are the subject of the plaintiff's interrogatories to Defendant U S A Truck, a copy of which are attached hereto as Exhibit A and incorporated herein by reference.

7.    The person or persons who can testify as to the matters referred to in the plaintiffs' request for production filed to U S A Truck, a copy of which is attached hereto as Exhibit B and incorporated herein by reference.

Pursuant to Rule 30(b)(5) of the *Federal Rules of Civil Procedure*, the defendant, U S A Truck, is requested to produce the following documents and things at the deposition:

1.    All documents referred to in the request for production attached to this notice as Exhibit B.

2.    All documents upon which the defendant, U S A Truck, will rely in defense of the plaintiff's action for the wrongful death of John Britt.

3.    All statements of the plaintiff.

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

-2-

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Re-Notice of 30(b)(6) Deposition* has been served upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 7th day of September, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

_____
OF COUNSEL

-3-