IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ) | |
| ADMINISTRATRIX of the ) | |
| ESTATES OF JOHN W. BRITT, ) | |
| deceased, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 2:06-CV-868-ID |
| v. ) | |
| ) | |
| U S A TRUCK, Inc., and THEODORE ) | |
| LEVERNE JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon CONSIDERATION of Plaintiff's Motion for Additional Time to Respond to Defendants' Motion for Partial Summary Judgment (Doc. No. 19), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to respond to the pending motion for partial summary judgment be and the same is hereby EXTENDED to and including October 24, 2007. Defendants may file a reply, if desired, on or before November 2, 2007.

DONE this 10th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE