IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratix of the estate of JOHN W. BRITT, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U S A TRUCK, Inc., *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.  2:06cv868-ID<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the defendants' motions for protective order (Doc. Nos. 21 & 22 ), the plaintiff's motion for sanctions (Doc. No. 23), and the defendants' response (Doc. No. 24), it is

ORDERED that this matter be and is hereby set for oral argument on October 29, 2007, at 10:00 a.m.  This proceeding shall be conducted by telephone conference. Counsel for the defendants shall set up the telephone conference.

Done this 12th day of October, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE