IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv868-ID-CSC ) |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,* | ) ) ) |
| *Defendants.* | ) ) |

## REPORT TO COURT REGARDING SETTLEMENT

NOW COMES the plaintiff and files this report regarding settlement discussions:

The parties engaged in a face-to-face settlement conference early in the case by engaging in a mediation in Montgomery. The mediation did not result in settlement. Within the past six weeks, the parties have had numerous conversations and have exchanged correspondence. The case is not settled at this writing. The parties continue to negotiate pending the depositions of the defendants. Mediation was not successful earlier and would not be expected to be helpful at this time.

Respectfully submitted,

_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of October, 2007 electronically filed the foregoing *Report to Court Regarding Settlement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Thomas L. Oliver, II, Esq.
    Lea Richmond, IV, Esq.
    CARR ALLISON
    100 Vestavia Parkway
    Birmingham, Alabama 35216

                                          /s/ *David E. Allred*
                                          OF COUNSEL