IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
         )
        *Plaintiff,* )
         )
vs. )     CIVIL ACTION NO. 06-cv-868-ID-CSC
         )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
         )
        *Defendants.* )

## RULE 56(f) MOTION / SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, LANDRA BRITT TYLER, as Administratrix of the Estate of

JOHN W. BRITT, Deceased, and by and through her attorney, and moves the Court, pursuant

to Rule 56(f), for an extension of time to respond to the defendants' motion for summary

judgment and, for reason, plaintiff says:

    1.    That Rule 56(f) provides:

> " . . . should it appear from the affidavits of the party opposing
> the motion that the party cannot for reasons stated present by
> affidavit facts essential to justify the party's opposition, the
> Court may refuse the application for judgment or may order a
> continuance to permit affidavits to be obtained or depositions
> to be taken or discovery to be had or make such other order as
> is just."

    2.    As demonstrated by the affidavit of plaintiff's counsel filed October 9, 2007

(Doc. 23-11), the defendants have failed or refused to appear for depositions and Defendant

Johnson has failed and refused to file signed interrogatory responses in compliance with the *Federal Rules of Civil Procedure* and the scheduling order issued by this Court (Doc. 9). Consequently, the plaintiff is not in a position to respond to the defendants' motion for summary judgment.

3.     Because of this failure to engage in discovery by the defendants, the plaintiff has already been caused to seek additional time from this Court on one occasion (Doc. 19), which request was granted extending the response time to and including October 24, 2007 (Doc. 20).

4.     In an effort to obtain depositions of the defendants, the plaintiff noticed those depositions for October 8, 2007 in Birmingham, Alabama, an agreed date and time; however, at the last minute, the defendants canceled those depositions and stated that, rather than appear in Birmingham as agreed, the corporate defendant would have to be deposed at an undisclosed location in Arkansas and the driver, Johnson, would have to be deposed in Delaware (see plaintiff's Motion for Sanctions . . . filed October 9, 2007 (Doc. 23), paragraphs 3, 4 and 5.

5.     Even at this date on which this filing is made, the plaintiff has not been provided with any substitute dates on when the defendants can be deposed. That, due to the cancellation of the defendants' depositions, as well as Defendant Johnson's failure to respond to interrogatories (see Motion for Sanctions . . . October 9, 2007 (Doc. 23) at page 6), the plaintiff cannot fully respond to the defendants' motion for summary judgment and, therefore, must once again request an extension of time for response from this Court.

6.    Plaintiff requests that, under the circumstances, including the recurring cancellations of the defendants' depositions, that rather than set a specific date for response to the defendants' summary judgment, that the plaintiff be allowed a reasonable time, after the defendants are deposed, during which to respond.

7.    The plaintiff further moves the Court to extend the discovery cut-off date in this case from the November 20, 2007 date to December 19, 2007, which is one day before the pre-trial hearing in this case, which extension would be appropriate under the circumstances as set out in this motion, the Motion for Sanctions . . . (Doc. 23), and the affidavit of plaintiff's counsel (Doc. 23-11).

8.    The plaintiff requests such other, further, or different relief as the Court may deem appropriate.

Respectfully submitted,

_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 12th day of October, 2007 electronically filed the

foregoing *Rule 56(f) Motion/Second Motion for Extension of Time to Respond to Motion for*

*Summary Judgment* with the Clerk of the Court for the United States District Court, for the

Middle District of Alabama, Northern Division, using the CM/ECF system, which will

send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

> /s/ David E. Allred
> OF COUNSEL

-4-