IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No. ) 2:06cv868-ID |
| v. | ) ) |
| U S A TRUCK, Inc. and THEODORE LEVERNE JOHNSON, | ) ) ) |
| Defendants | ) |

**ORDER**

Before the court is Plaintiff's second motion for extension of time in which Plaintiff requests the court to extend the discovery deadline and to extend the deadline to respond to the pending motion for partial summary judgment. (Doc. No. 27.) As grounds for her motion, Plaintiff asserts that Defendants have failed to appear for scheduled depositions and to respond to written interrogatories.[1] Plaintiff requests that "rather than set a specific date for response to the defendants' summary judgment, that the plaintiff be allowed a reasonable time, after the defendants are deposed, during which to respond."[2]

---

[1] The court notes that Plaintiff also has filed a motion for sanctions based upon discovery abuses arising from these same allegations. (Doc. No. 23.) The motion for sanctions is set for oral argument on October 29, 2007, before the Honorable Charles S. Coody, Chief United States Magistrate Judge. (Doc. No. 25.)

[2] Presently, the deadline for Plaintiff to respond to the pending motion for partial summary judgment is October 24, 2007. (Doc. No. 20.)

(Doc. No. 27 at 3.) Plaintiff also moves the court to extend the discovery deadline from November 20, 2007, to December 19, 2007. (Id.)

The court must ensure that it has sufficient time to consider and rule on the partial summary judgment motion prior to the pretrial conference which is set on December 20, 2007.[3] For this reason and others, the court denies Plaintiff's request for a nonspecific deadline. Reluctantly and without passing on the merits of the motion for sanctions, see *supra* footnote one, the court will grant an extension of the response deadline to and including November 9, 2007. The court, though, expects counsel for the parties to make every effort to resolve expeditiously the discovery disputes and to accomplish the taking of the depositions without the necessity of court intervention and within sufficient time to permit an informed response to the pending motion for partial summary judgment. The court stands ready, willing and able to visit sanctions on either party whom the court finds to be dilatory.

Accordingly, it is CONSIDERED and ORDERED that Plaintiff's second motion for extension of time be and the same is hereby GRANTED to the extent that the time for Plaintiff to respond to the pending motion for partial summary judgment be and the same is hereby EXTENDED to and including November 9, 2007, but is otherwise DENIED.

Done this 19th day of October, 2007.

    /s/ Ira DeMent
    SENIOR UNITED STATES DISTRICT JUDGE

---

[3] To ensure that the parties have adequate time to thoroughly prepare for trial on the relevant claims, it is the court's practice to rule on dispositive motions prior to the pretrial conference.