IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 2:06cv868-ID |
| v. ) ) | |
| U S A TRUCK, Inc., et al., ) ) | |
| Defendants. ) | |

**ORDER**

It is CONSIDERED and ORDERED that on or before October 30, 2007, Defendants submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of all briefs and supporting evidence filed in support of their motion for partial summary judgment.

It is further CONSIDERED and ORDERED that on or before November 9, 2007, Plaintiff submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of any brief and supporting evidence filed in opposition to Defendant's motion for partial summary judgment.

For those submissions that exceed 25 pages, the paper courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 22nd day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE