IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as Administratix of the estate of JOHN W. BRITT, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv868-ID |
| U S A TRUCK, Inc., *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the October 8, 2007, motions for protective order (Doc. Nos. 21 & 22) filed by the defendants and the October 9, 2007, motion for sanctions (Doc. No. 23) filed by the plaintiff. Oral argument was held on October 29, 2007. Upon consideration of the motions, it is

ORDERED as follows:

1. The defendants' motions for protective order be and are hereby DENIED. (Doc. Nos. 21 & 22.)

2. The parties shall file briefs concerning the plaintiff's motion for sanctions on or before November 8, 2007.

Done this 2nd day of November, 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE