IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv868-ID-CSC |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,* | ) ) ) ) ) |
| *Defendants.* | ) |

## MOTION TO SHORTEN TIME FOR RESPONSE

NOW COMES the plaintiff and moves the Court to shorten the time for response to plaintiff's supplemental discovery requests to ten (10) days from the date of the requests and, for reason, the plaintiff says:

1.  This case is set for trial in less than 90 days.

2.  The requests are simple, straightforward, and the documents and information are readily available in the defendants' possession. (For instance, with regard to the request for contact information on Mike Neal, the plaintiff was informed at the U S A depositions on November 2nd that one of the U S A witnesses, Mike Weindel, the personnel manager, could obtain the contact information directly from his assistant, Misty Cleck, however, counsel for the defendants would not permit the information to be provided in this manner; rather, requested that this discovery request be filed.)

3.   The plaintiff is in need of this information in order to proceed with completion of discovery.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of November, 2007 electronically filed the foregoing *Plaintiff's Motion to Shorten Time* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Thomas L. Oliver, II, Esq.
>Lea Richmond, IV, Esq.
>CARR ALLISON
>100 Vestavia Parkway
>Birmingham, Alabama 35216

>/s/ David E. Allred
>OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) CIVIL ACTION NO. 06-cv-868-ID-CSC ) |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, | ) ) ) |
| *Defendants.* | ) |

## SUPPLEMENTAL DISCOVERY REQUESTS OF PLAINTIFF TO DEFENDANTS U S A TRUCK, INC. AND THEODORE LEVERNE JOHNSON

NOW COMES the plaintiff and propounds the following discovery requests, pursuant to the *Federal Rules of Civil Procedure*, to the defendants separately and severally:

1. Produce copies of all Qualcomm or other communications from and to U S A Truck, Inc. and Theodore Leverne Johnson regarding any matter, especially, but not limited to, the broken windshield on the accident tractor, which communications were referenced in Johnson's deposition on November 3, 2007.

2. Produce true copies of the personnel file and all files regarding former director of safety, Mike Neal, especially, but not limited to, any complaints, criticisms, or evaluations of Neal's job performance, or the termination of Neal's employment.

3. Please state all information known by Defendant U S A Truck or anyone acting on behalf of said defendant, regarding:

    (a) The last known address, phone number, and full contact information for Mike Neal;

    (b) Mike Neal's current place of employment and current residence;

    (c) The reason that Mike Neal is no longer employed by U S A Truck; and

    (d) The date that Mike Neal left the employment of U S A Truck.

4. Produce a copy of any and all correspondence, memoranda, e-mails, electronic records, or any documents whatsoever concerning or related in any way to Mike Neal's termination of employment at U S A Truck.

5. Produce all documents to or from the Department of Transportation or any government entity concerning the collision in which John Britt was killed.

6. Produce a copy of all correspondence to or from the Department of Transportation or any government entity concerning safety issues, training, monitoring of drivers, or any other safety related issue for the period 2005 through the date of your response to this request.

7. Produce a copy of all warrants, court papers, court notices, convictions, judgments, or sentences regarding any and all of the criminal matters referred to by Theodore Leverne Johnson in his deposition on November 3, 2007.

8. Produce copies of any and all documents concerning or related to the criminal charge referenced by Defendant Johnson in his November 3, 2007 deposition as "making

terroristic threats" and, for which charge, the said Johnson was arraigned on November 5, 2007.

9.  State the status and the outcome of the charge which was the subject of the November 5, 2007 arraignment concerning Defendant Johnson.

10. With regard to Defendant Johnson, state your religion for the period August 1, 2005 through the date of your response to this discovery request.

11. With regard to Defendant Johnson, if you are a member of any church, mosque, or religious entity, or attend such for religious services, state the full name of the religious entity, the address of the entity, the religion with which you contend the facility to be connected, and what position or affiliation do you have with said entity?

12. With regard to Defendant Johnson, please state any nicknames, religious names, aliases, or other names by which you have been known within the last three years and if such other name is connected to or affiliated with any religion or religious sect or mosque, identify the same.

13. Produce a copy of any and all applications for employment to U S A Truck as a truck driver with U S A Truck received in the past three years in which the driving record listed on the application is worse than that of Theodore Leverne Johnson.

14. For any applications produced by U S A Truck in response to the previous discovery requests, state whether U S A Truck hired the driver making the application and state that driver's current status with U S A Truck.

15. Produce copies of any and all correspondence to or from the Department of Transportation and U S A Truck concerning DOT violations by U S A Truck and/or its drivers within the past three years.

16. State the number of fatality collisions in which U S A Truck drivers have been involved within the past three years.

17. State the number of incidents within the past three years in which a U S A truck driver was caught by a law enforcement entity including, but not limited to, a DOT entity, driving a truck without a proper operator's license to include, but not limited to, a suspended or revoked CDL.

/s/ _____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone: (334) 213-2323
Facsimile: (334) 213-5663

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Supplemental Discovery Requests to Defendants* has been served upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 6th day of November, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

_____
OF COUNSEL