IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, ) ) ) ) | |
| *Plaintiff,* ) ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv868-ID-CSC |
| ) U S A TRUCK, INC.; THEODORE ) LEVERNE JOHNSON, *et al.,* ) ) | |
| *Defendants.* ) | |

## MOTION FOR RELIEF

NOW COMES the plaintiff, by and through her counsel, and moves the Court to grant the relief requested herein, permitting and allowing the plaintiff to file her response to the defendants' Motion for Summary Judgment on November 13, 2007 instead of the current due date of November 9, 2007 (Docs. 28, 29) and to file her response regarding the Motion to Compel on November 13, 2007 instead of the current due date of November 8, 2007 (Doc. 31) and, for reason, plaintiff says:

    1.    That by Order dated November 2, 2007, Judge Coody directed the parties to file briefs concerning the plaintiff's Motion to Sanctions on or before November 8, 2007 (Doc. 31).

2. That by Order dated October 22, 2007, Judge DeMent ordered the plaintiff to file her response to the defendants' Motion for Summary Judgment by November 9, 2007 (Doc. 29).

3. That the plaintiff was unable to take the depositions of the defendants until November 2 and November 3, 2007 due to the events and circumstances set out in detail in the plaintiff's Motion for Sanctions now pending before this Court (Doc. 23).

4. That on Friday, November 2, 2007, four depositions of Defendant U S A Truck, Inc. were taken in Fort Smith, Arkansas, and on Saturday, November 3, 2007, the deposition of Theodore Leverne Johnson was taken in Wilmington, Delaware.

5. Transcripts of those depositions, which are needed in order to properly respond to the Summary Judgment and to the Motion for Sanctions Order, have not all been received at this writing although counsel for the plaintiff ordered expedited transcripts in all the depositions. Therefore, plaintiff's counsel does not have all the transcripts available at this time in order to prepare these filings.

6. In addition, plaintiff's counsel was informed yesterday by Chief Judge Mark E. Fuller that another trial in the Middle District of Alabama[1], which it was thought would commence on November 13, 2007, was moved to Wednesday, November 7, 2007. Therefore, the three days during the latter part of this week (November 7, 8, and 9), which plaintiffs' counsel had planned to attribute to preparation of plaintiff's filings in the

---

[1]*Wanda Verret, as Administratrix of the Estate of Ronald Corkerin, et al. v. State of Alabama Department of Mental Health, et al.*, United States District Court, Middle District, Northern Division, Case No. CV-03-F-1231-N.

-2-

*Britt* case, are not available, as counsel will be in the first three days of a six day trial with Judge Fuller starting on Wednesday, November 7, 2007.

7. That the undersigned counsel for the plaintiff sent the attached e-mail to defendants' counsel today seeking to determine whether the defendants would oppose this motion; however, the defendants have not had an opportunity to respond at the time of filing this motion.

8. The plaintiff requests that the Court allow her to file her responses to the Summary Judgment and Motion for Sanctions on the next business day after the responses are due to the Motion for Summary Judgment, which date would be November 13, 2007.

9. The plaintiff further would show unto the Court that, by granting the short relief requested, doing so would help to alleviate the burden of having to prepare and file the plaintiff's responses in this case while at the same time participating in the trial of the *Verret* case before Judge Fuller.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiff respectfully requests that the Court grant her the relief sought herein.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of November, 2007 electronically filed the foregoing *Plaintiff's Motion for Relief* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

                                        /s/ David E. Allred
                                        OF COUNSEL

## David Allred

| | |
|---|---|
| **From:** | David Allred |
| **Sent:** | Tuesday, November 06, 2007 12:03 PM |
| **To:** | 'Tom Oliver' |
| **Cc:** | 'Kenny Mendelsohn'; Craig Allred |
| **Subject:** | Britt v. USA Truck; Johnson 2:06cv868-ID |

Tom:
I am writing to request an agreement from the defendants to a request that I am about to file asking Judge Coody and Judge DeMent to allow the plaintiff to file responses that are due on November 8th & 9th, on the next business day which will be November 13th. Currently, the plaintiff's response to defendants' motion for summary judgment is due on November 9th (Doc 28: Judge DeMent). The plaintiff's brief and response regarding the motion for sanctions is due November 8th (Doc 31: Judge Coody).

I have not yet received the transcripts of the recent depositions (except mason's) back even though I have ordered expedited transcripts. In addition, I have a trial with Chief Judge Mark Fuller (Verret as adm'x of Corkerin v. Alabama Department of Mental Health & Mental Retardation; Pritchett; Waters; 2:03-cv-1231-MEF) which was supposed to start on November 13th; however, due to settlements of some other cases on the docket, Judge Fuller ordered us yesterday to start the Verret trial on November 7th. It will be a 5 - 6 day trial. I had planned to try to prepare and file the responses to the Judge Coody & Judge Dement orders (Docs 31 & 29) this week, but since I will be in trial, this would be very difficult to do. In addition as stated, I do not have the transcripts back, except the Mason transcript. Accordingly, I plan to ask both Judge Coody & Judge DeMent to allow me to file these responses on November 13th which is the next business day after November 9th on which plaintiff's the response is due pursuant to Judge DeMents' order. (November 12th is a federal holiday.)

Please let me know if the defendants will oppose this request so that I may inform the court in my motion whether or not it is unopposed.
Many Thanks,
David


DAVID E. ALLRED
DAVID E. ALLRED, P.C.
7030 FAIN PARK DRIVE
MONTGOMERY, ALABAMA 36117
P.O. BOX 241594 (36124-1594)
TELEPHONE: 334-396-9200
FACSIMILE:  334-396-9977
E-MAIL:     DALLRED@ALLREDPCLAW.COM

11/6/2007