IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINSTRATRIX ) <br> of the ESTATE OF JOHN W. BRITT, ) <br> deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U S A TRUCK, Inc., et al., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:06cv868-ID |

## ORDER

Upon CONSIDERATION of Plaintiff's motion for relief (Doc. No. 33), it is ORDERED that said motion be and the same is hereby GRANTED to the extent that the time for Plaintiff to respond to the motion for partial summary judgment be and the same is hereby EXTENDED to and including November 13, 2007.[1]

Done this 7th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The relief Plaintiff requests is twofold. Plaintiff moves for a four-day extension to respond to the motion for partial summary judgment and for a five-day extension to respond to the motion to compel. The motion for partial summary judgment is pending before the undersigned, and the motion to compel is pending before the Honorable Charles S. Coody, Chief United States Magistrate Judge. This order addresses the motion for relief only as it pertains to the summary judgment response deadline.