IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratix of the estate of JOHN W. BRITT, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 2:06cv868-ID ) |
| U S A TRUCK, Inc., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's November 6, 2007, motion for an extension of time to file her brief (doc. # 33) regarding the pending motion for sanctions. Upon consideration of the motion, it is

ORDERED that the plaintiff's motion for an extension of time (doc. # 33) be and is hereby GRANTED and the deadline for the parties to file briefs concerning the plaintiff's motion for sanctions be and is hereby EXTENDED from November 8, 2007 until November 13, 2007.

Done this 8th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE