IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratix of the estate of JOHN W. BRITT, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO.  2:06cv868-ID ) |
| U S A TRUCK, Inc., *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's motion to shorten time for response (doc. # 32), it is

ORDERED that, on or before November 16, 2007:

1. The defendants shall show cause why the motion should not be granted.

2. The plaintiff shall submit a copy of the supplemental discovery requests to the court.

Done this 9th day of November, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE