IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as Administratix of the estate of JOHN W. BRITT, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv868-ID |
| U S A TRUCK, Inc., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the plaintiff's motion to shorten time for a response to his discovery requests (doc. # 32) and the defendants' objection (doc. # 36), it is

ORDERED that this matter be and is hereby set for oral argument on November 30, 2007, at 10:30 a.m.  This proceeding shall be conducted by telephone conference.  The plaintiff shall set up the telephone conference.  Prior to the conference, the parties shall have a face-to-face meeting at which they shall make good faith efforts to resolve the dispute.

Done this 13th day of November, 2007.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE