IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, <br><br> *Plaintiff,* <br><br> vs. <br><br> U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,* <br><br> *Defendants.* | CIVIL ACTION NO. 2:06cv868-ID-CSC |

## MOTION *IN LIMINE* / MOTION TO EXCLUDE CERTAIN PURPORTED EXPERT TESTIMONY OF ANDREW P. MASON, PH.D., PURSUANT TO *DAUBERT*

NOW COMES LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, and moves the Court to exclude certain purported expert testimony of defendants' witness, Andrew P. Mason, Ph.D., pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), and pursuant to Rule 702, Fed.R.Evid., and, for reason, plaintiff says that the opinions of Witness Mason are not reliable for the reasons and on the grounds set out in the Memorandum Brief and Argument in support of this motion filed contemporaneously herewith.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone: (334) 213-2323
Facsimile: (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of November, 2007 electronically filed the foregoing *Motion in Limine / Motion to Exclude Certain Purported Expert Testimony of Andrew P. Mason, PhD, Pursuant to Daubert* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Thomas L. Oliver, II, Esq.
>Lea Richmond, IV, Esq.
>CARR ALLISON
>100 Vestavia Parkway
>Birmingham, Alabama 35216

/s/ David E. Allred
OF COUNSEL