IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
           )
          *Plaintiff,* )
           )
vs. )    CIVIL ACTION NO. 2:06cv868-ID-CSC
           )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.,* )
           )
          *Defendants.* )

## PLAINTIFF BRITT'S MEMORANDUM AND ARGUMENT IN SUPPORT OF MOTION *IN LIMINE* / MOTION TO EXCLUDE PURPORTED EXPERT TESTIMONY OF MASON, PURSUANT TO *DAUBERT*

Plaintiff **LANDRIA BRITT** moves the Court to exclude the testimony of Andrew P. Mason, PhD, by ordering that Mason may not offer opinions concerning the effects of marijuana on the plaintiff's deceased husband at the time of the collision giving rise to his death, since Mason ignored scientific literature which he initially cited as authoritative on the subject and especially since Mason attempted to actively mislead the plaintiff, her counsel, this Court, and, in turn, the jury. None of Mason's opinions satisfy *Daubert*'s reliability standards nor the requisites of Rule 702, FRCP, and, therefore, Mason's opinions should be excluded.

## I.    FACTS

Landria Britt's husband, John Britt, was killed on February 20, 2006 when an 18-wheeler operated by Defendant Johnson and Defendant U S A Truck, Inc. turned into the path of the Britt vehicle.  The collision occurred on the West South Boulevard (U. S. Highway 80) in Montgomery, Alabama, near the intersections of the Boulevard and the East entrance to the "T/A Truck Stop".  Defendant Johnson, the 18-wheeler driver, has admitted to the Montgomery Police Department, and on his deposition that he had smoked marijuana prior to the collision.  Defendant Johnson has also admitted that he never stopped before turning in front of John Britt.

In this litigation, Defendants Johnson and U S A Truck employed Witness Andrew P. Mason on or about May 2, 2007 to review information and offer opinions regarding a trace amount of marijuana, which apparently showed up in the body fluids of plaintiff's husband, John Britt, on autopsy.  Mason opined that the marijuana level in John Britt's body fluids indicated that, although Britt was not speeding, had his headlights on, and had the right-of-way, nonetheless Britt was "impaired" at the time of the fatal collision.  Mason relied on several scientific publications to include at least five articles authored by Marilyn A. Huestis, Ph.D. for authority upon which he based his opinions (*i.e.*, the "Huestis articles").  However, on the deposition of Mason, plaintiff's counsel discovered that; rather than follow the scientific method espoused by Huestis (*i.e.*, the "Huestis models"), Mason ignored the teachings and precautions of Huestis and her colleagues to the effect that the Huestis models should not be utilized in forming opinions about postmortem blood.

Moreover, Mason was untruthful that the articles which he cited as scientific references, actually supported his opinions, when they did not. It is undisputed that the only body fluids, including blood, of John Britt ever tested in this case was <u>postmortem</u> and it is further undisputed that the Huestis articles relied upon by Mason prohibit the use of postmortem blood in forming the opinions and conclusions which Mason espouses. Therefore, since Mason failed to utilize a scientific method, his opinions are not reliable and must be excluded pursuant to Rule 702, FRCP, and *Daubert*.

## II.    LEGAL STANDARD

Federal Rule of Evidence 702, as explained by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), and further clarified in *Joiner v. General Electric Co.*, 522 U.S. 136, 146 (1997), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) controls determinations regarding the admissibility of expert testimony. Expert testimony may be admitted into evidence only if: (1) the expert is qualified to testify competently regarding the matters he or she intends to address; (2) the testimony is relevant in that it assists the trier of fact, through the application of scientific, technical, or specialized expertise, to understand the evidence or to determine a fact in issue; and (3) the methodology by which the expert reaches his conclusions is sufficiently reliable. <u>See</u> Fed.R.Evid. 702; <u>see also</u> *Daubert*, 509 U.S. at 589. The ultimate goal of this assessment "is to insure the reliability and relevancy of the expert testimony." *Kumho Tire*, 526 U.S. at 152; <u>see also</u> *Allison v. McGhan Med. Corp.*, 184 F.3d 1300, 1311-12

(11th Cir. 1999). The trial court's gatekeeping function vests the court with " . . . discretion to chose among reasonable means of excluding expertise that is *fausse* and science that is junky." See *Kumho*, 526 U.S. at 158-59 (Scalia, J. concurring).

In *McClain v. Metabolife Intern., Inc.*, 401 F.3d 1233 (CA 11 Ala. 2005), the Eleventh Circuit held that the pharmacy expert in that case should not have been allowed to offer an expert opinion because his opinion failed the reliability and other tests under Rule 702 and *Daubert*. The *Metabolife* court bottomed its decision on *Daubert* and its progeny noting that:

> " . . . when a party offers expert testimony and the opposing party raises a *Daubert* challenge, the trial court must 'make certain that an expert, whether basing testimony upon professional studies or personal experience, employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field."

*Metabolife*, at p. 1237.

The *Metabolife* court also cited Rule 702:

> "This requirement for proof of the reliability of the expert's method comes from FED.R.EVID. 702, which authorizes the admission of expert opinion testimony 'if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.' Rule 702 lays the foundation for the trial court's *Daubert* analysis."

*Metabolife*, at p. 1237.

> "As a gatekeeper the court must do 'a preliminary assessment of whether the reasoning or methodology underlying the testimony is scientifically valid and of whether that reasoning or methodology properly can be applied to the facts in issue."

-4-

*Metabolife,* at p. 1237.

> "The proposed testimony must derive from the scientific method; good grounds and appropriate validation must support it."

*Metabolife,* at p. 1237.

> "In short, the requirement that an expert's testimony pertain to 'scientific knowledge' establishes a standard of evidentiary reliability.  The court must consider the testimony with the understanding that '[t]he burden of establishing qualification, reliability, and helpfulness rests on the proponent of the expert opinion....' *United States v. Frazier,* 387 F.3d 1244, 1260 (11th Cir. 2004)."

*Metabolife,* at pp. 1237-1238.


### III.    REASONS WHY MASON'S OPINIONS FAIL UNDER *DAUBERT* AND/OR RULE 702

#### A.    MASON DID NOT EMPLOY SCIENTIFIC METHODOLOGY.

Mason's opinions are not reliable under *Daubert* or Rule 702 and, therefore, are simply not admissible.  Witness Mason was caught actively misleading plaintiff, her counsel, this Court, and preparing to mislead the jury in this case by claiming that his opinions that John Britt had been exposed to marijuana shortly prior to the fatal crash and that he was impaired at the time of the crash were supported by "scientific references", which he cites.  (See Exh. A[1] attached hereto).  Although Mason based his opinions on several "scientific references" as supportive of his opinions, in fact, several of the references

_____

[1]Exh. "A" refers to page 6 of 9 of Mason's report, entitled "scientific references".

prohibited the use of <u>postmortem blood</u> for basing an opinion about marijuana and impairment levels. Two of the Huestis articles (Exhs. 8 and 9)[2] referred to another researcher, Dr. Christian Giroud, and Dr. Giroud specifically rejected the notion of basing an opinion on impairment on postmortem blood (Exh. 5 - Mason).[3]

   At the outset, it should be noted that Andrew P. Mason intentionally and actively attempted to mislead the plaintiff, her counsel, this Court, and the jury by citing these references as scientific authority for his methodology, then intentionally ignoring the teaching of those articles and taking a position exactly the opposite of what is recommended in those scientific references. Counsel realizes that the foregoing is a harsh statement. However, what Mason did, and was caught doing, was not only harsh, but, in fact, was clearly wrong and would even subject Mason to sanctions by this Court if the Court is of a mind to do so. Mason did not "overlook" the teaching of the scientific references that he cites. Mason is a smart man, in fact, holds a PhD in medicinal chemistry. Mason has taught forensic chemistry and toxicology at Appalachian State University in Boone, North Carolina (*Mason Dep.* at p. 8). In addition, Mason has authored numerous articles, made several presentations and abstracts, numbered 1 through 106 in his resume, has eight "invention disclosures", and has additional involvement on consultations. (See Exh. 3-Mason) Much of Mason's work has been done in the field of marijuana, its psycho-

---

[2]Reference herein to "Exhibits 1-10" are to the ten articles cited by Mason as "scientific references" and listed on page 6 of 9 of Mason's report.

[3]References herein to "Exhibit 3-Mason" or "Exhibit 5-Mason", etc. refer to exhibits to the deposition of A. P. Mason taken October 26, 2007 in Boone, North Carolina.

active component THC, and related issues. Therefore, it is not plausible that Mason could somehow, by mistake, overlook the teachings of his own scientific references, even if he contends that accident or mistake underlies his actions          .

The plaintiff has attached the entire text of all ten articles listed as "scientific references" on page 6 of 9 of the report of Andrew P. Mason (Exhs. 1-10). The articles which are of most interest for purposes of this motion are articles numbered 2, 5, 6, 8, and 9, which will be collectively referred to as the "Huestis articles".

In the Huestis articles (Exhs. 5 and 6), Dr. Huestis and her contemporaries prepared certain mathematical models for use in estimating the time of last cannabis use in assessing the possible impairment of drivers, which will be referred to herein as the "Huestis models". Witness Mason utilized those models, relying on them heavily and, in fact, without which, his opinions could not be supported, for Mason's contention that John Britt was "impaired" at the time of the fatal collision. However, examination of the Huestis articles with reference to the Huestis models reveals that Dr. Huestis and her contemporaries specifically counseled against, and did not at all advocate the use of, those models when the bodily fluid tested is postmortem blood. (See Exh. 9 at p. 5 of 7.) Since all of the blood tested regarding John Britt was postmortem blood, the models should not have been used by Mason to form his opinions.

It is undisputed in this case that the blood upon which Mason's opinions are based was drawn from John Britt's body after he died.

Q    Okay, the blood sample that was tested, was that
      post-mortem blood?

A.    True.

*(Emphasis supplied)*

.   .   .   .   .

Q     Were [sic] their any testing done on ante-mortem blood of John Britt?

A     He was killed at the scene.

Q     Okay.

A     No.

.   .   .   .   .

A     He was declared dead at the scene would be the proper phrase.   There was <u>no ante mortem specimens collected</u>, to my knowledge.
       *(Emphasis supplied)*

.   .   .   .   .

Q     All of - - any opinions that you have where you utilized the blood.  All of that blood from John Britt was tested at NMS labs?

A     True.

Q     And all of that blood was <u>postmortem</u> blood?

A     Yes.

Q     Is that right?

A     Yes."

*(Emphasis supplied)*

*Mason Dep.* at p. 47, l. 9 - p. 48, l. 20.

The Huestis articles, however, specifically prohibit the use of postmortem blood in assessing the possible impairment of drivers involved in accidents by estimating the time of last cannabis use. The Court's attention is drawn to Dr. Huestis' article, which states:

> "Citing this variability, the authors do not advocate using the models with <u>postmortem blood</u> concentrations."

*Huestis article*, Exh. 9 at p. 5 of 7.

Therefore, the Huestis article regarding the Huestis models does not at all support Mason's contention that this article, cited as one of his "scientific references", is supportive of Mason's use of the Huestis models in estimating the time of John Britt's last cannabis exposure. Rather, the article specifically rejects that premise as noted from the admonition by Dr. Huestis and the others authors that the models should <u>not</u> be used with postmortem blood. Also, Dr. Huestis cites in her article (Exh. 9 at p. 6 of 7) as FN21 the Giroud article. Attached hereto as Exhibit "Mason 5" is a copy of the Giroud article which is referenced. Note that on page one of the Giroud article, the following admonition, caution, and restriction about postmortem blood for use of the Huestis models is found:

> "In the case of blood samples taken after death, the use of these models to assess the time of cannabis use is <u>not</u> recommended." *(Emphasis supplied)*

This same Giroud article is referenced in another of Mason's "scientific references" and upon which he says that he relied in forming his opinions and conclusions. Please look at Exhibit 8, another of the Huestis articles where the following is found on page 8 of Dr. Huestis' article:

-9-

" . . . In fatal accident cases, the important variables are concentrations of drugs and metabolites, in ante-mortem plasma [prior to death]; estimating these from post-mortem blood has not been well-documented. Giroud, *et al.*"

Exh. 8, Huestis at p. 8 of 11.  Dr. Huestis also noted in the same article that:

"Unlike cases involving use of alcohol, impairment of performance from cannabis use is not easily correlated to blood or plasm concentrations of THC or its metabolites."

Exh. 8, Huestis at p. 2 of 11.

Mason cites additional Huestis articles which are Exhibits 5 and 6, but both of those articles set out the very mathematical models which were derived from testing antemortem blood and which Dr. Huestis and her colleagues prohibited the use of which for testing single sample postmortem blood such as that drawn from John Britt.  Neither of those articles would be supportive of Mason's opinion either.

The foregoing considered, the issue before the Court with regard to its gatekeeping function concerning the testimony of Witness Andrew P. Mason collapses into the central question as follows:

**Under *Daubert* and Rule 702, is an expert witness' opinion reliable if the witness cites scientific references as supportive of his opinions and conclusions, but ignores the very teachings of those references in order to proffer expert opinions?**

Obviously, an expert may not.  Rather, all of the expert's opinions must be compliant with *Daubert* and Rule 702 and if the opinion fails to qualify on any ground under the applicable legal standard, then the opinion must be excluded.  ("The *Daubert* 'requirement that the expert testify to scientific knowledge - conclusions supported by

-10-

good grounds for each step in the analysis - means that any step that renders the analysis unreliable under the *Daubert* factors renders the expert's testimony inadmissible.'" *Amorgianos v. Nat'l R.R. Passenger Corp.*, 303 F.3d 256, 267 (2002) (quoting *In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 745 (3rd Cir. 1994).) *Metabolife, supra*, at p. 1245.

There is no question that Mason based his opinions on the Huestis models. Please note that Witness Mason, in defending his opinion which is based on the Huestis models as follows:

> "The other thing would be, of course, the mathematical analysis of those concentrations. Those outlined in Dr. Huestis' papers."

*Mason Dep.* at p. 61, l. 13-15.

Mason identified Dr. Huestis as "Marilyn Huestis" and stated that "those references are cited in my report". Mason said that Dr. Huestis developed and published "several different papers on pharmacology of marijuana and mathematical models for the prediction of the time since the last use of the materials". (*Mason Dep.* at p. 51, l. 16-25; p. 62, l 1)

Mason went on to validate his opinions by citing to the Huestis models as follows:

> "She actually took a large number of different studies and analyzed them and developed the models that can be used to predict to 95% probability what the range is. Range of times are after the last exposure based on again analysis of these studies."

*Mason Dep.* at p. 62, l. 10-14.

.   .   .   .   .

"Those papers [the Huestis articles] again are cited in my report.  <u>I have not been able to find a single report in the scientific literature that challenges these papers or their conclusions in a significant way.   And I have looked</u>." (*Emphasis supplied*)

*Mason Dep.* at p. 63, l. 2-5.

The foregoing statement is an absolute untruth.  The truth is that rather than as stated by Mason that he could not find a single report that even challenged the papers and that he had "looked", the very articles that he cites to go much further than a "challenge" of those papers.  In fact, the papers themselves direct that the models are not to be used with <u>postmortem</u> blood and that is exactly what Mason did.  All of his opinions are based on postmortem blood.

Apparently, Mason speculated that he would simply rest on his credentials and dazzle the plaintiff, her counsel, the Court, and the jury by citing to "scientific references" (Exhibits 1 through 10, including the five Huestis articles) and that no one would read them or take the trouble to challenge the basis of his opinions.  On this issue, Mason was wrong, inasmuch as he was caught red-handed attempting to actively mislead counsel, the Court, and the jury.  Again, Mason's actions could not be discounted as simply an error or an oversight, nor can it be attributed to failure to read the articles.  Mason admits and, in fact, declares that he read the articles upon which he based his opinion and his deposition testimony.  (<u>See</u> p. 26, *Mason Dep.*)  However, in his deposition, when confronted with the untruth of his opinion and the fact that it is not at all supported by the

-12-

Huestis models upon which he relies, Mason readily conceded that he did not have scientific authority to support use of the Huestis models, which theory he advances.

"Q    Now show me, or tell me where there is a scientific reference or paper that supports the use of the Huestis models with postmortem blood.

A    I don't have it right at the moment. I will provide it to you if I can find it.

. . . . .

Q    I'm not - - No. I'm not necessarily asking you to reconsider you're opinions. I'm asking you to back up what you say and right here in this deposition you can't do it, can you?

. . . . .

THE WITNESS: You have asked me a question that I would like the answer [time?] to formulate an answer to before I give it to you without giving you a snap answer."

*Mason Dep.* at p. 77, l. 9 - p. 78, l. 21.

Mason wholly failed to utilize a scientific method in formulating his opinions. Therefore, those opinions are not reliable under *Daubert* or Rule 702 and, for that reason, must be excluded. Mason's charge in this case is to give an opinion regarding the effects of the trace amount of marijuana in John Britt's postmortem blood, if any, at the time that the defendant turned in front of him and killed him. The articles cited by Mason and relied upon by him in forming his opinions and conclusions on this issue do not at all support his opinions. Rather, those articles demonstrate that what Mason is trying to do is specifically prohibited under established scientific principles. Of the ten articles cited by Mason, five

-13-

are co-authored by Dr. Huestis, who Mason says is one of the best researchers in the

country on the effects of marijuana, and all of the authors are recognized as authorities in

their field.  None of the authors approve the use of <u>postmortem blood</u> with the Huestis

model to make the prediction that Mason makes in this case about pre-event marijuana

exposure.  Indeed, not a single one of the cited articles support Mason's leap of faith

opinion that somehow John Britt was impaired by the trace level of marijuana and that

when the defendant's truck turned in front of him, John Britt caused the accident.  Rather,

the opposite is true as the articles candidly explain that prediction of pre-event exposure

is not reliable:

> "It is difficult to establish a relationship between a person's
> THC blood or plasma concentration and performance
> impairing effects.  . . .  It is <u>inadvisable</u> to try and predict
> effects based on blood THC concentrations alone and <u>currently
> impossible</u> to predict specific effects based on THC-COOH
> concentrations."
> *(Emphasis supplied)*

Exh. 3, p. 2 of 6.

> .   .   .   .   .
>
> " . . .  It is evident that <u>additional studies are needed</u> to
> determine the epicocy of a THC threshold to predict time of
> use under different exposure conditions, *e.g.,* high doses
> ingestion of marijuana and chronic uses." *(Emphasis supplied)*

Exh. 5 at p. 7.

> "Unlike cases involving use of alcohol, impairment of
> performance from Cannabis use is <u>not easily to correlated</u> to
> blood or plasm concentrations of THC or its metabolites."
> *(Emphasis supplied)*

Exh. 8 at p. 2 of 11.

> "Under-estimating this time [the time between marijuana use and the event] increases the potential for <u>falsely accusing</u> an individual of <u>being impaired</u> at the time of the accident." *(Emphasis supplied)*

Exh. 9 at p. 4 of 7.

> "Citing this variability, the authors <u>did not advocate</u> using the models with <u>postmortem blood concentrations</u>. Serum is obtained from centrifuging antemortem blood that is collected without an anti-coagulant. Therefore, the serum that Giroud, *et al.* studied is difficult to relate to antemortem serum, plasm, or whole blood." *(Emphasis supplied)*

FN 9 at p. 5 of 7.

Because Mason's opinion is based upon utilization of the Huestis models to evaluate postmortem blood concentration, and since Huestis and her colleagues counsel against and do not approve use of the models with postmortem blood, Mason's opinion is not based on a scientific method and must be excluded. Stated differently, the procedure utilized by Mason to apply the Huestis mathematical models to postmortem blood samples is not approved by the Huestis model authors and has not gained general acceptance in the relevant scientific community. Mason's opinions must, therefore, be excluded.

**B.     THE *IPSE DIXIT* ISSUE.**

An expert may not proffer an opinion bottomed solely on the *ipse dixit*[4] of the expert for to do so would not comply with *Daubert* or Rule 702.   When Mason was confronted in his deposition with the realism that his cited articles do not support his opinions, Mason immediately retreated to the position that the mathematical calculations using the Huestis models could be discarded and that, in actuality, he was relying on his "knowledge and experience in forensic toxicology".   See Mason Dep., p. 72 at l. 12-13.

Junk science, the improper application of scientific principles to the case at hand, and basing an expert's opinion on the *ipse dixit* of the expert, were issues specifically addressed and disapproved in *Metabolife* as follows:

> " . . . on the speculative nature of his [the proffered expert's] testimony, [the expert] attempts to anoint his opinions by claiming that he based them on the 'broad principles of pharmacology.' In the *Daubert* context, such phrases have little value.  They are not shibboleths that distinguish those experts that offer reliable science from those who foist junk science on the court.   'The expert's assurances that he has utilized generally accepted scientific methodology [are] insufficient'. See *Moore*, 151 F.3d at 276. Such statements can spring just as quickly from the *ipse dixit* of the expert as some ultimate opinion about causation or toxicity.  As the Supreme Court explained in *Joiner*: 'nothing in either *Daubert* or the Federal Rules of Evidence requires a district court to admit opinion evidence that is connected to existing data only by the *ipse dixit* of the expert.  522 U.S. at 147, 118 S.Ct. 512.  Moreover, '[t]he trial court's gatekeeping function requires more than simply 'taking the expert's word for it.' FED.R.EVID. 702 advisory committee's note (2000)." *(Emphasis supplied)*

---

[4]"*IPSE DIXIT*: He himself said it; a bare assertion resting on the authority of the individual." Black's Law Dictionary, Rev. 4th Edition, at p. 961.

-16-

*Metabolife, supra,* at p. 1244.

> "'Subjective speculation that masquerades as scientific knowledge' does not provide good grounds for the admissibility of expert opinions."

*Metabolife, supra,* at p. 1245.

> ". . . the courtroom is not the place for scientific guesswork, even of the inspired sort. Law lags science; it does not lead it.

*Metabolife, supra,* at p. 1247.

The plaintiff earnestly submits that Mason's proffered opinions are due to be excluded on application of the Court's gatekeeping consideration under *Daubert* and Rule 702 because the opinions are not reliable as demonstrated herein. Moreover, it is obvious and apparent that Mason attempted to actively mislead counsel, the Court, and the jury, and, on being discovered doing so, retreated to the position that we should just take his word for it with regard to his opinion. However, Mason has demonstrated that his opinion is not reliable since it is neither based upon a scientific method nor generally accepted scientific principles and, unfortunately, he has similarly demonstrated that his word is not reliable as well; hence, the Court should reject simply "taking the expert's word for it", which is prohibited (<u>see</u> *Metabolife* at p. 1245), and exclude Mason's unreliable opinions.

<u>CONCLUSION</u>

Plaintiff earnestly submits that the opinions of Mason should be excluded, in light of the foregoing.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this 21ˢᵗ day of November, 2007 electronically filed the

foregoing *Plaintiff Britt's Memorandum and Argument in Support of Motion in Limine / Motion*

*to Exclude Purported Expert Testimony of Mason* with the Clerk of the Court for the United

States District Court, for the Middle District of Alabama, Northern Division, using the

CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

> _/s/ David E. Allred_____
> OF COUNSEL

**Toxico&Logics**

## SCIENTIFIC REFERENCES

[1].   Mason AP, McBay AJ, "Cannabis: pharmacology and interpretation of effects", J Forensic Sci, 30/3: 615-631, (1985).

[2].   Huestis MA, "Cannabis (Marijuana) - Effects on human behavior and performance", Forensic Sci Rev, 14/1&2: 16-60, (2002).

[3].   Cooper FJ, Logan BK, "Cannabis/Marijuana", see http://www.nhtsa.dot.gov/people/injury/research/job185drugs/cannabis.htm, visited 8/2/2006.

[4].   Baselt RC, "Tetrahydrocannabinol", in Drug Effects on Psychomotor Performance, Biomedical Publications, Foster City CA, (2001) pp. 403-415.

[5].   Huestis MA, Henningfield JE, Cone EJ, "Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC and THC-COOH during and after smoking marijuana", J Anal Toxicol, 16: 275-282, (1992).

[6].   Huestis MA, Henningfield JE, Cone EJ, "Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of tetrahydrocannabinol (THC) and 11-nor-9-carboxy-tetrahydrocannabinol (THC-COOH)", J Anal Toxicol, 16: 282-290 (1992).

[7].   Cone EJ, Huestis MA, "Relating blood concentrations of tetrahydrocannabinol and metabolites to pharmacologic effects and time of marijuana usage", Therapeutic Drug Monitoring, 15/6: 527-532. (1993).

[8].   Huestis MA, Barnes A, Smith ML, "Estimating the time of last cannabis use from plasma-tetrahydrocannabinol and 11-nor-9-carboxy-tetrahydrocannabinol concentrations", Clinical Chemistry, 51/12: 2289-2295, (2005).

[9].   Huestis MA, ElSohly M, Nebro W, Barnes A, Gustafson RA, Smith ML, "Estimating time of last oral ingestion of cannabis from plasma THC and THC-COOH concentrations", Therapeutic Drug Monitoring, 28/4: 540-544, (2006).

[10].  Owens SA, McBay AJ, Reisner HM, Perez-Reyes M, "Radioimmunoassay of delta-9-tetrahydrocannabinol in blood and plasma with a solid-phase second-antibody separation method", Clin Chem, 27/4: 619-624, (1981).



*Andrew P. Mason,[1] B.S. and Arthur J. McBay,[2] Ph.D., DABFT*

## *Cannabis:* Pharmacology and Interpretation of Effects

**REFERENCE:** Mason, A. P. and McBay, A. J., *"Cannabis: Pharmacology and Interpretation of Effects," Journal of Forensic Sciences*, JFSCA, Vol. 30, No. 3, July 1985, pp. 615-631.

**ABSTRACT:** A selective introductory review of the *Cannabis* literature is presented. Subjects reviewed include the relative psychoactivities of *Cannabis* constituents, the disposition and distribution of THC and its metabolites, the relative psychoactivities of THC metabolites, and the use of cannabinoid concentrations in physiological fluids in interpretations of the significance of *Cannabis*-induced effects. The pharmacology of cannabinoids in humans is emphasized.

**KEYWORDS:** toxicology, marijuana

Marijuana and other *Cannabis* products are used by a significant proportion of people in our society. When smoked or ingested, these substances produce perceptual, cognitive, affective, and behavioral changes in the user. The *Cannabis* constituent that is responsible for the production of the majority of this psychoactive response is $(-)$-trans-delta-9-tetrahydrocannabinol or THC [1]. There has been great concern that the psychoactive response experienced by marijuana users has a detrimental effect on the performance of complex coordinated psychomotor skills. Naturally, the impairment of performance would be of greatest concern in those individuals with direct responsibility for the health and safety of others and in individuals whose impaired actions could potentially be dangerous to themselves or to others near them. Motor vehicle operators, pilots, air traffic controllers, law enforcement or emergency aid personnel, military personnel, and industrial workers are all good examples of people whose impaired performance could potentially be dangerous.

During the last decade, remarkable progress has been made in the ability to analyze biological samples for cannabinoid compounds. This ability was developed as a prerequisite for, and was instrumental in the acquisition of data concerning the pharmacology, pharmacokinetics, metabolism, behavioral effects, and toxicology of *Cannabis* constituents. These analytical methods and the knowledge derived from their use in basic research on cannabinoids are now being used in attempts to interpret the significances of cannabinoid concentrations found in forensic science specimens. The frequency with which these analytical methods are used and the frequency with which forensic scientists are required to provide estimates of the probable significances of *Cannabis*-induced effects or the degree of impairment experienced by a *Cannabis* user based on cannabinoid concentrations in biological specimens are both expected to increase. Use of these methods and in-

Received for publication 17 Sept. 1984; revised manuscript received 18 Oct. 1984; accepted for publication 19 Oct. 1984.

[1]Graduate student; Division of Medicinal Chemistry and Natural Products, School of Pharmacy, and Office of the Chief Medical Examiner, University of North Carolina, Chapel Hill, NC.

[2]Chief toxicologist, Office of the Chief Medical Examiner, and professor, Division of Pharmaceutics, School of Pharmacy, and Department of Pathology, School of Medicine, University of North Carolina, Chapel Hill, NC.

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

EXHIBIT

1

terpretive skills will be especially important in cases where *Cannabis*-induced impairment is suspected and where this impairment is believed to have made the *Cannabis* user responsible or culpable for death or serious injury.

This selective introductory review was compiled to facilitate interpretation of *Cannabis*-induced effects, while recognizing the analytical, pharmacological, and methodological limitations inherently associated with their production. Interpretations of *Cannabis*-induced effects must be based on specifically determined THC and THC metabolite concentrations in blood or plasma specimens. Taken alone, THC concentrations may not be useful for correlation with behavioral changes if specimens are obtained more than 1 hr after smoking *Cannabis*, because of the low THC concentrations present [2]. Finally, the major problem limiting the ability to interpret effects based on cannabinoid concentrations is the failure of forensic scientists, behavioral pharmacologists, and toxicologists to compile a comprehensive concentration-effects data base upon which interpretations can be based. Significant improvements in analytical methods and in the quality and scope of the requisite data base for interpretation will only occur or be acquired from continuing research. As such, the acquisition and implementation of these advances will occur comparatively slowly. However, the basic dispositional and distributional properties and behaviors of THC are known and will be largely unaltered by further research. Therefore, it is appropriate that the pharmacological properties of THC be used to suggest approaches to solving the methodological problems associated with the interpretation of *Cannabis*-induced effects.

This review is intended to be a compilation of THC pharmacology in human biological systems, with emphasis placed on THC and THC metabolites detected in blood and plasma following administration of THC in *Cannabis* by smoking or oral ingestion. The THC metabolites not yet detected in biological sources of human origin, as well as the psychoactivities of cannabinoids in nonhuman systems, have not been emphasized.

**The Relative Psychoactivities of Cannabis Constituents and Their Pyrolysis**

As of 30 June 1978, 421 different compounds had been isolated from *Cannabis* and reported in the chemical literature [3]. The compounds classified as "cannabinoids" have been described as being "the class of compounds containing 21 carbon atoms that are typical of *Cannabis sativa L.*, their (natural) carboxylic acids, analogues, and transformation products" [4]. Sixty-one natural cannabinoids, apparently unique to *Cannabis*, have been identified so far [3]. Some of the cannabinoids found in *Cannabis* are shown in Fig. 1. Of these compounds, (−)-trans-delta-9-tetrahydrocannabinol or THC, which is present in *Cannabis* along with its 2- and 4-carboxylic acids, is the only compound that is both highly psychoactive and present in relatively high amounts, usually 1 to 5% by weight. There are at least two other compounds found in *Cannabis* that are known to be psychoactive in humans: an isomer of THC, delta-8-tetrahydrocannabinol (delta-8-THC), and the propyl homologue of THC, delta-9-tetrahydrocannabivarin (delta-9-THCV). Delta-8-THC has been shown to be 75 [5] and 67% [6] as potent at THC when both drugs were administered to humans by intravenous injection, while delta-9-THCV was found to be roughly 25% as active as THC [5]. Both compounds produced the same qualitative pattern of psychological and physiological effects as THC [5], and the same potency ratios were determined when these compounds were administered orally [5,6]. However, these two compounds probably do not contribute substantially to the effects produced by the use of marijuana. Delta-8-THC is a degradative product of THC [3], and it is not present in fresh marijuana. Only small and variable amounts of delta-8-THC are commonly found in *Cannabis* products [7–10]. Delta-9-THCV is a natural product of marijuana [3], but the amount of delta-9-THCV in marijuana was found to be minor when compared to the amount of THC present [11].

One other cannabinoid, cannabinol (CBN), could potentially contribute to the psychoactivity produced by the use of marijuana. CBN is a degradative product of THC. It is not found in

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

FIG. 1—*Natural products of Cannabis. The dibenzopyran numbering system has been used for all cannabinoids. Natural cannabinoids are synthesized either as neutral compounds or as carboxylic acids, with the acidic substituent at positions analogous to the 2- or 4-positions of delta-9-THC. Those acids may be decarboxylated to yield neutral cannabinoids.*

fresh marijuana [*12–14*]. Its formation from THC via epoxide intermediates [*15*] and via free-radical mechanisms [*16*] has been reported. Intermediate dienes generated during the formation of CBN have been trapped and isolated using the dienophile *N*-phenylmaleimide [*17*]. Although its concentration in marijuana is usually quite low, CBN may sometimes be present in an amount equivalent to or greater than the amount of THC present [*18*]. However, the intrinsic psychoactivity of CBN is comparatively poor relative to that of THC. To produce perceivable subjective psychological effects or equivalent cardioacceleratory effects in humans, ten times more CBN had to be administered at a rate six times the intravenous infusion rate used for THC [*19*]. The authors concluded that while CBN produced a spectrum of effects similar to those produced by THC, its relative psychoactivity was "several orders of magnitude" less than that of THC. In another instance, intravenous infusion of 18 mg of CBN into human subjects produced a very mild yet "definite high" [*20*]. However, in other studies, oral doses up to 400 mg of CBN produced no subjective psychological effects [*5,21*]. CBN has also been reported to be a potentiator of the effects of THC when large doses of each are concurrently administered [*22–24*]. CBN was not a significant metabolite of THC administered by intravenous injection [*25,26*].

Cannabidiol (CBD) is another major cannabinoid found in *Cannabis*. It is not psychoactive in humans when large doses are administered orally [*5,21*] or intravenously [*5,19,20*]. It has been reported that large doses of CBD decrease the effects produced by concurrently administered doses of THC to humans [*27–29*]. However, a recent study demonstrated that plasma concentrations of THC were not significantly altered by concurrent oral administration of either CBN or CBD [*24*]. None of the other major *Cannabis* constituents have been reported to be psychoactive. Therefore, although several of the cannabinoids found in *Cannabis* may con-

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

**618** JOURNAL OF FORENSIC SCIENCES

tribute to or modify the psychoactive effects experienced by users of marijuana, it would seem that THC is responsible for the production of the large majority of those effects.

When *Cannabis* is smoked, the natural 2- and 4-carboxylic acids of THC are quantitatively decarboxylated to form THC [13,30–33]. Other than decarboxylation reactions, there seems to be very little interconversion or isomerization of cannabinoids during pyrolysis [30,31,34–37]. Estimates of total THC survival during pyrolysis range from 32 [35] to 50% [30,34] to a maximum of 62% [37]. An analysis of the dynamics of marijuana smoking has been published [38]. When marijuana smoke is inhaled, THC is absorbed in a process that can be described by first-order kinetics. For each inhalation, the half-life of the absorption process is about 1 min [39].

Systemic bioavailability of THC administered by smoking has been reported to be $18 \pm 6\%$ [40]. Two other studies have reported the systemic bioavailability of THC smoked in marijuana to be $23 \pm 16\%$ and $10 \pm 7\%$ in heavy and light users, respectively [41], and $27 \pm 10\%$ and $14 \pm 1\%$ in heavy and light users, respectively [42].

**The Plasma Protein Binding of THC**

In blood, THC is nonspecifically, nonsaturably, and almost completely bound to plasma proteins, lipoproteins, and albumins [43–45]. This high protein binding is a result of its low solubility in aqueous systems (0.77 mg/L in isotonic saline or 2.8 mg/L in distilled water, both at 23°C [46]) and its high lipophilicity. The Hansch constant for THC, or the log of the concentration ratio determined after partitioning between octanol and water, was 5.78 [47]. A similar calculation of this constant for partitioning between purified rat synaptosomal membranes and isotonic phosphate buffer was 5.1 and was constant between $10^{-8}$ and $10^{-6}M$ THC (3.1 to 310 $\mu$g/L) [47]. The extensive protein binding of THC and its poor distribution into red blood cells when in the presence of plasma proteins [44,46] make plasma the favored specimen for THC analysis. A comparison of hemolyzed blood and plasma concentrations from split specimens showed that the average ratio of the determined THC concentrations—0.46 [2]—matched the expected ratio of erythrocyte to whole blood volumes, that is, the hematocrit—0.45 [48]. In effect, the plasma concentrations were diluted by the volume of the red blood cells.

**The Distribution and Metabolism of THC and the Relative Psychoactivities of THC Metabolites**

When administered to humans, THC is rapidly distributed [39,49] from the central compartment to peripheral tissues with high lipid contents. It is also rapidly metabolized [49]. In fact, it is nearly completely metabolized before it is finally excreted as metabolites in urine and feces [20,33,50–52]. A very large number of THC metabolites have been isolated from human sources both in vitro [53–55] and in vivo [20,25,26,33,52–54,56–58]. Some of the more important metabolites of THC are shown in Fig. 2. Undoubtedly, the two most important THC metabolites found in plasma or blood are 11-hydroxy-delta-9-tetrahydrocannabinol (11-hydroxy-THC), and 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid (9-carboxy-THC). They are both constituents of the major catabolic pathway of THC. THC undergoes allylic hydroxylation at the 11-position primarily in the liver, in a cytochrome P-450 oxygenase mediated process [59–66]. Presumably, the carboxylic acid metabolite is formed from 11-hydroxy-THC via oxidation to the $\alpha,\beta$-unsaturated aldehyde, 11-oxo-THC, followed by further oxidation to the acid. The metabolic conversion from the hydroxide to the aldehyde and then to the carboxylic acid has been directly observed using delta-9-THC in vitro with mouse liver microsomes [67], using delta-8-THC [68] in vitro with rabbit liver microsomes, and using delta-8-THC in vivo in mice [69].

The compound 11-hydroxy-THC is approximately as psychoactive or even slightly more psychoactive than THC, and produces the same somatic and psychological effects as THC [5,70–72]. However, it probably does not contribute significantly to the effects produced by marijuana smoking. Plasma concentrations of 11-hydroxy-THC were found to be only about

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

FIG. 2—*Known human metabolites of delta-9-tetrahydrocannabinol, ($\Delta^9$-THC), isolated from either in-vivo or in-vitro sources.*

$1/10$ to $1/20$ of THC plasma concentrations after marijuana smoking [33]. Given the poor capacity of rat brain tissue to metabolize THC in vivo [73], it is unlikely that significant amounts of 11-hydroxy-THC or other psychoactive metabolites are produced from THC in the brain. After oral administration, however, THC is absorbed by humans slowly and erratically, and the extent of absorption is highly dependent on the vehicle used for administration [74]. Systemic bioavailability of THC administered on chocolate cookies was only $6 \pm 3\%$ [40]. Plasma concentrations of orally administered THC are usually much lower than those found after smoking and reach a peak at a later time, while the onset of effects is delayed and the effects last longer [40,52,75]. Because of an extensive first-pass effect, 11-hydroxy-THC concentrations may be equivalent to or greater than THC concentrations [33,52,76]. Therefore, after oral ingestion of marijuana, 11-hydroxy-THC may be responsible for a significant fraction of the effects produced. However, THC is administered by smoking far more often than it is orally. The other major metabolite found in blood, 9-carboxy-THC, is nonpsychoactive [51]. It may be present in concentrations far exceeding those of THC, especially in plasma specimens taken more than about 30 min or so after smoking begins [77].

There are several other metabolites of THC that may be found in human plasma, including the 8α- and 8β-hydroxy metabolites, and the 8α, 11-dihydroxy and 8β, 11-dihydroxy metabolites [20,52,54]. The 8β-hydroxy metabolite was found to be about 38% as psychoactive as THC when administered to humans by intravenous infusion [72] but was only about 20% as active as THC when administered as a bolus [5]. The 8α-hydroxy metabolite was determined to be inactive when administered by infusion [72] but was about 28% as active as THC when injected as a bolus [5]. Plasma concentrations of these two metabolites were found to be roughly equivalent to the concentration of 11-hydroxy-THC produced by an injection of THC [52]. Because only low concentrations of these two metabolites would be expected to be found after smoking, and because of their relatively poor psychoactivity, these two monohydroxylated metabolites probably do not contribute significantly to the psychoactive effects produced by marijuana smoking. The dihydroxy-THC metabolites are inactive in mice at doses up

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

**620** JOURNAL OF FORENSIC SCIENCES

to 10 mg/kg [53,62]. So far, the only other THC metabolites detected in human plasma are "polar acids," whose exact structures have not yet been determined [20,33,52]. It has been suggested that one component of these polar acids might be the β-ester glucuronide of 9-carboxy-THC [52]. This compound was found to be by far the most prevalent THC metabolite found in urine [78,79]. Another recent report showed that a cross-reacting cannabinoid compound found in urine is eluted during high-pressure liquid chromatography before either 9-carboxy-THC or its β-ester glucuronide [80]. These polar acids are probably a mixture of the β-ester glucuronide of 9-carboxy-THC and other polar cannabinoid metabolites that are present in urine [56–58].

### The Correlation of THC Concentrations in Physiological Fluids and Subjective Self-Reported Psychological Effects

Blood or plasma are the only specimens that can be used to correlate experimentally determined THC concentrations and the resultant effects, because they are the only easily obtainable specimens that can be analyzed to provide concentrations of cannabinoids that are potentially relatable to the concentrations of psychoactive cannabinoids at "active sites" or "receptors" in the central nervous systems (CNS). The major liability associated with the analysis of blood and plasma specimens is that invasive techniques are required to obtain them. Urine testing has become very popular because simple and fast screening methods have become available and because urine collection is noninvasive. However, the results from urine tests can only be used to determine whether or not a person has either smoked or ingested *Cannabis*; they cannot be used to indicate the presence of any effects or impairment. This limitation is caused by the excretory patterns exhibited by THC and its metabolites. Very little or no unmetabolized THC is excreted in urine [49,50,74,81–83]. Instead, it is excreted in urine as a wide variety of oxidized cannabinoids including 9-carboxy-THC and its β-ester glucuronide, 11- or 8-hydroxylated cannabinoids with alkylcarboxy side chains five carbons long or less, and other metabolites where 9-carboxy-THC has been hydroxylated on the side chain [56]. Five other dicarboxylic acid metabolites have been detected where 9-carboxy-THC compounds bear alkylcarboxy side chains of varying lengths [57]. Recently, a second glucuronide, the phenolic 1-0-ether glucuronide of THC, was detected in human urine [58].

The clearance rate of these metabolites is limited by a slow deep compartment return of sequestered THC and by slow urinary elimination of the metabolic transformation products [49]. Roughly 80 to 90% of an intravenously administered dose of THC is excreted during the first five days following the dose, with about 20% excreted in the urine and the remainder in the feces [49]. Urinary excretion patterns of cannabinoid metabolites vary considerably between subjects and have been reported to exhibit a temporal variation within subjects, with a shift towards increasing proportions of conjugated materials with increasing time since administration [84,85]. However, other authors have reported that the majority of the 9-carboxy-THC excreted is conjugated regardless of the elapsed time since administration [20,33,52,79].

Depending on the sensitivity of the analytical method used, cannabinoid metabolites may be detected in urine for four to ten days after a single use and for up to twenty days following chronic marijuana smoking [86,87]. Another recent report showed that cannabinoids were detected for 14 to 36 days ($n = 7$, mean = 24 days) in the urine of chronic marijuana smokers undergoing supervised abstinence [88]. Low concentrations of cannabinoids may sometimes be detected in urine specimens from subjects who have been passively exposed to high concentrations of marijuana smoke on several consecutive days [89]. The excretion of cannabinoid metabolites in urine is also modified by many factors not related to drug use, such as hydration. For these reasons, it is not uncommon to find high concentrations of THC metabolites in the urine of subjects when no THC-induced subjective psychological effects are present. Therefore, high urinary concentrations of cannabinoids may indicate relatively recent marijuana use (in the last several days), but they cannot be used to indicate the presence of any effects of im-

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

pairment. Some of the problems associated with the analysis of cannabinoids in urine have recently been reviewed [90, 91].

The testing of saliva [92], breath [93], and eluate specimens from mouth swabs [94] or hand swabs [95] are prone to similar problems. After intravenous injections of radiolabelled THC, no radioactivity could be detected in saliva samples. Therefore, neither THC nor any of its metabolites could have diffused from blood into saliva or breath [92]. The cannabinoids detected in the oral cavity after smoking are present only because they were entrapped there during the smoking process. Although saliva, breath, or mouth swab tests could be used to indicate that marijuana was smoked within the last several hours, it will be impossible to develop quantitative impairment correlations based on tests of these specimens [92]. THC or its metabolites could not be detected in vitreous humor specimens from 34 fatally injured drivers, 9 of whom had detectable THC concentrations (up to 5 µg/L) in their bloods [96].

Before considering the temporal relationships between THC or 9-carboxy-THC concentrations and the effects produced by marijuana smoking, it would be helpful to examine their individual temporal distributions. Figure 3 contains these data, which were obtained from an experiment where six subjects each smoked two marijuana cigarettes provided by the National Institute on Drug Abuse (NIDA), each containing 8.8 mg of THC. The second cigarette was smoked 2 h after the first [38, 39, 97]. It should be noted that the general patterns exhibited in these distributions have been observed in many other studies [40–42, 49, 75, 77]. Many of these papers also contain pharmacokinetic analyses of THC and THC metabolite concentrations.

The THC concentration-time curve (Fig. 3) consists of two apparently triphasic (including absorption) parallel curves that rise to their respective peaks very quickly and then fall to about 10% of their peak concentrations within the first hour. The THC concentration-time curve then continues an apparently asymptotic approach to zero concentration. The distribution of 9-carboxy-THC concentrations is characterized by a slower increase than that exhibited by THC, by lower peak-concentration values at greater times, and by much less of a decrease in concentration immediately after the peak [77]. Subjective effects usually begin immediately after the initiation of smoking, reach their peak between 20 and 40 min, and usually last up to about 4 h [38, 75, 77, 97].



FIG. 3—*Average plasma concentrations of THC (●) and 9-carboxy-THC (■) and average subjective effects (+) in six subjects after smoking two NIDA marijuana cigarettes, each containing 8.8 mg of THC (1%).*

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

After marijuana smoking, the magnitudes of the peak concentrations of THC and 9-carboxy-THC and the magnitude of the peak subjective effects are proportionally related to the dose delivered [77]. This work confirmed earlier reports suggesting that above a threshold dose for activity [98], increasing doses of THC produced linear dose-dependent decreases in mental and physical performance such as stance and hand stabilities, increases in heart rate and conjunctival reddening, and increases in scores on sensation and mood questionnaires [99]. Furthermore, the time of occurrence of either peak effects or peak concentrations of THC and 9-carboxy-THC were also independent of the dose [77]. Moderate interindividual variability was noted in the magnitudes of the peak concentrations and peak effects at any given dose [77].

The major factor preventing the correlation of THC concentrations and subjective effects is the temporal noncoincidence of their peak values. Maximal THC plasma concentrations occur within 3 to 7 or 6 to 9 min after the initiation of smoking, long before smoking stopped (between 10 and 15 min, respectively) [39, 77]. The progressive decrease in the rate at which THC was absorbed could not be related to any change in the way the subjects smoked [38]. Maximal effects were noted to occur between 18 and 28 min [77]. Therefore, it is evident that THC plasma concentrations decline long before and while peak effects are experienced (see Fig. 3). After the peak, subjective effects decline in a roughly linear fashion [39], while the low μg/L THC concentrations decrease very slowly. Therefore, either significant, minimal, or no effects may be noted when THC concentrations are farily low.

The factors responsible for the noncorrelation of THC concentrations and effects are distributive by nature. This is intuitively reasonable because concentration measurements are performed in a tissue (blood) distal to the site where activity is elicited, the CNS. A certain time lag, attributable to the time required for transport to and distribution into the CNS, could be expected. Cocchetto et al [97] stated that the THC concentration-time profile was "out of phase with, and lagged behind" the temporal distribution of effects. Furthermore, the effects were elicited from a compartment that was "deep with respect to the reference plasma compartment" [97]. The potential influence of THC redistribution on effects was also noted by Ohlsson et al. [100], who demonstrated that THC plasma concentrations in the mouse fell while brain concentrations increased or remained constant.

Given these problems, it is not surprising that the correlation between THC plasma concentrations after smoking and subjective self-reported psychological effects is not strong [38, 40, 75, 77, 97, 101]. Linear regression correlation coefficients ranging from 0.53 to 0.56 have been reported during clinical experiments [40, 75, 101]. The ability to extrapolate from THC plasma concentrations to effects would be even poorer in forensic science situations. THC plasma concentrations up to 2 μg/L have been produced in the absence of any effects by passive inhalation of marijuana smoke [89, 102]. It is also widely believed that chronic marijuana smokers may accumulate significant "residual" plasma concentrations of THC that have little or no effects on the subjects. After chronic administration of THC, tolerance develops to both the somatic and psychological effects of THC [41, 49, 103, 104]. The advent of tolerance was not accompanied by significant changes in THC plasma concentrations versus nontolerant individuals [49]. The pharmacokinetic changes noted (increases in the average total metabolic clearance and initial volume of distribution) were not large enough to account for the changes in effects produced by the advent of tolerance [49]. For these reasons, it will be very difficult if not impossible to establish any "cutoff concentration" of THC in plasma that is presumptive of significant effects.

### The Use of Marijuana and Induced Decrements in the Performance of Skills Such as Driving

The effect of marijuana use on the performance of tasks associated with driving and on performance during driving tests on driving simulators, on closed courses, and on test tracks has been extensively reviewed [105–109]. The authors of these studies present detailed descriptions of the difficulties encountered in the design and execution of these studies and the interpreta-

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

tion of their results. The latter three publications also review epidemiological or incidence studies that concern potential marijuana-induced performance impairment. Reviews of some of the more important early studies and of some recent studies are presented below.

Whether or not meaningful decrements in performance abilities in complex psychomotor tasks are produced by marijuana use is still not clear. A recent study used performance in tests of compensatory cursor tracking abilities on a video screen as an impairment indicator [110]. Although marijuana use did impair tracking ability, the magnitude of the effect was so slight that it was not directly observable. Higher doses of THC did impair performance in some driving tasks associated with visual search and recognition [111]. However, 25 other indices of driver performance were not affected in these same studies. A more recent closed-course driving study determined that the effects of marijuana use on driver performance could be differentiated from placebo effects only by using complex multivariate analyses of responses from sensitive transducers monitoring the driver [112]. The effects of marijuana were not easily discernible by direct observation. This study also showed that the performance decrements produced by concurrently administered ethanol and marijuana were produced in an additive manner [112].

Double-blind driving studies have been performed using dual-control vehicles [113]. Increased objective impairment, measured using the number of cones hit by the test-track drivers, was noted after subjects smoked 8.4 mg of THC in marijuana cigarettes, but not after they smoked 4.9 mg of THC. Subjective impairment, measured by observers in vehicles driven on city streets, was noted in three of eleven categories: judgment, care, and concentration. However, in both the subjective and objective tests, many of the subjects showed either no performance impairment or their performances improved. In another notable driving study, observers either placed in the vehicle or stationed along 10.6-km (6.6-mile) course were unable to determine that the performance of drivers who had smoked marijuana (6.2 mg of THC per 70-kg body weight) was in any way impaired [114]. However, these drivers did show a 27% increase in scores of objectively measured impairment (number of cones hit) over the control (placebo marijuana) group.

There have been several notable epidemiological or incidence studies that have attempted to determine if marijuana use is overrepresented in various "at-risk" driver populations, and therefore if marijuana use is detrimental to the safe operation of a motor vehicle. These studies have all been hampered by the lack of data concerning incidence rates for marijuana use in various control populations. In an early study [115], THC was detected in blood specimens taken from 6 of 66 fatally injured drivers killed in Great Britain. The concentrations detected were all very low (less than 3.4 µg/L) and all but one of the six drivers had a high blood ethanol concentration. The authors suggest that there was a considerable bias in the selection of these specimens. Later, Reeve et al [116] reported that blood specimens from 285 of 1792 (15.9%) drivers arrested for impaired driving contained more than 5 µg/L THC. However, the specimen population selected was strongly biased towards the inclusion of intoxicated drivers with low blood ethanol concentrations. As such, the population selected is not representative of either impaired drivers or of any control population. No concentration data were reported, and the documentation required to establish the characteristics of the assay was inadequate. It is doubtful that this study provides any useful data concerning marijuana-induced impairment.

A Canadian study [96] reported the incidence of detection of many different drugs, including THC, which was detected in only 15 of 401 (3.7%) fatally injured drivers. All of the THC blood concentrations were less than 5 µg/L and 8 of the 15 drivers had blood ethanol concentrations above 1.0 g/L. These THC concentrations are too low to presume that they had any effects on the drivers' abilities. A recent study of THC concentrations in drivers killed in single-vehicle crashes in North Carolina [109,117,118] reported that 47 of 600 (7.8) drivers had THC blood concentrations above 3.0 µg/L. Only ten drivers had THC blood concentrations above 10.0 µg/L. The authors concluded that there was probably only one driver who could have experienced a significant adverse effect because of the use of *Cannabis* alone [109]. The great ma-

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

jority (32 of 47 or 68.1%) of the drivers with detectable THC blood concentrations had ethanol concentrations greater than 1.0 g/L. In a summary of major epidemiological studies, McBay and Owens [108] stated that "Sparse as the reports may be, they tend to show that if there are drivers who are unsafe because of marijuana, their numbers are small and most are also influenced by alcohol."

Correlation of THC serum concentrations and objectively measured impairment have been examined in a recent study [119] of 59 subjects who smoked marijuana ad libitum and were tested by using a series of 3 physical performance test tasks (Romberg test, finger-nose test, and one-foot-standing-steadiness test). It was reported that 94 and 60% of the subjects failed one of the three tests when they were administered 90 and 150 min, respectively, after smoking. It was also reported that if the THC concentrations and performance test results determined 5 min after smoking stopped were ignored, then failure in one of the three tests was "inevitably" associated with THC serum concentrations above 25 to 30 µg/L. However, the value of this study's conclusions are limited by many factors. The dose administered was not controlled and no control subjects (smoking placebo marijuana) were used. Objective evaluation of the subjects' performances was not possible because the study was not double-blind in nature. The tests administered measured performance in selected motor skills, but not necessarily in skills used while driving. Only "results that showed either the clear presence or absence of impairment were used" to evaluate the impairment-concentration relationship. Therefore, only some (32, 47, and 70%, respectively) of the results from the three component tests were reported. Considered individually, the three tests do not reliably detect THC-induced motor impairment, since roughly 20, 18, and 50%, respectively of the three tests administered resulted in failure. Independent evaluation of the use of these tests as a battery is not possible because no attempt was made to compile and present the results from the tests with respect to either the subject or the time of blood sampling or performance testing. Therefore, the presumption of physical impairment at THC serum concentrations greater than 25 to 30 µg/L cannot be substantiated from the data presented.

A report to the U.S. Congress on the effects of marijuana on highway safety [120] summarizes the current state of knowledge concerning marijuana-induced performance impairment:

> Experimental research, taken as a whole, indicates that certain dose levels of marijuana can impair tracking and perceptual functions involved in driving [105]. Perception and other complex mental functions appear to be more affected than simple motor or sensory tasks that demand little processing of information. The few studies involving actual car handling on closed courses support the implications of laboratory tests that marijuana use by drivers, especially in higher doses, can increase the likelihood of traffic crashes. However, whether the differences found in laboratory are large enough to have impact in an actual driving situation is unknown [120].

In other words, the relationships between testing procedures and real-life situations and the potential effects that decrements in performance measured by those procedures have on the performance of complex integrated and coordinated psychomotor tasks outside the laboratory are not known.

From the preceding discussion, it is apparent that plasma concentrations of THC cannot be used by themselves to predict either effects or performance decrements in either clinical or forensic science situations. Could plasma concentrations of other cannabinoids be used for this purpose? Although peak plasma concentrations of 9-carboxy-THC and maximal subjective effects showed good temporal correlation [52,77] it is unlikely that this metabolite could effectively be used alone as a psychoactivity index, for several reasons. First, being a nonpsychoactive compound, there is no direct causal relationship between concentration and effects. Second, attempts to correlate 9-carboxy-THC concentrations and subjective effects will be influenced by the same types of factors limiting the correlation of effects with urinary concentrations of cannabinoid metabolites. That is, relatively high concentrations of 9-carboxy-THC can be detected in plasma for many hours after marijuana smoking [77] (see Fig. 3), and these

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

concentrations will not necessarily be associated with any effects. This may be particularly true for chronic marijuana smokers. Concentrations of 9-carboxy-THC could potentially be used to infer a relationship with effects if the relationship were exact and specific, but it is neither.

### The Use of THC and 9-Carboxy-THC Concentrations in the Interpretation of Effects Produced by Marijuana Smoking

Although neither THC nor 9-carboxy-THC concentrations can be used alone to predict effects, the determination of both THC and 9-carboxy-THC concentrations in a forensic science blood specimen does have two important functions. First, although the two analyses are not mutually confirmatory, they are mutually supportive. The absence of either compound in the presence of the other indicates either that the concentrations are very low and no effects could be induced, or failure of the analysis. Secondly, Fig. 3 shows that THC concentrations fall below 9-carboxy-THC concentrations within about 15 min after smoking began. In several other reports, this occurred roughly 30 min after smoking began [20,33,52,77,121]. In all of these reports, near-maximal effects were experienced when THC and 9-carboxy-THC plasma concentrations were equivalent. Therefore, the relative amounts of these two compounds can be used to determine if a subject has not yet, is now, or has already experienced peak effects.

Relative amounts of THC and 9-carboxy-THC in blood or plasma specimens have been used to estimate the effects experienced by drivers killed in single-vehicle accidents [109,117,118]; they have also been used in a proposed method to distinguish between actively exposed *Cannabis* smokers and persons passively exposed to marijuana smoke [102]. More exact methods for estimating the effects produced by marijuana use will probably depend on the development of mathematical normalization schemes that use THC and 9-carboxy-THC plasma concentrations to estimate the elapsed time since the most recent use. Preliminary investigations of the use of these normalization schemes to predict the time since marijuana smoking [122] and *Cannabis* resin ingestion [123] have been presented.

### Summary and Conclusions

The database for interpretations of the relationship between cannabinoid concentration and effects is woefully inadequate. At present, interpretations of effects based solely on cannabinoid concentrations are not supportable in adversarial proceedings. These interpretations will be supportable only when THC and 9-carboxy-THC concentrations in plasma or blood are determined by specific fully validated analytical methods when the analytical results are supported by results from appropriate independent confirmatory procedures, when the correlations between cannabinoid concentrations and induced decrements in the performance of relevant skills can be demonstrated to be both significant and beyond reasonable reproach, and when the presumption of impairment is supported by independently obtained corroborative evidence. Data to support imposition of any "per se" concentration of THC or cannabinoids in plasma or blood that is indicative of significant effects or impairment has not been reported in the *Cannabis* literature. Retrograde temporal extrapolation or "back-calculation" of concentrations of any cannabinoid in any human physiological fluid or tissue are not supportable, and thus interpretations of effects based on back-calculated concentrations are not scientifically defensible.

### Acknowledgments

The 9-carboxy-THC concentration data presented in Fig. 3 were determined by Valerie H. Schindler, M.S. and C. Edgar Cook, Ph.D. of the Research Triangle Institute, Research Triangle Park, NC, under National Institute on Drug Abuse (NIDA) Contract 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. These data have not been reported previously. The other data presented in Fig. 3 were kindly pro-

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

**626** JOURNAL OF FORENSIC SCIENCES

vided by Dr. Cook; S. Michael Owens, Ph.D., of the Department of Pharmacology, University of Arkansas for Medical Sciences, Little Rock, AR; and Mario Perez-Reyes, M.D., of the Department of Psychiatry, School of Medicine, University of North Carolina, Chapel Hill, NC.

## References

[1] Mechoulam, R., Shani, A., Edery, H., and Grunfeld, Y., "The Chemical Basis of Hashish Activity," *Science*, Vol. 169, No. 3945, 7 Aug. 1970, pp. 611-612.

[2] Owens, S. M., McBay, A. J., Reisner, H. M., and Perez-Reyes, M., "$^{125}$I-Radioimmunoassay of Delta-9-Tetrahydrocannabinol in Blood and Plasma with a Solid-Phase Second-Antibody Separation Method," *Clinical Chemistry*, Vol. 27, No. 4, April 1981, pp. 619-624.

[3] Turner, C. E., Elsohly, M. A., and Boeren, E. G., "Constituents of *Cannabis Sativa L.*, XVII: A Review of the Natural Constituents," *Journal of Natural Products*, Vol. 43, No. 2, March/April 1980, pp. 169-234.

[4] Mechoulam, R. and Gaoni, Y., "Recent Advances in the Chemistry of Hashish," *Fortschritte der Chemie Organischer Naturstoffe*, Vol. 25, 1967, pp. 175-213.

[5] Hollister, L. E., "Structure-Activity Relationships in Man of *Cannabis* Constituents, and Homologues and Metabolites of $\Delta^9$-Tetrahydrocannabinol," *Pharmacology*, Vol. 11, No. 1, 1974, pp. 3-11.

[6] Hollister, L. E. and Gillespie, H. K., "Delta-8 and Delta-9-Tetrahydrocannabinol, Comparison in Man by Oral and Intravenous Administration," *Clinical Pharmacology and Therapeutics*, Vol. 14, No. 3, May/June 1973, pp. 353-357.

[7] El-Feraly, F. S., Elsohly, M. A., Boeren, E. G., Turner, C. E., Ottersen, T., and Aasen, A., "Crystal and Molecular Structure of Cannabispiran and its Correlation to Dehydrocannabispiran: Two Novel *Cannabis* Constituents," *Tetrahedron*, Vol. 33, No. 18, 1977, pp. 2373-2378.

[8] Lerner, M. and Zeffert, J. T., "Determination of Tetrahydrocannabinol Isomers in Marijuana and Hashish," *Bulletin on Narcotics*, Vol. 20, No. 2, April 1968, pp. 53-54.

[9] Mechoulam, R., "Marijuana Chemistry," *Science*, Vol. 168, No. 3936, 5 June 1970, pp. 1159-1166.

[10] Small, E. and Beckstead, H. D., "Common Cannabinoid Phenotypes in 350 Stocks of Cannabis," *Lloydia (Journal of Natural Products)*, Vol. 36, No. 2, June 1973, pp. 144-165.

[11] Turner, C. E., Hadley, K., and Fetterman, P. S., "Constituents of *Cannabis Sativa L.*, VI: Propyl Homologs in Samples of Known Geographical Origin," *Journal of Pharmaceutical Sciences*, Vol. 62, No. 10, Oct. 1973, pp. 1739-1741.

[12] Shoyama, Y., Yamauchi, T., and Nishioka, I., "*Cannabis*, V: Cannabigerolic Acid Monomethyl Ether and Cannabinolic Acid," *Chemical and Pharmaceutical Bulletin*, Vol. 18, No. 7, July 1970, pp. 1327-1332.

[13] Ohlsson, A., Abou-Chaar, C. I., Agurell, S., Nilsson, I. M., Olofsson, K., and Sandberg, F., "Cannabinoid Constituents of Male and Female *Cannabis Sativa*," *Bulletin On Narcotics*, Vol. 23, No. 1, Jan. 1971, pp. 39-32.

[14] Fairbairn, J. W. and Leibmann, J. A., "Cannabinoid Content of *Cannabis Sativa L.* Grown in England," *Journal of Pharmacy and Pharmacology*, Vol. 26, No. 6, June 1974, pp. 413-419.

[15] Turner, C. E. and Elsohly, M. A., "Constituents of *Cannabis Sativa L.*, XVI: A Possible Decomposition Pathway of $\Delta^9$-Tetrahydrocannabinol to Cannabinol," *Journal of Heterocyclic Chemistry*, Vol. 16, No. 8, Dec. 1979, pp. 1667-1668.

[16] Miller, I. J., McCallum, M. K., Kirk, C. M., and Peake, B. M., "The Free Radical Oxidation of the Tetrahydrocannabinols," *Experientia*, Vol. 38, No. 2, 1982, pp. 230-231.

[17] Razdan, R. K., Puttick, A. J., Zitko, B. A., and Handrick, G. R., "Hashish VI: Conversion of (−)-$\Delta^{1(6)}$-Tetrahydrocannabinol to (−)-$\Delta^{1(7)}$-Tetrahydrocannabinol; Stability of (−)-$\Delta^1$- and (−)-$\Delta^{1(6)}$-Tetrahydrocannabinols," *Experientia*, Vol. 28, No. 2, 1972, pp. 121-122.

[18] Coutts, R. T. and Jones, G. R., "A Comparative Analysis of *Cannabis* Material," *Journal of Forensic Sciences*, Vol. 24, No. 2, April 1979, pp. 291-302.

[19] Perez-Reyes, M., Timmons, M. C., Davis, K. H., and Wall, M. E., "A Comparison of the Pharmacological Activity in Man of Intravenously Administered $\Delta^9$-Tetrahydrocannabinol, Cannabinol, and Cannabidiol," *Experientia*, Vol. 29, No. 11, 1973, pp. 1368-1369.

[20] Wall, M. E., Brine, D. R., and Perez-Reyes, M., "Metabolism of Cannabinoids in Man," in *The Pharmacology of Marijuana*, M. C. Braude and S. Szara, Eds., Vol. 1, Raven Press, New York, 1976, pp. 93-113.

[21] Hollister, L. E., "Cannabinol and Cannabidiol in Man," *Experientia*, Vol. 29, No. 7, 1973, pp. 825-826.

[22] Karniol, I. G. and Carlini, E. A., "The Content of (−)-$\Delta^9$-Trans-Tetrahydrocannabinol ($\Delta^9$-THC)

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

Does Not Explain All Biological Activity of Some Brazilian Marijuana Samples," *Journal of Pharmacy and Pharmacology*, Vol. 24, No. 10, Oct. 1972, pp. 833–835.

[23] Musty, R. E., Karniol, I. G., Shirakawa, I., Takahashi, R. N., and Knobel, E., "Interactions of $\Delta^9$-THC and Cannabinol in Man," in *The Pharmacology of Marijuana*, M. C. Braude and S. Szara, Eds., Vol. 2, Raven Press, New York, 1976, pp. 559–563.

[24] Agurell, S., Carlsson, S., Lindgren, J.-E., Ohlsson, A., Gillespie, H., and Hollister, L., "Interactions of $\Delta^1$-Tetrahydrocannabinol with Cannabinol and Cannabidiol following Oral Administration in Man; Assay of Cannabinol and Cannabidiol by Mass Fragmentography," *Experientia*, Vol. 37, No. 10, 1981, pp. 1090–1092.

[25] Wall, M. E., Harvey, T. M., Bursey, J. T., Brine, D. R., and Rosenthal, D., "Analytical Methods for the Determination of Cannabinoids in Biological Materials," in *Cannabinoid Assays in Humans*, R. E. Willette, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 7, DHEW Publication (ADM) 76-339, Washington, DC, 1976, pp. 107–117.

[26] Wall, M. E., Brine, D. R., Bursey, J. T., and Rosenthal, D., "Detection and Quantitation of Tetrahydrocannabinol in Physiological Fluids," in *Cannabinoid Analysis in Physiological Fluids*, J. A. Vinson, Ed., American Chemical Society Symposium Series, Vol. 98, American Chemical Society, Washington, DC, 1979, pp. 39–57.

[27] Karniol, I. G., Shirakawa, I., Kasinski, N., Pfeferman, A., and Carlini, E. A., "Cannabidiol Interferes with the Effects of $\Delta^9$-Tetrahydrocannabinol in Man," *European Journal of Pharmacology*, Vol. 28, No. 1, Sept. 1974, pp. 172–177.

[28] Hollister, L. E. and Gillespie, H. K., "Interaction in Man of Delta-9-Tetrahydrocannabinol II: Cannabinol and Cannabidiol," *Clinical Pharmacology and Therapeutics*, Vol. 18, No. 1, July 1975, pp. 80–83.

[29] Dalton, W. S., Martz, R., Lemberger, L., Rodda, B. E., and Forney, R. B., "Influence of Cannabidiol on Delta-9-Tetrahydrocannabinol Effects," *Clinical Pharmacology and Therapeutics*, Vol. 19, No. 1, Jan. 1976, pp. 300–309.

[30] Gaoni, Y. and Mechoulam, R., "Concerning the Isomerization of $\Delta^1$- to $\Delta^{1(6)}$-Tetrahydrocannabinol," *Journal of the American Chemical Society*, Vol. 88, No. 23, 5 Dec. 1966, pp. 5673–5675

[31] Claussen, U. and Korte, F., "Über das Verhalten von Hanf und von $\Delta^9$-6a.10a-Trans-Tetrahydrocannabinol beim Rauchen," *Justus Leibigs Annalen der Chemie*, Vol. 713, 1968, pp. 162–165.

[32] Fetterman, P. S., Keith, E. S., Waller, C. W., Guerrero, O., Doorenbos, N. J., and Quimby, M. W., "Mississippi-Grown *Cannabis Sativa L.*: Preliminary Observations on Chemical Definition of Phenotype and Variations in Tetrahydrocannabinol Content Versus Age, Sex, and Plant Part," *Journal of Pharmaceutical Sciences*, Vol. 60, No. 8, Aug. 1971, pp. 1246–1249.

[33] Wall, M. E., "Recent Advances in the Chemistry and Metabolism of the Cannabinoids," in *Recent Advances in Phytochemistry*, V. C. Runeckles, Ed., Vol. 9, Plenum Press, New York, 1975, pp. 29–60.

[34] Manno, J. E., Kiplinger, G. F., Haine, S. E., Bennett, I. F., and Forney, R. B., "Comparative Effects of Smoking Marijuana or Placebo on Human Motor and Mental Performance," *Clinical Pharmacology and Therapeutics*, Vol. 11, No. 6, Nov./Dec. 1970, pp. 808–815.

[35] Mikes, F. and Wasser, P. G., "Marijuana Components: Effects of Smoking on $\Delta^9$-Tetrahydrocannabinol and Cannabidiol," *Science*, Vol. 172, No. 3988, 11 June 1971, pp. 1158–1159.

[36] Agurell, S. and Leander, K., "Stability, Transfer, and Absorption of Cannabinoid Constituents of *Cannabis* (Hashish) during Smoking," *Acta Pharmaceutica Suecica*, Vol. 8, No. 6, Dec. 1971, p. 685

[37] Fehr, K. O. and Kalant, H., "Analysis of *Cannabis* Smoke Obtained Under Different Combustion Conditions," *Canadian Journal of Physiology and Pharmacology*, Vol. 50, No. 8, Aug. 1972, pp. 761–767.

[38] Perez-Reyes, M., Owens, S. M., and DiGuiseppi, S., "The Clinical Pharmacology and Dynamics of Marijuana Cigarette Smoking," *Journal of Clinical Pharmacology*, Vol. 21, Supplement to Nos. 8 and 9, Aug./Sept. 1981, pp. 201S–207S.

[39] Barnette, G., Chiang, C.-W. N., Perez-Reyes, M., and Owens, S. M., "Kinetic Study of Smoking Marijuana," *Journal of Pharmacokinetics and Biopharmaceutics*, Vol. 10, No. 5, May 1982, pp. 495–506.

[40] Ohlsson, A., Lindgren, J.-E., Wahlen, A., Agurell, S., Hollister, L. E., and Gillespie, H. K., "Plasma $\Delta^9$-Tetrahydrocannabinol Concentrations and Clinical Effects After Oral and Intravenous Administration and Smoking," *Clinical Pharmacology and Therapeutics*, Vol. 28, No. 1, Sept. 1980, pp. 409–416.

[41] Lindgren, J.-E., Ohlsson, A., Agurell, S., Hollister, L., and Gillespie, H., "Clinical Effects and Plasma Levels of $\Delta^9$-Tetrahydrocannabinol in Heavy and Light Users," *Psychopharmacology*, Vol. 74, No. 3, July 1981, pp. 208–212.

[42] Ohlsson, A., Lindgren, J.-E. Wahlen, A., Agurrell, S., Hollister, L. E., and Gillespie, H. K.,

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

**628** JOURNAL OF FORENSIC SCIENCES

"Single-Dose Kinetics of Deuterium-Labelled $\Delta^1$-Tetrahydrocannabinol in Heavy and Light Users," *Biomedical Mass Spectrometry*, Vol. 9, No. 1, Jan. 1982, pp. 6–10.

[43] Wahlqvist, M., Nilsson, I. M., Sandberg, F., and Agurell, S., "Binding of $\Delta^1$-Tetrahydrocannabinol to Human Plasma Proteins," *Biochemical Pharmacology*, Vol. 19, No. 9, Sept. 1980, pp. 2579–2583.

[44] Widman, M., Agurell, S., Ehrnebo, M., and Jones, G., "Binding of (+)- and (−)-$\Delta^1$-Tetrahydrocannabinols and (−)-7-Hydroxy-$\Delta^1$-Tetrahydrocannabinol to Blood Cells and Plasma Proteins in Man," *Journal of Pharmacy and Pharmacology*, Vol. 26, No. 11, Nov. 1974, pp. 914–916.

[45] Klausner, H. A., Wilcox, H. G., and Dingell, J. V., "The Use of Zonal Ultracentrifugation in the Investigation of the Binding of $\Delta^9$-Tetrahydrocannabinol by Plasma Lipoproteins," *Drug Metabolism and Disposition*, Vol. 3, No. 4, July/Aug. 1975, pp. 314–319.

[46] Garrett, E. R. and Hunt, C. A., "Physicochemical Properties, Solubility, and Protein Binding of $\Delta^9$-Tetrahydrocannabinol," *Journal of Pharmaceutical Sciences*, Vol. 63, No. 7, July 1974, pp. 1056–1064.

[47] Roth, S. H. and Williams, P. J., "The Nonspecific Membrane Binding Properties of $\Delta^9$-Tetrahydrocannabinol and the Effects of Various Solubilizers," *Journal of Pharmacy and Pharmacology*, Vol. 31, No. 10, Oct. 1979, pp. 224–230.

[48] Wintrobe, M. M., *Clinical Hematology*, 7th ed., Lea and Febiger, Philadelphia, 1974.

[49] Hunt, C. A. and Jones, R. T., "Tolerance and Disposition of Tetrahydrocannabinol in Man," *Journal of Pharmacology and Experimental Therapeutics*, Vol. 215, No. 1, Oct. 1980, pp. 35–44.

[50] Lemberger, L., Silberstein, S. D., Axelrod, J., and Kopin, I. J., "Marijuana: Studies on the Disposition and Metabolism of Delta-9-Tetrahydrocannabinol in Man," *Science*, Vol. 170, No. 3964, 18 Dec. 1970, pp. 1320–1322.

[51] Lemberger, L., Axelrod, J., and Kopin, I. J., "Metabolism and Disposition of Tetrahydrocannabinols in Naive Subjects and Chronic Marijuana Users," *Annals of the New York Academy of Sciences*, Vol. 191, 1971, pp. 142–154.

[52] Wall, M. E. and Perez-Reyes, M., "The Metabolism of $\Delta^9$-Tetrahydrocannabinol and Related Cannabinoids in Man," *Journal of Clinical Pharmacology*, Vol. 21, Supplement to Nos. 8 and 9, Aug./Sept. 1981, pp. 178S–189S.

[53] Wall, M. E., "The In-Vitro and In-Vivo Metabolism of Tetrahydrocannabinol," *Annals of the New York Academy of Sciences*, Vol. 191, 1971, pp. 23–39.

[54] Wall, M. E., Brine, D. R., Pitt, C. G., and Perez-Reyes, M., "Identification of $\Delta^9$-Tetrahydrocannabinol and Metabolites in Man," *Journal of the American Chemical Society*, Vol. 94, No. 24, 29 Nov. 1972, pp. 8579–8581.

[55] Halldin, M. M., Widman, M., Bahr, C. V., Lindgren, J.-E., and Martin, B. R., "Identification of In-Vitro Metabolites of $\Delta^1$-Tetrahydrocannabinol Formed by Human Livers," *Drug Metabolism and Disposition*, Vol. 10, No. 4, July/Aug. 1982, pp. 297–301.

[56] Halldin, M. M., Carlsson, S., Kanter, S. L., Widman, M., and Agurell, S., "Urinary Metabolites of $\Delta^1$-Tetrahydrocannabinol in Man," *Arzneimittelforschung*, Vol. 32(II), No. 7, July 1982, pp. 764–767.

[57] Halldin, M. M., Andersson, L. K. R., Widman, M., and Hollister, L. E., "Further Urinary Metabolites of $\Delta^1$-Tetrahydrocannabinol in Man," *Arzneimittelforschung*, Vol. 32(II), No. 9, Sept. 1982, pp. 1135–1138.

[58] Halldin, M. M. and Widman, M., "Glucuronic Acid Conjugate of $\Delta^1$-Tetrahydrocannabinol Identified in the Urine of Man," *Arzneimittelforschung*, Vol. 33(I), No. 1, Jan. 1983, pp. 177–178.

[59] Burstein, S. H., Menezes, F., Williamson, E., and Mechoulam, R., "Metabolism of $\Delta^{1(6)}$-Tetrahydrocannabinol, an Active Marijuana Constituent," *Nature*, Vol. 225, No. 5227, 3 Jan. 1970, pp. 87–88.

[60] Foltz, R. L., Fentiman, A. F., Leighty, E. G., Walter, J. L., Drews, H. R., et al, "Metabolite of (−)-Trans-$\Delta^8$-Tetrahydrocannabinol: Identification and Synthesis," *Science*, Vol. 168, No. 3933, 15 May 1970, pp. 884–885.

[61] Nilsson, I. M., Agurell, S., Nilsson, J. L. G., Ohlsson, A., Sandberg, F., and Wahlqvist, M., "$\Delta^1$-Tetrahydrocannabinol: Structure of a Major Metabolite," *Science*, Vol. 168, No. 3936, 5 June 1970, pp. 1228–1229.

[62] Wall, M. E., Brine, D. R., Brine, G. A., Pitt, C. G., Freudenthal, R. I., et al, "Isolation, Structure, and Biological Activity of Several Metabolites of $\Delta^9$-Tetrahydrocannabinol," *Journal of the American Chemical Society*, Vol. 92, No. 11, 3 June 1970, pp. 3466–3468.

[63] Burstein, S. and Kupfer, D., "Hydroxylation of Trans-$\Delta^1$-Tetrahydrocannabinol by Hepatic Microsomal Oxygenase," *Annals of the New York Academy of Sciences*, Vol. 191, 1971, pp. 61–67.

[64] Cohen, G. M., Peterson, D. W., and Mannering, G. J., "Interactions of $\Delta^9$-Tetrahydrocannabinol with the Hepatic Drug Metabolizing System," *Life Sciences*, Vol. 10, Pt. 1, No. 21, Nov. 1971, pp. 1207–1215.

[65] Dingell, J. V., Miller, K. W., Heath, E. C., and Klausner, H. A., "The Intracellular Localization

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

of $\Delta^9$-Tetrahydrocannabinol in Liver and its Effects on Drug Metabolism In Vitro," *Biochemical Pharmacology*, Vol. 22, No. 8, April 1973, pp. 949–958.

[66] Fernandez, M., Warning, N., Christ, W., and Hill, R., "Interactions of Several Cannabinoids with the Hepatic Drug Metabolizing System," *Biochemical Pharmacology*, Vol. 22, No. 23, Dec. 1973, pp. 2981–2987.

[67] Ben-Zvi, Z. and Burstein, S., "7-Oxo-$\Delta^1$-Tetrahydrocannabinol: A Novel Metabolite of $\Delta^1$-Tetra-hydrocannabinol," *Research Communications in Chemical Pathology and Pharmacology*, Vol. 8, No. 2, June 1974, pp. 223–230.

[68] Wantanabe, K., Yamamoto, I., Oguri, K., and Yoshimura, H., "Microsomal Oxygenase Cata-lyzed Oxidation of 11-Hydroxy-$\Delta^8$-Tetrahydrocannabinol to 11-Oxo-$\Delta^8$-Tetrahydrocannabinol," *Biochemical and Biophysical Research Communications*, Vol. 88, No. 1, May 1979, pp. 178–182.

[69] Wantanabe, K., Yamamoto, I., Oguri, K., and Yoshimura, H., "Identification and Determina-tion of 11-Oxo-$\Delta^8$-Tetrahydrocannabinol as an Intermediate Metabolite of $\Delta^8$-Tetrahydrocan-nabinol in the Mouse Brain and Liver," *Journal of Pharmacobio-Dynamics*, Vol. 3, No. 12, Dec. 1980, pp. 687–691.

[70] Perez-Reyes, M., Timmons, M. C., Lipton, M. A., Davis, K. H., and Wall, M. E., "Intravenous Injection in Man of $\Delta^9$-Tetrahydrocannabinol and 11-Hydroxy-$\Delta^9$-Tetrahydrocannabinol," *Science*, Vol. 177, No. 4049, 18 Aug. 1972, pp. 633–635.

[71] Lemberger, L., Martz, R., Rodda, B., Forney, R., and Rowe, H., "Comparative Pharmacology of $\Delta^9$-Tetrahydrocannabinol and its Metabolite, 11-OH-$\Delta^9$-Tetrahydrocannabinol," *Journal of Clin-ical Investigation*, Vol. 52, No. 10, Oct. 1973, pp. 2411–2417.

[72] Perez-Reyes, M., Timmons, M. C. Lipton, M. A., Christensen, H. D., Davis, K. H., and Wall, M. E., "A Comparison of the Pharmacological Activity of $\Delta^9$-Tetrahydrocannabinol and its Mono-hydroxylated Metabolites in Man," *Experientia*, Vol. 29, No. 8, 1973, pp. 1009–1010.

[73] Christensen, H. D., Freudenthal, R. I., Gidley, J. T., Rosenfeld, R., Boegli, G., et al. "Activity of $\Delta^8$- and $\Delta^9$-Tetrahydrocannabinol and Related Compounds in the Mouse," *Science*, Vol. 172, No. 3979, 9 April 1971, pp. 165–167.

[74] Perez-Reyes, M., Lipton, M. A., Timmons, M. C., Wall, M. E., Brine, D. R., and Davis, K. H., "Pharmacology of Orally Administered $\Delta^9$-Tetrahydrocannabinol," *Clinical Pharmacology and Therapeutics*, Vol. 14, No. 1, Jan./Feb. 1973, pp. 48–55.

[75] Hollister, L. E., Gillespie, B. A., Ohlsson, A., Lindgren, J.-E., Wahlen, A., and Agurell, S., "Do Plasma Concentrations of $\Delta^9$-Tetrahydrocannabinol Reflect the Degree of Intoxication?," *Journal of Clinical Pharmacology*, Vol. 21, Supplement to Nos. 8 and 9. Aug./Sept. 1981, pp. 171S–177S.

[76] Foltz, R. L. and Hidy, B. J., "Quantitative Analysis for $\Delta^9$-THC, 11-Hydroxy-$\Delta^9$-THC, and 9-Car-boxy-$\Delta^9$-THC in Plasma Using GC/CI-MS," in *The Analysis of Cannabinoids in Biological Fluids*. R. L. Hawks, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 42, DHHS Publication (ADM) 82-1212, Washington, DC, 1982. pp. 99–118.

[77] Perez-Reyes, M., DiGuiseppi, S., Davis, K. H., Schindler, V. H., and Cook, C. E., "Comparison of Effects of Marijuana Cigarettes of Three Different Potencies," *Clinical Pharmacology and Therapeutics*, Vol. 31, No. 5, May 1982, pp. 617–624.

[78] Williams, P. L. Moffat, A. C., and King, L. J., "Combined High-Performance Liquid Chroma-tography and Radioimmunoassay Method for the Analysis of $\Delta^9$-Tetrahydrocannabinol Metabo-lites in Human Urine," *Journal of Chromatography*, Vol. 186, No. 1. Dec. 1979, pp. 595–603.

[79] Williams, P. L. and Moffat, A. C., "Identification in Human Urine of $\Delta^9$-Tetrahydrocannabinol-11-oic Acid Glucuronide: A Tetrahydrocannabinol Metabolite," *Journal of Pharmacy and Phar-macology*, Vol. 32, No. 7, July 1980, pp. 445–448.

[80] Law, B., Pocock, K., and Moffat, A. C., "An Evaluation of a Homogeneous Enzyme Immunoassay (EMIT) for Cannabinoid Detection in Biological Fluids." *Journal of the Forensic Science Society*, Vol. 22, No. 3, July 1982, pp. 275–281.

[81] Hollister, L. E. Kanter, S. L., Moore. F., and Green, D. E., "Marijuana Metabolites in Urine of Man." *Clinical Pharmacology and Therapeutics*. Vol. 13, No. 6, Nov./Dec. 1972. pp. 849–855.

[82] Hollister, L. E., Kanter, S. L., Board, R. D., and Green, D. E., "Marijuana Metabolites in Urine of Man. III. Unchanged Delta-9-Tetrahydrocannabinol," *Research Communications in Chemical Pathology and Pharmacology*. Vol. 8, No. 4, Aug. 1974, pp. 579–584.

[83] Kanter, S. L., Hollister, L. E., and Loeffler. K. O.. "Marijuana Metabolites in the Urine of Man. VIII. Identification and Quantitation of $\Delta^9$-Tetrahydrocannabinol by Thin-Layer Chroma-tography and High-Pressure Liquid Chromatography," *Journal of Chromatography*, Vol. 150, No. 1, March 1978, pp. 233–237.

[84] Green, D. E., Chao. F.-C., Loeffler, K. O., and Kanter, S. L., "Quantitation of $\Delta^9$-Tetrahydrocannabinol and its Metabolites in Human Urine by Probability Based Matching GC/MC," in *Cannabinoid Analysis in Physiological Fluids*. J. A. Vinson, Ed., American Chemical Society Symposium Series, Vol. 98, American Chemical Society. Washington, DC, 1979. pp. 93–113.

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

[85] Kanter, S. L., Hollister, L. E., and Zamora, J. U., "Marijuana Metabolites in Urine of Man. XI. Detection of Unconjugated and Conjugated $\Delta^9$-Tetrahydrocannabinol-11-oic Acid by Thin-Layer Chromatography," *Journal of Chromatography*, Vol. 235, No. 1, Jan. 1982, pp. 507–512.

[86] DeLaurentis, M. J., McNeil, K., Mann, A. J., Clark, S., and Greenwood, H. M., "An EMIT Assay for Cannabinoid Metabolites in Urine," in *The Analysis of Cannabinoids in Biological Fluids*, R. L. Hawks, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 42, DHHS Publication (ADM) 82-1212, Washington, DC, 1982, pp. 69–84.

[87] "Clinical Summary Addendum, EMIT-d.a.u. (TM) and EMIT-st (TM) Urine Cannabinoid Assays," Syva Co., Palo Alto, CA 94304. Aug. 1982.

[88] Dackis, C. A., Pottash, A. L. C., Annitto, W., and Gold, M. S., "Persistence of Urinary Marijuana Levels After Supervised Abstinence," *American Journal of Psychiatry*, Vol. 139, No. 9, Sept. 1982, pp. 1196–1198.

[89] Perez-Reyes, M., DiGuiseppi, S., Mason, A. P., and Davis, K. H., "Passive Inhalation of Marijuana Smoke and Urinary Excretion of Cannabinoids," *Clinical Pharmacology and Therapeutics*, Vol. 34, No. 1, July 1983, pp. 36–41.

[90] Weathersbee, C. H. E., "Reefer Assay Fires Workers," *Clinical Chemistry News*, Vol. 8, No. 5, May 1982, pp. 1–2.

[91] McBay, A. J., Dubowski, K. M., and Finkle, B. S., "Urine Testing for Marijuana Use (letter), *Journal of the American Medical Association*, Vol. 249, No. 7, 11 Feb. 1983, p. 881.

[92] Hawks, R. L., "The Constituents of Cannabis and the Disposition and Metabolism of Cannabinoids," in *The Analysis of Cannabinoids in Biological Fluids*, R. L. Hawks, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 42, DHHS Publication (ADM) 82-1212, Washington, DC, 1982, pp. 125–137.

[93] Soares, J. R., Grant, J. D., and Gross, S. J., "Significant Developments in Radioimmune Methods Applied to $\Delta^9$-THC and its 9-Substituted Metabolites," in *The Analysis of Cannabinoids in Biological Fluids*, R. L. Hawks, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 42, DHHS Publication (ADM) 82-1212, Washington, DC, 1982, pp. 44–55.

[94] Norton, L. E. and Garriott, J. C., "Detection of Marijuana Use by GC/MS Analysis of Mouth Swabs," *American Journal of Forensic Medicine and Pathology*, Vol. 4, No. 2, June 1983, pp. 185–188.

[95] Thibault, R., Staff, W. J., Master, R. G., and Gravier, R. R., "Swabbing for Trace Marijuana (letter)," *Journal of Forensic Sciences*, Vol. 28, No. 1, Jan. 1983, pp. 15–17.

[96] Cimbura, C., Lucas, D. M., Bennett, R. C., Warren, R. A., and Simpson, H. M., "Incidence and Toxicological Aspects of Drugs Detected in 484 Fatally Injured Drivers and Pedestrians in Ontario," *Journal of Forensic Sciences*, Vol. 27, No. 4, Oct. 1982, pp. 855–867.

[97] Cocchetto, D. M., Owens, S. M., Perez-Reyes, M., DiGuiseppi, S., and Miller, L. L., "Relationship Between Plasma Delta-9-Tetrahydrocannabinol Concentration and Pharmacologic Effects in Man," *Psychopharmacology*, Vol. 75, No. 2, Nov. 1981, pp. 158–164.

[98] Evans, M. A., Martz, R., Brown, D. J., Rodda, B. E., Kiplinger, G. F., et al., "Impairment of Performance with Low Doses of Marijuana," *Clinical Pharmacology and Therapeutics*, Vol. 14. No. 6, Dec. 1973, pp. 936–940.

[99] Kiplinger, G. F., Manno, J. E., Rodda, B. E., Forney, R. B., Haine, S. E., et al., "Dose-Response Analysis of the Effects of Tetrahydrocannabinol in Man," *Clinical Pharmacology and Therapeutics*, Vol. 12, No. 4, July/Aug. 1971, pp. 650–657.

[100] Ohlsson, A., Widman, M., Carlsson, S., Ryman, T., and Strid, C., "Plasma and Brain Levels of $\Delta^9$-THC and Seven Monooxygenated Metabolites Correlated to the Cataleptic Effect in the Mouse," *Acta Pharmacologica et Toxicologica*, Vol. 47, No. 4, Oct. 1980, pp. 308–317.

[101] Owens, S. M., Perez-Reyes, M., and DiGuiseppi, S., "The Relationship of Plasma $\Delta^9$-Tetrahydrocannabinol Concentrations to Heart Rate and Subjective Self-Reported High in Males and Females after Smoking Marijuana," in *Marijuana Use Among Drivers in Single-Vehicle Accidents*, S. M. Owens, Ph.D. dissertation, University of North Carolina, Chapel Hill, 1980, pp. 52–77.

[102] Mason, A. P., Perez-Reyes, M., McBay, A. J., and Foltz, R. L., "Cannabinoid Concentrations in Plasma After Passive Inhalation of Marijuana Smoke," *Journal of Analytical Toxicology*, Vol. 7, No. 4, July/Aug. 1983, pp. 172–174.

[103] Perez-Reyes, M., Timmons, M. C., and Wall, M. E., "Long-Term Use of Marijuana and the Development of Tolerance or Sensitivity to $\Delta^9$-Tetrahydrocannabinol," *Archives of General Psychiatry*, Vol. 31, No. 1, July 1974, pp. 89–91.

[104] Nowlan, R. and Cohen, S., "Tolerance to Marijuana: Heart Rate and Subjective 'High'," *Clinical Pharmacology and Therapeutics*, Vol. 22, No. 5, Nov. 1977, pp. 550–556.

[105] Moscowitz, H., "Marijuana and Driving," *Accident Analysis and Prevention*, Vol. 8, No. 1, 1976, pp. 21–26.

[106] Moscowitz, H., "Hallucinogens, Marijuana," in *Drugs and Driving*, R. E. Willette, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 11, DHEW Publication (ADM) 77-438, Washington, DC, 1977, pp. 71–90.

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

[107] McBay. A. J.. "Marijuana, Other Drugs," in *Drugs and Driving*, R. E. Willette, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 11, DHEW Publication (ADM) 77-438, Washington, DC, 1977, pp. 91-99.

[108] McBay, A. J. and Owens, S. M., "Marijuana and Driving," in *Problems of Drug Dependence, 1980*, L. S. Harris, Ed., National Institute on Drug Abuse Research Monograph Series, Vol. 34, DHHS Publication (ADM) 81-1058, Washington, DC, 1981, pp. 257-263.

[109] Mason, A. P. and McBay, A. J., "Ethanol Marijuana, and Other Drug Use in 600 Drivers Killed in Single-Vehicle Crashes in North Carolina, 1978-1981," *Journal of Forensic Sciences*, Vol. 29, No. 4, Oct. 1984, pp. 987-1026.

[110] Attwood, D. A., McBurney. L. J., Bobbie, B. A., and Clowes, M. A., "Time Course Effects of Moderate Levels of *Cannabis* on Human Psychomotor Performance," technical memorandum, Road Safety Unit, Transport Canada, 1981; *Proceedings*, 14th Annual Meeting of the Human Factors Association of Canada, Toronto, Ontario, Oct. 1981.

[111] Moscowitz, H., Hulbert. S., and McGlothlin, W. H., "Marijuana: Effects on Simulated Driving Performance," *Accident Analysis and Prevention*, Vol. 8, No. 1, 1976, pp. 45-50.

[112] Attwood, D. A., Williams, R. D., Bowser, J. S., McBurney, L. J., and Frecker, R. C., "The Effect of Moderate Levels of Alcohol and Marijuana. Alone and in Combination, on Closed-Course Driving Performance," Road Safety Unit, Transport Canada, May 1981.

[113] Klonoff. H.. "Marijuana and Driving in Real-Life Situations," *Science*, Vol. 186, No. 4161, 25 Oct. 1974, pp. 317-324.

[114] Hansteen, R. W., Miller, R. D., Lonero, L., Reid, L. D., and Jones, B., "Effects of *Cannabis* and Alcohol on Automobile Driving and Psychomotor Tracking," *Annals of the New York Academy of Sciences*, Vol. 282, 1976. pp. 240-256.

[115] Teale, J. E., Clough, J. M., King. L. J., and Marks, V., "The Incidence of Cannabinoids in Fatally Injured Drivers: An Investigation by Radioimmunoassay and High Pressure Liquid Chromatography," *Journal of the Forensic Science Society*, Vol. 17, No. 3, July 1977, pp. 177-183.

[116] Reeve. V. C., Drake, R. W.. Gross, S., and Hollister, L., "Study of the Incidence of Delta-9-Tetrahydrocannabinol (THC) in Forensic Blood Samples from a California Impaired Driving Population," Technical Support Unit, Investigative Services Branch, Division of Law Enforcement, California State Department of Justice, Sacramento, CA, 1979.

[117] McBay, A. J. and Mason. A. P.. "Drugs Found in 600 Single-Vehicle Operators Killed in North Carolina in 1978-1981," *Bulletin of the International Association of Forensic Toxicologists*, Vol. 16, No. 3, July 1982, pp. 19-21.

[118] Owens, S. M.. McBay. A. J., and Cook, C. E.. "The Use of Marijuana, Ethanol, and Other Drugs Among Drivers Killed in Single-Vehicle Crashes," *Journal of Forensic Sciences*, Vol. 28, No. 2, April 1983, pp. 372-379.

[119] Reeve. V. C., Grant. J. D.. Robertson, W., Gillespie, H. K., and Hollister, L. E., "Plasma Concentrations of $\Delta^9$-Tetrahydrocannabinol and Impaired Motor Function," *Drug and Alcohol Dependence*, Vol. 11, No. 2, April 1983. pp. 167-175.

[120] National Highway Traffic Safety Administration. "Marijuana, Other Drugs, and Their Relationship to Highway Safety: A Report to Congress," U.S. Department of Transportation, DOT HS-805-229, Washington, DC, 1979.

[121] Cook. C. E., Seltzman, H. H., Schindler, V. H., Tallent, C. R., Chin, K. M., and Pitt, C. G., "Radioimmunoassay for Cannabinoids," in *The Analysis of Cannabinoids in Biological Fluids*, R. L. Hawks, Ed.. National Institute on Drug Abuse Research Monograph Series, Vol. 42, DHHS Publication (ADM) 82-1212, Washington, DC, 1982, pp. 257-263.

[122] Hanson, V. W., Buonarati, M. H., Baselt, R. C., Wade, N. A., Yep, C., et al, "Comparison of $^3H$ and $^{125}I$-Radioimmunoassay and Gas Chromatography/Mass Spectrometry for the Determination of $\Delta^9$-Tetrahydrocannabinol and Cannabinoids in Blood and Serum," *Journal of Analytical Toxicology*, Vol. 7, No. 2, March/April 1983, pp. 96-102.

[123] Law. B., Mason, P. A., Moffat, A. C., Gleadle, R. I., and King, L. J., "Forensic Aspects of the Metabolism and Excretion of Cannabionds Following Oral Ingestion of *Cannabis* Resin," *Journal of Pharmacy and Pharmacology*, Vol. 36, No. 5, May 1984, pp. 289-294.

Address requests for reprints or additional information to
Arthur J. McBay
Office of the Chief Medical Examiner
Chapel Hill, NC 27514

Copyright by ASTM Int'l (all rights reserved); Mon Jun 18 11:35:28 EDT 2007
Downloaded/printed by
k j mendelsohn () pursuant to License Agreement. No further reproductions authorized.

# Cannabis (Marijuana) —
# Effects on Human Behavior and Performance

**M. A. Huestis**
Intramural Research Program
National Institute on Drug Abuse
National Institutes of Health
Baltimore, Maryland
United States of America

**EXHIBIT
2**

## TABLE OF CONTENTS

|  |  |  |
|---|---|---|
|  | INTRODUCTION | 16 |
| I. | CHEMISTRY | 17 |
|  | A. Source | 17 |
|  | B. Nomenclature | 17 |
|  | C. Structure-Activity Relationships | 18 |
|  | D. Chemical Stability | 18 |
| II. | PHARMACOLOGY | 18 |
|  | A. Mechanisms of Action | 18 |
|  | B. Effects | 19 |
| III. | THERAPEUTIC POTENTIAL | 21 |
|  | A. Cannabinoid Agonists | 21 |
|  | B. Cannabinoid Antagonists, Reuptake Inhibitors, and Enzyme Inhibitors | 21 |
| IV. | PHARMACOKINETICS | 21 |
|  | A. Absorption | 21 |
|  | B. Distribution | 22 |
|  | C. Metabolism | 22 |
|  | D. Elimination | 22 |
|  | E. Plasma Concentrations | 23 |
|  | F. Urine Concentrations | 25 |
| V. | ANALYSIS | 26 |
|  | A. Initial Testing | 26 |
|  | B. Confirmatory Testing | 28 |
| VI. | INTERPRETATION | 29 |
|  | A. Urine | 29 |
|  | B. Oral Fluid | 30 |
|  | C. Blood, Plasma, and Serum | 31 |
| VII. | IN VITRO STABILITY | 32 |
|  | A. Whole Blood, Plasma, and Serum | 32 |
|  | B. Urine | 32 |
| VIII. | PASSIVE INHALATION | 32 |
| IX. | IMPAIRMENT | 33 |
|  | A. Epidemiological Studies | 33 |
|  | B. Performance Studies | 37 |
|  | C. Driving and Flying Simulator and Closed/Open Course Driving Studies | 41 |
|  | D. Summary | 44 |
|  | ACKNOWLEDGMENTS | 45 |
|  | REFERENCES | 45 |
|  | ABOUT THE AUTHOR | 60 |

1042-7201/14-01/02-02/15–60/$23.00 • Copyright © 2002 Central Police University Press

# Cannabis (Marijuana) —
# Effects on Human Behavior and Performance

**REFERENCE:** Huestis MA: Cannabis (Marijuana) — Effects on human behavior and performance; *Forensic Sci Rev* 14:15; 2002.

**ABSTRACT:** Cannabis is one of the oldest and most commonly abused drugs in the world. Recently, tremendous advances have been made in our understanding of the endogenous cannabinoid system with the identification of cannabinoid receptors, cannabinoid receptor antagonists, endogenous neurotransmitters, metabolic enzymes, and reuptake mechanisms. These advances have helped us to elucidate the mechanisms of action of cannabis and the side effects and toxicities associated with its use. In addition, potential therapeutic applications are being investigated for the use of smoked cannabis and synthetic THC (dronabinol). Most workplace, military, and criminal justice positive urine drug tests are due to the use of cannabis. In addition, alternative matrices, including saliva, sweat, and hair, are being utilized for monitoring cannabis use in treatment, employment, and criminal justice settings. Experimental laboratory studies have identified cognitive, physiological, and psychomotor effects following cannabis. Epidemiological studies reveal that cannabis is the most common illicit drug world-wide in impaired drivers, and in motor vehicle injuries and fatalities. Driving simulator studies also indicate performance impairment following cannabis use; however, the results of open- and closed-road driving studies and of culpability studies do not consistently document increased driving risk. Clearly a combination of ethanol and cannabis use significantly increases risks. This article reviews the pharmacokinetics and pharmacodynamics of cannabis and places special emphasis on the effects of cannabis on complex tasks such as driving and flying.

**KEY WORDS:** cannabinoids, cannabis, driving, hair, impairment, marijuana, oral fluid, performance, plasma, sweat, tetrahydrocannabinol, urine, whole blood.

## INTRODUCTION

Marijuana, hashish, sinsemilla, and other psychoactive products obtained from *Cannabis sativa* are the most widely used illicit drugs in the world. In the United States, smoked marijuana is the primary route of cannabinoid exposure, but in many countries, hashish predominates. The term cannabis will be used in this review, unless the reference is specifically to the leafy plant material termed marijuana. Cannabis has been used for its euphoric effects for over 4000 years [481]. The stout, aromatic, annual herb originated in Central Asia, but is now cultivated in many countries. A cane-like variety, devoid of psychoactive effects, provides an important source of hemp fiber. The Assyrians incorporated cannabis into their religious rites and as medicine for neurological and psychiatric diseases [293]. Cannabis was identified in plant ash on the skeleton of a young woman who died during childbirth in the 4th century A.D. [481]. Additional evidence of the use of cannabis during birthing comes from information documented in Egyptian papyri. Medicinal properties of the plant were recognized in China 2700 years ago for the relief of pain, muscle spasms, convulsions, epilepsy, asthma, and rheumatism. O'Shaughnessy, an Irish surgeon, introduced cannabis to Europe in 1842 after observing its therapeutic use in India and after completing toxicity experiments in animals [374]. He was impressed with the usefulness of cannabis as a muscle-relaxant, anticonvulsant, anti-emetic, and analgesic. However, similar to other herbal preparations, its potency was unreliable, contributing to the decline of its therapeutic value. In addition, physicians, including the French psychiatrist de Tour Moreau, became aware of the drug's psychoactive side effects and described it as "a gradual weakening of the power to direct thoughts at will" [302]. DeCourtive, a student of Moreau, conducted studies on the chemistry of hashish and its effects on animals and humans, including himself [401]. He believed that cannabis could be helpful in relieving the pain and suffering of his psychiatric patients. Today there is extensive research interest around the world in the therapeutic potential of cannabinoids and in understanding the endogenous cannabinoid system.

Cannabis grows in the wild in large areas of the Russian Federation, Kazakhstan, and Central Asia [450]. Asia, Africa and Latin America are the major producers of illicit cannabis [450]. The greatest period of cannabis use in the U.S. was in the 1960s and 1970s, followed by decreasing prevalence until the early 1990s, when marijuana use began to increase among the young. According to the 1999 National Household Survey, 34.6% of the total U.S. population age 12 or older reported use of marijuana at some time in their lives, with 8.9% and 5.1% stating that they used marijuana at least once in the past year and past month, respectively [447]. Currently, nearly 35% of

American males aged 12–17 smoke marijuana once a month [447]. Surprisingly, a slightly greater percentage of teen-age girls (39.6%) also report monthly smoking. Although there was an increase in marijuana use among American youth from 1991 to 1997 [426], according to the Monitoring the Future Survey, marijuana use began to decline among 8th graders in 1997, and among 10th and 12th graders in 1998 [218]. This decline continued only for 8th graders in 1999 and is accompanied by reductions in the perceived risk and personal disapproval of marijuana use among older teens. The total number of marijuana/hashish emergency room mentions in the U.S. has also increased from 11 (1992) to 36 (1999) per 100,000 people, according to the Drug Abuse Warning Network [139].

Cannabis is self-administered for its mood-altering properties, and has been described as an addictive, dependence-producing drug due to the production of euphoria, the presence of reversible psychological impairment, an abstinence syndrome, and tolerance [317]. A mixture of depressant and stimulant effects is noted at low doses; cannabis acts as a CNS depressant at high doses [13]. Cannabinoids share effects with other psychoactive drugs, yet possess a distinct pattern of effects that distinguishes this unique pharmacological drug class.

## I. CHEMISTRY

### A. Source

Cannabis preparations include loose marijuana plant material, kilobricks (the classical Mexican-produced material), buds, sinsemilla, Thai sticks, hashish (cannabis resin), and hash oil. The chemical composition of the different parts of the plant varies. Sinsemilla, a seedless and more potent form of cannabis produced from the unfertilized flowering tops of female *C. sativa* plants, first appeared in 1977 and is usually produced in the United States. Delta-9-tetrahydrocannabinol (THC), the primary psychoactive analyte, is found in the plant's flowering or fruity tops, leaves, and resin. The structure of THC is shown in **Figure 1**. Cannabinoid plant chemistry is far more complex than pure THC and different effects may be expected due to the presence of additional cannabinoids and other chemicals [442]. The ratio of cannabinoids in cannabis is dependent on the age of the sample, its geographic origin, and the plant strain. Cannabinol is essentially a chemical degradation product and its relative abundance increases as samples age [168,296]. The potency of a preparation is described by its THC concentration, usually as the % THC per dry weight of material. The actual amount of drug administered will depend upon the weight of the material and the route of drug administration. Potency has been increasing steadily over the years through selective cultivation. The potency of confiscated marijuana samples rose from less than 1.5% THC in 1980 to 4.2% THC in 1997 [113]. Marijuana represented the majority of seized specimens in the United States, with hash oil representing less than 1%, and hashish less than 5% of all samples over the last decade. Between 1990 and 1997, the mean percentages of THC in marijuana, hashish, and hash oil seizures were 3.5, 6.6, and 14.0%, respectively. The highest THC concentrations in seized materials were marijuana 29.9%, sinsemilla 33.1%, hashish 52.9%, and hash oil 47.0%.

### B. Nomenclature

Cannabis contains over 421 different chemical compounds, including 61 cannabinoids [442]. During smoking, more than 2000 compounds may be produced by pyrolysis. Eighteen different classes of chemicals, including nitrogenous compounds, amino acids, hydrocarbons, sugars, terpenes, and simple and fatty acids contribute to cannabis's known pharmacological and toxicological properties. Other cannabinoids include cannabinol, which is approximately 10% as psychoactive as THC and cannabidiol, a non-psychoactive agent [342]. After years of effort, the structure of THC was elucidated in 1964 [292]. THC, a tricyclic 21-carbon structure, is a volatile, viscous oil with high lipid solubility and poor aqueous solubility. The $pK_a$ of THC is 10.6. THC contains no nitrogen and has two chiral centers in trans-configuration. Two different numbering systems, the dibenzopyran or delta 9, and the monoterpene or delta 1 system, are utilized in the literature to describe THC [442]. The dibenzopyran system will be used throughout this chapter.



**Figure 1.** Major metabolic route for $\Delta^9$-tetrahydrocannabinol (THC) including the primary active metabolite 11-hydroxy-$\Delta^9$-tetrahydrocannabinol (11-OH-THC) and the primary inactive metabolite, 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH).

18

## C. Structure-Activity Relationships

Early studies employing impure materials suggested that cannabinoid actions were not highly stereospecific; however, in the late 1980s and early 1990s, it became apparent that strict structural requirements were required for cannabinoid activity [293,294]. Cannabinoids are natural (−)-enantiomers with (3R,4R) stereochemistry. Until anandamide was identified as the first endogenous cannabinoid agonist [97], structure-activity studies of the classical THC agonist had indicated that the benzopyran ring structure, aliphatic side chain, and phenolic group were required for central activity [5,362,393]. More recent research has shown that anandamide, one of several unsaturated fatty acid ethanolamide endogenous ligands of the CB1 receptor, can assume a three-dimensional conformation that also successfully binds to the cannabinoid receptor [6,78,276]. Anandamide's hydroxyl group may be superimposed on the phenolic group of THC, its carboxyamide oxygen on the pyran oxygen, and its omega 6 aliphatic region may lie in the same position as THC's pentyl chain. Animal studies have shown that a C-5 hydroxy group confers potent peripheral activity [116]. The well-known tetrad of pharmacological effects in mice developed by Martin et al. [5] that includes catalepsy, reduced motility, hypothermia and antinociception, has been used extensively to characterize cannabinoid structure-activity relationships. Exposure of mice to compounds with cannabinoid-like activity reduces spontaneous locomotor activity and core body temperature, produces catalepsy (a rigidity of the limbs accompanied by a lack of response to stimuli and inactivity), and increases the threshold for pain perception. To date, activity in the mouse behavioral battery has been a reliable predictor of psychotomimetic activity in humans [98]; however, its usefulness will continue to be assessed with the discovery of many new endogenous cannabinoids.

## D. Chemical Stability

THC is usually present in *C. sativa* plant material as a mixture of monocarboxylic acids, which readily and efficiently decarboxylate upon heating [9,342,442]. THC decomposes when exposed to air, heat, or light; exposure to acid can oxidize the compound to cannabinol, a much less potent cannabinoid [168,320]. THC binds readily to glass and plastic, reducing recoveries during analytical procedures [38,141]. THC adsorption can be minimized with storage of solutions in amber silylated glassware and by maintenance of the compound in a basic solution or organic solvent [122,212].

## II. PHARMACOLOGY

## A. Mechanisms of Action

Two hypotheses for THC's mechanisms of action were proposed for many years. One hypothesis suggested that THC exerted its effects through non-specific interactions of the drug with cellular and organelle membranes [181,274]. The other hypothesis suggested that THC interacted with specific cannabinoid receptors [96,98,349]. Delineating mechanisms of action was difficult due to demonstrated THC activity at many sites, including the opioid and benzodiazepine receptors, and noted effects on prostaglandin synthesis, DNA, RNA, and protein metabolism [55,334,464]. Cannabinoids inhibit macromolecular metabolism in a dose-related manner and have a wide range of effects on enzyme systems, hormone secretion, and neurotransmitters [37,60,88,90,99,300,350]. These numerous and diffuse effects lent support to the nonspecific interaction hypothesis. However, in the last 10 years our knowledge of cannabinoid pharmacology has increased tremendously. Central (CB1) [282,314] and peripheral (CB2) [314] cannabinoid receptors have been characterized, endogenous ligands (e.g., anandamide [97], 2-arachidonyl glycerol [422]) have been identified, and specific CB1 [366,368] and CB2 receptor antagonists [358] have been synthesized. The structures of THC, the endogenous neurotransmitter anandamide, and the first CB1 cannabinoid receptor antagonist SR141716 are shown in **Structure 1**. There are indications that additional non-CB1, non-CB2 cannabinoid receptors may also be present in the brain and body [44,464].

CB1 receptors in the brain were mapped indicating that the distribution of the high-affinity, stereoselective, and pharmacologically distinct brain receptors is anatomically selective [180,273,282]. A high density of receptors in the caudate nucleus and cerebellum are consistent with the marked effects of cannabinoids on motor behavior [377,385,454]. Significant binding has been documented in the striatum, cerebral cortex, and hippocampus correlating with cannabinoid effects on perception, cognition, memory, learning, endocrine function, food intake, and regulation of body temperature [59,78,161, 275]. Cannabinoid receptors belong to the G protein class of receptors and have seven trans-membrane domains [147,188]. The intracellular surface of the CB1 receptor interacts with G proteins to regulate effector proteins such as adenylate cyclase, calcium and potassium ion channels, and the mitogen-activated protein kinase pathway [24,29,367]. The distinct CB2 peripheral cannabinoid receptor appears to play an important immunomodulatory

19



**Structure 1.** Chemical structures of $\Delta^9$-tetrahydrocannabinol (THC), anandamide (the first endogenous cannabinoid neurotransmitter), and SR141716 (the first CB1 cannabinoid receptor antagonist).

role [264,365]. CB2 receptors have been localized in the spleen, thymus, tonsils, and on mast cells and plasmocytes. A 44% homology in the amino acid sequence exists between the CB1 and CB2 cannabinoid receptors [399].

The first endogenous cannabinoid ligand to be identified, anandamide (Sanskrit term for bliss) or arachidonylethanolamide, is an arachidonic acid derivative [97]. It mimics THC binding at both the CB1 and CB2 receptor subtypes, and possesses similar pharmacological activity, although with reduced potency for some effects [133,187,297]. Anandamide also appears to function as a neurotransmitter in some systems where THC is inactive, e.g., activity at vanilloid (VR1) receptors, to produce other pharmacological effects including vasodilation [484] and to reduce glioma cell proliferation [207]. Deutsch et al. proposed a biosynthetic route for anandamide [95]; however, it appears that anandamide may be released from cell membranes following depolarization due to the influx of calcium [100,115,423]. Anandamide can be inactivated by enzymatic hydrolysis with fatty acid amide hydrolase [95,276,352] or by a specific transporter reuptake mechanism [101], further substantiating that this endogenous cannabinoid ligand functions as a biological neurotransmitter. Other ethanolamines, e.g., palmitoyl and stearoylethanolamine, are not active at cannabinoid receptors themselves, but appear to greatly increase the activity of endogenous ligands and have, therefore, earned the title of "entourage compounds" [94,276,295].

SR141716, the first specific CB1 cannabinoid receptor antagonist, has been shown to block acute effects of THC and other CB1 agonists in vitro and in animals [4,248,366,368]. The first clinical studies of the pharmacokinetic and pharmacodynamic effects of oral SR141716 in combination with smoked marijuana have recently been reported [195]. Smoked marijuana alone produced expected physiological and psychological responses reflecting intoxication. In combination with SR141716, there was a dose-dependent blockade of marijuana effects on subjective effects and heart rate. The 90-mg dose produced significant 38% to 43% reductions in Visual Analog Scale ratings of "How high do you feel now?" "How stoned on marijuana are you now?" and "How strong is the drug effect you feel now?" and a 75% reduction (p<0.06) in the marijuana subscale peak effects. Heart rate increases were also substantially reduced by SR141716. SR141716 alone produced no significant physiological and psychological effects in human volunteers, although inverse agonism and/or disruption of endogenous cannabinoid tone by the antagonist have been described in vitro and animal studies [39,195]. A pharmacokinetic interaction between THC and SR141716 was not likely to account for the effects of SR141716 on human THC pharmacodynamics because no significant difference in the mean THC AUC or peak THC plasma concentration after placebo or 90 mg SR141716 was observed. These findings confirmed, for the first time in humans, the important role of CB1 receptors in mediating the cardiovascular and behavioral effects of cannabis.

The significant advances in cannabinoid research have opened new frontiers and are leading to a better understanding of cannabis's effects and the role of the endogenous cannabinoids in humans. It is suggested that THC may act as an indirect dopamine agonist to stimulate electrical brain reward circuits [138]. Stimulation of the brain reward circuits is an essential characteristic of drugs of abuse. Cannabis produces substantial changes in human behavior that are linked to physiologic and biochemical changes [201]. Subjective responses and performance effects are interrelated with other body functions; behavior being the highest level of human response.

## B. Effects

Cannabis's behavioral and physiologic effects have been well described [5,98,220]. Behavioral effects include feelings of euphoria and relaxation, altered time perception, lack of concentration, impaired learning and memory, and mood changes such as panic reactions and paranoia. Cannabis's spectrum of behavioral effects is unique, preventing classification of the drug as a stimulant, sedative, tranquilizer, or hallucinogen [448]. Subjective effects of cannabis, such as drug "liking" and "feel drug" may appear after the first or second puff of a cannabis cigarette [201]. Cannabis was also found to produce rapid changes in some physiologic effects includ-

20

ing heart rate and diastolic blood pressure [26,184,219,347]. Other frequent physiological effects include conjunctival suffusion, dry mouth and throat, increased appetite, vasodilatation, and decreased respiratory rate. Cannabis affects the immune and endocrine systems, produces lung damage and EEG alterations, and influences neonatal and child development [61,92,134–136,165,431,433,482].

Acute toxic effects of cannabis include behavioral effects, e.g., panic attacks and psychosis, increased heart rates, and CNS depression [144,155,185,420]. NIDA's Drug Abuse Warning Network (DAWN) reported a three-fold increase in cannabis-related hospital emergency room visits from 1992 to 1999 that may be related to the increased potency of cannabis and the increase in use among the young [139]. Children have experienced serious CNS depression following ingestion or inhalation of cannabis [266,379,392]. Usually, with supportive care, these cases have resolved successfully with few residual effects.

Acute cannabis consumption may impair cognitive and performance tasks, including memory, altered time sense, reaction time, learning, perception, motor coordination, and attention [17,34–36,175,225,281,356,387, 472]. Numerous investigators have observed the disruption in free recall of previously learned items and other components of memory [161,391,417,425,439]. Cannabis is frequently included as a contributing factor to motor vehicle accidents and is one of the most commonly found drugs in multiple-drug cases (*see* Section IX for further discussion) [85,108,143,410]. In 2001, Shope et al., in a study of high-risk driving behaviors in 4,403 young adults, found that substance use, including tobacco cigarettes, marijuana, and alcohol, at age 15 was an important predictor of subsequent excess risk of serious offenses and car crashes for men and women [400].

There are conflicting reports on chronic toxic effects of cannabis in the literature [158,184,356,413]. This may be due in part to different experimental protocols, type and potency of cannabis, schedule and length of exposure, subject characteristics and defined endpoint of effect. Impaired health, including lung damage, behavioral changes, reproductive, cardiovascular, and immunological effects, has been associated with cannabis use [157,398]. The ability of cannabinoids to readily cross placental membranes to expose the developing fetus has led to additional health concerns [164]. Cannabinoids can be embryocidal, affect gestational length and labor, induce maturational delays, and may have effects on behavioral parameters in the human neonate [89,134,388]. Furthermore, recent research points to an important role for endogenous cannabinoids in the successful implantation of embryos [332,333]. CB1 cannabinoid receptors are present in high concentrations in the developing embryo and high concentrations of anandamide have been found in the uterus. Cannabinoids were found to interfere with implantation in wild type, but not with CB1/CB2 receptor knock-out mice. There are indications that cannabis also inhibits the human immune system [53,239,305,315,430, 432]. The smoke condensate yield of cannabis, which includes potential mutagens, was more than 50% higher than that of tobacco cigarette smoke [463]. Some of the most reproducible findings suggest that THC inhibits the progression of responsive macrophages to full activation by limiting their capacity to respond to immunogenic signals [56]. Reports indicate that exposure to cannabis also impairs alveolar macrophage function and cytokine production [19].

Acute effect vs. time curves for heart rate and subjective "high" display a counter-clockwise hysteresis, indicating a delay between effects and plasma concentrations [20,63,76,79]. A counter-clockwise hysteresis is generally indicative of a prominent distribution phase, perhaps due to redistribution of drug from the vascular compartment to the drug's site of action, the brain. The subjective "high" effect was found to be directly proportional to the mean plasma concentration of THC from approximately 1–4 h after cannabis smoking [64]. Domino et al. [104] determined that THC plasma concentrations at 50% maximal effect were 7.2 and 16.8 ng/mL in light and heavy cannabis users, respectively. In a controlled clinical study of marijuana smoking, initial changes in THC blood concentrations were reported to be out of phase with physiological and behavioral changes (hysteresis); however, after blood/tissue equilibrium was established, a direct correlation of THC blood concentrations and effects was observed [79].

Most behavioral and physiological effects of THC return to baseline levels within 3–6 h after exposure [59,186,395], although, some investigators have demonstrated residual effects in specific behaviors up to 24 h after drug [176,250]. More research is needed to define the onset, magnitude, and duration of cannabis's behavioral effects, especially following long-term, frequent use of the drug. Pope et al. recently reported that significant neurocognitive deficits were observed in long-term marijuana users who had smoked more than 5000 times in their lives as compared to occasional marijuana users [355]. This impairment continued to be significantly different from controls after 7 days of abstinence, but had resolved by 28 days of marijuana abstinence.

21

### III. THERAPEUTIC POTENTIAL

#### A. Cannabinoid Agonists

A small number of cancer, glaucoma, and AIDS patients have been supplied with marijuana by the U.S. government and have been permitted to smoke marijuana legally [41]. In a 1991 survey of oncologists, physicians indicated their willingness to prescribe marijuana for therapeutic purposes if it were legal to do so [102]. Although the Public Health Service initially indicated that it would accept new applications for supply of therapeutic marijuana in response to the HIV epidemic, this policy was reversed in 1992, and no new applications have been approved [41]. The possibility of lung cancer, dysfunction of the immune system, and behavioral effects of the drug were listed as reasons for the policy reversal. In 1997, the National Institutes of Health reviewed the state of research on the therapeutic benefits and risks of cannabis and determined that additional clinical studies on its therapeutic uses were needed. Clinical studies of the therapeutic benefit of cannabis and THC are currently underway in many countries including Great Britain, Canada, and the U.S.

Potential therapeutic uses have been actively pursued despite removal of THC from the British and U.S. pharmacopoeias in the 1930s and 1940s due to central hallucinogenic actions of the drug. In 1996, California and Arizona passed referenda to permit physicians to write prescriptions for the therapeutic use of cannabinoids. Additional states have followed with similar legislation. Clinical trials into the effectiveness of THC delivered by the smoked, oral, rectal, and nasal spray routes are currently in progress. Dronabinol (Marinol®), a synthetic THC, is licensed for the treatment of nausea and vomiting associated with cancer chemotherapy. Some oncologists have indicated that smoked cannabis is more effective than the synthetic oral medication due to dronabinol's low and less reliable bioavailability, some patients' inability to tolerate the oral medication, and the presence of other active compounds found in cannabis plant material [2,103,389,409]. Another prominent use of dronabinol or smoked cannabis is to enhance appetite in AIDS wasting disease [287,396,421]. Other studies have indicated that cannabinoids may be efficacious as analgesic [45,137,152, 277], anti-inflammatory [130], anti-tumor [207], anti-epileptic [374,412], anti-hypertensive (management of glaucoma) [50,357,480], and anti-spasmodic [312,313] agents.

Extensive efforts have focused on the synthesis of cannabinoid analogs that produce beneficial responses with minimal undesirable side effects, e.g., psychoactivity.

To date, these efforts have been relatively unsuccessful. Additional therapeutic approaches include self-administration of cannabis-based medicines sublingually in a spray or rectally to better balance analgesic and psychoactive drug effects and to avoid the toxic effects of cannabis smoke [46,284,374].

#### B. Cannabinoid Antagonists, Reuptake Inhibitors, and Enzyme Inhibitors

Increasing knowledge of the endogenous cannabinoid system has provided new opportunities for therapeutic interventions with cannabinoid receptor antagonists, anandamide hydrolase inhibitors, and anandamide reuptake inhibitors. SR141716, the first CB1 cannabinoid receptor antagonist, is being developed by Sanofi-Synthelabo Inc. as an anorectic medication to reduce food intake in obese individuals. Preliminary data in current phase II trials demonstrate effective weight loss over a six-month period without the development of tolerance to the medication [248]. Other potential uses for cannabinoid receptor antagonists include tobacco cessation and as a therapeutic aid in the treatment of cannabinoid dependence [195].

### IV. PHARMACOKINETICS

#### A. Absorption

Smoking, the principal route of cannabis administration, provides a rapid and highly efficient method of drug delivery. Approximately 30% of the THC in marijuana or hashish cigarettes is estimated to be destroyed by pyrolysis during smoking [3,91]. Smoked drugs are highly abused, in part, due to the efficiency and speed of delivery of drug from the lungs to the brain. Intense pleasurable and strongly reinforcing effects may be produced due to almost immediate drug exposure to the central nervous system. Drug delivery during cannabis smoking is characterized by rapid absorption of THC with slightly lower peak concentrations than those found after intravenous administration [328]. Bioavailability following the smoking route has been reported to be 18–50%, due in part to the intra- and intersubject variability in smoking dynamics that contribute to uncertainty in dose delivery [8,330]. The number, duration, and spacing of puffs, hold time, and inhalation volume greatly influences the degree of drug exposure [16,179,341]. THC can be measured in the plasma within seconds after inhalation of the first puff of marijuana smoke [196]. Mean±SD THC concentrations of 7.0±8.1 ng/mL and 18.1±12.0 ng/mL were observed following the first inhalation of a low (1.75% THC, approximately 16 mg) or high (3.55% THC, approxi-

22

mately 30 mg) dose cigarette, respectively [196]. Concentrations continued to increase rapidly and peak concentrations occurred at 9.0 min, prior to initiation of the last puff sequence at 9.8 min.

Ingestion of cannabis is also common. Absorption is slower following the oral route of administration with lower, more delayed peak THC concentrations [246,328,329,457]. Wall et al. found peak THC concentrations approximately 4–6 h after ingestion of 15–20 mg of THC in sesame oil [457]. Peak THC concentrations ranged from 4.4–11 ng/mL and occurred 1–5 h following ingestion of 20 mg of THC in a chocolate cookie [328]. Bioavailability is reduced to 4–20% following oral use [328,457], due in part to degradation of drug in the stomach [348]. Also, there is significant first-pass metabolism to active (11-hydroxy-tetrahydrocannabinol, 11-OH-THC) and inactive metabolites. Plasma 11-OH-THC concentrations range from 50 to 100% of THC concentrations following the oral route of cannabis administration compared to only about 10% after smoking [457]. 11-OH-THC is equipotent to THC, explaining the fact that pharmacodynamic effects after oral cannabis appear to be greater than at the same THC concentration after smoked drug administration [328].

## B. Distribution

THC has a large volume of distribution, 10 L/Kg, and is 97–99% protein bound in plasma, primarily to lipoprotein [202,224]. Highly perfused organs, including the brain, are rapidly exposed to the drug. Less highly perfused tissues accumulate drug more slowly as THC redistributes from the vascular compartment to tissue [167]. THC's high lipid solubility results in concentration and prolonged retention of the drug in fat [215]. Low concentrations of THC in brain tissue have been documented in distribution studies in rats [242]. Slow release of drug from fat and significant enterohepatic recirculation contribute to THC's long terminal half-life in plasma, reported as greater than 4.1 days in chronic marijuana users [213]. Isotopically labeled THC and sensitive analytical procedures were used to obtain this estimate of drug half-life. Use of less sensitive assays results in much lower estimates of the terminal half-life, and therefore, a more simplified description of the drug's pharmacokinetics.

## C. Metabolism

Hydroxylation of THC by the hepatic cytochrome P450 enzyme system leads to production of the active metabolite, 11-OH-THC [204,283], believed by early investigators to be the true active analyte [253]. Much

lower concentrations (approximately 10% of the THC concentration) of 11-OH-THC were noted after marijuana smoking [196]. Peak concentrations occurred approximately 13 min after the start of smoking and averaged 7 ng/mL after a single marijuana cigarette. Other tissues, including brain, intestine, and lung, may contribute to the metabolism of THC, although alternate hydroxylation pathways may be more prominent [25,151,243,461,468]. Further metabolism to di- and tri-hydroxy compounds, ketones, aldehydes, and carboxylic acids has been documented [167,169]. Oxidation of active 11-OH-THC produces the inactive metabolite, 11-nor-9-carboxy-delta-9-tetrahydrocannabinol (THCCOOH) [252,298]. In a study of the pharmacokinetics of a single oral 10-mg dose of Marinol®, the concentration of the inactive THCCOOH metabolite predominated from as early as 1 h after dosing, and the concentrations of parent THC and 11-OH-THC were similar [415]. The inactive THCCOOH metabolite and its glucuronide conjugate have been identified as the major end products of biotransformation in most species, including man [159,169]. Renal clearance of these polar metabolites is low due to extensive protein binding [202]. THCCOOH concentrations gradually increase and are greater than THC concentrations shortly after smoking. Plasma concentrations of THC decrease rapidly once smoking is finished [196]. The time course of detection of THCCOOH is much longer than either that of THC or 11-OH-THC. After the initial distribution phase the rate-limiting step in the metabolism of THC is its redistribution from lipid depots to blood [140]. Early studies showed that 15 to 20% of a smoked THC dose was eliminated as acidic urinary metabolites, while 30–35% were excreted in the feces as 11-OH-THC and THCCOOH [167]. Approximately 20% of the acidic urinary metabolites are estimated to be conjugated and non-conjugated THCCOOH. No significant difference in metabolism between men and women has been reported [457]. Figure 1 illustrates the major metabolic pathway for THC.

## D. Elimination

More than 65% of the drug is excreted in the feces, with approximately 20% excreted in the urine [457]. A total of 80–90% of the drug is excreted within 5 days, mostly as hydroxylated and carboxylated metabolites [167]. Halldin et al. have identified 18 acidic metabolites of THC in urine, most of which are hydroxylated or beta-oxidized analogs of THC [160]. Many of these metabolites are conjugated with glucuronic acid, which increases the compounds' water solubility. The primary urinary metabolite is the acid-linked THCCOOH glucuronide conjugate [471], while 11-OH-THC predominates in the

23

feces [167]. Mean peak urinary concentrations of THCCOOH were 89.8±31.9 ng/mL and 153.4±49.2 ng/mL approximately 8–14 h after smoking a single 1.75% or 3.55% THC cigarette [200]. THCCOOH was detected in urine at a concentration greater than or equal to 15 ng/mL for 33.7±9.2 h and 88.6±9.5 h after these doses. When sensitive analytical procedures and sufficient sampling periods have been employed, the terminal urinary excretion half-life of THCCOOH in man has been estimated to be 3–4 days [214].

### E.  Plasma Concentrations

#### 1.  Smoked Cannabis

Many of the available analytical methods for early THC or cannabis administration studies measured THC and metabolites as aggregate acidic and neutral fractions rather than individual analytes. Other common problems with determining the pharmacokinetics of THCCOOH in humans include the necessity of rapid sampling during cannabis smoking to capture the absorption phase, the need for highly sensitive procedures to measure low cannabinoid concentrations in the terminal phase of excretion, and the requirement for monitoring plasma concentrations over an extended period to adequately determine cannabinoid half-lives. Many studies utilized short sampling intervals of 24–72 h that underestimate terminal THC and THCCOOH half-lives.

Huestis et al. [196] characterized the absorption of THC and formation of 11-OH-THC and THCCOOH during marijuana smoking, and followed the time course of detection of these compounds over 7 days. THC was detected in the plasma immediately after the first marijuana puff (**Figure 2** [191]). Concentrations continued to increase rapidly. Following smoking of one 1.75% or 3.55% (**Figure 3** [196]) THC cigarette, peak THC concentrations ranges were 50–129 ng/mL (mean 84.3 ng/mL) and 76–267 ng/mL (mean 162.2 ng/mL), respectively. Mean THC concentrations were approximately 60% and 20% of peak concentrations 15 and 30 min post smoking, respectively. Within 2 h, plasma THC concentrations were at or below 5 ng/mL. The time of detection of THC (GC/MS LOQ = 0.5 ng/mL) varied 3–12 h after the low-dose and from 6 to 27 h after the high-dose marijuana cigarette.

These peak THC plasma concentrations are in good agreement with the results of other controlled cannabis smoking studies. Perez-Reyes et al. reported mean peak THC concentrations of 94.3, 107.4, and 155.1 ng/mL after smoking a single 1.32, 1.97, or 2.54% THC cigarette, respectively. Peak THC concentrations ranged between 45.6 to 187.8 ng/mL following smoking of an approximately 1% THC cigarette [347] and 33–118 ng/mL 3

minutes after ad lib smoking of an approximate 2% THC cigarette[328]. THC detection times in plasma of 3.5–5.5 h were reported in individuals who smoked two marijuana cigarettes containing a total of approximately 10 mg of THC (GC/MS LOD 0.8 ng/mL) [287] and up to 13 days for deuterated THC in the blood of chronic cannabis users who smoked four deuterium-labeled THC cigarettes (GC/MS LOD = 0.02 ng/mL) [213]. In the latter study, the terminal half-life of THC in plasma was determined to be approximately 4.1 days, as compared to frequent estimates of 24 to 36 h in several other studies [7,251,457] that lacked the sensitivity and the lengthy monitoring window of the radio-labeled protocol.



**Figure 2.** Mean ($n = 6$) $\Delta^9$-tetrahydrocannabinol (THC), 11-hydroxy-$\Delta^9$-tetrahydrocannabinol (11-OH-THC) and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH) concentrations during smoking of a 3.55% THC cigarette. Each arrow represents one inhalation or puff on the cannabis cigarette. (Reproduced with permission from *Principles of Forensic Toxicology* [191].)



**Figure 3.** Mean ($n = 6$) concentrations of $\Delta^9$-tetrahydrocannabinol (THC, closed triangles), 11-hydroxy-$\Delta^9$-tetrahydrocannabinol (11-OH-THC, open circles), and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH, closed squares) during and following smoking of a 3.55% THC cigarette. (Reproduced with permission from *J Anal Toxicol* [196].)

24

Few controlled drug administration studies have monitored the active 11-OH-THC plasma concentration. Huestis et al. found plasma 11-OH-THC concentrations to be approximately 6–10% of the concurrent THC concentrations for up to 45 min after the start of smoking [196]. Mean peak 11-OH-THC concentrations occurred 13.5 min (range 9.0–22.8) after the start of smoking and were 6.7 ng/mL (range 3.3–10.4 ng/mL) and 7.5 ng/mL (range 3.8–16 ng/mL) after one 1.75% or 3.55% THC cigarette, respectively. 11-OH-THC concentrations decreased gradually with mean detection times of 4.5 h and 11.2 h after the two doses.

Huestis et al. monitored THCCOOH concentrations in human plasma for 7 days after controlled cannabis smoking [196]. This inactive metabolite was detected in all subjects' plasma by 8 min after the start of smoking. THCCOOH concentrations in plasma increased slowly, then held for up to 4 h. Peak concentrations were consistently lower than peak THC concentrations, but were higher than 11-OH-THC peak concentrations. Mean peak THCCOOH concentrations were 24.5 ng/mL (range 15–54) and 54.0 ng/mL (range 22–101) after the 1.75% and 3.55% THC cigarettes, respectively. Following smoking of the lower dose, THCCOOH was detected 48–168 h (mean 84 h). Detection times ranged 72–168 h (mean 152 h) following smoking of the higher dose.

Kelly et al. [225] intravenously administered 5 mg of THC to eight males and periodically monitored THC, THCCOOH, and THCCOOH-glucuronide conjugates by GC/MS (LOD = 1 ng/mL for THC and THCCOOH) in plasma with and without alkaline hydrolysis for up to 10 h and then, once daily for up to 12 days. The elimination half-lives of THC, THCCOOH, and THCCOOH-glucuronide in the plasma of frequent cannabis users were 116.8 min, 5.2 days, and 6.8 days, respectively, and 93.3 min, 6.2 days, and 3.7 days in infrequent users. Conjugated THCCOOH was detected in the plasma of 75% of the frequent and 25% of the infrequent users at day 12. Moeller et al. measured serum THC and THCCOOH concentrations in 24 experienced users from 40–220 min after smoking 300 µg/Kg cannabis cigarettes [303]. Mean serum THC and THCCOOH concentrations were approximately 13 and 22 ng/mL at 40 min and 1 and 13 ng/mL at 220 min after smoking. The half-life of the rapid distribution phase of THC was estimated to be 55 min over this short sampling interval.

Most plasma or whole blood cannabinoid analytical methods have not included measurement of THC-, 11-OH-THC-, or THCCOOH-glucuronides. The relative percentages of free and conjugated cannabinoids in plasma after different routes of drug administration are unclear. Even the efficacy of alkaline and enzymatic hydrolysis procedures to release analytes from their conjugates is not fully understood [121,127,150,224,226,227,246,271,287, 456,458,467]. In general, the conjugates are believed to be of less importance in plasma following intravenous or smoked cannabis than after oral drug administration. Also, alkaline hydrolysis and beta-glucuronidase from *Helix pomatia* are less efficient than beta-glucuronidase from *E. coli* in hydrolyzing the ether glucuronide linkages of THC and 11-OH-THC glucuronide [227].

## 2. Cannabis Ingestion

There are fewer studies on the disposition of THC and metabolites after the oral as compared to the smoked route of cannabis administration. Recently, there has been renewed interest in oral THC pharmacokinetics due to the therapeutic value (*see* Section III) of orally administered THC and to the production of positive urine cannabinoid tests following ingestion of THC-containing foods, e.g., hemp oil. Peak THC plasma concentrations are much lower and occur later after ingestion as compared to smoking due to erratic absorption, degradation of THC by stomach acids and extensive first-pass metabolism [346,457]. Also, the choice of vehicle has been shown to be an important variable in determining the bioavailability following oral administration [382,412,443]. Ohlsson et al. [328] reported peak THC plasma concentrations of 4.4–11 ng/mL 2–3 h after eating a cookie containing 20-mg of THC; Law et al. [246] observed THC peaks of less than 10 ng/mL 4–6 h after ingestion of a similar amount. A higher peak concentration of 21.2 ng/mL 2 h after ingestion of 20 mg THC was suggested to be due to improved availability of THC when administered in sesame oil [382]. In a study of THC, 11OH-THC and THCCOOH concentrations in 17 volunteers after a single 10-mg Marinol capsule, peak plasma THC concentrations of 4.7±3 ng/mL were found 1–2 h after ingestion. Similar THC and 11-OH-THC concentrations were observed with consistently higher THCCOOH concentrations [415]. Interestingly, two THC peaks frequently were observed due to enterohepatic circulation. The onset, magnitude, and duration of pharmacodynamic effects are affected greatly by the concentration and route of THC administration, but certainly can occur following THC or cannabis ingestion [30,299]. Cone et al. [82] reported increases in subjective behavioral measures following the ingestion of marijuana-laced brownies in a controlled clinical study. Peak effects occurred 2.5 to 3.5 h after dosing.

## 3. Frequent Cannabis Use

Most THC plasma data have been collected following acute exposure; less is known of plasma THC concentrations in frequent users. Peat [337] reported THC, 11-OH-

THC, and THCCOOH plasma concentrations in frequent cannabis users of $0.86\pm0.22$, $0.46\pm0.17$, and $45.8\pm13.1$ ng/mL, respectively, a minimum of 12 h after smoking. Furthermore, THC was detectable for up to 6 days after smoking cannabis in frequent users, and less than 1 day for infrequent users; no difference was observed in terminal half-life for frequent vs. infrequent users. Johansson et al. [213] administered radiolabeled THC to frequent cannabis users and found a terminal elimination half-life of 4.1 days for THC in plasma due to extensive storage and release from body fat.

## F.  Urine Concentrations

### 1.  THCCOOH Excretion

Interpretation of positive urine tests requires an understanding of the excretion pattern of metabolites in humans. However, limited urinary excretion data from controlled clinical studies of cannabis use are available to aid interpretation. Substantial intra- and inter-subject variability occurs in patterns of THCCOOH excretion. THCCOOH concentration in the first specimen after smoking is indicative of how rapidly the metabolite appears in urine. Mean first urine THCCOOH concentrations were 47 ng/mL±22.3 and 75.3±48.9 ng/mL after smoking one 1.75 or 3.55% THC cigarette, respectively [200]. Fifty percent of the subjects' first urine specimens after the low dose and 83% of the first urine specimens after the high dose were positive by GC/MS at a 15 ng/mL THCCOOH cutoff concentration. Thus, THCCOOH concentrations in the first urine specimen are dependent on the relative potency of the cigarette, the elapsed time following drug administration, smoking efficiency and individual differences in drug metabolism and excretion. Mean peak urine THCCOOH concentrations averaged 89.8±31.9 ng/mL (range 20.6−234.2) and 153.4±49.2 ng/mL (range 29.9−355.2) following smoking of approximately 15.8 mg and 33.8 mg THC, respectively. The mean times of peak urine concentration were 7.7±0.8 h after the 1.75% THC and 13.9±3.5 h after the 3.55% THC dose. Although peak concentrations appeared to be dose related, there was a 12-fold variation between individuals.

### 2.  Detection Windows

Drug detection time, or the duration of time after drug administration that an individual tests positive, is an important factor in the interpretation of urine drug results. Detection time is dependent on pharmacological factors (e.g., drug dose, route of administration, rates of metabolism and excretion) and analytical factors (e.g., assay sensitivity, specificity, accuracy). Mean detection times in urine following smoking vary considerably between subjects even in controlled smoking studies where cannabis dosing is standardized and smoking is computer-paced. During the terminal elimination phase, consecutive urine specimens may fluctuate between positive and negative as THCCOOH concentrations approach the cutoff concentration. After smoking a 1.75% THC cigarette, three of six subjects had additional positive urine samples interspersed between negative urine samples [198]. This had the effect of producing much longer detection times for the last positive specimen. Using the 15 ng/mL cutoff for THCCOOH currently required by the U.S. Department of Health and Human Services, Department of Transportation, and Department of Defense for regulated urine drug testing, the mean GC/MS THCCOOH detection times for the last positive urine sample following the smoking of a single 1.75% or 3.55% THC cigarette were 33.7±9.2 h (range 8−68.5 h) and 88.6±23.2 h (range 57−122.3 h) [198].

### 3.  Cannabinoid Immunoassays

Knowledge of the sensitivity and specificity of cannabinoid immunoassays for different cannabinoid analytes is essential for their proper use, since these assay characteristics differ and affect detection times. Reports of prolonged drug excretion have provided the basis for the common assumption that cannabinoid metabolites may be detected in urine for a week or longer. The accuracy, sensitivity, and specificity of immunoassays for the detection of cannabinoids and metabolites are unique for a specific assay and may change over time. It is important that individuals who select assays and those who interpret test results be aware of qualitative and quantitative changes that occur. In general, detection times of cannabinoid metabolites in urine monitored by immunoassay have decreased over the past two decades as the specificities of the assays for THCCOOH have increased. Periodically, this variability should be assessed by determining individual cannabinoid excretion profiles with available cannabinoid immunoassays.

Urinary cannabinoid detection times vary substantially across assays, subjects, doses, and cutoff concentrations. Mean detection times across nine commercial cannabinoid assays were found to range from a maximum of 0.5 days after smoking one 1.75% THC cigarette and up to 1.5 days after one 3.55% THC cigarette using a 100-ng/mL immunoassay cutoff [199]. Monitoring acute cannabis usage with a commercial cannabinoid immunoassay with a 50-ng/mL cutoff concentration provides only a narrow window of detection of 1−2 days. Mean detection times were less than 1 day following the low-dose and less than 2 days following the high-dose exposure with the 50 ng/mL cutoff [198]. Mean detection times were longer, 1−

6 days after smoking, with a 20 ng/mL cutoff. GC/MS detection times were approximately twice as long as mean detection times with an immunoassay cutoff of 50 ng/mL [199]. Consecutive urine voids may produce either positive or negative results when drug concentrations approach the cutoff concentration. Quantitative results, not adjusted for creatinine concentration, are subject to normal variation in excretion of cannabinoids due to differences in an individual's state of hydration, and subsequently, the water content of the urine specimens.

4.  Percentage Dose Excreted

An average of $93.9 \pm 24.5$ µg THCCOOH (range 34.6–171.6 µg) was measured in urine over a 7-day period following smoking of a single 1.75% THC cigarette [200]. The average amount of THCCOOH excreted in the same time period following the high dose was $197.4 \pm 33.6$ µg (range 107.5–305.0 µg). This represented an average of only $0.54 \pm 0.14\%$ and $0.53 \pm 0.09\%$ of the original amount of THC in the low- and high-dose cigarettes, respectively.

The small percentage of the total dose found in the urine as THCCOOH is not surprising considering the many factors that influence THCCOOH excretion after smoking. Prior to harvesting, cannabis plant material contains little active THC. When smoked, THC carboxylic acids spontaneously decarboxylate to produce THC with nearly complete conversion upon heating. Pyrolysis of THC during smoking destroys additional drug. Drug availability is further reduced by loss of drug in the sidestream smoke. These factors contribute to high variability in drug delivery by the smoked route. It is estimated that the systemic availability of smoked THC is approximately 8 to 24% and that bioavailability depends strongly on the experience of the cannabis user [256,328,347]. THC bioavailability is reduced due to the combined effect of these factors; the actual available dose is much lower than the amount of THC and THC precursor present in the cigarette. The major route of excretion of THC and metabolites is in the feces (30 to 65%), rather than in the urine (20%) [455,457]. In addition, numerous cannabinoid metabolites are produced in humans as a result of THC metabolism, most of which are not measured or included in the % dose excreted calculations.

## V. ANALYSIS

### A. Initial Testing

1.  Urine Testing

Selection of an appropriate testing method requires knowledge of the type of available specimen, the analyte's metabolic profile, and the assay's characteristics. The nature and abundance of specific metabolites in different body fluids is best achieved through controlled drug administration studies. Initial testing or screening methods for cannabinoids in body fluids include immunoassays and thin layer chromatography (TLC). A wide variety of immunoassays are available, including enzyme immunoassays (EIA), fluorescence polarization immunoassays (FPIA), radioimmunoassays (RIA), cloned enzyme donor immunoassays (CEDIA) and kinetic interaction of microparticles in solution (KIMS) assays. Urine is usually tested without specimen preparation due to high concentrations of drug and/or metabolites and low concentrations of other interfering components such as proteins and lipids. If commercial urine immunoassays are used to screen blood, plasma, or other complex matrices for cannabinoids, it may be necessary to use a pre-extraction step because of potential interferences. The cross-reactivity of the immunoassay's antibodies to drug metabolites, including glucuronides, is important in method selection. Immunoassays developed for urine testing contain antibodies directed toward THCCOOH, the primary urinary metabolite, although cross-reactivity of the different immunoassays varies considerably toward other THC metabolites [258,265]. This specificity for THCCOOH was appropriate for the analysis of urine because little free parent THC and 11-OH-THC metabolite were originally believed to be present in urine. However, THC and 11-OH-THC have been identified in urine specimens, albeit for a shorter time after drug administration than the more abundant THCCOOH metabolite [226] (see Section V-B). Although a high percentage of cannabinoid metabolites are excreted in the urine as glucuronides, the combined cross-reactivity of THCCOOH glucuronide and the abundance of free THCCOOH have provided adequate sensitivity to forego hydrolysis of urine during screening.

Initial test cutoffs for screening cannabinoids in urine include 20, 50, and 100 ng/mL. In April 1988, the Health and Human Services guidelines for testing urine for the federal sector established the initial test (screen) cutoff for cannabinoids at 100 ng/mL [445]. HHS subsequently lowered the required initial test cutoff for cannabinoids to 50 ng/mL [446]. Lowering the urine cannabinoid initial test cutoff from 100 to 50 ng/mL significantly increased the identification of true positive specimens and drug detection time after cannabis exposure [199]. The more sensitive 20-ng/mL cutoff is utilized in many treatment settings and in some workplace testing environments, e.g., nuclear power plant testing programs. Commercially available immunoassays for cannabinoids can be modified to provide better sensitivity for the detection of in utero drug exposure in maternal and neonatal urine specimens [28,170,474,475]. In addition, many on-site drug-testing

27

devices for cannabinoids in urine have been developed [48,49,52,86,336,390,441].

TLC is also used as a screening method for cannabinoids in urine. Early studies of THC metabolism utilized classical TLC methods. Commercial applications of these systems are available for the identification of THCCOOH in urine, and although the time required for testing and the hands-on technologist time may be greater than with immunoassays, a number of specimens may be tested simultaneously and at a reduced cost in some instances [129]. TLC methods are specific for the THCCOOH metabolite and include alkaline hydrolysis, extraction, concentration, and separation. Fast Blue BB staining reagent is the reagent of choice for visualization; sensitivity limits of 5–10 ng/mL THCCOOH have been achieved [232].

2.  Oral Fluid Testing

Oral fluid also is a suitable specimen for screening for the presence of cannabinoids [57,153,154,316,407,408] and is being considered for approval for federally mandated workplace drug testing programs. Adequate sensitivity would be achieved best by an immunoassay directed toward detection of the parent THC, rather than the 11-OH-THC or THCCOOH metabolites. The oral mucosa is exposed to high concentrations of THC during smoking and serves as the source of THC found in oral fluid. Only minor amounts of drug and metabolites diffuse from the plasma into the oral fluid [174]. Following intravenous administration of radiolabeled THC, no radioactivity could be demonstrated in oral fluid [173]. No measurable 11-OH-THC or THCCOOH were found in the oral fluid for 7 days following cannabis smoking by GC/MS with a LOQ of 0.5 ng/mL [192], or in oral fluid from 22 subjects positive for THCCOOH in the urine [233]. Oral fluid collected with the Salivette collection device was positive for THC in 14 of the 22 participants. In a recent study of oral fluid from 10 cannabis users, frequent false negative and false positive results were obtained with the Drugwipe® device as compared to GC/MS analysis [384]. As previously observed, no 11-OH-THC or THCCOOH was found in the oral fluid by GC/MS after cannabis smoking, although THC, cannabinol, and cannabidiol were identified. It appears that initially THC in cannabis smoke contaminates oral fluid with high drug concentrations. Hours after smoking, the oral mucosa serves as a depot for release of THC into the oral fluid.

New enzyme-immunoassays are available for detecting cannabinoids in oral fluid that require little to no specimen preparation [210,233,290]. Mura et al. evaluated six rapid screening tests for identifying cannabinoids

in oral fluid [316]. The results of testing the Syva® Rapidtest, Biomedix®, Frontline®, Drug Wipe®, Cortez®, and Dako® devices for cannabinoids in saliva were disappointing, with numerous false positive and false negative test results. The proposed DHHS guidelines for cannabinoid testing of oral fluid recommends 4 ng/mL THC as the cutoff for the initial screening test, and 2 ng/mL THC as the confirmatory cutoff. In a new study of smoked and oral cannabis use, the Intercept DOA Oral Specimen Collection Device and Intercept MICRO-PLATE EIA initial test for cannabinoids were evaluated [323]. A cannabinoid screening cutoff of 1.0 ng/mL and a GC/MS/MS THC confirmation cutoff of 0.5 ng/mL were employed to test consecutive oral fluid specimens from 10 participants following drug use. Oral fluid specimens tested positive following smoked cannabis for an average of 15±2 (range 1–24) h by EIA and 13±3 (range 1–24) h by GC/MS/MS. After these times, occasional positive oral fluid results were interspersed with negative tests for up to 34 h. Oral fluid specimens also tested positive immediately after cannabis smoking, providing an advantage over urine testing for detecting very recent cannabis use. The performance of the Cozart RapiScan collection device was evaluated in three volunteers who smoked cannabis and provided oral fluid for up to 24 h [210]. The 10 ng/mL THCCOOH cutoff was determined to be too high to detect cannabis use for more than 2 h after smoking. Lower cutoff concentrations were suggested to improve sensitivity. A procedure for direct analysis of cannabinoids in oral fluid with solid-phase microextraction and ion trap GC/MS has been developed with a limit of detection of 1.0 ng/mL [156].

3.  Blood and Tissue Testing

Whole blood, plasma, and tissues may also be screened for the presence of cannabinoids. Whole blood cannabinoid concentrations are approximately one-half the concentrations found in plasma specimens due to the low partition coefficient of drug into erythrocytes [189,279,331, 467]. Simple preparation steps, such as protein precipitation or single-step solvent extraction, may be required with some methods; more extensive extraction and concentration schemes may be required for the use of other immunoassays [65,206,228,331,403]. Some immunoassay reagents contain antibodies that cross-react with the parent THC compound; other reagents contain antibodies to the inactive THCCOOH metabolite. THC cross-reacts poorly with antibodies found in most of the commercially available reagents; however, THCCOOH appears during smoking, increases over time, and has a much longer time course of detection than the parent compound.

4.  Sweat Testing

There are few data on the excretion of cannabinoids in sweat, although sweat is being considered as an alternate matrix for some types of federally mandated workplace drug testing [192,229]. In 1989, Balabanova and Schneider reported the presence of THC in apocrine sweat by RIA [18]. Mura et al. evaluated six rapid screening tests for identifying cannabinoids in sweat [316]. The DrugWipe® test was found to be useful in identifying cannabis in sweat within 2 h of use. In another study, the reliability of the DrugWipe test for identifying cannabinoid use was questioned due to several false positive and false negative results in a study of 15 cannabis users [384]. Kintz et al. identified THC (4–38 ng/patch) in a study of 20 known heroin abusers attending a detoxification center who wore the PharmChek patch for 5 days [236]. Sweat was extracted with methanol and analyzed by GC/MS. The same investigators also evaluated forehead swipes with cosmetic pads for monitoring cannabinoids in sweat from individuals suspected of driving under the influence [233]. THC, but not 11-OH-THC or THCCOOH metabolites, was detected (4–152 ng/pad) by electron impact GC/MS in the sweat of 16 of 22 individuals who tested positive for cannabinoids in urine. Ion trap tandem mass spectrometry also has been used to measure cannabinoids in sweat collected with the PharmChek sweat patch [109]. THC was reliably detected at a limit of 1 ng/patch. Proposed U.S. guidelines for oral fluid cannabinoid testing include cutoff concentrations of 4 ng/mL THC for the initial test and 2 ng/mL for THC in the confirmatory test.

5.  Hair Testing

Radioimmunoassay, enzyme multiplied immunoassay and fluorescence polarization immunoassay screening methods have been employed with sensitive GC/MS or GC/MS/MS confirmation methodologies in the analysis of cannabinoids in hair [71,72,172,221,234,380,419, 469]. Cirimele et al. developed a rapid, simple GC/MS screening method for THC, cannabinol, and cannabidiol in hair that did not require derivatization prior to analysis [73]. The method was found to be a sensitive screen for cannabis detection, with GC/MS identification of THCCOOH recommended as a confirmatory procedure. Most studies have focused on identifying the most abundant cannabinoid analyte in hair, the more neutral and lipophilic parent compound, THC. However, other methods target THCCOOH, which is present in much lower concentrations in the hair [58,70,235,307]. An advantage of measuring THCCOOH in hair is that cannabis use can be more effectively documented than with detection of parent THC. THC could be deposited in hair following environmental exposure to cannabis smoke. Analysis of

cannabinoids in hair has challenged the sensitivity limits of immunoassay and confirmation assays; GC/MS/MS has been required in most cases to increase the confirmation rate of presumptive positive results [58,444]. At the current time, the proposed U.S. guidelines for cannabinoid testing in hair include cutoff concentrations of 1 picogram/mg (pg/mg) of hair for THC for the initial test and 0.05 pg/mg for THCCOOH in the confirmatory test.

## B.  Confirmatory Testing

A chemical technique that is based on a different scientific principle from the chemical technique used in the initial test is required for confirmation of cannabinoid results, e.g., immunoassay for the initial test and chromatography for confirmation. Numerous confirmation methodologies have been developed for cannabinoids, including TLC [11,129,222,231,232,241], gas chromatography (GC) [278,335,354,361,465], high performance liquid chromatography (HPLC) [10,27,40,111,124,143,149,183, 202,205,223,318,324,338,384,437], liquid chromatography/mass spectrometry (LC/MS) [44], liquid chromatography tandem mass spectrometry (LC/MS/MS) [321], capillary electrophoresis/mass spectrometry (CE/MS) [87,190,429], gas-chromatography/mass spectrometry (GC/MS) [75,84,120,127,148,156,216,222,303,381,397, 416,469,478], and GC/MS/MS [58,77,322,444]. Cannabinoid confirmations also are available for ion trap GC/MS instruments [156,289,351,473]. Confirmation of forensic specimens almost always includes mass spectrometric or tandem mass spectrometric identification due to the improved specificity of these techniques. Ideally, the sensitivity of the confirmation assay should be equal to or greater than the sensitivity of the initial test method. Selected ion monitoring (SIM), full-scan ion monitoring, chemical ionization methods, direct probe insertion GC/MS, and neutral loss and product ion methods have been utilized for the confirmation of cannabinoids in body fluids and tissues.

Specimen preparation for cannabinoid testing frequently includes a hydrolysis step to free cannabinoids from their glucuronide conjugates. Most GC/MS confirmation procedures in urine measure total THCCOOH following either an enzymatic hydrolysis with β-glucuronidase, or more commonly, an alkaline hydrolysis with NaOH. Alkaline hydrolysis appears to efficiently hydrolyze the ester THCCOOH glucuronide linkage. The efficiency of glucuronide hydrolysis in cannabinoid extraction methods should be routinely evaluated by inclusion of a THCCOOH glucuronide quality control sample. This sample can be prepared from a pool of cannabinoid-positive urine specimens, or from THCCOOH glucu-

29

ronide-spiked specimens. THC and 11-OH-THC prima-
rily are excreted in urine as glucuronide conjugates that
are resistant to cleavage by alkaline hydrolysis and by
enzymatic hydrolysis procedures employing some types
of β-glucuronidase. Kemp et al. demonstrated that β-
glucuronidase from *E. coli* was needed to hydrolyze the
ether glucuronide linkages of the active cannabinoid
analytes rather than the more commonly employed *Helix
pomatia* (mollusk) β-glucuronidase [227]. Evaluation of
the efficiency of the *E. coli* β-glucuronidase to cleave the
hydroxy-glucuronide ether linkage requires a pooled urine
specimen collected within 24 h of smoking when 11-OH-
THC is expected to still be present at a quality-control
urine specimen spiked with THC-glucuronide. Some
methods also utilize a hydrolysis step in the analysis of
cannabinoids in blood [121,224,226,227]. The impor-
tance of glucuronide derivatives of cannabinoids in blood
remains a contested issue.

Compared to other drugs of abuse, analysis of cannab-
inoids presents some difficult challenges. THC and 11-
OH-THC are highly lipophilic and present in low concen-
trations in body fluids. Complex specimen matrices, i.e.,
blood, plasma, hair, may require multi-step extractions to
separate cannabinoids from lipids and proteins. Cannab-
inoid extraction techniques include liquid-liquid extrac-
tions, as well as solid-phase extraction with bonded silica,
XAD-2, anion exchange and many new mixed-mode
columns [120,231,289,319,325,378,402,466,478]. Care
must be taken to avoid low recoveries of cannabinoids due
to their high affinity to glass and plastic containers [32,38,
66,212].

Several GC methods for both packed and capillary
columns are available, although for forensic purposes,
GC/MS has supplanted GC analyses. One of the first
widely used GC methods for THCCOOH in urine utilized
flame ionization detection of the methyl ether-methyl
ester derivative (detection limit 20 ng/mL) [465]. More
sensitive electron impact [120,121,148,226,303], chemi-
cal ionization [128,171,397], GC/MS and GC/MS/MS
[322] confirmation procedures have been developed for
THC, 11-OH-THC, and THCCOOH in a wide variety of
biological tissues. Several deuterated THCCOOH materi-
als are available as internal standards and are recom-
mended for the highest accuracy of results [257,303].
Compounds with multiple deuterium ions are available
and provide adequate resolution between the deuterated
and native ions for use in full-scan ion monitoring tech-
niques [112,211].

Usually, two separate extracts and two GC/MS injec-
tions are made for analysis of acidic and neutral cannab-
inoids. Huang et al. have developed a simultaneous method
for analysis of THC and THCCOOH in plasma following

solid-phase extraction and negative chemical ionization
GC/MS [189]. Although recovery was poor for THCCOOH
(17%), a LOQ of 2.5 ng/mL for THCCOOH was achieved.
Another creative approach for the analysis of cannab-
inoids utilized immunoaffinity extraction of cannabinoids
from plasma, urine, and meconium; however, the LOQ for
THC was 1.5 ng/mL [121]. Limits of quantitation in
plasma need to be as low as possible for both pharmaco-
kinetic studies and forensic analyses due to rapid metabo-
lism and distribution of THC. Excellent reviews of can-
nabinoid analyses in whole blood and other biological
matrices have been published [120,127,304,416].

Carboxyl and hydroxyl groups on the THC, 11-OH-
THC, and THCCOOH molecules require derivatization to
improve chromatographic performance. A wide variety of
different derivatizing reagents have been used in the
analysis of cannabinoids to achieve acceptable chroma-
tography, stability, and sensitivity including silyl
[148,166,226], methyl [303,335], trifluro [128,189,224,
322,397], and pentafluoro [120,224,287] derivatizing re-
agents. Electron impact mass spectrometry of cannab-
inoids following alkaline hydrolysis and derivatization
with one of a wide variety of derivatization reagents is
achievable for most forensic toxicology laboratories due
to the availability of low-cost, bench-top GC/MS instru-
ments.

## VI. INTERPRETATION

### A. Urine

Detection of cannabinoids in urine is indicative of
prior cannabis exposure, but the long excretion half-life of
THC in the body, especially in chronic cannabis users,
makes it difficult to predict the timing of past drug use. In
a single extreme case, one individual's urine was positive
at a concentration greater than 20 ng/mL by immunoas-
say, up to 67 days after last drug exposure [110]. This
individual had used cannabis heavily for more than 10
years. However, a naive user's urine may be found nega-
tive by immunoassay after only a few h following the
smoking of a single cannabis cigarette [198]. Assay cutoff
concentrations affect drug detection times. Other compo-
nents to the detection of cannabis use are the sensitivity
and specificity of the immunoassay system used. In gen-
eral, immunoassay reagents have become more specific
for THCCOOH as newer assays have been developed.
This has resulted in improved correlations between immu-
noassays, and also between immunoassays utilizing 50-
ng/mL initial test cutoffs and confirmation procedures
with a 15-ng/mL cutoff concentration [198]. This im-
proved specificity would be expected to shorten the urine

30

detection window. Nevertheless, a positive urine test for cannabinoids indicates only that drug exposure has occurred. The result does not provide information on the route of administration, the amount of drug exposure, when drug exposure occurred, or the degree of impairment.

### 1. Creatinine Normalization

Normalization of the cannabinoid drug concentration to the urine creatinine concentration aids in the differentiation of new from prior cannabis use and reduces the variability of drug measurement due to urine dilution. Due to the long half-life of drug in the body, especially in chronic cannabis users, toxicologists and practitioners are frequently asked to determine if a positive urine test represents a new episode of drug use or represents continued excretion of residual drug. Random urine specimens contain varying amounts of creatinine depending on the degree of concentration of the urine. Hawks [174] first suggested creatinine normalization of urine test results to account for variations in urine volume in the bladder. Whereas urine volume is highly variable due to changes in liquid, salt and protein intake, exercise, and age, creatinine excretion is much more stable. Manno et al. recommended that an increase of 150% in the creatinine normalized cannabinoid concentration above the previous specimen be considered indicative of a new episode of drug exposure [268]. If the increase is greater than or equal to the threshold selected, then new use is predicted. This approach has received wide attention for potential use in treatment and employee assistance programs associated with workplace drug testing.

Unfortunately, there has been limited evaluation of the usefulness of this ratio under controlled dosing conditions. Huestis et al. conducted a controlled clinical study of the excretion profile of creatinine and cannabinoid metabolites in a group of six marijuana users who smoked two different doses of marijuana separated by weekly intervals [193]. A relative operating characteristic (ROC) curve was constructed from sensitivity and specificity data for 26 different cutoffs ranging from 10 to 200%. The most accurate ratio (85.4%) was 50% with a sensitivity of 80.1% and a specificity of 90.2%. Use of the 50% threshold to evaluate whether new drug use had occurred between two urine drug specimens generated 5.6% false positive and 7.4% false negative predictions for this clinical study. If the previously recommended increase of 150% was used as the threshold for new use, sensitivity of detecting new use was only 33.4%; specificity was high at 99.8%, for an overall accuracy prediction of 74.2%.

To further substantiate the validity of the derived ROC curve, urine cannabinoid metabolite and creatinine

data from another controlled clinical trial that specifically addressed water dilution as a means of specimen adulteration were evaluated [83]. Sensitivity, specificity, accuracy, % false positives and % false negatives were 71.9%, 91.6%, 83.9%, 5.4%, and 10.7%, respectively, when the 50% criterion was applied. These data compare favorably with the results from the first clinical study, with the exception of slightly lower sensitivity and higher false negative percentages in the water dilution study. This would be expected due to the ingestion of large amounts of water and consequent dilution of urine drug concentration. These data indicate selection of a threshold to evaluate sequential creatinine normalized urine drug concentrations can improve the ability to distinguish residual excretion from new drug usage.

### 2. Presence of THC and 11-OH-THC in Urine

It has been proposed that the amount of THC and 11-OH-THC measured in urine samples can be related to the elapsed time after cannabis smoking. Hydrolysis of urinary cannabinoid glucuronides with $\beta$-glucuronidase from *E. coli* (bacteria) prior to GC/MS analysis resulted in higher concentrations of THC and 11-OH-THC than with beta-glucuronidase from *Helix pomatia* [227]. In the controlled clinical study of Kemp et al., the time course of excretion of THC-glucuronide and 11-OH-THC-glucuronide in urine was much shorter than THCCOOH-glucuronide, potentially indicating recent cannabis use. Ongoing research in our laboratory indicates that 11-OH-THC may be excreted in the urine of chronic cannabis users for a much longer period of time, perhaps beyond the period of pharmacodynamic effects and performance impairment. Additional research is necessary to determine the validity of estimating time of cannabis use from THC and 11-OH-THC concentrations in urine.

### B. Oral Fluid

Detection times of cannabinoids in oral fluid are shorter than in urine, and are more indicative of recent cannabis use [57,154]. Oral fluid THC concentrations temporally correlate with plasma cannabinoid concentrations and behavioral and physiological effects, but wide intra- and inter-individual variation precludes the use of oral fluid concentrations as indicators of drug impairment [192,194]. THC may be detected at low concentrations by radioimmunoassay for up to 24 h after use. A study of oral fluid THC concentrations after smoked cannabis, reported positive cannabinoid tests for 15±2 (range 1–24) h by EIA and 13±3 h (range 1–24) with a screening cutoff of 1.0 ng/mL and a GC/MS/MS THC confirmation cutoff of 0.5 ng/mL [323]. After these times, occasional positive oral fluid

results were interspersed with negative tests for up to 34 h.

Peel et al. tested oral fluid samples from 56 drivers suspected of being under the influence for cannabinoids with the EMIT screening test and GC/MS confirmation [340]. They suggested that the ease and non-invasiveness of sample collection made oral fluid a useful alternative matrix for detection of recent cannabis use. Oral fluid samples are also being evaluated in the European Union's Roadside Testing Assessment (ROSITA) Project whose goals are reduce the number of individuals driving under the influence and to improve road safety. Urine, sweat, and oral fluid on-site tests are being evaluated for the rapid and accurate detection of impairing drugs. The ease and non-invasiveness of oral fluid collection, reduced hazards in specimen handling and testing, and a shorter detection window are attractive attributes to the use of this specimen for identifying the presence of potentially performance impairing drugs.

## C. Blood, Plasma, and Serum

Scientific advances have improved our ability to identify and quantitate cannabinoids in body fluids; however, the interpretation of results remains a difficult task. Forensic scientists receive frequent requests to interpret the significance of cannabinoid concentrations in blood specimens from individuals involved in accidents, criminal investigations, and traffic violations. Relevant facts, such as the amount of drug used, route of administration, and history of use, generally are unknown. To date, a practical presumptive concentration of blood THC cannot be related to a measurable level of impairment such as the situation with blood ethanol concentrations [33, 173]. Due to chemical and pharmacokinetic differences between cannabis and ethanol, we cannot use ethanol as a model for relating drug concentrations to effects. Consequently, the pattern of distribution to and elimination from active sites of these two molecules are quite different. Pharmacokinetic and pharmacodynamic models that account for the dispositional differences of THC may be more successful in defining blood concentrations that can be associated with the psychoactive effects of THC [79].

Although there continues to be controversy in the interpretation of blood cannabinoid results, some general concepts have wide support. A dose-response relationship has been demonstrated for smoked THC and THC plasma concentrations [343,347]. It is well established that plasma THC concentrations begin to decline prior to the time of peak effects, although it has been shown that THC effects appear rapidly after initiation of smoking [201]. Individual drug concentrations and ratios of cannabinoid

metabolite to parent drug concentration have been suggested as potentially useful indicators of recent drug use [162,246]. The ratio of plasma THCCOOH to THC was found to exceed 1 at 45 min after cannabis smoking [224]. This is in agreement with results reported by Mason and McBay [279] and Huestis et al. [201] who found that peak effects occurred when THC and THCCOOH concentrations reached equivalency, within 30–45 min after initiation of smoking. Measurement of cannabinoid analytes with short time courses of detection, e.g., 8β, 11-dihydroxytetrahydrocannabinol, as markers of recent exposure has not found wide spread use [287]. Recent exposure (6–8 h) and possible impairment have been linked to plasma THC concentrations in excess of 2–3 ng/mL [22,196,279]. Gjerde [146] suggested that 1.6 ng/mL THC in whole blood may indicate possible impairment. This correlates well with the suggested concentration of plasma THC, due to the fact that THC in hemolyzed blood is approximately one-half the concentration of plasma THC [280]. Interpretation is further complicated by residual THC and THCCOOH concentrations found in blood of frequent cannabis users. In general, it is suggested that chronic cannabis smokers may have residual plasma THC concentrations of less than 2 ng/mL 12 h after smoking cannabis [337]. Significantly higher residual concentrations of THCCOOH may be found.

### 1. Prediction Models for Estimation of Cannabis Exposure

Accurate prediction of the time of cannabis exposure would provide valuable information in establishing the role of cannabis as a contributing factor to events under investigation. Huestis et al. developed two mathematical models for the prediction of time of cannabis use from the analysis of a single plasma specimen for cannabinoids [197]. Model I was based on THC concentrations and Model II was based on the ratio of THCCOOH to THC in plasma. Both correctly predicted the times of exposure within the 95% confidence interval for more than 90% of the specimens evaluated. Furthermore, plasma THC and THCCOOH concentrations reported in the literature following oral and smoked cannabis exposure, in frequent and infrequent cannabis smokers, and with measurements obtained by a wide variety of methods, including radioimmunoassay and GC/MS, were evaluated with the models. Plasma THC concentrations less than 2.0 ng/mL were excluded from use in both models due to the possibility of residual THC concentrations in frequent smokers. Manno et al. evaluated the models' usefulness in predicting the time of cannabis use in a controlled cannabis smoking study [271]. The models were found to accurately predict the time of use within the 95% confidence intervals. The

32

models are being used in many criminal and accident investigations and may be beneficial to forensic scientists in the interpretation of cannabinoid plasma concentrations.

## VII. IN VITRO STABILITY

### A. Whole Blood, Plasma, and Serum

One concern in the analysis of THC and metabolites in biological specimens is the stability of these compounds over time. THC is a lipophilic molecule and binds to hydrophobic surfaces. This can potentially cause a reduction in concentration depending on the type of storage container. It is recommended that blood or plasma specimens be stored in glass tubes rather than plastic tubes, as THC may adsorb to plastic tubes, thus reducing the measured concentration. However, stability studies in blood or plasma have found that, in general, the concentration of THC remains unchanged over time. THC was stable in blood stored at 5, −5, and −20 °C for up to 17 weeks [474]. Degradation began to occur after this time and the drug was not detected by 23 weeks. Temperature conditions did not influence recovery of the drug, nor did repetitive freeze-thaw cycles. The authors hypothesized that decreasing THC concentrations may have been due to unsuccessful extractions of the drug due to irretrievable binding to degrading proteins. Another study on the stability of THC, 11-OH-THC, and THCCOOH in blood and plasma found no significant changes in concentrations for the first month of storage at room temperature, 4, or −10 °C [217]. However, THC and 11-OH-THC concentrations decreased significantly after storing for 2 months at room temperature. Blood stored at 4 °C showed no significant changes for 4 months, but extractions after 6 months demonstrated poor precision and inefficient extraction. Cannabinoid concentrations in blood and plasma stored at −10 °C and plasma stored at 4 °C were stable for up to 6 months. Furthermore, studies evaluating contact between the specimen and the collection tube's rubber stopper noted that the size of the blood specimen, storage temperature, and extent of contact with the rubber stopper did not affect cannabinoid concentration for up to 24 h.

THCCOOH was found to be stable for up to 30 days in blood collection tubes containing EDTA, heparin, or sodium fluoride, and in tubes with no anticoagulant at refrigerated and room temperatures [288]. In addition, repetitive freeze-thaw cycles did not contribute to loss of this analyte. THC, 11-OH-THC, and THCCOOH concentrations in blood and plasma are stable for at least 1 month when stored refrigerated, frozen or at room temperature. After this time period, reductions may be seen if the blood is stored at room temperature. This stability in blood or plasma possibly may be attributed to extensive protein binding, which may limit loss via adsorption to container surfaces.

### B. Urine

Romberg [375] evaluated the stability of THCCOOH-spiked urine specimens stored at room temperature, under nitrogen, in the dark, or exposed to light. THCCOOH concentrations were within 10% of the initial level after 4 weeks of storage and within 20% after 7 weeks. In another study by Romberg [376], THCCOOH concentrations in frozen routine urine specimens stored over variable time periods were noted to decrease an average of 24%, although considerable variability was observed. The percent change in concentration ranged from +28% to −80%. There was no correlation between the decrease in concentration and the time in frozen storage. The stabilities of in-house prepared frozen control solutions also were evaluated at pH 6.0, 7.5, and 9.0. THCCOOH concentrations were stable over the 9-month evaluation period, except for the pH 9.0 control that decreased by 30%. Thawing and refreezing did not affect the stability of the drug in the control solutions. Other studies have indicated that THCCOOH is stable for at least 6 months at −20 °C [127]. The most consistent results were obtained by thoroughly thawing the urine and sonicating prior to extraction. THCCOOH can concentrate in urine sediment and in foam formed upon shaking.

### VIII. Passive Inhalation

Environmental exposure to cannabis smoke can occur through passive inhalation of side-stream and exhaled smoke by non-users. Several research studies have indicated that it is possible to produce detectable concentrations of cannabinoid metabolites in the urine and plasma after passive inhalation of cannabis smoke. Perez-Reyes et al. exposed non-smokers to marijuana smoke from two to four cigarettes for 1 h in confined environments (one in a small automobile and two studies in a 640 cu ft room) and collected urine samples for the following 24 h [344]. Exposure was repeated in one study on 3 consecutive days. Only 2 urine specimens screened positive at 20 ng/mL with the EMIT test. One of the urine specimens contained 3.9 ng/mL THCCOOH by GC/MS. Law et al. exposed four non-smoking volunteers to cannabis smoke from six cannabis smokers; all remained within a small room for 3 h [247]. All blood specimens were negative for cannabinoids, while urine specimens taken up to 6 h after exposure had cannabinoid metabolites up to 6.8 ng/mL by

33

a radioimmunoassay. Morland et al. exposed five naïve cannabis users to cannabis smoke for 30 min in a small closed car and found RIA total blood cannabinoid concentrations of 13 ng/mL; THC concentrations of 1.3–6.3 ng/mL were measured by GC/MS immediately after passive exposure [308]. Some of the urine cannabinoid concentrations exceeded 20 ng/mL by EMIT.

Cone et al. exposed five volunteers to sidestream smoke from 4 and 16 marijuana cigarettes in a small-unventilated room for 1 h for 6 consecutive days [81]. Urine specimens were analyzed by EMIT (20 ng/mL cutoff), Abuscreen RIA (10 ng/mL cutoff), and GC/MS (5 ng/mL cutoff). Few urine specimens were positive following the 4-cigarette exposure condition with concentrations close to the cutoff levels, while many more specimens were positive and at higher concentrations after the 16-cigarette exposure condition. THCCOOH concentrations after the first day of high exposure ranged from 0–39 ng/mL by GC/MS. The maximum THCCOOH concentration observed was 87 ng/mL. The last positive urine specimen with a GC/MS cutoff of 5 ng/mL THCCOOH occurred from 25.4–123.1 h after six consecutive passive inhalation exposures to 16 marijuana cigarettes for 1 h per day. Although positive urine tests can be obtained after passive inhalation in a laboratory setting, exposure conditions included heavy marijuana smoke (smoke of such intensity that goggles were required to protect the eyes), a non-ventilated, tightly sealed room, and multiple daily exposures [80]. It is generally agreed that passive inhalation of cannabis smoke under normal exposure conditions, i.e., an outdoor stadium or an open room within a home, is not a valid explanation for a positive urine cannabinoid test [312].

## IX. IMPAIRMENT

It would be helpful if a driver's drug concentration in blood were directly related to a specific degree of driving impairment. However, the relationship between drug concentrations and physiological and behavioral impairment is complex. With the exception of ethanol, few experimental data are available correlating drug concentrations in blood to driving impairment. Interpretation of the contribution of drug use to accident causation and determination of the relative importance of a drug's quantitative concentration in plasma or whole blood is complicated by a multitude of factors including drug interactions, drug tolerance, driving experience, road and weather conditions, and the age and health of the driver.

The effects of a drug on driving performance can be studied using three different approaches that are discussed below. Each of these approaches has been used to study

cannabis's effects on driving and each has offered a different perspective on potential impairment.

- Epidemiological studies to determine the incidence of the drug in fatal and non-fatal motor vehicle accidents and in driving under the influence cases. These studies can also evaluate the causal effect of the drug using culpability or responsibility analysis.
- Performance impairment studies, particularly those in which the effect of the drug on cognitive and/or psychomotor tasks is measured.
- Driving simulator and closed and open-road driving studies in which the drug's effects in situations more closely resembling real driving are monitored.

### A. Epidemiological Studies

Epidemiological studies of cannabis use and motor vehicle fatalities and injuries, trauma patients, driving under the influence of drugs (DUID), tractor-trailer drivers, and occupational fatalities are included in **Table 1** (A–F). Most statistical studies that examine the frequency of accidents or fatalities in individuals who have consumed drugs lack proper control groups. The value of these studies in predicting possible impairment and linking drug use to increased accidents or fatalities is weakened because incidence rates of cannabis use in control populations are poorly defined [23]. Some data are available on cannabis usage rates in the general population, and on usage rates shortly before or while driving. More than one-fourth of drivers over the age of 16 reported occasional driving under the influence of alcohol, marijuana, or both in the 1996 National Household Survey on Drug Abuse, reflecting the magnitude of this important public health safety issue [449]. In the 1990s, cannabis use was identified in 7–15% of injured drivers in the U.S., Canada and Australia [261,418]. In 1995, 17.3% of U.S. college students reported use of marijuana within the preceding 30 days [118]. Random stops of tractor-trailer drivers indicated a 15% positive rate for cannabinoids, with 3% positive for blood THC exceeding 2.5 ng/mL [263]. Cannabis is not the drug of choice for professional drivers due to its sedative effects; therefore, this rate may not reflect general population use.

Incidence rates were higher at the height of marijuana usage from 1960 to 1980. Driving shortly after marijuana smoking was reported by 29% and 21% of Massachusetts teen-agers in 1979 and 1981, respectively [182]. In another study of young adults in Boston, 43% reported driving or riding with a driver under the influence of marijuana [462], while 6.3% of University of Illinois students stated that they operated a motor vehicle on a weekly/daily basis shortly after or while using cannabis [451].

34

**Table 1.** Epidemiological studies examining the presence of cannabinoids in various population groups

| Population description | Findings[a,b] | Blood level[a–c] | Year | Ref. |
|---|---|---|---|---|
| *A. Motor vehicle fatalities* | | | | |
| Motor vehicle fatalities, Ontario, Canada (*n* = 401) | 3.7% THC; 0.2% only THC; usually THC with ethanol; 10.7% positive for urine cannabinoids, no THC in blood | 13/15 blood THC <5 ng/mL | 1982 | [69] |
| Single vehicle fatalities, NC (*n* = 600) | 7.8% THC; 0.7% only THC | RIA and EMIT screen >3 ng/mL (range 3.1–37 ng/mL) | 1984 | [280] |
| Fatalities in young male CA drivers (*n* = 440) | 37% THC or metabolite; 4.3% THC only drug; cannabinoids' role in crash responsibility undetermined | THC (ng/mL): 38% 0.2–0.9; 22% 1.0–1.9; 26% 2.0–4.9; 14% >5.0 | 1985 | [470] |
| Fatalities, AL | 17% positive for cannabinoids | N/A | 1986 | [132] |
| Fatalities, TX (*n* = 199) | 34% of homicide victims, 25% of car/truck drivers, and 38% of motorcycle drivers positive for cannabinoids; cannabinoid drivers at fault about 52% of cases | GC/MS for THC, 11-OH-THC or THC-COOH in blood or urine | 1986 | [142] |
| Motor vehicle fatalities. Los Angeles. CA (*n* = 594) | 18.8% THC positive | RIA (50 ng/mL) and GC/MS | 1986 | [51] |
| Fatalities, Ontario, Canada (*n* = 1,169) | 10.9% THC; 1.7% only THC; 7.6% in pedestrian fatalities | RIA and GC/MS THC 0.2–37 ng/mL | 1990 | [68] |
| Motor vehicle fatalities: Norway (*n* = 159) | 5% THC, most common drug; 3–6% drugs alone; 20% impaired by alcohol; 8% by alcohol and drugs | Blood screened by immunoassay, confirmed by GC/MS | 1992 | [145] |
| Fatalities in U.S. truck drivers (*n* = 168) | 12.5% positive cannabinoids in blood; 70% THC; 30% THCCOOH; All THC positives found to be responsible for crash | GC/MS: mean THC 4.1 ng/mL (range 1–12); mean THCCOOH 20 ng/mL (range 5–174) | 1993 | [85] |
| Motor vehicle fatalities, Australia (*n* = 1,045) | 11% positive for cannabinoids in blood or urine; lower odds ratio for accident risk when cannabis alone; higher odds for cannabis and ethanol combined | Primarily THCCOOH in urine; sometimes blood; few THC in blood | 1994 | [107] |
| Motor vehicle fatalities, BC, Canada (*n* = 227) | 13% THC or THCCOOH of drivers dying within 24 h of accident; 5% THC | Blood THCCOOH mean 15.9 ng/mL; blood THC mean 3.6 ng/mL | 1995 | [301] |
| Motor vehicle fatalities, WA (*n* = 318) | 11% of drivers had cannabinoids in blood or urine | Blood and urine screened by EMIT®; TLC confirmation | 1996 | [259] |
| *B. Motor vehicle injuries* | | | | |
| Motor vehicle injuries, Rochester, NY (*n* = 497); culpability study | Increased odds ratio for cannabinoids alone 2.1; alcohol alone 5.4 | N/A | 1982 | [435] |
| Motor vehicle injuries, Tasmania (*n* = 200) | 6% THC | Blood RIA screen; GC/MS confirmation | 1987 | [291] |
| Motor vehicle injuries. Knoxville, TN (*n* = 164) | BAC 37%; other drugs 40%; >50% of BAC positive also positive for other drugs | Urine EMIT® 50 ng/mL | 1992 | [238] |
| Motor vehicle injuries. 7 U.S. states (*n* = 1,882) | 6.7% positive for cannabinoids, 2/3 THC positive; cannabinoid positive less risk than drug-free | Blood RIA screens for THC and THCCOOH (13 ng/mL); GC/MS confirmation (THC = 1 ng/mL, THCCOOH = 2 ng/mL) | 1992 | [436] |
| Motor vehicle injuries. Toronto. Canada (*n* = 339) | 13.9% THC; 40.5% positive for drug beside ethanol | N/A | 1993 | [418] |
| Motor vehicle injuries. Baltimore, MD (*n* = 331) | 2.7% automobile drivers and 32.0% of motorcyclists positive serum THC | Serum RIA for THC (2 ng/mL) | 1995 | [410] |
| Motor vehicle injuries. Ann Arbor, MI (*n* = 894) | 13.8% blood positive for cannabinoids, drawn within 6 h of crash (mean <1 h) | Serum THC and THCCOOH; higher odds ratio when THC = 2.1 ng/mL and THCCOOH = 31 ng/mL | 1998 | [203] |
| Motor vehicle injuries, South Australia (*n* = 2,500) | Odds ratios increased with increasing serum THC, not significantly different from drug-free; greater risk with THC and ethanol | Blood RIA screen (10 ng/mL); GC/MS confirmation (THC = 1 ng/mL, THCCOOH = 2 ng/mL) | 1997 | [459] |
| Motor vehicle injuries. Australia (*n* = 2,500) | 10.8% positive cannabinoids: 2.8% THC and THC-COOH, 8% THCCOOH only; 7.1% cannabinoids only drug | Immunoassay screen (40 ng/mL); GC/MS confirmation (0.5 ng/mL); mean time prior to blood draw 2.7±3 h | 2000 | [260, 261] |

35

**Table 1.** (Continued)

| Population description | Findings[a,b] | Blood level[b,c] | Year | Ref. |
|---|---|---|---|---|
| Motor vehicle injuries, CO ($n = 414$) | 17% urine positive cannabinoid; cannabinoids only not associated with increased risk | Urine collected within 1 h; initially screened; later analyzed urine for THC and THCCOOH to estimate time of use | 2001 | [262] |
| Motor vehicle injuries, Canada ($n = 1,158$) | 40.2% of injured patients positive for blood THC and/or THCCOOH; 58.8% of cannabinoid positive had THC, 71.3% of these also positive for ethanol; 41.2% positive for THCCOOH only, of these 77.2% also positive for ethanol | Usually BAC <0.10 g% | 1996 | [209] |

*C. Trauma patients*

| Population description | Findings[a,b] | Blood level[b,c] | Year | Ref. |
|---|---|---|---|---|
| Trauma patients, MD ($n = 1023$) | 37.4% THC; 16.5% alcohol and THC; 18.3% THC alone; Similar % in vehicular and non-vehicular trauma patients | RIA (2 ng/mL), some GC/MS confirmation; THC (ng/mL): 39.7% 2–4.9; 25.6% 5–9.9; 34.6% ≥ 10.0 | 1988 | [411] |
| Trauma patients, WA ($n = 452$) | 27% urine cannabinoid positive | Urine EMIT® (100 ng/mL) | 1989 | [370] |
| Trauma patients, Chicago, IL ($n = 654$) | 37% positive urine cannabinoids | Urine EMIT® | 1989 | [404] |
| Trauma patients, Pittsburgh, PA ($n = 177$) | 24% urine cannabinoid positive; 45% with ethanol | Urine EMIT® | 1991 | [74] |
| Trauma patients, New South Wales, Australia ($n = 164$) | 15.2% positive urine cannabinoids; 68% >400 ng/mL | Urine semi-quantitative EMIT® screen (100 ng/mL) | 1995 | [424] |

*D. Driving under the influence of drug (DUID)*

| Population description | Findings[a,b] | Blood level[b,c] | Year | Ref. |
|---|---|---|---|---|
| DUID, CA ($n = 1,792$) | 14.4% THC; 23% ethanol negative ; all THC positives failed roadside sobriety test | Blood THC ≥ 5.5 ng/mL Range 5.5–23 ng/mL, RIA, some GC/MS | 1983 | [483] |
| DUID, St. Louis, MO ($n = 184$) | 47% of positive drug cases THC; negative BAC Impaired driving resulted in police stop | Urine EMIT® screen, TLC confirmation | 1987 | [353] |
| DUID, Los Angeles, CA ($n = 173$) | 43.9% THC in blood | <1.0 to 12.4 ng/mL | 1987 | [54] |
| DUID, Norway ($n = 270$) | 26% suspected alcohol were positive for cannabinoids; 13% confirmed THC; 43% DUID positive for THC; 15-20% with BAC <0.05% influenced by drugs | Blood RIA screen (0.5 μM); GC/MS confirmation (0.001 μM) | 1990 | [67] |
| DUID, negative for ethanol, Norway ($n = 425$) | 56% THC; 82% positive for more than one drug | EMIT® and GC/MS. 50% <5 ng/mL THC | 1991 | [146] |
| DUID, PA ($n = 39$) | 39% THC; 50% THC; 50% THC metabolite (GC/MS): 3.1% THC only | RIA (10 ng/mL). GC/MS confirmation | 1992 | [428] |
| DUID, NM ($n = 2,023$) | 16.8% cannabinoid positive | Blood screen EMIT®; GC/MS confirmation | 1992 | [371] |
| DUID, Memphis, TN ($n = 150$) | 33% positive for cannabinoids; 88% considered moderately or severely impaired; 100% of cannabinoid only failed sobriety tests | On-site urine screening with GC/MS confirmation, 30% failed to confirm | 1994 | [47] |
| DUID, Denver, CO ($n = 242$) | 66.9% urine positive for cannabinoids | Urine EMIT® screen (20 ng/mL); GC/MS confirmation (5 ng/mL) | 1996 | [440] |
| DUID, Canada ($n = 1,158$) | 62.1% of DUID positive for blood THC and/or THCCOOH; 81.5% of cannabinoid positive had THC, 49.5% of these also positive for ethanol; 18.5% positive for THCCOOH only, of these 53.3% also positive for ethanol | BAC <0.10 g% | 1996 | [209] |
| DUID, Switzerland ($n = 641$) | 57.3% positive for cannabinoids; 20.6% cannabinoids and ethanol, 19.2% cannabinoids and opiates | Blood and/or urine, RIA screen, GC/MS confirmation | 1997 | [15] |

36

**Table 1.** (Continued)

| Population description | Findings[a,b] | Blood level[a-c] | Year | Ref. |
|---|---|---|---|---|
| DUID, Vienna, Austria (n = 205) | 65.8% urine positive for cannabinoids in drivers testing negative for breath ethanol | Urine FPIA screen (25 ng/mL); GC/MS confirmation (THCCOOH 1 ng/mL) | 1998 | [369] |
| DUID, Ontario, Canada (n = 4,670) | 1.9% of adult driving population and 22.8% of cannabis users drove within 1 h of cannabis use within the past 12 months; frequently combined with alcohol | Self-reported questionnaire | 1999 | [460] |
| *E. Tractor-trailer drivers* | | | 1988 | [263] |
| Tractor-trailer drivers (n = 317) | 15% cannabinoids; 3% blood THC; ethanol <1% | Blood or serum THC 2.5–12 ng/mL; urine EMIT screen: GC/MS or HPTLC confirmation | | |
| *F. Occupational fatalities* | | | | |
| Occupational fatalities, Alberta, Canada (n = 82) | 8.5% positive urine cannabinoids: only illicit drug | Urine cannabinoids ≥ 5 ng/mL | 1991 | [12] |
| Occupational fatalities, Ontario, Canada (n = 470) | 17% cannabinoid positive | N/A | 1993 | [394] |

[a] THC = $\Delta^9$-Tetrahydrocannabinol; THCCOOH = 11-Nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol.
[b] BAC = Blood alcohol concentration.
[c] RIA = Radioimmunoassay; EMIT = Enzyme-multiplied immunoassay test; GC/MS = Gas chromatography/mass spectrometry; FPIA = Fluorescence polarization immunoassay.

Other difficulties in interpreting epidemiological data relate to the selection of assay methods, cutoff concentrations, and specimens to be tested for drugs. Additionally, cannabinoid measurements sometimes are not included due to the difficulty and expense of analysis. Many studies only evaluated specimens for drugs if the blood alcohol concentration (BAC) was less than the legal limit, or after negative results were obtained on a breath alcohol test. Alcohol intoxication is a major contributing factor to traffic accidents; however, the role of other illicit drugs, including cannabis, is less well defined. From 40 to 80% of drivers in culpability studies are positive for blood or breath alcohol, complicating the assignment of crash responsibility to illicit drugs that may also be present [262].

Specimens may be treated differently in different studies; i.e., specimens may be screened for cannabinoids in whole blood, plasma, or serum, or qualitatively or quantitatively tested for cannabinoids, THC, and/or THCCOOH. Sometimes only urine specimens are evaluated. The long elimination half-life of cannabinoids makes the relationship between a positive urine test and accident risk difficult to interpret. Furthermore, in many cases published data are unclear as to whether THC or its inactive metabolite THCCOOH, or both, are considered a positive result. Rarely are quantitative data available, and, in many studies, no confirmatory procedures are performed, raising the issue of false positive and false negative tests. Another consideration is the variability in limits of detection and cutoff concentrations employed in different studies that limit data comparison.

In motor vehicle accidents, 40 to 50% of casualties were positive for at least one drug other than ethanol, cannabis being the most common. In a prospective study of 1023 trauma cases in Maryland, 34.7% of subjects had greater than 2 ng/mL THC in their serum; more than one-third had serum THC concentrations of 10 ng/mL or more [411]. Although a high percentage of DUID cases are positive for cannabinoids, especially in specimens negative for BAC, if the active compound (THC) is detected, its concentration was usually low, <5 ng/mL. Sutton et al. suggested this was due to the rapid decline of THC concentrations after smoking and the time required obtaining blood specimens [428]. Delays in specimen collection may reduce cannabinoid concentrations below analytical detection limits. Thus, there may be a potential for bias in epidemiological studies due to inclusion of cases in the drug-free group that are intoxicated from cannabis, yet are negative for blood cannabinoids.

In two studies of occupational fatalities in Canada [12,394], cannabinoids were found in 8.5 to 17% of those tested; cannabis use in the general population was judged to equal or exceed these rates. These incident rates were based in part on urine cannabinoid studies. The authors concluded that cannabis's contribution to the cause of the fatalities was limited.

37

Although laboratory performance measures and driving behavior have shown alterations following cannabis, few studies unequivocally link increased accident rates with cannabis [310]. It is difficult to determine if observed decrements in laboratory performance are large enough to account for actual driving impairment. A promising approach to determining a drug's contribution to accident causation is to calculate the culpability rates for drug-exposed and non-drug-exposed drivers. These studies are difficult and expensive to conduct, but in conjunction with blood drug concentrations, may help to elucidate cannabis's role in driving impairment. Culpability studies compare the relative degree of responsibility for crashes between groups of cases and determine the odds ratios for crashes based on toxicological results. If cannabis contributes to crash risk, then the proportion of drivers who are culpable will be greater among cannabinoid-positive drivers than among those with negative test results.

Lowenstein et al. found in a study of 414 injured drivers in Colorado who were admitted to the emergency room within 1 h of the accident that cannabis alone was not associated with crash responsibility (odds ratio 1.1, 95% confidence interval 0.5–2.4) [262]. In this same study, cannabis in combination with alcohol was found to impair driving skills and increase accident risk. In a study of 2,500 injured drivers in Australia, 2.8% of the drivers' blood specimens were positive for THC and THCCOOH, and 8% were positive for THCCOOH only [261]. Most of the crashes also involved alcohol, making it difficult to determine the contribution of cannabis to the event. Further investigations by Longo et al. found that drivers with alcohol or benzodiazepines alone, and those with combinations of alcohol and THC or benzodiazepines, were significantly more likely to be culpable; however, the increased odds ratios were not greater than for alcohol alone [260]. Motorists positive for THC only did not have an increased risk ratio. Terhune et al. reported similar results in a study of 1,882 drivers in 7 U.S. states [436] and by Williams in a study of 440 fatally injured young male drivers in California (cannabinoids detected in 37% of blood specimens) [470]. Higher risk was associated with alcohol, but a lower odds ratio was found for drivers with cannabis only. Inclusion of fatalities up to 4 h from the time of the crash provided sufficient time for THC concentrations to fall below analytical detection limits and potentially bias results. Of the drivers identified as cannabis users, two-thirds had detectable THC in their blood.

In 1982, Terhune et al. reported that 9.5% of 497 drivers injured in motor vehicle accidents in Rochester, NY, had THC in their blood, 51% in combination with ethanol [435]; 52.9% of the THC-only positive drivers were judged to be culpable for the accident, as compared to 34% of drug-free drivers. For comparison, drivers positive for ethanol >0.10% had a culpability rate of 73.8%; those with ethanol and THC did not have a significantly higher culpability rate than those positive for ethanol alone, although the number of samples in this category was small. Another possibility is that increased culpability could be related to higher concentrations of blood THC. In a study of hospitalized drivers in Australia, higher odds ratios for accident risk were found with THC >2.1 ng/mL and THCCOOH exceeding 31 ng/mL, although this trend did not reach statistical significance. [203]. Drummer et al. found lower odds ratios for the 11% cannabis-positive drivers in a study of 1,045 fatalities in Australia in 1990–1993, although alcohol- and THC-positive drivers had significantly increased risk [107].

Marowitz et al. compared the driving records of 106,214 persons arrested for drug offenses in California in 1989 to 41,493 drivers from the general population [272]. Drug arrestees had significantly more traffic violations and total accidents and were found to be more responsible for their accidents than the control group. The authors concluded that individuals arrested for drug offenses posed an elevated safety risk. Furthermore, individuals arrested for misdemeanor marijuana had twice the 1-year post-arrest accident rate of the control group.

### B. Performance Studies

Controlled clinical studies of cognitive and psychomotor performance following cannabis use are included in **Table 2**. Translating the importance of cannabis-induced performance effects observed in a controlled laboratory study to impairment of specific driving skills or other complex behavior is difficult. Furthermore, some results indicating impairing effects of cannabis have not been replicated in other laboratories. In 1993 Foltin and Evans reviewed numerous studies of performance effects of drugs of abuse and found consistent decrements in tracking, digit symbol substitution, list recall, arithmetic, memory recall, vigilance, divided attention, circular lights, paired associates, digit span, list learning, stroop, and list recognition tasks after cannabis [125]. Inconsistent results were obtained for choice and other reaction time tasks. Laboratory performance studies help us to understand drug effects and to predict possible impairment in performance of complicated tasks. These results also provide the basis for additional studies utilizing driving and flying simulators, as well as closed and open course driving trials that more closely reflect actual driving conditions.

Review of the literature requires careful evaluation of study design, including whether appropriate placebo controls were incorporated, whether doses were presented in

38

**Table 2.** Controlled administration studies of cannabis with psychomotor and cognitive effects

| Task[a] | Findings[a–d] | Dose[c–e] | Blood THC[c,e,f] | Year | Ref. |
|---|---|---|---|---|---|
| Pursuit meter Delayed auditory feedback | Significant impairment 5/9 significant increased errors | 5 mg SM | Not detectable (TLC) | 1970 | [269] |
| Pursuit meter Delayed auditory feedback | Impairment both doses, but poor dose-response Additive effect with ethanol | 0, 2.5, 5 mg THC SM; 0, 0.13 g/Kg ethanol | N/A | 1971, 1985 | [267, 270] |
| Pursuit meter (hand-eye co-ordination) Delayed auditory feedback Stability, wobble board | Significant linear dose-dependent relationship 4/9 linear dose-dependent decrements, 5/9 no effect Decreased stability with dose | 0, 12.5, 25, 50, 100 µg/Kg SM | N/A | 1971 | [237] |
| Recall of narrative material | Significant impairment; Addition of irrelevant material | 25 µg/Kg SM | N/A | 1972 | [106] |
| Visual autokinetic phenomenon (motion of stationary light source) | Apparent movement increased with two high doses | 0, 50, 100, 200 µg/Kg SM | N/A | 1972 | [395] |
| Information processing | Disrupted short-term memory | 20, 40, 60 mg PO | N/A | 1972 | [438] |
| Information processing | Dose-related impaired peripheral vision detection | 0, 50, 100, 200 µg/Kg SM | N/A | 1972 | [395] |
| Information processing Reaction time | Inconsistent effects in simple and complex tasks Slowed with high dose only | 0, 10, 20 mg SM | N/A | 1972 | [386] |
| Divided attention, tracking errors Critical tracking breakpoint | Significant linear correlation 5–25 ng/mL for 2h Sigmoid relation with log THC (2–25 ng/mL for 7 h) | 100, 200, 250 µg/Kg SM | Collected same conditions but different times | 1972 | [22] |
| Broad battery of psychomotor and cognitive tasks | Attention, concentration and motor function impairment; reduced adaptability in stressful situations; effects noticeable 8–10 h after smoking | 0, 350, 400, 450 µg/Kg PO | N/A | 1973 | [230] |
| Pursuit meter Delayed auditory feedback Stability, wobble board | Significant impairment No consistent change Decreased stability with dose | 0, 6, 12, 18 µg/Kg SM | N/A | 1973 | [117] |
| Pursuit meter; wobble board; delayed auditory feedback | Impaired performance after cannabis; no change in effects when amphetamine added | 0, 25 mg THC SM; 0, 10 mg/70 Kg AM | N/A | 1976 | [131] |
| Psychomotor tracking | Dose-related errors in simple tracking; THC and ethanol additive effects on tracking; no effects on observer rated car-handling ability | 0, 1.6, 6.8 mg SM; 0.3, 0.7% blood ethanol | N/A | 1976 | [163] |
| Standing steadiness; pursuit rotor; simple and complex reaction times; Vienna Determination Apparatus | Significant impairment by THC in all measures; ethanol and THC additive effects | 215 µg/Kg PO; 0.54 g/Kg ethanol | N/A | 1980 | [31] |
| Information processing | Impaired speed of visual information processing | 6 mg SM | N/A | 1981 | [42] |
| Roadside sobriety tests Coordination tests | Failures if THC >25 ng/mL 94% failed at 90 min and 60% at 150 min after SM | Ad lib SM | 49.1% neg. THC (RIA) 150 min after smoking | 1983 | [364] |
| Memory | Dose-related decreases in immediate and delayed free recall; increase in intrusion errors; no reduction in recognition memory | 0, 5, 10, 14 mg SM | N/A | 1984 | [302] |
| Concentrated attention Divided attention | Significant and prolonged drug impairment Significant impairment | 0, 50, 100, 200 µg/Kg SM | N/A | 1984 | [309] |
| Pursuit meter | No significant difference between doses; decrement with both doses; impairment with THC > 5 ng/mL | 37.5, 75 µg/Kg SM | RIA, 0–120 min THC/THCCOOH | 1985 | [279] |
| Body sway; pursuit rotor; simple and choice reaction time; addition and subtraction | At these dosages and with these tests, marijuana potency as follows: SM > PO > ethanol; 0.05% BAC ≈ 8.5 mg PO marijuana ≈ 1.5 mg SM marijuana | 0, 5, 10, 15, 20 mg THC (PO and SM); 0, 0.75, 1.0 g/Kg ethanol | N/A | 1985 | [62] |
| Perceptuo-motor tasks Intelligence and memory | Heavy cannabis users reacted more slowly No differences | N/A | N/A | 1988 | [453] |

39

**Table 2.** (Continued)

| Task[a] | Findings[a–d] | Dose[c–e] | Blood THC[c,e,f] | Year | Ref. |
|---|---|---|---|---|---|
| Memory | Short-term memory deficits in cannabis-dependent adolescents for > 6 weeks | N/A | N/A | 1989 | [391] |
| Circular lights; DSST<br>Automated tracking task | Low and high dose marijuana decreased response speed, but not accuracy on DSST<br>High dose ethanol impaired all tasks | 0, 1.3, 2.7% THC SM; 0, 0.6, 1.2 g/Kg ethanol | N/A | 1989 | [179] |
| Digit span (immediate recall)<br>Divided attention<br>DSST | Inconsistent results for two doses on digit span<br>No effect on divided attention task<br>Impairment on DSST with high dose only | 0, 1.3, 2.7% THC SM | N/A | 1989 | [178] |
| Information processing | Long-term cannabis users decreased ability to filter out irrelevant material and in focusing attention | N/A | N/A | 1991 | [414] |
| Cognitive tasks: serial addition and subtraction, logical reasoning, mannikin<br>Short term memory and attention: matrix and serial addition and subtraction<br>Time estimation: time wall<br>Psychomotor: DSST | No cannabis effects on serial addition and subtraction, matrix, mannikin, DSST, and time wall; decreased accuracy on the logical reasoning task | 0, 1.75, 3.55% THC SM | Comprehensive GC/MS data during absorption to 7 days post drug | 1992 | [201] |
| Repeated acquisition task; simple and choice reaction times: DSST | Decreased error with combined high dose of cocaine and cannabis; prolonged subjective effects | 0, 2.7% THC SM; 0, 16, 32 mg IV cocaine | N/A | 1993 | [126] |
| DSST, word recall, VAS, number recognition, time | Dose related changes in subjective measures; decreases in word recall with cannabis | 0, 3.55% THC SM | THC 4, 8, or 16 puffs: 63, 150, and 188 ng/mL (RIA, plasma) | 1997 | [175] |
| Validity of drug evaluation and classification program to predict marijuana use | Best 7 variables for prediction of marijuana use, increased sum of 3 pulse readings, abnormal eyes, increased sum of pupil diameter, bloodshot eyes, increased errors on finger to nose test, slowed pupillary reactions to light and increased errors in the one leg stand; with these variables: sensitivity 61.4%, specificity 93.3%, false positives 6.7%, false negatives 38.6%, efficiency 82.7% | 0, 3.58% THC SM | THC (0.5 ng/mL) THCCOOH (1.0 ng/mL by NCl GC/MS | 1998 | [177] |
| ARCI, VAS, EPS, circular lights, PAB | Decrement in smooth pursuit eye tracking, no effects day following dosing | 0, 1.8%, 3.6% THC SM | N/A | 1998 | [119] |
| Neuropsychological battery: trail making test, efficiency test system, intelligence structure test, benton multiple choice form G, comprehensive psychiatric rating | Significantly impaired cognitive function after smoking | 0, 290 µg/Kg THC SM; $n = 60$ between subject design | | 1999 | [244] |

[a] Task: DSST = Digit symbol substitution test; VAS = Visual analog scale; ARCI = Addiction Research Center inventory; EPS = Eye performance system; PAB = Performance assessment battery.
[b] BAC = Blood alcohol concentration.
[c] THC = $\Delta^9$-Tetrahydrocannabinol; THCCOOH = 11-Nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol; AM = Amphetamine.
[d] Route of administration: SM: Smoke; PO: Oral; IV: Intravenous.
[e] N/A = Not applicable.
[f] TLC = Thin layer chromatography; RIA = Radioimmunoassay; GC/MS = Gas chromatography/mass spectrometry.

a double-blind manner, what dose and route were employed for drug administration, whether multiple doses were used to demonstrate a dose-response effect, how difficult the performance task was, and whether subjects were well-trained to a stable level of performance prior to testing. Generally, the more complex the task, the more sensitive the measure to detect cannabis impairment. Also, tasks that are well practiced, such as driving, tend to be more resistant to drug effects. Therefore, laboratory tests that require divided attention and response to stress-

40

ful, demanding situations are more likely to demonstrate performance impairment. Another key factor in evaluating reported effects is the availability of simultaneously collected blood THC concentrations. Few performance studies have included measurement of drug concentrations in blood. Drug measurements are important due to the difficulty in delivering a specified THC dose by the smoking route. Clinical studies including strict controls on smoking dynamics, e.g., number of puffs, time between puffs, hold time, and inhalation time, have reported wide intra- and inter- subject variability in blood THC concentrations due to the subjects' ability to titrate drug dose [196].

In general, laboratory performance studies (Table 2) indicate that sensory functions are not highly impaired, but perceptual functions are significantly affected. The user's ability to concentrate and maintain attention may be decreased during cannabis intoxication. Perceptual errors are the most frequently cited errors leading to driving accidents when under the influence of ethanol, and could be significant factors in cannabis impairment [309]. Moskowitz et al. reported a prolonged impairment in concentrated and divided attention tasks [309]. Kurzthaler et al. studied the effect of cannabis on cognitive functions and driving ability [244]. They suggested that the decrease in learning noted after cannabis use could be due to a disinhibition of overlearned response and/or an increased susceptibility of recently acquired information to intrusions. This learning effect could signify that a driver under acute cannabis influence would be unable to use acquired knowledge from earlier experiences adequately to ensure road safety. Additionally, higher scores of concentration difficulties and thought disorders indicated disturbances of perceptual motor speed and accuracy as well as a reduction in the driver's ability to organize or retrieve new information immediately after cannabis consumption. The authors concluded that perceptual motor speed and accuracy, important parameters of driving ability, were impaired immediately after cannabis consumption, but had fully resolved within 24 h. Also, cannabis's effects appeared to be almost exclusively neurological, with much less psychomotor impairment than that noted after ethanol. This indicates that the standard physical examination used to evaluate individuals suspected of driving under the influence may be much less effective in evaluating driver impairment following cannabis.

Cannabis's effects on visual processes involved in driving have been the subject of several investigations. Cannabis smoking was shown to affect the phasic response to a light flash, but to have little effect on pupil diameter [119,434]. A dose-related impairment of peripheral vision and an increase in the visual autokinetic phenomenon were observed after cannabis [42,238,395]. Fant et al. reported that smoking a single 3.6% THC cigarette acutely produced decrements in smooth pursuit eye tracking, especially in peripheral visual fields [119]. This performance impairment was observed 0.25–5.5 h (peak at 1.75 h) after smoking. Binocular depth inversion for different natural and artificial objects was assessed in 17 healthy volunteers before and after administration of 120 μg/Kg dronabinol (synthetic THC) [254]. A dose-dependent effect of THC on binocular depth inversion was noted with maximal effects at 140–250 min. An impairment of top-down processing of visual sensory data by THC was suggested, further supporting the hypothesis that the endogenous cannabinoid system is involved in perceptual processes on a higher level of information processing.

Perceptual motor skills, decision-making, and car-handling skills may also be reduced. Overall, impairment was noted in studies utilizing the pursuit meter or other tracking devices; impairment increased with dose except under very low-dose conditions [237,269]. However, Heishman [178] did not report impairment in an automated tracking task following smoking of a single 2.7% THC cigarette. The author indicated that the tracking task might have been less difficult than tasks in other tracking studies and therefore, less sensitive to cannabis effects. Barnett et al. [21] found a sigmoid relation between the critical tracking breakpoint and the log of the THC concentration over the range of 2–25 ng/mL THC was observed, with effects noted for up to 7 h. The brain's centers for coordination of movement are the cerebellum and basal ganglia, two areas rich in cannabinoid receptors. Impairment of hand-eye coordination is dose-related over a wide range of cannabis dosages and has been shown to be additive with cannabis and ethanol exposure [31]. Coordination and body sway decrements have been documented. Stability of stance was decreased in a dose-related manner following cannabis use [62,117]. Reeve [364] found that following ad-lib smoking of marijuana, 94% of subjects failed roadside sobriety and coordination tests 90 min after smoking; there was a 60% failure rate after 60 min.

Deficits in information processing have been documented following cannabis exposure [302,438]. Impairment was observed in immediate and delayed free recall, but not in recognition memory. Impairment was not demonstrated in the digit span immediate recall and divided attention tasks following marijuana smoking in a study by Heishman [179]. The most consistently reported cognitive effect following marijuana use is a disruption of short-term memory [105]. Huestis [201] demonstrated significant impairment in only one of six performance tasks after

marijuana smoking; decreased accuracy in the logical reasoning task was observed after smoking a single 1.75% or 3.55% THC cigarette. Significant effects were noticeable 8–10 h after smoking in a battery of psychomotor and cognitive tasks following ingestion of cannabis [230]. Barnett et al. [21] found a linear correlation between THC concentration and divided attention performance over the range of 5–25 ng/mL THC. A prolonged impairment in concentrated and divided attention tasks was reported by Moskowitz [309].

A study of perceptuomotor tasks with heavy cannabis users found a slower reaction time in these tasks; however, no differences were found in intelligence or memory functions [453]. Long-term cannabis users also were reported to possess a decreased ability to filter out irrelevant material and to focus attention on the required task [414]. Forney [131] observed marijuana impairment on psychomotor tests; the combination of amphetamine and cannabis did not reduce the observed psychomotor impairment. In a study of cannabis and cocaine effects on performance of a repeated acquisition task that included simple and choice reaction time tests and the digit symbol substitution test (DSST), high-dose cocaine and cannabis exposure increased the number of errors compared to either drug alone [126].

Epidemiological studies indicate that cannabis is usually combined with ethanol, and sometimes with other licit or illicit drugs. In the few studies where cannabis and ethanol were both administered, effects have been found to be additive [31,163,270]. This accentuates the need for laboratory performance studies evaluating the effects of cannabis in conjunction with ethanol and other drugs.

## C. Driving and Flying Simulator and Open/Closed-Course Driving Studies

Results of driving simulator and closed- and open-course driving studies are found in **Table 3**. The degree of performance impairment observed in driving simulator tasks and open and closed driving courses following cannabis is not consistent between studies. Early studies by Hansteen, Attwood, Perez-Reyes, Rafaelsen, and co-workers documented decreased car-handling performance [14,163] and reduced reaction times [345,359] following cannabis. Smoked cannabis impaired time and distance estimation in a dose-related manner and affected decision-making that relied upon these skills [240,406]. Smiley et al. evaluated the effects of 0, 100, and 200 µg/Kg THC alone and in combination with 0, 0.425, or 0.68 g/Kg ethanol in a driving simulator [406]. Interestingly, blood ethanol concentrations were found to be lower when ethanol was combined with cannabis, suggesting that

alcohol metabolism may be altered by cannabinoids. Within the simulator, crashes during presentations of emergencies, and lane, speed, and headway variability were increased following cannabis smoking, primarily with the higher dose. As previously described, the more difficult the task, the more apparent the impairment. Sutton [427] described no significant effects in a closed-course task when only ethanol or cannabis was used; however, significant effects were noted following combined ethanol and cannabis exposure. The authors suggested that driving is a well-practiced task, and the course did not significantly challenge subjects' ability to perform. It should be remembered that prescription medications, including benzodiazepines and antihistamines, might impair driving performance as significantly as illicit drugs, especially during the first weeks of chronic treatment [1,93,286,326,327,452].

In a 1998 study, Liguori et al. described smoked cannabis effects on equilibrium, psychomotor performance, and simulated driving [255]. Ten subjects smoked placebo, 1.77% and 3.95% THC cigarettes on three separate occasions followed by critical flicker fusion (CFF, a measure of central nervous system excitability), choice reaction time (CRT), and computerized body sway tasks, and rapid judgment and brake latency evaluation in a driving simulator. There were no significant changes in CFF, CRT, somatosensory, visual, and visual preference scores; however, the high dose significantly increased body sway and tended to increase brake latency. The dynamic posturography-CFF-CRT composite equilibrium scores decreased after both doses. The authors concluded that cannabis impaired several key aspects of driving, including reaction time and maintenance of stable upright posture. The need to include unexpected sudden appearances of cues, as occurs in challenging real-life driving situations, was stressed in order to capture performance impairment following cannabis use. Lamers et al. attempted to address this issue in a study of visual search performance during urban city driving following low alcohol (BAC 0.05%), low THC (100 µg/Kg), and combination low alcohol and THC conditions [245]. Minimal effects were noted after either low dose, with a small reduction of 3% in visual search performance in the combination condition.

In a 1986 review of seven driving simulator performance studies and six on-road driving performance studies, Smiley concluded that after cannabis, drivers tended to reduce speed, were less likely to pass, and increased their following distance in an attempt to compensate for their perceived impairment [405]. Their comprehension of potential impairment and added concentration could have accounted for the improvement in driving perfor-

42

**Table 3.** Driving and simulator studies

| Task[a] | Findings[a-c] | Dose | Year | Ref. |
|---|---|---|---|---|
| Driving simulator | Brake and start time increased by cannabis and ethanol; gear changes decreased by cannabis and ethanol; time and distance estimation impaired by cannabis in dose-related manner | 8, 12, 16 mg THC PO 70 g ethanol | 1973 | [359] |
| Closed courses and city streets | Impaired judgment, concentration on closed courses; amplified on city streets; improved performance in some subjects | 0, 4.9, 8.4 mg THC SM | 1974 | [240] |
| Driving and psychomotor tracking studies | Car-handling performance impaired after ethanol and high dose marijuana (measured with analytical instruments; observers in the vehicle unable to document impairment following marijuana) | 0, 1.4, 5.9 mg THC SM; ethanol 0.07% | 1976 | [163] |
| Closed course | Car-handling performance impaired; THC plasma levels ranged from 8.5–21.2 ng/mL (75 μg/Kg) and 12.9–31.2 ng/mL (150 μg/Kg); drivers did not weave on road or brake or accelerate erratically | 75, 150 ug/Kg THC SM; 0.63, 1.25 g/L ethanol | 1981 | [14] |
| Closed course | Significant effects under combination condition; no significant effects on a simple task when THC or ethanol alone; serum THC, BAC provided | 0, 2% THC smoke; 0, 0.06% BAC | 1983 | [427] |
| Perceptual-motor tasks Perceptual tasks Decision-making, passing Decision-making, rapid stop | Impaired at highest dose Inconsistent results, simplified task Reduced number of attempts by marijuana Reduced by marijuana, significantly impaired by combination | 0, 100, 200 ug/Kg THC SM; 0.425, 0.68 g/Kg ethanol | 1985 | [406] |
| Driving simulator | Accuracy reduced and reaction time prolonged by marijuana; ethanol impairment enhanced by marijuana in additive or synergistic manner | One 2.4% THC cigarette; 0, 0.42, 0.85 g/Kg ethanol | 1988 | [345] |
| Closed course | Driving affected by both marijuana and alcohol, especially in combination; effects (slower driving) of marijuana less than alcohol; no impairment by marijuana alone on critical tracking task | 1.9% THC SM; 3 alcoholic drinks (10 min apart) | 1989 | [339] |
| Closed course | SDLP significantly increased by all cannabis doses for 2 h (equivalent to alcohol at 0.03 to 0.07 g%); speed not affected; no correlation between THC or THCCOOH concentration and impairment, tracking, hand steadiness, or body sway; minimal effect on visual search | 0, 100, 200, 300 ug/Kg THC SM | 1993 | [373] |
| Driving in heavy traffic | No impairment in vehicle handling or traffic maneuvers (with either alcohol or cannabis) by expert observer, but impairment following alcohol (only) observed by instructor in car; hand steadiness and time interval estimation impaired by cannabis; no correlation with THC concentration | 0, 100 ug/Kg THC SM; BAC 0.04% | 1993 | [373] |
| Driving; road tracking and car following | SDLP and distance variability (during deceleration) affected by cannabis; all tasks affected by ethanol; SDLP increases: 100 μg/Kg THC + 0.04% BAC similar to 0.09% BAC and 200 μg/Kg THC + 0.04% BAC similar to 0.14% BAC; THC effects dose-related and persisted at least 2.5 h; degree of impairment not correlated with THC and THCCOOH concentrations | 0, 100, 200 μg/Kg THC SM; BAC 0.04% | 1998, 2000 | [372, 360] |
| Equilibrium, psychomotor performance and driving simulator, CFF, CRT | Significant increase in body sway and trend toward increased brake latency observed at high doses; similar to 0.05% alcohol; no CFF or CRT effect | 0, 1.77, and 3.95% THC SM | 1998 | [203] |

[a] SDLP = Standard deviation of lateral placement; CFF = Critical flicker fusion; CRT = Choice reaction time task.
[b] THC = Δ⁹-Tetrahydrocannabinol; THCCOOH = 11-Nor-9-carboxy-Δ⁹-tetrahydrocannabinol.
[c] BAC = Blood alcohol concentration.

mance observed in some subjects in low-dose cannabis studies. Cannabis reduced the number of attempts at passing other cars or risk-behavior, in contrast to ethanol that increased risk-taking. Reaction time and initial incorrect responses were increased along with impaired emergency response behavior. A driver's ability to respond to unexpected events or when continuous attention is required could be impaired by cannabis.

Logistical difficulties of testing impairing effects of drugs on city streets and highways severely limit the number of such studies. Klonoff et al. tested the effect of low THC concentrations (approximately 5–8.5 mg THC) on driving ability on the streets of Vancouver and reported impairment primarily of driver judgment and concentration [240]. In 1993, Robbe and O'Hanlon examined driving performance 40 and 100 min after smoking a placebo,

100, 200, or 300 μg/Kg THC cigarette on a closed section of highway [373]. All active THC doses significantly affected the standard deviation of lateral position (SDLP) as compared to placebo for 2 h, approximately equivalent to the impairment produced by 0.03–0.07 g% ethanol. Mean speed, standard deviation of speed, and steering wheel angle were not affected. No correlations were found between plasma THC or THCCOOH concentration and impairment on laboratory tests similar to roadside sobriety tests of tracking ability and hand and posture stability. These findings were substantiated in additional studies conducted in the presence of other vehicles on the highway and in heavy traffic, although only the lower dose was tested in the latter study for safety reasons. Cannabis users appear to be aware of drug effects on their driving performance and attempt to compensate by driving slower, taking fewer risks, and maintaining greater concentration. Robbe et al. suggest that lateral tracking is dependent on the automatic information processing system that operates outside of conscious control and is less subject to drivers' conscious efforts to compensate [373]. The performance effects of cannabis were not different than the effects of many medicinal drugs. Driving impairment after cannabis could be greater following higher doses, on prolonged monotonous drives, with distractions by other passengers, or when unexpected emergency situations occur. In these cases, cannabis effects on attention, reaction time, informational processing, and judgment could play a role. In addition, the authors stressed the need to measure impairment at time points beyond measurable THC concentrations to ensure that epidemiological studies are not underestimating the number of individuals driving under the influence of cannabis and hence, its contribution to accident causation.

A 1983 California Department of Justice study had indicated that THC was present in a significant proportion of blood samples from drivers detained for impaired driving performance. Ad lib smoked marijuana was found to impair field sobriety tests for up to 3 h, although placebo controls were not included for comparison [363]. Peck et al. conducted a controlled drug administration study of the effects of marijuana and alcohol on actual driving performance of 80 volunteers on a closed test course that included real-world driving conditions [339]. This study was a placebo-controlled, repeated-measures, within-subject design, evaluating the effects of three alcoholic drinks (estimated to produce a peak blood ethanol of 0.08%), a single 1.9% THC cigarette, and ethanol and cannabis in combination. Dependent variables included ratings of vehicle handling and skill, speed, accelerator reversals, brake presses, steering control, lateral placement, field sobriety tests, self-assessment ratings, risk assessment

task, critical tracking task, and a time estimation task. Both cannabis and alcohol affected driving performance with approximately additive effects when both drugs were administered. Interestingly, cannabis alone did not affect critical tracking, in contrast to other studies. The authors concluded that although it was clear that cannabis impaired psychomotor abilities functionally related to skillful driving, particularly at high doses and among naïve subjects, the extent to which cannabis-impaired driving caused accidents could not be deduced from currently available driving studies.

In later studies (1998 and 2000) of the effects of alcohol and cannabis on driving performance by Robbe et al, cannabis alone was found to affect SDLP and distance variability during deceleration maneuvers in the car-following task, while reaction time was unaffected [360,372]. Ethanol (0.04%) alone impaired all driving tasks, while 100 and 200 μg/Kg THC in combination with 0.04% ethanol produced SDLP impairments equivalent to 0.09% and 0.14% ethanol, respectively. Reaction time was also increased significantly after the higher dose combination. THC effects were dose-related and persisted at least 2.5 h after dosing. Despite consistent findings of impairment on tracking, divided attention and vigilance in laboratory studies following cannabis, driving simulator, and closed- and open-course tests have shown minor performance effects with cannabis doses up to 250 μg/Kg [372]. Cannabis effects at 200 or 300 μg/Kg were described as moderate; however, when combined with low doses of alcohol they were found to be severe. Plasma THC and THCCOOH concentrations were not related to the degree of impairment.

In the past, police officers have relied on standard field sobriety tests (SFSTs) and breath tests for alcohol to assess driving impairment at the roadside. These tests may not be useful in identifying impairment from other licit and illicit drugs. Useful information has been provided when cases of failed roadside sobriety checks [483] and police stops for erratic driving [353] can be linked to blood THC concentration data. It has been difficult to collate these data from different jurisdictions, although this could be very helpful in the interpretation of blood THC data. The Drug Recognition Examination program in the United States, and similar programs in other countries, have improved upon the identification of drug-intoxicated drivers by employing specially trained officers that evaluate an individual for drug consumption based on a series of behavioral tests. If the examination appears to indicate drug intoxication, a specimen is sent for toxicological examination and scientific confirmation. Currently, these results are not available at the roadside at the time of the stop, but extensive efforts are under way to develop a

sensitive and accurate testing scheme that would provide immediate information.

Results of flying simulator studies are found in **Table 4**. Impairment for up to 24 h has been reported in flying simulator studies following marijuana smoking [208,478]. Short-term memory, attention, and concentration were affected. Impairment was also found to relate to the difficulty of the task and the age of the pilot [249]. One of the most important aspects of the studies was the lack of pilot awareness of decreased performance or impairment [250]. The study designs of some of these studies have been criticized due to the lack of placebo controls, double-blind conditions, and concurrent THC blood concentrations.

### D. Summary

It is clear from prevalence studies that cannabis is frequently used before and during driving, so one would expect that THC and its metabolites would be detected frequently in drivers' specimens [114]. The most serious limitations of prevalence studies is the lack of adequate control groups, but other important problems include the difficulty of collecting specimens quickly enough to capture rapidly decreasing active THC concentrations after cannabis smoking and the difficulty of accurately quantitating low concentrations of THC, 11-OH-THC, and THC-COOH in blood or plasma. In addition, the number of cases of cannabinoid only positive samples and drug negative samples must be large enough to adequately assess cannabis's effects on safe driving practices. It is not possible to distinguish the impairing effects of cannabis in a single case, when multiple drugs, including ethanol, are present. Studies examining cannabis's causal effect through responsibility analysis have more frequently indicated that THC alone did not increase accident risk, although the use of THC and alcohol have a greater effect than alcohol alone. Notwithstanding these results, the World Health Organization (WHO) issued a report in 1997 stating that cannabis acutely impairs cognitive development and psy-chomotor performance, increasing the risk of motor vehicle accidents in the intoxicated driver [477].

There is strong evidence from performance studies that THC has significant effects on the cognitive and psychomotor tasks associated with driving. Debate continues as to whether or not these effects increase accident risk. Simulator and closed- and open-road driving studies have given equivocal results. From performance studies, it would be expected that the more difficult and unpredictable the task, the more likely that THC will have an impairing effect. Controlled drug administration studies that test driving skills on open courses and in traffic most closely mirror real-life driving, although they incompletely assess drug impairment during unexpected events, during prolonged, monotonous driving situations, following high drug doses, and with distractions by drug- or non-drug-using friends. In a real driving situation involving multi-tasking and unexpected presentation of hazardous conditions, responses to external stimuli may be impaired while under the influence of THC.

Despite these limitations, a number of conclusions can be drawn. More than 300,000 people are killed and 10 million injured throughout the world each year in traffic accidents [123]. Cannabinoids are the number one illicit drug detected in motor vehicle injuries, fatalities, and DUID cases, and frequently are found in combination with ethanol or other drugs. Critical skills needed for the safe operation of motor vehicles and other forms of transport can be impaired following cannabis use. Impaired functioning of psychomotor activities including measures of coordination, tracking, and vigilance, and cognitive behavior including memory, learning, attention, information processing, decision-making, and perception have been reported following cannabis use. Most effects returned to baseline within 3–4 h, although some complex, divided attention tasks have indicated decrements in performance up to 24 h after cannabis use [176,250]. Current scientific evidence does not consistently support that these laboratory findings translate into increased accident risk, although clearly, driving under the influence of

**Table 4. Flight simulator studies**

| Findings | THC levels[a,b] | Dose[a] | Year | Ref. |
|---|---|---|---|---|
| Impairment short term memory, attention, and concentration up to 4 h | N/A | 0, 0.9 mg/Kg THC SM | 1976 | [208] |
| Performance decrements up to 24 h; pilots no awareness of impairment | N/A | 19 mg THC SM | 1985 | [479] |
| Impairment with turbulent flight after high dose; impairment increased as task difficulty/complexity and pilot age increased | Serum THC 7 ng/mL at 1 h after high dose SM | 0, 10, 20 mg THC SM | 1989 | [249] |
| 24 h impairment; pilots no awareness of decreased performance | N/A | 0, 20 mg THC SM | 1991 | [250] |

[a] THC = $\Delta^9$-Tetrahydrocannabinol.
[b] N/A = Not applicable; SM = Smoke.

45

cannabis and ethanol is a major safety issue. Moskowitz [310] summarized the difficult question of cannabis use and driving impairment by stating that "any situation in which safety both for self and others depends upon alertness and capability of control of man-machine interaction precludes the use of marijuana."

## ACKNOWLEDGMENTS

The excellent assistance in the preparation of this manuscript provided by Beverly Cepl and Debbie Price is greatly appreciated and acknowledged.

## REFERENCES

1. Aaronson DW: Effects of terfenadine on psychomotor performance: An Overview; *Drug Saf* 8:321; 1993.

2. Abrahamov A, Mechoulam R: An efficient new cannabinoid antiemetic in pediatric oncology; *Life Sci* 56:2097; 1995.

3. Abrams RM, Davis KH, Jaeger MJ, Szeto HH: Marijuana smoke production and delivery system; In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 205; 1984.

4. Adams IB, Compton DR, Martin BR: Assessment of anandamide interaction with the cannabinoid brain receptor: SR141716A antagonism studies in mice and autoradiographic analysis of receptor binding in rat brain; *J Pharmacol Exp Ther* 284:1209; 1998.

5. Adams IB, Martin BR: Cannabis — Pharmacology and toxicology in animals and humans; *Addiction* 91:1585; 1996.

6. Adams IB, Ryan W, Singer M, Thomas BF, Compton DR, Razdan RAJK, Martin BR: Evaluation of cannabinoid receptor binding and in vivo activities for anandamide analogs; *J Pharmacol Exp Ther* 273:1172; 1995.

7. Agurell S, Gillespie H, Halldin M, Hollister LE, Johansson E, Lindgren JE, Ohlsson A, Szirmai M, Widman M: A review of recent studies on the pharmacokinetics and metabolism of delta-1-tetrahydrocannabinol, cannabidiol and cannabinol in man; In Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 49; 1984.

8. Agurell S, Halldin M, Lindgren JE, Ohlsson A, Widman M, Gillespie H, Hollister L: Pharmacokientics and metabolism of delta-tetrahydrocannabinol and other cannabinoids with emphasis on man; *Pharmacol Rev* 38:21; 1986.

9. Agurell S, Leander K: Stability, transfer and absorption of cannabinoid constituents of cannabis (hashish) during smoking; *Acta Pharm Suec* 8:391; 1971.

10. Alburges ME, Peat MA: Profiles of delta-9-tetrahydrocannabinol metabolites in urine of marijuana users: preliminary observations by high performance liquid chromatography-radioimmunoassay; *J Forensic Sci* 31:695; 1986.

11. Alemany G, Gamundi A, Nicolau MC, Saro D: A simple method for plasma cannabinoid separation and quantification; *Biomed Chromatogr* 7:273; 1993.

12. Alleyne BC, Stuart P, Copes R: Alcohol and other drug use in occupational fatalities; *J Occup Med* 33:496; 1991.

13. Ameri A: The effects of cannabinoids on the brain; *Prog Neurobiol* 58:315; 1999.

14. Attwood DA, Williams RD, McBurney LJ, Frecker RC: Cannabis, alcohol and driving: Effects on selected closed-course tasks; In Goldbert L (Ed): *Alcohol Drugs and Traffic Safety*, Vol III; Almqvist & Wiksell International: Stockholm, Sweden; p 938; 1981.

15. Augsburger M, Rivier L: Drugs and alcohol among suspected impaired drivers in Canton de Vaud (Switzerland); *Forensic Sci Int* 85:95; 1997.

16. Azorlosa JL, Heishman SJ, Stitzer ML, Mahaffey JM: Marijuana smoking: Effect of varying delta 9-tetrahydrocannabinol content and number of puffs; *J Pharmacol Exp Ther* 261:114; 1992.

17. Bahri T, Amir T: Effect of hashish on vigilance performance; *Percept & Motor Skills* 78:11; 1994.

18. Balabanova S, Schneider E: Nachweis von drogen im schweis; *Beitr Gerichtl Med* 48:45; 1989.

19. Baldwin GC, Tashkin DP, Buckley DM, Park AN, Dubinett SM, Roth MD: Marijuana and cocaine impair alveolar macrophage function and cytokine production; *Am J Respir Crit Care Med* 156:1606; 1997.

20. Barnett G, Chiang CWN, Perez-Reyes M, Owens SM: Kinetic study of smoking marijuana; *J Pharmacokinet Biopharm* 10:495; 1982.

21. Barnett G, Licko V, Thompson T: Behavioral pharmacokinetics of marijuana; *Psychopharmacology* (Berlin) 85:51; 1985.

22. Barnett G, Willette RE: Feasibility of chemical testing for drug-impaired performance; In Baselt RC (Ed): *Advances in Analytical Toxicology*, Vol II; Yearbook Medical Publishers: Chicago, IL; p 218; 1989.

23. Bates MN, Blakely TA: Role of cannabis in motor vehicle crashes; *Epidemiol Rev* 21:222; 1999.

24. Bayewitch M, Rhee MH, Avidor-Reiss T, Breuer A, Mechoulam R, Vogel Z: (−)-Delta-9-tetrahydrocannabinol antagonizes the peripheral cannabinoid receptor-mediated inhibition of adenylyl cyclase; *J Biol Chem* 271:9902; 1996.

25. Ben-Zvi Z, Bergen JR, Burstein S, Sehgal PK, Varanelli C: The metabolism of $\Delta^9$-tetrahydrocannabinol in the rhesus monkey; In Braude MC, Szara S (Eds): *The Pharmacology of Marijuana*; Raven Press: New York, NY; p 63; 1976.

26. Benowitz NL, Rosenberg J, Rogers W, Bachman J, Jones RT: Cardiovascular effects of intravenous delta-9-tetrahydrocannabinol: autonomic nervous mechanisms; *Clin Pharmacol Ther* 25:440; 1979.

27. Bianchi V, Donzelli G: Rapid reversed-phase high-performance liquid chromatographic method for the assay of urinary 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid and confirmation of use of cannabis derivatives; *J Chromatogr B* 675:162; 1996.

28. Bibb KW, Stewart DL, Walker JR, Cook VD, Wagener RE: Drug screening in newborns and mothers using meconium samples, paired urine samples, and interviews; *J Perinatol* 15:199; 1995.

29. Bidaut-Russell M, Devane WA, Howlett AC: Cannabinoid receptors and modulation of cyclic AMP accumulation in the rat brain; *J Neurochem* 55:21; 1990.

30. Binitie A: Psychosis following ingestion of hemp in children; *Psychopharmacologia* 44:301; 1975.

46

31. Bird KD, Boleyn T, Chesher GB, Jackson DM, Starmer GA, Teo RK: Intercannabinoid and cannabinoid-ethanol interactions and their effects on human performance; *Psychopharmacology* (Berlin) 71:181; 1980.

32. Blanc JA, Manneh VA, Ernst R, Berger DE, de Keczer SA, Chase C, Centofanti JM, DeLizza AJ: Adsorption losses from urine-bases cannabinoid calibrators during routine use; *Clin Chem* 39:1705; 1993.

33. Blanke RV, Caplan YH, Chamberlain RT, Dubowski KM, Finkle BS, Forney RB, Hawks RL, Hollister LE, Jatlow PI, Maickel RP, McBay AJ: Drug concentrations and driving impairment; *J Am Med Assoc* 254:2618; 1985.

34. Block RI: Does heavy marijuana use impair human cognition and brain function? *J Am Med Assoc* 275:560; 1996.

35. Block RI, Farinpour R, Braverman K: Acute effects of marijuana on cognition: relationships to chronic effects and smoking techniques; *Pharmacol Biochem Behav* 43:907; 1992.

36. Block RI, Farnham S, Braverman K, Noyes R Jr., Ghoneim MM: Long-term marijuana use and subsequent effects on learning and cognitive functions related to school achievement — Preliminary study; In Spencer JW, Boren JJ (Eds): *Residual Effects of Abused Drugs on Behavior*, NIDA Research Monograph 101; National Institute on Drug Abuse: Rockville, MD: p 96; 1990.

37. Bloom AS: Effect of delta-9-tetrahydrocannabinol on the synthesis of dopamine and norepinephrine in mouse brain synaptosomes; *J Pharmacol Exp Ther* 221:97; 1982.

38. Bond GD, Chand P, Walia AS, Liu RH: Observation of reduced concentration of delta-9-THC-carboxylic acid in urine specimen containers using internal barcode labels; *J Anal Toxicol* 14:389; 1990.

39. Bouaboula M, Perrachon S, Milligan L, Canat X, Rinaldi-Carmona M, Portier M, Barth F, Calandra B, Pecceu F, Lupker J, Maffrand JP, LeFur G, Casellas P: A selective inverse agonist for central cannabinoid receptor inhibits mitogen-activated protein kinase activation stimulated by insulin or insulin-like growth factor 1. Evidence for a new model of receptor/ligand interactions; *J Biol Chem* 272:22330; 1997.

40. Bourquin D, Brenneisen R: Confirmation of cannabis abuse by the determination of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in urine with high-performance liquid chromatography and electrochemical detection; *J Chromatogr* 414:187; 1987.

41. Bowersox J: PHS cancels availability of medicinal marijuana; *NIDA News* 84:475; 1992.

42. Braff DL, Silverton L, Saccuzzo DP, Janowsky DS: Impaired speed of visual information processing in marijuana intoxication; *Am J Psychiatry* 138:613; 1981.

43. Breindahl T, Adreasen K: Determination of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in urine using high-performance liquid chromatography and electrospray ionization mass spectrometry; *J Chromatogr B* 732:155; 1999.

44. Breivogel CS, Griffin G, Di Marzo V, Martin BR: Evidence for a new G protein-coupled cannabinoid receptor in mouse brain; *Mol Pharmacol* 60:155; 2001.

45. Brennan M: Insight gained on cannabinoids' role in modulating pain; *C&Eng News* January 19; p 43; 1998.

46. Brenneisen R, Egli A, ElSohly MA, Henn V, Spiess Y: The effect of orally and rectally administered delta-9-tetrahydrocannabinol on spasticity: A pilot study with 2 patients ; *Int J Clin Pharmacol Ther* 34:446; 1996.

47. Brookoff D, Cook CS, Williams C, Mann CS: Testing reckless drivers for cocaine and marijuana; *New Engl J Med* 331:518; 1994.

48. Brown ERS, Jarvie DR, Simpson D: Evaluation of bionike one-step tests for the detection of drugs of abuse in urine; *Ann Clin Biochem* 34:74; 1997.

49. Buchan BJ, Walsh JM, Leaverton PE: Evaluation of the accuracy of on-site multi-analyte drug testing devices in the determination of the prevalence of illicit drugs in drivers; *J Forensic Sci* 43(2):395; 1998.

50. Buchwald A, Browne CE, Wu WM, Ji F, Bodor N: Soft cannabinoid analogues as potential anti-glaucoma agents; *Pharmazie* 55:196; 2000.

51. Budd RD, Muto JJ, Wong JK: Drugs of abuse found in fatally injured drivers in Los Angeles County; *Drug Alcohol Depend* 23:153; 1989.

52. Buechler KF, Moi S, Noar B, McGrath D, Villela J, Clancy M, Shenhav A, Colleymore A, Valkirs G, Lee T, Bruni JF, Walsh M, Hoffman R, Ahmuty F, Nowakowski M, Buechler J, Mitchell M, Boyd D, Stiso N, Anderson R: Simultaneous detection of seven drugs of abuse by the triage panel for drugs of abuse; *Clin Chem* 38:1678; 1992.

53. Burnette-Curley D, Cabral GA: Differential inhibition of RAW264.7 macrophage tumoricidal activity by delta-9-tetrahydrocannibinol; *Proceedings of the Society for Experimental Biology & Medicine* 210:64; 1995.

54. Burns M: Characteristics of drivers arrested for driving under the influence of drugs; In Noordzij PC, Roszbach R, de Gier JJ, Neuteboom W, Zweipfenning PGM (Eds): *Alcohol, Drugs and Traffic Safety — T86*; Excerpta Medica: Amsterdam; p 495; 1987.

55. Burstein S, Hunter SA, Sedor C, Shulman S: Prostaglandins and cannabis. IX. Stimulation of prostaglandin E2 synthesis in human lung fibroblasts by delta-1-tetrahydrocannabinol; *Biochem Pharmacol* 31:2361; 1982.

56. Cabral GA, Mishkin EM: Delta-9-tetrahydrocannabinol inhibits macrophage protein expression in response to bacterial immunomodulators; *J Toxicol Environ H* 26:175; 1989.

57. Cairns ER, Howard RC, Hung CT, Menkes DB: *Saliva THC Levels and Cannabis Intoxication*, Chemistry Division Report No 2411; Department of Scientific and Industrial Research: Lower Hutt, New Zealand; 1989.

58. Cairns T, Kippenberger DJ, Scholtz H, Baumgartner WA: Determination of Carboxy-THC in Hair by Mass Spectrometry Spectrometry; In de Zeeuw RA, Al Hosani I, Al Munthiri S, Maqbool A (Eds): *Hair Analysis in Forensic Toxicology: Proceedings of the 1995 International Conference and Workshop*; The Organizing Committee of the Conference: Abu Dhabi, Saudi Arabia; p 185; 1995.

59. Chait LD, Perry JL: Acute and residual effects of alcohol and marijuana, alone and in combination, on mood and performance; *Psychopharmacology* (Berlin) 115:340; 1994.

60. Chakravarty I, Sheth AR, Ghosh JJ: Effect of acute delta-9-tetrahydrocannabinol treatment on serum luteinizing hormone and prolactin levels in adult female rats; *Fert Steril* 26:947; 1975.

61. Chandler LS, Richardson GA, Gallagher JD, Day NL:

Prenatal exposure to alcohol and marijuana: effects on motor development of preschool children; *Alcohol Clin Exp Res* 20:455; 1996.

62. Chesher GB, Bird KD, Stramarcos A, Nikias N: A comparative study of the dose-response relationship of alcohol and cannabis on human skills performance; In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 621; 1985.

63. Chiang CWN, Barnett G: Correlation of high effect with THC plasma levels from smoking marijuana; *Clin Pharmacol Ther* 36:234; 1984.

64. Chiang CWN, Barnett G: Marijuana effect and delta-9-tetrahydrocannabinol plasma level; *Clin Pharmacol Ther* 36:234; 1984.

65. Childs PS, McCurdy HH: Evaluation of radioimmunoassay ($^{125}$I) kit for cannabinoid metabolites in urine and whole blood; *J Anal Toxicol* 8:220; 1984.

66. Christophersen AS: Tetrahydrocannabinol stability in whole blood — Plastic versus glass containers; *J Anal Toxicol* 10:129; 1986.

67. Christophersen AS, Gjerde H, Bjorneboe A, Sakshaug J, Morland J: Screening for drug use among Norwegian drivers suspected of driving under influence of alcohol or drugs; *Forensic Sci Int* 45:5; 1990.

68. Cimbura G, Lucas DM, Bennett RC, Donelson AC: Incidence and toxicological aspects of cannabis and ethanol detected in 1394 fatally injured drivers and pedestrians in Ontario (1982–1984); *J Forensic Sci* 35:1035; 1990.

69. Cimbura G, Lucas DM, Bennett RC, Warren RA, Simpson HM: Incidence and toxicological aspects of drugs detected in 484 fatally injured drivers and pedestrians in Ontario; *J Forensic Sci* 27:855; 1982.

70. Cirimele V: Cannabis and Amphetamine determination in Human Hair; In Kintz P (Ed): *Drug Testing in Hair*; CRC Press: Boca Raton, FL; p 181; 1996.

71. Cirimele V, Kintz P, Majdalani R, Mangin P: Supercritical fluid extraction of drugs in drug addict hair; *J Chromatogr B* 673:173; 1995.

72. Cirimele V, Kintz P, Mangin P: Testing human hair for cannabis; *Forensic Sci Int* 70:175; 1995.

73. Cirimele V, Sachs H, Kintz P, Mangin P: Testing human hair for cannabis. III. Rapid screening procedure for the simultaneous identification of delta-9-tetrahydrocannabinol, cannabinol, and cannabidiol: *J Anal Toxicol* 20:13; 1996.

74. Clark RF: Toxicology screening of the trauma patient: a changing profile; *Ann Emerg Med* 20:151; 1991.

75. Clouette R, Jacob M, Koteel P, Spain M: Confirmation of 11-nor-delta-9-tetrahydrocannabinol in urine as its *t*-butyldimethylsilyl derivative using GC/MS; *J Anal Toxicol* 17:1; 1993.

76. Cocchetto DM, Owens SM, Perez-Reyes M, Di Guiseppi S, Miller LL: Relationship between plasma delta-9-tetrahydrocannabinol concentration and pharmacologic effects in man; *Psychopharmacology* (Berlin) 75:158; 1981.

77. Collins M, Easson J, Hansen G, Hodda A, Lewis K: GC-MS-MS confirmation of unusually high delta-9-tetrahydrocannabinol levels in two postmortem blood samples; *J Anal Toxicol* 21:538; 1997.

78. Compton DR, Rice KC, De Costa BR, Razdan RK, Melvin LS, Johnson MR, Martin BR: Cannabinoid structure activity relationships: correlation of receptor binding and in vivo activities: *J Pharmacol Exp Ther* 265:218; 1993.

79. Cone EJ, Huestis MA: Relating blood concentrations of tetrahydrocannabinol and metabolites to pharmacologic effects and time of marijuana usage; *Ther Drug Monit* 15:527; 1993.

80. Cone EJ, Johnson RE: Contact highs and urinary cannabinoid excretion after passive exposure to marijuana smoke; *Clin Pharmacol Ther* 40:247; 1986.

81. Cone EJ, Johnson RE, Darwin WD, Yousefnejad D, Mell LD, Paul BD, Mitchell J: Passive inhalation of marijuana smoke — Urinalysis and room air levels of delta-9-tetrahydrocannabinol; *J Anal Toxicol* 11:89; 1987.

82. Cone EJ, Johnson RE, Paul BD, Mell LD, Mitchell J: Marijuana-laced brownies: Behavioral effects, physiologic effects, and urinalysis in humans following ingestion; *J Anal Toxicol* 12:169; 1988.

83. Cone EJ, Lange R, Darwin WD: In vivo adulteration: excess fluid ingestion causes false-negative marijuana and cocaine urine test results; *J Anal Toxicol* 22:460; 1998.

84. Cook E: Analytical Methodology for delta-9-tetrahydrocannabinol and its metabolites; *Alc Drug Driv* 2:79; 1995.

85. Crouch DJ, Birky M, Gust SW, Rollins DE, Walsh JM, Moulden JV, Quinlan KE, Beckel RW: The prevalence of drugs and alcohol in fatally injured truck drivers; *J Forensic Sci* 38:1342; 1994.

86. Crouch DJ, Frank JF, Farrell LJ, Karsch HM, Klaunig JE: A multiple-site laboratory evaluation of three on-site urinalysis drug-testing devices; *J Anal Toxicol* 22:493; 1998.

87. Curcuruto O, Zaramella A, Hamdan M, Turrina S, Tagliaro F: Capillary zone electrophoresis/electrospray ionization mass spectrometry for the characterization of drugs of forensic interest; *Rapid Commun Mass Spectrom* 9:1487; 1995.

88. Dalterio S, Bartke A, Burstein S: Cannabinoids inhibit testosterone secretion by mouse testes in vitro; *Science* 196:1472; 1977.

89. Dalterio SL: Cannabinoid exposure: effects on development; *Neurobehav Toxicol Teratol* 8:345; 1986.

90. Dalterio SL, Bernard SA, Esquivel CR: Acute delta-9-tetrahydrocannabinol exposure alters $Ca^{2+}$ ATPase activity in neuroendrine and gonadal tissues in mice; *Eur J Pharmacol* 137:91; 1987.

91. Davis KH, McDaniel IA, Cadwell IW, Moody PL: Some smoking characteristics of marijuana cigarettes; In Agurell S, Dewey WL, Willette RE (Eds): *The Cannabinoids: Chemical, Pharmacologic, and Therapeutic Aspects*; Academic Press: Orlando, FL; p 97; 1984.

92. Day N, Sambamoorthi U, Taylor P, Richardson G, Robles N, Jhon Y, Scher M, Stoffer D, Cornelius M, Jasperse D: Prenatal marijuana use and neonatal outcome; *Neurotoxicol Teratol* 13:329; 1991.

93. De Gier JJ, Hart BJ, Nelemans FA, Bergman H: Psychomotor performance and real driving performance of outpatients receiving diazepam; *Psychopharmacology (Berlin)* 73:340; 1981.

94. De Petrocellis L, Davis JB, Di Marzo V: Palmitoylethanolamide enhances anandamide stimulation of human vanilloid VR1 receptors; *Fed Eur Biochem Soc Letters* 506:253; 2001.

95. Deutsch DG, Chin SA: Enzymatic synthesis and degradation of anandamide, a cannabinoid receptor agonist;

48

*Biochem Pharmacol* 46:791; 1993.

96. Devane WA, Dysarz FA, Johnson MR, Melvin LS, Howlett A: Determination and characterization of a cannabinoid receptor in rat brain; *Mol Pharmacol* 34:605; 1988.

97. Devane WA, Hanus L, Breuer A, Pertwee RG, Stevenson LA, Griffin G, Gibson D, Mandelbaum A, Etinger A, Mechoulam R: Isolation and structure of a brain constituent that binds to the cannabinoid receptor; *Science* 258:1946; 1992.

98. Dewey WL: Cannabinoid pharmacology; *Pharmacol Rev* 38:151; 1986.

99. Dill JA, Howlett AC: Regulation of adenylate cyclase by chronic exposure to cannabimimetic drugs; *J Pharmacol Exp Ther* 244:1157; 1988.

100. DiMarzo V: "Endocannabinoids" and other fatty acid derivatives with cannabimimetic properties: biochemistry and possible physiopathological relevance; *Biochim Biophys Acta* 1392:153; 1998.

101. DiMarzo V, Deutsch DG: Biochemistry of the endogenous ligands of cannabinoid receptors; *Neurobiol Dis* 5:386; 1998.

102. Doblin R: Medical use of marijuana; *Ann Int Med* 114:809; 1991.

103. Doblin RE. Kleiman MAR: Marijuana as antiemetic medicine: A survey of oncologists' experiences and attitudes: *J Clin Oncol* 9:1314; 1991.

104. Domino LE, Domino SE, Domino EF: Relation of plasma delta-9-THC concentrations to subjective "high" in marijuana users: a review and reanalysis; In Agurell S, Dewey WL, Willette RE (Eds): *The Cannabinoids: Chemical, Pharmacologic, and Therapeutic Aspects*; Academic Press: Orlando, FL; p 245; 1984.

105. Dornbush RL, Fink M, Freedman AM: Marijuana, memory and perception; *Am J Psychiatry* 128:194; 1971.

106. Drew WG, Kiplinger GF, Miller LL, Marx M: Effects of propranolol on marihuana-induced cognitive dysfunctioning; *Clin Pharmacol Ther* 13:526; 1972.

107. Drummer OH: *Drugs in Drivers Killed in Australian Road Traffic Accidents*; Victorian Institute of Forensic Medicine: Southbank, Victoria, Australia; 1994.

108. Drummer OH, Gerostamoulos J, Batziris H: *Drugs in Drivers Killed in Victorian Road Traffic Accidents — The Use of Responsibility Analysis to Investigate the Contribution of Drugs to Fatal Accidents*; Victorian Institute of Forensic Medicine: Southbank, Victoria, Australia; 1998.

109. Ehorn C, Fretthold D, Maharaj M: Ion trap GC/MS/MS for analysis of THC from sweat; *Abstract — Joint Meeting of the International Association of Forensic Toxicologists and Society of Forensic Toxicologists*; Tampa, FL; p 11; October 1994.

110. Ellis GM, Mann MA, Judson BA, Schramm NT, Tashchian A: Excretion patterns of cannabinoid metabolites after last use in a group of chronic users; *Clin Pharmacol Ther* 38:572; 1985.

111. ElSohly MA, ElSohly HN, Stanford DF, Evans MG, Jones AB: Analysis of human urine for 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid — A comparison between HPLC, GC/ECD, GC/FID, and GC/MS methods; In Harvey DJ, Paton SW, Nahas G (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 137; 1984.

112. ElSohly MA, Little TL,Jr., Stanford DF: Hexadeutero-11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid: a superior internal standard for the GC/MS analysis of delta-9-THC acid metabolite in biological specimens; *J Anal Toxicol* 16:188; 1992.

113. ElSohly MA, Ross SA, Mehmedic Z, Arafat R. Banahan BF III: Potency trends of delta-9-THC and other cannabinoids in confiscated marijuana from 1980-1997; *J Forensic Sci* 45:24; 2000.

114. Estievenart G: *Annual Report on the State of the Drugs Problem in the European Union — 1999*; European Monitoring Centre for Drugs and Drug Addiction: Lisbon, Portugal; 1999.

115. Evans DM, Johnson MR, Howlett AC: Ca$^{2+}$-dependent release from rat brain of cannabinoid receptor binding activity; *J Neurochem* 58:780; 1992.

116. Evans FJ: Cannabinoids: The separation of central from peripheral effects on a structural basis; *Plant Med* 57:S60; 1991.

117. Evans MA, Martz R, Brown DJ, Rodda BE, Kiplinger GF, Lemberger L, Forney RB: Impairment of performance with low doses of marihuana; *Clin Pharmacol Ther* 14:936; 1973.

118. Everett SA, Lowry R, Cohen LR, Dellinger AM: Unsafe motor vehicle practices among substance-using college students; *Accid Anal Prev* 31:667; 1999.

119. Fant RV, Heishman SJ, Bunker EB, Pickworth WB: Acute and residual effects of marijuana in humans; *Pharmacol Biochem Behavior* 60:777; 1998.

120. Felgate PD, Dinan AC: The determination of delta-9-tetrahydrocannabinol and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol in whole blood using solvent extraction combined with polar solid-phase extraction; *J Anal Toxicol* 23:127; 2000.

121. Feng S, ElSohly MA, Salamone S, Salem MY: Simultaneous analysis of delta-9-THC and its major metabolites in urine, plasma, and meconium by GC-MS using an immunoaffinity extraction procedure; *J Anal Toxicol* 24:395; 2000.

122. Fenimore DC, Davis CM, Whitford JH, Harrington CA: Vapor phase silylation of laboratory glassware; *Anal Chem* 48:2289; 1976.

123. Ferrara SD, Giorgetti R, Zancaner S: Psychoactive substances and driving:state of the art and methodology; *Alc Drug Driv* 10:1; 1994.

124. Fisher DH, Broudy MI, Fisher LM: Quantification of 9-carboxy-11-nor-delta-9-tetrahydrocannabinol in urine using brominated 9-carboxy-11-nor-delta-9-tetrahydrocannabinol as the internal standard and high-performance liquid chromatography with electrochemical detection; *Biomed Chromatogr* 10:161; 1996.

125. Foltin RW, Evans SM: Performance effects of drugs of abuse: A methodological survey; *Hum Psychopharmacol* 8:9; 1993.

126. Foltin RW, Fischman MW, Pippen PA, Kelly TH: Behavioral effects of cocaine alone and in combination with ethanol or marijuana in humans; *Drug Alcohol Depend* 32:93; 1993.

127. Foltz RL: Analysis of cannabinoids in physiological specimens by gas chromatography/mass spectrometry; In Baselt RC (Ed): *Advances in Analytical Toxicology*; Biomedical Publications: Foster City, CA; p 125; 1984.

128. Foltz RL, McGinnis KM, Chinn DM: Quantitative measurement of delta-9-tetrahydrocannabinol and two major metabolites in physiological specimens using capillary column gas chromatography negative ion chemical ionization mass spectrometry; *Biomed Mass Spectrom* 10:316; 1983.

129. Foltz RL, Sunshine I: Comparison of a TLC method with EMIT and GC/MS for detection of cannabinoids in urine; *J Anal Toxicol* 14:375; 1990.

130. Formukong EA, Evans AT, Evans FJ: Analgesic and antiinflammatory activity of constituents of *Cannabis sativa* L; *Inflammation* 12:361; 1988.

131. Forney R, Martz R, Lemberger L, Rodda B, Evans M: The combined effect of marihuana and dextroamphetamine; *Ann NY Acad Sci* 281:162; 1976.

132. Fortenberry JC, Brown DB, Shevlin LT: Analysis of drug involvement in traffic fatalities in Alabama; *Am J Drug Alcohol Abuse* 12:257; 1986.

133. Fride E, Mechoulam R: Pharmacological activity of the cannabinoid receptor agonist, anandamide, a brain constituent; *Eur J Pharmacol* 231:313; 1993.

134. Fried PA, Smith AM: A literature review of the consequences of prenatal marihuana exposure. An emerging theme of a deficiency in aspects of executive function; *Neurotoxicol Teratol* 23:1; 2001.

135. Fried PA, Watkinson B, Gray R: Growth from birth to early adolescence in offspring prenatally exposed to cigarettes and marijuana; *Neurotoxicol Teratol* 21:513; 1999.

136. Fried PA, Watkinson B, Willan A: Marijuana use during pregnancy and decreased length of gestation; *Am J ObsGyn* 150:23; 1984.

137. Fuentes JA, Ruiz-Gayo M, Manzanares J, Vela G, Reche I, Corchero J: Cannabinoids as potential new analgesics; *Life Sci* 65:675; 1999.

138. Gardner EL, Lowinson JH: Marijuana's interaction with brain reward systems: update 1991; *Pharmacol Biochem Behav* 40:571; 1991.

139. Garfield TJ: *Drug Abuse Warning Network Annual Medical Examiner Data, 1999*; Substance Abuse and Mental Health Services Administration: Rockville, MD; 2000.

140. Garrett ER, Hunt CA: Pharmacokinetics of delta-9-tetrahydrocannabinol in dogs; *J Pharm Sci* 66:395; 1977.

141. Garrett ER, Hunt CA: Physiochemical properties, solubility, and protein binding of delta-9-tetrahydrocannabinol; *J Pharm Sci* 63:1056; 1974.

142. Garriott JC, Di Maio VJ, Rodriguez RG: Detection of cannabinoids in homicide victims and motor vehicle fatalities; *J Forensic Sci* 31:1274; 1986.

143. Gerostamoulos J, Drummer OH: Incidence of psychoactive cannabinoids in drivers killed in motor vehicle accidents; *J Forensic Sci* 38(3):649; 1993.

144. Ghodse AH: Cannabis psychosis; *Br J Addict* 81:473; 1986.

145. Gjerde H, Beylich KM, Morland J: Incidence of alcohol and drugs in fatally injured car drivers in Norway; *Accid Anal Prev* 25:479; 1993.

146. Gjerde H, Kinn G: Impairment in drivers due to cannabis in combination with other drugs; *Forensic Sci Int* 50:57; 1991.

147. Glass M, Northup JK: Agonist selective regulation of G proteins by cannabinoid CB1 and CB2 receptors; *Mol Pharmacol* 56:1362; 1999.

148. Goodall CR, Basteyns BJ: A reliable method for the detection, confirmation, and quantitation of cannabinoids in blood; *J Anal Toxicol* 19:419; 1995.

149. Goosensen M, Stolk LML, Smit BJ: Analysis of 11-nor-delta-9-THC-carboxylic acid in meconium with immunoassay and HPLC diode-array detection; *J Anal Toxicol* 19:330; 1995.

150. Green MD, Belanger G, Hum DW, Belanger A, Tephly TR: Glucuronidation of opioids, carboxylic acid-containing drugs, and hydroxylated xenobiotics catalyzed by expressed monkey UDP-glucuronosyltransferase 2B9 protein; *Drug Metab Dispos* 25(12):1389; 1997.

151. Greene ML, Saunders DR: Metabolism of tetrahydrocannabinol by the small intestine; *Gastroenterology* 66:365; 1974.

152. Greenwald MK, Stitzer ML: Antinociceptive, subjective and behavioral effects of smoked marijuana in humans; *Drug Alcohol Depend* 59:261; 2000.

153. Gross SJ, Soares JR: Validated direct blood delta-9-THC radioimmune quantitation; *J Anal Toxicol* 2:98; 1978.

154. Gross SJ, Worthy TE, Nerder L, Zimmermann EG, Soares JR, Lomax P: Detection of recent cannabis use by saliva delta-9-THC radioimmunoassay; *J Anal Toxicol* 9:1; 1985.

155. Gruber AJ, Pope HG: Cannabis psychotic disorder: Does it exist? *Am J Addict* 3:72; 1994.

156. Hall BJ, Satterfield-Doerr M, Parikh AR, Brodbelt JS: Determination of cannabinoids in water and human saliva by solid-phase microextraction and quadrupole ion trap gas chromatography-mass spectrometry; *Anal Chem* 70:1788; 1998.

157. Hall W, Babor TF: Cannabis use and public health: assessing the burden; *Addiction* 95:485; 2000.

158. Hall W, Solowij N: Adverse effects of cannabis; *Lancet* 352:1611; 1998.

159. Halldin MM, Widman M: Glucuronic acid conjugate of delta1-tetrahydrocannabinol identified in the urine of man; *Arzneimittelforschung* 33:177; 1983.

160. Halldin MM, Widman M, Bahr CV, Lindgren JE, Martin BR: Identification of in vitro metabolites of delta-tetrahydrocannabinol formed by human livers; *Drug Metab Dispos* 10:297; 1982.

161. Hampson RE, Deadwyler SA: Cannabinoids, hippocampal function and memory; *Life Sci* 65:715; 1999.

162. Hanson VW, Buonarati MH, Baselt RC, Wade NA, Yep C, Biasotti AA, Reeve VC, Wong AS, Orbanowsky MW: Comparison of ³H-and ¹²⁵I-radioimmunoassay and gas chromatography/mass spectrometry for the determination of delta-9-tetrahydrocannabinol and cannabinoids in blood and serum; *J Anal Toxicol* 7:96; 1983.

163. Hansteen RW, Miller RD, Lonero L, Reid LD, Jones B: Effects of cannabis and alcohol on automobile driving and psychomotor tracking; *Ann NY Acad Sci* 240; 1976.

164. Harbison RD, Mantilla-Plata B: Prenatal toxicity, maternal distribution and placental transfer of tetrahydrocannabinol; *J Pharmacol Exp Ther* 180:446; 1972.

165. Harvey DJ: Marihuana '84. Summary of the session on reproduction and endocrinology: In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 573; 1984.

50

166. Harvey DJ: The mass spectra of the trimethylsilyl derivatives of the hydroxy and acid metabolites of delta-1-and delta-6-tetrahydrocannabinol; *Biomed Mass Spectrom* 8:579; 1981.

167. Harvey DJ: Absorption, distribution, and biotransformation of the cannabinoids; In Nahas GG, Sutin KM, Harvey DJ, Agurell S (Eds): *Marijuana and Medicine*; Humana Press: Totowa; p 91; 2001.

168. Harvey DJ: Stability of cannabinoids in dried samples of cannabis dating from around 1896-1905; *J Ethnopharmacol* 28:117; 1990.

169. Harvey DJ, Paton WDM: Metabolism of the cannabinoids; *Rev Biochem Toxicol* 6:221; 1986.

170. Hattab EM, Goldberger BA, Johannsen LM, Kindland PW, Ticino F, Chronister CW, Bertholf RL: Modification of screening immunoassays to detect sub-threshold concentrations of cocaine, cannabinoids, and opiates in urine: use for detecting maternal and neonatal drug exposures; *Ann Clin Lab Sci* 30:85; 2000.

171. Hattori H: Detection of cannabinoids by gas chromatography/mass spectrometry (GC/MS). Part III. Negative ion chemical ionization GC/MS of cannabinoids in human materials; *Jpn J Legal Med* 38:294; 1984.

172. Haughey HM, Wilkins DG, Cone EJ, Huestis MA, Rollins DE: Quantitation of tetrahydrocannabinol and metabolites in human hair by GC/MS; In Harris LS (Ed): *Problems of Drug Dependence 1995: Proceedings of the 57th Annual Scientific Meeting, The College on PRoblems of Drug Dependence, Inc*; U.S. Department of Health and Human Services: Washington; p 206; 1995.

173. Hawks RL: The constituents of cannabis and the disposition and metabolism of cannabinoids; In Hawks R (Ed): *The analysis of cannabinoids in Biological Fluids*. Research Monograph 42; National Institute on Drug Abuse: Rockville. MD; p 125; 1982.

174. Hawks RL: Developments in cannabinoid analyses of body fluids: implications for forensic applications; In Agurell S, Dewey W, Willette R (Eds): *The Cannabinoids: Chemical, Pharmacologic. and Therapeutic Aspects*; Academic Press: Rockville, MD; p 1; 1983.

175. Heishman SJ, Arasteh K, Stitzer ML: Comparative effects of alcohol and marijuana on mood, memory, and performance: *Pharmacol Biochem Behav* 58:93; 1997.

176. Heishman SJ, Huestis MA, Henningfield JE, Cone EJ: Acute and residual effects of marijuana: profiles of plasma THC levels, physiological, subjective, and performance measures; *Pharmacol Biochem Behav* 37:561; 1990.

177. Heishman SJ, Singleton EG, Crouch DJ: Laboratory validation study of drug evaluation and classification program: alprazolam, *d*-amphetamine, codeine, and marijuana; *J Anal Toxicol* 22:503; 1998.

178. Heishman SJ, Stitzer ML, Bigelow GE: Alcohol and marijuana: comparative dose effect profiles in humans; *Pharmacol Biochem Behav* 31:649; 1989.

179. Heishman SJ, Stitzer ML, Yingling JE: Effects of tetrahydrocannabinol content on marijuana smoking behavior, subjective reports, and performance; *Pharmacol Biochem Behav* 34:173; 1989.

180. Herkenham M, Lynn AB, Little MD, Johnson MR, Melvin LS, DeCosta BR, Rice KC: Cannabinoid receptor localization in brain; *Proc Natl Acad Sci (USA)* 87:1932; 1990.

181. Hillard CJ, Harris HR, Bloom AS: Effects of the cannabinoids on physical properties of brain membranes and phopholipid vesicles: fluorescence studies; *J Pharmacol Exp Ther* 232:579; 1985.

182. Hingson RW, Scotch N, Mangione T, Meyers A, Glantz L, Heeren T, Lin N, Mucatel M, Pierce G: Impact of legislation raising the legal drinking age in Massachusetts from 18 to 20; *Am J Pub Health* 73:163; 1983.

183. Hoja H, Marquet P, Verneuil B, Lotfi H, Penicaut B. Lachatre G: Applications of liquid chromatography — mass spectrometry in analytical toxicology — A review; *J Anal Toxicol* 21:116; 1997.

184. Hollister LE: Health aspects of cannabis; *Pharmacol Rev* 38:1; 1986.

185. Hollister LE: Health aspects of cannabis — Revisited; *Int J Neuropsychopharm* 1:71; 1998.

186. Hollister LE, Gillespie HK, Ohlsson A, Lindgren JE, Wahlen A, Agurell S: Do plasma concentrations of delta-9-tetrahydrocannabinol reflect the degree of intoxication? *J Clin Pharmacol* 21:171S; 1981.

187. Howlett AC: Pharmacology of cannabinoid receptors; *Ann Rev Pharmacol Toxicol* 35:607; 1995.

188. Howlett AC, Champion-Dorow TM, McMahon LL, Westlake TM: The cannabinoid receptor: biochemical and cellular properties in neuroblastoma cells; *Pharmacol Biochem Behav* 40:565; 1991.

189. Huang W, Moody DE, Andrenyak DM, Smith EK, Foltz RL, Huestis MA, Newton JF: Simultaneous determination of delta-9-tetrahydrocannabinol and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol in human plasma by solid phase extraction and gas chromatography-negative ion chemical ionization-mass spectrometry; *J Anal Toxicol* 25:531; 2001.

190. Hudson JC, Golin M, Malcolm M, Whiting CF: Capillary zone electrophoresis in a comprehensive screen for drugs of forensic interest in whole blood; *Can Soc Forensic Sci J*; 31:1; 1998.

191. Huestis MA: Marijuana; In Levine B (Ed): *Principles of Forensic Toxicology*; American Association for Clinical Chemistry Press: Washington, DC; 1999.

192. Huestis MA, Cone EJ: Alternative testing matrices: In Karch SB (Ed): *Drug Abuse Handbook*; CRC Press: Boca Raton, CA; p 799; 1998.

193. Huestis MA, Cone EJ: Differentiating new marijuana use from residual drug excretion in occasional marijuana users; *J Anal Toxicol* 22:445; 1998.

194. Huestis MA, Dickerson S, Cone EJ: Can saliva THC levels be correlated to behavior? *Abstract — Annual Meeting of the American Academy of Forensic Science*; New Orleans, LA; p 190; 1992.

195. Huestis MA, Gorelick DA, Heishman SJ, Preston KL, Nelson RA, Moolchan ET, Frank RA: Blockade of effects of smoked marijuana by the CB1-selective cannabinoid receptor antagonist SR141716; *Arch Gen Psychiat* 58:322; 2001.

196. Huestis MA. Henningfield JE, Cone EJ: Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC and THCCOOH during and after smoking marijuana; *J Anal Toxicol* 16:276; 1992.

197. Huestis MA, Henningfield JE, Cone EJ: Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of delta-9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-delta-9-tet-

51

rahydrocannabinol (THCCOOH); *J Anal Toxicol* 16:283; 1992.

198. Huestis MA, Mitchell JM, Cone EJ: Detection times of marijuana metabolites in urine by immunoassay and GC-MS; *J Anal Toxicol* 19:443; 1995.

199. Huestis MA, Mitchell JM, Cone EJ: Lowering the federally mandated cannabinoid immunoassay cutoff increases true-positive results; *Clin Chem* 40:729; 1994.

200. Huestis MA, Mitchell JM, Cone EJ: Urinary excretion profiles of 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol in humans after single smoked doses of marijuana; *J Anal Toxicol* 20:441; 1996.

201. Huestis MA, Sampson AH, Holicky BJ, Henningfield JE, Cone EJ: Characterization of the absorption phase of marijuana smoking; *Clin Pharmacol Ther* 52:31; 1992.

202. Hunt CA, Jones RT: Tolerance and disposition of tetrahydrocannabinol in man; *J Pharmacol Exp Ther* 215:35; 1980.

203. Hunter CE, Loken RJ, Longo MC: *The Prevalence and Role of Alcohol, Cannabinoids, Benzodiazepines and Stimulants in Non-fatal Crashes*, Forensic Science Report; Department for Administration and Information Services: Adelaide, South Australia, Australia; 1998.

204. Iribarne C, Berthou F, Baird S, Dreano Y, Picart D, Bail JP, Beaune P, Menez JF: Involvement of cytochrome P450 3A4 enzyme in the N-demethylation of methadone in human liver microsomes; *Chem Res Toxicol* 9:365; 1996.

205. Isenschmid DS, Caplan YH: A method for the determination of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in urine using high performance liquid chromatography with electrochemical detection; *J Anal Toxicol* 10:170; 1986.

206. Iwersen-Bergmann S, Schmoldt A: Direct semiquantitative screening of drugs of abuse in serum and whole blood by means of CEDIA DAU urine immunoassays; *J Anal Toxicol* 23:247; 1999.

207. Jacobsson SOP, Wallin T, Fowler CJ: Inhibition of rat C6 glioma cell proliferation by endogenous and synthetic cannabinoids — Relative involvement of cannabinoid and vanilloid receptors; *J Pharmacol Exp Ther* 299:951; 2001.

208. Janowsky DS, Meacham MP, Blaine JD, Schoor M, Bozzetti LP: Marijuana effects on simulated flying ability; *Am J Psychiatry* 133:384; 1976.

209. Jeffery WK, Hindmarsh KW, Mullen PW: The involvement of drugs in driving in Canada: an update to 1994; *Can Soc Forensic Sci J* 29:93; 1996.

210. Jehanli A, Brannan S, Moore L, Spiehler VR: Blind trials of an onsite saliva drug test for marijuana and opiates; *J Forensic Sci* 46:1214; 2001.

211. Joern WA: Marijuana testing in urine — Use of a hexadeuterated internal standard for extended linearity, and ion trap vs. mass selective detector gas chromatograph/mass spectrometer systems; *Clin Chem* 38:717; 1992.

212. Joern WA: Surface adsorption of the urinary marijuana carboxy metabolite: the problem and a partial solution; *J Anal Toxicol* 16:401; 1992.

213. Johansson E, Agurell S, Hollister LE, Halldin MM: Prolonged apparent half-life of delta-1-tetrahydrocannabinol in plasma of chronic marijuana users; *J Pharm*

*Pharmacol* 40:374; 1988.

214. Johansson E, Halldin MM: Urinary excretion half-life of delta1-tetrahydrocannabinol-7-oic acid in heavy marijuana users after smoking; *J Anal Toxicol* 13:218; 1989.

215. Johansson E, Noren K, Sjovall J, Halldin MM: Determination of delta-1-tetrahydrocannabinol in human fat biopsies from marihuana users by gas chromatography-mass spectrometry; *Biomed Chromatogr* 3:35; 1989.

216. Johansson E, Ohlsson A, Lindgren JE, Agurell S, Gillespie H, Hollister LE: Single-dose kinetics of deuterium-labelled cannabinol in man after intravenous administration and smoking; *Biomed Environ Mass Spectrom* 14:495; 1987.

217. Johnson JR, Jennison TA, Peat MA, Foltz RL: Stability of delta-9-tetrahydrocannabinol (THC), 11-hydroxy-THC, and 11-nor-9-carboxy-THC in blood and plasma; *J Anal Toxicol* 8:202; 1984.

218. Johnston L, O'Malley PM: *National Survey Results on Drug Abuse, 1975–1999*; U.S. Government Printing Office: Washington, DC; 2000.

219. Jones RT: Cardiovascular effects of cannabinoids; In Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 325; 1985.

220. Jones RT: Drug of abuse profile: cannabis; *Clin Chem* 33:72B; 1987.

221. Jurado C, Gimenez MP, Menendez M, Repetto M: Simultaneous quantification of opiates, cocaine and cannabinoids in hair; *Forensic Sci Int* 70:165; 1995.

222. Just WW, Filipovic N, Werner G: Detection of delta-9-tetrahydrocannabinol in saliva of men by means of thin-layer chromatography and mass spectrometry; *J Chromatogr* 96:189; 1974.

223. Karlsson L: Direct injection of urine on a high-performance liquid chromatographic column-switching system for determination of delta-9-tetrahydrocannabinol-11-OIC acid with both ultraviolet and electrochemical detection; *J Chromatogr* 417:309; 1987.

224. Kelly P, Jones RT: Metabolism of tetrahydrocannabinol in frequent and infrequent marijuana users; *J Anal Toxicol* 16:228; 1992.

225. Kelly TH, Foltin RW, Emurian CS, Fischman MW: Performance-based testing for drugs of abuse: Dose and time profiles of marijuana, amphetamine, alcohol, and diazepam; *J Anal Toxicol* 17:264; 1993.

226. Kemp PM, Abukhalaf IK, Manno JE, Manno BR, Alford DD, Abusada GA: Cannabinoids in humans.I. Analysis of delta-9-tetrahydrocannabinol and six metabolites in plasma and urine using GC-MS; *J Anal Toxicol* 19:285; 1995.

227. Kemp PM, Abukhalaf IK, Manno JE, Manno BR, Alford DD, McWilliams ME, Nixon FE, Fitzgerald MJ, Reeves RR, Wood MJ: Cannabinoids in humans. II. The influence of three methods of hydrolysis on the concentration of THC and two metabolites in urine; *J Anal Toxicol* 19:292; 1995.

228. Kerrigan S, Phillips WH,Jr.: Comparison of ELISAs for opiates, methamphetamine, cocaine metabolite, benzodiazepines, phencyclidine, and cannabinoids in whole blood and urine; *Clin Chem* 47:540; 2001.

229. Kidwell DA, Holland JC, Athanaselis S: Testing for drugs of abuse in saliva and sweat; *J Chromatogr B*

52

713:111; 1998.

230. Kielholz P, Hobi V, Ladewig D, Miest P, Richter R: An experimental investigation about the effect of cannabis on car driving behaviour; *Pharmacopsychiatry* 6:91; 1973.

231. King DL, Fukui P, Schultheis SK, O'Donnell CM: Evaluation of a thin layer chromatographic method for the detection of cannabinoid (THC) metabolite using a microcolumn/disk extraction technique; In Sunshine I (Ed): *Recent Developments in Therapeutic Drug Monitoring and Clinical Toxicology*; Marcel Dekker: New York, NY; p 521; 1992.

232. King DL, Gabor MJ, Martel PA, O'Donnell CM: A rapid sample-preparation technique for thin-layer chromatographic analysis for 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in human urine; *Clin Chem* 35:163; 1989.

233. Kintz P, Cirimele V, Ludes B: Detection of cannabis in oral fluid (saliva) and forehead wipes (sweat) from impaired drivers; *J Anal Toxicol* 24:557; 2000.

234. Kintz P, Cirimele V, Mangin P: Testing human hair for cannabis — Identification of natural ingredients of cannabis sativa metabolites of THC; In de Zeeuw RA, Al Hosani I, Al Munthiri S, Maqbool A (Eds): *Hair Analysis in Forensic Toxicology — Proceedings of the 1995 International Conference and Workshop*; The Organizing Committee of the Conference: Abu Dhabi, Saudi Arabia; p 194; 1995.

235. Kintz P, Cirimele V, Mangin P: Testing human hair for cannabis. II. Identification of THC-COOH by GC-MS-NCI as a unique proof; *J Forensic Sci* 40:619; 1995.

236. Kintz P, Tracqui A, Mangin P, Edel Y: Sweat testing in opioid users with a sweat patch; *J Anal Toxicol* 20:393; 1996.

237. Kiplinger GF, Manno JE, Rodda BE, Forney RB, Haine SE, East R, Richards AB: Dose-response analysis of the effects of tetrahydrocannabinol in man; *Clin Pharmacol Ther* 12:650; 1971.

238. Kirby JM, Maull KI, Fain W: Comparability of alcohol and drug use in injured drivers; *South Med J* 85:800; 1992.

239. Klein TW, Friedman H, Specter S: Marijuana, immunity and infection; *J Neuroimmunol* 83:102; 1998.

240. Klonoff H: Marijuana and driving in real-life situations; *Science* 186:317; 1974.

241. Kogan MJ, Newman E, Willson NJ: Detection of marijuana metabolite 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in human urine by bonded-phase adsorption and thin-layer chromatography; *J Chromatogr* 306:441; 1984.

242. Kreuz DS, Axelrod J: Delta-9-tetrahydrocannabinol — Localization in body fat; *Science* 179:391; 1973.

243. Krishna DR, Klotz U: Extrahepatic metabolism of drugs in humans; *Clin Pharmacokinet* 26:144; 1994.

244. Kurzthaler I, Hummer M, Miller C, Sperner-Unterweger B, Gunther V, Wechdorn H, Battista HJ, Fleischhacker WW: Effect of cannabis use on cognitive functions and driving ability; *J Clin Psychiatry* 60:395; 1999.

245. Lamers CTJ, Ramaekers JG: Visual search and urban city driving under the influence of marijuana and alcohol; *Hum Psychopharmacol* 16:393; 2001.

246. Law B, Mason PA, Moffat AC, Gleadle RI, King LJ: Forensic aspects of the metabolism and excretion of cannabinoids following oral ingestion of cannabis resin; *J Pharm Pharmacol* 36:289; 1984.

247. Law B, Mason PA, Moffat AC, King LJ, Marks V: Passive inhalation of cannabis smoke; *J Pharm Pharmacol* 36:578; 1984.

248. LeFur G, Arnone M, Rinaldi-Carmona M, Barth F, Heshmati H: SR141716, a selective antagonist of CB1, receptors and obesity; *Abstract — International Cannabinoid Research Society Annual Meeting*; El Escorial, Spain; p 101; 2001.

249. Leirer VO, Yesavage JA, Morrow DG: Marijuana, aging, and task difficulty effects on pilot performance; *Aviat Space Environ Med* 60:1145; 1989.

250. Leirer VO, Yesavage JA, Morrow DG: Marijuana carryover effects on aircraft pilot performance; *Aviat Space Environ Med* 62:221; 1991.

251. Lemberger L: The metabolism of the tetrahydrocannabinols; *Adv Pharmacol Chemother* 10:221; 1972.

252. Lemberger L, Crabtree RE, Rowe HM: 11-hydroxy-delta-9-tetrahydrocannabinol: pharmacology, disposition, and metabolism of a major metabolite of marijuana in man; *Science* 177:62; 1972.

253. Lemberger L, Silberstein SD, Axelrod J, Kopin IJ: Marihuana: studies on the disposition and metabolism of delta-9-tetrahydrocannabinol in man; *Science* 170:1320; 1970.

254. Leweke FM, Schneider U, Thies M, Munte TF, Emrich HM: Effects of synthetic delta-9-tetrahydrocannabinol in binocular depth inversion of natural and artificial objects in man; *Psychopharmacology* (Berlin) 142:230; 1999.

255. Liguori A, Gatto CP, Robinson JH: Effects of marijuana on equilibrium, psychomotor performance, and simulated driving; *Behav Pharmacol* 9:599; 1998.

256. Lindgren JE, Ohlsson A, Agurell S, Hollister L, Gillespie H: Clinical effects and plasma levels of delta-9-tetrahydrocannabinol (delta-9-THC) in heavy and light users of cannabis; *Psychopharmacology* (Berlin) 74:208; 1981.

257. Liu RH, Foster G, Cone EJ, Kumar SD: Selecting an appropriate isotopic internal standard for gas chromatography/mass spectrometry analysis of drugs of abuse-pentobarbital example; *J Forensic Sci* 40:983; 1995.

258. Liu RH, Gadzala DE: *Handbook of Drug Analysis — Applications in Forensic and Clinical Laboratories*; American Chemical Society: Washington, DC; pp 113–117; 1997.

259. Logan BK, Schwilke EW: Drug and alcohol use in fatally injured drivers in Washington State; *J Forensic Sci* 41:505; 1996.

260. Longo MC, Hunter CE, Lokan RJ, White JM, White MA: The prevalence of alcohol, cannabinoids, benzodiazepines and stimulants amongst injured drivers and their role in driver culpability. Part I — The prevalence of drug use in drivers, and characteristics of the drug-positive group; *Accid Anal Prev* 32:613; 2000.

261. Longo MC, Hunter CE, Lokan RJ, White JM, White MA: The prevalence of alcohol, cannabinoids, benzodiazepines and stimulants amongst injured drivers and their role in driver culpability. Part II — The relationship between drug prevalence and drug concentration, and driver culpability; *Accid Anal Prev* 32:623; 2000.

262. Lowenstein SR, Koziol-McLain J: Drugs and traffic crash responsibility: a study of injured motorists in Colo-

53

rado; *J Trauma Inj Infect and Crit Care* 50:313; 2001.

263. Lund AK, Preusser DF, Blomberg RD, Williams AF: Drug use by tractor-trailer drivers; *J Forensic Sci* 33:648; 1988.

264. Lynn AB, Herkenham M: Localization of cannabinoid receptors and nonsaturable high-density cannabinoid binding sites in peripheral tissues of the rat: implications for receptor-mediated immune modulation by cannabinoids; *J Pharmacol Exp Ther* 268(3):1612; 1994.

265. Lyons TP, Okano CK, Kuhnle JA, Bruins MR, Darwin WD, Moolchan ET, Huestis MA: A comparison of Roche Kinetic Interations of Microparticles in Solution (KIMS) assay for cannabinoids and GC-MS analysis for 11-nor-carboxy-delta-9-tetrahydrocannabinol; *J Anal Toxicol* 25:559; 2001.

266. Macnab A, Anderson E, Susak L: Ingestion of cannabis: A cause of coma in children; *Pediatr Emerg Care* 5:238; 1989.

267. Manno JE, Ferslew KE, Franklin LS, Manno BR: Human pursuit tracking performance (PTP) and plasma concentrations of delta-9-tetrahydrocannabinol THC and 11-nor-delta-9-tetrahydrocannabinol 9-carboxylic acid (nor-COOH THC after smoking marihuana; In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 605; 1985.

268. Manno JE, Ferslew KE, Manno BR: Urine excretion patterns of cannabinoids and the clinical appliation of the EMIT-d.a.u. cannabinoid urine assay for substance abuse treatment; In Agurell S, Dewey WL, Willette RE (Eds): *The Cannabinoids: Chemical, Pharmacologic. and Therapeutic Aspects*; Harcourt Brace Jovanovich: Orlando, FL; p 281; 1984.

269. Manno JE, Kiplinger GF, Haine SE, Bennett IF, Forney RB: Comparative effects of smoking marihuana or placebo on human motor and mental performance; *Clin Pharmacol Ther* 11:808; 1970.

270. Manno JE, Kiplinger GF, Scholz N, Forney RB, Haine SE: The influence of alcohol and marihuana on motor and mental performance; *Clin Pharmacol Ther* 12:202; 1971.

271. Manno JE, Manno BR, Kemp PM, Alford DD, Abukhalaf IK, McWilliams ME, Hagaman FN, Fitzgerald MJ: Temporal indication of marijuana use can be estimated from plasma and urine concentrations of delta-9-tetrahydrocannabinol, 11-hydroxy-delta-9-tetrahydrocannabinol, and 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid; *J Anal Toxicol* 25:538; 2001.

272. Marowitz LA: Drug arrests and driving risk; *Alc Drug Driv* 11:1; 1995.

273. Marsicano G, Lutz B: Expression of the cannabinoid receptor CB1 in distinct neuronal subpopulations in the adult mouse forebrain; *Eur J Neurosci* 11:4213; 1999.

274. Martin BR: Cellular effects of cannabinoids; *Pharmacol Rev* 38:45; 1986.

275. Martin BR: Marijuana; In Bloom FE, Kupfer DJ (Eds): *Psychopharmacology: The Fourth Generation of Progress*; Raven Press: New York, NY; p 1757; 1995.

276. Martin BR, Mechoulam R, Razdam RK: Discovery and characterization of endogenous cannabinoids; *Life Sci* 65:573; 1999.

277. Martin WJ, Patrick SL, Coffin PO, Tsou K, Walker JM: An examination of the central sites of action of cannab-

inoid-induced antinociception in the rat; *Life Sci* 56:2103; 1995.

278. Maseda C, Hama K, Fukui Y, Matsubara K, Takahashi S, Akane A: Detection of delta-9-THC in saliva by capillary GC/ECD after marihuana smoking; *Forensic Sci Int* 32:259; 1986.

279. Mason AP, McBay AJ: Cannabis: Pharmacology and interpretation of effects; *J Forensic Sci* 30:615; 1985.

280. Mason AP, McBay AJ: Ethanol, marijuana, and other drug use in 600 drivers killed in single-vehicle crashes in North Carolina, 1978–1981; *J Forensic Sci* 29:987; 1984.

281. Mathew RJ, Wilson WH, Melges FT: Temporal disintegration and its psychological and physiological correlates. Changes in the experience of time after marijuana smoking; *Ann Clin Psychiatry* 4:235; 1992.

282. Matsuda LA, Lolait SJ, Brownstein MJ, Young AC, Bonner TI: Structure of a cannabinoid receptor and functional expression of the cloned cDNA; *Nature* 346:561; 1990.

283. Matsunaga T, Iwawaki Y, Watanabe K, Yamamoto I, Kageyama T, Yoshimura H: Metabolism of delta-9-tetrahydrocannabinol by cytochrome P450 isozymes purified from hepatic microsomes of monkeys; *Life Sci* 56:2089; 1995.

284. Matters RD, Shaw LM, Edling-Owens J, Engelman K, ElSohly MA: Bypassing the first-pass effect for the therapeutic use of cannabinoids; *Pharmacol Biochem Behav* 44:745; 1993.

285. Mattes RD, Engelman K, Shaw LM, ElSohly MA: Cannabinoids and appetite stimulation; *Pharmacol Biochem Behav* 49:187; 1994.

286. Mattila MJ, Kuitunen T, Veilahti J: Related coordinative, reactive and cognitive performances as impaired by drugs and alcohol: comparison with clinical test for driving fitness; *J Traffic Med* 21:101; 1993.

287. McBurney LJ, Bobbie BA, Sepp LA: GC/MS and Emit analyses for delta-9-tetrahydrocannabinol metabolites in plasma and urine of human subjects; *J Anal Toxicol* 10:56; 1986.

288. McCurdy HH, Callahan LS, Williams RD: Studies on the stability and detection of cocaine, benzoylecgonine, and 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid in whole blood using abuscreen radioimmunoassay; *J Forensic Sci* 34:858; 1989.

289. McCurdy HH, Lewellen LJ, Callahan LS, Childs PS: Evaluation of the ion trap detector for the detection of 11-nor-delta-THC-carboxylic acid in urine after extraction by bonded-phase adsorption; *J Anal Toxicol* 10:175; 1986.

290. McGregor IS, Arnold JC, Weber MF, Topple AN, Hunt GE: A comparison of delta-9-THC and anandamide induced c-fos expression in the rat forebrain; *Brain Res* 802:19; 1998.

291. McLean S, Parsons RS, Chesterman RB, Dineen R, Johnson MG, Davies NW: Drugs, alcohol and road accidents in Tasmania; *Med J Aust* 147:6; 1987.

292. Mechoulam R: Marihuana chemistry; *Science* 168:1159; 1970.

293. Mechoulam R: A random walk through a cannabis field; *Pharmacol Biochem Behav* 40:461; 1991.

294. Mechoulam R, Feigenbaum JJ, Lander N, Segal M, Jarbe TUC, Hiltunen AJ, Consroe P: Enantiomeric cannab-

54

inoids: stereospecificity of psychotropic activity; *Experientia* 44:762; 1988.

295. Mechoulam R, Fride E, DeMarzo V: Endocannabinoids; *Eur J Pharmacol* 359:1; 1998.

296. Mechoulam R, Hanus L: A historical overview of chemical research on cannabinoids; *CPL* 108:1; 2000.

297. Mechoulam R, Shabat SB, Hanus L, Fride E, Vogel Z, Bayewitch M, Sulcova AE: Endogenous cannabinoid ligands — Chemical and biological studies; *J Lipid Mediat Cell Signal* 14:45; 1996.

298. Mechoulam R, Zvi ZB, Agurell S, Nilsson IM, Nilsson JLG, Edery H, Grunfeld Y: Delta-6 tetrahydrocannabinol-7-oic acid, a urinary delta-6-THC metabolite: isolation and synthesis; *Experientia* 29:1193; 1973.

299. Meier HJ, Vonesch HJ: Cannabis-intoxikation nach salatgenuss; *Schweiz Med Wochenschr* 127:214; 1997.

300. Mendelson JH, Mello NK: Effects of marijuana on neuroendocrine hormones in human males and females; In Braude MC, Ludford JP (Eds): *Marijuana Effects on the Endocrine and Reproductive Systems*, NIDA Research Monograph 44; National Institute on Drug Abuse: Rockville, MD; p 97; 1984.

301. Mercer GW, Jeffery WK: Alcohol, drugs, and impairment in fatal traffic accidents in British Columbia; *Accid Anal Prev* 27:335; 1995.

302. Miller LL: Marijuana: Acute effects on human memory; In Agurell S, Dewey WL, Willette RE (Eds): *The Cannabinoids: Chemical, Pharmacologic, and Therapeutic Aspects*; Harcourt Brace Jovanovich: Orlando, FL; p 21; 1984.

303. Moeller MR, Doerr G, Warth S: Simultaneous quantitation of delta-9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol (THC-COOH) in serum by GC/MS using deuterated internal standards and its application to a smoking study and forensic cases; *J Forensic Sci* 37:969; 1992.

304. Moeller MR, Steinmeyer S, Kraemer T: Determination of drugs of abuse in blood; *J Chromatogr B* 713:91; 1998.

305. Molina-Holgado E, Guaza C, Borrell J, Molina-Holgado F: Effects of cannabinoids on the immune system and central nervous system. Therapeutic implications; *BioDrugs* 12:317; 1999.

306. Moody DE, Monti KM, Crouch DJ: Analysis of forensic specimens for cannabinoids. II. relationship between blood delta-9-tetrahydrocannabinol and blood and urine 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid concentrations; *J Anal Toxicol* 16:302; 1992.

307. Moore C, Guzaldo F, Donahue T: The determination of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid (THC-COOH) in hair using negative ion gas chromatography-mass spectrometry and high-volume injection; *J Anal Toxicol* 25:555; 2001.

308. Morland J, Bugge A, Skuterud B, Steen A, Wethe GH, Kjeldsen T: Cannabinoids in blood and urine after passive inhalation of cannabis smoke; *J Forensic Sci* 30:997; 1985.

309. Moskowitz H: Attention tasks as skills performance measures of drug effects; *Br J Clin Pharmacol* 18:51S; 1984.

310. Moskowitz H: Marijuana and driving; *Accid Anal Prev* 17:323; 1985.

311. Mule SJ, Gross SJ: Significance of urine assay sensitivity in marijuana detection; *Clin Chem* 33:613; 1987.

312. Muller-Vahl KR, Koblenz A, Jobges M, Kolbe H, Emrich HM, Schneider U: Influence of treatment of Tourette Syndrome with delta-9-tetrahydrocannabinol (delta-9-THC) on neuropsychological performance; *Pharmacopsychiatry* 34:19; 2001.

313. Muller-Vahl KR, Kolbe H, Schneider U, Emrich HM: Cannabis in movement disorders; *Forsch Komplementarmed* 6:23; 1999.

314. Munro S, Thomas KL, Abu-Shaar M: Molecular characterization of a peripheral receptor for cannabinoids; *Nature* 365:61; 1993.

315. Munson AE, Holsapple MP: Overview of the immunotoxicology of marihuana; In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd: Oxford, U.K.; p 419; 1984.

316. Mura P, Kintz P, Papet Y, Ruesch G, Piriou A: Evaluation of six rapid tests for screening of cannabinoids in sweat, saliva and urine; *Acta Clinica Belgica* 1:35; 1999.

317. Nahas GG: Cannabis — Toxicological properties and epidemiological aspects; *Med J Aust* 145:82; 1986.

318. Nakahara Y, Sekine H, Cook CE: Confirmation of cannabis use. II. determination of tetrahydrocannabinol metabolites in urine and plasma with ECD; *J Anal Toxicol* 13:22; 1989.

319. Nakamura GR, Stall WJ, Masters RG, Folen VA: Analysis of urine for 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid using sep-PAK cartridges for sample cleanup; *Anal Chem* 57:1492; 1985.

320. Narayanaswami K, Golani HC, Bami HL, Dua RD: Stability of cannabis sativa L. samples and their extracts, on prolonged storage in Delhi; *Bull Narc* 30(4):57; 1978.

321. Ndjoko K, Wolfender JL, Hostettmann K: Analysis of cannabinoids by liquid chromatography thermospray mass spectrometry and liquid chromatography — Tandem mass spectrometry; *Chromatographia* 47:72; 1998.

322. Nelson CC, Fraser MD, Wilfahrt JK, Foltz RL: Gas chromatography/tandem mass spectrometry measurement of delta-9-tetrahydrocannabinol, naltrexone, and their active metabolites in plasma; *Ther Drug Monit* 15:557; 1993.

323. Niedbala RS, Kardos KW, Fritch DF, Kardos S, Fries T, Waga J: Detection of marijuana use by oral fluid and urine analysis following single-dose administration of smoked and oral marijuana; *J Anal Toxicol* 25:289; 2001.

324. Nyoni EC, Sitaram BR, Taylor DA: Determination of delta-9-tetrahydrocannabinol levels in brain tissue using high-performance liquid chromatography with electrochemical detection; *J Chromatogr B* 679:79; 1996.

325. O'Dell L, Rymut K, Chaney G, Darpino T, Telechak M: Evaluation of reduced solvent volume solid-phase extraction cartridges with analysis by gas chromatography-mass spectrometry for determination of 11-nor-9-carboxy-delta-9-THC in urine; *J Anal Toxicol* 21:433; 1997.

326. O'Hanlon JF, Brookhuis KA. Louwerens JW, Volkerts ER: Performance testing as part of drug registration; In O'Hanlon JF, de Gier JJ (Eds): *Drugs and Driving*; Taylor & Francis: London, U.K.; p 311; 1986.

327. O'Hanlon JF, Ramaekers JG: Antihistamine effects on actual driving performance in a standard test: A summary of Dutch experience, 1989–94; *Allergy* 50:234; 1995.

55

328. Ohlsson A, Lindgren JE, Wahlen A, Agurell S, Hollister LE, Gillespie HK: Plasma delta-9-tetrahydrocannabinol concentrations and clinical effects after oral and intravenous administration and smoking; *Clin Pharmacol Ther* 28:409; 1980.

329. Ohlsson A, Lindgren JE, Wahlen A, Agurell S, Hollister LE, Gillespie HK: Plasma levels of delta-9-tetrahydrocannabinol after intravenous, oral and smoke administration; In Harris LS (Ed): *Problems of Drug Dependence. 1980*— Proceedings of the 42nd Annual Scientific Meetings, the Committee on Problems of Drug Depedence, Inc., National Institute on Drug Abuse Research Monograph 34; p 250; 1981.

330. Ohlsson A, Lindgren JE, Wahlen A, Agurell S, Hollister LE, Gillespie HK: Single dose kinetics of deuterium labelled delta-1-tetrahydrocannabinol in heavy and light cannabis users; *Biomed Environ Mass Spectrom* 9:6; 1982.

331. Owens SM, McBay AJ, Reisner HM, Perez-Reyes M: 125I radioimmunoassay of delta-9-tetrahydrocannabinol in blood and plasma with a solid-phase second-antibody separation method; *Clin Chem* 27:619; 1981.

332. Paria BC, Andrenyak DM, Schmid PC, Schmid HHO, Moody DE, Deng H, Makriyannis A, Dey SK: Effects of cannabinoids on preimplantation mouse embryo development and implantation are mediated by brain-type cannabinoid receptors; *Biol Reprod* 58:1490; 1998.

333. Paria BC, Song H, Wang X, Schmid PC, Krebsbach RJ, Schmid HHO, Bonner TI, Zimmer A, Dey SK: Dysregulated cannabinoid signaling disrupts uterine receptivity for embryo implantation; *J Biol Chem* 276:20523; 2001.

334. Paton WDM: Pharmacology of marijuana; *Ann Revi Pharm* 15:191; 1975.

335. Paul BD, Mell LD Jr, Mitchell JM, McKinley RM, Irving J: Detection and quantitation of urinary 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid, a metabolite of tetrahydrocannabinol by capillary gas chromatography and electron impact mass fragmentography; *J Anal Toxicol* 11:1; 1987.

336. Peace MR, Tarnai LD, Poklis A: Performance evaluation of four on-site drug-testing devices for detection of drugs of abuse in urine; *J Anal Toxicol* 24:589; 2000.

337. Peat MA: Distribution of delta-9-tetrahydrocannabinol and its metabolites; In Baselt RC (Ed): *Advances in Analytical Toxicology II*; Year Book Medical Publishers: Chicago; p 186; 1989.

338. Peat MA, Deyman ME, Johnson JR: High performance liquid chromatography-immunoassay of delta-9-tetrahydrocannabinol and its metabolites in urine; *J Forensic Sci* 29:110; 1984.

339. Peck RC, Biasotti A, Boland PN, Mallory C, Reeve V: The effects of marijuana and alcohol on actual driving performance; *Alc Drug Driv* 2:135; 1989.

340. Peel HW, Perrigo BJ, Mikhael NZ: Detection of drugs in saliva of impaired drivers; *J Forensic Sci* 29:185; 1984.

341. Perez-Reyes M: Marijuana smoking—Factors that influence the bioavailability of tetrahydrocannabinol; In Chiang CN, Hawks RL (Eds): *Research Findings on Smoking of Abused Substances*, NIDA Research Monograph 99; National Institute on Drug Abuse: Rockville, MD; p 42; 1990.

342. Perez-Reyes M: Pharmacodynamics of certain drugs of abuse; In Barnett G, Chiang CN (Eds): *Pharmacokinetics and Pharmacodynamics of Psychoactive Drugs*; Biomedical Publications: Foster City, CA; p 287; 1985.

343. Perez-Reyes M, Di Guiseppi S, Davis KH, Schindler VH, Cook CE: Comparison of effects of marijuana cigarettes of three different potencies; *Clin Pharmacol Ther* 31:617; 1982.

344. Perez-Reyes M, DiGuiseppi S, Mason AP, Davis KH: Passive inhalation of marijuana smoke and urinary excretion of cannabinoids; *Clin Pharmacol Ther* 34:36; 1983.

345. Perez-Reyes M, Hicks RE, Bumberry J, Jeffcoat R, Cook CE: Interaction between marihuana and ethanol: effects of psychomotor performance; *Alcohol Clin Exp Res* 1202:268; 1988.

346. Perez-Reyes M, Lipton MA, Timmons MC, Wall ME, Brine DR, Davis KH: Pharmacology of orally administered delta-9-tetrahydrocannabinol; *Clin Pharmacol Ther* 14:48; 1973.

347. Perez-Reyes M, Owens SM, Di Guiseppi S: The clinical pharmacology and dynamics of marijuana cigarette smoking; *J Clin Pharmacol* 21:201S; 1981.

348. Perez-Reyes M, Timmons MC, Davis KH, Wall EM: A comparison of the pharmacological activity in man of intravenously administered delta-9-tetrahydrocannabinol, cannabinol and cannabidiol; *Experientia* 29:1368; 1973.

349. Pertwee R: The evidence for the existence of cannabinoid receptors; *Gen Pharmac* 24:811; 1993.

350. Pertwee RG: The central neuropharmacology of psychotropic cannabinoids; *Pharmacol Ther* 36:189; 1988.

351. Phinney CS, Welch MJ: Analysis by a combination of gas chromatography and tandem mass spectrometry: development of quantitative tandem-in-time ion trap mass spectrometry: isotope dilution quantification of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid; *Rapid Commun Mass Spectrom* 1995.

352. Piomelli D, Belamo M, Giuffrida A, Stella N: Endogenous cannabinoid signaling; *Neurobiol Dis* 5:462; 1998.

353. Poklis A, Maginn D, Barr JL: Drug findings in driving under the influence of drugs cases: a problem of illicit drug use; *Drug Alcohol Depend* 20:57; 1987.

354. Poortman-van der Meer AJ, Huizer H: A contribution to the improvement of accuracy in the quantitation of THC; *Forensic Sci Int* 101:1; 1999.

355. Pope HG, Gruber AJ, Hudson JI, Huestis MA, Yurgelun-Todd D: Neuropsychological performance in long-term cannabis users; *Arch Gen Psychiat* 58:909; 2001.

356. Pope HG, Gruber AJ, Yurgelun-Todd D: The residual neuropsychological effects of cannabis — The current status of research; *Drug Alcohol Depend* 38:25; 1995.

357. Porcella A, Maxia C, Gessa GL, Pani L: The synthetic cannabinoid WIN55212-2 decreases the intraocular pressure in human glaucoma resistant to conventional therapies; *Eur J Neurosci* 13:409; 2001.

358. Portier M, Rinaldi-Carmona M, Pececu F, Combes T, Poinot-Chazel C, Calandra B, Barth F, LeFur G, Casellas P: SR 144528, an antagonist for the peripheral cannabinoid receptor that behaves as an inverse agonist; *J Pharmacol Exp Ther* 288:582; 1999.

359. Rafaelsen OJ, Bech P, Rafaelsen L: Simulated car driving influenced by cannabis and alcohol; *Pharmakopsychiatry* 6:71; 1973.

56

360. Ramaekers JG, Robbe HWJ, O'Hanlon JF: Marijuana, alcohol and actual driving performance; *Hum Psychopharmacol* 15:551; 2000.

361. Ray G, Crook M, West N, Kwoka M, Rehagen G, Cox J, Murrill E: Comparison of the analysis of delta-9-tetrahydrocannabinol capsules by high-performance liquid chromatography and capillary gas chromatography; *J Chromatogr* 317:455; 1984.

362. Razdan RK: Structure-activity relationships in cannabinoids; *Pharmacol Rev* 38:75; 1986.

363. Reeve VC, Grant JD, Robertson W, Gillespie HK, Hollister LE: Plasma concentrations of delta-9-tetrahydrocannabinol and impaired motor function; *Drug Alcohol Depend* 11:167; 1983.

364. Reeve VC, Robertson WB, Grant J, Soares JR, Zimmermann EG, Gillespie HK, Hollister LE: Hemolyzed blood and serum levels of delta-THC: effects on the performance of roadside sobriety tests; *J Forensic Sci* 28:963; 1983.

365. Reggio PH, Wang T, Brown AE, Fleming DN, Seltzman HH, Griffin G, Pertwee RG, Compton DR, Abood ME, Martin BR: Importance of the C-1 substituent in classical cannabinoids to CB2 receptor selectivity: synthesis and characterization of a series of O,2-propano-delta-8-tetrahydrocannabinol analogs; *J Med Chem* 40:3312; 1997.

366. Rinaldi-Carmona M, Barth F, Heaulme M, Shire D, Calandra B, Congy C, Martinez S, Maruani J, Neliat G, Caput D, Ferrara P, Soubrie P, Breliere JC, Le Fur G: SR141716A, a potent and selective antagonist of the brain cannabinoid receptor; *Fed Eur Biochem Soc Letters* 350:240; 1994.

367. Rinaldi-Carmona M, Calandra B, Shire D, Bouaboula M, Oustric D, Barth F, Casellas P, Ferrara P, Le Fur G: Characterization of two cloned human CB1 cannabinoid receptor isoforms; *J Pharmacol Exp Ther* 278:871; 1996.

368. Rinaldi-Carmona MR, Barth F, Heaulme M, Shire D, Calandra B, Congy C, Martinez S, Maruani J, Neliat G, Caput D, Ferrara P, Soubrie P, Breliere JC, Le Fur GL: SR141716, a potent and selective antagonist of the brain cannabinoid receptor; *Fed Eur Biochem Soc Letters* 350:240; 1994.

369. Risser D, Stichenwirth M, Klupp N, Schneider B, Stimpfl T, Vycudilik W, Bauer G: Drugs and driving in Vienna, Austria; *J Forensic Sci* 43:817; 1998.

370. Rivara FP, Mueller BA, Fligner CL, Luna G, Raisys V, Copass M, Reay DT: Drug use in trauma victims; *J Trauma* 29:462; 1989.

371. Robb J, Wahlenberg N, Jasperson M, Lindsey T, Backer R: DUID in New Mexico distribution of drug types and BAC; *The DRE* 4:11; 1992.

372. Robbe H: Marijuana's impairing effects on driving are moderate when taken alone but severe when combined with alcohol; *Hum Psychopharmacol* 13:S70; 1998.

373. Robbe HWJ, O'Hanlon JF: Marijuana and actual driving performance; *US Department of Transportation/National Highway Traffic Safety Administration* November 1; 1993.

374. Robson P: Therapeutic aspects of cannabis and cannabinoids; *Br J Psychi* 178:107; 2001.

375. Romberg RW: The effect of sodium azide and other preservatives on the stability of drugs in urine; *Syva Monitor* (Syva Company: Palo Alto, CA) 10:15; 1992.

376. Romberg RW, Past MR: Stability of THC-COOH and benzoylecgonine in frozen urine specimens; *Syva Monitor* (Syva Company: Palo Alto, CA); p 14; summer 1991.

377. Romero J, Garcia L, Cebeira M, Zadronzy D, Fernandez-Ruiz JJ, Ramos JA: The endogenous cannabinoid receptor ligand, anandamide, inhibits the motor behavior: role of nigrostriatal dopaminergic neurons; *Life Sci* 56:2033; 1995.

378. Rosenfeld JM, McLeod RA, Foltz RL: Solid-supported reagents in the determination of cannabinoids in plasma; *Anal Chem* 58:716; 1986.

379. Rubio F, Quintero S, Hernandez A, Fernandez S, Cozar L, Lobato IM, Pantoja S: Flumazenil for coma reversal in children after cannabis; *Lancet* 341:1028; 1993.

?380. Sachs H, Kintz P: Testing for drugs in hair. Critical review of chromatographic procedures since 1992; *J Chromatogr* 713:147; 1998.

381. Sachs H, Raff I: Comparison of quantitative results of drugs in human hair by GC/MS; *Forensic Sci Int* 63:207; 1993.

382. Sadler BM, Wall ME, Perez-Reyes M: The pharmacokinetics of delta-9-tetrahydrocannabinol in after simultaneous intravenous and oral administration; In Agurell S, Dewey WL, Willette RE (Eds): *The Cannabinoids: Chemical, Pharmacologic, and Therapeutic Aspects*; Harcourt Brace Jovanovich: Orlando, FL; p 227; 1984.

383. Samara E, Bialer M: Rapid high-performance liquid chromatographic assay with pharmacokinetic applications for monitoring cannabidiol in plasma; *J Chromatogr* 416:370; 1987.

384. Samyn N, van Haeren C: On-site testing of saliva and sweat with Drugwipe and determination of concentrations of drugs of abuse in saliva, plasma and urine of suspected users; *Int J Leg Med* 113:150; 2000.

385. Sanudo-Pena MC, Romero J, Seale GE, Fernandez-Ruiz JJ, Walker JM: Activational role of cannabinoids on movement; *Eur J Pharmacol* 391:269; 2000.

386. Schaefer CF, Gunn CG, Dubowski KM: Dose-related heart-rate, perceptual, and decisional changes in man following marihuana smoking; *Percept Mot Skills* 44:3; 1977.

387. Scheier LM, Botvin GJ: Cognitive effects of marijuana; *J Am Med Assoc* 275:1547; 1996.

388. Schuel H, Schuel R, Zimmerman AM, Zimmerman S: Cannabinoids reduce fertility of sea urchin sperm; *Biochem Cell Biol* 65:130; 1987.

389. Schwartz RH, Beveridge RA: Marijuana as an antiemetic drug: How useful is it today? opinions from clinical oncologists; *J Addict Dis* 13:53; 1994.

390. Schwartz RH, Bogema S, Thorne MM: Evaluation of the EZ-Screen enzyme immunoassay test for detection of cocaine and marijuana metabolites in urine specimens; *Pediatr Emerg Care* 6:147; 1990.

391. Schwartz RH, Gruenewald PJ, Klitzner M, Fedio P: Short-term memory impairment in cannabis-dependent adolescents; *Am J Dis Child* 143:1214; 1989.

392. Schwartz RH, Peary P, Mistretta D: Intoxication of young children with marijuana: a form of amusement for "pot"-smoking teenage girls; *Am J Dis Child* 140:326; 1986.

393. Seltzman HH: Structure and receptor activity for classical cannabinoids; *Curr Med Chem* 6:685; 1999.

394. Shannon HS, Hope L, Griffith L. Stieb D: Fatal occupa-

57

tional accidents in Ontario, 1986–1989; *Am J Ind Med* 23:253; 1993.

395. Sharma S, Moskowitz H: Effect of marijuana on the visual autokinetic phenomenon; *Percept Mot Skills* 35:891; 1972.

396. Sharp BM: 3rd Annual Symposium on AIDS, drugs of abuse and the neuroimmune axis; *J Neuroimmunol* 69:1; 1996.

397. Shaw LM, Edling-Owens J, Mattes R: Ultrasensitive measurement of delta-9-tetrahydrocannabinol with a high energy dynode detector and electron-capture negative chemical-ionization mass spectrometry; *Clin Chem* 37:2062; 1991.

398. Sherrill DL, Krzyzanowski M, Bloom JW, Lebowitz MD: Respiratory effects of non-tobacco cigarettes: a longitudinal study in general population; *Int J Epidemiol* 20:132; 1991.

399. Shire D, Calandra B, Delpech M, Dumont X, Kaghad M, Le Fur G, Caput D, Ferrara P: Structural features of the central cannabinoid CB1 receptor involved in the binding of the specific CB1 antagonist SR 141716A; *J Biol Chem* 271:6941; 1996.

400. Shope JT, Waller PF, Raghunathan TE, Patil SM: Adolescent antecedents of high-risk driving behavior into young adulthood: substance use and parental influences; *Accid Anal Prev* 33:649; 2001.

401. Siegel RK, Hirschman AE: Edmond Decourtive and the first thesis on hashish: a historical note and translation; *J Psychoact Drugs* 23:85; 1991.

402. Singh J, Johnson L: Solid-phase extraction of THC metabolite from urine using the Empore disk cartridge prior to analysis by GC-MS; *J Anal Toxicol* 21:384; 1997.

403. Slightom EL, McCurdy HH: Enzyme immunoassay: novel approaches to tissue and fluid analysis; In Baselt RC (Ed): *Advances in Analytical Toxicology*, Volume I; Biomedical Publications: Foster City, CA; p 19; 1984.

404. Sloan EP, Zalenski RJ, Smith RF, Sheaff CM, Chen EH, Keys N, Crescenzo M, Barrett JA, Berman E: Toxicology screening in urban trauma patients: drug prevalence and its relationship to trauma severity and management; *J Trauma* 29:1647; 1989.

405. Smiley A: Marijuana: On-road and driving simulator studies; *Alc Drug Driv* 2:121; 1986.

406. Smiley A, Moskowitz HM, Ziedman K: Effects of drugs on driving: Driving simulator tests of secobarbital, diazepam, marijuana, and alcohol; In Walsh JM (Ed): *Clinical and Behavioral Pharmacology Research Report*; U.S. Department of Health and Human Services: Rockville, MD; p 1; 1985.

407. Soares JR, Grant JD, Gross SJ: Significant developments in radioimmune methods applied to delta-9-THC and its 9-substituted metabolites; In Hawks R (Ed): *The Analysis of Cannabinoids in Biological Fluids*, National Institute on Drug Abuse Research Monograph 42, National Institute on Drug Abuse: Bethesda, MD; p 44; 1982.

408. Soares JR, Gross SJ: Separate radioimmune measurements of body fluid delta-9THC and 11-nor-9-carboxy-delta-THC; *Life Sci* 19:1711; 1976.

409. Soderpalm AHV, Schuster A, deWit H: Antiemetic efficacy of smoked marijuana. Subjective and behavioral effects on nausea induced by syrup of ipecac; *Pharmacol Biochem Behavior* 69:343; 2001.

410. Soderstrom CA, Dischinger PC, Kerns TJ, Trifillis AL: Marijuana and other drug use among automobile and motorcycle drivers treated at a trauma center; *Accid Anal Prev* 27:131; 1995.

411. Soderstrom CA, Trifillis AL, Shankar BS, Clark WE, Cowley RA: Marijuana and alcohol use among 1023 trauma patients; *Arch Surg* 123:733; 1988.

412. Sofia RD, Kubena RK, Barry H: Comparison among four vehicles and four routes for administering delta-9-tetrahydrocannabinol; *J Pharm Sci* 63:939; 1974.

413. Solowij N: Do cognitive impairments recover following cessation of cannabis use? *Life Sci* 56:2119; 1995.

414. Solowij N, Michie PT, Fox AM: Effects of long-term cannabis use on selective attention: an event-related potential study; *Pharmacol Biochem Behav* 40:683; 1991.

415. Sporkert F, Pragst F, Ploner CJ, Tschirch A, Stadelmann AM: Pharmacokinetic investigations and delta-9-tetrahydrocannabinol and its metabolites after single administration of 10 mg marinol in attendance of a psychiatric study; *Abstract — Annual Meeting of the International Association of Forensic Toxicologists*; Prague, Czech Republic; p 172; September 2001.

416. Staub C: Chromatographic procedures for determination of cannabinoids in biological samples, with special attention to blood and alternative matrices like hair, saliva, sweat and meconium; *J Chromatogr B* 733:119; 1999.

417. Stillman RC, Weingartner H, Wyatt RJ, Gillin J, Eich J: State-dependent (dissociative) effects of marijuana on human memory; *Arch Gen Psychiat* 31:81; 1974.

418. Stoduto G, Vingilis E, Kapur BM, Sheu WJ, McLellan BA, Liban CB: Alcohol and drug use among motor vehicle collision victims admitted to a regional trauma unit: demographic, injury, and c-rash characteristics; *Accid Anal Prev* 25:411; 1993.

419. Strano-Rossi S, Chiarotti M: Solid-phase microextraction for cannabinoids analysis in hair and its possible application to other drugs; *J Anal Toxicol* 23:7; 1999.

420. Strohle A, Muller M, Rupprecht R: Marijuana precipitation of panic disorder with agoraphobia; *Acta Psychiatr Scand* 98:254; 1998.

421. Struwe M, Kaempfer SH, Geiger CJ, Pavia AT, Plasse TF, Shepard KV, Ries K, Evans TG: Effect of dronabinol on nutritional status in HIV infection; *Ann Pharmacother* 27:827; 1993.

422. Sugiura T, Kondo S, Sukagawa A, Nakane S, Shinoda A, Itoh K, Yamashita A, Waku K: 2-arachidonoylycerol: A possible endogenous cannabinoid receptor ligand in brain; *Biochem Biophys Res Commun* 215:89; 1995.

423. Sugiura T, Kondo S, Sukagawa A, Tonegawa T, Nakane S, Yamashita A, Ishima Y, Waku K: Transacylase-mediated and phosphodiesterase-mediated synthesis of *N*-arachidonoylethanolamine, an endogenous cannabinoid-receptor ligand, in rat brain microsomes. Comparison with synthesis from free arachidonic acid and ethanolamine; *Eur J Biochem* 240:53; 1996.

424. Sugrue M, Seger M, Dredge G, Davies DJ, Ieraci S, Bauman A, Deane SA, Sloane D: Evaluation of the prevalence of drug and alcohol abuse in motor vehicle trauma in South Western Sydney; *Aust NZ J Surg* 65:853; 1995.

425. Sullivan JM: Cellular and molecular mechanisms underlying learning and memory impairments produced by

58

cannabinoids; *Learn & Mem* 7:132; 2000.

426. Sussman S, Stacy AW, Dent CW, Simon TR, Johnson CA: Marijuana use: current issues and new research directions; *J Drug Iss* 26:695; 1996.

427. Sutton LR: The effects of alcohol, marijuana and their combination on driving ability; *J Stud Alcohol* 44:438; 1983.

428. Sutton LR, Paegle I: The drug impaired driver—Detection and forensic specimen analysis; *Blutalkohol* 29:134; 1992.

429. Tagliaro F, Deyl Z, Marigo M: Capillary Electrophoresis: A Novel Tool for Toxicological Investigation: Its Potential in the Analysis of Body Fluids and Hair; In Cone EJ, Welch MJ, Grigson Babecki MB (Eds): *Hair Testing for Drugs of Abuse: International Research on Standards and Technology*; NIH Pubublication No 95-3727, National Institute on Drug Abuse: Rockville, MD; p 225; 1995.

430. Tashkin DP: Effects of marijuana on the lung and its defenses against infection and cancer; *Sch Psychol Int* 20:23; 1999.

431. Tashkin DP, Gliederer F, Rose J, Chang P, Hui KK, Yu JL, Wu TC: Effects of varying marijuana smoking profile on deposition of tar and absorption of CO and delta-9-THC; *Pharmacol Biochem Behav* 40:651; 1991.

432. Tashkin DP, Shapiro BJ, Ramanna L, Taplin GV, Lee YE, Harper CE: Chronic effects of heavy marijuana smoking on pulmonary function in healthy young males; In Braude MC, Szara S (Eds): *The Pharmacology of Marihuana*; Raven Press: New York, NY; p 291; 1976.

433. Tashkin DP, Wu TC, Djahed B: Acute and chronic effects of marijuana smoking compared with tobacco smoking on blood carboxyhemoglobin levels; *J Psychoact Drugs* 20:27; 1988.

434. Tennant F: The rapid eye test to detect drug abuse; *Rapid Eye Test* 84:108; 1988.

435. Terhune KW, Fell JC: *The Role of Alcohol, Marijuana, and Other Drugs in the Accidents of Injured Drivers*; U.S. Department of Transportation: Washington, DC; 1982.

436. Terhune KW, Ippolito DL, Hendricks DL, Michalovic JG, Bogema SC, Santinga P, Blomberg R, Preusser DF: *The Incidence and Role of Drugs in Fatally Injured Drivers*; U.S. Department of Transportation/National Highway Traffic Safety Administration: Washington, DC; 1992.

437. Thompson LK, Cone EJ: Determination of delta-9-tetrahydrocannabinol in human blood and saliva by high-performance liquid chromatography with amperometric detection; *J Chromatogr* 421:91; 1987.

438. Tinklenberg JR, Kopell BS, Melges FT, Hollister LE: Marijuana and alcohol — Time production and memory functions; *Arch Gen Psychiat* 27:812; 1972.

439. Tinklenberg JR, Melges FT, Hollister LE, Gillespie HK: Marijuana and immediate memory; *Nature* 226:1171; 1970.

440. Tomaszewski C, Kirk M, Bingham E, Saltzman B, Cook R, Kulig K: Urine toxicology screens in drivers suspected of driving while impaired from drugs; *Clin Toxicol* 34:37; 1996.

441. Towt J, Tsai SCJ, Hernandez MR, Klimov AD, Kravec CV, Rouse SL, Subuhi HS, Twarowska B, Salamone SJ: Ontrak testcup: a novel, on-site, multi-analyte screen for the detection of abused drugs; *J Anal Toxicol* 19:504; 1995.

442. Turner CE, ElSohly MA, Boeren EG: Constituents of cannabis sativa L. XVII. A review of the natural constituents; *J Nat Prod* 43:169; 1980.

443. Uges DRA: Unintended toxicity (intoxication) by cannabis ingestion of space cake; *J Forensic Sci* 927; 1995.

444. Uhl M: Determination of drugs in hair using GC/MS/MS; *Forensic Sci Int* 84:281; 1997.

445. U.S. Department of Health and Human Services (Substance Abuse and Mental Health Services Administration): Mandatory guidelines for federal workplace drug testing programs; *Fed Reg* 53:11970; 1988.

446. U.S. Department of Health and Human Services (Substance Abuse and Mental Health Services Administration): Mandatory guidelines for federal workplace drug testing programs; *Fed Reg* 59:29908; 1994.

447. U.S. Department of Health and Human Services (Substance Abuse and Mental Health Services Administration): Summary of Findings from the 1999 National Household Survey on Drug Abuse; Substance Abuse and Mental Health Services Administration (Office of Applied Studies): Rockville, MD; 2000.

448. U.S. Department of Transportation (National Highway Traffic Safety Administration: *Drug Evaluation and Classification Program*; July 1, 1989.

449. U.S. Department of Transportation (National Highway Traffic Safety Administration): Marijuana and alcohol combined severely impede driving performance; *Ann Emerg Med* 35:398; 2000.

450. U.S. Office of National Drug Control Policy: *Global Illicit Drug Trends 1999*; U.S. Government Printing Office: Washington, DC; p 52; 1999.

451. Valois RF: Student drug use and driving: A university sample; *Health Edu* Feb/March:38; 1986.

452. Van Laar MW, Volkerts ER, Van Willigenburg APP: Therapeutic effects and effects on actual driving performance of chronically administered buspirone and diazepam in anxious outpatients; *J Clin Psychopharmacol* 12:86; 1992.

453. Varma VK, Malhotra AK, Dang R, Das K, Nehra R: Cannabis and cognitive functions: A prospective study; *Drug Alcohol Depend* 21:147; 1988.

454. Volkow ND, Gillespie H, Mullani N, Tancredi L, Grant C, Valentine A, Hollister L: Brain glucose metabolism in chronic marijuana users at baseline and during intoxication; *Psychiatry Research: Neuroimaging* 67:29; 1996.

455. Wall ME, Brine DR, Perez-Reyes M: Metabolism of cannabinoids in man; In Braude MC, Szara S (Eds): *The Pharmacology of Marihuana*; Raven Press: New York, NY; p 93; 1976.

456. Wall ME, Perez-Reyes M: The metabolism of delta-9-tetrahydrocannabinol and related cannabinoids in man; *J Clin Pharmacol* 21:178S; 1981.

457. Wall ME, Sadler BM, Brine D, Taylor H, Perez-Reyes M: Metabolism, disposition, and kinetics of delta-9-tetrahydrocannabinol in men and women; *Clin Pharmacol Ther* 34:352; 1983.

458. Wall ME, Taylor HL: Conjugation of acidic metabolites of delta-8 and delta-9-THC in man; In Harvey DJ, Paton SW, Nahas GG (Eds): *Marihuana '84 — Proceedings of the Oxford Symposium on Cannabis*; IRL Press Ltd:

59

Oxford, U.K.; p 69; 1984.

459. Waller PF, Blow FC, Maio RF, Singer K, Hill EM, Schaefer N: Crash characteristics and injuries of victims impaired by alcohol versus illicit drugs; *Accid Anal Prev* 29:817; 1997.

460. Walsh GW, Mann RE: On the high road: driving under the influence of cannabis in Ontario; *Can J Public Health* 90:260; 1999.

461. Watanabe K, Tanaka T, Yamamoto I, Yoshimura H: Brain microsomal oxidation of delta-8- and delta-9-tetrahydrocannabinol; *Biochem Biophys Res Commun* 157:75; 1988.

462. Wechsler H, Rohman M, Kotch JB, Idelson RK: Alcohol and other drug use and automobile safety: a survey of Boston-area teen-agers; *J Sch Health* 54:201; 1984.

463. Wehner FC, Van Rensburg SJ, Thiel PG: Mutagenicity of marijuana and transkei tobacco smoke condensates in the salmonella/microsome assay; *Mutat Res* 77:135; 1980.

464. Welch SP, Eads M: Synergistic interactions of endogenous opioids and cannabinoid systems; *Brain Res* 848:183; 1999.

465. Whiting JD, Manders WW: Confirmation of a tetrahydrocannabinol metabolite in urine by gas chromatography; *J Anal Toxicol* 6:49; 1982.

466. Whitter PD, Cary PL, Leaton JI, Johnson JE: Automated extraction for the analysis of 11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid (THCCOOH) in urine using a six-head probe hamilton microlab 2200 system and gas chromatography-mass spectrometry; *J Anal Toxicol* 23:286; 1999.

467. Widman M, Agurell S, Ehrnebo M, Jones G: Binding of (+) and (–)-delta1-tetrahydrocannabinols and (–)-7-hydroxy-delta1-tetrahydrocannabinol to blood cells and plasma proteins in man; *J Pharm Pharmacol* 26:914; 1974.

468. Widman M, Nordqvist M, Dollery CT, Briant RH: Metabolism of delta-1-tetrahydrocannabinol by the isolated perfused dog lung — Comparison with in vitro liver metabolism; *J Pharm Pharmacol* 27:842; 1975.

469. Wilkins D, Haughey H, Cone E, Huestis MA, Foltz R, Rollins D: Quantitative analysis of THC, 11-OH-THC, and THCCOOH in human hair by negative ion chemical ionization mass spectrometry; *J Anal Toxicol* 19:483; 1995.

470. Williams AF, Peat MA, Crouch DJ, Wells JK, Finkle BS: Drugs in fatally injured young male drivers; *Public Health Rep* 100:19; 1985.

471. Williams PL, Moffat AC: Identification in human urine of delta-9-tetrahydrocannabinol-11-oic glucuronide — A tetrahydrocannabinol metabolite; *J Pharm Pharmacol* 32:445; 1980.

472. Wilson WH, Ellinwood EH, Mathew RJ, Johnson K: Effects of marijuana on performance of a computerized cognitive-neuromotor test battery; *Psychiatry Res* 51:115; 1993.

473. Wimbish GH, Johnson KG: Full spectral GC/MS identification of delta-9-carboxy-tetrahydrocannibinol in urine with the Finnigan ITS40; *J Anal Toxicol* 14:292; 1990.

474. Wingert WE: Lowering cutoffs for initial and confirmation testing for cocaine and marijuana: large-scale study of effects on the rates of drug-positive results; *Clin Chem* 43:100; 1997.

475. Wingert WE, Feldman MS, Kim MH, Noble L, Hand I, Yoon JJ: A comparison of meconium, maternal urine and neonatal urine for detection of maternal drug use during pregnancy; *J Forensic Sci* 39:150; 1994.

476. Wong AS, Orbanosky MW, Reeve VC, Beede JD: Stability of delta-9-tetrahydrocannabinol in stored blood and serum; In Hawks R (Ed): *The Analysis of Cannabinoids in Biological Fluids*. National Institute on Drug Abuse Research Monograph 42; National Institute on Drug Abuse: Bethesda, MD; p 119; 1982.

477. World Health Organization: *Programme on Substance Abuse. Cannabis — A Health Perspective and Research Agenda*; World Health Organization: Geneva, Switzerland; 1997.

478. Wu AHB, Liu N, Cho YJ, Johnson KG, Wong SS: Extraction and simultaneous elution and derivatization of 11-nor-9-carboxy-delta-9-tetrahydrocannabinol using toxi-lab SPEC prior to GC/MS analysis of urine; *J Anal Toxicol* 17:215; 1993.

479. Yesavage JA, Otto Leier V, Denari M, Hollister LE: Carry-over effects of marijuana intoxication on aircraft pilot performance—A preliminary report; *Am J Psychiatry* 142:1325; 1985.

480. Zaugg HE, Kyncl J: New antihypertensive cannabinoids; *J Med Chem* 26:214; 1983.

481. Zias J, Stark H, Seligman J, Levy R, Werker E, Breuer A, Mechoulam R: Early medical use of cannabis; *Nature* 363:215; 1993.

482. Zimmer L, Morgan JP: Marijuana and the immune system; In Zimmer LE, Morgan JP (Eds): *Marijuana Myths, Marijuana Facts — A Review of the Scientific Evidence*; Lindesmith Center: New York, NY; p 107; 1997.

483. Zimmermann EG, Yeager EP, Soares JR, Hollister LE, Reeve VC: Measurement of delta-9-tetrahydrocannabinol (THC) in whole blood samples from impaired motorists; *J Forensic Sci* 28:957; 1983.

484. Zygmunt PM, Petersson J, Andersson DA, Chuang H-H, Sergard M, Di Marzo V, Julius D, Hogestatt ED: Vanilloid receptors on sensory nerves mediate the vasodilator action of anandamide; *Nature* 400:452; 1999.

60



**ABOUT THE AUTHOR**
**M. A. Huestis**

Marilyn A. Huestis received a bachelor's degree in biochemistry from Mount Holyoke College (South Hadley, MA), a master's degree in clinical chemistry from the University of New Mexico (Albuquerque, NM), and a doctoral degree in toxicology from the University of Maryland in Baltimore (Baltimore, MD). Dr. Huestis is the acting chief, Chemistry and Drug Metabolism Section, Clinical Pharmacology and Therapeutics Research Branch, Intramural Research Program, National Institute on Drug Abuse (NIDA), National Institutes of Health (NIH) in Baltimore, MD.

Dr. Huestis works in the fields of forensic toxicology, analytical toxicology, and clinical chemistry. She has published important papers in the areas of cannabis pharmacokinetics and pharmacodynamics, antagonism of $\Delta^9$-tetrahydrocannabinol by the first CB1-cannabinoid receptor antagonist, novel immunoassay development, and on the use of alternate testing matrices for drug analysis including hair, saliva and sweat. Her research interests include the pharmacokinetics and behavioral effects of drugs of abuse in humans including correlations of blood levels of drugs and concurrent changes in performance; evaluation and validation of analytical techniques for detection of drugs of abuse in different biological fluids; as well as medication development projects including the use of buprenorphine as a pharmacotherapeutic agent in opioid dependence. Dr. Huestis is interested in evaluating diverse routes of drug administration and determining the effect of different routes on the abuse liability of drugs; effects on performance; and on the onset, peak, and duration of action of the resultant effects. Dr. Huestis was the principal investigator on a phase I clinical study evaluating the effects of the first cannabinoid receptor antagonist, SR 141716, in marijuana users. She currently is working on characterizing the pharmacokinetics and pharmacodynamics of oral tetrahydrocannabinol and hemp oil products and studying in-utero drug exposure of neonates whose mothers are participating in buprenorphine and methadone opioid treatment programs. Dr. Huestis hopes to develop a better understanding of drug abuse in women and the consequent drug exposure of neonates and children.

Dr. Huestis has presented her findings at numerous international meetings, conferences, and workshops, and contributes significantly to many federal agencies' efforts in the drug abuse field, as well as to chemistry and toxicology professional organizations. Dr. Huestis is recognized nationally and internationally for her contributions and has been awarded the American Academy of Forensic Sciences Irving Sunshine Award for "Outstanding Research in Forensic Toxicology" in 1992 for her work on cannabis.



NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

**Drugs and Human Performance Fact Sheets**

Index

Technical Report Documentation Page

Introduction

Cannabis/Marijuana

Carisoprodol (and Meprobamate)

Cocaine

Dextromethorphan

Diazepam

Diphenhydramine

Gamma-Hydroxybutyrate (GHB, and 1,4-BD)

Ketamine

Lysergic acid diethylamide (LSD)

Methadone

Methamphetamine (and Amphetamine)

Methylenedioxymethamphetamine (MDMA, Ecstasy)

Morphine (and Heroin)

Phencyclidine (PCP)

Toluene

Zolpidem (and Zaleplon, Zopiclone)

Biographical Sketches of Lead Authors and Main Contributors

# Cannabis / Marijuana ( Δ $^9$ -Tetrahydrocannabinol, THC)

Marijuana is a green or gray mixture of dried shredded flowers and leaves of the hemp plant *Cannabis sativa*. Hashish consists of resinous secretions of the cannabis plant. Dronabinol (synthetic THC) is a light yellow resinous oil.

**Synonyms:** Cannabis, marijuana, pot, reefer, buds, grass, weed, dope, ganja, herb, boom, gangster, Mary Jane, sinsemilla, shit, joint, hash, hash oil, blow, blunt, green, kilobricks, Thai sticks; Marinol®

**Source:** Cannabis contains chemicals called cannabinoids, including cannabinol, cannabidiol, cannabinolidic acids, cannabigerol, cannabichromene, and several isomers of tetrahydrocannabinol (THC). One of these isomers, Δ $^9$-THC, is believed to be responsible for most of the characteristic psychoactive effects of cannabis. Marijuana refers to the leaves and flowering tops of the cannabis plant; the buds are often preferred because of their higher THC content. Hashish consists of the THC-rich resinous secretions of the plant, which are collected, dried, compressed and smoked. Hashish oil is produced by extracting the cannabinoids from plant material with a solvent. In the U. S., marijuana, hashish and hashish oil are Schedule I controlled substances. Dronabinol (Marinol®) is a Schedule III controlled substance and is available in strengths of 2.5, 5 or 10 mg in round, soft gelatin capsules.

**Drug Class:** *Cannabis/ Marijuana*: spectrum of behavioral effects is unique, preventing classification of the drug as a stimulant, sedative, tranquilizer, or hallucinogen. *Dronabinol*: appetite stimulant, antiemetic.

**Medical and Recreational Uses:** *Medicinal*: Indicated for the treatment of anorexia associated with weight loss in patients with AIDS, and to treat mild to moderate nausea and vomiting associated with cancer chemotherapy. *Recreational*: Marijuana is used for its mood altering effects, euphoria, and relaxation. Marijuana is the most commonly used illicit drug throughout the world.

**Potency, Purity and Dose:** THC is the major psychoactive constituent of cannabis. Potency is dependent on THC concentration and is usually expressed as %THC per dry weight of material. Average THC concentration in marijuana is 1-5%, hashish 5-15%, and hashish oil ³ 20%. The form of marijuana known as *sinsemilla* is derived from the unpollinated female cannabis plant and is preferred for its high THC content (up to 17% THC). Recreational doses are highly variable and users often titer their own dose. A single intake of smoke from a pipe or joint is called a hit (approximately 1/20th of a gram). The lower the potency or THC content the more hits are needed to achieve the desired effects; 1-3 hits of high potency sinsemilla is typically enough to produce the desired effects. In terms of its psychoactive effect, a drop or two of hash oil on a cigarette is equal to a single "joint" of marijuana. Medicinally, the initial starting dose of Marinol® is 2.5 mg, twice daily.

**Route of Administration:** Marijuana is usually smoked as a cigarette ('joint') or in a pipe or bong. Hollowed out cigars packed with marijuana are also common and are called `. Joints and blunts are often laced with adulterants including PCP or crack cocaine. Joints can also be dipped in liquid PCP or in codeine cough syrup. Marijuana is also orally ingested.

**Pharmacodynamics:** THC binds to cannabinoid receptors and interferes with important endogenous cannabinoid neurotransmitter systems. Receptor distribution correlates with



EXHIBIT

3

brain areas involved in physiological, psychomotor and cognitive effects. Correspondingly, THC produces alterations in motor behavior, perception, cognition, memory, learning, endocrine function, food intake, and regulation of body temperature.

***Pharmacokinetics:*** Absorption is slower following the oral route of administration with lower, more delayed peak THC levels. Bioavailability is reduced following oral ingestion due to extensive first pass metabolism. Smoking marijuana results in rapid absorption with peak THC plasma concentrations occurring prior to the end of smoking. Concentrations vary depending on the potency of marijuana and the manner in which the drug is smoked, however, peak plasma concentrations of 100-200 ng/mL are routinely encountered. Plasma THC concentrations generally fall below 5 ng/mL less than 3 hours after smoking. THC is highly lipid soluble, and plasma and urinary elimination half-lives are best estimated at 3-4 days, where the rate-limiting step is the slow redistribution to plasma of THC sequestered in the tissues. Shorter half-lives are generally reported due to limited collection intervals and less sensitive analytical methods. Plasma THC concentrations in occasional users rapidly fall below limits of quantitation within 8 to 12 h. THC is rapidly and extensively metabolized with very little THC being excreted unchanged from the body. THC is primarily metabolized to 11-hydroxy-THC which has equipotent psychoactivity. The 11-hydroxy-THC is then rapidly metabolized to the 11-nor-9-carboxy-THC (THC-COOH) which is not psychoactive. A majority of THC is excreted via the feces (~65%) with approximately 30% of the THC being eliminated in the urine as conjugated glucuronic acids and free THC hydroxylated metabolites.

***Molecular Interactions / Receptor Chemistry:*** THC is metabolized via cytochrome P450 2C9, 2C11, and 3A isoenzymes. Potential inhibitors of these isoenzymes could decrease the rate of THC elimination if administered concurrently, while potential inducers could increase the rate of elimination.

***Blood to Plasma Concentration Ratio:*** 0.55

***Interpretation of Blood Concentrations:*** It is difficult to establish a relationship between a person's THC blood or plasma concentration and performance impairing effects. Concentrations of parent drug and metabolite are very dependent on pattern of use as well as dose. THC concentrations typically peak during the act of smoking, while peak 11-OH THC concentrations occur approximately 9-23 minutes after the start of smoking. Concentrations of both analytes decline rapidly and are often < 5 ng/mL at 3 hours. Significant THC concentrations (7 to 18 ng/mL) are noted following even a single puff or hit of a marijuana cigarette. Peak plasma THC concentrations ranged from 46-188 ng/mL in 6 subjects after they smoked 8.8 mg THC over 10 minutes. Chronic users can have mean plasma levels of THC-COOH of 45 ng/mL, 12 hours after use; corresponding THC levels are, however, less than 1 ng/mL. Following oral administration, THC concentrations peak at 1-3 hours and are lower than after smoking. Dronabinol and THC-COOH are present in equal concentrations in plasma and concentrations peak at approximately 2-4 hours after dosing.

It is inadvisable to try and predict effects based on blood THC concentrations alone, and currently impossible to predict specific effects based on THC-COOH concentrations. It is possible for a person to be affected by marijuana use with concentrations of THC in their blood below the limit of detection of the method. Mathematical models have been developed to estimate the time of marijuana exposure within a 95% confidence interval. Knowing the elapsed time from marijuana exposure can then be used to predict impairment in concurrent cognitive and psychomotor effects based on data in the published literature.

***Interpretation of Urine Test Results:*** Detection of total THC metabolites in urine, primarily THC-COOH-glucuronide, only indicates prior THC exposure. Detection time is well past the window of intoxication and impairment. Published excretion data from controlled clinical studies may provide a reference for evaluating urine cannabinoid concentrations; however, these data are generally reflective of occasional marijuana use rather than heavy, chronic marijuana exposure. It can take as long as 4 hours for THC-COOH to appear in the urine at concentrations sufficient to trigger an immunoassay (at 50ng/mL) following smoking. Positive

test results generally indicate use within 1-3 days; however, the detection window could be significantly longer following heavy, chronic, use. Following single doses of Marinol®, low levels of dronabinol metabolites have been detected for more than 5 weeks in urine. Low concentrations of THC have also been measured in over-the-counter hemp oil products – consumption of these products may produce positive urine cannabinoid test results.

**Effects:** Pharmacological effects of marijuana vary with dose, route of administration, experience of user, vulnerability to psychoactive effects, and setting of use.

*Psychological:* At recreational doses, effects include relaxation, euphoria, relaxed inhibitions, sense of well-being, disorientation, altered time and space perception, lack of concentration, impaired learning and memory, alterations in thought formation and expression, drowsiness, sedation, mood changes such as panic reactions and paranoia, and a more vivid sense of taste, sight, smell, and hearing. Stronger doses intensify reactions and may cause fluctuating emotions, flights of fragmentary thoughts with disturbed associations, a dulling of attention despite an illusion of heightened insight, image distortion, and psychosis.

*Physiological:* The most frequent effects include increased heart rate, reddening of the eyes, dry mouth and throat, increased appetite, and vasodilatation.

**Side Effect Profile:** Fatigue, paranoia, possible psychosis, memory problems, depersonalization, mood alterations, urinary retention, constipation, decreased motor coordination, lethargy, slurred speech, and dizziness. Impaired health including lung damage, behavioral changes, and reproductive, cardiovascular and immunological effects have been associated with regular marijuana use. Regular and chronic marijuana smokers may have many of the same respiratory problems that tobacco smokers have (daily cough and phlegm, symptoms of chronic bronchitis), as the amount of tar inhaled and the level of carbon monoxide absorbed by marijuana smokers is 3 to 5 times greater than among tobacco smokers. Smoking marijuana while shooting up cocaine has the potential to cause severe increases in heart rate and blood pressure.

**Duration of Effects:** Effects from smoking cannabis products are felt within minutes and reach their peak in 10-30 minutes. Typical marijuana smokers experience a high that lasts approximately 2 hours. Most behavioral and physiological effects return to baseline levels within 3-5 hours after drug use, although some investigators have demonstrated residual effects in specific behaviors up to 24 hours, such as complex divided attention tasks. Psychomotor impairment can persist after the perceived high has dissipated. In long term users, even after periods of abstinence, selective attention (ability to filter out irrelevant information) has been shown to be adversely affected with increasing duration of use, and speed of information processing has been shown to be impaired with increasing frequency of use. Dronabinol has an onset of 30-60 minutes, peak effects occur at 2-4 hours, and it can stimulate the appetite for up to 24 hours.

**Tolerance, Dependence and Withdrawal Effect:** Tolerance may develop to some pharmacological effects of dronabinol. Tolerance to many of the effects of marijuana may develop rapidly after only a few doses, but also disappears rapidly. Marijuana is addicting as it causes compulsive drug craving, seeking, and use, even in the face of negative health and social consequences. Additionally, animal studies suggests marijuana causes physical dependence. A withdrawal syndrome is commonly seen in chronic marijuana users following abrupt discontinuation. Symptoms include restlessness, irritability, mild agitation, hyperactivity, insomnia, nausea, cramping, decreased appetite, sweating, and increased dreaming.

**Drug Interactions:** Cocaine and amphetamines may lead to increased hypertension, tachycardia and possible cardiotoxicity. Benzodiazepines, barbiturates, ethanol, opioids, antihistamines, muscle relaxants and other CNS depressants increase drowsiness and CNS depression. When taken concurrently with alcohol, marijuana is more likely to be a traffic safety risk factor than when consumed alone.

**Performance Effects:** The short term effects of marijuana use include problems with memory and learning, distorted perception, difficulty in thinking and problem-solving, and loss of coordination. Heavy users may have increased difficulty sustaining attention, shifting attention to meet the demands of changes in the environment, and in registering, processing and using information. In general, laboratory performance studies indicate that sensory functions are not highly impaired, but perceptual functions are significantly affected. The ability to concentrate and maintain attention are decreased during marijuana use, and impairment of hand-eye coordination is dose-related over a wide range of dosages.Impairment in retention time and tracking, subjective sleepiness, distortion of time and distance, vigilance, and loss of coordination in divided attention tasks have been reported. Note however, that subjects can often "pull themselves together" to concentrate on simple tasks for brief periods of time. Significant performance impairments are usually observed for at least 1-2 hours following marijuana use, and residual effects have been reported up to 24 hours.

**Effects on Driving**: The drug manufacturer suggests that patients receiving treatment with Marinol® should be specifically warned not to drive until it is established that they are able to tolerate the drug and perform such tasks safely. Epidemiology data from road traffic arrests and fatalities indicate that after alcohol, marijuana is the most frequently detected psychoactive substance among driving populations. Marijuana has been shown to impair performance on driving simulator tasks and on open and closed driving courses for up to approximately 3 hours. Decreased car handling performance, increased reaction times, impaired time and distance estimation, inability to maintain headway, lateral travel, subjective sleepiness, motor incoordination, and impaired sustained vigilance have all been reported. Some drivers may actually be able to improve performance for brief periods by overcompensating for self-perceived impairment. The greater the demands placed on the driver, however, the more critical the likely impairment. Marijuana may particularly impair monotonous and prolonged driving. Decision times to evaluate situations and determine appropriate responses increase. Mixing alcohol and marijuana may dramatically produce effects greater than either drug on its own.

**DEC Category:** Cannabis

**DEC Profile:** Horizontal gaze nystagmus not present; vertical gaze nystagmus not present; lack of convergence present; pupil size normal to dilated; reaction to light normal to slow; pulse rate elevated; blood pressure elevated; body temperature normal to elevated. Other characteristic indicators may include odor of marijuana in car or on subject's breath, marijuana debris in mouth, green coating of tongue, bloodshot eyes, body and eyelid tremors, relaxed inhibitions, incomplete thought process, and poor performance on field sobriety tests.

**Panel's Assessment of Driving Risks:** Low doses of THC moderately impair cognitive and psychomotor tasks associated with driving, while severe driving impairment is observed with high doses, chronic use and in combination with low doses of alcohol The more difficult and unpredictable the task, the more likely marijuana will impair performance.

**References and Recommended Reading:**

Aceto MD, Scates SM, Lowe JA, Martin BR. Cannabinoid precipitated withdrawal by the selective cannabinoid receptor antagonist, SR 141716A. *Eur J Pharmacol* 1995;282(1-3): R1-2.

Adams IB, Martin BR. Cannabis: pharmacology and toxicology in animals and humans. *Addiction* 1996;91(11):1585-614.

Barnett G, Chiang CW, Perez-Reyes M, Owens SM. Kinetic study of smoking marijuana. *J Pharmacokinet Biopharm* 1982;10(5):495-506.

Baselt RC. *Drug effects on psychomotor performance*. Biomedical Publications, Foster City, CA; pp 403-415;2001.

Hansteen RW, Miller RD, Lonero L, Reid LD, Jones B. Effects of cannabis and alcohol on automobile driving and psychomotor tracking. *Ann NY Acad Sci* 1976;282:240-56.

Heishman SJ. Effects of abused drugs on human performance: Laboratory assessment. In: Drug Abuse

Handbook. Karch SB, ed. New York, NY: CRC Press, 1998, p219.

Huestis MA. Cannabis (Marijuana) - Effects on Human Performance and Behavior. *Forens Sci Rev* 2002;14(1/2):15-60.

Huestis MA, Sampson AH, Holicky BJ, Henningfield JE, Cone EJ. Characterization of the absorption phase of marijuana smoking. *Clin Pharmacol Ther* 1992;52(1):31-41.

Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids: I. Absorption of THC and formation of 11-OH-THC and THC-COOH during and after marijuana smoking. *J Anal Toxico* 1992;16(5):276-82.

Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids II: Models for the prediction of time of marijuana exposure from plasma concentrations of Δ-9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-Δ-9-tetrahydrocannabinol (THC-COOH). *J Anal Toxicol* 1992;16 (5):283-90.

Hunt CA, Jones RT. Tolerance and disposition of tetrahydrocannabinol in man. *J Pharmacol Exp Ther* 1980;215(1):35-44.

Klonoff H. Marijuana and driving in real-life situations. *Science* 1974;186(4161);317-24.

Leirer VO, Yesavage JA, Morrow DG. Marijuana carry-over effects on aircraft pilot performance. *Aviat Space Environ Med* 1991;62(3):221-7.

Mason AP, McBay AJ. Cannabis: pharmacology and interpretation of effects. *J Forensic Sci* 1985;30(3):615-31.

*Physicians' Desk Reference*, Medical Economics Company, Montvale, NJ, 2002.

Plasse TF, Gorter RW, Krasnow SH, Lane M, Shepard KV, Wadleigh RG. Recent clinical experience with Dronabinol. *Pharmacol Biochem Behav* 1991;40(3):695-700.

Pope HG Jr, Yurgelun-Todd D. The residual cognitive effects of heavy marijuana use in college students. *JAMA* 1996;275(7):521-7.

Ramaekers JG, Robbe HW, O'Hanlon JF. Marijuana, alcohol and actual driving performance *Hum Psychopharmacol* 2000;15(7):551-8.

Robbe HW, O'Hanlon JF. Marijuana and actual driving performance. *US Department of Transportation/National Highway Traffic Safety Administration* November: 1-133 (1993). DO HS 808 078.

Smiley A, Moskowitz HM, Ziedman K. Effects of drugs on driving: Driving simulator tests of secobarbital, diazepam, marijuana, and alcohol. In *Clinical and Behavioral Pharmacology Research Report*. J.M. Walsh, Ed. U.S. Department of Health and Human Services, Rockville, 1985, pp 1-21.

Solowij N, Michie PT, Fox AM. Differential impairment of selective attention due to frequency and duration of cannabis use. *Biol Psychiatry* 1995;37(10):731-9.

Thornicroft G. Cannabis and psychosis. Is there epidemiological evidence for an association? *Br J Psychiatry* 1990;157:25-33.

Varma VK, Malhotra AK, Dang R, Das K, Nehra R. Cannabis and cognitive functions: a prospective study. *Drug Alcohol Depend* 1988;21(2):147-52.

WHO Division of Mental Health and Prevention of Substance Abuse: Cannabis: a health perspective and research agenda. World Health Organization 1997.

# Tetrahydrocannabinol

**Therapeutic category:** appetite stimulant, antiemetic
**Pharmacologic category:** sedative (CNS depressant)
**Active metabolite(s):** 11-hydroxy-THC
**Blood half-life:** 20–57 hr

**Pharmacology.** Tetrahydrocannabinol ($\Delta^9$-THC, THC, dronabinol, Marinol) occurs naturally in *Cannabis sativa* in amounts of up to 12% by weight, and it has been available as a prescription drug in pure form since 1995. The plant material is usually smoked or ingested orally, supplying THC doses of 5–20 mg. As a prescription drug, it is found in capsules of 2.5, 5 or 10 mg, which may be taken orally once or twice daily.

Peak plasma THC concentrations ranged from 46–188 µg/L in 6 subjects during a 10 minute smoking period with a cigarette containing 8.8 mg of THC (Perez-Reyes et al., 1981). In 6 male adults who smoked cigarettes containing 15.8 mg of THC in 11 minutes, peak plasma concentrations averaged 84 µg/L for THC at an average time of 0.14 hours and 6.7 µg/L for 11-hydroxy-THC at 0.25 hours. The plasma concentrations of THC and 11-hydroxy-THC declined rapidly, reaching average levels of 1.2 and 0.7 µg/L, respectively, by 3.0 hours (Huestis et al., 1992). Following oral administration of THC, peak plasma levels are not reached until 1–3 hours after ingestion and are considerably lower than after smoking, averaging 6 µg/L after ingestion of 20 mg (Lemberger et al., 1972; Hollister et al., 1981).

THC is a central nervous system depressant that may cause ataxia, confusion, dizziness, somnolence, euphoria, hallucinations, speech difficulties, weakness, malaise and vision difficulties. The manufacturer states that patients should be warned not to engage in any hazardous activity until it has been established that they are able to tolerate the drug, and that concomitant use of alcohol or other CNS depressants may result in additive effects (PDR, 1997).

**Laboratory Studies.** A group of 12 healthy young adults (ages not given, 11 males) was given a single oral dose of 35 mg/70 kg THC at 0800, followed by testing at 0900 and 1130. Tests included rod-and-frame, DSS, reaction time (auditory), sedation self-rating, arithmetic, connect-the-dots and time estimation. Drug treatment impaired performance at the second testing period on the rod-and-frame, reaction time, arithmetic and time estimation tasks and it increased subjective sleepiness (Hollister et al., 1970).

A group of 8 healthy young men (ages 23–29) smoked a marijuana cigarette calibrated to provide a THC dose of 0 or 5 mg, with testing during the 20–55 minute post-dose interval. Tests included pursuit rotor, tracking and divided attention. Drug treatment caused significant impairment of performance for each of these tasks (Manno et al., 1970).

A group of 15 healthy men (ages not given) smoked marijuana cigarettes providing doses of 0, 0.4, 0.8, 1.7 or 3.5 mg/70 kg of THC, followed by testing over the 20–75

EXHIBIT
4

minute post-dose period. Tests included tracking, delayed auditory feedback and body sway. Scores on at least some portion of each task decreased in a dose-related manner (Kiplinger et al., 1971).

Groups of 6 healthy men (ages not given) smoked marijuana cigarettes providing doses of 0 or 1.75 mg/70 kg THC, followed by testing during the 30–40 minute post-dose interval. Tests included short story, trail making and Stroop. Drug treatment adversely affected performance on the short story and trail making tasks (Drew et al., 1972).

A group of 12 healthy young men (ages 21–30) smoked marijuana cigarettes providing doses of 0, 3.5, 7 or 14 mg/70 kg of THC, followed by testing using vigilance (peripheral visual) during the 10–60 minute post-dose period. Drug treatment impaired performance on this task in a dose-related manner (Moskowitz et al., 1972).

A group of 23 healthy men (ages 21–32) smoked marijuana cigarettes providing doses of 0, 3.5, 7 and 14 mg/70 kg THC, with testing during the 0–50 minute post-dose period. Tests included vigilance (auditory) and divided attention (auditory vigilance/ number recall). Drug treatment impaired performance on both tasks in a dose-related manner (Moskowitz and McGlothlin, 1974).

A group of 12 healthy young men (ages 21–30) smoked marijuana cigarettes providing doses of 0, 7 or 14 mg/70 kg of THC, followed by testing of reaction time (auditory/ visual) during the 60 minute post-dose interval. Drug treatment impaired performance in a dose-related manner (Moskowitz et al., 1974).

A group of 12 healthy men (ages 21–34) smoked marijuana cigarettes providing doses of 0 or 14 mg/70 kg THC, with testing of vigilance (visual) over the 1 hour post-dose period. Drug treatment significantly impaired performance of this task (Sharma and Moskowitz, 1974).

A group of 5 healthy adults (ages 21–32, 4 males) smoked marijuana cigarettes providing doses of 0, 4.9, 9.1, 13.3 or 17.5 mg/70 kg THC, with testing during the 50 minute post-dose interval. Tests included reaction time (visual), choice reaction time (visual), time estimation, DSS and free recall. Drug treatment impaired performance on all tasks in a dose-related manner (Borg et al., 1975).

Groups of 12 healthy adults (ages 19–31, 7 males per group) smoked marijuana cigarettes delivering THC doses of 0, 2 or 4 mg, with testing during the first hour post-dose. Tests included DSS, continuous performance, arithmetic and choice reaction time (visual). Drug treatment adversely affected all tasks except continuous performance (Casswell, 1975).

A group of 20 chronic hashish users (average age 44, sex not given) smoked marijuana cigarettes providing 0 or 78 mg THC, with testing over the 90 minute post-dose period. Tests included digit span, DSS, time estimation, arithmetic and connect-the-dots. Drug treatment impaired performance on the DSS and time estimation tasks (Dornbush and Kokkevi, 1976).

A group of 10 healthy male pilots (ages 21–40) smoked marijuana cigarettes providing THC doses of 0 or 6.3 mg/70 kg, with testing on a flight simulator at 0.5, 2, 4 and 6 hours post-dose. Drug treatment caused a significant decrease in performance on all

*nabinol*

k and body
ted manner

s providing
inute post-
eatment ad-
Drew et al.,

ttes provid-
g vigilance
nt impaired
).

iding doses
e post-dose
y vigilance/
dose-related

ttes provide-
e (auditory/
performance

viding doses
r post-dose
Sharma and

garettes pro-
uring the 50
eaction time
formance on

rijuana ciga-
ar post-dose.
ion time (vi-
performance

moked mari-
ate post-dose
connect-the-
mation tasks

ttes provid-
0.5, 2, 4 and
rmance on all

measurements at 0.5 hours, a nonsignificant decrease at 2 hours and a return to baseline performance by 4 hours (Janowsky et al., 1976).

A group of 10 healthy young men (ages 21–26) smoked marijuana cigarettes providing a THC dose of 0, 3.5 or 14 mg/70 kg, with testing over the first hour post-dose using a visual search task. Drug treatment had no adverse effects on performance of this task (Moskowitz et al., 1976).

A group of 20 healthy adults (ages 21–34, 10 males) received single oral doses of 0, 14, 28 or 42 mg THC, with testing over the 1.5–4.5 hour post-dose interval. Tests included Stroop, CFF, reaction time (visual), visual search, seashore rhythm, tapping rate, pattern recognition, manual dexterity and trail making. Only the reaction time task exhibited significant performance decrements at all doses studies (Peters et al., 1976).

A group of 7 healthy young men (ages 20–25) was given single oral doses of 0 or 22.5 mg THC, with testing by critical tracking on 6 occasions over the 0.5–3 hour post-dose interval. Performance on this task was adversely affected by drug treatment, with scores continuing to worsen throughout the testing period (Stoller et al., 1976).

A group of 12 healthy men (ages 20–32) was given single oral doses of 0 or 4.9 mg/70 kg THC in the morning, with testing by time estimation on 8 occasions over the 0.5–4.5 hour post-dose period. Drug treatment adversely affected performance on this task (underestimation of timespan) throughout the testing interval (Tinklenberg et al., 1976).

A group of 12 healthy men (ages 21–38) smoked marijuana cigarettes containing 0, 10 or 20 mg THC, with testing over the 2 hour post-dose. Tests included visual search, choice reaction time and rod-and-frame. Drug treatment impaired performance on the visual search and choice reaction time tasks in a dose-related manner (Schaefer et al., 1977).

A group of 10 healthy men (average age 26) smoked marijuana cigarettes containing a THC dose of 0 or 6 mg, with testing over the 10–20 minute post-dose interval by visual backward masking. Drug treatment impaired performance on this task by slowing the speed of information processing (Braff et al., 1981).

A group of 59 healthy adults (ages 20–52, 37 males) were allowed free access to marijuana cigarettes containing 18 mg THC during a 20 minute smoking period; 41 subjects smoked 1 cigarette, 16 smoked 2 and 2 smoked 3 and the remaining 2 subjects smoked 4 cigarettes. They were tested at 5, 30, 90 and 150 minute post-consumption using a standard battery of roadside field sobriety tests: body sway, finger to nose, heel to toe, standing on one foot, finger count, hand pat, counting backwards and reciting the alphabet. Serum THC concentrations averaged 44 µg/L at 5 minutes, 11 µg/L at 30 minutes, 5.0 µg/L at 90 minutes and were largely undetectable at 150 minutes. With failure defined as inability to successfully perform one or more of the tests in the battery, a failure rate of 98% of the subjects was observed at 5 and 30 minutes, 94% at 90 minutes and 60% at 150 minutes (Reeve et al., 1983).

A group of 13 healthy men (ages 21–35) smoked 2 marijuana cigarettes containing 0 or 29 mg THC, the first at 2000 and the second at 2130. They were tested 25 minutes after the first cigarette and again at 0730 the following morning using card sorting,

Case 2:06-cv-00888-TMH-CSC    Document 44-6    Filed 11/21/2007    Page 4 of 18

word list recall, DSS, time estimation and sedation self-rating. Drug treatment impaired performance on the card sorting, word list recall and time estimation (underestimation) tasks and increased subjective sedation during the first test; an adverse effect on time estimation (overestimation) was still present during testing the following morning (Chait et al., 1985).

A group of healthy pilots (average age 29, sex not given) smoked marijuana cigarettes containing 19 mg THC (no placebo) at 0900. They were tested at 0800 (baseline), 0930 and 1230 on that day and at 0800 the following day using a flight simulator. Drug treatment impaired performance on all of the 8 objective measures of flying ability during the first test, 6 of the 8 during the second test and 5 of the 8 during the third test (Yesavage et al., 1985).

A group of 6 healthy men (average age 26) smoked marijuana cigarettes containing 0, 12 or 24 mg THC in the morning, with testing on 7 occasions over the next 4.5 hours. Tests included circular lights, DSS, tracking and sedation self-rating. Both drug doses caused impairment of performance for the DSS task, with the high dose still having an adverse effect after 4.5 hours (Heishman et al., 1989).

Three healthy young men (ages 27–29) smoked marijuana cigarettes containing 0, 26 or 52 mg THC at 0900 and 1300 on day 1. They were tested on 7 occasions during day 1 and on 5 occasions during day 2. Tests included visual search, semantic recognition, number recall, arithmetic and circular lights. Plasma THC concentrations at 24 hours after the second cigarette averaged 2.5 and 4.3 µg/L, respectively. Drug treatment-related performance decrements continued to be observed for up to 24 hours after the second cigarette on the number recall and arithmetic tasks (Heishman et al., 1990).

A group of 9 healthy pilots (ages 24–40) smoked marijuana cigarettes containing 0 or 20 mg THC, followed by testing on a flight simulator at 0.25, 4, 8, 24 and 48 hours post-dose. Serum THC concentrations averaged 4.5 µg/L at 0.25 hours, 0.7 µg/L at 4 hours, 0.3 µg/L at 8 hours and were undetectable by 24 hours. Drug treatment caused significant performance decrements at all measurement times up to and including 24 hours (Leirer et al., 1991).

A group of 48 healthy men (ages 18–42) smoked marijuana cigarettes containing 0 or 19 mg THC, with testing over the next 1.5 hours. Tests included Buschke, picture recognition, short story, free recall, paired associates, CFF and choice reaction time (visual). Drug treatment impaired performance on all tasks except picture recognition (Block et al., 1992).

A group of 6 healthy men (ages 28–36) smoked marijuana cigarettes containing 0, 17.5 or 35 mg THC at 0900, with testing over the next 3 hours. Tests included DSS, arithmetic, semantic reasoning, spatial orientation, time estimation and CFF. Both drug doses impaired performance on the semantic reasoning task for up to 2 hours (Huestis et al., 1992).

A group of 6 healthy young men (ages 24–29) smoked marijuana cigarettes containing 0, 20 or 35 mg THC at 0945, with testing over the next 3 hours. Tests included DSS, number recognition, continuous performance and repeated acquisition. Drug treatment

caused dose-r
(Kelly et al., 1

Six healthy
THC at 1000
rotation, num
paired perform
1993b).

A group of
containing 0 c
smoking inter
1994).

A group of
17.5 or 35 m
body sway, D
ment impaire
dose-related r

In a statisti
1990, it was
probability c
6–15) and th
0.078) (Krug

A group of
ing 0, 17.5,
hours. Tests
and word list
end of the sm
performance
not necessar

A group o
16 or 25 mg
smooth purs
tial rotation.
semantic rea
1998).

A group o
containing (
sway, CFF,
body sway a
al., 1998).

*Alcohol.*
ethanol or p
juana cigare
the 15–60 n

nent impaired
erestimation)
effect on time
orning (Chait

ana cigarettes
aseline), 0930
nulator. Drug
flying ability
; the third test

: containing 0,
ext 4.5 hours.
th drug doses
still having an

ntaining 0, 26
ons during day
ic recognition,
as at 24 hours
ug treatment-
ours after the
al., 1990).
ana cigarettes
0.25, 4, 8, 24
at 0.25 hours,
4 hours. Drug
nt times up to

containing 0 or
ce, picture rec-
ction time (vi-
ognition (Block

s containing 0,
included DSS,
CFF. Both drug
ours (Huestis et

arettes contain-
included DSS,
Drug treatment

caused dose-related performance decrements for all tasks except number recognition (Kelly et al., 1993a).

Six healthy men (ages 22–37) smoked marijuana cigarettes containing 0, 20 or 35 mg THC at 1000 and were tested at hourly intervals up to 1300. Tests included spatial rotation, number recognition, divided attention and number recall. Drug treatment impaired performance on all tasks in a dose-related manner for up to 3 hours (Kelly et al., 1993b).

A group of 10 healthy adults (ages 21–55, 5 males) smoked marijuana cigarettes containing 0 or 15 mg THC, with testing of body sway during the 10–30 minute post-smoking interval. Drug treatment impaired performance on this task (Greenberg et al., 1994).

A group of 10 healthy men (ages 19–40) smoked marijuana cigarettes containing 0, 17.5 or 35 mg THC, with testing 0.5, 1.5 and 2.5 hours later. Tests included tracking, body sway, DSS, choice reaction time (visual) and continuous performance. Drug treatment impaired performance on the tracking, DSS and choice reaction time tasks in a dose-related manner for up to 2.5 hours (Wilson et al., 1994).

In a statistical analysis of 60 studies on marijuana and 197 on alcohol published up to 1990, it was concluded that the median plasma THC concentration for having a 50% probability of causing a psychomotor performance decrement was 11 µg/L (range, 6–15) and that the equivalent blood alcohol concentration was 0.073% (range, 0.064–0.078) (Kruger and Berghaus, 1995).

A group of 5 healthy young men (ages 18–26) smoked marijuana cigarettes containing 0, 17.5, 35 or 70 mg THC, followed by testing every 30 minutes for the next 2 hours. Tests included reaction time (visual), DSS, number recognition, time estimation and word list recall. Plasma THC concentrations averged 63, 151 and 188 µg/L at the end of the smoking period for the 3 dosage levels, respectively. Drug treatment impaired performance on the DSS and word list recall tasks throughout the testing session, but not necessarily in a dose-related manner (Heishman et al., 1997).

A group of 10 healthy men (ages 24–31) smoked marijuana cigarettes containing 0, 16 or 25 mg THC, with testing on 8 occasions over the next 25 hours. Tests included smooth pursuit, circular lights, arithmetic, number recall, semantic reasoning and spatial rotation. Drug treatment adversely affected performance on the smooth pursuit and semantic reasoning tasks for up to 5.5 hours in a dose-related manner (Fant et al., 1998).

A group of 10 healthy adults (average age 29, 7 males) smoked marijuana cigarettes containing 0, 18 or 40 mg THC, followed by 1 hour of testing. Tests included body sway, CFF, choice reaction time (visual) and driving simulator. The high dose increased body sway and lengthened brake reaction time on the driving simulator task (Liguori et al., 1998).

*Alcohol.* A group of 12 healthy young men (ages not given) received 46 mL/70 kg ethanol or placebo drink over 30 minutes, followed immediately by smoking a marijuana cigarette containing 0, 2.5 or 5 mg THC over 20 minutes. They were tested over the 15–60 minute post-smoking interval using pursuit rotor and delayed auditory feed-

back. Marijuana impaired performance on both tasks in a dose-related manner (effects nonsignificant for the low dose), and alcohol enhanced marijuana's decremental effects in an additive manner (Manno et al., 1971).

A group of 12 healthy young adults (ages 18–29, 8 males) was given a single oral dose of 10 mg/70 kg THC or placebo in the morning, followed 1 hour later by 0.54 g/kg ethanol or placebo drink consumed over 20 minutes. They were tested at 0.3, 1.3 and 2.3 hours after the completion of drinking using body sway, reaction time (auditory/visual), choice reaction time (auditory/visual), manual dexterity, arithmetic, continuous performance and vigilance (auditory/visual). Blood alcohol concentrations averaged 0.063% at 0.3 hours after the completion of drinking. Marijuana alone caused performance decrements on the continuous performance task at 0.3 hours and on the vigilance task at 2.3 hours, whereas alcohol alone produced no significant effects. The combination of the two agents resulted in adverse effects on all tasks except reaction time at one or more assessment times (Franks et al., 1975).

Groups of 8 healthy adults (average age 25, 4 males per group) were given 0.5 or 1.0 mL/kg ethanol or placebo drink to be consumed over 15 minutes. Twenty minutes after drinking completion, they smoked a marijuana cigarette containing 0, 2.6 or 5.2 mg THC within 10 minutes. After completion of smoking, they were tested by divided attention (visual vigilance/peripheral vision) for 34 minutes. Breath alcohol concentrations averaged 0.048 and 0.096% at 30 minutes post-alcohol for the low and high doses, respectively. Marijuana alone caused dose-related performance decrements on this task for all subjects, whereas alcohol alone had no significant effects. The two agents interacted in a synergistic manner to impair performance on the nonusers of marijuana (one-half of each group), but the experienced users exhibited a slight, nonsignificant antagonistic effect (MacAvoy and Marks, 1975).

Groups of 12 healthy young adults (ages 21–29, sex not given) received 0.4 or 0.8 g/kg ethanol or placebo drink over 30 minutes. Twenty minutes later, they smoked marijuana cigarettes containing 0 or 7 mg THC within 10 minutes. They were tested over a 25 minute period after the completion of smoking using smooth pursuit and HGN. Marijuana alone caused no significant effects, whereas alcohol alone adversely affected both tasks in a dose-dependent manner. The two agents combined to impair smooth pursuit in an additive fashion (Baloh et al., 1979).

A group of 25 healthy adults (ages 18–35, 12 males) was given a single oral dose of 22.4 mg THC or placebo, followed 1 hour later by 0.54 g/kg ethanol or placebo drink over 20 minutes. They were tested at 0.3, 1.3, 2.3 and 3.3 hours post-ethanol using body sway, reaction time (auditory/visual), choice reaction time (auditory/visual), vigilance (auditory/visual), pursuit rotor and arithmetic. Marijuana alone impaired performance on all tasks throughout the study, and alcohol contributed in an additive manner (Belgrave et al., 1979).

Groups of 10 healthy adults (ages 18–36, 7–8 males per group) received single oral doses of 0 or 15 mg/70 kg THC in the morning, followed 1 hour later by 0.54 g/kg ethanol or placebo drink over 20 minutes. They were tested at 0.3, 1.3, 2.3 and 3.3 hours after completion of drinking using body sway, reaction time (auditory/visual),

choice reaction time (auditory/visual), vigilance (auditory/visual) and pursuit rotor. Marijuana alone caused performance decrements on all tasks that persisted throughout the testing interval, whereas alcohol alone produced performance decrements for the first 3 tasks that were maximal at 0.3 hours and had returned to baseline by the end of the session. The two agents together resulted in additive deleterious effects that showed no recovery by the time of the last test battery (Bird et al., 1980).

A group of 6 healthy young men (ages 22–29) received 0.42 or 0.85 g/kg ethanol or placebo drink over 30 minutes. Fifteen minutes after completion of drinking, they smoked a marijuana cigarette containing 0 or 24 mg THC in an average of 12 minutes. They were tested on 10 occasions over the next 8 hours using divided attention (one central and two peripheral visual vigilance tasks). Peak plasma THC concentrations occurred within the smoking interval and averaged 119, 133 and 159 µg/L for the placebo, low and high dose alcohol conditions, respectively. Marijuana alone and high-dose ethanol alone each impaired performance on this task for up to 4 hours. Marijuana and high-dose alcohol combined to cause additive and possibly synergistic decremental effects (Perez-Reyes et al., 1988).

A group of 12 healthy young adults (average age 23, 6 males) was given 0.5 or 1.0 mL/kg ethanol or placebo drink over 15 minutes. Fifteen minutes after completion of drinking, they smoked a marijuana cigarette containing 0, 2.6 or 5.2 mg THC within 10 minutes. They were tested over the 5–45 minute post-smoking period using divided attention (one central and one peripheral visual vigilance task). Marijuana alone caused dose-related performance decrements and high-dose alcohol alone impaired performance. The two agents combined were no more than additive in their effects, and experienced marijuana users (one-half of the group) were less affected than non-users (Marks and MacAvoy, 1989).

A group of 14 healthy adults (ages 21–34, 10 males) smoked marijuana cigarettes containing 0 or 18 mg THC within 5 minutes beginning at 1900. Ten minutes later they consumed 0.5 (females) or 0.6 g/kg (males) ethanol or placebo drink over 20 minutes. At 2100 the marijuana-alcohol administration procedure was repeated. The subjects underwent testing at 1830 (before drug administration) and 2215 (0.75 hours after the second drug administration) using time estimation, body sway, DSS, digit span, semantic reasoning, divided attention (visual vigilance/visual search) and word list recall. Marijuana alone impaired performance on the time estimation, DSS and divided attention tasks, whereas alcohol alone caused performance decrements for all tasks except semantic reasoning. The two agents in combination produced generally additive effects except on the time estimation task, for which they were antagonistic (Chait and Perry, 1994).

*Amphetamine.* A group of 12 healthy young men (ages not given) received single oral doses of 10 mg/70 kg amphetamine or placebo during the day. After 1.5 hours, they smoked a marijuana cigarette that delivered 0 or 1.75 mg/70 kg THC within 10 minutes. They were tested beginning 15 minutes later using sedation self-rating, pursuit rotor, body sway and reaction time (visual). Marijuana alone caused subjective sedation and impaired performance on the 3 psychomotor tasks, whereas amphetamine alone caused

subjective stimulation and improved performance on the body sway task. The two agents in combination impaired performance on the pursuit rotor and reaction time tasks, representing a net summation of the individual effects (Forney et al., 1976).

*Cocaine.* A group of 12 healthy men (ages 21–45) smoked marijuana cigarettes containing 0, 13 or 27 mg THC over 5 minutes, followed 8 minutes later by intravenous injection of 0, 16 or 32 mg cocaine. They were tested over the next 15 minutes using reaction time (visual), choice reaction time (visual), DSS, word list recall, repeated acquisition, number recognition and sedation self-rating. Plasma THC levels 30 minutes after cessation of smoking averaged 14 and 24 µg/L for the low and high doses, respectively. The combination of the high-dose marijuana and the high-dose cocaine caused a significant performance decrement on the repeated acquisition task. Marijuana alone and cocaine alone increased subjective alertness; the effect of combination of the two drugs on subjective alertness was no different than that of cocaine alone (Foltin et al., 1993).

*Propranolol.* A group of 6 healthy young men (ages 18–30) was given a single oral dose of 120 mg propranolol or placebo in the morning, followed 50 minutes later by smoking of a marijuana cigarette containing 0 or 10 mg THC over 10 minutes. A 1.5 hour test battery began immediately after smoking and included physiological measurements, sedation self-rating, continuous performance and DSS. Propranolol antagonized the cardiovascular effects, attenuated the subjective sedation and prevented the performance decrement on the DSS task caused by marijuana (Sulkowski et al., 1977).

**Driving Studies.** Groups of 21–22 healthy adults (ages 19–31, 13–16 males per group) smoked marijuana cigarettes containing 0, 4.9 or 8.4 mg THC during the day. They were tested for approximately 1 hour before and after smoking using a series of driving maneuvers on a closed course and on city streets. Drug treatment impaired driving performance on both the closed course and surface streets in a dose-related manner (Klonoff, 1974).

A group of 16 healthy young adults (ages 21–30, 12 males) smoked a marijuana cigarette delivering 0, 1.4 or 5.9 mg THC within 10 minutes. They were tested at 10 minutes and 3 hours after smoking by driving a series of maneuvers requiring about 36 minutes on a closed course. The higher drug dose impaired driving performance at both test times. The extent of the impairment was quantitatively similar to that caused by a blood alcohol concentration of 0.07% in the same subjects (Hansteen et al., 1976).

A group of 16 healthy adults (ages not given, 8 males) smoked marijuana cigarettes containing 0, 7, 14 or 21 mg/70 kg THC within 15 minutes. They were tested 45 minutes post-smoking by driving a 64 km highway circuit at constant speed and steady lateral position for 50 minutes, as well as a vehicle-following portion at variable speeds for 15 minutes. Drug treatment caused dose-related impairment of ability to maintain lateral position. The mean distance between vehicles in the vehicle-following test decreased with increasing dose, and reaction time to changes in leading vehicle speed tended to increase, but to a nonsignificant degree (Robbe, 1998).

*Alcohol.* A group of 9 healthy young men (average age 25) was given either a placebo drink or sufficient alcohol to produce a blood alcohol concentration of 0.06%. Twenty-

five minutes later they smoked a marijuana cigarette containing 0 or 20 mg THC. They were tested beginning 45 minutes after completion of drinking by driving a closed course comprising a series of maneuvers. Neither substance alone had any significant effects, but the combination of the two agents resulted in significant driving impairment (Sutton, 1983).

A group of 102 healthy men (ages 21–35) was given 1.0 mL/kg ethanol or placebo drink over 30 minutes, followed by smoking a marijuana cigarette containing 0 or 19 mg THC within 10 minutes. Twenty minutes after the completion of smoking, the subjects performed a 20 minute series of driving maneuvers on a closed course that was repeated every hour thereafter for a total of 4 test sessions. The greatest decremental effects of marijuana alone were observed during the first test session at 0.3 hours post-smoking, correlating with the highest average serum THC concentration measured during the driving tests of 65 µg/L. The greatest decremental effects produced by alcohol alone, slightly greater than those of marijuana, were noted during the second test session at 1.3 hours post-smoking, and these correlated with the highest average blood alcohol level of 0.07%. The two agents combined to cause additive deleterious effects that persisted to the end of the testing interval at 3.3 hours post-smoking (Biasotti et al., 1986).

A group of 18 healthy adults (ages not given, 9 males) received either a placebo drink or sufficient ethanol to produce a blood alcohol concentration of 0.07% in the evening. One hour later they smoked a marijuana cigarette containing 0, 7 or 14 mg/70 kg THC within 15 minutes. They were tested at 0.5 and 1.5 hours post-smoking by driving a 40 km highway circuit at constant speed and steady lateral position, as well as a vehicle-following portion at variable speeds. Booster doses of alcohol were given as necessary to maintain a blood alcohol concentration of approximately 0.04%. Marijuana alone caused minor to moderate dose-related decremental effects, and alcohol alone caused minor decremental effects on driving performance. The two agents together, at both marijuana doses, interacted to caused severe driving impairment (Robbe, 1998).

**Epidemiology.** An analysis was conducted of postmortem blood from 401 drivers and 83 pedestrians who died within 1 hour after hospital admission following a traffic accident during a 12 month period from 1978–1979 in Ontario, Canada. The most frequently occurring psychoactive substance was alcohol in 57% of the 484 specimens, followed by THC in 3.3%. THC blood levels ranged from 1–5 µg/L in those 16 specimens, 13 of which also contained alcohol at concentrations of 0.02–0.36% (Cimbura et al., 1982).

A study of 169 drivers who died within 1 hour of a solo-vehicle traffic accident during a 12 month period in 1978–1979 in North Carolina revealed that 79% of the postmortem blood specimens contained alcohol (average concentration of 0.14%) and 5.9% contained THC at levels of 3.5–17 µg/L. Of the 10 specimens found positive for THC, 9 also contained alcohol at concentrations of 0.02–0.30% (Owens et al., 1983).

Testing for THC was conducted on a group of 1792 blood specimens collected from drivers of motor vehicles arrested for erratic driving in California in 1978. The individuals involved had failed a roadside sobriety test and agreed to provide a blood specimen once arrested. THC-positive specimens (defined as ≥5.5 µg/L) comprised 14% of

412

*Tetrahydrocannabinol*

the total, with values ranging up to 23 µg/L. The average time from arrest to blood collection was 45 minutes (Zimmerman et al., 1983).

A study conducted in 1986 involved the collection of blood and urine specimens from 259 tractor-trailer drivers who stopped at an interstate weigh station in Tennessee and who agreed to participate on a voluntary basis. Fifteen percent of the individuals showed the presence of cannabinoids in blood or urine by immunoassay. The blood of 11 persons in this group contained THC at concentrations of <2.5–11 µg/L (Lund et al., 1988).

Testing of 425 blood specimens, previously found not to contain alcohol, from intoxicated drivers arrested during a 12 month period during 1989–1990 in Norway showed the presence of THC in 56% of these at concentrations of 0.3–>7.6 µg/L (Gjerde and Kinn, 1991).

Blood specimens were collected from 168 truck drivers who died in traffic collisions within a 12 month period during 1987–1988 in eight U.S. states. Alcohol was found in 13% of these at concentrations of 0.01–0.31%, while THC was present in 8% at levels of 1–12 µg/L (Crouch et al., 1993).

Postmortem blood specimens from 193 drivers who died in traffic collisions within a 12 month period during 1989–1990 in Victoria, Australia were tested for cannabinoids. Screening results showed an 11% positive rate, and 8 of these specimens contained THC at concentrations of 1.4–20 µg/L. Five of the 8 THC-positive blood specimens also contained alcohol at levels of 0.10–0.31% (Gerostamoulos and Drummer, 1993).

**Conclusions.** Single doses of THC, via smoking or oral ingestion, are capable of producing significant psychomotor performance decrements in healthy volunteers for up to 24 hours in laboratory studies or up to 3 hours under actual driving conditions. The deleterious effects of THC appear to be additive to or possibly synergistic with those of alcohol, and the combination of the two agents results in a prolongation as well as enhancement of their effects. Epidemiological data from road traffic arrests and fatalities demonstrates widespread usage of marijuana among the driving population and suggests a causative relationship with operator impairment.

## References

R.W. Baloh, S. Sharma, H. Moskowitz and R. Griffith. Effect of alcohol and marijuana on eye movements. Aviat. Space Env. Med. 50: 18–23, 1979.

B.E. Belgrave, K.D. Bird, G.B. Chesher et al. The effect of (−) trans-$\Delta^9$-tetrahydrocannabinol, alone and in combination with ethanol, on human performance. Psychopharmacology 62: 53–60, 1979.

A.A. Biasotti, P. Boland, C. Mallory et al. *Marijuana and Alcohol: A Driver Performance Study*, California Dept. of Justice, Sacramento, CA, September, 1986.

K.D. Bird, T. Boleyn, G.B. Chesher et al. Intercannabinoid and cannabinoid-ethanol interactions and their effects on human performance. Psychopharmacology 71: 181–188, 1980.

R.I. Block, R. Farinpour and K. Braverman. Acute effects of marijuana on cognition: relationships to chronic effects and smoking techniques. Pharm. Biochem. Beh. 43: 907–917, 1992.

J. Borg, S. Gershon and M. Alpert. Dose effects of smoked marihuana on human cognitive and motor functions. Psychopharmacology 42: 211–218, 1975.

D.L. Braff, L. Silverton, D.P. Saccuzzo and D.S. Janowsky. Impaired speed of visual information processing in marijuana intoxication. Am. J. Psych. 138: 613–617, 1981.

S. Casswell. Cannabis intoxication: effects of monetary incentive on performance, a controlled investigation of behavioural tolerance in moderate users of cannabis. Percept. Motor Skills 41: 423–434, 1975.

L.D. Chait, M.W. Fischman and C.R. Schuster. 'Hangover' effects the morning after marijuana smoking. Drug Alc. Depend. 15: 229–238, 1985.

L.D. Chait and J.L. Perry. Acute and residual effects of alcohol and marijuana, alone and in combination, on mood and performance. Psychopharmacology 115: 340–349, 1994.

G. Cimbura, D.M. Lucas, R.C. Bennett et al. Incidence and toxicological aspects of drugs detected in 484 fatally injured drivers and pedestrians in Ontario. J. For. Sci. 27: 855–867, 1982.

D.J. Crouch, M.M. Birky, S.W. Gust et al. The prevalence of drugs and alcohol in fatally injured truck drivers. J. For. Sci. 38: 1342–1353, 1993.

R.L. Dornbush and A. Kokkevi. Acute effects of cannabis on cognitive, perceptual, and motor performance in chronic hashish users. Ann. N.Y. Acad. Sci. 282: 313–322, 1976.

W.G. Drew, G.F. Kiplinger, L.L. Miller and M. Marx. Effects of propranolol on marihuana-induced cognitive dysfunctioning. Clin. Pharm. Ther. 13: 526–533, 1972.

R.V. Fant, S.J. Heishman, E.B. Bunker and W.B. Pickworth. Acute and residual effects of marijuana in humans. Pharm. Biochem. Beh. 60: 777–784, 1998.

R.W. Foltin, M.W. Fischman, P.A. Pippen and T.H. Kelly. Behavioral effects of cocaine alone and in combination with ethanol or marijuana in humans. Drug Alc. Depend. 32: 93–106, 1993.

R. Forney, R. Martz, L. Lemberger and B. Rodda. The combined effect of marihuana and dextroamphetamine. Ann. N.Y. Acad. Sci. 281: 162–170, 1976.

H.M. Franks, G.A. Starmer, G.B. Chesher et al. The interaction of alcohol and $\Delta^9$-tetrahydrocannabinol in man: effects on psychomotor skills related to driving. In *Alcohol, Drugs, and Traffic Safety* (S. Israelstram and S. Lambert, eds.), Addiction Research Foundation, Toronto, 1975, pp. 461–466.

J. Gerostamoulos and O.H. Drummer. Incidence of psychoactive cannabinoids in drivers killed in motor vehicle accidents. J. For. Sci. 38: 649–656, 1993.

H. Gjerde and G. Kinn. Impairment in drivers due to cannabis in combination with other drugs. For. Sci. Int. 50: 57–60, 1991.

H.S. Greenberg, S.A.S. Werness, J.E. Pugh et al. Short-term effects of smoking marijuana on balance in patients with multiple sclerosis and normal volunteers. Clin. Pharm. Ther. 55: 324–328, 1994.

R.W. Hansteen, R.D. Miller, L. Lonero et al. Effects of cannabis and alcohol on automobile driving and psychomotor tracking. Ann. N.Y. Acad. Sci. 282: 240–256, 1976.

S.J. Heishman, M.L. Stitzer and G.E. Bigelow. Alcohol and marijuana: comparative dose effect profiles in humans. Pharm. Biochem. Beh. 31: 649–655, 1989.

S.J. Heishman, M.A. Huestis, J.E. Henningfield and E.J. Cone. Acute and residual effects of marijuana: profiles of plasma THC levels, physiological, subjective, and performance measures. Pharm. Biochem. Beh. 37: 561–565, 1990.

S.J. Heishman, K. Arasteh and M.L. Stitzer. Comparative effects of alcohol and marijuana on mood, memory, and performance. Pharm. Biochem. Beh. 58: 93–101, 1997.

L.E. Hollister and H.K. Gillespie. Marihuana, ethanol, and dextroamphetamine. Arch. Gen. Psych. 23: 199–203, 1970.

L.E. Hollister, H.K. Gillespie, A. Ohlsson et al. Do plasma concentrations of delta-9-tetrahydrocannabinol reflect the degree of intoxication? J. Clin. Pharm. 21: 171S–177S, 1981.

M.A. Huestis, J.E. Henningfield and E.J. Cone. Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC and THCCOOH during and after smoking marijuana. J. Anal. Tox. 16: 276–282, 1992.

M.A. Huestis, A.H. Sampson, B.J. Holicky et al. Characterization of the absorption phase of marijuana smoking. Clin. Pharm. Ther. 52: 31–41, 1992.

**414**                                                          *Tetrahydrocannabinol*

D.S. Janowsky, M.P. Meacham, J.D. Blaine et al. Marijuana effects of simulated flying ability. Am. J. Psych. 133: 384–388, 1976.

T.H. Kelly, R.W. Foltin and M.W. Fischman. Effects of smoked marijuana on heart rate, drug ratings and task performance by humans. Beh. Pharm. 4: 167–178, 1993a.

T.H. Kelly, R.W. Foltin, C.S. Emurian and M.W. Fischman. Performance-based testing for drugs of abuse: dose and time profiles of marijuana, amphetamine, alcohol, and diazepam. J. Anal. Tox. 17: 264–272, 1993b.

G.F. Kiplinger, J.E. Manno, B.E. Rodda et al. Dose-response analysis of the effects of tetrahydrocannabinol in man. Clin. Pharm. Ther. 12: 650–657, 1971.

H. Klonoff. Marijuana and driving in real-life situations. Science 186: 317–324, 1974.

H.P. Kruger and G. Berghaus. Behavioral effects of alcohol and cannabis: can equipotencies be established? The 13th International Conference on Alcohol, Drugs and Traffic Safety, Adelaide, Australia, August 13–18, 1995.

V.O. Leirer, J.A. Yesavage and D.G. Morrow. Marijuana carry-over effects on aircraft pilot performance. Aviat. Space Env. Med. 62: 221–227, 1991.

L. Lemberger, J.L. Weiss and A.M. Watanabe. Delta-9-tetrahydrocannabinol. New Eng. J. Med. 286: 685–688, 1972.

A. Liguori, C.P. Gatto and J.H. Robinson. Effects of marijuana on equilibrium, psychomotor performance, and simulated driving. Beh. Pharm. 9: 599–609, 1998.

A.K. Lund, D.F. Preusser, R.D. Blomberg and A.F. Williams. Drug use by tractor-trailer drivers. J. For. Sci. 33: 648–661, 1988.

M.G. MacAvoy and D.F. Marks. Divided attention performance on cannabis users and non-users following cannabis and alcohol. Psychopharmacology 44: 147–152, 1975.

J.E. Manno, G.F. Kiplinger, S.E. Haine et al. Comparative effects of smoking marihuana or placebo on human motor and mental performance. Clin. Pharm. Ther. 11: 808–815, 1970.

J.E. Manno, G.F. Kiplinger, N. Scholz and R.B. Forney. The influence of alcohol and marihuana on motor and mental performance. Clin. Pharm. Ther. 12: 202–211, 1971.

D.F. Marks and M.G. MacAvoy. Divided attention performance in cannabis users and non-users following alcohol and cannabis separately and in combination. Psychopharmacology 99: 397–401, 1989.

H. Moskowitz, S. Sharma and W. McGlothlin. Effect of marihuana upon peripheral vision as a function of the information processing demands in central vision. Percept. Motor Skills 35: 875–882, 1972.

H. Moskowitz and W. McGlothlin. Effects of marihuana on auditory signal detection. Psychopharmacology 40: 137–145, 1974.

H. Moskowitz, R. Shea and M. Burns. Effect of marihuana on the psychological refractory period. Percept. Motor Skills 38: 959–962, 1974.

H. Moskowitz, K. Ziedman and S. Sharma. Visual search behavior while viewing driving scenes under the influence of alcohol and marihuana. Hum. Fact. 18: 417–432, 1976.

S.M. Owens, A.J. McBay and C.E. Cook. The use of marihuana, ethanol, and other drugs among drivers killed in single-vehicle crashes. J. For. Sci. 28: 372–279, 1983.

M. Perez-Reyes, S.M. Owens and S. Di Guiseppi. The clinical pharmacology and dynamics of marihuana cigarette smoking. J. Clin. Pharm. 21: 201S–207S, 1981.

M. Perez-Reyes, R.E. Hicks, J. Bumberry et al. Interaction between marihuana and ethanol: effects on psychomotor performance. Alc. Clin. Exp. Res. 12: 268–276, 1988.

B.A. Peters, E.G. Lewis, R.E. Dustman et al. Sensory, perceptual, motor and cognitive functioning and subjective reports following oral administration of $\Delta^9$-tetrahydrocannabinol. Psychopharmacology 47: 141–148, 1976.

*Physicians' Desk Reference*, Medical Economics Company, Montvale, NJ, 1997.

V.C. Reeve, J.D. Grant, W. Robertson et al. Plasma concentrations of $\Delta$–9-tetrahydrocannabinol and impaired motor function. Drug Alc. Depend. 11: 167–175, 1983.

H. Robbe. Marijuana's impairing effects on driving are moderate when taken alone but severe when combined with alcohol. Hum. Psychopharm. 13: S70–S78, 1998.

C.F. Schafer, C.G. Gunn and K.M. Dubowski. Dose-related heart-rate, perceptual, and decisional changes in man following marihuana smoking. Percept. Motor Skills 44: 3–16, 1977.

S. Sharma and H. Moskowitz. Effects of two levels of attention demand on vigilance performance under marihuana. Percept. Motor Skills 38: 967–970, 1974.

K. Stoller, G.D. Swanson and J.W. Bellville. Effects on visual tracking of $\Delta^9$-tetrahydrocannabinol and pentobarbital. J. Clin. Pharm. 16: 271–275, 1976.

A. Sulkowski, L. Vachon and E.S. Rich, Jr. Propranolol effects on acute marihuana intoxication in man. Psychopharmacology 52: 47–53, 1977.

L.R. Sutton. The effects of alcohol, marihuana and their combination on driving ability. J. Stud. Alc. 44: 438–445, 1983.

J.R. Tinklenberg, W.T. Roth and B.S. Kopell. Marijuana and ethanol: differential effects on time perception, heart rate, and subjective response. Psychopharmacology 49: 275–279, 1976.

W.H. Wilson, E.H. Ellinwood, R.J. Mathew and K. Johnson. Effects of marijuana on performance of a computerized cognitive-neuromotor test battery. Psych. Res. 51: 115–125, 1994.

J.A. Yesavage, V.O. Leirer, M. Denari and L.E. Hollister. Carry-over effects of marijuana intoxication on aircraft pilot performance: a preliminary report. Am. J. Psych. 142: 1325–1329, 1985.

E.G. Zimmermann, E.P. Yeager, J.R. Soares et al. Measurement of $\Delta^9$-tetrahydrocannabinol (THC) in whole blood samples from impaired motorists. J. For. Sci. 28: 957–962, 1983.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

# Blood Cannabinoids. I. Absorption of THC and Formation of 11-OH-THC and THCCOOH During and After Smoking Marijuana*

**Marilyn A. Huestis, Jack E. Henningfield,** and **Edward J. Cone†**
*Addiction Research Center, National Institute on Drug Abuse, P.O. Box 5180, Baltimore, Maryland 21224*

## Abstract

$\Delta^9$-Tetrahydrocannabinol (THC), the primary psychoactive constituent of marijuana, is rapidly transferred from lungs to blood during smoking. Oxidative metabolism of THC yields the active metabolite, 11-hydroxy-$\Delta^9$-tetrahydrocannabinol (11-OH-THC), and the inactive metabolite, 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH). Characterization of THC's absorption phase is important because of the rapidity with which THC penetrates the central nervous system to produce psychoactive effects. This study incorporated a highly automated procedure to sample blood and to capture rapid drug level changes during and following smoking. Human subjects smoked one marijuana cigarette (placebo, 1.75%, or 3.55% THC) once a week according to a randomized, crossover, double-blind Latin square design. Samples were analyzed by GC/MS for THC, 11-OH THC, and THCCOOH. THC levels increased rapidly, peaked prior to the end of smoking, and quickly dissipated. Mean peak 11-OH-THC levels were substantially lower than THC levels and occurred immediately after the end of smoking. THCCOOH levels increased slowly and plateaued for an extended period. The mean peak time for THCCOOH was 113 min and a correspondingly longer time course of detection was observed. This study provides the first complete pharmacokinetic profile of the absorption of THC and appearance of metabolites during marijuana smoking. These findings have implications for understanding the mechanisms underlying the performance-impairing effects of marijuana, as well as for aiding forensic interpretation of cannabinoid blood levels.

## Introduction

Smoked drugs, including marijuana, cocaine, methamphetamine, and phencyclidine, offer unique challenges to pharmacokinetic and pharmacodynamic investigations. It is likely that smoked drugs are highly abused, in part, because of the speed of delivery of drug to the brain (1). $\Delta^9$-Tetrahydrocannabinol (THC), the primary psychoactive component of marijuana, is rapidly absorbed from the lungs and quickly distributed throughout the body. Few studies have attempted to measure THC or metabolite

concentrations during marijuana smoking because of the rapidity of the absorption process. Peak THC concentrations occur during smoking and are missed if sampling begins after this time. During this critical phase, active and inactive metabolites of THC are formed and make their first appearance in blood. Characterization of the absorption phase of THC has been impeded by the need for fast sequential blood sampling during the critical smoking period and the necessity of sensitive analytical methods.

Little is known of the formation of THC metabolites during marijuana smoking. Microsomal hydroxylation of THC was shown to produce the active metabolite, 11-hydroxy-$\Delta^9$-tetrahydrocannabinol (11-OH-THC), believed by early investigators to be the true active analyte (2). However, this theory was later disputed because of the lack of immediate effects following intravenous administration of 11-OH-THC (3). 11-OH-THC concentrations have been reported to be low following marijuana smoking, with metabolite levels attaining less than 10% of THC concentrations (4). Further oxidation of active 11-OH-THC produces the inactive metabolite, 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH) (5). THCCOOH levels gradually increase and surpass concurrent THC levels shortly after completion of smoking, because of the precipitous drop in THC levels during this period. The time course of detection of THCCOOH is much longer than that of either of the active analytes. This extended detection time was shown to be caused by the slow release and subsequent metabolism of THC from tissue stores (6).

The absorption and distribution of THC and formation of 11-OH-THC and THCCOOH in blood during and after marijuana smoking were studied in a controlled clinical setting. Six subjects smoked a single marijuana cigarette during each test session. Sequential blood samples were collected during smoking by using a continuous withdrawal pump. Gas chromatography/mass spectrometry (GC/MS) was used for determination of plasma drug analyte concentrations. THC, 11-OH-THC, and THCCOOH concentrations were evaluated in relation to time of drug exposure.

## Methods

### Subjects

Six healthy male volunteers with a history of marijuana use resided on a closed research ward of the Addiction Research Center, National Institute on Drug Abuse, for 4–6 weeks. Subjects' ages

*Data presented at the 1991 SOFT annual meeting, Montreal, Canada.
†Author to whom correspondence should be addressed.

Reproduction (photocopying) of editorial content of this journal is prohibited without publisher's permission.

EXHIBIT
5

Journal of Analytical Toxicology, Vol. 16, September/October 1992

ranged from 29 to 36 years with a mean of 31.3 years. Mean height and weight were 1.74 m (range of 1.65 to 1.84 m) and 77.6 kg (range of 64.8 to 93.4 kg), respectively. First marijuana use occurred between the ages of 13 to 16 years with a mean of 14.5 years. Prior drug use within the past 30 days included nicotine, ethanol, heroin, marijuana, cocaine, and barbiturate use. Subjects reported smoking an average of 2.3 marijuana cigarettes per week with a range of exposure from 0.4 to 7.9 cigarettes per week. Subjects provided informed consent and were paid for their participation. Medical histories, physical examinations, and electrocardiograms were obtained prior to testing. Additional evaluation criteria included blood chemistry and hematology screens, Shipley Institute Living Scale and SCL-90 Mood Scale evaluations, descriptions of current and prior drug use, and absence of active disease. Urine drug testing for amphetamines, barbiturates, benzodiazepines, cocaine metabolites, methadone, opiates, phencyclidine, and marijuana metabolites was performed prior to admission and during residence to ensure lack of exposure to unauthorized drugs during the study.

### Dose and route of administration

Marijuana cigarettes were obtained from the Research Technology Branch, National Institute on Drug Abuse. Subjects smoked a single marijuana cigarette (placebo, 1.75% THC, or 3.55% THC) according to a computer-signaled paced smoking procedure on each of three test days. Cigarettes weighed an average of 900 mg, yielding THC doses of approximately 15.8 and 33.8 mg for the low and high doses. The smoking protocol consisted of a 2-s inhalation, a 10-s hold period, and a 72-s exhalation and rest period. A total of eight puffs were inhaled in 11.2 min. Doses were administered according to a randomized, double blind, Latin square design at weekly intervals.

### Collection, preparation, and analysis of plasma samples

The Dakmed Ambulatory Withdrawal Pump Model ML6-5S3R (Dakmed, Inc.) was used for rapid blood sampling and integrated blood collections from 1 h prior to 3 h post drug administration. Blood was collected through 4-ft Dakmed silanized tubing via a 19-gauge butterfly needle inserted in a nondominant

**Table I. Plasma THC, 11-OH-THC, and THCCOOH Concentrations (ng/mL) During and After Smoking a Single Marijuana Cigarette**

| | 1.75% THC | | | 3.55% THC | | |
|---|---|---|---|---|---|---|
| Time (h) | THC | 11-OH-THC | THC-COOH | THC | 11-OH-THC | THC-COOH |
| | | | *Subject B* | | | |
| −0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.017* | 20.0 | 1.2 | 0.0 | 17.0 | 0.0 | 0.0 |
| 0.033* | 38.0 | 2.8 | 0.0 | 54.0 | 0.0 | 0.0 |
| 0.050* | 66.0 | 5.4 | 0.0 | 84.0 | 0.9 | 0.0 |
| 0.067* | 52.0 | 2.2 | 0.0 | 106.0 | 1.6 | 0.5 |
| 0.083* | 86.0 | 6.4 | 0.0 | 82.0 | 1.4 | 0.8 |
| 0.100* | 108.0 | 7.8 | 0.7 | 116.0 | 2.2 | 1.4 |
| 0.117* | 102.0 | 8.6 | 1.1 | 120.0 | 2.2 | 1.6 |
| 0.134* | 98.0 | 7.8 | 1.5 | 122.0 | 2.4 | 2.2 |
| 0.150* | 108.0 | 10.4 | 2.2 | 112.0 | 3.4 | 2.8 |
| 0.167* | 88.0 | 7.8 | 2.6 | 140.0 | 4.0 | 3.2 |
| 0.200 | 90.0 | 5.6 | 3.7 | 126.0 | 4.0 | 4.8 |
| 0.250 | 56.0 | 6.4 | 5.1 | 78.0 | 3.4 | 7.8 |
| 0.300 | 36.0 | 4.0 | 7.0 | 64.0 | 3.6 | 11.0 |
| 0.375 | 28.0 | 2.4 | 8.0 | 44.0 | 4.1 | 14.0 |
| 0.542 | 16.0 | 1.6 | 12.0 | 18.0 | 2.8 | 18.0 |
| 0.792 | 13.0 | 1.8 | 10.0 | 14.0 | 2.8 | 22.0 |
| 1.210 | 7.4 | 1.6 | 12.0 | 5.8 | 1.8 | 26.0 |
| 1.710 | 2.6 | 1.0 | 12.0 | 8.0 | 2.4 | 26.0 |
| 2.210 | 2.2 | 0.8 | 12.0 | 2.6 | 1.7 | 26.0 |
| 2.500 | 1.8 | 0.5 | 10.0 | 3.6 | 2.1 | 26.0 |
| 3.000 | 1.4 | 0.0 | 14.0 | 2.2 | 1.4 | 24.0 |
| 4.0 | 1.2 | 0.0 | 16.0 | 1.4 | 0.8 | 23.0 |
| 6.0 | 0.6 | 0.0 | 13.0 | 0.8 | 0.0 | 15.0 |
| 12.0 | 0.0 | 0.0 | 10.0 | 0.6 | 0.0 | 17.0 |
| 24.0 | 0.0 | 0.0 | 5.6 | 0.0 | 0.0 | 9.0 |
| 27.0 | 0.0 | 0.0 | 4.4 | 0.0 | 0.0 | 11.0 |
| 30.0 | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 7.4 |
| 36.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 5.6 |
| 48.0 | 0.0 | 0.0 | 3.3 | 0.0 | 0.0 | 5.0 |
| 54.0 | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 4.0 |
| 60.0 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 3.6 |
| 72.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 |
| 168.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 |

*Smoking period
†No value reported

**Table I (continued). Plasma THC, 11-OH-THC, and THCCOOH Concentrations (ng/mL) During and After Smoking a Single Marijuana Cigarette**

| | 1.75% THC | | | 3.55% THC | | |
|---|---|---|---|---|---|---|
| Time (h) | THC | 11-OH-THC | THC-COOH | THC | 11-OH-THC | THC-COOH |
| | | | *Subject C* | | | |
| −0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.017* | 3.8 | 0.0 | 0.0 | 11.0 | 0.0 | 0.0 |
| 0.033* | 8.6 | 0.0 | 0.0 | 32.0 | 0.0 | 0.0 |
| 0.050* | 19.0 | 0.0 | 0.0 | 64.0 | 0.0 | 0.0 |
| 0.067* | 28.0 | 0.0 | 0.0 | 97.0 | 1.6 | 1.2 |
| 0.083* | 44.0 | 0.0 | 0.0 | 110.0 | 2.1 | 2.2 |
| 0.100* | 40.0 | 0.0 | 0.0 | 116.0 | 3.5 | 4.8 |
| 0.117* | 45.0 | 0.0 | 0.0 | 122.0 | 4.3 | 7.1 |
| 0.134* | 46.0 | 0.0 | 0.0 | 120.0 | 4.3 | 10.0 |
| 0.150* | 50.0 | 0.0 | 2.5 | 120.0 | 6.6 | 13.0 |
| 0.167* | 46.0 | 0.0 | 4.9 | 116.0 | 5.9 | 17.0 |
| 0.200 | 41.0 | 4.0 | 9.1 | 116.0 | 5.4 | 23.0 |
| 0.250 | 29.0 | 4.1 | 13.0 | 88.0 | 6.2 | 33.0 |
| 0.300 | 21.0 | 5.0 | 17.0 | 66.0 | 4.2 | 37.0 |
| 0.375 | 15.0 | 5.5 | 20.0 | 45.0 | 5.5 | 50.0 |
| 0.542 | 8.0 | 4.2 | 22.0 | 25.0 | 3.7 | 57.0 |
| 0.792 | 3.3 | 3.4 | 24.0 | 14.0 | 3.2 | 43.0 |
| 1.210 | 2.9 | 3.5 | 21.0 | 7.1 | 2.5 | 39.0 |
| 1.710 | 2.8 | 2.3 | 20.0 | 6.2 | 1.8 | 35.0 |
| 2.210 | 1.8 | 2.2 | 18.0 | 6.0 | 1.6 | 35.0 |
| 2.500 | 1.3 | 0.0 | 16.0 | 4.7 | 1.1 | 30.0 |
| 3.000 | 0.9 | 0.0 | 13.0 | 3.7 | 0.6 | 30.0 |
| 4.0 | 0.7 | 0.0 | 13.0 | 1.9 | 1.0 | 28.0 |
| 6.0 | 0.0 | 0.0 | 7.8 | 0.9 | 0.5 | 12.0 |
| 12.0 | 0.0 | 0.0 | 4.2 | 0.7 | 0.0 | 8.4 |
| 24.0 | 0.0 | 0.0 | 3.8 | 0.0 | 0.0 | 8.8 |
| 27.0 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 8.6 |
| 30.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 5.8 |
| 36.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 5.0 |
| 48.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 5.6 |
| 54.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 |
| 60.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 |
| 72.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 |
| 168.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

*Smoking period
†No value reported

Journal of Analytical Toxicology, Vol. 16, September/October 1992

forearm vein. Subjects received 5000 units of sodium heparin prior to drug administration to prevent blood clotting in the tubing. All subjects' clotting times had returned to normal within 4 h after heparin administration.

The pump was calibrated for collection of 5-mL blood samples in 1, 5, or 25 min. Samples were obtained in the hour prior to smoking with the pump operated in the slow mode (0.2 mL/min). During and immediately after smoking (from 0 to 20 min), the pump was operated in the fast mode (5 mL/min) for rapid blood sampling. This permitted the collection of 10 samples spaced at 1-min intervals from the beginning to the end of marijuana smoking. Thereafter, samples were collected at increasingly spaced intervals, yielding a total of 34 plasma samples taken over a 7-day period from the initiation of smoking. From 20 to 60 min, the medium pump speed provided integrated 5-mL samples over 5-min collection periods. Samples from 1 to 3 h after smoking were collected in the slow mode (0.2 mL/min) in 25-min collection periods. Additional samples were collected over the next three

days through an angiocatheter in the forearm vein in the dominant arm. A final sample was collected just prior to the next study day at 168 h.

Blood samples were collected on ice in 7-mL sodium EDTA Vacutainer® tubes. Samples were centrifuged and the plasma removed for storage in silanized glass tubes at –30°C until the time of analysis. Plasma THC levels were determined by negative chemical ionization GC/MS by a previously published method (7). The limits of detection (LOD) for THC, 11-OH-THC, and THCCOOH in plasma were 0.5 ng/mL for a 0.5-mL sample. For THC, 11-OH-THC, and THCCOOH analysis 26 blind quality control specimens were used. Quantitative results were within 15% of targeted values for THC and THC-COOH and within 20% of targeted values for 11-OH-THC samples. Coefficients of variation for repetitive analyses were as follows: THC: 16.9% (5 ng/mL) and 17.7% (20 ng/mL); 11-OH-THC: 19.3% (2.5 ng/mL), 15.8% (5 ng/mL), and 11.8% (10 ng/mL); and THCCOOH: 8.9% (10 ng/mL) and 5.5% (50 ng/mL).

Table I (continued). Plasma THC, 11-OH-THC, and THCCOOH Concentrations (ng/mL) During and After Smoking a Single Marijuana Cigarette

| Time (h) | 1.75% THC | | | 3.55% THC | | |
| | THC | 11-OH-THC | THC-COOH | THC | 11-OH THC | THC-COOH |
|---|---|---|---|---|---|---|
| Subject E | | | | | | |
| −0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.017* | 3.4 | 0.0 | 0.0 | 25.0 | 0.0 | 0.0 |
| 0.033* | 14.0 | 0.0 | 0.0 | 45.0 | 0.0 | 0.0 |
| 0.050* | 24.0 | 0.0 | 0.0 | 56.0 | 1.4 | 0.0 |
| 0.067* | 38.0 | 0.0 | 0.0 | 56.0 | 2.2 | 1.1 |
| 0.083* | 38.0 | 0.0 | 0.5 | 52.0 | 2.7 | 1.8 |
| 0.100* | 50.0 | 0.0 | 0.9 | 54.0 | 2.6 | 3.0 |
| 0.117* | 50.0 | 1.6 | 1.3 | 65.0 | 3.6 | 4.2 |
| 0.134* | 55.0 | 1.4 | 1.9 | 66.0 | 3.2 | 5.4 |
| 0.150* | 64.0 | 1.2 | 2.7 | 76.0 | 3.2 | 7.2 |
| 0.167* | 56.0 | 1.2 | 3.4 | 60.0 | 3.6 | 8.8 |
| 0.200 | 54.0 | 3.3 | 4.5 | 52.0 | 3.8 | 11.0 |
| 0.250 | 38.0 | 2.7 | 6.9 | 32.0 | 3.8 | 14.0 |
| 0.300 | 38.0 | 1.1 | 9.0 | 26.0 | 3.8 | 17.0 |
| 0.375 | 24.0 | 1.5 | 10.0 | 18.0 | 3.4 | 18.0 |
| 0.542 | 13.0 | 1.4 | 11.0 | 10.0 | 3.2 | 18.0 |
| 0.792 | 7.6 | 0.0 | 13.0 | 8.6 | 2.2 | 21.0 |
| 1.210 | 5.4 | 0.0 | 12.0 | 5.4 | 2.2 | 22.0 |
| 1.710 | 3.4 | 0.0 | 12.0 | 3.4 | 1.6 | 22.0 |
| 2.210 | 2.0 | 0.0 | 12.0 | 2.6 | 1.0 | 19.0 |
| 2.500 | 1.8 | 0.0 | 15.0 | 2.0 | 0.0 | 18.0 |
| 3.000 | 1.0 | 0.0 | 9.9 | 2.0 | 0.0 | —† |
| 4.0 | 0.6 | 0.0 | 9.4 | 1.1 | 0.0 | 12.0 |
| 6.0 | 0.0 | 0.0 | 6.5 | 0.7 | 0.0 | 9.4 |
| 12.0 | 2.6 | 0.0 | 5.7 | 0.0 | 0.0 | 13.0 |
| 24.0 | 0.0 | 0.0 | 4.5 | 0.0 | 0.0 | 5.0 |
| 27.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 5.0 |
| 30.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 4.8 |
| 36.0 | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 4.2 |
| 48.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 3.4 |
| 54.0 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 3.8 |
| 60.0 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 2.3 |
| 72.0 | 0.0 | 0.0 | 0.9 | 0.0 | 0.0 | 1.4 |
| 168.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |

*Smoking period
†No value reported

Table I (continued). Plasma THC, 11-OH-THC, and THCCOOH Concentrations (ng/mL) During and After Smoking a Single Marijuana Cigarette

| Time (h) | 1.75% THC | | | 3.55% THC | | |
| | THC | 11-OH-THC | THC-COOH | THC | 11-OH THC | THC-COOH |
|---|---|---|---|---|---|---|
| Subject F | | | | | | |
| −0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.017* | 1.0 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 |
| 0.033* | 9.4 | 0.0 | 0.0 | 30.0 | 0.0 | 0.0 |
| 0.050* | 22.0 | 0.0 | 0.0 | 63.0 | 1.0 | 0.0 |
| 0.067* | 35.0 | 0.5 | 0.0 | 98.0 | 1.4 | 0.0 |
| 0.083* | 74.0 | 1.3 | 0.6 | 134.0 | 1.6 | 0.6 |
| 0.100* | 104.0 | 2.2 | 0.8 | 214.0 | 2.6 | 1.0 |
| 0.117* | 89.0 | 2.8 | 1.5 | 256.0 | 4.2 | 2.0 |
| 0.134* | 112.0 | 3.8 | 2.2 | 220.0 | 4.6 | 3.4 |
| 0.150* | 112.0 | 5.4 | 3.0 | 260.0 | 6.4 | 4.8 |
| 0.167* | 129.0 | 5.5 | 3.8 | 262.0 | 6.6 | 7.0 |
| 0.200 | 103.0 | 6.8 | 5.6 | 218.0 | 8.0 | 11.0 |
| 0.250 | 83.0 | 7.1 | 7.8 | 162.0 | 9.2 | 16.0 |
| 0.300 | 63.0 | 5.9 | 9.8 | 121.0 | 8.4 | 22.0 |
| 0.375 | 38.0 | 6.0 | 12.0 | 74.0 | 7.6 | 26.0 |
| 0.542 | 26.0 | 3.3 | 14.0 | 42.0 | 4.4 | 31.0 |
| 0.792 | 12.0 | 2.6 | 15.0 | 21.0 | 4.0 | 31.0 |
| 1.210 | 11.0 | 0.0 | 14.0 | 11.0 | 3.1 | 33.0 |
| 1.710 | 5.3 | 1.4 | 14.0 | 9.4 | 2.3 | 32.0 |
| 2.210 | 3.5 | 0.9 | 9.8 | 8.1 | 1.8 | 27.0 |
| 2.500 | 2.3 | 0.8 | 9.2 | 5.6 | 2.0 | 29.0 |
| 3.000 | 2.3 | 0.7 | 13.0 | 3.1 | 1.3 | 28.0 |
| 4.0 | 1.3 | 0.5 | 12.0 | 2.5 | 1.4 | 28.0 |
| 6.0 | 0.7 | 0.0 | 7.8 | 1.0 | 0.0 | 19.0 |
| 12.0 | 0.0 | 0.0 | 7.0 | 0.5 | 0.5 | 24.0 |
| 24.0 | 0.0 | 0.0 | 6.2 | 0.0 | 0.0 | 16.0 |
| 27.0 | 0.0 | 0.0 | 4.4 | 0.7 | 0.6 | 15.0 |
| 30.0 | 0.0 | 0.0 | 4.4 | 0.0 | 0.0 | 11.0 |
| 36.0 | 0.0 | 0.0 | 4.4 | 0.0 | 0.0 | 11.0 |
| 48.0 | 0.0 | 0.0 | 1.4 | 0.0 | 0.0 | 8.4 |
| 54.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 8.0 |
| 60.0 | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 10.0 |
| 72.0 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 | 11.0 |
| 168.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.2 |

*Smoking period
†No value reported

Journal of Analytical Toxicology, Vol. 16, September/October 1992

## Results

Individual plasma levels of THC, 11-OH-THC, and THCCOOH for the six subjects during and following smoking of a single marijuana cigarette (1.75 or 3.55% THC) are shown in Table I. The primary psychoactive constituent of marijuana, THC, appeared rapidly in blood during smoking. THC was detected in the first sample obtained immediately after the first marijuana puff. Plasma levels of THC ranged from 0 to 20.0 ng/mL with a mean of 7.0 ng/mL (Table II) and from 1.8 to 37.0 ng/mL with a mean of 18.1 ng/mL following the first inhalation of a low or high dose marijuana cigarette, respectively. Levels continued to increase rapidly and peaked at 8.4 min (4.8–10.2), prior to initiation of the last puff sequence at 9.8 min. Peak levels ranged from 50.0 to 129.0 ng/mL with a mean peak drug level of 84.3 ng/mL and from 76.0 to 267.0 ng/mL with a mean of 162.2 ng/mL for the 1.75 and 3.55% THC marijuana cigarettes, respectively (Figure 1a). THC decreased rapidly after the peak. Concentrations at 15 min post smoking of the low and high doses were 52.3 and 94.8 ng/mL, respectively. THC levels of 17.3 and 29.7 ng/mL were noted after approximately 30 min. Within 2 h, levels of THC were at or below 5 ng/mL but remained detectable for up to 12 h after smoking. The time of detection of THC (GC/MS LOD = 0.5 ng/mL) varied from 3 to 12 h after the low dose and from 6 to 27 h after the high dose marijuana cigarette. The area under the curve for the mean data from 0 to 168 h was 36.5 and 72.2 ng·h/mL, respectively, for the low and high dose conditions, demonstrating a dose–response relationship.

The active metabolite, 11-OH-THC, was detectable in the plasma of only one subject after the first marijuana cigarette puff but was observed in three subjects by the second puff. 11-OH-THC levels were approximately 6–10% of the concurrent THC concentrations for up to 45 min after the start of smoking. However, after this timepoint, [11-OH-THC]/[THC] ratios began to gradually increase because of the more rapid decline of THC levels. Peak 11-OH-THC levels were noted 13.5 min (9.0–22.8) after the start of smoking. Mean peak levels of 6.7 (range 3.3 to 10.4 ng/mL) and 7.5 ng/mL (range 3.8 to 16 ng/mL) were measured following smoking of one marijuana cigarette (1.75% or 3.55%

| Time (h) | 1.75% THC | | | 3.55% THC | | |
|---|---|---|---|---|---|---|
| | THC | 11-OH-THC | THC-COOH | THC | 11-OH-THC | THC-COOH |
| | | | Subject G | | | |
| –0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.017* | 0.0 | 0.0 | 0.0 | 17.0 | 0.0 | 0.0 |
| 0.033* | 30.0 | 0.0 | 0.0 | 64.0 | 0.0 | 0.0 |
| 0.050* | 34.0 | 0.8 | 0.0 | 130.0 | 1.2 | 0.7 |
| 0.067* | 38.0 | 1.8 | 0.7 | 174.0 | 3.4 | 1.4 |
| 0.083* | 49.0 | 1.8 | 1.4 | 210.0 | 6.6 | 2.6 |
| 0.100* | 56.0 | 2.4 | 2.0 | 267.0 | 7.9 | 4.8 |
| 0.117* | 61.0 | 2.7 | 2.9 | 247.0 | 10.0 | 7.2 |
| 0.134* | 77.0 | 2.9 | 3.8 | 260.0 | 11.0 | 11.0 |
| 0.150* | 73.0 | 3.5 | 5.1 | 261.0 | 12.0 | 17.0 |
| 0.167* | 78.0 | 4.4 | 5.6 | 233.0 | 14.0 | 24.0 |
| 0.200 | 69.0 | 3.6 | 8.1 | 193.0 | 14.0 | 34.0 |
| 0.250 | 58.0 | 5.7 | 10.0 | 155.0 | 16.0 | 42.0 |
| 0.300 | 35.0 | 5.4 | 12.0 | 145.0 | 13.0 | 54.0 |
| 0.375 | 25.0 | 5.4 | 15.0 | 70.0 | 16.0 | 68.0 |
| 0.542 | 15.0 | 4.9 | 17.0 | 51.0 | 11.0 | 78.0 |
| 0.792 | 7.8 | 3.8 | 20.0 | 26.0 | 9.4 | 86.0 |
| 1.210 | 5.8 | 2.6 | 21.0 | 17.0 | 7.4 | 94.0 |
| 1.710 | 3.0 | 2.2 | 20.0 | 11.0 | 5.8 | 96.0 |
| 2.210 | 2.3 | 1.8 | 21.0 | 7.2 | 3.4 | 101.0 |
| 2.500 | 1.7 | 1.4 | 23.0 | 4.2 | 3.6 | 82.0 |
| 3.000 | 1.0 | 1.4 | 21.0 | 3.0 | 3.2 | 98.0 |
| 4.0 | 0.0 | 1.0 | 19.0 | 2.0 | 1.4 | 84.0 |
| 6.0 | 0.0 | 0.7 | 14.0 | 0.6 | 0.0 | 64.0 |
| 12.0 | 0.0 | 0.7 | 10.0 | 0.0 | 0.0 | 38.0 |
| 24.0 | 0.0 | 0.0 | 7.7 | 0.0 | 0.0 | 27.0 |
| 27.0 | 0.0 | 0.0 | 5.1 | 0.0 | 0.0 | 30.0 |
| 30.0 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 19.0 |
| 36.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 17.0 |
| 48.0 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 12.0 |
| 54.0 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 7.2 |
| 60.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 8.0 |
| 72.0 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 5.2 |
| 168.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 |

* Smoking period
† No value reported

**Table I (continued). Plasma THC, 11-OH-THC, and THCCOOH Concentrations (ng/mL) During and After Smoking a Single Marijuana Cigarette**

| Time (h) | 1.75% THC | | | 3.55% THC | | |
|---|---|---|---|---|---|---|
| | THC | 11-OH-THC | THC-COOH | THC | 11-OH-THC | THC-COOH |
| | | | Subject H | | | |
| –0.500 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 |
| 0.017* | 14.0 | 0.0 | 1.1 | 37.0 | 0.0 | 1.0 |
| 0.033* | 36.0 | 1.0 | 1.1 | 63.0 | 0.0 | 1.3 |
| 0.050* | 42.0 | 1.1 | 1.3 | 70.0 | 0.0 | 1.8 |
| 0.067* | 55.0 | 2.2 | 1.6 | 85.0 | 0.0 | 2.8 |
| 0.083* | 61.0 | 2.8 | 2.2 | 102.0 | 1.3 | 4.1 |
| 0.100* | 68.0 | 5.6 | 4.6 | 83.0 | 1.4 | 5.9 |
| 0.117* | 70.0 | 5.8 | 3.1 | 82.0 | 3.7 | 8.2 |
| 0.134* | 77.0 | 5.5 | 6.6 | 80.0 | 3.2 | 11.0 |
| 0.150* | 67.0 | 5.7 | 8.1 | 77.0 | 4.0 | 13.0 |
| 0.167* | 71.0 | 7.4 | 8.3 | 74.0 | 3.8 | 17.0 |
| 0.200 | 74.0 | 6.7 | 11.0 | 56.0 | 5.6 | 20.0 |
| 0.250 | 52.0 | 8.4 | 17.0 | 54.0 | 4.8 | 21.0 |
| 0.300 | 42.0 | 5.8 | 21.0 | 41.0 | 4.8 | 35.0 |
| 0.375 | 35.0 | 5.7 | 24.0 | 42.0 | 3.9 | 42.0 |
| 0.542 | 26.0 | 5.4 | 32.0 | 32.0 | 4.0 | 62.0 |
| 0.792 | 13.0 | 3.8 | 42.0 | 18.0 | 3.8 | 64.0 |
| 1.210 | 9.0 | 2.5 | 44.0 | 12.0 | 3.2 | 71.0 |
| 1.710 | 4.5 | 2.4 | 50.0 | 10.0 | 3.6 | 85.0 |
| 2.210 | 4.0 | 1.8 | 43.0 | 6.0 | 3.5 | 80.0 |
| 2.500 | 2.6 | 1.8 | 49.0 | 4.6 | 2.4 | 76.0 |
| 3.000 | 0.8 | 2.2 | 41.0 | 3.8 | 2.4 | 73.0 |
| 4.0 | 1.0 | 0.9 | 54.0 | 1.9 | 1.7 | 58.0 |
| 6.0 | 0.0 | 0.5 | 28.0 | 0.9 | 1.2 | 42.0 |
| 12.0 | 0.7 | 0.5 | 16.0 | 0.5 | 1.0 | 26.0 |
| 24.0 | 0.0 | 0.0 | 9.0 | 0.0 | 0.0 | 11.0 |
| 27.0 | 0.0 | 0.0 | 5.8 | 0.0 | 0.0 | 8.8 |
| 30.0 | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 7.6 |
| 36.0 | 0.0 | 0.0 | 5.1 | 0.0 | 0.0 | 8.3 |
| 48.0 | 0.0 | 0.0 | 5.1 | 0.0 | 0.0 | 3.9 |
| 54.0 | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 2.8 |
| 60.0 | 0.0 | 0.0 | 2.4 | 0.0 | 0.0 | 2.1 |
| 72.0 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 1.9 |
| 168.0 | 0.0 | 0.0 | 0.9 | 0.0 | 0.0 | 1.8 |

* Smoking period
† No value reported

Journal of Analytical Toxicology, Vol. 16, September/October 1992

**Table II. Mean Plasma Concentrations and Mean Times of Appearance and Disappearance of Cannabinoids During and After Smoking Marijuana**

| Dose (% THC) | Analyte | Peak concentration (ng/mL) | Time to peak concentration* (h) | Detection time† (h) | Concentration after first puff (ng/mL) |
|---|---|---|---|---|---|
| 1.75 | THC | 84.3 (50–129) | 0.14 (0.10–0.17) | 7.2 (3–12) | 7.0 (0–20) |
| 3.55 | THC | 162.2 (76–267) | 0.14 (0.08–0.17) | 12.5 (6–27) | 18.1 (1.8–37.0) |
| 1.75 | 11-OH-THC | 6.7 (3.3–10.4) | 0.25 (0.15–0.38) | 4.5 (0.54–12) | 0.2 (0–1.2) |
| 3.55 | 11-OH-THC | 7.5 (3.8–16.0) | 0.20 (0.15–0.25) | 11.2 (2.2–27) | Not detected |
| 1.75 | THCCOOH | 24.5 (15–54) | 2.43 (0.8–4.0) | 84.0 (48–168) | 0.2 (0–1.1) |
| 3.55 | THCCOOH | 54.0 (22–101) | 1.35 (0.54–2.21) | 152.0 (72–168) | 0.2 (0–1.0) |

*Time to peak concentration is expressed as mean time interval (h) from beginning of smoking to appearance of peak concentration.
†Detection time (h) is expressed as mean time interval (h) from beginning of smoking to time of last detectable drug concentration (> 0.5 ng/mL).



Figure 1. Plasma levels of (a) mean THC, (b) mean 11-OH-THC, (c) mean THCCOOH, and (d) individual THC levels for six subjects during and after smoking a single marijuana cigarette (1.75 or 3.55% THC). The paced smoking protocol consisted of eight evenly spaced inhalations (2-second puff and 10-second hold period) during an 11.2-min time period.

THC), respectively (Figure 1b). The areas under the curves from 0 to 168 h were 7.0 and 14.7 ng-h/mL for the low and high doses, respectively. 11-OH-THC levels decreased gradually with mean detection periods of 4.5 h and 11.2 h after the two doses. In most, but not all cases, the 11-OH-THC concentrations dissipated earlier than concurrent THC levels.

THCCOOH concentrations in plasma increased slowly and plateaued for an extended period of time. This inactive metabolite was detected in only one subject after the first cigarette puff and was not detectable in all subjects' plasma until 8 min after the start of marijuana smoking. Peak levels were consistently lower than peak THC levels but were higher than 11-OH-THC peak concentrations. Because of the plateau effect, time to peak levels varied from 32 to 240 min, but absolute differences in plasma concentrations during this time were minimal. Peak THCCOOH concentrations were 24.5 ng/mL (range of 15 to 54 ng/mL) and 54.0 ng/mL (range of 22 to 101 ng/mL) after the low and high dose marijuana

cigarettes, respectively (Figure 1c). The area under the curves reflected a dose–response relationship with areas of 401.4 and 1146.5 ng-h/mL. Following smoking of a 1.75% THC marijuana cigarette, THCCOOH was detected from 48 to 168 h, with a mean of 84 h. Detection times ranged from 72 to 168 h with a mean of 152 h following smoking of the 3.55% THC marijuana cigarette.

Overall, mean peak THC levels were approximately three times greater than mean peak THCCOOH levels and 20 times greater than 11-OH-THC concentrations (Figure 2). Times to peak concentrations of THC and 11-OH-THC were rapid, with short time courses of detection. A different profile and time course of detection for THCCOOH was evident. THC levels fell steadily while THCCOOH levels were increasing. THCCOOH levels reached a plateau within the first hour and remained elevated for 2–4 h, after which they slowly declined to the level of sensitivity of the assay (LOD = 0.5 ng/mL) over a period of 168 h.

## Discussion

Integration of physiologic, behavioral, and biochemical effects with simultaneously obtained drug levels is important to our understanding of the pharmacodynamic effects of abused drugs. Description of the absorption of THC and formation of metabolites provides insight into the reasons for onset and duration of marijuana's effects. Effects of marijuana and other smoked drugs must be evaluated in terms of concurrent drug levels because of the inability to deliver a specified dose by the smoking route. Characterization of the time course of detection of THC and metabolites under controlled clinical conditions provides needed information to investigators of marijuana's behavioral effects and to forensic scientists who must interpret cannabinoid blood levels.

THC was detected in plasma immediately after the first inhalation of marijuana smoke, attesting to the efficient absorption of THC from the lungs. THC levels rose rapidly and peaked prior to the end of smoking. Collection of blood samples during this rapidly changing phase was facilitated through the use of a continuous blood withdrawal device for collection of sequential

Journal of Analytical Toxicology, Vol. 16, September/October 1992



**Figure 2.** Mean plasma levels of THC, 11-OH-THC, and THCCOOH during and after smoking a single 3.55% THC marijuana cigarette.

blood samples. Perez-Reyes et al. (8,9) first noted that peak THC concentrations occurred during smoking but could not discount the possibility that the observed peaks were caused by artifacts of the sampling process. The methodology used in the current study eliminated the possibility of sampling artifacts and clearly established that peak THC levels were achieved while smoking. Mean peak THC levels of 84.3 and 162.2 ng/mL were observed after smoking a single marijuana cigarette (1.75 or 3.55% THC). These are in general agreement with reported peak THC levels of 94.3, 107.4, and 155.1 ng/mL after smoking a single 1.32, 1.97, or 2.54% THC marijuana cigarette, respectively (8). In another study (9), THC measurements during smoking of a 1% THC marijuana cigarette yielded a mean peak concentration in male subjects of approximately 120 ng/mL. Ohlsson et al. (10) reported a 77-ng/mL mean peak THC level 3 min after smoking. The marijuana cigarettes in this latter study contained approximately 13 mg of THC (approximately 2% THC).

Forensic scientists are frequently requested to estimate the time of marijuana exposure based upon individual cannabinoid blood level determinations. Establishment of a meaningful threshold concentration or range of THC concentrations that are likely to be found at specified times after smoking would facilitate interpretation. In the present study, plasma THC ranges of 8–50 ng/mL, 3–20 ng/mL, 1–8 ng/mL, and 0–2.5 ng/mL were observed at 0.5, 1, 2, and 4 h after smoking, respectively. These data are in general agreement with other reports of THC plasma levels after smoking (8–13). Unfortunately, these ranges are broad and overlapping, thus reducing their applicability for interpretation of blood level data. Also, other reported data do not fit these ranges. THC ranges of 36 to 177 ng/mL after 30 min and 14 to 69 ng/mL after 60 min were reported following the smoking of two marijuana cigarettes containing a total of 150 µg/kg of THC (14). Their findings suggested that a plasma THC threshold greater than 2–3 ng/mL was the best indicator of recent marijuana use, i.e., within the previous 6 h. Data from the present study supports use of a 2–3 ng/mL THC threshold as an indicator of recent marijuana exposure. THC levels at 6 h post smoking

ranged from 0.0 to 0.7 ng/mL and from 0.6 to 1.0 ng/mL following the smoking of the low and high dose marijuana cigarettes, respectively. However, it is evident that additional studies are needed to determine the efficacy of a THC threshold to predict time of use under different exposure conditions, e.g., higher doses, ingestion of marijuana, and chronic usage.

The establishment of detection times of THC in blood also may be useful in interpretation of forensic samples. In the present study, THC was detected in the plasma of six subjects by GC/MS (LOD = 0.5 ng/mL) for 3 to 12 h and 6 to 27 h after the low and high dose marijuana cigarettes, respectively. Mean detection times were 7.2 and 12.5 h. A mean detection time of 4.8 h (range of 3.5 to 5.5 h) was reported by McBurney et al. (14) with subjects who smoked two marijuana cigarettes containing a total of 150 µg/kg THC (GC/MS LOD = 0.8 ng/mL THC). In another study (15), a detection time of 13 days was reported for deuterated THC in the blood of chronic marijuana users who smoked four deuterium-labeled THC cigarettes (GC/MS LOD = 0.02 ng/mL for THC). This latter study demonstrated that THC is excreted at low levels for an extended period of time, likely as a result of release of drug from deep tissue storage compartments, i.e., fat tissue. The terminal half-life of THC was determined to be approximately 4.1 days.

Few studies have included 11-OH-THC measurements in marijuana smoking experiments. McBurney et al. (14) reported peak 11-OH-THC levels of 7.4 to 40.7 ng/mL (mean of 18.9 ng/mL) 50 min after smoking and found a mean detection time of 8 h (GC/MS LOD = 0.8 ng/mL). Quantitative levels were based on external rather than internal standardization techniques. These levels were higher than those reported in other studies following the smoking route (4) and possibly could be explained by differences in recovery efficiency. In the present study, peak 11-OH-THC levels of 6.7 and 7.5 ng/mL were observed after smoking a low or high dose cigarette. Immediately after smoking, the [11-OH-THC]/[THC] plasma ratio was low but increased over time because of a more gradual decrease in 11-OH-THC concentration. Mean detection times of 4.5 and 11.2 h after the low and high doses were slightly shorter than corresponding THC detection periods. Longer detection times for 11-OH-THC could possibly occur if marijuana were ingested rather than smoked. Substantially greater amounts of 11-OH-THC have been reported to be produced following marijuana ingestion (4).

THCCOOH levels in plasma gradually increased after marijuana smoking and peaked between 0.54 and 4 h (mean of 1.9 h). The current findings are in agreement with previously reported time to peak concentrations of THCCOOH, which ranged from 0.7 to 3.5 h (mean of 1.6 h). In contrast, time to peak THCCOOH levels have been reported as early as 0.3 h after the start of marijuana smoking (8). Other suggestions for interpretation of blood THCCOOH levels have been made. It has been proposed that approximately equal amounts of THCCOOH and THC in blood are indicative of recent drug exposure (16). In the present study, THCCOOH and THC concentrations were nearly equal at 0.5 h after smoking (range of 0.3 to 0.8 h) because of simultaneous increases in THCCOOH and decreases in THC. Similar findings were reported by Perez-Reyes et al. (8); however, McBurney et al. (14) reported generally higher THC levels than THCCOOH levels for approximately 2 h after smoking (range of 0.4 to 4 h).

Wide interindividual variations were noted in plasma THC levels despite a paced smoking protocol to control dose. These variations diminish the usefulness of ranges of THC concentrations in the prediction of time of marijuana exposure based on

Journal of Analytical Toxicology, Vol. 16, September/October 1992

single blood THC determinations. Other approaches to forensic interpretation of THC and metabolite levels such as use of threshold limits or metabolite/parent ratios may prove more fruitful for the estimation of time of marijuana exposure.

The smoking route provides an efficient and rapid means of drug delivery to the brain. This study demonstrated for the first time that THC was present in blood after the first puff of marijuana smoke and peaked soon thereafter. Increased awareness is needed regarding the risks of even minimal exposure to smoked marijuana.

## Acknowledgments

We gratefully acknowledge the support of Dakmed Corporation, Buffalo, New York, for use of the Ambulatory Withdrawal Pump and the Center for Human Toxicology for performing plasma analysis for THC, 11-OH-THC, and THCCOOH.

## References

1. N. Benowitz. In *Research Findings on Smoking of Abused Substances.* NIDA Research Monograph 99. C.N. Chiang and R.L. Hawks, Eds., Washington, D.C., 1990, pp. 12–29.

2. L. Lemberger, R.E. Crabtree, and H.M. Rowe. 11-Hydroxy-$\Delta^9$-tetrahydrocannabinol: Pharmacology, disposition, and metabolism of a major metabolite of marihuana in man. *Science* 177: 62–64 (1970).

3. S. Agurell, M. Halldin, J-E. Lindgren, A. Ohlsson, M. Widman, H. Gillespie, and L. Hollister. Pharmacokinetics and metabolism of $\Delta$-1-tetrahydrocannabinol and other cannabinoids with emphasis on man. *Pharmacological Rev.* 38: 21–43 (1986).

4. M.E. Wall and M. Perez-Reyes. The metabolism of $\Delta^9$-tetrahydrocannabinol and related cannabinoids in man. *J. Clin. Pharmacol.* 21: 178S–189S (1981).

5. M.E. Wall, B.M. Sadler, D. Brine, H. Taylor, and M. Perez-Reyes. Metabolism, disposition and kinetics of delta-9-tetrahydro-

6. cannabinol in men and women. *Clin. Pharmacol. Ther.* 34: 352–63 (1983).

6. E.R. Garrett and C.A. Hunt. Pharmacokinetics of $\Delta$-9-tetrahydrocannabinol in dogs. *J. Pharm. Sci.* 66: 395–407 (1977).

7. R.L. Foltz, K.M. McGinnis, and D.M. Chinn. Quantitative measurement of $\Delta^9$-tetrahydrocannabinol and two major metabolites in physiological specimens using capillary column gas chromatography negative ion chemical ionization mass spectrometry. *Biomed. Mass Spectrom.* 10: 316–23 (1983).

8. M. Perez-Reyes, S. DiGuiseppi, K.H. Davis, V. Schindler, and C.E. Cook. Comparison of effects of marihuana cigarettes of three different potencies. *Clin. Pharmacol. Ther.* 31: 617–24 (1982).

9. M. Perez-Reyes, S.M. Owens, and S. Di Guiseppi. The clinical pharmacology and dynamics of marihuana cigarette smoking. *J. Clin. Pharmacol.* 21: 201S–207S (1981).

10. A. Ohlsson, J.E. Lindgren, A. Wahlen, S. Agurell, L.E. Hollister, and H.K. Gillespie. Plasma delta-9-tetrahydrocannabinol concentrations and clinical effects after oral and intravenous administration and smoking. *Clin. Pharm. Ther.* 28: 409–16 (1980).

11. J.L. Valentine, P.J. Bryant, P.L. Gutshall, O.H.M. Gan, P.D. Lovegreen, E.D. Thompson, and H.C. Niu. High-pressure liquid chromatographic–mass spectrometric determination of $\Delta^9$-tetrahydrocannabinol in human plasma following marijuana smoking. *J. Pharm. Sci.* 66: 1263–66 (1977).

12. S. Agurell, S. Levander, M. Binder, A. Bader-Bartfai, B. Gustafsson, K. Leander, J.E. Lindgren, A. Ohlsson, and B. Tobisson. In *The Pharmacology of Marihuana,* M.C. Braude and S. Szara, Eds., Raven, New York, 1976, pp. 49–61.

13. J.E. Lindgren, A. Ohlsson, S. Agurell, L. Hollister, and H. Gillespie. Clinical effects and plasma levels of $\Delta^9$-Tetrahydrocannabinol ($\Delta^9$-THC) in heavy and light users of cannabis. *Psychopharmacol.* 74: 208–12 (1981).

14. L.J. McBurney, B.A. Bobbie, and L.A. Sepp. GC/MS and EMIT analysis for $\Delta^9$-tetrahydrocannabinol metabolites in plasma and urine of human subjects. *J. Anal. Toxicol.* 10: 56–64 (1986).

15. E. Johansson, S. Agurell, L. Hollister, and M. Halldin. Prolonged apparent half-life of $\Delta^9$-tetrahydrocannabinol in plasma of chronic marijuana users. *J. Pharm. Pharmacol.* 40: 374–75 (1987).

16. R.L. Hawks, Ed. In *Analysis of Cannabinoids,* NIDA Research Monograph 42 Washington, D.C., 1982, pp. 125–37.

Manuscript received January 31, 1992;
revision received May 21, 1992.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

# Blood Cannabinoids. II. Models for the Prediction of Time of Marijuana Exposure from Plasma Concentrations of Δ9-Tetrahydrocannabinol (THC) and 11-nor-9-carboxy-Δ9-tetrahydrocannabinol (THCCOOH)

**Marilyn A. Huestis, Jack E. Henningfield, and Edward J. Cone***
*Addiction Research Center, NIDA, P.O. Box 5180, Baltimore, MD 21224*

EXHIBIT
tabbies
6

### Abstract

Two mathematical models are described for the prediction of time of marijuana use from the analysis of a single plasma sample for cannabinoids. The models were derived from cannabinoid data obtained from a controlled clinical study of acute marijuana smoking. Model I was based on plasma Δ9-tetrahydrocannabinol (THC) concentrations and Model II was based on the ratio of 11-nor-9-carboxy-Δ9-tetrahydrocannabinol (THCCOOH) to THC in plasma. The two models were validated with cannabinoid data from nine published and unpublished clinical studies. The data included plasma samples obtained from infrequent and frequent marijuana smokers and after oral marijuana administration. Cannabinoid plasma concentrations had been determined by a variety of analytical methods. The accuracy of model prediction was evaluated by comparison of the predicted time of prior drug use to the actual time of exposure. Predictions of time of exposure were generally accurate but tended to overestimate time immediately after smoking and tended to underestimate later times. A second assessment of the validity of the models was made by determining if actual time of use was within the 95% confidence interval. Model I correctly predicted the time of exposure within the 95% confidence interval for 235 of 261 samples (90.0%), and Model II was correct in 232 of 260 samples (89.2%). These prediction models may be beneficial to forensic scientists in the interpretation of cannabinoid plasma levels.

## Introduction

Forensic scientists receive frequent requests to interpret the significance of cannabinoid concentrations in blood samples from individuals involved in accidents, criminal investigations, and traffic violations. Relevant facts, such as the amount of drug used, route of administration, and history of use generally are unknown. Accurate prediction of the time of marijuana exposure would provide valuable information in establishing the role of marijuana as a contributing factor to events under investigation. Individual drug levels and ratios of cannabinoid metabolite to parent drug concentration have been suggested as potentially useful indicators of recent drug use [1–3]. There also have been attempts to identify analytes with short time courses of detection as markers of recent exposure [4,5]. Generally, these attempts to predict the time of marijuana exposure have not been effective. Development of predictive models for the time of marijuana use is complicated by a number of complex factors. First, several cannabinoids are present in blood after marijuana exposure and their relative concentrations change over time. Second, the time course of appearance and disappearance of THC and metabolites change with the route of administration. Third, accumulation of THC and THCCOOH during frequent marijuana use can occur. Fourth, different analytical techniques have been employed for cannabinoid measurements, with each assay displaying a somewhat different pattern of sensitivity and specificity toward individual cannabinoid analytes.

During marijuana smoking, Δ9-tetrahydrocannabinol (THC), the major psychoactive component of marijuana, appears rapidly in blood with peak concentration noted near the end of smoking. THC has several distribution phases. There is an initial distribution phase to highly perfused tissues accompanied by a rapid decrease in plasma levels. A second distribution phase occurs that contributes to the accumulation of THC in poorly perfused tissues. The latter phase is characterized by a gradual decrease in plasma THC levels. The onset of metabolism of THC to the active metabolite, 11-hydroxy-Δ9-tetrahydrocannabinol (11-OH-THC), and inactive metabolite, 11-nor-9-carboxy-Δ9-tetrahydrocannabinol (THCCOOH), occurs within minutes of the initiation of marijuana smoking [6]. As distribution and metabolism proceed, THC levels decline while THCCOOH levels increase. During the latter stages of elimination, THCCOOH may be substantially higher than THC levels. However, both analytes have long terminal elimination half-lives. In frequent smokers, residual levels of THC and THCCOOH have been measured for extended periods of time after cessation of drug use [7]. Following oral marijuana administration, absorption is slower and the appearance of THC is delayed. In addition, lower concentrations of THC develop after oral administration compared to the smoking route [8].

The goal of this study was the development of a mathematical model for the prediction of the time of marijuana exposure based on plasma levels of THCCOOH and/or THC. Two models were derived from cannabinoid data obtained from a controlled clinical study of marijuana smoking [6]. One model was based on plasma

*Author to whom correspondence should be addressed.

Reproduction (photocopying) of editorial content of this journal is prohibited without publisher's permission.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

THC concentrations and the second model utilized plasma THC-COOH/THC ratios. Corresponding confidence intervals were derived for future predictions at the 95% confidence level. The models were validated with cannabinoid data obtained from marijuana users in the nine clinical studies. Accuracies of the models in the prediction of the time of marijuana use were evaluated by comparison of the actual time of use to the predicted time of exposure and to the 95% confidence interval. Strengths and weaknesses of each model in the estimation of elapsed time of use after marijuana exposure in forensic plasma samples are described.

## Methods

### Development of mathematical models

Two equations were derived which described the relationships between THCCOOH and/or THC plasma concentrations of marijuana users and the time of drug exposure. Model I described the relationship between plasma THC concentrations and elapsed time after marijuana use. In a similar manner, Model II described the relationship between plasma THCCOOH/THC ratios and elapsed time. The cannabinoid data used in the analyses were obtained from a controlled clinical study of marijuana smoking (6). Plasma THC and THCCOOH concentrations were measured by negative chemical ionization GC/MS (3) following the smoking of a 1.75 or 3.55% THC cigarette. Briefly, six male subjects with a history of marijuana use smoked a single marijuana cigarette in a paced smoking protocol; frequent blood sampling occurred during and after smoking. Blood levels obtained during the 10-minute smoking period were not included in data analysis.

Model I was derived by plotting the log of THC plasma concentrations versus the log of the time elapsed after marijuana use (Eq. 1). Linear regression analysis provided estimates of the slope and intercept.

$$\text{Log } T = m * \log [\text{THC}] + b \qquad \text{Eq. 1}$$

where $T$ = predicted elapsed time (hours) after marijuana use, $m$ = slope, [THC] = THC plasma concentrations (ng/mL), and $b$ = intercept. The 95% confidence interval (9) for the log of the predicted time of use for Model I was determined as follows:

$$CI = \text{Log } T \pm t_s \sqrt{\text{MS}(1 + 1/N + x_i^2 / \sum_{i=1}^{N} x^2)} \qquad \text{Eq. 2}$$

where $CI$ = 95% confidence interval, $T$ = predicted elapsed time (hours) after marijuana use, $t$ = Student's $t$-distribution, MS = mean square error, $N$ = number of data points included in Model I, and $x$ = log [THC] - mean log [THC].

Model II was developed in a similar manner, by plotting the log of the THCCOOH/THC ratio of plasma concentrations versus the log of the time elapsed after marijuana exposure (Eq. 3).

$$\text{Log } T = m * \log [\text{THCCOOH}]/[\text{THC}] + b \qquad \text{Eq. 3}$$

where $T$ = predicted elapsed time (hours) after marijuana use, $m$ = slope, [THCCOOH]/[THC] = THCCOOH/THC plasma ratio, and $b$ = intercept. The 95% confidence interval for the log of the predicted time of use for Model II was determined as follows:

$$CI = \text{Log } T \pm t_s \sqrt{\text{MS}(1 + 1/N + x_i^2 / \sum_{i=1}^{N} x^2)} \qquad \text{Eq. 4}$$

where $CI$ = 95% confidence interval, $T$ = predicted elapsed time

(hours) after marijuana use, $t$ = Student's $t$-distribution, MS = mean square error, $N$ = number of data points included in Model II, and $x$ = log [THCCOOH/THC] − mean log [THC-COOH/THC].

### Evaluation of model accuracy

Accuracy of the mathematical models was evaluated by two different methods. The first approach determined the absolute time error by subtracting the actual elapsed time after marijuana exposure from the predicted elapsed time. The absolute time error of the prediction was calculated as follows:

$$TE = |T - T_a| \qquad \text{Eq. 5}$$

where TE = absolute time error, $T$ = predicted elapsed time (hours) after marijuana use, and $T_a$ = actual elapsed time (hours) after marijuana use. Mean absolute time errors were determined for the following time intervals after marijuana use: 0 − 0.50, 0.51 − 1.0, 1.1 − 2.0, 2.1 − 4.0, and 4.1 − 8.0 hours.

The second method utilized for evaluation of the accuracy of Models I and II compared the actual time of exposure to the 95% confidence interval of the predicted time of use. Predictions were considered to be accurate if the actual times of marijuana exposure were within the estimated confidence intervals. Equations 1 and 3 were used to predict the time of marijuana use from the corresponding plasma data. Equations 2 and 4 were used to calculate the 95% confidence intervals associated with the predicted times of use.

The accuracies of Models I and II were assessed with cannabinoid data collected in nine marijuana studies (Table I). These studies represented a variety of marijuana exposure conditions and included smoking and oral routes of administration. The assays encompassed a range of analytical methods, including radioimmunoassays (RIA) of varying specificities (2, 10–14, 17), high performance liquid chromatography separations combined with RIA (5), gas chromatography/mass spectrometry (GC/MS) with internal standardization (15,16), and GC/MS without internal standardization (4).

Only plasma levels greater than or equal to 2.0 ng/mL THC were included in the evaluations of model accuracy. Several factors influenced the decision to limit model application to THC concentrations greater than 2.0 ng/mL, including the presence of low THC concentrations found during the absorption phase after marijuana ingestion, residual THC concentrations noted after frequent marijuana use, and decreased assay precision at THC concentrations less than 2.0 ng/mL.

## Results

### Derivation of Model I

Analysis of cannabinoid plasma data obtained from a controlled clinical study of marijuana smoking (6) demonstrated that THC concentrations were highly correlated ($r$ = 0.949) with time of exposure (Figure 1a). This analysis included plasma samples collected over a period of 0–12 h after marijuana smoking. Linear regression analysis of this data provided the following numerical equation for Model I:

$$\text{Log } T = -0.698 \log [\text{THC}] + 0.687 \qquad \text{Eq. 6}$$

The corresponding 95% confidence interval ($CI$) determined for Model I was as follows:

Journal of Analytical Toxicology, Vol. 16, September/October 1992

$$CI = \text{Log } T \pm 1.975\sqrt{0.030(1.006 + ((\log [\text{THC}] - 0.996)^2 / 89.937))}$$
Eq. 7

### Derivation of Model II

THCCOOH/THC ratios from the cannabinoid plasma data also correlated ($r = 0.919$) with the elapsed time after drug use (Figure 1b). Linear regression analysis provided the following equation:

$$\text{Log } T = (0.576 \cdot \log [\text{THCCOOH}]/[\text{THC}]) - 0.176$$
Eq. 8

The corresponding 95% confidence interval (CI) determined for Model II was as follows:

$$CI = \text{Log } T \pm 1.975 \times$$
$$\sqrt{0.045(1.006 + ((\log [\text{THCCOOH}])/[\text{THC}] - 0.283)^2 / 123.420))}$$
Eq. 9

### Determination of confidence intervals at predicted times of marijuana usage

The 95% confidence intervals for Models I and II at selected times after marijuana use were determined by Equations 7 and 9, respectively, as shown in Table II. Intervals increased with elapsed time after exposure and were asymmetric about the predicted time of use. The increasing intervals and asymmetry occurred as a result of the logarithmic relationship between elapsed time and analyte concentration (or ratio).

### Validation of Models I and II with clinical data

Models I and II were evaluated for accuracy in the prediction of time of marijuana usage with cannabinoid plasma data from nine clinical studies. Both models were assessed for accuracy with Eq. 5. The absolute time errors in the prediction of time of marijuana exposure are summarized by time intervals in Table III. The second method utilized for evaluation of the accuracy of Models I and II compared the actual time of exposure to the 95% confidence interval of the predicted time of use (Figure 2 and 3).

### Prediction accuracy in infrequent marijuana smokers

Cannabinoid plasma data was available for 29 infrequent marijuana smokers from four independent clinical studies [Studies #1 (11, 13,14), #2 (15,16), #4 (10), and #6 (17)]. Plasma levels were measured in these studies by different analytical techniques, including RIA and GC/MS, as described in Table I. Subjects in the four studies smoked a single marijuana cigarette containing THC in amounts ranging from 2 to 23 mg. Individual smoking patterns were not controlled. Samples were collected in some studies for up to 14 days after smoking marijuana; however, THC levels declined below 2 ng/mL within 6 h in all subjects.

**Model I.** The mean absolute time error in 238 samples from infrequent marijuana smokers for the 0–8.0 h period after smoking was 0.45 h (Table III). Mean error increased with time after drug exposure, and was largest in the 4.1–8.0 hour period. The time of exposure generally was overestimated during the first hour after smoking in this population (Figure 2a). Thereafter, Model I tended

### Table I. Clinical Marijuana Studies for Validation of Models I and II

| Study (Ref.) | Population | Dose (THC) | Route | Method | Subjects | N | Sampling period |
|---|---|---|---|---|---|---|---|
| Study 1 (11,13,14) | infrequent users | 1 cigarette, 37.5 or 75 µg/kg | smoke | RIA | 12 | 178 | 0–2 h |
| Study 2* (15,16) | infrequent users | 1 cigarette, 18 mg | smoke | GC/MS | 5 | 9 | 0–14 days |
| Study 3* (15,16) | frequent users | 1 cigarette, 18 mg | smoke | GC/MS | 5 | 10 | 0–14 days |
| Study 4* (10) | infrequent users | 1 cigarette, 1.32, 1.97, or 2.54% | smoke | RIA | 6 | 33 | 0–6 h |
| Study 5 (1) | naive subjects | 20 mg | oral | HPLC/RIA | 4 | 13 | 0–72 h |
| Study 6 (17) | infrequent users | 1 cigarette, 2.54% | smoke | RIA | 6 | 18 | 0–5.25 h |
| Study 7 (4) | infrequent users | 2 cigarettes, 150 µg/kg | smoke | GC/MS | 10 | 84 | 0–5 h |
| Study 8*† (2) | frequent users | 1 cigarette, 19.8 mg | smoke | RIA | 45 | 4 | approx. 0–4 h |
| Study 9 (12) | infrequent, frequent users | 1 cigarette, 200 µg/kg | smoke | RIA | 4 | 4 | 0–3 h |

\* Mean data only
† Ratios and actual times of use were estimated from reference 2.



**a) Model I**
Log Hrs = -0.698 · Log THC + 0.687
N = 168    r = 0.949

Hours — THC, ng/mL

**b) Model II**
Log Hrs = 0.576 · Log THCCOOH/THC - 0.176
N = 168    r = 0.919

THCCOOH/THC

Figure 1. Mathematical models for the prediction of time of marijuana exposure based on cannabinoid plasma levels: (a) Model I was derived from linear regression analysis of plasma THC levels vs. elapsed time after marijuana smoking; (b) Model II was derived from linear regression analysis of plasma THCCOOH/THC ratios vs. elapsed time after marijuana smoking. Plasma data were obtained from a controlled clinical study of acute marijuana use and analyzed by GC/MS (6). Dotted lines represent 95% confidence intervals.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

to underestimate time of exposure. Accuracy also was assessed by comparison of actual elapsed time after marijuana administration with the 95% confidence interval (Eq. 7). The actual times of exposure for 221 (92.8%) cannabinoid plasma samples were within the corresponding confidence interval of Model 1 (Figure 2a). Exposure times of 17 samples were outside the estimated confidence interval.

*Model II.* The mean absolute time error in 233 samples from infrequent marijuana smokers for the 0–8.0 h period after smoking was 0.51 h (Table III). Mean error increased with time after drug exposure and was largest in the 4.1–8.0 h period. The time of exposure generally was overestimated during the first hour after smoking in this population. Thereafter, Model II tended to underestimate time of exposure. The actual times of exposure for 209 (89.7%) cannabinoid plasma samples were within the confidence interval of Model II (Figure 3a). Exposure times of 24 samples were outside the confidence interval.

### Prediction accuracy in infrequent marijuana smokers in study #7

An additional clinical marijuana study was evaluated, but the findings were not comparable with those of the other studies. Therefore, these data were examined independently. Models I and II were tested with cannabinoid plasma data from 10 infrequent marijuana smokers [Study #7 (4)] who smoked two marijuana cigarettes containing 150 µg/kg THC over a period of 30 min. Individual smoking patterns were not controlled. Plasma samples were collected for up to five hours after smoking and were analyzed by GC/MS with external standardization.

*Model I.* The mean absolute time error in 84 samples for the 0–8.0 h period after smoking was 1.05 h (Table III). The mean error increased throughout the 0–8.0 h time period but reflected a consistent underestimation of the time of drug usage with Model 1 (Figure 2d). This systematic bias of the data appeared to have been due to the lack of internal standardization and/or the uncertainly in actual time of smoking. The actual times of exposure of only 33 (39.3%) cannabinoid plasma samples were within the 95% confidence interval of Model I (Figure 2d). Exposure times of 51 samples were outside the estimated confidence interval. All of the predicted times of usage were underestimated when compared to the actual times of drug exposure.

*Model II.* The mean absolute time error in 84 samples for the 0–8.0 h period after smoking was 1.31 h. A bias similar to that observed with Model I was apparent for Model II. The mean error increased throughout the 0–8.0 h time period, with a systematic bias in the data of 50 to 70% (Figure 3d). The actual times of exposure of only 30 (35.7%) cannabinoid plasma samples were within the 95% confidence interval of Model II (Figure 3d). Exposure times of 54 samples were outside the estimated confidence interval. Almost all of the predicted times of usage were underestimated, when compared to the actual times of drug exposure.

### Prediction accuracy in frequent marijuana smokers

Mean cannabinoid plasma data were available for 50 frequent marijuana smokers from two independent clinical studies [Studies #3 (15,16) and 8 (2)]. Plasma levels were measured in these studies by RIA and GC/MS, as described in Table I. Subjects in these studies smoked a single marijuana cigarette containing 18–19.8 mg THC. Individual smoking patterns were not controlled. Samples were collected up to 14 days after smoking marijuana in Study #3; however, THC levels declined below 2 ng/mL within 4 h. Plasma samples were collected up to 4 h after smoking in Study #8. However, only THCCOOH–THC ratios were reported; consequently, Model I could not be evaluated with data from Study #8.

*Model I.* The mean absolute time error in 10 samples from frequent smokers (Study #3) for the 0–8.0 h period after smoking was 0.17 h (Table III). The largest mean error (0.46 h) occurred in the 2.1–4.0 h interval. Model I was highly accurate for all samples in the prediction of time of marijuana exposure (Figure

### Table II. Confidence Intervals (95%) for Models I and II at Predicted Times of Marijuana Use

| Predicted elapsed time (h) | CI | |
|---|---|---|
| | Model I (h) | Model II (h) |
| 0.5 | 0.2–1.1 | 0.2–1.3 |
| 1.0 | 0.5–2.2 | 0.4–2.6 |
| 2.0 | 0.9–4.4 | 0.8–5.3 |
| 4.0 | 1.8–8.8 | 1.5–10.5 |
| 6.0 | 2.7–13.2 | 2.3–15.8 |
| 8.0 | 3.6–17.6 | 3.0–21.0 |

### Table III. Mean Absolute Time Error (h) in the Prediction of Time of Marijuana Use with Models I and II*

| Time Interval (h) | Infrequent smokers (Studies #1, 2, 4, & 6) | | Frequent smokers (Studies #3 & 8) | | Oral users (Study #5) | | Infrequent smokers (Study #7) | | Mean error† (h) |
|---|---|---|---|---|---|---|---|---|---|
| | N | Error | N | Error | N | Error | N | Error | |
| **Model I** | | | | | | | | | |
| 0–0.50 | 82 | 0.12 | 4 | 0.07 | – | – | – | – | 0.12 |
| 0.51–1.0 | 40 | 0.16 | 2 | 0.16 | 1 | 2.0 | 36 | 0.45 | 0.32 |
| 1.1–2.0 | 75 | 0.47 | 2 | 0.11 | 3 | 0.38 | 20 | 0.82 | 0.53 |
| 2.1–4.0 | 35 | 1.07 | 2 | 0.46 | 4 | 2.61 | 17 | 1.58 | 1.30 |
| 4.1–8.0 | 6 | 3.02 | – | – | 5 | 4.43 | 11 | 2.61 | 3.14 |
| **Mean error†** | | | | | | | | | |
| 0–8.0 | 238 | 0.45 | 10 | 0.17 | 13 | 2.75 | 84 | 1.05 | 0.68 |
| **Model II** | | | | | | | | | |
| 0–0.50 | 82 | 0.24 | 4 | 0.61 | – | – | – | – | 0.26 |
| 0.51–1.0 | 39 | 0.23 | 2 | 1.26 | 1 | 1.2 | 36 | 0.48 | 0.38 |
| 1.1–2.0 | 74 | 0.46 | 3 | 0.93 | 3 | 1.1 | 20 | 0.78 | 0.56 |
| 2.1–4.0 | 34 | 1.14 | 4 | 1.28 | 4 | 0.86 | 17 | 1.99 | 1.38 |
| 4.1–8.0 | 4 | 4.22 | 1 | 2.48 | 5 | 1.55 | 11 | 3.90 | 3.33 |
| **Mean error†** | | | | | | | | | |
| 0–8.0 | 233 | 0.51 | 14 | 1.10 | 13 | 1.21 | 84 | 1.31 | 0.75 |

* N represents the number of cannabinoid blood samples.
† Mean error represents average absolute time error (h) across all observations.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

2b). The actual times of exposure for 10 (100%) cannabinoid plasma samples were within the 95% confidence interval of Model I (Figure 2b).

*Model II.* The mean absolute time error in 14 samples from frequent smokers (Studies #3 and #8) for the 0–8.0 h period after smoking was 1.1 h (Table III). The largest mean error was observed in the 4.1–8.0 h time interval. Model II generally overestimated the time of marijuana exposure with samples from frequent smokers in Study #3 and underestimated the time of use with samples from Study #8 (Figure 3b). The actual times of exposure for 10 (71.4%) cannabinoid plasma samples were within the 95% confidence interval of Model II (Figure 3b). In the four cases that were outside the 95% confidence interval, the actual times of use were within 10 min of the lower confidence limit.

### Prediction accuracy in an oral marijuana study

Cannabinoid plasma data were evaluated for four marijuana-naive subjects who ingested 20 mg of THC [Study #5 (1)]. Plasma samples were collected for 72 h after ingestion and were analyzed by HPLC/RIA. THC concentrations declined below 2 ng/mL within 24 h in all subjects.

*Model I.* The mean absolute time error in 13 samples for the 0–8.0 h period after smoking was 2.75 h (Table III). Mean error

was variable and ranged from 0.38–4.43 h. Generally, the predicted time of marijuana use was underestimated with Model I (Figure 2c). The actual times of exposure of only five (38.5%) cannabinoid plasma samples were within the 95% confidence interval of Model I (Figure 2c). Exposure times of eight samples were outside the estimated confidence interval.

*Model II.* The mean absolute time error in 13 samples for the 0–8.0 h period after smoking was 1.21 h (Table III). The mean error ranged from 0.86–1.55 h during the 0–8.0 h time period. Actual times of use were evenly distributed above and below the predicted times of exposure (Figure 2c). The actual times of exposure of 13 (100.0%) cannabinoid plasma samples in the oral marijuana study were within the 95% confidence interval of Model II (Figure 2c). There were no exposure times outside the estimated confidence interval.

### Prediction accuracy in infrequent and frequent marijuana smokers Models I and II

Cannabinoid plasma data were evaluated for four infrequent and frequent marijuana smokers [Study #9 (12)] who smoked a single marijuana cigarette containing 200 μg/kg THC. Samples were collected within 3 h of drug administration, but actual sampling times were not specified. Samples were analyzed by RIA.

Model I and Model II accurately predicted that the time of drug use occurred within 3 h. Absolute time error could not be determined and comparison of actual time of use with the 95% confidence interval could not be performed.

### Overall prediction accuracy of Models I and II

The mean absolute time error for all clinical studies (Studies #1–8) was 0.68 h ($N = 345$) for Model I. The actual times of exposure of 269 of 345 (78.0%) cannabinoid plasma samples were within the 95% confidence interval of Model I. The majority of the samples (51 of 76) that were not predicted accurately originated from Study #7. If Study #7 samples were excluded, the actual times of marijuana exposure of 235 of 261 (90.0%) cannabinoid samples were within the 95% confidence interval.

The mean absolute time error for all clinical studies (Studies #1–8) was 0.75 h ($N = 344$) for Model II. The actual times of exposure of 262 of 344 (76.2%) cannabinoid plasma samples were within the 95% confidence interval of Model II. Again, the majority of samples that were not predicted accurately originated from Study #7. If these samples were excluded, the actual times of marijuana exposure of 232 of 260 (89.2%) cannabinoid samples were within the 95% confidence interval.



**Figure 2.** Accuracy evaluation of Model I. Actual times of marijuana exposure were compared to the 95% confidence interval of the predicted time of drug usage for plasma THC levels obtained from seven controlled clinical studies. Studies included (a) infrequent marijuana smoking, (b) frequent marijuana smoking, (c) oral marijuana use, and (d) infrequent marijuana smoking (Study 7). Dotted lines represent 95% confidence intervals for future predictions.

## Discussion

Marijuana has been implicated as a potential causative factor in a number of epidemiolog-

Journal of Analytical Toxicology, Vol. 16, September/October 1992

ical studies of motor vehicle accidents. A study of drugs found in 600 operators killed in single-vehicle accidents in North Carolina reported 47 cases (7.8%) with blood THC greater than 3.0 ng/mL (18). Considerably higher percentages of marijuana usage have been found in other studies. Twenty-eight percent of all motor vehicle drivers tested positive for cannabinoids in a study of fatalities in Texas (19), and in a recent study in Maryland, 31.8% of automobile drivers involved in vehicular accidents were found to have cannabinoids in their blood (20).

Interpretation of marijuana's role as a causative agent has been difficult due to a lack of information relating cannabinoid levels to time of drug exposure. Development of an accurate mathematical model to aid in the prediction of time of prior exposure would be useful in establishing marijuana's role in accidents, but such a model must be applicable to many situations. The pattern of marijuana use and the route of administration can vary substantially. The method of cannabinoid analysis also can vary. A useful model must be capable of prediction of time of exposure for both frequent and infrequent users, for different routes of marijuana administration, and for different analytical techniques.

Plasma THC levels or THCCOOH/THC ratios have been proposed as indicators of recent marijuana usage. Recent exposure and possible impairment have been linked to THC concentrations

in excess of 2–3 ng/mL (4,21). Other investigators have recommended that THC levels greater than 10 ng/mL could be used as indicators of recent use (22). Hanson et al. (2) were the first to propose the use of metabolite-to-parent ratios. Others suggested that a ratio < 20 of total metabolites to THC could be indicative of recent use, although individuals with chronic cannabis consumption could be expected to have ratios of > 30 following multiple dosing (1). None of these approaches have been rigorously evaluated with data from clinical studies of frequent and infrequent marijuana smokers and with data from different routes of marijuana administration.

In the present study, two mathematical models were developed from cannabinoid data obtained in a controlled clinical study of the effects of smoked marijuana (6). Model I was based on plasma levels of THC and Model II was based on plasma ratios of THCCOOH to THC. Both models were tested with cannabinoid plasma data from nine clinical studies for their accuracy in establishing the time of marijuana exposure.

Model I accurately predicted the elapsed time after marijuana use with plasma samples from infrequent and frequent smokers. The mean absolute time error (difference between actual time of use and predicted time of use) was 0.45 h for 238 samples from infrequent smokers and 0.17 h for samples from 10 frequent smokers (Table IV). Model I was also accurate in the comparison of time of marijuana use within a 95% confidence interval in 92.9% of samples from infrequent smokers, and 100.0% of samples from frequent smokers. The accuracy of Model I was substantially less accurate (39.3%) with samples from infrequent smokers of Study #7. As noted earlier, it appeared likely that the data in Study #7 was biased from the lack of internal standardization. In addition, the actual time of drug exposure was uncertain due to the long smoking period (30 min) employed in the study.

Model I was less accurate (absolute time error = 2.75 h) in the prediction of time of use after oral marijuana administration. In addition, only 5 of 13 samples were within the 95% confidence interval. Generally, Model I underestimated the elapsed time after marijuana ingestion. Administration of marijuana by the oral route initially produced low THC levels, and higher THC concentrations thereafter. These low THC concentrations during the absorption phase led to overestimation of the predicted time of use with Model I, as noted in one observation in Figure 2c. However, most of the early plasma samples had less than 2.0 ng/mL of THC and were excluded from evaluation. Increased THC concentrations at later times led to an underestimation of the predicted time of use with Model I (Figure 2c).

Residual THC levels following frequent marijuana use also could limit the usefulness of Models I and II. Peat (15) reported an average THC concentration of 0.9 ng/mL in frequent users 12 h after smoking. In the same study, THC levels of greater than 1 ng/mL were reported for up to two days after smoking. Because of the problems of residual



**Figure 3.** Accuracy evaluation of Model II. Actual times of marijuana exposure were compared to the 95% confidence interval of the predicted time of drug usage for plasma THCCOOH/THC ratios obtained from eight controlled clinical studies. Studies included (a) infrequent marijuana smoking, (b) frequent marijuana smoking, (c) oral marijuana use, and (d) infrequent marijuana smoking (Study 7). Dotted lines represent 95% confidence intervals for future predictions.

Journal of Analytical Toxicology, Vol. 16, September/October 1992

THC concentrations in frequent users, THC levels below 2.0 ng/mL were excluded from use in both Model I and Model II. With samples from frequent marijuana smokers, Model I reliably predicted the time of drug exposure in the limited sample set available for evaluation.

Model II accurately predicted the time of marijuana use in samples from infrequent smokers and after marijuana ingestion but was somewhat less accurate than Model I with samples from frequent smokers (Table IV). The overall mean absolute time error in the predicted time of use for up to 8 h after marijuana exposure in samples from infrequent smokers was 0.51 h, 1.21 h in samples from oral users, and 1.10 h in samples from frequent smokers. Correct results were also obtained for 89.7% of samples from infrequent smokers, 100.0% of samples from oral marijuana users, and 71.4% of samples from frequent smokers in the comparison of the actual times of use to the 95% confidence intervals.

Overall, Models I and II accurately predicted elapsed time after drug use but tended to underestimate the actual time of use at later times. Generally, Model II appeared to offer some advantages over Model I. Model II was considerably more accurate than Model I in prediction of time of exposure with samples from oral users. In addition, Model II tended to overestimate the time of use with samples from frequent users, which was preferable to underestimation in forensic cases. Furthermore, although 4 of 13 samples from frequent smokers were not within the 95% confidence interval of Model II, the actual times of use were only 10 min less than the lower limit of the confidence interval. Although additional data is needed for further validation of Models I and II, analysis of existing data indicate that these models can be used for the prediction of time of marijuana use from cannabinoid plasma concentrations within defined confidence limits.

## Acknowledgments

The authors gratefully acknowledge Dr. Mario Perez-Reyes, Dr. Michael Peat, Dr. Joseph Manno, and Dr. Kenneth Ferslew for provision of unpublished clinical data for evaluation of model accuracy.

## References

1. B. Law, P.A. Mason, A.C. Moffat, R.I. Gleadle, and L.A. King. Forensic aspects of the metabolism and excretion of cannabinoids following oral ingestion of cannabis resin. *J. Pharm. Pharmacol.* 36: 289–94 (1984).

2. V.W. Hanson, M.H. Buonarati, R.C. Baselt, N.A. Wade, C. Yep, A.A. Biasotti, V.C. Reeve, A.S. Wong, and M.W. Orbanowsky. Comparison of $^3$H- and $^{125}$I-radioimmunoassay and gas chromatography/mass spectrometry for the determination of $\Delta^9$-tetrahydrocannabinol and cannabinoids in blood and serum. *J. Anal. Toxicol.* 7: 96–102 (1983).

3. R.L. Foltz, K.M. McGinnis, and D.M. Chinn. Quantitative measurement of $\Delta9$-tetrahydrocannabinol and two major metabolites in physiological specimens using capillary column gas chromatography negative ion chemical ionization mass spectrometry. *Biomed. Mass Spectrom.* 10: 316–23 (1983).

4. L.J. McBurney, B.A. Bobbie, and L.A. Sepp. GC/MS and EMIT analysis for $\Delta^9$-tetrahydrocannabinol metabolites in plasma and urine of human subjects. *J. Anal. Toxicol.* 10: 56–64 (1986).

5. B. Law, P.A. Mason, and A.C. Moffat. A novel $^{125}$I radioimmunoassay for the analysis of delta-9-tetrahydrocannabinol and its metabolites in human body fluids. *J. Anal. Toxicol.* 8: 19–22 (1984).

6. M.A. Huestis, J.E. Henningfield, and E.J. Cone. Blood cannabinoids I. Absorption of THC and formation of 11-OH-THC and THCCOOH during and after marijuana smoking. *J. Anal. Toxicol.* 16: 275–82 (1992).

7. E. Johansson, S. Argurell, L. Hollister, and M. Halldin. Prolonged apparent half-life of $\Delta9$-tetrahydrocannabinol in plasma of chronic marijuana users. *J. Pharm. Pharmacol.* 40: 374–75 (1987).

8. M.E. Wall, B.M. Sadler, D. Brine, H. Taylor, and M. Perez-Reyes. Metabolism, disposition and kinetics of delta-9-tetrahydrocannabinol in men and women. *Clin. Pharmacol. Ther.* 34: 352–363 (1983).

9. O.J. Dunn and V.A. Clark. In *Applied Statistics: Analysis of Variance and Regression*, 2nd edition, John Wiley & Sons, New York, 1987, pp. 268–72.

10. M. Perez-Reyes, S. DI Guiseppi, K.H. Davis, V. Schindler, and C.E. Cook. Comparison of effects of marihuana cigarettes of three different potencies. *Clin. Pharmacol. Ther.* 31: 617–24 (1982).

11. J.E. Manno, K.E. Ferslew, L.S. Franklin, and B.R. Manno. In *Marijuana '84*, D.J. Harvey, Ed., IRL Press Limited, Oxford, 1985, pp. 605–61.

12. J.R. Soares, J.D. Grant, and S.J. Gross. In *Analysis of Cannabinoids, Research Monograph 42*, R. Hawks, Ed., National Institue on Drug Abuse, 1982, pp. 44–55.

13. K.E. Ferslew, J.E. Manno, B.R. Manno, W.A. Verkovius, J.M. Hubbard, J.T. Brauchi, J.E. Luffy, B.C. Hilman, H.G. Hanley, M.R. Jones,

## Table IV. Overall Accuracy of Models I and II in the Prediction of Time of Marijuana Use

| Population* | Model I | Model II | Comments† |
|---|---|---|---|
| **Infrequent smokers** | | | |
| Mean absolute time error | 0.45 h | 0.51 h | Large blood database available: (Studies 1, 2, 4, & 6) |
| Accuracy by CI analysis | 92.9% | 89.7% | Model I ($N = 238$) Model II ($N = 233$) |
| | | | Later timepoints were underestimated by both models |
| | | | RIA and GC/MS analyses |
| **Frequent smokers** | | | |
| Mean absolute time error | 0.17 h | 1.10 h | Limited data available: (Studies #3 & 4) |
| Accuracy by CI analysis | 100.0% | 71.4% | Model I ($N = 10$) Model II ($N = 14$) |
| | | | RIA and GC/MS analyses |
| **Oral users** | | | |
| Mean absolute time error | 2.75 h | 1.21 h | Limited data available: (Study #5) |
| Accuracy by CI analysis | 38.5% | 100.0% | Model I ($N = 13$) Model II ($N = 13$) |
| | | | HPLC/RIA analysis |

* CI = Confidence interval (95%)
† N = Number of cannabinoid blood samples

289

Journal of Analytical Toxicology, Vol. 16, September/October 1992

H.M. Redetzki, and D.R. Cherek. Determination of serum Δ9-tetrahydrocannabinol (THC) concentrations and pursuit tracking performance (PTP), heart rate (HR) and blood pressure after smoking marijuana. *Toxicologist* **2:** 189 (1982).

14. J.E. Manno, personal communication.
15. M.A. Peat. In *Advances in Analytical Toxicology*, Vol II, R.C. Baselt, Ed., Yearbook Medical Publishers, Chicago, 1989, pp. 186–217.
16. M.A. Peat, personal communication.
17. M. Perez-Reyes, personal communication.
18. A.P. Mason and A.J. McBay. Ethanol, marijuana, and other drug use in 600 drivers killed in single-vehicle crashes in North Carolina, 1978–1981. *J. Forensic Sci.* **29:** 987–1026 (1984).
19. J.C. Garriott, V.J.M. Di Maio, and R.G. Rodriguez. Detection of cannabinoids in homicide victims and motor vehicle fatalities. *J. Forensic Sci.* **31:** 1274–82 (1986).
20. C.A. Soderstrom, A.L. Triffillis, B.S. Shankar, W.E. Clark, and R.A. Cowley. Marijuana and alcohol use among 1023 trauma patients. *Arch. Surg.* **123:** 733–737 (1988).
21. G. Barnett and R.E. Willette. In *Advances in Analytical Toxicology Vol II.* R.C. Baselt, Ed., Yearbook Medical Publishers, Inc., Chicago, 1989, pp. 218–50.
22. B. Law and A.C. Moffat. In *Marijuana '84*, D.J. Harvey, Ed., Proceedings of the Oxford Symposium on Cannabis, IRL Press Limited, Oxford, 1985, pp. 197–204.

## Appendix 1

An example of calculations for the prediction of time of prior marijuana use with Models I and II.

Data: Plasma THC = 8.3 ng/mL; THCCOOH = 21.3 ng/mL
Actual elapsed time after smoking was 1.17 h.

**Model I**
Calculation of the predicted time of use:

$$\text{Log } T \text{ (h)} = -0.698 * \log [\text{THC}] + 0.687$$
$$= -0.698 * \log 8.3 + 0.687$$
$$= 0.045$$
$$T \text{ (h)} = 1.11 \text{ h}$$

Calculation of the 95% confidence interval of log $T$:

$$CI = \text{Log } T \pm 1.975\sqrt{0.030(1.006 + \{(\log [\text{THC}] - 0.996)^2 / 89.937\})}$$
$$= 0.045 \pm 1.975\sqrt{0.030(1.006 + \{(\log 8.3 - 0.996)^2 / 89.937\})}$$
$$= 0.045 \pm 0.343$$

Lower 95% confidence limit of $T$ = antilog $(0.045 - 0.343)$
$$= 0.50 \text{ h}$$

Upper 95% confidence limit of $T$ = antilog $(0.045 + 0.343)$
$$= 2.44 \text{ h}$$

Actual time of sample collection was 1.17 h after marijuana smoking. Model I predicted time of marijuana use as 1.11 h prior to sample collection with a 95% confidence interval from 0.50 to 2.44 h.

**Model II**
Calculation of the predicted time of use:

$$\text{Log } T \text{ (h)} = (0.576 * \log [\text{THCCOOH}] / [\text{THC}]) - 0.176$$
$$= (0.576 * \log 21.3/8.3) - 0.176$$
$$= 0.060$$
$$T \text{ (h)} = 1.15 \text{ h}$$

Calculation of the 95% confidence interval of log $T$:

$$CI = \text{Log } T \pm 1.975\sqrt{0.045(1.006 + \{(\log [\text{THCCOOH}] / [\text{THC}] - 0.283)^2 / 123.420\})}$$
$$= 0.060 \pm 1.975\sqrt{0.045(1.006 + \{(\log 21.3/8.3 - 0.283)^2 / 123.420\})}$$
$$= 0.060 \pm 0.420$$

Lower 95% confidence limit of $T$ = antilog $(0.060 - 0.420)$
$$= 0.44 \text{ h}$$

Upper 95% confidence limit of $T$ = antilog $(0.060 + 0.420)$
$$= 3.02 \text{ h}$$

Actual time of sample collection was 1.17 h after marijuana smoking. Model II predicted time of marijuana use as 1.15 h prior to sample collection with a 95% confidence interval from 0.44 to 3.02 h.

Manuscript received January 31, 1992;
revision received May 21, 1992.

*Therapeutic Drug Monitoring*
15:527–532 © 1993 Raven Press, Ltd., New York

# Relating Blood Concentrations of Tetrahydrocannabinol and Metabolites to Pharmacologic Effects and Time of Marijuana Usage

Edward J. Cone and Marilyn A. Huestis

*Addiction Research Center, National Institute on Drug Abuse, Baltimore, Maryland, U.S.A.*

**Summary:** Pharmacokinetic and pharmacodynamic analyses of marijuana data have provided new insights into the relationship of blood concentrations of tetrahydrocannabinol (THC) and metabolites to drug-induced effects. THC is rapidly absorbed and distributed to tissues; initial changes in blood concentrations are out of phase (hysteresis) with physiological and behavioral changes. Once blood/tissue equilibrium is established, a direct correlation of THC blood concentration and effect is observed. Various pharmacodynamic models provide concentration estimates in the range of 7–29 ng/ml for amount of THC in blood necessary for production of 50% of maximal subjective high effect. Also, models have been proposed for predicting the time of marijuana exposure from plasma concentrations of THC and THC-carboxy acid metabolite (THCCOOH). These models were based on data from a controlled clinical study of marijuana smoking. Such models allow prediction of the elapsed time since marijuana use based on analysis for cannabinoids from a single plasma sample and provide accompanying 95% confidence intervals around the prediction. These models may be beneficial to forensic scientists in their interpretation of cannabinoid blood data associated with accidents, criminal investigations, and traffic violations. **Key Words:** Marijuana—Tetrahydrocannabinol—Pharmacokinetics—Pharmacodynamics—Forensic drug testing.

Self-administration of marijuana has been occurring for >5,000 years (1) and its use in modern society continues unabated. Currently, marijuana is one of the illicit substances most widely abused by the general population and is administered by oral and smoking routes. The major active component of marijuana, $\Delta^9$-tetrahydrocannabinol (THC), is responsible for marijuana's psychoactive effects when administered by the smoking route. An active metabolite, 11-hydroxy(OH)-THC, may contribute to these effects when marijuana is consumed by the oral route, as a result of greater amounts of 11-OH-

THC being produced by first-pass metabolism. The primary analyte excreted in urine following both oral and smoking administration is the inactive metabolite, 11-*nor*-9-carboxy-THC (THCCOOH).

Considerable interest exists in relating concentrations of THC and its metabolites to drug-induced effects and to circumstances of drug use. There are two frequently asked questions: "Are there definable limits for THC in blood, similar to those set for alcohol, which produce psychoactive effects in the general population?" and "When did the individual use marijuana?" Although numerous behavioral and pharmacokinetic studies of marijuana have been reported, answers to these questions have not been readily forthcoming. The reason for the inability to answer the first question appears to be that

Address correspondence and reprint requests to Dr. E. J. Cone at Addiction Research Center, NIDA, P.O. Box 5180, Baltimore, MD 21224, U.S.A.

EXHIBIT

7

528                                    E. J. CONE AND M. A. HUESTIS

the THC molecule, a lipophilic substance, has substantially different chemical properties than does ethyl alcohol, a hydrophilic substance. Consequently, patterns of distribution to and elimination from active sites of the two molecules are quite different. Pharmacokinetic and pharmacodynamic models that account for dispositional differences of THC may be more successful in defining blood concentrations associable with the psychoactive effects of THC.

An answer to the second question regarding time of marijuana usage is also difficult because the toxicologist is often faced with the task of interpretation of time of marijuana exposure based on a single THC blood concentration. Already, much is known from controlled human studies regarding the relationship of blood concentrations of THC and metabolites to time of usage. Recently, there have been successful attempts to predict time of marijuana usage through use of mathematical prediction models.

This article reviews the development of pharmacokinetic, pharmacodynamic, and mathematical models of THC and metabolites with a focus upon general usefulness and interpretation value of these models for toxicologists, treatment specialists, clinicians, and those involved in investigational studies of marijuana.

## PHARMACOKINETICS OF THC AND METABOLITES

Smoking marijuana results in the rapid appearance of THC in blood. Huestis et al. (2) recently demonstrated that detectable concentrations of THC could be measured after a single puff of marijuana smoke. Mean THC concentrations of 7.0 and 18.1 ng/ml were observed after the first inhalation of smoke from a 1.75 and a 3.55% THC marijuana cigarette, respectively. As illustrated in Fig. 1, peak THC concentration in blood developed before the end of the smoking period. Earlier, Perez-Reyes et al. (3,4) reported similar findings with experienced smokers who smoked marijuana cigarettes containing 1.32, 1.97, and 2.54% THC. Although there is considerable intersubject variability, peak concentrations of THC often develop >100 ng/ml (4–8). After the end of smoking, THC concentrations decline rapidly and are generally <10 ng/ml within 60 min.

Selected pharmacokinetic parameters for THC



FIG. 1. Mean THC concentrations during smoking of a single marijuana cigarette. Data represent mean responses of six subjects. Arrows indicate start of each inhalation. Each puff consisted of a 2-s inhalation period, a 10-s hold period, and a 72-s exhalation and rest period. (Reprinted from ref. 2, with permission.)

following intravenous infusion, oral ingestion, and smoked marijuana are listed in Table 1. A number of kinetic models have been employed to describe the plasma-time curve for THC. Barnett et al. (9) concluded that the time curve for the first 6 h is adequately described by a triexponential function. Others have used two- and four-compartment models. Mean estimates of the bioavailability of THC following oral ingestion range from 6.0 to 19.0% and for smoking marijuana range from 14.0% to 27.0%. Estimates of the plasma half-life of THC range from 18.7 h to 4.1 days. This variability in half-life measurements attests to the dependence of this measure upon assay sensitivity, and duration and timing of blood measurements. Less variability is found in measurements of THC clearance. Interestingly, Ohlsson et al. (10) reported no significant differences in clearance rates between heavy and light marijuana users, despite an early report by Lemberger et al. (11) that the half-life of THC among nonusers was twice as long as that found among experienced marijuana users. It is likely that the less specific assay techniques employed by Lemberger et al. (11) account for these discrepancies.

Initial appearance in plasma of the active metabolite, 11-OH-THC was noted by Huestis et al. (8) to occur during the marijuana smoking period (Fig. 2); however, the concentrations remained low relative to that of THC. The maximum concentration of 11-OH-THC achieved by any subject was 16 ng/ml, 15 min after initiation of smoking. In the same study, THCCOOH concentrations rose slowly and remained elevated for an extended period of time. Peak concentrations of THCCOOH were consis-

*BLOOD CONCENTRATIONS OF TETRAHYDROCANNABINOL*    529

TABLE 1. *Pharmacokinetic parameters of THC*

| Subjects | Drug/THC dose | Route | % Bioavailability | Pharmacokinetic model | Half-life | CL (ml/min) | Reference no. |
|---|---|---|---|---|---|---|---|
| Men | THC/4 mg | i.v. | — | Two-compartment | 36  h | — | 21 |
|  | THC/20 mg | Oral | 19 | — | 25  h | — |  |
| Women | THC/2.2 mg | i.v. | — | Two-compartment | 29  h | — |  |
|  | THC/15 mg | Oral | 10.9 | — | 25  h | — |  |
| Heavy users | THC/5 mg | i.v. | — | — | — | — | 10 |
|  | MJ/10 mg | Smoke | 27 | — | — | 980 |  |
| Light users | THC/5 mg | i.v. | — | — | — | — |  |
|  | MJ/10 mg | Smoke | 14 | — | — | 950 |  |
| Heavy users | THC/5 mg | i.v. | — | — | — | — | 23 |
|  | MJ/13 mg | Smoke | 23 | — | — | — |  |
| Light users | THC/5 mg | i.v. | — | — | — | — |  |
|  | MJ/13 mg | Smoke | 10 | — | — | — |  |
| Heavy users | THC/0.5 mg | i.v. | — | Two-compartment | 28  h | — | 11 |
| Nonusers | THC/0.5 mg | i.v. | — | Two-compartment | 57  h | — |  |
| Acute | THC/2 mg | i.v. | — | Four-compartment | 19.6 h | — | 13 |
| Chronic | THC/2 mg | i.v. | — | Four-compartment | 18.7 h | 651–976 |  |
| Men | THC/5 mg | i.v. | — | — | — | — | 7 |
|  | THC/20 mg | Oral | 6 | — | — | — |  |
|  | MJ/1.64% THC | Smoke | 18 | — | — | — |  |
| Chronic | MJ/15 mg | Smoke | — | — | 4.1 days | — | 22 |
| Acute | MJ/1% THC | Smoke | — | Three-compartment | — | — | 9 |

CL, clearance; MJ, marijuana; THC, tetrahydrocannabinol.

tently lower than those of THC, but higher than those of 11-OH-THC. Generally, peak THC concentrations were ~three times greater than those of THCCOOH and 20 times greater than those of 11-OH-THC.

## PHARMACOKINETIC-PHARMACODYNAMIC MODELING OF THC

Lack of correspondence between plasma THC concentrations and physiological and behavioral effects immediately after smoking marijuana or intravenous administration of THC has been clearly proven (3–7,12,13). Typically, a plot of drug effect

versus THC plasma concentration demonstrates a counterclockwise hysteresis. Chiang and Barnett (14) suggested that the hysteresis is due to an initial distribution phase followed by one in which the effect compartment is in equilibrium with the central compartment. Once equilibrium is reached, intensity of the effect is proportional to THC plasma concentration. This hysteresis effect is illustrated in Fig. 3 for mean "Feel Drug Scores" following the smoking of a 3.55% THC cigarette. After the first hour, the mean change in scores declined in a linear fashion with THC plasma concentrations.

Chiang and Barnett (14) presented a kinetic and dynamic model (Fig. 4) to link drug effects to THC



FIG. 2. Mean plasma concentrations of THC, 11-OH-THC, and THCCOOH during and after smoking a single 3.55% THC marijuana cigarette. [Reprinted from *J Anal Toxicol* (ref. 8), by permission of Preston Publications, a division of Preston Industries, Inc.]



FIG. 3. Hysteresis relationships between "Feel Drug Score" and simultaneously-obtained plasma THC concentrations in six male subjects following the smoking of a single 3.55% THC marijuana cigarette.

E. J. CONE AND M. A. HUESTIS



FIG. 4. Kinetic and dynamic model for THC. (Reprinted from ref. 14, with permission.)

plasma concentrations for marijuana smokers. In Fig. 4, $C$ and $V$ represent THC concentration and compartment volumes, respectively, and $A_e$ represents the amount of THC in the effect compartment. The rate constants $K_a$, $K_{12}$, $K_{21}$, and $K_{10}$ describe the kinetics of THC in the two-compartment model. The rate constants $K_{1e}$ and $K_{eo}$ characterize the dynamic effect compartment. With this model, response data were related to the amount of THC in the effect compartment, $A_e$, by the Hill equation:

$$E = \frac{(K_{eo}A_e/K_{1e}V_1)^\gamma}{(K_{eo}A_e/K_{1e}V_1)^\gamma + C_{ss}(50)^\gamma}$$

where $E$ is the intensity of the subjective high effect, $C_{ss}(50)$ is the steady-state plasma concentration at 50% of maximum high effect, and $\gamma$ determines the degree of sigmoidicity of the effect/amount relationship. Nonlinear regression provided estimates of parameters. Elimination rate constants from the effect compartment, $K_{eo}$, were 0.03–0.04 $min^{-1}$; the $\gamma$ sigmoid parameters were 1.5–2.0; and $C_{ss}(50)$ had a range of 25 to 29 ng/ml. In a similar approach, Domino et al. (15) determined that THC plasma concentrations at 50% maximal effect were 7.2 and 16.8 ng/ml in light and heavy marijuana users, respectively.

Interestingly, it has been suggested that an arbitrary cutoff of 10 ng/ml for THC in plasma can be utilized as evidence of functional impairment (16). This suggestion is in reasonable agreement with Chiang and Barnett's (14) $C_{ss}(50)$ estimate of 25–29 ng/ml for THC in plasma and with Domino's et al. (15) estimate of 7.2–16.8 ng/ml needed for production of 50% maximal effect. It should be noted, however, that the measures in the pharmacokinetic/pharmacodynamic models utilized by both groups were based on production of a subjective high and not on performance impairment. Obviously, more research is needed to clearly establish blood concentrations that can be interpreted as direct evidence of marijuana-induced intoxication and impairment.

## PREDICTING TIME OF DRUG USAGE FROM BLOOD CONCENTRATIONS

In accident and crime investigations, toxicologists may be requested to interpret the probable time of marijuana use based on a single blood level measurement of THC and metabolites. Individual drug concentrations and ratios of metabolites to THC have been suggested to be potentially useful indicators of recent marijuana use (17–19). Generally, these attempts have not been successful in predicting time of exposure with reasonable accuracy. Recently, Huestis et al. (20) reported on two mathematical models that are useful for prediction of time of marijuana use. The models are based on THC plasma concentrations (Model I) and THCCOOH/THC ratios (Model II). Equations for estimation of time of marijuana use are illustrated in Fig. 5.

The two models were validated with data from nine clinical studies involving marijuana administration, in which dose and time of drug administration were known. Model I accurately predicted the elapsed time after marijuana use for infrequent and



FIG. 5. Mathematical models for predicting time of marijuana exposure based on cannabinoid plasma concentrations. A: Model I was derived from linear regression analysis of plasma THC concentration and elapsed time after marijuana smoking: log h = −0.698 log THC + 0.687, N = 168, r = 0.949. B: Model II was derived from linear regression analysis of plasma THCCOOH/THC ratios versus elapsed time after marijuana smoking: log h = 0.576 log THCCOOH/THC − 0.176, $r$ = 0.919. Plasma data were obtained in a controlled clinical study of acute marijuana use analyzed by GC/MS. Dotted lines represent 95% CIs. [Reprinted from J Anal Toxicol (ref. 20), by permission of Preston Publications, a division of Preston Industries, Inc.]

frequen
use afte
predicte
from in
tion, bu
with sa
Model I
with sa
preferal
Both m
providin
mates o
should b
tists in
concentr

Mariju
health m
ing of th
codynam
a result o
nologies
metaboli
sensitive
compoun
of the dr
cal mode
time of
measurem
accompa
clinical st
tion of ti
tween dr
tions of
namic mo
concentra
physiolog
will serve
knowledg
marijuana

1. Farnswo
abis sat
2. Huestis
Cone El
juana sn

frequent smokers, but was less accurate for time of use after oral administration. Model II accurately predicted the time of marijuana use from samples from infrequent smokers and after marijuana ingestion, but was somewhat less accurate than Model I with samples from frequent smokers. In addition, Model II tended to overestimate the time of usage with samples from frequent smokers, which was preferable to underestimation in forensic cases. Both models offered the additional advantage of providing 95% confidence intervals (CIs) on estimates of time of marijuana use. These models should be of considerable benefit to forensic scientists in the interpretation of cannabinoid plasma concentrations.

## CONCLUSIONS

Marijuana smoking continues to be a public health and safety issue. Recently, our understanding of the complex pharmacokinetics and pharmacodynamics of marijuana use has been expanded as a result of significant research advances. New technologies have improved the analysis of THC and metabolites in biological fluids, permitting rapid and sensitive measurements of these highly lipophilic compounds and, thereby, a more accurate picture of the drug's pharmacokinetic profile. Mathematical models have been proposed that estimate the time of marijuana exposure from a single blood measurement of THC and THCCOOH and provide accompanying 95% confidence limits. Controlled clinical studies have provided an improved description of the hysteresis phenomenon observed between drug effects and biological fluid concentrations of THC. Pharmacokinetic and pharmacodynamic models are being developed that relate drug concentrations in blood and other compartments to physiologic and behavioral changes. These models will serve as useful vehicles for consolidation of the knowledge base concerning blood concentrations of marijuana's constituents and drug-induced effects.

## REFERENCES

1. Farnsworth NR. Pharmacognosy and chemistry of *Cannabis sativa. J Am Pharm Assoc* 1969;N59:410–4.
2. Huestis MA, Sampson AH, Holicky BJ, Henningfield JE, Cone EJ. Characterization of the absorption phase of marijuana smoking. *Clin Pharmacol Ther* 1992;52:31–41.
3. Perez-Reyes M, Owens SM, Di Guiseppi S. The clinical pharmacology and dynamics of marijuana cigarette smoking. *J Clin Pharmacol* 1981;21:201–7S.
4. Perez-Reyes M, Di Guiseppi S, Davis KH, Schindler VH, Cook CE. Comparison of effects of marijuana cigarettes of three different potencies. *Clin Pharmacol Ther* 1982;31:617–24.
5. Lemberger L, Weiss JL, Watanabe AM, Galanter IM, Wyatt RJ, Cardon PV. Delta-9-tetrahydrocannabinol: temporal correlation of the psychologic effects and blood levels after various routes of administration. *New Engl J Med* 1972;286:685–8.
6. Cocchetto DM, Owens SM, Perez-Reyes M, Di Guiseppi S, Miller LL. Relationship between plasma delta-9-tetrahydrocannabinol concentration and pharmacologic effects in man. *Psychopharmacology* 1981;75:158–64.
7. Ohlsson A, Lindgren J-E, Wahlen A, Agurell S; Hollister LE, Gillespie HK. Plasma delta-9-tetrahydrocannabinol concentrations and clinical effects after oral and intravenous administration and smoking. *Clin Pharmacol Ther* 1980;28:409–16.
8. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC and THCCOOH during and after smoking marijuana. *J Anal Toxicol* 1992;16:276–82.
9. Barnett G, Chaing CN, Perez-Reyes M, Owens SM. Kinetic study of smoking marijuana. *J Pharmacokinet Biopharm* 1982;10:495–506.
10. Ohlsson A, Lindgren J-E, Wahlen A, Agurell S, Hollister LE, Gillespie HK. Single dose kinetics of deuterium labeled $\Delta^1$-tetrahydrocannabinol in heavy and light users. *Biomed Mass Spectrom* 1982;9:6–10.
11. Lemberger L, Tamarkin NR, Axelrod J, Kopin IJ. Delta-9-tetrahydrocannabinol: metabolism and disposition in long-term marijuana smokers. *Science* 1971;173:72–4.
12. Hollister LE, Gillespie HK, Ohlsson A, Lindgren J-E, Wahlen A, Agurell S. Do plasma concentrations of Δ9-tetrahydrocannabinol reflect the degree of intoxication? *J Clin Pharmacol* 1981;21:171–7S.
13. Hunt A, Jones RT. Tolerance and disposition of tetrahydrocannabinol in man. *J Pharmacol Ther* 1980;215:35–44.
14. Chiang C-WN, Barnett G. Marijuana effect and delta-9-tetrahydrocannabinol plasma level. *Clin Pharmacol Ther* 1984;36:234–8.
15. Domino LE, Domino SE, Domino EF. Relation of plasma delta-9-THC concentrations to subjective "high" in marijuana users: a review and reanalysis. In: Agurell S, Dewey WL, Willette RE, eds. *The cannabinoids: chemical, pharmacologic and therapeutic agents.* Orlando: Academic Press, 1984:245–61.
16. McBay AJ. Cannabinoid testing: Forensic and analytical aspects. *Lab Management* 1985;23:36–41.
17. Law B, Mason PA, Moffat AC, Gleadle RI, King LA. Forensic aspects of the metabolism and excretion of cannabinoids following oral ingestion of cannabis resin. *J Pharm Pharmacol* 1984;36:289–94.
18. Hanson VW, Buonarati MH, Baselt RC, et al. Comparison of 3H- and 125I-radioimmunoassay and gas chromatography/mass spectrometry for the determination of $\Delta^9$-tetrahydrocannabinol and cannabinoids in blood and serum. *J Anal Toxicol* 1983;7:96–102.
19. Foltz RL, McGinnis KM, Chinn DM. Quantitative measurement of Δ9-tetrahydrocannabinol and two major metabolites in physiological specimens using capillary column gas chro-

*E. J. CONE AND M. A. HUESTIS*

matography negative ion chemical ionization mass spectrometry. *Biomed Mass Spectrom* 1983;10:316–323.

20. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of Δ⁹-tetrahydrocannabinol (THC) and 11-*nor*-9-carboxy-Δ⁹-tetrahydrocannabinol (THCCOOH). *J Anal Toxicol* 1992;16:283–90.

21. Wall ME, Sadler BM, Brine D, Taylor H, Perez-Reyes M. Metabolism, disposition, and kinetics of delta-9-

tetraydrocannabinol in men and women. *Clin Pharmacol Ther* 1983;34:352–63.

22. Johansson E, Agurell S, Hollister L, Halldin M. Prolonged apparent half-life of Δ⁹-tetrahydrocannabinol in plasma of chronic marijuana users. *J Pharm Pharmacol* 1987;40:374–5.

23. Lindgren J-E, Ohlsson A, Agurell S, Hollister L, Gillespie H. Clinical effects and plasma levels of delta-9-tetrahydrocannabinol (delta-9-THC) in heavy and light users of cannabis. *Psychopharmacology* 1981;74:208–12.

# Clinical Chemistry

*Clinical Chemistry* 51: 2289-2295, 2005. First published October 13, 2005; 10.1373/clinchem.2005.056838
(*Clinical Chemistry.* 2005;51:2289-2295.)
© 2005 American Association for Clinical Chemistry, Inc.

**Drug Monitoring and Toxicology**

# Estimating the Time of Last Cannabis Use from Plasma $\Delta^9$-Tetrahydrocannabinol and 11-nor-9-Carboxy-$\Delta^9$-Tetrahydrocannabinol Concentrations

**Marilyn A. Huestis[1,a], Allan Barnes[1] and Michael L. Smith[2]**

[1] Chemistry and Drug Metabolism, Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, Baltimore, MD.
[2] Division of Forensic Toxicology, Office of the Armed Forces Medical Examiner, Rockville, MD.

Address correspondence to this author at: Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, 5500 Nathan Shock Drive, Baltimore, MD 21224. Fax 410-550-2468; e-mail mhuestis@intra.nida.nih.gov .

EXHIBIT
8

## ▶ Abstract

*Background:* Knowing the time cannabis was last used is important for determining impairment in accident investigations and clinical evaluations. Two models for predicting time of last cannabis use from single plasma cannabinoid concentrations—model I, using $\Delta^9$-tetrahydrocannabinol (THC), and model II, using the concentration ratio of 11-nor-9-carboxy-THC (THCCOOH) to THC—were developed and validated from controlled drug administration studies. Objectives of the current study were to extend the validation by use of a large number of plasma samples collected after administration of single and multiple doses of THC and to examine the effectiveness of the models at low plasma cannabinoid concentrations.

*Methods:* Thirty-eight cannabis users each smoked a 2.64% THC cigarette in the morning, and 30 also smoked a second cigarette in the afternoon. Blood samples (n = 717) were collected at intervals after smoking, and plasma THC and THCCOOH concentrations measured by gas chromatography–mass spectrometry. Predicted times of cannabis smoking, based on each model, were compared with actual smoking times.

*Results:* The most accurate approach applied a combination of models I and II. For all 717 plasma samples, 99% of predicted times of last use were within the 95% confidence interval, 0.9% were overestimated, and none were underestimated. For 289 plasma samples collected after multiple doses, 97% were correct with no underestimates. All time estimates were correct for 76 plasma samples with THC concentrations between 0.5 and 2 µg/L, a concentration range not previously examined.

*Conclusions:* This study extends the validation of the predictive models of time of last cannabis use to include multiple exposures and low THC concentrations. The models provide an objective and validated method for assessing the contribution of cannabis to accidents or clinical symptoms.

## ▶  Introduction

Cannabis is one of the most widely abused drugs in the world, second only to alcohol ([1]). As one might expect with a high prevalence of use in the general population, cannabis is often involved in accidents and other mishaps of operations that require skill. For example, Jerstrom et al. ([2]) reported in 1988 that 34.7% of 1023 patients admitted to a large city trauma center as a result of vehicular and nonvehicular accidents had cannabinoids present in their blood. In a 1992 national safety study, Crouch et al. ([3]) found that 13% of truck drivers killed in traffic accidents in the United States had $\Delta^9$-tetrahydrocannabinol (THC), [1] the primary active component in cannabis, or its metabolite 11-nor-9-carboxy-THC (THCCOOH) in their blood or urine at autopsy. These and similar studies have demonstrated a connection between accidents and cannabis use, but have not established causation by cannabis, despite the knowledge that individuals who use cannabis have impaired performance in driving simulator and on-the-road test ([4])([5])([6])([7])([8]). In the driving studies, the strongest decrements were in the drivers' abilities to concentrate and maintain attention, estimate time and distance, and demonstrate coordination on divided attention tasks, all important requirements for driving ([9])([10]). Drummer et al. ([11]) did determine causality in a study of 3398 fatally injured drivers in Australia, using culpability analysis, and reported that drivers with blood THC concentrations of 5 µg/L or greater were 6.6 times more likely than drug-free drivers to have a fatal accident. Medical and forensic investigators tasked with establishing causality and impairment use information from these and similar studies. Knowing the elapsed time from last drug use is necessary for applying these data to an individual case.

Scientists currently evaluate impairment in individual cases by estimating the time of drug use and relating these parameters to those found in pharmacodynamic studies ([12]). Unlike cases involving use of alcohol, impairment of performance from cannabis use is not easily correlated to blood or plasma concentrations of THC or its metabolites. Maximum drug effects may occur later than peak blood concentrations of THC or its active metabolites. Effects on the in continue as blood concentrations of active drug decrease, a process termed hysteresis ([13]).

Investigations dating back to those by Lemberger ([14]) have attempted to relate blood or plasma cannabinoid

concentrations with the time after smoking or oral ingestion of cannabis (14)(15)(16)(17)(18)(19). Using different methods of analysis, scientists produced expected time-vs-plasma concentration profiles but described large inter- and intraindividual variations in peak values, times to reach maximum concentrations, and areas under the curve. Most persons who were infrequent cannabis users had plasma THC concentrations <1 µg/L after 4 h (20). Peat(21) introduced results for frequent cannabis users showing mean (SE) plasma THC and THCCOOH concentrations of 0.86 (0.22) and 45.8 (13.1) µg/L, respectively, for persons who reported their last cannabis use more than 12 h before blood collection. In a well-controlled study of 6 cannabis users, Huestis et al. (19) collected blood samples from volunteers after they had smoked single cannabis cigarettes containing 0%, 1.75%, and 3.55% THC. Participants were housed in a secure medical unit with dosing delayed until urine concentrations of cannabinoids were <20 µg/L. Conditions that contribute to interindividual variation in plasma concentrations of THC and its metabolites were carefully controlled, e.g., cigarette potency, number of puffs, time between puffs, length of inhalation, and length of time that smoke was held in the lungs were standardized, but for safety reasons other variables, such as depth of inhalation, were not. First samples were collected at 1 min after smoking and at frequent intervals up to 168 h. From these data, the authors developed 2 models to predict time of last cannabis use within 95% confidence intervals (CIs). The first model computed the elapsed time between smoking cannabis and blood collection based on plasma THC concentration alone whereas the second model used the plasma THCCOOH/THC concentration ratio. They applied the models to results from all published studies at the time that reported THC and/or THCCOOH concentrations measured by either RIA or gas chromatography–mass spectrometry with either internal or external standardization. They found that the models correctly predicted time of use within the CI for ~90% of samples. The models appeared to slightly overestimate time immediately after smoking and underestimate later times. The models were not challenged with samples having plasma THC concentrations <2 µg/L because of analytical limitations at the time. When applying the models to whole blood concentrations, it is important to remember that blood THC and THCCOOH concentrations are lower than in plasma because of restricted distribution of these analytes into erythrocytes. The blood-to-plasma ratio is estimated to be 0.5 for living humans, although supporting data are limited (22)(23).

Scientists in North America, Europe, Australia, and Canada have applied these predictive models in forensic and medical situations in which it was important to estimate the time of last cannabis use. Challenging the models with samples containing lower THC concentrations and with other samples collected after multiple cannabis doses extends the method validation and increases the usefulness of the models. The current study examines plasma THC and THCCOOH concentrations in 717 plasma samples collected from 38 males after each smoked a cannabis cigarette in the morning and from 30 of these same individuals after they had smoked a second cigarette 4 h later. The original models were evaluated for accuracy in predicting the time of last cannabis use, the magnitude of error of estimations, and instances when actual times were longer or shorter than predicted time intervals.

# ▶ Materials and Methods

### participants and study design

Descriptions of the participants and study design were reported previously (24). Thirty-eight males with a history of cannabis use provided informed consent to this National Institute on Drug Abuse Intramural Research Program Institutional Review Board–approved protocol. The study participants were compensated for their time and effort. All resided on the secure

▲ Top
▲ Abstract
▲ Introduction
• Materials and Method
▼ Results
▼ Discussion
▼ References

clinical research unit for at least 1 day before dosing and 2 days afterward. No drugs were administered until the urine
cannabinoid concentrations were <20 μg/L. For safety, participants were medically evaluated during and for 1 week
after drug administration.

At 0900 on the day of testing, participants received a single oral dose of placebo (n = 10) or up to 90 mg of rimonaban
Two hours later, they smoked a cannabis cigarette containing 2.64% THC by weight, estimated to contain ~20 mg of
THC. The number of puffs and time between puffs were standardized. Blood for THC and THCCOOH assays was
drawn from an indwelling venous catheter in the arm 120 and 5 min before cannabis smoking and at 2, 5, 10, 15, 20,
25, 30, 50, 70, 90, 110, and 235 min after the start of smoking. Heparinized plasma was stored at –20 °C until analysis
Four hours after smoking the first cigarette, 30 of the men smoked a second cigarette containing 2.64% THC. Blood
samples were collected at the same time intervals as described for the first dose, except that the 235-min collection wa
omitted.

The previously published study designed to investigate the blockade of cannabis effects demonstrated that rimonabant
had no effect on THC and THCCOOH pharmacokinetics (24). The participants receiving rimonabant and placebo coul
therefore be grouped together for the current study and the results generalized to cannabis users.

Plasma THC and THCCOOH concentrations were determined in plasma from blood collected from 38 participants in
the morning smoking session and 30 who also smoked in the afternoon. Occasional samples had THCCOOH <2.5
μg/L, the limit of quantification (LOQ) for the method. In all, 717 plasma THC and 704 plasma THCCOOH
concentrations were evaluated with the two predictive models.

**analytical method**
Plasma samples were analyzed for THC and THCCOOH by a previously published method (25). Briefly, trideuterated
THC and THCCOOH internal standards were added to plasma to improve identification and quantification. Proteins
were precipitated with acetonitrile. The extraction method used CleanScreen solid-phase extraction columns (United
Chemical Technologies), with THC eluted with hexane–ethyl acetate–ammonia hydroxide (93:5:2 by volume) and
THCCOOH eluted with hexane–ethyl acetate (70:30 by volume). Trifluoroacetyl-THC and trifluoroacetyl-
hexafluoroisopropyl-THCCOOH derivatives in the same reconstituted extract were injected into a Finnegan/MAT
Model 4023 gas chromatograph–mass spectrometer operated in the negative-ion chemical ionization mode with
methane as reagent gas, helium as carrier gas, and a DB 1 capillary column (J & W Scientific). Cannabinoid
concentrations were determined by use of ion $m/z$ 410 for THC and $m/z$ 422 for THCCOOH. The LOQs were 0.5 μg/l
for THC and 2.5 μg/L for THCCOOH, with CVs across the analytical range of 4.1%–11% and 4.9%–12%,
respectively.

**predictive models**
Huestis et al. (19) previously published models for estimating time of last cannabis use. Model I determined time
estimates from plasma THC concentrations and model II from the plasma THCCOOH/THC concentration ratios. The
formulas are reproduced below, with $t$ representing the elapsed time in hours between the beginning of cannabis
smoking and blood collection, and CI representing the 95% confidence interval for the estimate of $t$. The subscripts 1
and 2 refer to models I and II, respectively, and brackets indicate the concentrations of THC or THCCOOH in μg/L:

$$\text{Model I}: \log t = -0.698 \log [\text{THC}] + 0.687$$

$$\log CI_1 = \log t \pm 1.975 \times \sqrt{0.030\{1.006 + \frac{(\log[THC] - 0.996)^2}{89.937}\}}$$

$$\text{Model II}: \ \log t = (0.576 \log [THCCOOH]/[THC]) - 0.176$$

$$\log CI_2 = \log t \pm 1.975 \times \sqrt{0.045\{1.006 + \frac{(\log[THCCOOH]/[THC] - 0.283)^2}{123.420}\}}$$

These equations were developed from cannabinoid concentrations in plasma samples collected for up to 168 h after controlled smoking of a 1.75% and a 3.55% THC cigarette by each of 6 cannabis users residing continuously in a secure clinical research unit (19). Drug administration was not initiated until their urine cannabinoid concentrations were <20 µg/L. Table 1⊞ is reproduced from that report (19) and displays the 95% CIs, in hours, for selected predicted times after smoking using models I and II. These results are presented to show that the models predict last use within an interval of time. The magnitude of the interval is smaller when the elapsed time between cannabis use and blood collection is shorter.

**View this table:**    **Table 1.** 95% CIs for models I and II at predicted times of cannabis use.[1]
[in this window]
[in a new window]

In the current study, model I was applied to each plasma sample with a valid THC measurement and model II to those with valid THC and THCCOOH concentrations. All analyte results at or above the LOQs of the method were selected. For each model, the CI for time of last use was determined. The actual times of smoking were examined to determine whether they were within (i.e., correct) or outside (i.e., incorrect) the CI. The following parameters were calculated for each model: (a) accuracy [(number of correct time estimates/total number of estimates) x 100%]; (b) the mean magnitude of error (mean of absolute values of $t_{actual} - t_{calculated}$ for all incorrect estimates); and (c) the number of samples with actual times greater than the upper limit of the CI (i.e., the model estimated a shorter t than actual, termed an underestimate) or below the lower limit (i.e., the model estimated a longer t than actual, termed an overestimate) for each situation examined.

We applied the same evaluations to each sample, using the models in combination. With this application, estimates were considered correct if the true value of t fell within a range defined by the lower limit of the CI of either model and the upper limits of the CIs, whichever was highest.

## ▶   Results

The results for predicted elapsed times between the beginning of cannabis smoking and blood collection obtained with model I, model II, and a combination of the models are summarized in Table 2⊞ . The conditions for the single cigarette study were similar to those

▲ **Top**
▲ **Abstract**
▲ **Introduction**
▲ **Materials and Method**

• **Results**
▼ **Discussion**
▼ **References**

in the study used to produce the models, except that cigarettes contained 2.64% THC instead
of either 1.75% or 3.55% THC, and length of inhalation and the time smoke was held in the
lungs were not controlled. For model I, Table 2⊞ reflects that, for 392 of 427 samples
collected from 38 individuals after they began smoking the first cigarette, the observed time
fell within the predicted range of elapsed time. Another way to view this result is that the model was correct for 91.8%
of cases. For those cases that were overestimated, the average error of actual elapsed times was 14 min lower than the
lowest value in the CI. There were no underestimates when model I was applied to data obtained after the first cigarette.

**View this table:**  **Table 2.** Predicted elapsed time between cannabis smoking and blood collection with
[in this window]   plasma THC ≥0.5 µg/L and THCCOOH ≥2.5 µg/L.
[in a new window]

As can also be seen in Table 2⊞ , the models provided similar results after volunteers (n = 30) smoked a second
cannabis cigarette in the afternoon. A difference noted after multiple cigarettes was that 3 of 290 samples had actual
elapsed times longer than predicted by model I, i.e., for these 3 samples the time of last use was underestimated.

Model II correctly estimated the time of last smoked dose for 94.0% of samples after a single cigarette. Unlike model
most of the errors (21 of 415 samples) were underestimates. Estimates were more accurate after multiple doses.

We evaluated whether the CIs for models I and II could be combined to produce superior results. Shown in the lower
portion of Table 2⊞ are the accuracy, overestimates, and underestimates in predicted elapsed times when we used
models I and II in combination. If the actual elapsed time after the beginning of smoking fell within a range with a
lower limit equal to the lowest predicted confidence limit for either model and an upper limit equal to the highest
predicted confidence limit for either model, then results were considered correct. Accuracies were near 99%, and there
were no instances of underestimated predictions.

One of the limitations mentioned in the introduction was that the models had not been challenged for plasma THC
concentrations <2 µg/L. This is an important limitation because concentrations in this range are expected in the first 4
after cannabis smoking, the timeframe in which many individuals are impaired and attempt to perform skilled
operations (20). In this study, 77 plasma samples from 26 individuals had THC concentrations in the range of 0.5–2
µg/L. The results of application of the models to these samples are shown in Table 3⊞ . All valid predictions were
accurate with the combination of models I and II. Independently, the models were not as accurate for these
concentrations as they were for samples with concentrations >2 µg/L: 80.5% compared with 91.2% for model I, and
77.6% compared with 95.5% for model II.

**View this table:**  **Table 3.** Predicted elapsed time between cannabis smoking and blood collection with
[in this window]   plasma THC between 0.5 and 2.0 µg/L and THCCOOH ≥2.5 µg/L.
[in a new window]

▶ # Discussion

For most forensic and medical applications, the ultimate goal of determining the time of last cannabis use is to relate this time to effects of the drug on the body. Effects vary among individuals, but most people experience the physiologic effects of increased heart rate and conjunctival injection, or bloodshot eyes (26)(27). These effects begin during smoking and may last up to several hours. Effects on the brain include euphoria and decrements in memory, the ability to maintain attention, estimating time, and coordination on divided attention tasks (23). The length of time that acute effects on the brain continue has been debated among scientists. Some investigators have reported subjective and impaired behavioral effects for up to 3 h after the end of smoking but could not find significant effects the following day (7)(28)(29)(30). Others have reported decrements in cognitive function and complex performance tasks for more than 24 h (31)(32)(33). A consensus panel of experts that met to determine the current state of knowledge for effects of cannabis on driving performance reported that "most behavioral and physiological effects return to baseline levels within 3–5 h after drug use, although some investigators have demonstrated residual effects in specific behaviors such as complex divided attention tasks for up to 24 h" (23). Using the models and an individual's plasma THC and THCCOOH concentrations, one may estimate the time the individual last used cannabis and from this time predict cognitive or performance decrements.

The results of this study demonstrate that model I accurately predicts the time of last cannabis use for >90% of cases and that incorrect predictions are overestimates after single doses. After multiple doses of cannabis, accuracy remains gh, but 3 of 290 results were underestimated. Although that number is small, we pay special attention to these underestimates because in general they have a greater impact on actual cases than do overestimates. For example, if a judicial investigator or physician wants to know whether a person with THC in his or her blood was impaired at the time of an accident, it is important to know how long before the accident that person smoked cannabis. Underestimating this time increases the potential for falsely accusing an individual of being impaired at the time of the accident. For ou 3 cases, the underestimates were not serious problems, however, because the magnitudes were small, ranging from 2 to 11 min. If we used the estimated times in these cases to predict the effects of cannabis on the individuals, the errors in time are small compared with the variability in specific effects and will not impact our decision.

Determining accuracy after a second cigarette is an important finding because previous studies did not address applyin the models to multiple THC administrations. Bogusz, in a letter to the editor in the *Journal of Analytical Toxicology* (34), questioned the applicability of the predictive models when individuals ingested multiple doses of cannabis. Huestis and Cone addressed many, but not all, of his concerns in a response and suggested that the models be examine in a multiple-dose study (34). We now demonstrate that model I gives accurate predictions for >90% of plasma sample collected after multiple cannabis doses.

After single doses, model II was 94.0% accurate, but most errors (21 of 415 samples) were underestimates. However, all 21 were from samples collected >3 h after smoking. Huestis et al. (19) noted in the publication of the models that predictions at longer elapsed times were occasionally underestimated. For those times that were underestimated, the magnitude ranged from 2 to 94 min with a mean of 38 min.

The combined models gave time estimates that were 99.1% accurate with no underestimates. In addition, when

overestimates occurred, they were less than 4 min. For the subset of samples with THC concentrations between 0.5 and 0 μg/L and THCCOOH concentrations ≥2.5 μg/L, the combined-model approach was correct in all instances. This method of analysis yields a longer estimated time interval, but greater certainty in prediction. One important outcome of greater certainty is that underestimates of time of use were eliminated. For forensic cases in which finders of fact wish to avoid underestimating time of use, the combined CI model offers greater accuracy and is the method of choice.

The cannabis cigarettes used in our study contained 2.64% THC. Individuals smoked 1 puff/min but chose their own depth of inhalation. This rate is greater than self-paced smoking. All had increases in heart rate and subjective drug effects. According to ElSohly et al. (35), in 1997 the mean THC concentration in seized cannabis was 4.2%. Of course cannabis can have a higher THC content. The models were developed from plasma data collected after persons smoked a 1.75% and a 3.55% cigarette, the latter having more THC than used in the current study (19). Although peak concentrations were higher for the 3.55% cigarettes, the times of use fell within a range similar to that for the lower-dose cigarette. Other studies also have shown that cannabis users tend to titrate their dose of drug to maintain the level of intoxication they prefer (20). One might expect users who are free to choose their own smoking pattern to keep the dose of THC within a range that produces this effect even if the cigarette THC content is high. Their plasma THC and THCCOOH concentration profiles would be similar to those after smoking of a less potent cigarette. In addition, the models have been shown to be accurate in many legal proceedings in multiple countries over the last 13 years when the times of cannabis use were known.

A common problem in applying the models to actual situations is that many accident victims die and THC and THCCOOH concentrations are available only for postmortem blood. As mentioned in the introduction, the average antemortem blood-to-plasma ratio is ~0.5. One can estimate a plasma concentration from a blood concentration by dividing by 0.5 and inserting the plasma concentration into the formulas to estimate time of last cannabis use. However in fatal accident cases, the important variables are the concentrations of drugs and metabolites in antemortem plasma; estimating these from postmortem blood has not been well documented. Giroud et al. (36) studied the concentrations of THC and THCCOOH in blood and plasma from live patients and found mean ratios similar to that reported above, specifically 0.67 and 0.59, respectively. These authors also measured postmortem blood and postmortem "serum" (obtained from centrifuging postmortem whole blood) cannabinoid concentrations and found variable ratios with mean blood-to-serum ratios of 0.45 for THC and 0.37 for THCCOOH. The causes of this variability can be many including changes in serum after death and postmortem redistribution. The study did have an unavoidable limitation of being unable to relate postmortem blood and antemortem plasma analyte concentrations. Errors in converting postmortem blood to antemortem plasma concentrations may have an impact on predictions using model I but would have less effect on predictions using model II because model II estimates are based on the ratio of THCCOOH to THC. These 2 cannabinoid molecules are similarly partitioned between plasma and blood cells, making the ratio less sensitive to partition variability.

In conclusion, in this study we extended the validation of 2 previously described models for predicting the time of last cannabis use from plasma THC and THCCOOH concentrations to samples collected after multiple cannabis exposure and also those with low THC concentrations. The predictive models provide an objective and validated method for assessing the contribution of cannabis to accidents or clinical symptoms based on cannabinoid concentrations in a single plasma sample.

## ▶ Acknowledgments

This research was supported in part by the Intramural Research Program of the NIH, NIDA, and by Sanofi-Aventis. W thank D.A. Gorelick, S.J. Heishman, K.L. Preston, R.A. Nelson, and E.T. Moolchan, coinvestigators on the study in which plasma cannabinoid data were collected.

## ▶ Footnotes

[1] Nonstandard abbreviations: THC, $\Delta^9$-tetrahydrocannabinol; THCCOOH, 11-nor-9-carboxy-THC; CI, 95% confidence interval; and LOQ, limit of quantification. ◼

## ▶ References

▲ Top
▲ Abstract
▲ Introduction
▲ Materials and Methods
▲ Results
▲ Discussion
• References

1. World Health Organization. Management of substance abuse: facts and figures.http://www.who.int/substance_abuse/facts (accessed March 2005)..
2. Soderstrom CA, Trifillis AL, Shankar BS, Clark WE, Cowley RA. Marijuana and alcohol use among 1023 trauma patients. Arch Surg 1988;123:733-737.[Abstract]
3. Crouch DJ, Birky M, Gust SW, Rollins DE, Walsh JM, Moulden JV, et al. The prevalence of drugs and alcohol in fatally injured truck drivers. J Forensic Sci 1993;38:1342-1353.[ISI][Medlin [Order article via Infotrieve]
4. Smiley A. Marijuana: on-road and driving simulator studies. Alcohol Drugs Driving 1986;2:121-134.
5. Ramaekers JG, Robbe HWJ, O'Hanlon JF. Marijuana, alcohol and actual driving performance. Hum Psychopharmacol 2000;15:551-558.[CrossRef][ISI][Medline] [Order article via Infotrieve]
6. Moskowitz H. Marijuana and driving. Accid Anal Prev 1985;17:323-345.[CrossRef][ISI][Medline] [Order artic via Infotrieve]
7. Kurzthaler I, Hummer M, Miller C, Sperner-Unterweger B, Gunther V, Wechdorn H, et al. Effect of cannabis us on cognitive functions and driving ability. J Clin Psychiatry 1999;60:395-399.[ISI][Medline] [Order article via Infotrieve]
8. Walsh GW, Mann RE. On the high road: driving under the influence of cannabis in Ontario. Can J Public Health 1999;90:260-263.[ISI][Medline] [Order article via Infotrieve]
9. Ogden EJD, Moskowitz H. Effects of alcohol and other drugs on driver performance. Traffic Inj Prev 2004;5:185-198.[CrossRef][Medline] [Order article via Infotrieve]
10. Papafotiou K, Carter JD, Stough C. The relationship between performance on the standardised field sobriety tests, driving performance and the level of delta-9-tetrahydrocannabinol (THC) in blood. Forensic Sci Int 2005. http://www.sciencedirect.com (accessed June 2005)..
11. Drummer OH, Gerostamoulos J, Batziris H, Chu M, Caplehorn J, Robertson MD, et al. The involvement of drugs in drivers of motor vehicles killed in Australian road traffic crashes. Accid Anal Prev 2004;36:239-248. [CrossRef][ISI][Medline] [Order article via Infotrieve]
12. Huestis MA, Smith ML. Human cannabinoid pharmacokinetics and interpretation of cannabinoid concentration in biological fluids and tissues. In: Elsohly M, ed. Marijuana and the cannabinoids. New York: Humana Press, 2005;in press..
13. Cone EJ, Huestis MA. Relating blood concentrations of tetrahydrocannabinol and metabolites to pharmacologic effects and time of marijuana usage. Ther Drug Monit 1993;15:527-532.[ISI][Medline] [Order article via Infotrieve]
14. Lemberger L. The metabolism of the tetrahydrocannabinols. Adv Pharmacol Chemother 1972;10:221-255.

[Medline] [Order article via Infotrieve]

15. Hunt CA, Jones RT. Tolerance and disposition of tetrahydrocannabinol in man. J Pharmacol Exp Ther 1980;215:35-44.[Abstract/Free Full Text]

16. Ohlsson A, Lindgren JE, Wahlen A, Agurell S, Hollister LE, Gillespie HK. Plasma levels of delta-9-tetrahydrocannabinol after intravenous, oral and smoke administration. NIDA Res Monogr 1981;34:250-256. [Medline] [Order article via Infotrieve]

17. McBurney LJ, Bobbie BA, Sepp LA. GC/MS and Emit analyses for delta-9-tetrahydrocannabinol metabolites ir plasma and urine of human subjects. J Anal Toxicol 1986;10:56-64.[ISI][Medline] [Order article via Infotrieve]

18. Wall ME, Sadler BM, Brine D, Taylor H, Perez-Reyes M. Metabolism, disposition, and kinetics of delta-9-tetrahydrocannabinol in men and women. Clin Pharmacol Ther 1983;34:352-363.[ISI][Medline] [Order article via Infotrieve]

19. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of delta-9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol (THCCOOH). J Anal Toxicol 1992;16:283-290.[ISI][Medline] [Order article via Infotrieve]

20. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC and THCCOOH during and after smoking marijuana. J Anal Toxicol 1992;16:276-282.[ISI][Medline] [Order article via Infotrieve]

21. Peat MA. Distribution of delta-9-tetrahydrocannabinol and its metabolites. Baselt RC eds. Advances in analytica toxicology II 1989:186-217 Year Book Medical Publishers Chicago. .

22. Mason AP, McBay AJ. Cannabis: pharmacology and interpretation of effects. J Forensic Sci 1985;30:615-631. [ISI][Medline] [Order article via Infotrieve]

23. Couper F, Logan B, Corbett MJ, Farrell L, Huestis M, Jeffrey W, et al. Drugs and human performance fact shee 2004:1-100 National Highway Traffic Safety Administration Washington, DC. .

24. Huestis MA, Gorelick DA, Heishman SJ, Preston KL, Nelson RA, Moolchan ET, et al. Blockade of effects of smoked marijuana by the CB1-selective cannabinoid receptor antagonist SR141716. Arch Gen Psychiatry 2001;58:322-330.[Abstract/Free Full Text]

25. Huang W, Moody DE, Andrenyak DM, Smith EK, Foltz RL, Huestis MA, et al. Simultaneous determination of delta-9-tetrahydrocannabinol and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol in human plasma by solid phase extraction and gas chromatography-negative ion chemical ionization-mass spectrometry. J Anal Toxicol 2001;25:531-537.[ISI][Medline] [Order article via Infotrieve]

26. Huestis MA. Cannabis (marijuana)—effects on human behavior and performance. Farrell LJ Logan BK Dubowski KM eds. The effects of drugs on human performance and behavior, 1st ed 2002:15-60 Central Police University Press Taipei. .

27. Huestis MA, Sampson AH, Holicky BJ, Henningfield JE, Cone EJ. Characterization of the absorption phase of marijuana smoking. Clin Pharmacol Ther 1992;52:31-41.[ISI][Medline] [Order article via Infotrieve]

28. Chait LD, Perry JL. Acute and residual effects of alcohol and marijuana, alone and in combination, on mood an performance. Psychopharmacology (Berl) 1994;115:340-349.[CrossRef][ISI][Medline] [Order article via Infotrieve]

29. Liguori A, Gatto CP, Robinson JH. Effects of marijuana on equilibrium, psychomotor performance, and simulated driving. Behav Pharmacol 1998;9:599-609.[CrossRef][ISI][Medline] [Order article via Infotrieve]

30. Harder S, Rietbrock S. Concentration-effect relationship of delta-9-tetrahydrocannabiol and prediction of psychotropic effects after smoking marijuana. Int J Clin Pharmacol Ther 1997;35:155-159.[ISI][Medline] [Orde article via Infotrieve]

31. Heishman SJ, Huestis MA, Henningfield JE, Cone EJ. Acute and residual effects of marijuana: profiles of plasn THC levels, physiological, subjective, and performance measures. Pharmacol Biochem Behav 1990;37:561-565 [CrossRef][ISI][Medline] [Order article via Infotrieve]

32. Leirer VO, Yesavage JA, Morrow DG. Marijuana carryover effects on aircraft pilot performance. Aviat Space Environ Med 1991;62:221-227.[ISI][Medline] [Order article via Infotrieve]

33. O'Kane CJ, Tutt DC, Bauer LA. Cannabis and driving: a new perspective. Emerg Med 2002;14:296-303.

34. Bogusz M. Concerning blood cannabinoids and the effect of residual THCCOOH on calculated exposure time.

Case 2:06-cv-00868-TMH-CSC    Document 44-10    Filed 11/21/2007    Page 11 of 11

Estimating the Time of Last Cannabis Use from Plasma {Delta}9-Tetrahydrocannabinol and 11-nor-9...    Page 11 of 1?

Anal Toxicol 1993;17:313-316.[ISI][Medline] [Order article via Infotrieve]

35. ElSohly MA, Ross SA, Mehmedic Z, Arafat R, Banahan BFI. Potency trends of delta-9-THC and other cannabinoids in confiscated marijuana from 1980–1997. J Forensic Sci 2000;45:24-30.[ISI][Medline] [Order article via Infotrieve]

36. Giroud C, Menetrey A, Augsburger M, Buclin T, Sanchez-Mazas P, Mangin P. Delta9-THC, 11-OH-delta9-THC and delta9-THCCOOH plasma or serum to whole blood concentrations distribution ratios in blood samples taken from living and dead people. Forensic Sci Int 2001;123:159-164.[CrossRef][ISI][Medline] [Order article via Infotrieve]

*This Article*

▸ **Abstract** FREE
▸ **Full Text (PDF)**
▸ **All Versions of this Article:**
   **clinchem.2005.056838v1**
   **51/12/2289**   *most recent*
▸ **Submit an electronic Letter to the Editor about this paper**
▸ **Alert me when this article is cited**
▸ **Alert me when eLetters are posted**
▸ **Alert me if a correction is posted**

*Services*

**Email this article to a friend**
▸ **Similar articles in this journal**
▸ Similar articles in ISI Web of Science
▸ **Similar articles in PubMed**
▸ **Alert me to new issues of the journal**
▸ **Download to citation manager**
▸ **Search for citing articles in:**
   **ISI Web of Science (2)**

*Google Scholar*

▸ **Articles by Huestis, M. A.**
▸ **Articles by Smith, M. L.**
▸ **Articles citing this Article**
▸ **Search for Related Content**

*PubMed*

▸ **PubMed Citation**
▸ **Articles by Huestis, M. A.**
▸ **Articles by Smith, M. L.**

*Related Collections*

▸ **Drug Monitoring and Toxicology**

LWWOnline | LOGOUT | eALERTS | PROFILE | CUSTOMER SUPPORT          K J MENDELSOHN

Wolters Kluwer | Lippincott Williams & Wilkins
Health

# THERAPEUTIC DRUG MONITORING

**Home**    Search    Current Issue    **Archive**

August 2006, 28:4 > Estimating Time of Last Oral Ingestion...          < Previous | Next >

ARTICLE LINKS:
Abstract | PDF (108 K) | References (21) | View full-size inline images

Therapeutic Drug Monitoring:Volume 28(4)August 2006pp 540-544

# Estimating Time of Last Oral Ingestion of Cannabis From Plasma THC and THCCOOH Concentrations
## [Original Articles]

Huestis, Marilyn A. PhD[*]; ElSohly, Mahmoud PhD[†]; Nebro, Wesenyalsh MS[*]; Barnes, Allan BS[*]; Gustafson, Richard A. PhD[‡]; Smith, Michael L. PhD, DABFT[§]

[*]Chemistry and Drug Metabolism, Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, Baltimore, MD

[†]ElSohly Laboratories, Oxford, MS

[‡]Navy Drug Screening Laboratory, Jacksonville, FL

[§]Division of Forensic Toxicology, Office of the Armed Forces Medical Examiner, Rockville, MD

Supported in part by the Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, Baltimore, MD and the American Registry of Pathology.

Reprints: Marilyn A. Huestis, Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, Baltimore, MD (e-mail: mhuestis@intra.nida.nih.gov)

Received for publication February 2, 2006; accepted April 11, 2006

## Abstract TOP

Estimating the time of last cannabis use is important in assessing possible impairment of drivers involved in accidents, in verifying accuracy of court testimony and, in the future, helpful in therapeutic monitoring of cannabis agonists. In 1992, Huestis et al developed model 1, based on plasma $\Delta^9$-tetrahydrocannabinol (THC) concentrations, and model 2, on plasma 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannibinol/THC ratios, that predicted 95% confidence intervals for time of last cannabis use. These models seemed to be valuable when applied to the small amount of data from published studies of oral ingestion, a route of administration more popular with the advent of cannabis therapies. A study was designed to further validate the models after oral ingestion of THC, and to determine whether they could predict last usage after multiple oral doses. Eighteen subjects in IRB-approved studies participated after providing informed consent. Each of 12 subjects in one group received a single 10 mg oral dose of dronabinol (synthetic THC). In another protocol, 6 subjects received 4 different oral daily doses, divided into thirds and administered with meals for 5 consecutive days. There was a 10-day washout period between each dosing regimen. Daily doses were 0.39, 0.47, and 14.8 mg THC in hemp oil and 7.5 mg dronabinol. Blood specimens were collected throughout the study and analyzed for plasma THC and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannbinol by gas chromatography/mass spectrometry with limits of quantification (LOQs) of 0.5 and 1.0 ng/mL, respectively. Actual times between ingestion of THC and blood collection spanned 0.5 to 16 hours. All plasma specimens with analyte concentrations >LOQ (n=90) were evaluated. Models 1 and 2 correctly predicted time of last THC

Article Outline

- Abstract
- MATERIALS AND METHODS
  - Clinical Protocol
  - Plasma Analyses
  - Data Analysis
- RESULTS
- DISCUSSION
- CONCLUSIONS
- ACKNOWLEDGMENTS
- REFERENCES

Figures/Tables

- Equation (Uncited)
- Equation (Uncited)
- Table 1

EXHIBIT
9
tabbies

ingestion for 74.4% and 90.0% of plasma specimens, respectively. 96.7% of predicted times were correct with one overestimate and 2 underestimates using the time interval defined by the lowest and highest 95% confidence limit of both models. These results provide further evidence of the usefulness of the predictive models in estimating the time of last oral THC ingestion after single or multiple doses.

Knowing the time that an individual last used cannabis is important in determining impairment in driving cases, in verifying the accuracy of court testimony and in selected clinical situations.[1] Huestis et al developed models for estimating the time interval between smoking and blood collection with 95% confidence (CI) from $\Delta^9$-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannbinol (THCCOOH) concentrations in single plasma specimens collected from subjects after they smoked cannabis.[2] The models were validated for subjects who had single or multiple cannabis exposures with plasma THC and THCCOOH concentrations as low as 0.5 and 2.5 ng/mL, respectively.[1] The models seemed to correctly predict the time of oral ingestion when applied to the limited data available in the literature in 1992.

Although cannabis is usually smoked, it also is ingested orally in food (brownies), hemp oil, hemp tea, and prescription medications.[3-5] Oral THC-containing medications are approved for the treatment of nausea in chemotherapy and anorexia in AIDS. Clinical trials are in progress for treatment of neuropathic pain and spasms associated with multiple sclerosis. It is reasonable to expect that increased prevalence of these products will lead to more forensic cases requiring estimates of the time of last oral cannabis use.[6,7] Giroud et al applied the models to plasma concentrations from 6 individuals who drank hemp tea and found they were accurate in most cases.[8] At the time of publication of the original mathematical models, the authors found good results estimating the time that 4 subjects ingested THC in meat sandwiches. In 1992, the only published plasma cannabinoid concentrations after oral THC administration to validate the models were those measured by radioimmunoassay in high-performance liquid chromatography fractions.[2,3]

Past attempts to apply the models to plasma specimens collected after oral ingestion of THC had significant limitations. The number of specimens evaluated was small and there were no data after multiple doses. The investigators here present results for 90 plasma specimens with measurable THC and THCCOOH concentrations collected from 18 subjects after single and multiple oral doses of dronabinol or hemp oil containing THC. The time of last ingestion was predicted by evaluating individual plasma concentrations with the models. If the observed elapsed time was within the CI predicted by a model, the result was considered correct. The accuracy, magnitudes of incorrect estimates and frequency of underestimates and overestimates are reported.

## MATERIALS AND METHODS TOP

### Clinical Protocol TOP

Subjects with histories of cannabis use participated in 2 separate Institutional Review Board approved studies after informed consent. Group 1 was comprised of 12 male subjects, aged 20 to 47 years, weights 56 to 94 kg, 11 white and 1 Asian, each with a history of past cannabis use, who received a single 10 mg dose of dronabinol (synthetic THC). Participants were admitted to the clinic the day before dosing. They were dosed at 08:30 hours and released from the clinic 24 hours later. Blood was collected before and 0.25, 0.5, 1, 1.5, 2, 4, 6, 8, 12, and 24 hours after drug administration.

Group 2, consisting of 1 woman and 5 men aged 32 to 41 years, weighing 63 to 111 kg, all African American, each with a history of routine cannabis use, received multiple doses of THC although residing on the closed clinical research unit for 10 to 11 weeks. A more detailed description of the subjects was published previously with subject C excluded from this study.[9] The protocol was a randomized, double blind, double-dummy, and placebo-controlled study design. Participants did not receive the first drug administration until their urine cannabinoid concentrations were below 10 ng/mL by fluorescence polarization immunoassay (Abbott Laboratories, Abbott Park, IL). Each dosing condition entailed supervised administration of 15 mL hemp oil and 2 capsules 3 times per day with meals for 5 consecutive days with no more than one of the dosage forms containing THC. Subjects freely selected food choices, without restriction, from clinical research unit menus. Exact times of dosing were recorded, but the target times each day were 0800, 1300 and 1730 hours. After 5 consecutive dosing days, there was a 10-day washout period before the next dosing condition. The subjects had 5 dosing conditions involving placebo, low-dose liquid hemp oil (9 µg/g or a daily dose of 0.39 mg THC), low-dose hemp oil in capsules (92 µg/g or a daily dose of 0.47 mg THC), high-dose hemp oil (347 µg/g or a daily dose of 14.8 mg THC), and dronabinol (2.5 mg/capsule or a daily dose of 7.5 mg THC). Blood was collected to provide a number of different elapsed time intervals. On the first day, blood was collected before dosing and then 5 additional times throughout the day. The target times were 1100, 1230, 1500, 1700 and 2030 hours. On the second, third, and fourth days, blood specimens were collected before the morning dose. Specimens were collected on the fifth and last day of dosing before and after the first and last dose. Blood was also collected twice each of the 2 days after the last dose.

After collection, blood was centrifuged, plasma removed and stored at -20°C until analysis. One hundred thirty-two plasma specimens were collected in group 1 and 174 specimens in group 2.

### Plasma Analyses TOP

THC and THCCOOH were measured in plasma specimens from group 1 using LC/MS/MS. Briefly, after adding deuterated internal standards, plasma was extracted using Isolute C18 solid phase extraction cartridges (Biotage, Uppsala, Sweden). Reconstituted extracts were injected into a Perkin-Elmer Series 200 HPLC with an Applied Biosystems Sciex API365 Mass Spectrometer (Perkin

Elmer, Shelton, CT) operated in the positive ionization mode. Nitrogen was the nebulizer and drying gas. THC and THCCOOH were quantified using the 193.0 amu product ion from the 315.3 amu ion and the 193.0 amu product ion from 345.4 ion, respectively. For THC the limit of quantification (LOQ), intraday and interday precisions were 0.5 ng/mL, 7.4% and 7.2%, respectively. For THCCOOH these performance parameters were 0.5 ng/mL, 9.5% and 8.3%, respectively.

The gas chromatography/mass spectrometry (GC/MS) method for determining plasma THC and THCCOOH concentrations for group 2 specimens was published previously.[10] Briefly, the method incorporates hydrolysis of the plasma with *Escherichia coli* β-glucuronidase to cleave glucuronic acid moieties and simultaneous solid phase extraction of the 2 analytes in a single eluent. THC and THCCOOH concentrations were measured with an Agilent 6890/5973 GC/MS (Agilent Technologies, Inc, Palo Alto, CA) in positive chemical ionization mode with selected ion monitoring using deuterated internal standards. THC and THCCOOH LOQs were 0.5 and 1.0 ng/mL, respectively. Intraassay and interassay precision was determined at several concentrations of each analyte throughout the analytical range. For THC these parameters were 1.6-4.3% and 3.9-5.2%, respectively, and for THCCOOH 1.4-4.7% and 6.5-7.3%, respectively.

## Data Analysis TOP

Models for estimating time of last use of cannabis were previously published.[2] Model 1 determined time estimates from plasma THC concentrations and model 2 from plasma concentration ratios THCCOOH/THC. The formulas are reproduced below with $T$ representing the elapsed time in hours between the beginning of cannabis smoking and blood collection, and CI representing the 95% confidence interval for the estimate of $T$. The subscripts 1 and 2 refer to models 1 and 2, respectively, and brackets indicate the concentrations of THC or THCCOOH in ng/mL:

Model 1: $\log T = -0.698 \log [THC] + 0.687$

| | |
|---|---|
|  | Equation (Uncited) |

Model 2: $\log T = (0.576 \log [THCCOOH]/[THC]) - 0.176$

| | |
|---|---|
|  | Equation (Uncited) |

These equations were developed from cannabinoid concentrations in plasma specimens collected for up to 168 hours after controlled smoking of a 1.75% and a 3.55% THC cigarette by each of six subjects. As an example, applying the model 1 formula to a plasma specimen with THC and THCCOOH concentrations of 5 and 9 ng/mL, respectively, predicts with 95% confidence that the time of last use by the donor would be between 0.72 and 3.5 hours, $CI_1$. $CI_2$ would be 0.36 to 2.5 hours. Detailed instructions for use of the models can be found in the original reference.[2]

In the current study, model 1 was applied to each plasma specimen with a valid THC measurement and model 2 to those with valid THC and THCCOOH concentrations. All analyte results greater than or equal to the LOQs of the methods were selected. For each model, the CI for time of last use was determined. The actual times of oral ingestion were examined to determine whether they were within (ie, correct) or outside (ie, incorrect) the CI. The following parameters were calculated for each model: (1) Accuracy=(number of correct time estimates/ total number of estimates)×100 (%), (2) the mean magnitude of error=mean of absolute values of $T_{actual}$-$T_{calculated}$ for all incorrect estimates, and (3) the number of specimens with actual times greater than the upper limit of the CI (ie, the model estimated a shorter $T$ than actual, termed an underestimate) and below the lower limit of the CI (ie, the model estimated a larger $T$ than actual, termed an overestimate) for each situation examined.

The same evaluations were applied to each specimen using the models in combination. With this application, estimates were considered correct if the true value of $T$ fell within a range defined by the lowest and highest limits of the CIs of both models.

## RESULTS TOP

Three hundred six (306) plasma specimens were analyzed by GC/MS or LC/MS/MS but only 90 had THC and THCCOOH concentrations at or above the LOQs, 56 after a single 10 mg dronabinol administration (group 1) and 34 from the multiple hemp oil and dronabinol administration (group 2). For group 2, THC concentrations in all plasma specimens after the 0.39 and 0.47 mg daily doses were below the LOQ of the method. Only the 7.5 and 14.8 mg daily doses, administered in three divided doses, produced

measurable plasma THC and THCCOOH concentrations in this multiple dose study. The elapsed collection times of the positive plasma specimens for all subjects ranged from 0.5 to 16 hours. Model 1 correctly estimated CIs that encompassed the elapsed time for 67 of the 90 plasma specimens, that is 74.4% accuracy, see Table 1. Model 2 had better accuracy, estimating correct times for 90.0% of plasma specimens evaluated, but most of the incorrect predictions were underestimates with magnitudes as large as 7.6 h for a plasma specimen collected 16 h after the last multiple dose. Combining the models' CIs reduced both overestimates and underestimates with a 96.7% overall accuracy rate. Additionally, the largest error in a time estimate was 0.65 h.

---



**TABLE 1.** Performance of Prediction Models Estimating Elapsed Time Between Last Oral Ingestion of THC and Blood Collection*Time interval defined by the lowest and highest 95% CI of both models.Plasma specimens with THC $\geq$0.5 ng/mL and THCCOOH $\geq$1 ng/mL were evaluated. Specimens were collected after a single dose of 10 mg dronabinol or multiple daily doses of 7.5 mg dronabinol or 14.8 mg THC in hemp oil.

---

Comparing multiple with single dose evaluations, the models were less accurate, i.e. 55.2 vs. 83.6% for model 1 and 86.2 vs. 91.8% for model 2, respectively. Note that 5 plasma specimens in group 2 were collected after a single THC dose, thus, estimates were included with results of the 56 specimens from the single dose group, that is single dose dronabinol, in Table 1. The largest magnitudes of error for estimates using model 2 were for plasma specimens after multiple doses; however, this was due primarily to the longer elapsed times after dosing. Of the 29 predictions from plasma concentrations after multiple doses, 3 were underestimates, that is, 0.59, 5.9 and 7.6 hours. Actual elapsed collection times for these specimens were 4, 14, and 16 hours, respectively. Combining CIs from the 2 models increased the accuracy after multiple doses to 93.1% with one 0.65-hour overestimate and one 0.57-hour underestimate.

When all specimens were evaluated together, the combined model approach had a prediction accuracy of 96.7%, with 1 overestimate and 2 underestimates, the largest 0.65 hours. These specimens followed single and multiple oral doses and included cannabinoid measurements by 2 different analytical methods.

## DISCUSSION TOP

A review of the results in Table 1 shows that model 1 is less accurate than model 2 in predicting the time of last oral ingestion of single or multiple oral doses of THC. However, most of the incorrect predictions are overestimates with small magnitudes of error. Model 2, more accurate overall, has more underestimates and larger magnitudes of error. Special attention must be paid to these underestimates because, in general, they have a greater impact on actual cases than do overestimates. For example, if a judicial investigator or physician wants to know if someone with THC in their blood was impaired at the time of an accident, it is important to know how long before the accident cannabis was ingested. Underestimating this time increases the potential for falsely accusing an individual of being impaired at the time of the accident. There have been many studies determining the duration of impairment after smoking cannabis.11-14 Methods of measuring impairment were different in these studies and the duration cited varied, however, the consensus from driving studies is that most behavioral and physiological effects return to baseline after 3 to 8 hours. Some investigators have reported residual effects up to 24 hours for complex divided attention tasks.15

Most of the large errors in estimating time of last ingestion occur at longer elapsed times. For example, the 5.9 and 7.6 hours errors predicted by model 2 after multiple cannabinoid doses had actual elapsed times of 14 and 16 hours after the last dose, respectively. The authors of the original single dose smoking study noted the lower accuracy of model 2 predictions when specimens were collected at longer elapsed times.2

Analytical methods used to test plasma specimens from groups 1 and 2 had an important difference. Specimens from group 2 were treated with glucuronidase before extraction and those from group 1 were not. Thus, conjugates of THC and THCCOOH were included in the total concentrations for group 2. The original models were developed without hydrolysis of conjugated cannabinoids, therefore, one might expect better predictive accuracy by excluding cannabinoid glucuronides. Also, the early appearance of glucuronides after oral ingestion, due to first pass metabolism, and their accumulation after multiple doses, could have contributed to poorer model 1 and 2 accuracies for group 2.3,16 Despite these differences, time predictions were correct for more than 93% of the group 2 cases using the combined CI approach.

Combining the models CIs improves the accuracy of predictions, regardless of the number of doses or choice of total versus free cannabinoid concentrations. Also, the magnitudes of error in time estimations that do occur are smaller. The largest underestimate shown in the table is 0.57 hours for a specimen collected 16 hours after the last oral ingestion of THC. This magnitude of error makes little difference in predicted effects of cannabis 16 hours after use. Combining the CIs of the two models makes the predicted time range larger, especially at longer elapsed times, but improves accuracy, reduces the magnitudes of errors and minimizes underestimates. These results support using the combined CIs to estimate the time of last cannabis ingestion.

There are a variety of forensic cases involving oral ingestion of THC.13 These include individuals accused of driving under the influence of cannabis who attempt to explain a positive blood or plasma cannabinoid test by postulating unknowing ingestion of

Case 2:06-cv-00868-TMH-CSC    Document 44-11    Filed 11/21/2007    Page 5 of 7

Therapeutic Drug Monitoring - Fulltext: Volume 28(4) August 2006 p 540-544 Estimating Time of Last ...    Page 5 of ?

cannabis brownies, hemp oil, hemp tea or other hemp products.[4,8,17] Another example is the driver who admits ingesting cannabis but claims this occurred many hours before driving, indicating that he was not impaired. The scenarios may be different in other cases but time of use remains a critical component. In each instance, the triers of fact must determine if the defendant's claim is legitimate by estimating the time of THC ingestion to verify the facts in the case. One can expect the number of incidents of this nature to increase with the advent of cannabis-based medications.[6] Marinol (dronabinol) was cleared by the United States Food and Drug Administration for treatment of nausea from chemotherapy and anorexia in AIDS patients in 1986 and is prescribed in dosages similar to those administered in our study. Although expensive and narrowly prescribed, 295,000 capsules of Marinol were dispensed in the United States in 2004. New research findings indicating that cannabinoids are neuroprotective and that the endocannabinoid system is important in stress-induced analgesia are emphasizing the importance of developing additional cannabinoid pharmaceuticals.[7,18] Sativex, a pharmacotherapy containing THC and cannabidiol, was approved in 2005 in Canada to treat neuropathic pain in multiple sclerosis.[19] Patients currently use a patented dispenser that sprays the pharmaceutical combination into the mouth where drug is putatively absorbed through the mucosa. In cases where patients abuse the drug, experts can use the models to assist in solving resulting legal problems.

A common problem in applying the models to forensic cases involving accident victims is that THC and THCCOOH concentrations may only be available in postmortem blood. One can estimate the plasma cannabinoid concentrations in living individuals by dividing blood concentrations by 0.5.[15,20] Giroud et al found the models useful when cannabinoid concentrations in antemortem blood and plasma were used.[21] They studied the concentrations of THC and THCCOOH in blood and plasma from live patients and found mean ratios of 0.67 and 0.59, respectively. However, when they compared postmortem blood and serum (obtained from centrifuging postmortem blood), ratios varied with a mean blood to serum ratio of 0.45 for THC and 0.37 for THCCOOH. Citing this variability, the authors did not advocate using the models with postmortem blood concentrations. Serum is obtained from centrifuging antemortem blood that is collected without an anticoagulant. Therefore, the serum that Giroud et al studied is difficult to relate to antemortem serum, plasma or whole blood. The accuracy of the predictive models using postmortem blood has been substantiated in numerous legal cases in multiple international jurisdictions when the time of last cannabis use was independently verified.

## CONCLUSIONS TOP

Models proposed by Huestis et al used THC and THCCOOH concentrations for a single plasma specimen to estimate the time an individual last smoked cannabis. Model 1, based on plasma THC concentration, and model 2, using the THCCOOH/THC concentration ratio, correctly estimated the 95% confidence time intervals for the last dose in 74.4% and 90.0% of cases of oral THC, respectively. The accuracy increased to 96.7% when the confidence intervals of the models were combined. These prediction models are helpful for estimating the elapsed time since cannabis use. The present study further validates their usefulness after single and multiple oral doses of THC.

## ACKNOWLEDGMENTS TOP

The authors thank the clinical staff of the Intramural Research Program, National Institute on Drug Abuse, National Institutes of Health, Baltimore, MD.

## REFERENCES TOP

1. Huestis MA, Barnes A, Smith ML. Estimating the time of last cannabis use from plasma Delta9-tetrahydrocannabinol and 11-nor-9-carboxy-delta9-tetrahydrocannabinol concentrations. Clin Chem. 2005;51:2289-2295.
[CrossRef] [Context Link]

2. Huestis MA, Henningfield JE, Cone EJ. Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of delta 9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-delta 9-tetrahydrocannabinol (THCCOOH). J Anal Toxicol. 1992;16:283-290.
[Medline Link] [Context Link]

3. Law B, Mason PA, Moffat AC, et al. Forensic aspects of the metabolism and excretion of cannabinoids following oral ingestion of cannabis resin. J Pharm Pharmacol. 1984;36:289-294.
[Context Link]

4. Cone EJ, Johnson RE, Paul BD, et al. Marijuana-laced brownies: behavioral effects, physiologic effects, and urinalysis in humans following ingestion. J Anal Toxicol. 1988;12:169-175.
[Context Link]

5. Gustafson RA, Kim I, Stout PR, et al. Urinary pharmacokinetics of 11-nor-9-carboxy delta-tetrahydrocannabinol after controlled oral delta9-tetrahydrocannabinol administration. J Anal Toxicol. 2004;28:160-167.
[Context Link]

6. Pertwee RG. Cannabis and cannabinoids: pharmacology and rationale for clinical use. Forsch Komplementarmed. 1999;6(Suppl. 3):12-15.
[CrossRef] [Context Link]

7. Hohmann AG, Suplita RL, Bolton NM, et al. An endocannabinoid mechanism for stress-induced analgesia. Nature.

Case 2:06-cv-00868-TMH-CSC    Document 44-11    Filed 11/21/2007    Page 6 of 7    Page 6 of 7

Therapeutic Drug Monitoring - Fulltext: Volume 28(4) August 2006 p 540-544 Estimating Time of Last ...

2005;435:1108-1112.
[CrossRef] [Context Link]

8. Giroud C, Menetrey A, Augsburger M, et al. Hemp tea vs hemp milk: behavioral, physiological effects, blood, urine, saliva and sweat cannabinoids levels following ingestion by 2 groups of 6 healthy volunteers. 37th Triennial Meeting of The International Association of Forensic Toxicologists. Cracow, Poland, 1999.
[Context Link]

9. Gustafson RA, Levine B, Stout PR, et al. Urinary cannabinoid detection times after controlled oral administration of delta9-tetrahydrocannabinol to humans. Clin Chem. 2003;49:1114-1124.
[CrossRef] [Context Link]

10. Gustafson RA, Moolchan ET, Barnes A, et al. Validated method for the simultaneous determination of Delta 9-tetrahydrocannabinol (THC), 11-hydroxy-THC and 11-nor-9-carboxy-THC in human plasma using solid phase extraction and gas chromatography-mass spectrometry with positive chemical ionization. J Chromatogr B Analyt Technol Biomed Life Sci. 2003;798:145-154.
[Context Link]

11. Yesavage JA, Leirer VO, Denari M, et al. Carry-over effects of marijuana intoxication on aircraft pilot performance: a preliminary report. Am J Psychiatry. 1985;142:1325-1329.
[Context Link]

12. Heishman SJ, Huestis MA, Henningfield JE, et al. Acute and residual effects of marijuana: profiles of plasma THC levels, physiological, subjective, and performance measures. Pharmacol Biochem Behav. 1990;37:561-565.
[CrossRef] [Context Link]

13. Huestis MA. Cannabis (Marijuana)-Effects on Human Behavior and Performance. 1st ed. Taipei: Central Police University Press; 2002.
[Context Link]

14. Papafotiou K, Carter JD, Stough C. The relationship between performance on the standardised field sobriety tests, driving performance and the level of Delta9-tetrahydrocannabinol (THC) in blood. Forensic Sci Int. 2005;155:172-178.
[CrossRef] [Context Link]

15. Couper F, Logan B. Cannabis/Marijuana (9-Tetrahydrocannabinol, THC). In: Drugs and Human Performance Fact Sheets. Report No. DOT HS 809 725. Washington DC: National Highway Traffic Safety Administration; 2004: 7-12.
[Context Link]

16. Kelly P, Jones RT. Metabolism of tetrahydrocannabinol in frequent and infrequent marijuana users. J Anal Toxicol. 1992;16:228-235.
[Context Link]

17. Bosy TZ, Cole KA. Consumption and quantitation of delta9-tetrahydrocannabinol in commercially available hemp seed oil products. J Anal Toxicol. 2000;24:562-566.
[Context Link]

18. Mechoulam R. The promise of advances in the field of endocannabinoids. Neuro Endocrinol Lett. 2004;25:11-12.
[Context Link]

19. Barnes MP. Sativex: clinical efficacy and tolerability in the treatment of symptoms of multiple sclerosis and neuropathic pain. Expert Opin Pharmacother. 2006;7:607-615.
[Medline Link] [CrossRef] [Context Link]

20. Mason AP, McBay AJ. Cannabis: pharmacology and interpretation of effects. J Forensic Sci. 1985;30:615-631.
[Medline Link] [Context Link]

21. Giroud C, Menetrey A, Augsburger M, et al. Delta(9)-THC, 11-OH-Delta(9)-THC and Delta(9)-THCCOOH plasma or serum to whole blood concentrations distribution ratios in blood samples taken from living and dead people. Forensic Sci Int. 2001;123:159-164.
[CrossRef] [Context Link]

**Keywords:**
tetrahydrocannabinol; oral; prediction models; plasma cannabinoids

© 2006 Lippincott Williams & Wilkins, Inc.

---

**Copyright © 2007, Lippincott Williams & Wilkins. All rights reserved.**
**Published by Lippincott Williams & Wilkins.**
**Copyright/Disclaimer Notice • Privacy Policy**
XML Subscribe to our RSS feed

utrdc-pt01

Release 4.7.0

NCBI    Pub**M**ed

www.pubmed.gov

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI    [?
[Sign In] [Register
Entrez 2.0

| All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Books |

Search PubMed ▼ for [          ]    Go   Clear

Limits    Preview/Index    History    Clipboard    Details

Display Abstract ▼ Show 20 ▼ Sort by ▼ Send to ▼

All: 1    Review: 0

About Entrez

Text Version

Entrez PubMed
Overview
Help | FAQ
Tutorials
New/Noteworthy
E-Utilities

PubMed Services
Journals Database
MeSH Database
Single Citation
Matcher
Batch Citation
Matcher
Clinical Queries
Special Queries
Out
My NCBI

Related Resources
Order Documents
NLM Mobile
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

☐ 1: J Forensic Sci. 1984 Oct;29(4):987-1026.    Related Articles, Link

### Ethanol, marijuana, and other drug use in 600 drivers killed in single-vehicle crashes in North Carolina, 1978-1981.

### Mason AP, McBay AJ.

Although the use of ethanol, marijuana, and other drugs may be detrimental to driving safety, this has been established by direct epidemiological evidence only for ethanol. In this study, the incidences of detection of ethanol (and other volatile substances), delta-9-tetrahydrocannabinol (THC), barbiturates, cocaine and benzoylecgonine, opiates, and phencyclidine were determined in an inclusive population of 600 verified single-vehicle operator fatalities that occurred in North Carolina in 1978 to 1981. The incidence of detection of amphetamines and methaqualone were determined for drivers accepted for study during the first two years (n = 340) and the last year (n = 260), respectively. Blood concentrations of 11-nor-deta-9-tetrahydrocannabinol-9-carboxylic acid (9-carboxy-THC) were determined in THC positive drivers. EMIT cannabinoid assays were performed on blood specimens from all drivers accepted for study during the third year, and the feasibility of using the EMIT cannabinoid assay as a screening method for cannabinoids in forensic blood specimens was investigated. The incidence of detection of ethanol (79.3%) was far greater than the incidences determined for THC (7.8%), methaqualone (6.2%), and barbiturates (3.0%). Other drugs were detected rarely, or were not detected. Blood ethanol concentrations (BECs) were usually high; 85.5% of the drivers whose bloods contained ethanol and 67.8% of all drivers had BECs greater than or equal to 1.0 g/L. Drug concentrations were usually within or were below accepted therapeutic or active ranges. Only a small number of drivers could have been impaired by drugs, and most of them had high BECs. Multiple drug use (discounting ethanol) was comparatively rare. Ethanol was the only drug tested for that appears to have a significantly adverse effect on driving safety.

Publication Types:
- Research Support, Non-U.S. Gov't

PMID: 6502125 [PubMed - indexed for MEDLINE]

EXHIBIT
10

Display Abstract ▼ Show 20 ▼ Sort by ▼ Send to ▼

Write to the Help Desk

NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

# ANDREW P. MASON, Ph.D., DABFT, DABCC-TC FORENSIC TOXICOLOGIST

## ToxicoLogics, Ltd.

P.O. Box 614
Boone, NC, 28607
Phone: (828) 265-1144
FAX: (828)-265-3506
Email: ForN6Tox@aol.com



EXHIBIT
ubbies 3-Mason

## PROFESSIONAL EXPERIENCE:

**02/99 - Present**   **Adjunct Professor, Department of Chemistry, Appalachian State University**
The A. R. Smith Department of Chemistry, Appalachian State University
P.O. Box 32036, Boone, NC 28608-2036

**07/98 – Present**   **President - ToxicoLogics, Ltd., & Forensic Toxicologist**
ToxicoLogics, Ltd., P.O. Box 1614, Boone, NC 28607
ToxicoLogics, Ltd., Specializing In Forensic Toxicology Services

**07/95 - 06/98**   **Forensic Toxicologist – Expert Services Group**
**National Medical Services, Inc.**
3701 Welsh Rd., Willow Grove, PA.

**03/93 - 06/98**   **Director of Forensic Toxicology - National Medical Services**
3701 Welsh Rd., Willow Grove, PA.

**09/93 - 08/94**   **Scientific Director, Forensic Urine Drug Testing Laboratory (CAP)**
**National Medical Services**, 2300 Stratford Avenue, Willow Grove, PA.

**08/92 - 03/93**   **Forensic Toxicologist - National Medical Services**
2300 Stratford Avenue, Willow Grove, PA.
NMS is a private independent professional full-service laboratory, providing certified and licensed forensic toxicological and criminalistics analysis of evidence, body fluids and tissues for drugs and intoxicants, supported by expert opinion reporting and expert testimony.

**07/89 - 07/92**   **Chief Toxicologist - Office of the Chief Medical Examiner**
North Carolina Division of Postmortem Medicolegal Examination, Department of Environment, Health, and Natural Resources, Chapel Hill, NC.

**08/88 - 07/92**   **Clinical Assistant Professor - University of North Carolina**
Department of Pathology, School of Medicine, Chapel Hill, NC.

**02/88 - 06/89**   **Deputy Chief Toxicologist - Office of the Chief Medical Examiner**
North Carolina Division of Health Services, Department of Human Resources, Chapel Hill, NC, (Analytical Chemist II).

| 09/87 - 01/88 | **Forensic Toxicologist - Office of the Chief Medical Examiner**<br>North Carolina Division of Health Services, Department of Human Resources, Chapel Hill, NC. |
|---|---|
| 01/85 - 08/87 | **Postdoctoral Fellow - University of North Carolina**<br>Department of Pathology, School of Medicine, Chapel Hill, NC. Development and Characterization of Monoclonal Antibodies to Conformer Dependent Epitopes on Immunoglobulins, and Their Use in Homogenous Immunoassay Technologies, under the direction of Howard M. Reisner, Ph.D. |
| 01/81 - 12/84 | **Graduate Research Assistant - University of North Carolina**<br>School of Pharmacy, Division of Medicinal Chemistry and Natural Products, Chapel Hill, NC. |
| 08/78 - 12/80 | **Graduate Teaching Assistant - University of North Carolina**<br>School of Pharmacy, Division of Medicinal Chemistry and Natural Products, Chapel Hill, NC. |
| 05/77 - 08/78 | **Research Scientist I - Norwich Eaton Pharmaceuticals, Inc.**<br>Analytical Methods Development Section, Pharmaceutical Research and Development Division, Norwich, NY. Development of control and stability assays for drugs in pharmaceutical formulations. |
| 02/77 - 04/77 | **Research Scientist I - Norwich Eaton Pharmaceuticals, Inc.**<br>Tissue Residue Group, Pharmacometrics Division, Norwich, NY. Development of analytical methods for anti-microbial agents and their metabolites in tissues and feeds. |

## EDUCATION:

| 08/78 - 05/86 | **Doctor of Philosophy - University of North Carolina**<br>Division of Medicinal Chemistry and Natural Products, School of Pharmacy, Chapel Hill, NC. Dissertation Title: Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol, under the direction of Arthur J. McBay, Ph.D. |
|---|---|
| 08/73 - 12/76 | **Bachelor of Science, Chemistry - State University of New York**<br>Binghamton, NY. |
| 08/72 - 05/73 | **Mansfield State College**, Mansfield, PA. |

## LICENSURE AND CERTIFICATIONS:

| 1998 - Present | **Diplomate of the American Board of Clinical Chemistry (DABCC-TC)**<br>Certification in Toxicological Chemistry. American Board of Clinical Chemistry, 2101 L Street, NW, Suite 202, Washington, DC, 20037-1526, (1998 – 2003, 2003 – 2005). |
|---|---|
| 1995 | **Breath Alcohol Technician (BAT)**<br>Chemical Tests for Intoxication Training Program under 49 CFR Part 40 on Intoxilyzer Model 5000-R Breath Analysis Instrument, National Medical Services, Inc., June 12, 1995. |

| | |
|---|---|
| **1994 - 2009** | **Diplomate of the American Board of Forensic Toxicology (DABFT)** <br> American Board of Forensic Toxicology, Inc., c/o, the Forensic Sciences Foundation, Inc., P.O. Box 669, Colorado Springs, CO, 80901-0669, (1994 - 1999, 1999 – 2004, 2004 -2009). |
| **1993 - 2005** | **Certificate of Qualification, Laboratory Director** <br> New York State Department of Health, Certified in Forensic Toxicology, Therapeutic Substance Monitoring/Quantitative Toxicology, and Clinical Toxicology/Drug Analysis - Qualitative (1993 - 1995, 1995 - 1997, 1997 – 1999, 1999 – 2001, 2001 – 2003, 2003 – 2005, 2005 – 2007, 2007 – 2009) and Certified in Blood Lead and Erythrocyte Protoporphyrin (2/97 - 4/97, 1997 – 1999, 1999 – 2001, 2001 – 2003, 2003 – 2005). |
| **1992 - 1994** | **Certificate of Qualification, Laboratory Director** <br> Ohio Department of Health, Alcohol Testing Approval and Permit Program, Certified in ethyl alcohol analysis by gas chromatography, (10/92 - 10/94). |

## HONORS:

Rho Chi Pharmaceutical Honor Society, 1982.

New York State Regents Scholarship, 1972.

## PROFESSIONAL ORGANIZATIONS:

Full Member, Society of Forensic Toxicologists (SOFT), 1988 - Present.
SOFT Membership Committee, 01/94 - 01/97.

Fellow, American Academy of Forensic Sciences, 1997 - Present.
Full Member, American Academy of Forensic Sciences, 1993.
Provisional member, American Academy of Forensic Sciences, 1989.

Member, American Association for Clinical Chemistry, 1992 - Present.
Member, Therapeutic Drug Monitoring and Clinical Toxicology Division, American Association for Clinical Chemistry, 1993 - Present.

Full Member, The International Association of Forensic Toxicologists, 1993 - Present

## SPECIAL TRAINING:

Particle Concentration Fluorescence Immunoassay Methods, Pandex Division, Baxter Healthcare Corp., Mundelein, IL, 11/04/86 -11/09/86.

Quadrupole Mass Spectrometric Techniques: Theory, Operation, Maintenance, and Applications, Extrel Corp., Pittsburgh, PA, 10/05/87 - 10/09/87.

Supervisory Skills Training Program, State Personnel Development Center, Office of State Personnel, North Carolina Department of Human Resources, Raleigh, NC, 07/08 - 12/88.

"Responsible Alcohol Service/Seller Program," North Carolina Alcohol Beverage Control Commission (NC-ABCC) , Boone, NC, 01/26/07.

**OTHER ACTIVITIES:**

Continuing Education Program Committee Coordinator, National Medical Services, Inc., 2300 Stratford Ave., Willow Grove PA, 1993 - 1995.

Guest Reviewer, Journal of Analytical Toxicology Annual Special Issue, for the Annual Meeting of the Society of Forensic Toxicologists, 4th Annual Special Issue, (Vol. 18, No. 6., Oct. 1994), 5th Annual Special Issue, (Vol. 19, No. 6, Oct. 1995), 8th Annual Special Issue, (Vol. 22, No. 6, Oct. 1998), 9th Annual Special Issue, (Vol. 23, No. 6, Oct. 1999), 14th Annual Special Issue, (Vol. 28, No. 6, Oct. 2004).

Laboratory Inspector, College of American Pathology (CAP), Forensic Urine Drug Testing Laboratory Certification Program, 1994 - 1999.

Member, Program Committee, AAFS Toxicology Section, 2000 Annual Meeting, Reno NV.

Testimony:  Since September 1993, Testimony At Trial Or In Deposition In Over 100 Cases, In At Least 17 States, In Federal, State, District, Local, And Administrative Courts, For Prosecution, Plaintiff, And Defense.

Instruction:     Chemistry 3530, Forensic Chemistry and Toxicology, Chemistry Department, Appalachian State University, Boone, NC.  Authored and presented advanced level course for undergraduate students in forensic chemistry and forensic toxicology.  Presented spring semester, 2001, 2003.

Special Consultant, "OxyContin Abuse in the Carolinas," The Charlotte Observer, Charlotte, NC, July 7-10, 2002.

Moderator, Scientific Sessions, SOFT Annual Meeting, Detroit, MI, 10/2002, AAFS Annual Meeting, Chicago, IL, 2/2003.

Speaker:   Instructional Video; "What is Chemistry?," A.C. Smith Department of Chemistry, produced by the Learning Assistance Program, Appalachian State University, Boone, NC, 07/2003, viewable at http://www.chemistry.appatate.edu/.

Editorial Staff:    ToxTalk: The official publication of the Society of Forensic Toxicologists, Inc., Cave Creek, AZ, 03/2004 - 12/2005.

Drug Endangered Child (DEC) Program Advisory Board, Watauga County Dept. of Social Services Child Protective Services Program, Watauga County, Boone, NC, 2003-Present).

Methamphetamine Home Laboratory Workgroup, NC Division of Social Services, NC Dept. of Health and Human Services, Raleigh, NC, 2004.

Workshop Coordinator and Moderator; FBI Laboratory Symposium on Forensic Toxicology, Session 1C, "The Toxicological Hazards of Clandestine Methamphetamine Synthesis," Washington, DC, 08/29/04.

**ANDREW P. MASON, Ph.D., DABFT, DABCC**                                    PAGE 5 of 13

Committee Chair, SOFT, First Annual SOFT Student Enrichment Program, Society of Forensic Toxicologists (SOFT) Annual Meeting, Raleigh-Durham, NC, 10/15/2007.

## PUBLICATIONS:

1.    McBay AJ, Mason AP, "Drugs Found in 600 Single-Vehicle Operators Killed in North Carolina in 1978-1982," Bull Int Assoc Forensic Toxicol, 16/3: 19-21 (1982).

2.    Mason AP, Perez-Reyes M, McBay AJ, Foltz RL, "Cannabinoids in Plasma After Passive Inhalation of Marijuana Smoke," JAMA, 249/4: 475-476 (1983), Letter.

3.    Perez-Reyes M, Di Guiseppi S, Mason AP, Davis KH, "Passive Inhalation of Marijuana Smoke and Urinary Excretion of Cannabinoids," Clin Pharmacol Ther, 34/1: 36-41 (1983).

4.    Mason, AP, Perez-Reyes M, McBay AJ, Foltz RL, "Cannabinoid Concentrations in Plasma After Passive Inhalation of Marijuana Smoke," J Anal Toxicol, 7/4: 172-174 (1983).

5.    Mason AP, McBay AJ, "Ethanol, Marijuana, and Other Drug Use in 600 Drivers Killed in Single-Vehicle Crashes in North Carolina, 1978-1981," J Forensic Sci, 29/4: 987-1026 (1984).

6.    Mason AP, McBay AJ, "Cannabis: Pharmacology and Interpretation of Effects," J Forensic Sci, 30/3: 615-631 (1985).

7.    McBay AJ, Mason AP, "Marijuana and Driving: What is the Significance of Cannabinoid Concentrations?," in Alcohol Drugs and Traffic Safety, Proceedings of the Ninth International Conference on Alcohol, Drugs and Traffic Safety, San Juan, Puerto Rico, 1983, Kaye S, Meier GW, Eds., U.S. Department of Transportation, National Highway Traffic Safety Administration, U.S. Govt. Printing Off., DOT-HS-806-814, (1985), pp. 949-954.

8.    Mason AP, "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," Ph.D. Dissertation, University of North Carolina, Chapel Hill, NC, 1986, 243 pp.

9.    Mason AP, Reisner HM, McBay AJ, de Serres M, "Development of a PCFIA Method for THC in Blood and Plasma," in Proceedings of the 1987 Pandex Symposium, Promises and Limitations of Particle Concentration Fluorescence Immunoassay Strategies, (Lincolnshire, IL, 11/7/87), TP&T Publications, Chicago, IL, 1988.

10.   McBay AJ, Mason AP, "Forensic Science Identification of Unknowns by Gas Chromatography Mass Spectrometry," J Forensic Sci: 34/6, 1471-1476 (1989).

11.   Mason, AP, "Case Notes: Morphine Poisoning or "Take the Money and Run," Tox Talk, Society of Forensic Toxicologists, Inc., Vol. 18, No. 3, September 1994, pp. 7.

12.   Selavka CM, Mason AP, Riker CD, Crookham S, "Determination Of Fentanyl In Hair: The Case of the Crooked Criminalist," J Forensic Sci, 40/4: 681-685 (1995).

13.   Mason AP, Selavka CM, "GC/MS Detection of a Single Exposure to Fentanyl in Hair?," Tox Talk, Society of Forensic Toxicologists, Inc., Vol. 19, No. 1, March 1995, p. 3.

14.   Mason, AP, "Diphenhydramine related fatalities in infants and young children," ToxTalk, Society of Forensic Toxicologists, Inc. Vol. 29, No. 4, Fourth Qtr., 2005, pp. 12-13.

## PRESENTATIONS AND ABSTRACTS:

1.  Mason AP, Perez-Reyes M, McBay AJ, Foltz RL. "Cannabinoids in Plasma After Passive Inhalation of Marijuana Smoke," Cannabinoids '82', Satellite Meeting, American Society of Pharmacology and Experimental Therapeutics, Louisville, KY, 8/82.

2.  McBay AJ, Mason AP. "Ethanol, Marijuana, and Other Drug Use in 600 Drivers Killed in Single-Vehicle Crashes in North Carolina, 1978-1981," Cannabinoids '82', Satellite Meeting, American Society of Pharmacology and Experimental Therapeutics, Louisville, KY, 8/82.

3.  Mason AP, Perez-Reyes M, McBay AJ, Foltz RL. "Cannabinoids in Plasma After Passive Inhalation of Marijuana Smoke," Annual Meeting, Society of Forensic Toxicologists, Roslyn, VA, 10/82.

4.  Mason AP, McBay AJ, Reisner HM. "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," Environmental Diagnostics, Inc., Burlington, NC, 10/3/86.

5.  Mason AP, McBay AJ, Reisner HM. "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," Minority Access to Research Careers (MARC) Seminar, Department of Biology, Pembroke State University, Pembroke, NC, 10/7/86, (Invited Presentation).

6.  Mason AP, McBay AJ, Reisner HM. "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," Research Triangle Institute, Research Triangle Park, NC, 10/28/86.

7.  Mason AP, McBay AJ, Reisner HM. "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," Genetic Diagnostics, Inc., Great Neck, NY, 11/10/86.

8.  Mason AP, McBay AJ, Reisner HM. "Development of Fluoroimmunoassay Methods for Delta-9-Tetrahydrocannabinol," St. Andrews Presbyterian College, Laurinburg, NC, 3/17/87 (Invited Presentation).

9.  Mason AP, Reisner HM. "Immunoassay Technology: Conformer Specific Monoclonal Antibodies to IgG, Their Use in Homogenous Immunoassays," Monoclonal Lymphocyte Technology Center Progress Report, Governor's Inn, Research Triangle Park, NC, 9/17/87.

10. Mason AP, Reisner HM, McBay AJ, de Serres M. "Development of a PCFIA Method for THC in Blood and Plasma." In Proceedings of the 1987 Pandex Symposium, Promises and Limitations of Particle Concentration Fluorescence Immunoassay Strategies, (Lincolnshire, IL, 11/7/87), TP&T Publications, Chicago, IL, 1988, (Invited Presentation).

11. Mason AP, "Forensic Toxicology," Lecture for Pathology 204, School of Medicine, University of North Carolina, Chapel Hill, NC, 10/12/88.

12. Mason AP, McBay AJ, "Delta-9-THC Fluoroligand: Synthesis and Properties of a Ligand for Fluoroimmunoassay of Delta-9-THC in Plasma and Blood," Annual Meeting, Society of Forensic Toxicologists, Philadelphia, PA 10/29/88.

13. Mason AP. "Pharmacology of Cocaine," Medicolegal Seminar, Office of the Chief Medical Examiner Chapel Hill, NC, 12/3/88.

14. Mason AP, McBay AJ. "Fluoroimmunoassay of Delta-9-THC," Annual Meeting, American Academy of Forensic Sciences, Las Vegas, NV, 1/16/89.

**ANDREW P. MASON, Ph.D., DABFT, DABCC**                                    **PAGE 7 of 13**

15.  Mason AP. "Forensic Toxicology," Forensic Pathology Meeting, Duke University Medical Center, Durham, NC, 6/13/89.

16.  Mason AP, "Forensic Toxicology," Lecture for Pathology 204, School of Medicine, University of North Carolina, Chapel Hill, NC, 10/30/89.

17.  Mason AP. "Forensic Toxicology," Forensic Pathology Meeting, Duke University Medical Center, Durham, NC, 11/14/89.

18.  Mason AP. "Forensic Toxicology," Lecture for Forensic Medicine (DENT 1870), School of Dentistry, University of North Carolina, Chapel Hill, NC, 3/23/90.

19.  Mason AP. "Death Investigation - Forensic Toxicology," Investigative Techniques in the Forensic Sciences, Appalachian State University, Boone, NC, 9/18/90, (Invited Presentation).

20.  Mason AP, "Forensic Toxicology," Lecture for Pathology 204, School of Medicine, University of North Carolina, Chapel Hill, NC, 10/23/90.

21.  Mason AP. "Forensic Toxicology," Defense Investigators Training Conference, Institute of Government, University of North Carolina, Chapel Hill, NC, 3/14/91, (Invited Presentation).

22.  Mason AP. "Acute Ethanol Poisoning," Andrea Hunter Annual Memorial Lecture, Department of Pharmacology, School of Medicine, East Carolina School of Medicine, Greenville, NC, 3/27/91, (Invited Presentation).

23.  Mason AP. "Cocaine Related Fatalities in North Carolina 1989-1990," Department of Pharmacology, School of Medicine, East Carolina School of Medicine, Greenville, NC, 3/27/91, (Invited Presentation).

24.  Mason AP. "Forensic Toxicology," Lecture for Forensic Medicine (DENT 1870), School of Dentistry, University of North Carolina, Chapel Hill, NC, 4/12/91.

25.  Mason AP. "Blood Ethanol Concentrations in Motor Vehicle Fatalities in North Carolina," Fall State Meeting, Mothers Against Drunk Driving (MADD), Charlotte, NC, 9/14/91, (Invited Presentation).

26.  Mason AP. "Pediatric Forensic Toxicology," in Child Abuse: The Crime Scene, Western North Carolina Regional Child Abuse Center, Asheville, NC, 10/16/91, (Invited Presentation).

27.  Mason AP, "Forensic Toxicology," Lecture for Pathology 204, School of Medicine, University of North Carolina, Chapel Hill, NC, 11/8/91.

28.  Mason AP. "Drunken Driving Awareness," Keynote Speech, Red Ribbon Kickoff Campaign, Mothers Against Drunk Driving (MADD), Durham, NC, 11/22/91, (Invited Presentation).

29.  Mason AP. "Fatal Acute Poisoning in North Carolina," Department of Pathology, School of Medicine, University of North Carolina, Chapel Hill, NC, 1/23/92.

30.  Butts JD, Mason AP. "Arsenic Still Slays Them Down in the South (II)," Annual Meeting, American Academy of Forensic Sciences, New Orleans, LA, 2/18/92.

31.  Mason AP. "Forensic Toxicology," Lecture for Forensic Medicine (DENT 1870), School of Dentistry, University of North Carolina, Chapel Hill, NC, 4/3/92.

32.    Mason AP.  "Fluoroimmunoassay for Delta-9-THC," National Medical Services, Inc., Willow Grove, PA, 4/23/92.

33.    Mason AP.  "Forensic Toxicology:  North Carolina Poisoning Fatalities," Medicolegal Seminar, Office of the Chief Medical Examiner, Chapel Hill, NC, 5/30/92.

34.    Mason AP.  "Postmortem Forensic Toxicology Practice at National Medical Services," Death Investigators Workshop, National Medical Services, Inc., Willow Grove, PA, 3/4/93.

35.    Mason, AP.  "Basic Laboratory Chemistry and Calculations," National Medical Services Continuing Education Program Presentation, National Medical Services, Inc., Willow Grove, PA, 5/18/93.

36.    Mason, AP.  "Basic Laboratory Chemistry and Calculations," National Medical Services Continuing Education Program Presentation, National Medical Services, Inc., Willow Grove, PA, 5/20/93.

37.    Selavka CM, Riker CD, Klinger R, and Mason, AP.  "Discussion of Forensic Hair Testing Casework Results and Hair Rinsing Procedures," Workshop on Analysis of Hair for Drugs of Abuse, National Institute of Standards and Technology, Gaithersburg, MD, 5/21/93.

38.    Mason, AP.  "Basic Laboratory Chemistry and Calculations," National Medical Services Continuing Education Program Presentation, National Medical Services, Inc., Willow Grove, PA, 8/09/93.

39.    Mason AP, Selavka CM, Rieders F, Oertli E and Castorena J.  "Marijuana Tea, Toxicological Fact or Fiction?," Annual Meeting, Society of Forensic Toxicologists, Phoenix, AZ, 10/14/93.

40.    Mason AP, Selavka CM, Rieders F, Oertli E and Castorena J.  "Marijuana Tea, Toxicological Fact or Fiction?," NMS Seminar Presentation, National Medical Services, Inc., Willow Grove, PA, 10/27/93.

41.    Mason, AP.  "Basic Laboratory Chemistry and Calculations," National Medical Services Continuing Education Program Presentation, National Medical Services, Inc., Willow Grove, PA, 01/18/94.

42.    Mason, AP, "Forensic Hair Testing for Drugs: Possibilities and Pitfalls," Monthly Meeting, Lower Bucks Co./Philadelphia Claims Investigators Association, Willow Grove, PA, 9/21/94.

43.    Mason, AP, "Forensic Hair Testing for Drugs: Possibilities and Pitfalls," Monthly Meeting, South Jersey Claims Investigators Association, Pennsauken, NJ, 11/22/94.

44.    Mason, AP, "Forensic Hair Testing for Drugs: Possibilities and Pitfalls," Monthly Meeting, Delaware Claims Investigators Association, Wilmington, DE, 2/7/95.

45.    Mason, AP, "Forensic Hair Drug Testing as an Investigative Tool," Monthly Meeting, American Society for Industrial Security, Delaware Section, Wilmington, DE, 3/16/95.

46.    Mason, AP, "Forensic Hair Drug Testing for Attorneys," in Forensic Science for Attorneys: A Brief Introduction, A National Medical Services Breakfast Seminar, Philadelphia, PA, 4/21/95.

47.    Selavka CM, Freed JW, Mason AP, "Marijuana - And You Thought Smoking Was The Problem!," Annual Meeting, Mid-Atlantic Association of Forensic Scientists (MAAFS), Fairfax VA, 5/11/95.

48.    Selavka CM, Freed JW, Mason AP, "Marijuana at the Criminalistics/Toxicology Interface," 3rd Pan-American Chemical Conference, 3rd International Energy and Environmental Sciences Conference, 2nd Caribbean Forensic Sciences Conference, San Juan, Puerto Rico, 9/11/95.

49. Jackson GF, Mason AP, Middleberg RA, Selavka CM, Fritch DF, Turk RF, "A Model For Postdoctoral Education in Forensic Toxicology," 25th Anniversary Meeting, Society of Forensic Toxicologists, Baltimore, MD, 10/12/95.

50. Mason AP, "Forensic Hair Drug Testing," Fall Conference, North Carolina District Attorneys Association Meeting, Wrightsville Beach, NC, 11/3/95.

51. Mason AP, "Introduction to Forensic Toxicology," in Introduction to the Forensic Sciences, A National Medical Services Breakfast Seminar, King of Prussia, PA, 11/8/95.

52. Mason AP, "Introduction to the Forensic Sciences," Lecture for Introduction to Criminal Justice, (CJ 1100), Department of Criminal Justice/Political Science, Appalachian State University, Boone, NC, 10/24/96, (Invited Presentation).

53. Mason AP, "Analytical Methods for Screening and Confirmation in Biological Specimens," Part III, in Looking Backward and Forward: Three Decades of Toxicological Adventure and Beyond, AAFS Toxicology Section Workshop #16, American Academy of Forensic Sciences Annual Meeting, New York, NY, 2/18/97.

54. Mason AP, "Introduction to the Forensic Sciences," Lecture for Introduction to Criminal Justice, (CJ 1100), Department of Criminal Justice/Political Science, Appalachian State University, Boone, NC, 3/20/1997, (Invited Presentation).

55. Mason AP, "Recent Advances in Forensic Hair Drug Testing," Departmental Seminar Series, Department of Chemistry, Appalachian State University, Boone, NC, 4/18/1997 (Invited Presentation).

56. Mason AP, "Forensic Science & Forensic Toxicology," Career Descriptions Program, 8th Grade Science, Hardin Park School, Boone, NC, 5/30/97.

57. Mason AP, "Alcohol & Drug Counseling Resources," Stephen Ministries Continuing Education Program, First Presbyterian Church, Boone, NC, 10/14/97.

58. Selavka CS, Mason AP, "How Many Toxicologists Does It Take To Get The Same Opinion?," North East Association of Forensic Scientist (NEAFS) 1997 Annual Meeting, White Plains, NY, 10/16/97.

59. Mason AP, "Introduction to the Forensic Sciences," Lecture for Introduction to Criminal Justice, (CJ 1100), Department of Criminal Justice/Political Science, Appalachian State University, Boone, NC, 10/20/97, (Invited Presentation).

60. Mason AP, "Making Connections:  Toxicological Causation," North Carolina Criminal Justice Association 1998 Spring Meeting, North Carolina Justice Academy, Salemburg NC, 4/17/98 (Invited Presentation).

61. Mason AP, "Convincing the Jury/Engaging the Media," Panel Presentation, North Carolina Criminal Justice Association 1998 Spring Meeting, North Carolina Justice Academy, Salemburg NC, 4/17/98 (Invited Presentation).

62. Mason AP "Growing NMS's Forensic Toxicology Business," NMS Forensic Toxicology Strategic Planning Meeting, National Medical Services, Inc., Willow Grove, PA, 8/17/98 (Invited Presentation).

63. Mason AP, "Making Connections:  Toxicological Causation," Client Education Seminar, Cranfill, Sumner & Hartzog, L.L.P., Charlotte, NC, 11/12/98 (Invited Presentation).

64. Mason AP, "Making Connections: Toxicological Causation," NC District Attorneys Annual Meeting, Boone, NC, 11/13/98 (Invited Presentation).

65. Mason AP, "Making Connections: Toxicological Causation," Client Education Seminar, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, NC, 12/3/98 (Invited Presentation).

66. Mason, AP, "False Positive Drug Testing Results: What If It's Not What You Think You've Got?," A. R. Smith Department of Chemistry, Appalachian State University, Boone, NC, 3/12/99 (Invited Presentation).

67. Mason AP, "Introduction to the Forensic Sciences," <u>Lecture</u> <u>for</u> <u>Introduction</u> <u>to</u> <u>Criminal</u> <u>Justice,</u> <u>(CJ</u> <u>1100),</u> Department of Criminal Justice/Political Science, Appalachian State University, Boone, NC, 3/18/99 (Invited Presentation).

68. Mason AP, "Analysis of GC/MS-SIM Data: Application To A Contested Case Concerning The Detection Of Cocaine," Forensic Chemistry Interest Group, Departments of Chemistry and Criminal Justice, Appalachian State University, Boone, NC 28607, 10/17/00, (Invited Presentation).

69. Mason AP, "Analysis of "Alternative Specimens in Forensic Toxicology," ASU Sigma Xi Scientific Research Society Meeting, Appalachian State University, Boone, NC, 12/5/00, (Invited Presentation).

70. Mason AP, "Arsenic Toxicology," North Carolina Homicide Investigators Association, Spring 2001 Working Group Meeting, Boone, NC, 4/18/01 (Invited Presentation).

71. Mason AP, "Forensic Science & Forensic Toxicology," Freshman Seminar, Forensic Science Curriculum Students, Departments of Chemistry and Criminal Justice, Appalachian State University, Boone, NC 28607, 10/24/01, (Invited Presentation).

72. Mason AP, "Forensic Toxicology in the Laboratory and in the Courtroom," Freshman Seminar, University Studies 1150, Appalachian State University, Boone, NC 28607, 11/06/01, (Invited Presentation).

73. Mason AP, Winecker R, Ropero-Miller J, "Chemical Restraint Of An Infant Using Diphenhydramine Associated With A Fatality," Annual Meeting, Society of Forensic Toxicologists, Dearborn, MI, 10/15/02. See also J Anal Toxicol, 27/1: 193, (2003).

74. Mason AP, "Forensic Toxicology in the Laboratory and in the Courtroom," Freshman Seminar, University Studies 1150, Appalachian State University, Boone, NC 28607, 11/13/02, (Invited Presentation).

75. Mason AP, "Methamphetamine (MAMP) v. Ecstasy (MDMA): What Do The Numbers Mean?," 4th Annual Western North Carolina Death Investigation Seminar, Wake Forest University Bowman Grey School of Medicine, Winston-Salem, NC, 03/27/03, (Invited Presentation).

76. Mason AP, "Scientific Principles Use Of Warrants For Seizure Of Blood And Urine In Impairment Cases," Public Safety Center, Winston-Salem, NC, 04/11/03, (Invited Presentation).

77. Mason AP, "Clandestine Methamphetamine (MAMP) Synthesis Using the HI – Red P Method: Procedures, Hazards, and At-Risk Populations," Attorney Education Seminar, Boone, NC, 07/03/03.

78. Mason AP, Cody JT, "Sympathomimetic Amines," Forensic Toxicology Review, SOFT Continuing Education Seminar, Durham - Research Triangle Park, NC, 08/18/03, (Invited Presentation).

79. Mason AP, "Clandestine Methamphetamine Synthesis," Public Education Seminar on Substance Abuse, Sponsored by D.A.R.T. of Avery County, Inc., Newland, NC, 08/29/03, (Invited Presentation).

80.  Mason AP, "Clandestine Methamphetamine (MA) Synthesis (Meth Labs)," Meth Lab response team for Children & Families: Signs and Safety Training for In-Home Workers, Watauga County Dept of Social Services, Boone, NC, 09/19/03.

81.  Mason AP, "Clandestine Methamphetamine (MA) Synthesis (Meth Labs)," Meth Lab Community Forum, Watauga County Sheriff's Office, Boone, NC, 09/23/03.

82.  Mason AP, "Recognizing Clandestine Methamphetamine Production Sites," Meth Lab Community Forum, Boone Area Chamber of Commerce, Boone, NC, 11/5/03, (Invited Presentation).

83.  Mason AP, "Recognizing Clandestine Methamphetamine Production Sites," Appalachian State University Forensic Science Club, A. R. Smith Department of Chemistry, Appalachian State University, Boone, NC, 11/5/03.

84.  Mason AP, "Protecting Our Children," in "Methlabs: Protecting Our Children from Methamphetamine," NC Association of County Directors of Social Services, Sponsored by the Governors Crime Commission, Asheville, NC, 12/4/03, (Invited Presentation).

85.  Mason AP, "Clandestine Methamphetamine Production," in "Methamphetamine Laboratories in Wilkes?," Sponsored by the Wilkes Community Child Protection Team, and the Wilkes Child Fatality Prevention Team, Wilkes Co. Health Department, Wilkesboro, NC, 02/10/04.

86.  Mason AP, "Clandestine Methamphetamine Production," monthly meeting, Watauga County Foster Parents Support and Training Program, Watauga Co. Dept. of Social Services, Boone, NC, 02/10/04.

87.  Mason AP, "Meth Labs: Protecting Our Children from Methamphetamine," Child Protective Services Team, Catawba County Department of Social Services, Lenoir, NC, 03/09/04.

88.  Mason AP, "Clandestine Methamphetamine Synthesis" Defense Attorney Education Seminar, Boone, NC, 03/10/04.

89.  Mason AP, "Clandestine Methamphetamine Synthesis – Hazards, Recognition, and Community Defenses," Meth Lab Community Forum, Watauga Co. Sheriff's Office, Boone, NC, 03/21/04, , (Invited Presentation).

90.  Mason AP, "Clandestine Methamphetamine Production:  Process & Hazards," in "Children, Chaos & Chemicals: The dangers of living in a methamphetamine lab home," presented at "Spotlight on Young Children: Preventing and Treating Abuse and Neglect," sponsored by Preventing Child Abuse in North Caroline (PCANC), Durham, NC, 03/30/04, (Invited Presentation).

91.  Mason AP, "Clandestine Methamphetamine Lab Detection & Protection," in "Children, Chaos & Chemicals: The dangers of living in a methamphetamine lab home," presented at "Spotlight on Young Children: Preventing and Treating Abuse and Neglect," sponsored by Preventing Child Abuse in North Caroline (PCANC), Durham, NC, 03/30/04, (Invited Presentation).

92.  Mason AP, "Clandestine Methamphetamine Production: Process & Hazards," in "Children in Methlab Homes: Implications for DSS Services,"  Work Force and Children's Services Supervisors Meeting, Waynesville, NC, 04/26/04, (Invited Presentation).

93.  Mason AP, "Clandestine Methamphetamine Lab Detection & Protection," in "Children in Methlab Homes: Implications for DSS Services," Work Force and Children's Services Supervisors Meeting, Waynesville, NC, 04/26/04, (Invited Presentation).

94.   Mason AP, "Toxicological Hazards Associates with Gases and Other Waste Products," Part 3, in "The Toxicological Hazards of Clandestine Methamphetamine Synthesis," Session 1C in the FBI Laboratory Symposium on Forensic Toxicology, Washington, DC, 08/29/04.

95.   Mason AP, "Meth Labs: Process & Risks," Annual Meeting, North Carolina Adult Protective Services Association, Asheville, NC, 09/22/04, (Invited Presentation).

96.   Mason AP, "Meth Labs: Recognition & Protection," Annual Meeting, North Carolina Adult Protective Services Association, Asheville, NC, 09/22/04, (Invited Presentation).

97.   Mason AP, "Meth Labs: Clandestine Methamphetamine Synthesis, Hazards & Protection," Annual Meeting, North Carolina Family Based Services Association, Blowing Rock, NC, 11/17/04, (Invited Presentation).

98.   Mason AP, "Forensic Urine Drug Screening by Immunoassay," ASU Forensic Science Club Meeting, Dept. of Chemistry, Appalachian State University, Boone, NC, 03/31/05.

99.   Mason AP, "Clandestine Methamphetamine Synthesis & Use," Monthly Meeting, Catawba County Drug Endangered Child (DEC) Methamphetamine Task Force, Lenoir, NC, 07/12/05, (Invited Presentation).

100.  Mason AP, "Clandestine Methamphetamine Lab Detection & Protection," Monthly Meeting, Catawba County Drug Endangered Child (DEC) Methamphetamine Task Force, Lenoir, NC, 07/12/05, (Invited Presentation).

101.  Mason AP, "Clandestine Methamphetamine Synthesis & Use," Monthly Meeting, McDowell County Drug Endangered Child (DEC) Methamphetamine Task Force, Marion, NC, 08/10/05, (Invited Presentation).

102.  Mason AP, "Clandestine Methamphetamine Lab Detection & Protection," Monthly Meeting, McDowell County Drug Endangered Child (DEC) Methamphetamine Task Force, Marion, NC, 08/10/05, (Invited Presentation).

103.  Mason AP, "Ethanol Extrapolation and Expert Testimony", in Fighting the DWI Exception to the Constitution, NC Academy of Trial Lawyers, Criminal Law Section, CLE Presentation, Greensboro, NC 01/20/06, (Invited Presentation).

104.  Mason AP, et al., "Community Forum on Drug Endangered Children Teams", videotaped training presentation recorded for use and sponsored by the NC Division of Social Services, and the Family and Children's Resource Program, School of Social Work, UNC Chapel Hill, Recorded in Asheville, NC, 03/03/06, (Invited Presentation).

105.  Mason AP, "Alcohol and retrograde extrapolation issues: Facts and fantasies," Presentation and case-related discussions with attorneys, Salisbury, NC, 02/02/07, (Invited Presentation).

106.  Mason AP, "Dangers of methamphetamine synthesis, and understanding the State Drug Endangered Child (DEC) Protocol, in Defending a Meth Case in North Carolina, NC Academy of Trial Lawyers, Criminal Law Section, CLE Presentation, Asheville, NC, 03/16/07.

**INVENTION DISCLOSURES:**

1.    Reisner HM, de Serres M, Scheil CD, McBay AJ, Mason AP.  "Monoclonal Antibodies Reactive with Tetrahydrocannabinols," University of North Carolina, Chapel Hill, NC, 6/84, (ORS84-8).

2.    Reisner HM, Mason AP, de Serres M. "Monoclonal Murine Rheumatoid Factors with Anti-Contope Specificity," University of North Carolina, Chapel Hill, NC, 6/84, (ORS85-9); Patent Application.

**ANDREW P. MASON, Ph.D., DABFT, DABCC**                                    **PAGE 13 of 13**

3.    Reisner HM, Mason AP, de Serres M.  "Anti-Contope Antibodies Used in Detection Systems in Immunoassays," University of North Carolina, Chapel Hill, NC, 6/85, (ORS85-10).

4.    Mason AP, Reisner HM, de Serres M, McBay AJ.  "Fluoroimmunoassay for THC," University of North Carolina, Chapel Hill, NC, 5/87, (ORS87-12).

5.    Mason AP, McBay AJ.  "Tetrahydrocannabinol Fluoroligand," University of North Carolina, Chapel Hill, NC, 5/87, (ORS87-13).

6.    Mason AP, McBay AJ.  "Tetrahydrocannabinol Fluoroligand Fluorescence Enhancement," University of North Carolina, Chapel Hill, NC, 5/87, (ORS87-14).

7.    Mason AP, Reisner HM, de Serres M.  "Improved Indirect Quenching Fluoroimmunoassay for Haptenic Antigens," University of North Carolina, Chapel Hill, NC, 5/87, (ORS87-15).

8.    Mason AP, "Improved Indirect Quenching Fluoroimmunoassay for Haptenic Antigens; Application to Tetrahydrocannabinol," University of North Carolina, Chapel Hill, NC, 5/87, (ORS87-16).

**CONSULTATION:**

1.    Evaluation of a microcomputer based program for on-line determinations of immunoglobulin binding affinity constants using Particle Concentration Fluorescence Immunoassay technologies; Pandex Division, Baxter Healthcare Corporation, Mundelein, IL, 7/87.



EXHIBIT
5-Mason



ELSEVIER

Forensic Science International 123 (2001) 159–164



Forensic
Science
International

www.elsevier.com/locate/forsciint

# Δ9-THC, 11-OH-Δ9-THC and Δ9-THCCOOH plasma or serum to whole blood concentrations distribution ratios in blood samples taken from living and dead people

Christian Giroud[a,*], Annick Ménétrey[a], Marc Augsburger[a], Thierry Buclin[b], Pablo Sanchez-Mazas[c], Patrice Mangin[a]

[a]Laboratoire de Toxicologie Analytique, Institut de Médecine Légale, Lausanne, Switzerland
[b]Division de Pharmacologie Clinique, CHUV, Lausanne, Switzerland
[c]Centre de Toxicodépendance de St. Martin, Lausanne, Switzerland

Received 22 January 2001; accepted 8 June 2001

## Abstract

The recreational use and abuse of *Cannabis* is continuously increasing in Switzerland. Cannabinoids are very often detected alone or in combination with other drugs in biological samples taken from drivers suspected of driving under the influence of drugs. Moreover, they are also frequently found in blood specimens from people involved in various medico-legal events, e.g. muggings, murders, rapes and working accidents as well. In order to assess the influence of *Cannabis* exposure on man behavior and performances, it is often needed to estimate the time of *Cannabis* use. For that purpose two mathematical models have been set up by Huestis and coworkers. These models are based on cannabinoids concentrations in plasma. Because plasma samples are rarely available for forensic determinations in our laboratory, it could be useful to assess the time-laps since *Cannabis* use through these models from whole blood values. One prerequisite to the use of these models from whole blood values is the knowledge of the plasma to whole blood concentrations distribution ratios of cannabinoids. In this respect, the Δ9-THC, 11-OH-Δ9-THC and Δ9-THCCOOH concentrations were measured in plasma and whole blood taken from eight volunteers who smoke *Cannabis* on a regular basis. Cannabinoids levels were also determined in "serum" and whole blood samples taken from six corpses. The values of the plasma to whole blood distribution ratios were found to be very similar and their individual coefficient of variation relatively low suggesting that plasma levels could be calculated from whole blood concentrations taken into account a multiplying factor of 1.6. The data obtained postmortem suggest that the distribution of cannabinoids between whole blood and "serum" is scattered over a larger range of values than those determined from living people and that more cannabinoids (mean value of the serum/whole blood concentrations ratios = 2.4) can be recovered from the "serum" fraction. The successful use of the mathematical models of Huestis and coworkers may, therefore, rely in part upon the selection of the appropriate blood sample, i.e. plasma. When plasma is not available, whole blood values could be considered with some caution taken into account a multiplying factor of 1.6 to calculate plasma concentrations from blood values. In the case of blood samples taken after death, the use of these models to assess the time of *Cannabis* use is not recommended. © 2001 Elsevier Science Ireland Ltd. All rights reserved.

*Keywords: Cannabis*; Psychoactive effect; LOQ

*Abbreviations:* GC–MS, gas chromatography–mass spectrometry; Δ9-THC, Δ9-tetrahydrocannabinol; 11-OH-Δ9-THC, 11-hydroxy-Δ9-tetrahydrocannabinol; Δ9-THCCOOH, Δ9-tetrahydrocannabinol-11-oic acid; LOD, limit of detection; LOQ, limit of quantification; CV, coefficient of variation
* Corresponding author. Fax: +41-213147090.

## 1. Introduction

The most prominent feature of *Cannabis* use is an initial period of euphoria and relaxation, which is followed by a depressant period [1]. These pleasurable subjective effects of *Cannabis* smoking may contribute to its abuse. Acute consumption of *Cannabis* is also associated with impaired

160                    *C. Giroud et al. / Forensic Science International 123 (2001) 159–164*

functioning in a variety of cognitive and performance tasks, e.g. driving capability [2]. Moreover, *Cannabis* is often taken with other drugs, such as alcohol, resulting in enhanced psychoactive effects and more severely impair driving performance [3.4]. Because of its properties, *Cannabis* is highly abused, as for instance in Switzerland [5] and is very frequently detected in biological samples taken from drivers suspected of driving under the influence of drugs or involved in car accidents [6]. One important task of the forensic toxicologist is to relate concentrations of $\Delta^9$-THC and active and inactive metabolites, respectively 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH to drug-induced effects and to circumstances of drug use. Knowing that the psychoactive effects of $\Delta^9$-THC typically last about 3–6 h [7], the estimation of the time of $\Delta^9$-THC exposure should yield some clues whether the legal significant event happened during the time-period of cannabinoids influence. For that purpose, two mathematical models have been set up to predict time of cannabis smoking from plasma levels of cannabinoids. The models are based on $\Delta^9$-THC concentrations (model I) and $\Delta^9$-THCCOOH/$\Delta^9$-THC concentrations ratios (model II) [8,9]. The two models were validated with data from nine clinical studies involving marijuana administration, in which dose and time of drug administration were known [10] and articles quoted from [8,9]. In Switzerland, cannabinoids determinations are generally performed on whole blood samples (haemolyzed blood) because good quality plasma are very seldom available for forensic investigations. Without testing and validation, the use of these models in estimating time since exposure from whole blood levels remains questionable. The knowledge of the distribution of cannabinoids between plasma and whole blood is mandatory to allow the use of these mathematical models. In blood, $\Delta^9$-THC is almost completely bound to plasma proteins and very poorly distributed into red blood cells [11]. A comparison of haemolyzed blood and plasma concentrations measured by radioimmunoassay from split specimens showed that the average ratio of the determined $\Delta^9$-THC concentrations, i.e. 0.46 [12], matched the expected ratio of erythrocyte to whole blood volumes, that is, the haematocrit value, i.e. 0.45. Equilibrium dialysis and centrifugation was also used to determine the total binding of $\Delta^9$-THC and of 11-OH-$\Delta^9$-THC to human plasma proteins. These in vitro experiments have shown that only 9–10% of these two cannabinoids are bound to red blood cells and 87–90% to plasma proteins [11]. Hence, data concerning the whole blood/plasma concentrations ratios of $\Delta^9$-THC, 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH are not yet available and should be, therefore, determined by accurate methods such as gas chromatography–mass spectrometry (GC–MS).

Following death, many drugs are subjected to degradation and redistribution [14]. For instance, the postmortem femoral to perimortem heart or neck vein blood $\Delta^9$-THC concentration ratios were 2.8 and 0.4. The causes of death were considered to be due to respectively shotgun and amphetamine overdose [15]. These data suggest that canna-

binoids may also redistribute after death, and that their distribution between blood compartments could be changed.

The aims of this study were to determine the distribution of $\Delta^9$-THC, 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH between whole blood and plasma in living people and whole blood and serum in postmortem cases, the latter sample being systematically taken when possible in our institute.

## 2. Materials and methods

### 2.1. Smoking study design and volunteers

Sixteen blood samples were collected during routine medical examination on eight volunteers who smoke *Cannabis* on a regular basis. The blood sampling was carried out under the supervision of medical doctors of the drug addiction unit of the "St. Martin" center of Lausanne. The study was approved by the Ethics Committee of the Clinical Research Team of the Medical Faculty of Lausanne University, all volunteers provided informed consent.

### 2.2. Postmortem study

Twelve blood samples were collected from six victims during autopsy of people known to be *Cannabis* abusers.

### 2.3. Blood samples

The blood samples were collected in S-Monovette® 5.5 ml tubes (Sarstedt), containing 1 mg fluoride and 1.2 mg EDTA/ml blood as anticoagulant, plasma was obtained by centrifugation. Serum samples were obtained by centrifugation of peripheral femoral blood taken postmortem. Hemolyzed blood specimens were excluded from this study. All biological specimens were stored at −20°C before analysis by GC–MS.

## 3. Experimental

### 3.1. Reagents and standards

All reagents and solvents used were of analytical grade. Dimethylsulfoxide (DMSO) absolute, over molecular sieve, iodomethane, isooctane, ethylacetate and tetramethylammonium hydroxyde pentahydrate (TMAH) were purchased from Fluka, hydrochloric acid, acetic acid, toluene, acetonitrile, methanol from Merck and dimethyldichlorosilane (DMDCS) from Supelco. $\Delta^9$-THC, 11-OH-$\Delta^9$-THC, $\Delta^9$-THCCOOH as well as $D_3$-$\Delta^9$-THC, $D_3$-11-OH-$\Delta^9$-THC and $\Delta^9$-$\Delta^9$-THCCOOH were purchased from Radian. Solid-phase extraction columns (SPEC 3 ml C18AR, 30 mg sorbent) were purchased from DRG Instruments GmbH, Marburgh, FRG. The quality control materials used in the assays were from DPC (HDAC, drugs of abuse whole blood controls, HemaCON-DOA) and obtained from Bühlmann

*C. Giroud et al. / Forensic Science International 123 (2001) 159–164*    161

laboratories AG, Allschwil, Switzerland). All vials were silanized with 5% DMDCS in toluene. The TMAH reagent was prepared by mixing 200 μl TMAH (2.49 g TMAH in 5 ml water) and 3.8 ml DMSO.

### 3.2. Cannabinoids extraction and methylation procedure for GC–MS analysis

Cannabinoids extraction was performed by adding 100 μl of the deuterated internal standards and 2 ml of acetonitrile to 1 g of whole blood, serum or plasma followed by 1 min vortexing, 15 min sonication and 20 min centrifugation at $1500 \times g$. The supernatant was collected and diluted with 3 ml water and 150 μl acetic acid 10% v/v. SPEC 3 ml C18AR extraction discs (30 mg sorbent, Ansys/DRGInstruments GmbH, Marburg) were positioned onto a vacuum manifold (Chromabond, Machery-Nagel, Oensingen, CH). The columns were activated by pretreatment with 2 ml methanol, 2 ml water and 1 ml acetic acid 0.1 M. The blood was passed through the wet columns by gravity in 5 min. The columns were subsequently washed with 1 ml acetic acid 0.1 M and 1 ml acetonitrile/water (3:7, v/v) and then allowed to dry for 20 min under vacuum. Cannabinoids were eluted from the columns into silanized glass tubes with 2250 μl acetonitrile ($3 \times 750$ μl aliquots). The eluate was then evaporated under $N_2$ at 40°C and derivatized. The extraction method is derived from [16].

For derivatization, 200 μl TMAH/DMSO reagent were added to the dried residue. After 2 min at room temperature, 50 μl of iodomethane were added and the sample was mixed for 15 min at 30°C. The reaction was stopped by adding 200 μl HCl 0.1 M, the methylated cannabinoids were then extracted into 1 ml isooctane. Following vortexing and centrifugation ($1500 \times g$ for 10 min), the organic phase was collected and taken to dryness under $N_2$. The residue was dissolved in 50 μl ethyl acetate prior to GC–MS analysis [17,18].

### 3.3. Instrumentation for $\Delta^9$-THC, 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH determinations and blood analyses

A 2 μl aliquot of the samples was injected through an Agilent 6890 Series injector onto an Agilent 6890 series II gas chromatograph attached to a quadrupole mass selective detector (HP 5973). Data were recorded on a HP Vectra VL Chemstation (G1701BA, rev. B.01.00 windows NT operating software) and automatically processed with macro-programs. The capillary column was a HP-5MS 30 m cross-linked 5% phenyl methyl silicone column (0.25 mm i.d. and 0.25 μm film thickness) using helium as the carrier gas (constant flow-rate: 1.0 ml/min). The injector and detector temperatures were maintained at 270 and 280°C, respectively. The temperature program was initially set at 100°C for 2 min and increased to 275°C at 40°C/min, then the rate was slowed to 5°C/min until 290°C was reached and held for 1 min. Finally, the temperature was increased at 40°C/min to 300°C. The final temperature was maintained for 4 min.

Samples were injected in the splitless mode, and the purge valve was turned on (split mode) after 1 min. Analysis was accomplished by selected ion monitoring of ions (high resolution mode) between 5 and 8.6 min at $m/z = 285.2$, 313.3 and 328.3 for $\Delta^9$-THC, 288.2, 316.3, 331.3 for the internal standard ($D_3$-$\Delta^9$-THC), between 8.6 and 9.5 min at $m/z = 313.2$, 314.2 and 358.2 for 11-OH-$\Delta^9$-THC and 316.2, 317.2, 361.2 for $D_3$-11-OH-$\Delta^9$-THC and from 9.5 min at $m/z = 313.2$, 357.2 and 372.2 for $\Delta^9$-THCCOOH and 322.2, 363.2 and 381.3 for $D_9$-$\Delta^9$-THCCOOH. The dwell time was set at 15 ms per ion and the EM offset at 300 V above tune value. Quantification was based on the area ratio of analyte to the internal standard for homologous ions (e.g. 285.2/288.2, 313.2/316.3 and 328.3/331.3 for $\Delta^9$-THC/$D_3$-$\Delta^9$-THC) in comparison to fortified standards at concentrations ranging from 1 to 30 ng/ml for $\Delta^9$-THC and 11-OH-$\Delta^9$-THC and 5–150 ng/ml of blood for $\Delta^9$-THCCOOH. Appropriate dilution of specimens with distilled water was performed to ensure quantification within the limits of the standard curve. Internal standard (IS) concentrations were 100 ng/ml. In addition to the calibration points and the blood specimens, blank samples, levels (DPC®) and spiked samples containing known amounts of cannabinoids were included in each sequence to ensure proper determinations of each analyte.

## 4. Method validation

Linearity was determined with blood samples fortified with increasing concentrations of cannabinoids ranging from 0 to 30 ng/ml for both $\Delta^9$-THC and 11-OH-$\Delta^9$-THC and from 0 to 150 ng/ml for $\Delta^9$-THCCOOH. Coefficients of variation (CV) for intra-day and day-to-day precisions were calculated at three concentrations for each cannabinoid. The limit of detection was determined by estimating the minimum concentration equivalent to, or greater than, three times the background noise while still allowing detection of two ions. The limit of quantification was defined as fives times the background noise.

### 4.1. Precision and accuracy

Accuracy, intra-day and day-to-day precisions were determined by analyzing the same concentration three times at three different days. Three levels of concentration were selected for validation. Values were processed according SFSTP recommendations [19].

## 5. Results and discussion

### 5.1. Linearity, limits of detection, quantitation, accuracy, intra-day and day-to-day precisions

Typical standard curves demonstrated correlation coefficients ($r^2$) higher than 0.998. Taken into account the type of

*C. Giroud et al. / Forensic Science International 123 (2001) 159–164*

Table 1
Accuracy, CV of intra-day and day-to-day precisions for $\Delta^9$-THC, 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH at three target concentrations measured three times at three different days

|  | Target concentration (ng/ml) | Accuracy (%) ($n = 9$) | Intra-day precision CV (%) ($n = 3$) | Day to day precision CV (%) ($n = 3 \times 3$) |
|---|---|---|---|---|
| $\Delta^9$-THC | 5 | 104.2 | 4.3 | 5.5 |
|  | 15 | 102.7 | 3.4 | 7.7 |
|  | 30 | 101.3 | 1.3 | 2.2 |
| 11-OH-$\Delta^9$-THC | 5 | 108.2 | 8.7 | 9.4 |
|  | 15 | 103.6 | 5.9 | 7.2 |
|  | 30 | 100.4 | 2.4 | 2.2 |
| $\Delta^9$-THCCOOH | 25 | 106.4 | 3.3 | 8.6 |
|  | 75 | 99.0 | 2.2 | 2.4 |
|  | 150 | 102.5 | 1.6 | 3.7 |

blood sample (autopsy serum and blood, whole blood and plasma from living people), the limits of detection and of quantification were found to vary slightly between 0.5–1 and 0.8–2 ng/ml, respectively. Accuracy, coefficient of variation for intra-day and day-to-day precisions for $\Delta^9$-THC, 11-OH-$\Delta^9$-THC and $\Delta^9$-THCCOOH at target values are tabulated in Table 1.

Overall, intra-day and day-to-day CVs were below 10%, whereas the method was accurate to within 9% of the target concentration.

### 5.2. Cannabinoids plasma to whole blood concentrations distribution ratios

#### 5.2.1. Smoking study

Cannabinoids concentrations measured in whole blood and plasma are shown in Table 2. The plasma to whole blood distribution ratios were found to be about 1.6 for all three cannabinoids. For $\Delta^9$-THC, values range between 1.4 and

1.9 (mean value = 1.5), for 11-OH-$\Delta^9$-THC, values extend from 1.5 to 1.8 with a mean value of 1.6. A slight variability of the plasma to whole blood ratios around 1.7 ranging from 1.4 to 2.2 was also observed with $\Delta^9$-THCCOOH. Assuming that the mean haematocrit value is about 0.45, these results indicate that almost 90% of the cannabinoids can be found in the plasma fraction while about 10% are bound to the red blood cells. These results are consistent with in vitro experiments which have previously reported that $\Delta^9$-THC and 11-OH-$\Delta^9$-THC molecules are extensively bound to plasma lipoproteins [13,20–22]. A plasma/haemolyzed blood distribution ratio of about 2.2 (CV = 30%), on the other hand, was determined by RIA for $\Delta^9$-THC in 18 positives blood samples collected during a smoking study [10]. This value is slightly higher than the value determined for $\Delta^9$-THC in this study (1.5; CV = 11%).

Because the values of the distribution ratios of all three cannabinoids were found to be very similar and their individual coefficient of variation remained relatively low, the

Table 2
Plasma/whole blood cannabinoids concentrations ratios

| Volunteer | $\Delta^9$-THC (ng/ml) | | $\Delta^9$-THCCOOH (ng/ml) | | 11-OH-$\Delta^9$-THC (ng/ml) | | Plasma/whole blood distribution ratios | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Blood | Plasma | Blood | Plasma | Blood | Plasma | THC | THCCOOH | 11-OH-THC |
| 1 | 4.8 | 7.0 | 118.5 | 195.0 | 1.8 | 3.2 | 1.5 | 1.6 | 1.8 |
| 2 | 6.1 | 11.4 | 43.7 | 63.4 | 2.9 | 3.7 | 1.9 | 1.5 | 1.5 |
| 3 | 5.3 | 7.9 | 75.2 | 114.1 | 2.3 | 2.6 | 1.5 | 1.5 | 1.5 |
| 4 | _a | _a | 8.1 | 11.7 | _a | _a | _b | 1.4 | _b |
| 5 | 1.7 | 2.4 | 36.7 | 57.3 | 0.8 | 1.0 | 1.4 | 1.6 | 1.6 |
| 6 | 3.3 | 4.8 | 18.7 | 32.2 | _a | 1.1 | 1.5 | 1.7 | _b |
| 7 | 0.8 | 1.3 | 35.8 | 66.1 | _a | _a | 1.6 | 1.8 | _b |
| 8 | 1.5 | 2.1 | 12.5 | 27.7 | _a | _a | 1.4 | 2.2 | _b |
| CV (%) |  |  |  |  |  |  | 11.2 | 15.1 | 8.8 |
| Mean |  |  |  |  |  |  | 1.5 | 1.7 | 1.6 |

[a] Below LOQ value.
[b] Not calculable.

Table 3
"Serum"/whole blood cannabinoids concentrations ratios[a]

| | $\Delta^9$-THC (ng/ml) | | $\Delta^9$-THCCOOH (ng/ml) | | 11-OH-$\Delta^9$-THC (ng/ml) | | Serum/whole blood distribution ratios | | |
|---|---|---|---|---|---|---|---|---|---|
| | Blood | Serum | Blood | Serum | Blood | Serum | THC | THCCOOH | 11-OH-THC |
| Tox7135 | 2.4 | 4.8 | 9.2 | 15.8 | 1.1 | 1.6 | 2.0 | 1.7 | 1.5 |
| Tox7144 | 7.3 | 14.9 | 7.8 | 24.4 | 1.3 | 2.0 | 2.0 | 3.1 | 1.5 |
| Tox7570 | 3.4 | 5.2 | 3.3 | 13.1 | _[b] | _[b] | 1.5 | 4.0 | _[c] |
| Tox7630 | 2.2 | 5.8 | 10.6 | 22.6 | _[b] | _[b] | 2.6 | 2.1 | _[c] |
| Tox7820 | 5.9 | 16.3 | 17.1 | 57.6 | 0.9 | 3.5 | 2.8 | 3.4 | 3.9 |
| Tox7842 | 8.2 | 17.5 | 60.9 | 113.9 | 3.2 | 6.8 | 2.1 | 1.9 | 2.1 |
| CV (%) | | | | | | | 21.6 | 34.5 | 50.5 |
| Mean | | | | | | | 2.2 | 2.7 | 2.3 |

[a] Tox$wxyz$: autopsy case.
[b] Below LOQ value.
[c] Not calculable.

results suggest that plasma concentrations could be calculated from whole blood concentrations taken into account a multiplying factor of 1.6.

5.2.2. Postmortem study (six blood specimens)

Cannabinoids concentrations were measured by GC–MS both in blood and in the clear supernatant obtained after centrifugation of autopsy blood, i.e. postmortem "serum". The results are shown in Table 3. The distribution ratios were found to be about 2.4 for the three cannabinoids. For $\Delta^9$-THC, values range between 1.5 and 2.8 (mean value = 2.2), for 11-OH-$\Delta^9$-THC, values extend from 1.5 up to 3.9 (mean value = 2.3). A similar mean plasma to whole blood ratio of 2.7 was observed with $\Delta^9$-THCCOOH with minimum and maximum values of, respectively, 1.7 and 4.0.

The mean distribution ratios calculated from these six cases for the three cannabinoids are higher than two and also higher than the values presented in Table 2 for the smoking study. In addition, the differences between the mean distribution ratios determined in living and dead people for $\Delta^9$-THC and $\Delta^9$-THCCOOH were found to be significant at the 5% $t$-test level. The CV values of the distribution ratios presented in Table 3 are higher than 20% and are relatively higher than those determined for living people. All together, these data suggest that the distribution of cannabinoids between whole blood and serum obtained postmortem is scattered over a larger range of values than those determined on specimens from living people and that more cannabinoids can be recovered from the blood supernatant after death. Haematocrit changes caused by blood haemolysis which occur after death and other phenomena such as protein aggregation and degradation which might all be connected with xenobiotics redistribution may at least partly explain the observed differences. These results indicate that "serum" concentrations of cannabinoids can be hardly assessed from postmortem whole blood values. These data seem to preclude any attempt to evaluate the time of Cannabis use from cannabinoids concentrations measured after death. This assumption is very likely certain when

blood specimens are highly haemolyzed and decomposed. On the other hand, a multiplying factor of 1.6 could be used with some caution for the estimation of plasma concentrations from whole blood values determined on blood specimens drawn from living people. It is, however, obvious that whenever possible, cannabinoids determinations should be carried out with plasma samples, in order to estimate with the best accuracy the time of Cannabis use with the mathematical models set up by Huestis et al. For model II which is based on $\Delta^9$-THCCOOH/$\Delta^9$-THC concentrations ratios, the time estimations should remain the same whatever the blood sample taken into consideration. This assumption is true as far as the plasma/whole blood distribution ratios for $\Delta^9$-THCCOOH and $\Delta^9$-THC are the same. Plasma levels of cannabinoids which are higher than whole blood concentrations and plasma extracts GC–MS chromatograms which are generally cleaner than those obtained with whole blood samples are two additional reasons which could be put forward to recommend the use of plasma concentrations to estimate the time of Cannabis exposure.

In conclusion, the successful use of the mathematical models of Huestis et al. may rely in part upon the selection of the appropriate blood sample, i.e. plasma. When plasma is not available, whole blood values could be considered with some caution taken into account a multiplying factor of 1.6 to calculate plasma concentrations from whole blood values. In the case of blood samples taken postmortem, the use of these models to assess the time of Cannabis exposure is not advocated.

Acknowledgements

The Swiss National Science Foundation is gratefully acknowledged for its financial support (Grant 3200-055923.98/1 to CG). Dr. Serge Rudaz, Laboratoire de Chimie Analytique Pharmaceutique, 20, Bd d'Yvoy, CH-1211 Genève 4, is warmly thanked for his expert advice about performing the validation procedures.

## References

[1] A. Ameri, The effects of cannabinoids on the brain, Prog. Neurobiol. 58 (1999) 315–348.

[2] I. Kurzthaler, M. Hummer, C. Miller, B. Sperner-Unterweger, V. Günther, H. Wechdorn, H.-J. Battista, W.W. Fleishacker, Effect of *Cannabis* use on cognitive functions and driving ability, J. Clin. Psychiatry 60 (1999) 395–399.

[3] H. Robbe, Marijuana's impairing effects on driving are moderate when taken alone but severe when combined with alcohol, Hum. Psychopharmacol. Clin. Exp. 13 (1988) 70–78.

[4] J.G. Ramaekers, H.W.J. Robbe, J.F. O'Hanlon, Marijuana, alcohol and actual driving performance. Hum. Psychopharmacol. Clin. Exp. 15 (2000) 551–558.

[5] Report on *Cannabis*, Swiss federal commission about drugs, in French or German, Rapport sur le *Cannabis* de la Commission fédérale pour les questions liées aux drogues — CFLD, Office fédéral de la santé publique, 3013 Berne, September 1999.

[6] M. Augsburger, L. Rivier, Drugs and alcohol among suspected impaired drivers in Canton de vaud (Switzerland), Forensic Sci. Int. 85 (1997) 95–104.

[7] L.E. Hollister, H.K. Gillespie, A. Ohlsson, J.E. Lindgren, A. Wahlen, S. Agurell, Do plasma concentrations of $\Delta^9$-tetrahydrocannabinol reflect the degree of intoxication? J. Clin. Pharmacol. 21 (1981) 171S–177S.

[8] E.J. Cone, M.A. Huestis, Relating blood concentrations of tetrahydrocannabinol and metabolites to pharmacologic effects and time of marijuana usage, Therapeut. Drug Monitor. 15 (1993) 527–532.

[9] M.A. Huestis, J.E. Henningfield, E.J. Cone, Blood cannabinoids. II. Models for the prediction of time of marijuana exposure from plasma concentrations of $\Delta^9$-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol (THCCOOH), J. Anal. Toxicol. 16 (1992) 283–290.

[10] M.A. Huestis, J.E. Henningfield, E. Cone, Blood cannabinoids. I. Absorption of THC and formation of 11-OH-THC during and after smoking marijuana, J. Anal. Toxicol. 16 (1992) 276–282.

[11] E.R. Garrett, C.A. Hunt, Physicochemical properties, solubility, and protein binding of $\Delta^9$-tetrahydrocannabinol, J. Pharm. Sci. 63 (1974) 1056–1064.

[12] S.M. Owens, A.J. McBay, H.M. Reisner, M. Perez-Reyes, [125]I radioimmunoassay of delta-9-tetrahydrocannabinol in blood and plasma with a solid-phase second-antibody separation method, Clin. Chem. 27 (1981) 619–624.

[13] M. Widman, S. Agurell, M. Ehmebo, G. Jones, Binding of (+)- and (−)-$\Delta^1$-tetrahydrocannabinols and (−)-7-hydroxy-$\Delta^1$-tetrahydrocannabinol to blood cells and plasma proteins in man, J. Pharm. Pharmacol. 26 (1974) 914–916.

[14] D.J. Pounder, G.R. Jones, Post-mortem drug redistribution — a toxicological nightmare, Forensic Sci. Int. 45 (1990) 253–263.

[15] T. Hilberg, S. Rogde, J. Morland, Postmortem drug redistribution — human cases related to results in experimental animals, J. Forensic Sci. 44 (1999) 3–9.

[16] A.H.B. Wu, N. Liu, Y.-J. Cho, K.G. Johnson, S.S. Wong, Extraction and simultaneous elution and derivatization of 11-nor-9-carboxy-$\Delta^9$-tetrahydrocannabinol using Toxi-Lab SPEC prior to GC–MS analysis of urine, J. Anal. Toxicol. 17 (1993) 215–217.

[17] T.H. Daldrup, Bestimmung von cannabinoiden, Toxichem. Krimtech. 62 (1995) 21–27.

[18] M.R. Moeller, G. Doerr, S. Warth, Simultaneous quantitation of delta-9-tetrahydrocannabinol (THC) and 11-nor-9-carboxy-delta-9-tetrahydrocannabinol (THC-COOH) in serum by GC–MS using deuterated internal standards and its application to a smoking study and forensic cases, J. Forensic Sci. 37 (1992) 969–983.

[19] E. Chapuzet, N. Mercier, S. Bervoas-Martin, B. Boulanger, P. Chevalier, P. Chiap, D. Grandjean, P. Hubert, P. Lagorce, M. Lallier, M.C. Laparra, M. Laurentie, J.C. Nivet, Méthodes chromatographiques de dosage dans les milieux biologiques: stratégie de validation. Rapport d, une commission SFSTP, S.T.P. Pharma Pratiques 7 (1997) 169–194.

[20] H.A. Klausner, H.G. Wilcox, J.V. Dingell, The use of zonal ultracentrifugation in the investigation of binding of delta-9-tetrahydrocannabinol by plasma lipoproteins, Drug Metabol. Dispos. 3 (1975) 314–319.

[21] M. Wahlqvist, I.M. Nilsson, F. Sandberg, S. Agurell, Binding of $\Delta^1$-tetrahydrocannabinol to human plasma proteins, Biochem. Pharmacol. 19 (1970) 2579–2584.

[22] M. Widman, M. Nilsson, J.L. Nilsson, S. Agurell, H. Borg, B. Granstrand, Plasma protein binding of 7-hydroxy-$\Delta1$-tetrahydrocannabinol: an active $\Delta1$-tetrahydrocannabinol metabolite, J. Pharm. Pharmacol. 25 (1973) 453–457.

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
CIVIL ACTION NO. 2:06cv868-ID-CSC

LANDRIA BRITT, as Administratrix
of the Estate of JOHN W. BRITT,
Deceased,

      Plaintiff,

      vs.

U S A TRUCK, INC.; THEODORE
LEVERNE JOHNSON, et al.,
      Defendants.

DEPOSITION OF
DR. ANDREW MASON

9:15    At BOONE, North Carolina
October 26, 2007
9:15 A.M.

Reported by: AMY CHAWNE HOLSCLAW

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 3

1    T A B L E  O F  C O N T E N T S
2
3    E X A M I N A T I O N S
4
5  EXAMINATION               PAGE
6    Direct Examination by MR. ALLRED    6
7
8    E X H I B I T S
9

| | EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|---|
| 10 | | | |
| 2A 11 | 1 | NOTICE OF DEPOSITION | 6 |
| 12 | 2A | CASE FILE NOTES | 11 |
| 13 | 2B | LITIGATION PACKET | 11 |
| 14 | 3 | CV FOR ANDREW P. MASON | 11 |
| 15 | 4 | DIAGRAM | 61 |
| 16 | 5 | ARTICLE FROM FORENSIC SCIENCE | 80 |
| 17 | | INTERNATIONAL | |
| 18 | 6 | BATCH WORKLIST FOR CANNABINOIDS | 132 |
| 19 | 7 | DIAGRAM | 145 |
| 20 | 8 | CALCULATIONS FROM MODELS | |

21
22
23
24
25

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 2

1    A P P E A R A N C E S
2
3
4    For the Plaintiffs:
5    DAVID E. ALLRED, P.C.
6    7030 FRAIN PARK DRIVE
7    SUITE 9 (36117)
8    MONTGOMERY, ALABAMA 36124-1594
9    334.396.9200
10
11
12    For the Defendants:
13    LEA RICHMOND, IV, Esq.
14    CARR ALLISON
15    100 VESTAVIA PARKWAY
16    BIRMINGHAM, ALABAMA 35216
17    205.822.2006
18
19
20
21
22
23
24
25

**EXHIBIT**

**B**

tabbies

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 4

1    S T I P U L A T I O N S
2    It is hereby stipulated and agreed and agreed
3  between the parties to this action, through their respective
4  counsel of record:
5    (1)    That the deposition of DR. ANDREW MASON, may be
6    taken on October 26TH, 2007, beginning at 9:08 AM, at
7    184 NORTH WATER STREET, BOONE, North Carolina, before
8    Amy Chawne Holsclaw, Court Reporter.
9    (2)    That the deposition shall be taken and used as
10    permitted by the applicable Alabama Rules of Civil
11    Procedure.
12    (3)    That any objections of any party hereto as to notice
13    of the taking of said deposition or as to the time or
14    place hereof, or as to the competency of the person
15    before whom the same shall be taken, are deemed to have
16    been met.
17    (4)    Objections to questions and motions to strike
18    answers need not be made during the taking of this
19    deposition, but may be made for the first time during
20    the taking of this deposition, but may be made for the
21    first time during the progress of the trial of this
22    case, or at any pretrial hearing held before any judge
23    of competent jurisdiction for the purpose of ruling
24    thereon, or at any other hearing of said case at which
25    said deposition might be used, except that an objection

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

## Dr. Andrew Mason 10/26/2007

Page 5

1     as to the form of a question must be made at the time
2     such question is asked, or objection is waived as to
3     the forum of the question.
4     (5)     That the witness reserves the right to read and sign
5          the deposition prior to filing.
6     (6)     That the sealed original transcript of this
7          deposition shall be mailed first-class or
8          hand-delivered to the party taking the deposition for
9          preservation and delivery to the Court, if and when
10         necessary.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

## Dr. Andrew Mason 10/26/2007

Page 7

1     Q.   All right.  And is that near the campus of Appalachian
2          State?
3     A.   I don't know -- quarter of a mile away.
4     Q.   Okay.  What -- Are you with an organization called
5          ToxicoLogics?  How do you pronounce that?
6     A.   ToxicoLogics.
7     Q.   Okay.  ToxicoLogics.  All right.  What is ToxicoLogics?
8     A.   The firm I founded in 1998, roughly.
9     Q.   Okay.
10    A.   July of 1998.
11    Q.   All right.  And is it a corporation, partnership, or what?
12
13    A.   It's an Esquire, incorporated in North Carolina.
14    Q.   Are there any other shareholders other than you?
15    A.   My wife.
16    Q.   And what is her name?
17    A.   Lynne L-y-n-n-e Mason.
18    Q.   Is she a toxicologist?
19    A.   No.
20    Q.   What do you do for a living?  What do you put on your
21         income tax return where it says occupation?
22    A.   Forensic Toxicologist.
23    Q.   Okay.  And are you employed at Appalachian State?
24    A.   Currently, no.
25    Q.   Have you ever been?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

## Dr. Andrew Mason 10/26/2007

Page 6

1               P R O C E E D I N G S
2          (ON THE RECORD 9:15 A.M.)
3     THEREUPON,
4          DR. ANDREW MASON
5     Having first been duly
6     Sworn, was examined and
7     Testified as follows:
8     DIRECT EXAMINATION BY MR. ALLRED:
9          MR. ALLRED:  I don't have the notice of deposition.
10         MR. RICHMOND:  There's one right over there.
11         MR. ALLRED:  Okay.  Good.  That will be Exhibit 1.
12    Let's go ahead and get started.
13         (THEREUPON, EXHIBIT NO. 1 WAS MARKED FOR
14    IDENTIFICATION.)
15         MR. ALLRED:  All right.  I'm ready when you are.
16         MR. RICHMOND:  Would you like to read and sign?
17         THE WITNESS:  Let's make that decision at the end of
18    it.
19         MR. RICHMOND:  Okay.
20    BY MR. ALLRED:
21    Q.   Tell us your full name, please.
22    A.   Andrew Paul Mason.  My last name is spelled M-a-s-o-n.
23    Q.   All right.  And what is your business address, please?
24    A.   184 -- Physical address is 184 North Water Street, Suite
25         12, Boone, North Carolina, 28607.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

## Dr. Andrew Mason 10/26/2007

Page 8

1     A.   Yes.
2     Q.   When were you last employed there?
3     A.   Several years ago.
4     Q.   Okay.  Do you make a living doing anything else other than
5          ToxicoLogics?
6     A.   Currently, no.
7     Q.   Okay.  Have you ever?
8     A.   Yes.
9     Q.   Since 1997, has ToxicoLogics been the only --
10    A.   1998.
11    Q.   -- '98, been the exclusive income for you?
12    A.   Almost completely.
13    Q.   Okay.  Was any other income you had -- was that from doing
14         toxicology work, or teaching?
15    A.   The only other thing would be teaching part-time at ASU.
16    Q.   All right.  When you taught at Appalachian State, what did
17         you teach?
18    A.   A course entitled Forensic Chemistry and Toxicology.
19    Q.   Okay.  And you have some letters after your name; PhD.
20         What is your PhD in?
21    A.   Medicinal Chemistry.
22    Q.   Okay.  But you're not licensed to practice medicine in any
23         state?
24    A.   I'm not a physician.
25    Q.   Okay.  And what is DABFT mean?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 9

1   A.   Diplomate of the American Board of Forensic Toxicology.
2   Q.   All right. And what does DABCC mean?
3   A.   That is the Diplomate of the American Board of Clinical
4        Chemistry.
5   Q.   Okay. You issued, didn't you, a report to Lea Richmond
6        about this case involving John Britt. Is that right?
7   A.   That's correct.
8   Q.   And is that dated May 7th of '07?
9   A.   Sounds consistent.
10  Q.   Okay. When -- Have you made any different -- have you
11       done any additional work on this case since May 7th of
12       '07?
13  A.   Yes.
14  Q.   What additional work have you done?
15  A.   I reviewed the litigation package.
16  Q.   Okay.
17  A.   From Professional Medical Services.
18  Q.   All right.
19  A.   Reviewed case files.
20  Q.   Reviewed what?
21  A.   Case files.
22  Q.   Case files?
23  A.   Yes.
24  Q.   Okay. What is that?
25  A.   My notes here.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 11

1        And then we'd like to get a copy of your case file as
2        Exhibit 2.
3        (THEREUPON, EXHIBIT NO. 2 WAS MARKED FOR
4        IDENTIFICATION.)
5   A.   Okay.
6   Q.   Okay. And this is -- you handed me --
7   A.   -- Curriculum Vita.
8   Q.   -- Your CV. All right. Well, we will make this Exhibit
9        3. Is it current?
10  A.   It is.
11       (THEREUPON, EXHIBIT NO. 3 WAS MARKED FOR
12       IDENTIFICATION.)
13  Q.   Okay. Let's go ahead and put these markers on here, so
14       we'll remember what we're talking about.
15  A.   Sounds like a good idea.
16  Q.   Okay. And 2 is going to be a composite Exhibit. Is it
17       okay to put the sticker on your file?
18  A.   Please, do.
19  Q.   All right. This is it right here?
20  A.   Right.
21  Q.   Okay.
22  A.   Two volumes.
23  Q.   Okay. And this blue volume, how do you describe it?
24  A.   Well, this is -- both of these are the case files. The
25       first volume here, on the left hand side, is the business

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 10

1   Q.   Okay.
2   A.   The information that I received.
3   Q.   Okay.
4   A.   I did some additional calculations based on information I
5        found in the litigation packet.
6   Q.   All right.
7   A.   That would be it.
8   Q.   Okay. Do you have any different or additional opinions or
9        conclusions, other than the ones stated in the May 7, '07
10       letter?
11  A.   Essentially, no.
12  Q.   Okay. When did you first get into this case?
13  A.   It was not all that long before that.
14  Q.   So --
15  A.   I don't think.
16  Q.   You don't think?
17  A.   I started my file on May 2nd, 2007.
18  Q.   All right.
19  A.   Yes.
20  Q.   And when you started your file, how do you keep up with
21       your time? Do you have like a time log that you keep? Do
22       you keep notes on it, or put it in the computer, or what?
23  A.   It's in my directory. It's in my case file.
24  Q.   We would like to get a copy of your case file.
25       Exhibit 1, we'd like to make the deposition notice.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 12

1        records related to this case.
2   Q.   Is that your billing records and that kind of things
3        there?
4   A.   Billing records, engagement letters, those kinds of
5        issues.
6   Q.   Okay.
7   A.   The right hand side has, essentially, attorney
8        communications, work product and all that other kind of
9        stuff.
10  Q.   Okay. And what is the manila file folder?
11  A.   Litigation package from National Medical Services.
12  Q.   Okay. So, if we do it in stead of, can we make this one
13       2A, the blue file, and then can we make the NMS file 2B?
14  A.   Please, do so.
15  Q.   2B, Mason.
16  A.   There you go.
17  Q.   Okay. And those are going to be composite exhibits.
18       Okay. Now, then.
19       So, you got in the file, or you got in the case May
20       2nd of '07, and what were you provided with?
21  A.   I was provided with the information that was contained, or
22       listed in my report.
23  Q.   Okay. On page 7?
24  A.   Could be. Let me check real quick.
25  Q.   Okay.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 13

1  A.  That would be correct. And then, of course --
2  Q.  All right.
3  A.  -- I think the one document that's not there, because I
4      received it after that time, would be the National Medical
5      Services Litigation Package.
6  Q.  Okay.
7  A.  Which is now Exhibit 2B.
8  Q.  2B. When did you get the NMS package?
9  A.  Let me think.
10  Q.  What date did you receive it?
11  A.  I don't know.
12  Q.  Do you have any notes in your time records there?
13  A.  No. I didn't -- I don't have an exact date when I
14      received it. I do have a letter from Mr. Richmond saying
15      June 18th, 2007.
16  Q.  June 18th, 2007. So, you got the NMS information by
17      letter dated June 18th of '07?
18  A.  Correct.
19  Q.  So, it follows and you had not reviewed it when you wrote
20      the May 7th, 2007 report?
21  A.  Correct.
22  Q.  Okay. And you don't -- you said your opinions are
23      essentially the same in your May 7th, '07 letter. Is that
24      right?
25  A.  That would be true.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 15

1  Q.  Okay. So you -- so --
2  A.  -- it contains a copy of that report.
3  Q.  Right. So, you would differentiate it then --
4  A.  -- Well --
5  Q.  -- The toxicology report is the toxicology report, and
6      then the litigation package is the toxicology report, plus
7      some other documents?
8  A.  Right.
9  Q.  Is that correct?
10  A.  A bunch of them.
11  Q.  Okay.
12  A.  A bunch other stuff. That's correct.
13  Q.  I got you. And then you have -- you also have -- you have
14      listed a Report of Autopsy for the Alabama Department of
15      Forensic Sciences, that's five pages. We have that.
16  A.  Yes.
17  Q.  And that's included within 2A.
18  A.  Right.
19  Q.  Exhibit 2A.
20  A.  That's correct.
21  Q.  And then you reviewed Alabama Uniform Traffic Accident
22      Report, which is also within 2A, and it is 4 pages.
23      Right?
24  A.  Right.
25  Q.  Do you have any other written documents that you reviewed

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 14

1  Q.  Okay. All right. So, you got these documents, and then
2      listed on page 7 there, the Lab report from NMS. And that
3      is the -- which specific sheets are you talking about? On
4      this copy I have, I'm not sure I have the -- I'm on the
5      same page with -- when it says; A. Lab Report NMS, 4
6      pages, which 4 pages are you talking about that you
7      reviewed?
8      (PURSUES DOCUMENTS.)
9  A.  Those right there.
10  Q.  Okay. And that would be the -- says Toxicology Report
11      104, and that -- how do you differentiate that if we're
12      looking for it -- is this also included in the NMS records
13      that you got later?
14  A.  Yes.
15  Q.  Okay. How do you differentiate it between what you would
16      use for use in the letter, and what you got later?
17  A.  Well --
18  Q.  -- Is this a summary? --
19  A.  -- I believe it's --
20  Q.  -- of the report? --
21  A.  -- I believe it's identical.
22  Q.  But this is -- this says Toxicology Report, then the other
23      record -- what do you call the other one? What do you
24      call the other record?
25  A.  Well, this is from the litigation package.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 16

1      before you wrote your letter -- your opinion letter?
2  A.  Not to my knowledge.
3  Q.  Date May 7th of '07?
4  A.  No.
5  Q.  Okay. Do you ever talk to the driver of the tractor
6      trailer?
7  A.  No, sir.
8  Q.  Do you know who he is? Do you know his name?
9  A.  I remember it was listed in the documentation I reviewed.
10      I don't remember it off hand.
11  Q.  Okay. Did you get any statements about what the tractor
12      trailer driver said?
13  A.  No, sir.
14  Q.  Okay.
15  A.  Other than what is contained in the documents I reviewed,
16      no.
17  Q.  All right. Was there any document that you reviewed that
18      had anything to say about what the driver of the tractor
19      trailer said about how the accident happened?
20  A.  Not to my knowledge, other than what was stated in the
21      document that I reviewed, and I don't remember anything
22      particular there, either.
23  Q.  Okay. Did you get any information from anyone about what
24      the tractor trailer driver said? The guy driving the
25      tractor trailer truck?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1  A.   I -- I don't have any memory of that at this time.
2  Q.   Okay. How did you go about formulating your opinions and
3       conclusions? Just take me through the process that you
4       used with deriving your opinions and conclusions as stated
5       in your May 7th, '07 letter.
6  A.   Reviewing the documentation. Synthesis of it. I try to
7       obviously look for items that -- that corroborate other
8       information. Try and tie the physical findings together
9       with the pharmacology.
10          Research related to pharmacology drugs and
11      understanding the properties and materials that are, that
12      are detected.
13          Review scientific literature with respect to those
14      materials. Synthesis of those effects with the physical
15      findings and descriptions, et certera.
16 Q.   All right. And you went through that process. You
17      started it on May 2nd, and on May 7th, you wrote this
18      letter. Five days later. Did you have any drafts of that
19      letter that you sent to anybody, and that you got back
20      some comments, and you did another draft?
21 A.   I don't believe so.
22 Q.   Was this your final opinion?
23 A.   I believe so.
24 Q.   Okay. did you have notes or drafts of any, or any working
25      papers that you had in any exhibit, like Exhibit 2A -- the

1       blue folder -- that you used to draft your letter?
2  A.   I'm sorry. Come at me again.
3  Q.   Did you have any notes or drafts in Exhibit 2, Exhibit 2A?
4
5  A.   No.
6  Q.   Did not?
7  A.   No.
8  Q.   Okay. Did you speak with anyone, or collaborate, I guess
9       is what the word I'm looking for, and discuss this case
10      with them, and try to -- to arrive at your opinions and
11      conclusions?
12 A.   Not at the time I wrote the letter. No.
13 Q.   Okay. What was your understanding of how this    automobile
14 wreck happened?
15
16 A.   General description would be that a tractor trailer
17      turning left into a parking area from the center lane. It
18      was a seven lane road way. And that a truck, coming from
19      the opposite direction, in the outside lane, ran
20      underneath the trailer of this eighteen wheel,
21      semi-tractor combination. Which resulted in fatal
22      injuries to the driver of the pick-up truck.
23 Q.   All right. And where did you get that information?
24 A.   From the Alabama Uniform Traffic Accident Report --
25 Q.   -- Okay. --

1  A.   -- Information.
2  Q.   Who does that report find to be the prime contributing
3       unit?
4       MR. RICHMOND:  Object to the form.
5       MR. ALLRED:  I beg your pardon?
6       THE WITNESS:  I didn't say anything.
7       MR. ALLRED:  Who does that report find to be the
8       prime contributing unit of the accident?
9       MR. RICHMOND:  Same objection.
10      THE WITNESS:  I don't know.
11 BY MR. ALLRED:
12 Q.   Have you looked on it to see what the investigating
13      officer's opinion was?
14 A.   I reviewed it very carefully, yes. I don't remember.
15      Is there something you'd like to point out to me?
16 Q.   On -- your client is Mr. Johnson. Does that reflect your
17      recollection?
18      MR. RICHMOND:  Object to the form.
19      THE WITNESS:    Well, my client is not Mr.
20      Johnson. My client is Mr. Richmond and his firm.
21 BY MR. ALLRED:
22 Q.   Okay. And Mr. Richmond's client is Mr. Johnson. Does
23      that refresh your recollection?
24 A.   That is my understanding.
25 Q.   Okay. And he's unit one. Did you notice that on the

1       report?
2  A.   That would be correct.
3  Q.   All right. And did you notice where the investigating
4       officer put him down prime contributing unit number, and
5       he put number one. Do you see that on there?
6  A.   Where do you see --
7  Q.   -- up at the top. Right along in here.
8  A.   I'm looking.
9  Q.   Okay.
10 A.   No. No. I didn't note that.
11 Q.   Okay. And you see right next to that number one, where it
12      says Mr. Richmond's client was the prime contributing
13      unit, you see in that box where they put 21?
14 A.   I do.
15 Q.   And you see down at the bottom for the codes, it says 21,
16      and that says failure to yield to right of way. Do you
17      see that on there?
18 A.   Under contributing circumstances?
19 Q.   Right.
20 A.   Yes. I do.
21 Q.   Is there any particular reason you didn't include that in
22      your report?
23 A.   No, sir.
24 Q.   Okay. Do you think that's an important factor?
25 A.   It certainly could be.

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 21

1  Q.  Okay. All right. Well, I notice in here you've given a
2      history, and you went through and you've got history,
3      analysis and opinions, and then you go through and you
4      have summary and conclusions, and we'll talk about these
5      in due course, but one thing I want to ask about is with
6      regards to -- to the analysis and opinions.
7          You've got several references in here -- like on
8      page 2 of your report, and it says; you've got in brackets
9      1-9, and those are for Footnotes. Is that right?
10 A.  That's for references.
11 Q.  Okay. And is that these references back here?          1-4?
12
13 A.  That'd be correct.
14 Q.  Which would be on page 6.
15 A.  This is true.
16 Q.  And you say these are scientific references. What does
17     that mean? What am I supposed to take from that when you
18     put on that report in brackets, you've got 1-4, and then
19     you've listed scientific references. What does that mean.
20
21 A.  In scientific publications, when you cite a particular
22     fact, or particular conclusion based on previous
23     publications, you can -- you can cite the particular
24     source of information and where that information may be
25     derived.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 23

1  A.  -- You can cite that publication for -- as a particular
2      source where someone can go find that information.
3  Q.  Are you saying that these cites -- these citations, these
4      references, these serve for one of a better word,
5      authority, for what you're saying?
6  A.  They serve in a form of authority, yes.
7  Q.  Okay. And are they -- tell me about these publications.
8      Are they -- are they generally accepted publications in
9      the field of pharmacology?
10 A.  Forensic Toxicology.
11 Q.  Forensic Toxicology.
12 A.  Yes. Correct.
13 Q.  And when I use that term, that's my term, not yours, but,
14     it is generally accepted in the field of Forensic
15     Toxicology. What does that mean?
16 A.  It would mean generally that these are materials relied
17     upon by people in our field, that are determined, that are
18     believed to be --
19 Q.  Okay.
20 A.  To represent facts and opinions related to the properties
21     related to these two materials, which are generally agreed
22     upon.
23 Q.  All right. When you get in a case like this one,
24     involving the USA Truck Company, and your hired by a
25     lawyer, like Mr. Richmond and his firm, do you -- do you

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 22

1  Q.  Okay. Is that -- did you use a scientific method in
2      coming to your opinions and conclusions?
3  A.  I'd like to think so.
4  Q.  And describe to me how you went about it. With regard to
5      the scientific method aspect.
6  A.  Having been involved in Forensic Toxicology for many
7      years, I understand very well the pharmacology, physiology
8      toxicology and their affects of these materials.
9          One attempts to look at the properties of the
10     materials and the effects that they produce, and of
11     course, their bio-chemistry. How the body affects them,
12     how they affect the body, and use that information to
13     support your opinions and conclusions.
14 Q.  I understand that's what -- that's what you say you did,
15     but I want to know how you went about doing it. You took
16     these materials that were given to you by Mr. Richmond --
17 A.  I'm not sure -- I'm not real sure I understand what you're
18     asking.
19 Q.  And then how do the -- how -- how do the scientific
20     references -- why do you put those -- why do you refer to
21     scientific references in your report?
22 A.  Again, because when you make a particular point that is
23     unaccepted fact to conclusion that has been published in
24     these publications --
25 Q.  -- Okay. --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 24

1      see your role as being an advocate for their position?
2  A.  No, sir. I don't.
3  Q.  Well, you answered that quickly, and I want to -- I want
4      to ask you this. In your role in this case, do you feel
5      like it would be improper for you to be an advocate for
6      one side or the other?
7  A.  I feel the -- the -- you know as well as I do when you get
8      in the court room, there are only two advocates present in
9      the court room. The represent the attorneys who advocate
10     for their clients.
11 Q.  But what I'm talking about is you.
12 A.  I'd like to finish my answer.
13 Q.  Yeah. And how do you see -- how do you see your role?
14
15 A.  As an advisor and a teacher.
16 Q.  Okay. And when you testify in a case like this, or any
17     other case, do you try to slant the scientific evidence,
18     or the scientific publications in favor of your client, as
19     an advocate, or do you see your role as being a scientist
20     in search of the truth?
21 A.  Obviously the later, I'd like to believe.
22 Q.  Okay. Do you feel like it would be improper if you would
23     approach a case from any stand point other than being a
24     scientist in search of the truth?
25 A.  I don't know how to answer that. The answer is, I guess

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

## Dr. Andrew Mason 10/26/2007

Page 25

1     that -- that I would like to believe that I'm a

2     dispassionate reviewer of the materials and try not to

3     take sides.

4     Q.  Okay. The -- the articles that you've mentioned here, are

5     they -- did you seek out just articles or publications

6     that would be favorable to your side of this case?

7         MR. RICHMOND:     Object to the form.

8         THE WITNESS: No.

9  BY MR. ALLRED:

10    Q.  Okay. And what -- these articles here, how do you find

11    them? How are they available? Are they generally

12    available to people?

13    A.  They are peer-reviewed, open source publications. They

14    are available to anybody.

15    Q.  Can people get them off the internet?

16    A.  You might be able to, some of them. You can get them at

17    any well stocked scientific library.

18    Q.  Okay.

19    A.  They're -- these are peer-reviewed, scientific journal

20    articles.

21    Q.  Okay. And if some of them -- can you get them on websites

22    like pubmed? Have you ever heard of that one?

23    A.  I have, and the answer is maybe you could get them from

24    that source. Yes.

25    Q.  And pay a fee and get them, maybe?

## Dr. Andrew Mason 10/26/2007

Page 27

1    Q.  All right. Have you cited them in other cases, and relied

2    on them in the past in forming your opinions and

3    conclusions in Forensic Toxicology cases?

4    A.  Some of them, yes.

5    Q.  Okay. Let me refer you to page one in your report there.

6

7    A.  Okay.

8    Q.  If I could, please.

9    A.  Sure.

10    Q.  The information there that's given in the history, did you

11    take this off what I call AUTAR; Alabama Uniform Traffic

12    Accident Report?

13    A.  Yes, sir. I did.

14    Q.  Okay. And you put on there that -- down at the bottom;

15    (READING.) The crash investigation documents -- this is

16    the last sentence in the first paragraph under history --

17    (READING.) reviewed did not indicated whether any skid

18    marks were present on the surface of the roadway before

19    the point of impact. And you've got skid marks in

20    quotation marks. Why did you put that reference in the

21    report to the skid marks?

22    A.  As a normal part of review of the documents, I try to

23    include that kind of information in cases that include

24    motor vehicle related crashes.

25    Q.  Was it of any significance or use to you in forming your

## Dr. Andrew Mason 10/26/2007

Page 26

1    A.  Maybe.

2    Q.  The -- you mentioned 10 articles -- publications, lets

3    call them. Did you review these 10 articles for purposes

4    of this case? Did you sit down and read them?

5    A.  I have read all of them at times. And I've --

6    Q.  -- At some point --

7    A.  And I've read portions of them in preparation for this.

8    Q.  Okay.

9    A.  -- For this case, yes.

10    Q.  I would think -- have you give a lot of depositions --

11    you've testified a whole lot in court, haven't you?

12    A.  Correct.

13    Q.  And you didn't go back and re-read every one of these

14    articles just for this case. Is that right? Or am I

15    wrong?

16    A.  No. I re-read -- I re-read each of them for this case,

17    but there are obviously certain parts of those, parts of

18    some of those references that may not be directly

19    implicable (sic), so I --

20    Q.  Okay.

21    A.  So, I read the parts that I felt were appropriate to read.

22

23    Q.  Okay. Would it be true that you are very familiar with

24    these articles?

25    A.  Reasonably, yes.

## Dr. Andrew Mason 10/26/2007

Page 28

1    opinions and conclusions?

2    A.  It was.

3    Q.  How?

4    A.  It made an indication of awareness of the individual of an

5    impending impact. It shows reaction to that impact in

6    preparation.

7    Q.  Okay. So, you just mention in here -- just -- that --

8    that -- that is a negative finding, I will call it. You

9    tell me if I'm wrong. But you reviewed the AUTAR report,

10    and there's just not any reference in it to skid marks.

11    A.  You're correct.

12    Q.  So, you assume from the lack of reference that there were

13    no skid marks. Is that correct?

14    A.  The indication there is that there is no indication

15    whether they were present or not.

16    Q.  I understand that. And did you take that lack of

17    information to mean that there were no skid marks, and

18    maybe the next question I am going to ask you -- did that

19    mean that there was no indication of awareness that you'd

20    talked about and slowing down on Mr. Britt?

21    A.  The answer is that later on in my report, I indicated that

22    that may have indicated or did indicate that there were no

23    skid marks, and I will tell you that that is an

24    inappropriate assumption to make on my part.

25    Q.  Okay. Well, in -- what I am getting to is this. Did you

Page 29

1   assume for the purposes of your report that Mr. Britt did
2   not react to the truck turning in front of him?
3         (PAUSE.)
4   A.  I may have.
5   Q.  Okay.
6   A.  What I can tell you is when looking over the documents,
7       there is no indication whether he -- whether he did or did
8       not.
9   Q.  Okay.
10  A.  In other words, no information is no information.
11  Q.  I understand.
12  A.  Okay.
13  Q.  We got past that, and I understand there is no information
14      about that, but when you did your report, and your
15      thinking about this and your using your education,
16      training and experience, and the knowledge of these
17      articles that you cited, did you -- did you assume that he
18      didn't react to the truck turning in front of him is what
19      my question is.
20  A.  I don't know.
21  Q.  Okay.
22  A.  I don't know.
23  Q.  Well, would it also be correct that you can't say that the
24      presence of marijuana in John Britt had anything to do
25      with him reacting or not reacting to the truck turning in

Page 30

1       front of him.
2   A.  No.
3   Q.  Okay.
4   A.  No.
5   Q.  Does that mean no, you can't say?
6   A.  No.  I can say, because --
7   Q.  Okay.
8   A.  -- The effects of marijuana include certain kinds of
9       effects, especially on attention of executive functioning,
10      et cetera.  It can certainly affect those properties, or
11      affect one's capabilities to react to those circumstances.
12
13  Q.  Well, you're just citing some words here that your aware
14      of.  Some medical publications and so forth?
15  A.  I'm citing my knowledge as related to pharmacological
16      effects of marijuana.
17  Q.  Apply that to this case, and whether or not you say that
18      John Britt slowed or didn't slow when the truck turned in
19      front of him.
20  A.  Well, to the degree that he slowed or didn't slow wasn't
21      effective, because he ran under the truck.
22  Q.  All right.
23  A.  And certainly, the effects of marijuana relate to
24      decreasing ones capability to react to sudden alterations
25      and conditions that appear on the highway.  It affects

Page 31

1       critical capacity and capabilities that are required for
2       the safe operation of a motor vehicle.
3   Q.  Do you have an opinion whether John Britt slowed when the
4       truck turned in front of him, or not?
5   A.  I believe I have insufficient information to reach that
6       conclusion at this time.
7   Q.  Okay.  What other information would you need at this time?
8
9   A.  More information from the scene, information from
10      witnesses, other people that were present at the time of
11      the crash, you could bring to light other information
12      related to what they observed that would certainly be
13      useful.
14          There may be other information available from
15      accident reconstruction specialists who can examine scene
16      -- examine information related to the vehicles, and how
17      they behaved in the crash.  That may be brought to bear on
18      this.
19          That would be the kind of information that would be
20      appropriate to view.
21  Q.  All right, sir.  Do you know whether there's an accident
22      reconstructionist involved in this case?
23  A.  I have no direct knowledge of that.
24  Q.  If an accident reconstructionist in this case says that he
25      did not -- that he did not slow down, would that be an

Page 32

1       important factor for you to know in forming your opinions
2       or verifying or confirming your opinions or conclusions?
3   A.  Hypothetically?
4   Q.  Hypothetically.
5   A.  The answer would be yes.
6   Q.  Okay.  And would it follow that if the accident
7       reconstructist says that he did not slow down, that that
8       would confirm your opinion that perhaps marijuana impaired
9       John Britt?
10          MR. RICHMOND:  Object to form
11          MR. ALLRED:  Would that be correct?
12          THE WITNESS:  Hypothetically wouldn't confirm it,
13      but it would corroborate it, or tell it -- corroborate it.
14
15  BY MR. ALLRED:
16  Q.  So, confirm was too strong a term.  Is that it?  It would
17      help to corroborate it.  Is that right?
18  A.  It would be consistent, would help to corroborate that
19      finding.
20  Q.  Okay.  Would the inverse be true as well if the accident
21      reconstructionist says that he did slow down, would that
22      lessen the corroborative effect concerning your opinion?
23  A.  Not necessarily.  No.
24  Q.  Why not?
25  A.  Again, like I said before, whatever actions it took before

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

# Dr. Andrew Mason 10/26/2007

Page 33

1    out of avoiding the collision and the way that marijuana
2    works is it is not sufficiently effective generally
3    speaking to produce a state of unresponsiveness or
4    incapacity to respond.
5        But it does modify perception, and modifies the
6    coordination and integration to synthesis of information
7    to produce responses in an effective manner.
8        It interferes significantly with divided attention,
9    information processing, et cetera. And in that way, it
10   has a significant affect on reaction speed, reaction time,
11   et cetera.
12 Q.  Does marijuana, in your opinion, does it affect a driver
13   like alcohol?
14 A.  Pharmacologically, they are very different.
15 Q.  Okay.
16 A.  Marijuana does have effects on psychomotor functions,
17   psychomotor efforts, coordination, et cetera. But,
18   pharmacologically, it is very different in that it does
19   not produce the same degree of gross central nervous
20   system depression as alcohol does.
21       Pharmacologically, they are quite distant.
22 Q.  Let me ask you to go to page 4 on your opinion there under
23   roman numeral three; summary and conclusions. You said in
24   that second paragraph; (READING.) No other potentially
25   causative or contributory factors were noted during the

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

# Dr. Andrew Mason 10/26/2007

Page 35

1        MR. ALLRED: I'm sorry.
2        THE WITNESS: May I speak?
3        MR. ALLRED: Go ahead.
4        THE WITNESS: Thank you. I didn't want to step on
5    anybody.
6        MR. ALLRED: Oh, he said object to the form, I
7    thought you were talking.
8        THE WITNESS: No. I couldn't figure out what was
9    going on.
10       MR. ALLRED: Go ahead.
11       THE WITNESS: Thank you. I'm sorry.
12       MR. ALLRED: Go ahead.
13       THE WITNESS: No, I would include that in there.
14 BY MR. ALLRED:
15 Q.  Would you?
16 A.  Yeah.
17 Q.  And would you -- there were other potentially causative or
18   contributory factors.
19 A.  There were --
20       MR. RICHMOND: Objection to form.
21       THE WITNESS:    I'm sorry. You --
22       MR. RICHMOND: You can speak over my objections,
23   that's fine. As long as they are noted.
24       THE WITNESS: Very rarely in Mobil is there a crash
25   involving more than one vehicle is there total fault

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

# Dr. Andrew Mason 10/26/2007

Page 34

1    investigation of Mr. Britt's crash, and then you mention
2    several in there. What about the fact that the tractor
3    trailer driver turned across three lanes of traffic in
4    front of him --
5        MR. RICHMOND: Objection to form.
6        MR. ALLRED: Was there any particular reason you
7    didn't mention that in that -- that summary?
8        THE WITNESS: The only reason I can state that, sir,
9    is that I didn't see that block up there, and the reason I
10   didn't see that, the one you alluded to earlier, where he
11   was the primary cause, and that's because I am not
12   familiar with this form. I am very familiar with North
13   Carolina forms, but I had to work real hard to -- I had to
14   work real hard to review this on.
15 BY MR. ALLRED:
16 Q.  Knowing it now, knowing that the investigating officer
17   found the tractor trailer driver to be the prime
18   contributing unit, would you want to change that sentence
19   there, or are you -- do you want to stick with what that
20   says there about no other potentially causative or
21   contributory factor were noted.
22 A.  No. I would --
23       MR. RICHMOND: Objection to form.
24       MR. ALLRED: I'm sorry.
25       THE WITNESS: Sir?

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

# Dr. Andrew Mason 10/26/2007

Page 36

1    related to one particular individual or another. Of
2    course, that can occur. Very often, there are a
3    multiplicity of factors that are involved.
4    BY MR. ALLRED:
5 Q.  Would the information that we talked about this morning,
6    about the truck, the tractor trailer truck being the prime
7    contributing unit, how would you change that summons, if
8    you would, in that in on page four under the roman numeral
9    three?
10 A.  I'm not sure. I'd like the opportunity to think about
11   that.
12 Q.  All right. Now, were you given any information on John
13   Britt's speed?
14 A.  None. In the report, in that block it said 999, it wasn't
15   directly indicated. Obviously having some knowledge of
16   mechanics, physics, although I am not an accident
17   reconstructionist, its clear that the collision occurred
18   at a significant rate of speed. It wasn't a very slow
19   crash.
20       Obviously, there was enough momentum in the truck to
21   carry completely underneath the pick-up truck, to carry
22   completely underneath the eighteen wheeler and some ways
23   down the line.
24       So, it's obvious that it occurred at -- at a -- it
25   didn't occur at a very slow rate of speed. Beyond that, I

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 37

1    really can't tell.
2  Q.  When you say a significant rate of speed, and you use that
3        in making up your mind about your opinions and
4        conclusions.  Is that right?
5          (PAUSE)
6  A.  I don't know.
7  Q.  All right.
8  A.  It might have, it might not have.
9  Q.  You --
10  A.  -- I'm not sure when impact, what impact that had on this
11       in particular.
12  Q.  Okay.  When you say a significant rate of      speed, what -- what
13       does that mean?
14
15  A.  Well --
16  Q.  -- Because, that -- that -- can you give a range of speed?
17
18  A.  I am not an accident reconstructionist.  I don't have the
19       specific capabilities to do that.
20  Q.  All right.  In significant -- in -- coming to your
21       opinions and conclusions, you assume then that he was
22       going fast enough to go under the truck, and come out the
23       other side?
24  A.  Well, that's clear from the way the motor vehicle crash
25       documents.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 38

1  Q.  All right.  And you -- you utilized that in forming your
2        opinions and conclusions.  Is that right?
3  A.  It was a factor that I considered.  Yes.
4  Q.  Okay.  When you did your work, did you -- were you given
5        any information, or did you learn of any information that
6        the tractor trailer driver, Mr. Johnson, that there was
7        anything to keep him from seeing John Britt coming?
8  A.  My understanding comes from the motor vehicle crash
9        documents, which indicates that -- that the sight views
10       from neither vehicle was obstructed.
11  Q.  Was there any information given to you, for example, that
12       John Britt didn't have his lights on?
13  A.  No.
14  Q.  Anything like that?
15  A.  I am not aware of anything like that.
16  Q.  Okay.  Were you given any information about any other
17       traffic that was coming in the same direction as John
18       Britt?
19  A.  Not from the documentation.
20  Q.  Were you told anything about that?
21  A.  My understanding is that there may have been other vehicle
22       traffic in the area, although I don't have specific
23       information on that.
24  Q.  Okay.  And this accident happened at night.  Is that
25       correct?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 39

1  A.  That is true.
2  Q.  And it was raining?  That's information you had.
3
4  A.  Right.
5  Q.  Is that true?
6  A.  True.
7  Q.  And these other -- the other vehicles that were coming,
8        they would have their lights on as well.  Wouldn't they?
9  A.  At night, during the rain, it would be appropriate for
10       them to have their lights on.  Yes.
11  Q.  It would be unusual if they didn't, wouldn't it?
12  A.  It certainly wouldn't be what I would consider
13       appropriate, safe practice.
14  Q.  And the view of the accident scene for the tractor trailer
15       driver would have been straight and level, and it says
16       that on the AUTAR report that you looked at, does it?
17  A.  True.
18  Q.  Have you been provided with any information as to why the
19       tractor trailer driver would have turned in front of John
20       Britt and the other oncoming traffic?
21        MR. RICHMOND: Object to form.
22        THE WITNESS: My understanding is that the place
23       that he turned into is a truck park.  That's the only
24       information that I have.
25  BY MR. ALLRED:

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 40

1  Q.  Okay.
2  A.  Or somewhere that large trucks may be parked.
3  Q.  Okay.  Were you -- well, lets see, you looked at this
4        diagram that on the AUTAR report?  Right?
5  A.  I did.
6  Q.  And that's the -- there's a reference in your report to
7        seven lanes.  That's the seven, they cross three on each
8        side, and a turning lane.  Right?
9  A.  That is my understanding.
10  Q.  Okay.  And then, the where Mr. Johnson would have turned
11       in would have been the truck stop that's down there where
12       my finger is at where the truck is.  Is that right?
13  A.  That would be my understanding.
14  Q.  Okay.  Were you given any information that there was a
15       traffic control device, meaning a red light or anything
16       like that out there where this happened?
17  A.  I don't think so.  No.
18  Q.  I think the report says it was not intersection related.
19       I could be wrong about that.  I've wondered if that meant
20       that there was not a light?
21  A.  I did not see -- I don't remember seeing any information
22       in that regarding the presence of a light.
23  Q.  All right.  You also mentioned in your report that the --
24       tractor trailer driver was not given a citation in
25       that.  Why -- why is that of significance to you?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 41

1    A.   It's not really. It's just standard part of the report.

2    Q.   Does that mean that the tractor trailer driver was not at

3         fault in the accident?

4    A.   It could, but not necessarily. Then it goes to more of

5         the thinking of the investigators.

6    Q.   And -- and in the course of your work, you have worked on

7         several cases and criminal cases and testified in court a

8         lot. You've given a lot of depositions. You know that

9         officers can't give a ticket, a citation to somebody

10        unless they observe the offense.

11   A.   I don't know.

12   Q.   Is that correct?

13   A.   I don't know that.

14   Q.   Okay. Well, I am telling you that this morning. That's

15        why he didn't get a ticket. They didn't see it. So --

16        MR. RICHMOND:  Objection to form.

17        THE WITNESS:  I think that -- well, my understanding

18   is that the police in North Carolina make -- operate

19   differently.

20   BY MR. ALLRED:

21   Q.   Okay. But did you equate the lack of the ticket to lack

22        of fault? Lack of a citation to a lack of fault?

23   A.   No.

24   Q.   Okay.

25   A.   I would say that is a standard part of the report, if I

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 43

1         Joe Smith type guy.

2    A.   Define perimeters. I'm not sure I know what you want.

3    Q.   What -- from how quick this person, this normal person

4         would recognize the danger, and how quickly they would

5         react to the danger.

6    A.   It depends a lot on the individual and their capabilities

7         and capacity.

8    Q.   (INDICATES AFFIRMATIVE.)

9    A.   To some degree, it's individualized.

10   Q.   Okay.

11   A.   The answer is that to my understanding -- my understanding

12        is that -- that recognition, that perception of a danger

13        usually takes on the order of several tenths of a second.

14        And that reaction time too, it may take as much as a

15        second or maybe more. Depending on the individual.

16   Q.   Okay. And from two tenths of a second to a second?

17   A.   That would be fair as a general range.

18   Q.   General -- general perimeter, I'm calling it. General

19        range, general perimeter.

20   A.   If you will -- I would -- I would state though, that's my

21        understanding. If I wanted to give you a definitive

22        opinion regarding that, I'd like the opportunity to go

23        back and look at the scientific literature.

24   Q.   That's fine.

25   A.   I did not --

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 42

1         noted on the report, it goes to the thinking of the

2         officers, but what they are actually thinking, I can't

3         tell.

4    Q.   The issue about the driver's perception and reaction time,

5         I want to ask you something about that. You said you're

6         not an accident investigator.

7    A.   Correct.

8    Q.   Have you done work in -- of course you do work on these

9         types of cases involving motor vehicle frequently. But

10        have you done some reading on unimpaired, lets call them,

11        drivers that are not drinking any alcohol and they are not

12        using any kind of marijuana or anything like that. Have

13        you done any work on how long it takes, or the issues

14        regarding recognition and reaction for, let's call them

15        unimpaired drivers?

16   A.   To some degree, yes.

17   Q.   All right. Tell me what you found in that regard.

18   A.   Well --

19   Q.   That's probably not a very good question, but just -- say

20        on a twelve o'clock noon on a sunny day in some emergency

21        event occurs, like a truck turning in front of somebody.

22        If you take an unimpaired driver, does that driver -- does

23        it take a while to recognize the danger and to react to

24        the -- what are the perimeters of recognition and reaction

25        in an -- for an unimpaired, just a normal driver, everyday

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 44

1    Q.   -- That's fine.

2    A.   I did review that specifically in preparation for this

3         deposition.

4    Q.   I understand. But my point is a broad version. It's very

5         simply that -- that "unimpaired drivers don't have

6         lighting fast reactions and recognition to events on the

7         roadway anyway". Do they?

8    A.   Of course not.

9    Q.   And I would think -- and I am a lay person -- but I would

10        think that's a useful concept in comparing their reaction

11        and recognition times to those of drivers who are presumed

12        or accused of being impaired. Would that -- would that --

13        would that be correct?

14   A.   I mean in order -- try your question again, please.

15   Q.   Yeah. I would think that it would be useful to look at

16        the unimpaired reaction recognition time as compared to

17        the "impaired" reaction recognition time.

18   A.   That is true.

19   Q.   Okay.

20   A.   And that is useful. And the studies that are generally

21        done with respect to drug related effects, these would be

22        studies particularly related to laboratory studies.

23   Q.   Okay.

24   A.   Either on where specific -- specific operative

25        capabilities are examined, or specific capabilities and

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 45

1    capacities are examined in a laboratory setting, so you're
2    measuring reaction time, your measuring tracking
3    capability.
4         Our -- of course -- both in the drugged and
5    non-drugged state, in order to determine statically
6    whether in fact there is a difference or not. So, when I
7    say the literature reflects a certain pro0perty of the
8    particular compound, it is, of course related as in
9    studies back to the non-drug state.
10   Q.   In the -- the -- the generality with regard to the use of
11        the drugs is that reaction and perception time is
12        generally longer.
13   A.   Increased, yes.
14   Q.   Okay. You've done a lot of research -- well, have you
15        done research with regard to marijuana?
16   A.   Yes.
17   Q.   Have you done any writing about it?
18   A.   Yes.
19   Q.   You've done a bunch of reading about it?
20   A.   Yes.
21   Q.   I think.
22   A.   Yes.
23   Q.   All right. Have you ever tried it to see how it affects
24        you?
25             MR. RICHMOND: Objection to form.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 47

1    national -- what's the name of that company?
2    A.   National --
3    Q.   -- National Medical Services?
4    A.   Yes.
5    Q.   Is that it?
6    A.   True.
7    Q.   NMS Labs?
8    A.   True.
9    Q.   And they did some testing on some blood fluid -- body
10        fluids that include blood of John Britt. Is that right?
11   A.   Blood and urine.
12   Q.   Okay. The blood sample that was tested, was that
13        post-mortem blood?
14   A.   True.
15   Q.   Were any test done on -- ante -- is that how you say it?
16        Ante mortem. Is that the correct term?
17   A.   It is.
18   Q.   Were their any testing done on ante-mortem blood of John
19        Britt?
20   A.   He was killed at the scene.
21   Q.   Okay.
22   A.   No.
23   Q.   Okay.
24   A.   I'm sorry.
25   Q.   Excuse me?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 46

1         THE WITNESS: I participated in clinical studies as
2    a graduate student.
3    BY MR. ALLRED:
4    Q.   Okay. And that was -- and I'm not saying that you did
5         anything illegal, but it's just -- that was some
6         supervised research issue. Is that right?
7    A.   True.
8    Q.   Have you ever done any testing -- have you tried it or
9         used it since you were a graduate student?
10   A.   No.
11   Q.   What you did your research as a graduate student, how --
12        did that have anything to do with like where you tried to
13        drive a simulator, or anything like that?
14   A.   No. That was so long ago that at that point we were still
15        trying to figure out the basic pharmacology.
16        (PAUSE.)
17   Q.   Do you do any testing now where you do research where
18        students or volunteers use marijuana and you study them to
19        see what their reaction or perception time is?
20   A.   No.
21   Q.   Do you participate in any such studies yourself, even if
22        you didn't -- even if you weren't in charge of it, but you
23        participate in it as a research?
24   A.   No.
25   Q.   For the purposes of your work, did you utilize the

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 48

1    A.   He was declared dead at the scene would be the proper
2         phrase. There was no ante mortem specimens collected, to
3         my knowledge.
4    Q.   Okay. So, all of the opinions and conclusions that you
5         have would be based on the NMS lab reports and results.
6         Is that right?
7    A.   (NO RESPONSE.)
8    Q.   I mean as far as the blood tests are concerned.
9    A.   My opinion is founded under data.
10   Q.   Well, let's talk about the blood. I just want to narrow
11        it to the blood.
12   A.   Okay.
13   Q.   All of -- any opinions that you have where you utilized
14        the blood. All of that blood from John Britt was tested
15        at NMS labs?
16   A.   True.
17   Q.   And all of that blood was postmortem blood?
18   A.   Yes.
19   Q.   Is that right?
20   A.   Yes.
21   Q.   And I believe the test showed no alcohol in John Britt at
22        all. Is that right?
23   A.   Not unless detected.
24   Q.   Okay. For purposes of your opinions and conclusions, did
25        you assume that the was not impaired at all from alcohol?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 49

1  A. I assumed that I had no information at all related to
2     alcohol related impairment.
3  Q. I think that would mean that you didn't feel alcohol
4     played a factor?
5  A. I had no information on it. None was detected and it
6     wasn't a consideration.
7  Q. Okay. All right, then. Okay. Take me through this and
8     you got on page two in your report, you say (READING.)
9     Postmortem blood and urine samples were obtained from Mr.
10    Britt at autopsy. Do you know how those samples were
11    extracted from Mr. Britt's body?
12       (PAUSE.)
13 A. It is not in my notes. Can I look at the autopsy report,
14    please? If you don't mind, I'd like to look at that.
15 Q. Did you say that you want to look at it?
16 A. I said if you don't mind, I'd like to look at the autopsy
17    report.
18 Q. Do you have it?
19 A. Well --
20 Q. Go ahead. Go ahead and look at anything you want to look
21    at.
22       (WITNESS PURSUES DOCUMENTS.)
23 A. I can answer your question in a general sense. I cannot
24    answer it in a specific sense because I was not present.
25 Q. Go ahead and tell me your answer, then tell me what you

Page 50

1     base it on.
2  A. Okay. The National Medical Services Laboratory Report
3     indicates the sample that was analyzed was femoral blood,
4     the specimen source. That would be blood from the femoral
5     artery, or femoral vein. The other specimen that was
6     analyzed was urine.
7        Both of those materials are generally obtained in an
8     autopsy setting using a syringe that would be inserted
9     into a vessel or cavity of the organ drawing a little
10    fluid, which then would be placed in a specimen vile and
11    labeled. That is the information that I have.
12 Q. Okay. But, like you said, you don't have any personal
13    knowledge, besides how it was done.
14 A. It wasn't there, sir.
15 Q. Okay. And then, as far as how the sample -- do you happen
16    to know were the autopsy was performed?
17 A. (NO RESPONSE.)
18 Q. Assuming it was performed in Montgomery, Alabama.
19 A. I --
20 Q. -- Do you know how it was handled from the point of
21    collection to how it go to National Medical Services?
22 A. My understanding is that they submitted it directly to
23    National Medical Services as a normal part of their
24    business.
25 Q. Do you have any personal knowledge of how it was handled?

Page 51

1  A. No.
2  Q. Okay. How is it that there is any particular or special
3     type container what these specimens should be put in when
4     they are collected?
5  A. (NO RESPONSE.)
6  Q. And is there any particular or special type handling that
7     they should be subjected to when their shipped?
8  A. Well, if I can narrow the focus of your question a little
9     bit, I think I can answer it. I assume we are talking
10    about marijuana related materials here, in particular --
11 Q. -- We're talking about --
12 A. -- Or forensic specimens in general?
13 Q. Let's talk about John Britt's blood sample that was sent
14    to NMS for purposed of doing the testing they did, NMS
15    did, and that you utilized in forming your opinions and
16    conclusions.
17 A. Okay. The report indicates that the container type was a
18    grey top tube. Gray top tube is usually contained sodium
19    oxalate, which is an anticoagulant as well as sodium
20    fluoride, which is a blood preservative, and antibacterial
21    compound. So that would be, that is an appropriate
22    container type for that particular specimen.
23 Q. Okay.
24 A. Those specimens should be submitted to the laboratory by
25    -- under the chain of custody control.

Page 52

1  Q. All right. Should they be refrigerated?
2  A. It would be helpful if they are, although one way that it
3     can be done is to be put them with cold packs, or freezer
4     packs in with the specimens and ship them over night.
5  Q. Do you know if that was done with John Britt's blood
6     specimen?
7  A. I have no information on that.
8  Q. One way or the other?
9  A. One way or the other.
10 Q. Okay. What kind of problems can it cause if the specimen
11    is not refrigerated?
12 A. I think that -- with respect to cannabinoids in
13    particular, the main thing you would be worried about
14    would be specimen and compound stability. Generally
15    cannabinoids and blood tend to be relatively stable. They
16    bind to lipoproteins in the blood and in doing so, they
17    tend to be stabilized.
18 Q. Can it affect the results of the test with regard to the
19    presence of -- and your saying cannabinoids?
20 A. Cannabinoids. Marijuana related materials.
21 Q. Can it affect the results of the test if it's not
22    refrigerated?
23 A. Potentially, it could. But I don't have the capability to
24    determine what that might would be. It may be very
25    limited.

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 53

1   Q.  Okay.
2   A.  In other words -- in other words, I'm not sure if you
3       would see a difference or not.
4   Q.  All right. So, going back to your report there, it says;
5       (READING.) The specimens were analyzed by NMS Labs, Willow
6       Grove, Pennsylvania, and there again, that's the four page
7       report that's Exhibit 2B that our refereeing to in the
8       letter?
9   A.  Well, the lab report is in 2B. That's correct.
10  Q.  What -- I mean that's the one your referring to in your
11      opinion letter that's marked Exhibit 2A, and that's the
12      one that's dated May 7th. Right?
13  A.  True.
14  Q.  Says (READING.) As a screening test of his blood for
15      cannabinoids was positive at a reporting limit of 10 -- is
16      that nanograms per milliliter?
17  A.  Yes.
18  Q.  All right. Then you go through and talk about a, what you
19      call, quantitative confirmatory in blood tests are done
20      and you mention a lot of terms in there. Tell me, for
21      purposes of our discussion, what is the psychoactive
22      component in cannabinoids? Is that THC?
23  A.  It is.
24  Q.  Okay. How -- that's this right here?
25  A.  Yes. It is.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 55

1   A.  Okay. Let's call them left, right, central. Just to make
2       it easy.
3   Q.  All right.
4   A.  Obviously, this diagram proceeds left to right. In the
5       far left hand column, you have precursor materials found
6       in marijuana, and their name is given, significance is
7       given for each of these. Where they are found is given,
8       their psychoactive capabilities is indicated on the report
9       for each of these three columns.
10      The column in the left hand side are THC-Acids, A and
11      B, which are found in the plant material. These are THC
12      Precursors. When these materials are heated or are on long
13      term storage, or are on pyrolysis; burning or smoking, et
14      centera, these Acids A and B are de-carboxilated.
15      They lose the COOH group right there, next to the
16      stars to form THC. This is a quantitative process that
17      concerns -- it proceeds fastly, easily at relatively low
18      temperatures.
19      The primary psychoactive principle in marijuana
20      which is called THC. Now, there are a large number of
21      other materials that have some psychoactive capabilities
22      in marijuana. However, either the psycho activity
23      relative to that of THC is greatly reduced, or they're
24      present in such a minor quantities that most scientists
25      regard THC itself as being the only active principle in

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 54

1   Q.  Okay. Lets mark this -- what's our next number? Four?
2       (THEREUPON, EXHIBIT NO. 4 WAS MARKED FOR
3       IDENTIFICATION.)
4   A.  Yes.
5   Q.  Now, you've handed me a diagram, because I suspect you've
6       had this come up before in a deposition or at a trial. Is
7       that right?
8   A.  Yes.
9   Q.  What are the psychoactive ingredients?
10  A.  I don't think that this was originally deposition or trial
11      related.
12  Q.  Okay.
13  A.  I think this was a diagram I prepared for presentation
14      many, many, many, many, many years ago.
15  Q.  All right. Let me ask you about Exhibit 4. And tell me,
16      first of all, what -- what are the psychoactive substances
17      that you've got listed there?
18  A.  Well --
19  Q.  -- Maybe it would be better if I ask you this way -- and I
20      am trying to get to that question there, but, explain to
21      me what that Exhibit 4 is.
22  A.  Sure. Thank you.
23  Q.  You're welcome.
24  A.  We have three columns on this page.
25  Q.  Okay.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 56

1       marijuana. So, for all intents and purposes, that is
2       true.
3   Q.  Okay.
4   A.  There are other little little bits in there that has some
5       capabilities, but this is the guy that's present,
6       overwhelmingly in the greatest concentration, and has the
7       greatest capability. That is correct.
8   Q.  THC?
9   A.  THC.
10  Q.  Okay.
11  A.  Correct.
12  Q.  All right.
13  A.  That would be the central column. THC is active material
14      formed on stored, headed or aged cannabis. Cannabis is
15      the genis, cannabis is the setiva genis in marijuana. And
16      it is the psychoactive principle.
17      The right hand column describes what we call
18      Carboxylic Acid, which has a much more complicated name,
19      which I wont bother to get into right now, but it is
20      actually a secondary or tertiary -- primary, secondary,
21      tertiary metabolite of THC. It is THC breakdown product.
22      It is formed naturally in the body.
23      Primarily, it is formed in the liver, although there
24      are a number of other organs that can produce this
25      material in very small amounts. It is found in blood,

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607   (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

1    it's found in urine, it's found in those tissues after
2    marijuana or cannabis exposure that is after exposure to
3    THC. It is -- it has been determined by direct
4    administration to humans to be a non-psychoactive
5    material.
6  Q.  Okay.
7  A.  -- in psychoactive properties.
8  Q.  Sure.
9  A.  One other thing I wanted to point out here is that --
10 Q.  -- Go ahead.
11 A.  Is the difference in THC and this THC Carboxylic Acid
12   relates to the modification of this CH-3 group. At this
13   position, this eleven position, from a methyl group to a
14   COOH, carbon - oxygen - oxygen - hydrogen --
15 Q.  -- When you say --
16 A.  -- At that point --
17 Q.  -- In reference, and when you look at some of, if your
18   reading on marijuana, and you see THC, and it may be COOH.
19   Is that really the THC Carboxy?
20 A.  It is.
21 Q.  It is that?
22 A.  It is.
23 Q.  Is that a convenient term to refer to the metabolite of
24   THC? Just call it THC Carboxy?
25 A.  Or THC Acid, if you will.

1  A.  Sure. My opinion was that he was impaired by, and under
2    the influence of the effects of marijuana about the time
3    of the crash.
4  Q.  I missed a couple of words there. He was impaired and
5    what?
6  A.  Under the influence.
7  Q.  Okay.
8  A.  Of the effects of marijuana.
9  Q.  Okay.
10 A.  At and about the time of the crash.
11 Q.  Okay.
12 A.  The thinking is as follows.
13 Q.  Okay. (PAUSE.) Go ahead.
14 A.  It's a -- I am. I am just trying to frame --
15 Q.  -- Oh, I'm sorry. I thought you were waiting on me --
16 A.  Nope.
17 Q.  -- To write --
18 A.  -- I am just --
19 Q.  -- I will stop.
20 A.  Nope.
21 Q.  I will stop writing and listen.
22 A.  I just try to think about what I am going to say before I
23   say it.
24 Q.  Okay.
25 A.  It's evident from the information that he survived for

1  Q.  THC Acid.
2  A.  Sure.
3  Q.  Okay.
4  A.  It's a short hand.
5  Q.  But THC Acid is not psychoactive and would not impair a
6    driver?
7  A.  If it is given by itself --
8  Q.  -- by itself --
9  A.  -- it is not psychoactive.
10 Q.  Right.
11 A.  Okay.
12 Q.  And if it's given by itself, it would not impair a driver.
13
14 A.  That's correct.
15 Q.  Okay. It does not -- it does -- it has no psychoactive
16   capability itself.
17 A.  Okay.
18 Q.  Now, take me on through here and tell me what your opinion
19   is. Do you have an opinion as to whether or not you think
20   John Britt was impaired at the time this wreck happened?
21 A.  I do.
22 Q.  And if so, what is that opinion?
23 A.  My opinion is that he was.
24 Q.  And explain to me what you -- how you came to that
25   opinion.

1    only a relatively short time after the crash occurred.
2    Certainly he did not survive for a long term -- a long
3    time.
4      That would, of course be based on the severity of
5    the injuries that he received. And also, it indicates
6    that he was declared dead at the scene. When the heart
7    stopped pumping blood, and blood stops perfusing through
8    the organs in the body, specifically the liver, the
9    metabolism stops. So, the breakdown of the THC into its
10   metabolite stops as well.
11     Therefore, the distribution of the material and
12   sample should be consistent with what was present in his
13   blood at and about the time that he died, which is of
14   course very close in time to the time the accident
15   occurred.
16     The conclusion would be that the concentration of
17   those materials should be reflective of what was
18   circulating in his body on and about the time that the
19   crash occurred and the time of death.
20     The second, primary factor would be based on the
21   analysis of the materials found in his blood and the
22   results were. He has present in his blood a very
23   significant, quite high concentration of THC, the major
24   psychoactive principle in marijuana, as well as its
25   metabolite.

## Dr. Andrew Mason 10/26/2007

### Page 61

1    There is something unique about this in particular
2  in that it is extremely rare to find the distribution of
3  materials in his blood in samples submitted for Forensic
4  Toxicology investigation purposes. What's unique about it
5  is that in this case, the THC concentration, the active
6  principle, was greater than the concentration found for
7  the metabolite.
8    We know from many, many, many different studies
9  where metabolite in parent concentrations measured in
10 blood that this occurs first only very early after the
11 administration of marijuana. And it also occurs after and
12 about the time of peak effects.
13   The other thing would be, of course, the
14 mathematical analysis of those concentrations. Those
15 outlined in Dr. Huestis' papers.
16 Q.  Who is that now?
17 A.  Marilyn Huestis.
18 Q.  Okay.
19 A.  H-u-e-s-t-i-s.
20 Q.  All right.
21 A.  Those references are cited in my report.
22 Q.  Okay.
23 A.  Who developed and published several different papers on
24 pharmacology of marijuana and mathematical models for the
25 prediction of the time since the last use of those

## Dr. Andrew Mason 10/26/2007

### Page 63

1
2    Those papers, again, are cited in my report. I have
3  not been able to find a single report in the scientific
4  literature that challenges these papers or their
5  conclusions in a significant way. And I have looked.
6  Q.  When you say that you relied on some models, and that's
7  over on page three I see you talk about some models, is
8  that the Dr. Huestis models?
9  A.  Yes.
10 Q.  And are those -- you say you cited in your report, I see
11 one is a Footnote to cannabis effects -- which one of
12 these references, because she apparently -- apparently she
13 is a well known researcher and authority on this field.
14 You've cited her on one, two, three, four, five times.
15 A.  Correct.
16 Q.  Which one of those reference, scientific references,
17 contains the models that you used in formulating your
18 opinions and conclusions?
19 A.  Six, seven, eight --
20 Q.  -- Okay. --
21 A.  -- And nine.
22 Q.  Okay. Four of the articles?
23 A.  True.
24 Q.  All right. It is the time for ingestion of marijuana, is
25 that a significance in a forensic application because

## Dr. Andrew Mason 10/26/2007

### Page 62

1  materials.
2  Q.  Okay.
3  A.  Now, I can tell by looking at those concentrations and by
4  looking -- by my knowledge of the pharmacology of these
5  materials, and literally reading papers related to the
6  concentration distributions that occur in blood and plasma
7  for years and years and years and years and years that
8  this was very early on in the pharmacology profile after
9  exposure.
10   She actually took a large number of different
11 studies and analyzed them and developed the models that
12 can be used to predict to 95% probability what the range
13 is. Range of times are after the last exposure based on,
14 again, analysis of these studies.
15   She published them using a wide number of different
16 studies that looked at marijuana that is THCTC metabolite
17 concentrations and compared her models back to those
18 studies for validation. T
19   They later extended those and tested those models
20 against lower concentrations of THC and THC Carbolic Acid
21 to -- tested them against other studies published in the
22 scientific literature using a wide variety of different
23 analytical techniques, compared them also to
24 concentrations found in blood after individual has not
25 only smoked marijuana, but consume it orally, et certera.

## Dr. Andrew Mason 10/26/2007

### Page 64

1  there would be an interest in knowing whether the person
2  was "impaired" at the time of an event?
3  A.  That's one reason. Yes.
4  Q.  Okay. And so, would it be true that Ms. Huestis -- is she
5  a -- well, doctor Huestis, she's a PhD?
6  A.  Correct.
7  Q.  Do you know her?
8  A.  Yes.
9  Q.  Have you ever corroborated with her about research?
10 A.  Informally.
11 Q.  Okay.
12 A.  Not formally.
13 Q.  Has she ever been a student of yours, or you of hers?
14 A.  I would consider it remarkable if I were student of hers,
15 or she was a student of mine. No. In neither case.
16 However, I have known her for many years and talked with
17 her about marijuana related issues on a number of
18 different occasions. She is a professional colleague.
19 Q.  Okay. Is she a recognized authority in the field of
20 Forensic Toxicology about marijuana issues?
21 A.  Particularly, yes.
22 Q.  And in particular in this test about how to figure out if
23 somebody -- when you try to go back from the point of the
24 event and go back to -- I mean to the point of the test
25 being taken, the test being taken, and try to go back to

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 65

1    the event and see if there was impairment from marijuana.
2    Is she a recognized authority in that area?
3    A.  She is the one who primarily developed the models.
4    Q.  All right.
5    A.  The answer is yes.
6    Q.  Is she -- well, let me ask you this; if she developed the
7        models, then is she, as far as you know, the most
8        recognized authority in the whole country on this issue?
9    A.  Well --
10   Q.  -- Do you know of anybody that's more of an authority than
11       her?
12   A.  That's a little difficult to say.  There are a number of
13       people who are extremely knowledgeable in this area.  She
14       is one of them.  I really can't characterize whether one
15       person is maybe more of an authority --
16   Q.  If you put -- if you put -- that's a fair answer.  If you
17       had several people then -- I assume these are colleagues
18       of yours, because you -- you've done this work in this
19       area for a number of years, is that right?
20   A.  True.
21   Q.  There would be several people who are authorities, and she
22       would be in the group in the top tier.
23   A.  She
24   Q.  Would that be a fair statement?
25   A.  No question, she is one of the best and one of the most

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 66

1    knowledgeable.
2    Q.  Okay.
3    A.  Absolutely true.
4    Q.  All right.
5    A.  Yes.
6    Q.  The --
7        MR. RICHMOND:  Can we take a quick break?
8        MR. ALLRED:  Sure.
9        MR. RICHMOND:  We've been going a little bit longer
10       than an hour, so --
11       MR. ALLRED:  Sure.
12       (OFF THE RECORD 10:37 A.M.)
13       (ON THE RECORD 10:42 A.M.)
14   BY MR. ALLRED:
15   Q.  Let me ask you Doctor Mason, do you agree that although
16       the use of ethanol, marijuana and other drugs may be
17       detrimental to driving safety, this has been established
18       by direct epidemiological evidence only for ethanol.  Do
19       you agree with that statement?
20   A.  Yes and no.  Conclusively yes.  Particularly for marijuana
21       there is large amount of evidence out there that may point
22       in that direction.  For instance, marijuana is probably
23       the most commonly encountered substance in drugs and
24.      driving studies other than alcohol.
25       That is of a forensic concern but you have to also

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 67

1    understand that statement is given in the context that
2    epidemiologic studies related to drug abuse and driving
3    are very difficult to perform, because it's very difficult
4    to establish information from an appropriate control
5    population.
6        Obviously, there are certain civil rights types and
7    legal rights types of concerns in gathering that kind of
8    drug exposure information from a proper control.  That's
9    the reason why primarily that these kinds of or that kind
10   of information epidemiologic studies in particular.
11       Epidemiologic information related to drug abuse and
12   drivers is difficult to establish.  That is in contrast,
13   of course, too many other kinds of investigations related
14   to drugs and driving.
15       Particularly those kinds of studies that are
16   performed in the laboratory that look at either global or
17   discreet capabilities or capacities related to the drug
18   and non drug state which can be compared or actual driving
19   related experiences which can be examined as well.
20   Q.  Do you know a person named A.J. McBay?
21   A.  I worked for Dr. McBay for many years.
22   Q.  Okay.
23   A.  He was my mentor.
24   Q.  Did you write an article that appeared in the Journal of
25       Forensic Science in October of 1984?  That -- that's the

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 68

1    first sentence in that article?
2    A.  Would you like to read it to me?
3    Q.  I just did.  (READING.)  Although the use of ethanol,
4        marijuana and other drugs may be detrimental to driving
5        safety, this has been established by direct
6        epidemiological evidence only for ethanol.
7    A.  Great quote.  And I would say certainly that is
8        appropriate for language for 1984.
9    Q.  All right.  And the name of that article is Ethanol,
10       Marijuana and Other Drug Use in 600 Drivers Killed in
11       Single Vehicle Crashes in North Carolina 1978 to 1981.
12       You and Dr. McBay wrote that article.  Is that right?
13   A.  I wrote it primarily.
14   Q.  Okay.  When you do these tests, make these formulated
15       opinions -- going back from an event, I mean the time that
16       the blood is taken from the person's body, and trying to
17       go back to the event and determine whether or not there
18       was impairment.  Is one of the dangers of doing that is
19       that if you underestimate the time it increases the
20       potential for falsely accusing an individual of being
21       impaired at the time of the accident?  Is that one of the
22       dangers?
23   A.  It can be.
24   Q.  Okay.  Dr. Huestis' report -- isn't that Footnote number 6
25       in your reference?  Is that the one that's got about the

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 69

1   studies in it?
2   A.   One of them, yes.
3   Q.   All right.  And when you do those studies based on
4        postmortem blood, try to use those models based on
5        postmortem blood as opposed to ante mortem blood, does
6        that make any difference?
7   A.   It does.
8   Q.   All right.  And in one of Doctor Huestis' articles —
9   A.   — May I revise that?
10  Q.   Yeah.  Go ahead.  It does.  Go ahead.
11  A.   I revised to say it can.
12  Q.   It can?
13  A.   It can.
14  Q.   Alright and in one of Doctor Huestis' articles she refers
15       to a test.  Oh, I'm sorry to another article by Doctor
16       Christian G-I-R-O-U-D.  How do you pronounce that?
17       Christian Giroud?
18  A.   Maybe.  I don't have it in front of me so I can't tell
19       you.
20  Q.   Have you ever heard of that fellow's name?
21  A.   I have.
22  Q.   Okay.  Isn't it true that you're not supposed to use the
23       models that you used if you just got postmortem blood?
24  A.   I would disagree.
25  Q.   Sir?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 70

1   A.   I would disagree.
2   Q.   Why do you disagree?
3   A.   Because the answer is that it is certainly true that there
4        may be some concerns with respect to postmortem blood but,
5        I'm not sure of a definitive body of work that says that
6        those concerns are validated.
7   Q.   Well, look at this article here we'll mark this as Exhibit
8        5.  And this is Giroud — I hope for one of a better
9        pronunciation of the man's name that's how I'll do it.
10       And down at the bottom in there what does that last
11       sentence say in the bottom?
12       (THEREUPON, EXHIBIT NO. 5 WAS MARKED FOR
13       IDENTIFICATION.)
14  A.   The abstract?
15  Q.   The abstract, right.
16  A.   Would you like me to read it?
17  Q.   Sure.
18  A.   I would say, oh, I'm sorry.  Just the last sentence?
19  Q.   Yes sir.
20  A.   (READING.) In the case of blood samples taken after death
21       the use of these models to assess the time of cannabis use
22       is not recommended.
23  Q.   All right.  I would take it then you disagree with that?
24  A.   Yes.  I want a little more time to study this particular
25       paper and —

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 71

1   Q.   — Well, let me ask you this.  Where I got that thing from
2        —
3   A.   Excuse me can I finish my answer, please?
4   Q.   Yeah.  Go ahead.  Finish.
5   A.   I'd like a little more time to look at this before I give
6        you a definitive opinion on that.
7   Q.   All right.  Because these articles that you cited here, if
8        you pull them up, in one of them here is number 8, Dr.
9        Huestis' article with Barnes and Smith; Estimating the
10       Time of Last Cannabis Use, and she's got some more big
11       words in there from TH plasma THC and THCCOOH.  That's
12       the THC Carboxy Acid, which is the non- psychoactive part.
13       Is that right?
14  A.   Correct.
15  Q.   Okay.
16  A.   My understanding.
17  Q.   And then see, she cites in there, I mean that's the
18       article you said you relied on.  And then she cites the
19       Giroud article as number 21 in there.  In the last
20       sentence of her articles it has this sentence; and she's
21       talking about the use of postmortem blood.  And she talks
22       about citing this very ability.
23  A.   (INDICATES AFFIRMATIVE.)
24  Q.   The authors, that means Doctor Huestis' and her
25       contemporaries, did not advocate using the models with

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 72

1        postmortem blood concentrations.  This is an article you
2        cited to us as authoritative to saying that you should use
3        the postmortem blood samples.
4   A.   Well, what I can tell you is; I went ahead and completed
5        the calculations.  I believe those calculations to be
6        generally reflective and appropriate for predicting a time
7        after death.
8        Certainly, there could be some variance but what I
9        will also say is this.  You could take those calculations
10       out of my report and I'd have the same opinion based on
11       the fact that the THC concentration is higher than the THC
12       Carboxylic Acid concentrations and based on my knowledge
13       and experience in Forensic Toxicology, based on literally
14       20 plus years of review of papers related to pharmacology
15       of marijuana.  My understanding the effects that are
16       produced and the times over which those effects are
17       produced.
18       I think the numbers that are in the report and the
19       numbers that are produced via the calculations are
20       reflective.  Generally, of a broad range of times over
21       which the exposure may have occurred.
22       They certainly show, or corroborate my assertion
23       that the exposure was relatively recent prior to the time
24       of death.  But the analytical results themselves alone
25       reflect that as well without use of the models at all.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 73

1  Q.  So, really it would be inappropriate to use these Dr.
2      Huestis models?
3  A.  No.  I think -- I think using them is appropriate.  I
4      think relying on them as a sole source of information
5      might not be the best practice, but I don't think we are
6      doing that here.  I think we are looking at everything
7      related to the case and as I said, obviously that the
8      distribution of materials alone, the analytical results
9      clearly reflect in my opinion approximate exposure to the
10     drug.
11 Q.  Okay --
12 A.  -- And an exposure consistent with near the time of peak
13     effects.
14 Q.  Okay.  Let's talk about the models and Dr. Huestis
15     articles.  You would agree that you're using this article
16     on Footnote 9.  That article in Footnote 9 does not
17     support your using the test on John Britt's blood which
18     was postmortem blood.  That article does not support that.
19
20 A.  I don't know exactly what you are referring to.  Can you
21     give me more information, please?
22 Q.  All right.  See this right here where she says; (READING.)
23     The authors do not advocate using the models with
24     postmortem blood concentrations.
25 A.  That's what that says.  They don't advocate it but they

REPORTED BY:  Amy Chawne Holsclaw
High Country Court Reporting, 565 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 74

1      don't say that you shouldn't either.
2  Q.  All right.  Well, when you say you go these three authors
3      and you told me a awhile ago Dr. Huestis is one of the
4      best in the country.  She wouldn't corroborate with any
5      light weights would she?  I mean these other people are
6      recognized folks too.  Aren't they?
7  A.  Who are you talking about sir?
8  Q.  Well, there's Doctor -- that fellow there -- I can't
9      pronounce his name.
10 A.  Dr. ElSohly.
11 Q.  You're familiar with him?
12 A.  Yes.  I'm familiar with him.
13 Q.  And Doctor Nebro.  Are you familiar with him?
14 A.  No.  I'm not.
15 Q.  And she's got some others there.  What about these other
16     gentlemen or ladies?  I think they are all gentlemen.
17 A.  Don't know.
18 Q.  Don't know?  Okay.  Well she's got 1, 2, 3, 4, 5, 6.  So,
19     there are 5 people with Dr. Huestis and she's saying the
20     authors did not advocate -- that means they don't
21     recommend, doesn't it?  Using the models with post mortem
22     blood concentration --
23     MR. RICHMOND:  -- Objection to form.
24     MR. ALLRED:  -- Isn't that what that means to you?
25     THE WITNESS:  I would ask them what that means.

REPORTED BY:  Amy Chawne Holsclaw
High Country Court Reporting, 565 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 75

1
2  BY MR. ALLRED:
3  Q.  Well, this is your article.  You said you relied on this
4      --
5  A.  Sir.
6  Q.  -- And you cited it to us, and you called it a scientific
7      reference.
8  A.  It is a scientific reference.
9  Q.  But it's not a scientific reference to support your use of
10     these models in postmortem blood, is it?
11 A.  Again, I think that it's illustrative and demonstrates, or
12     corroborates a recent exposure, but it's not it does not
13     stand in and of itself.
14 Q.  Okay.  So, it does not support this one article here,
15     Footnote 9, this article here, does not support use of
16     those models, does it?
17 A.  I'm going to say that they expressed an opinion there,
18     which they have every right to express.  I'm going to say
19     that I believe that this study and other information has
20     broader applicability's --
21 Q.  Let's just talk about the article.
22 A.  Sure.  It says what it says.  I agree.
23 Q.  And you said that this is authority to use those models.
24     Dr. Huestis' models.
25 A.  Yes.  It is one source of information.  That's right.

REPORTED BY:  Amy Chawne Holsclaw
High Country Court Reporting, 565 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.     2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 76

1  Q.  That's right.  But Dr. Huestis and 5 of her contemporaries
2      who wrote the article say they don't recommend doing that.
3
4  A.  That's what that says.
5  Q.  All right.  But you cited it to us as a scientific
6      reference for you doing what you did.
7  A.  I did.
8  Q.  Do you want to take that out of your scientific references
9      or do you want to leave it in there?
10 A.  I'm going to leave it in there for the time being.  I'm
11     going to go back and think about it again.
12 Q.  All right.
13 A.  I'm not going to tell you I'd do anything right at the
14     moment.
15 Q.  Well -- and you see not only do those people say don't
16     use those models on postmortem blood concentrations, but
17     they cite references and down on that one there is this
18     fellow, Giroud.  What did we do with his article?  And
19     he's saying down there that; (READING.)  In the case of
20     blood samples taken after death the use of these models,
21     he's talking about Dr. Huestis' models, to assess the
22     time of cannabis use is not recommended.  He doesn't
23     recommend it either, does he?
24 A.  I would agree with that.
25 Q.  Okay.

REPORTED BY:  Amy Chawne Holsclaw
High Country Court Reporting, 565 D West King Street, Boone, NC 28607     (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 77

1   A.   That's what he says. And I would say again that you could
2        take that model completely out of my report whatsoever and
3        I'd still have the same --
4   Q.   Let's just talk about the models. I'm going to give you
5        for purposes of this deposition that you're still going to
6        have an opinion. And you're entitled to your opinion.
7        I'm just asking you about the models.
8   A.   Understandable.
9   Q.   Now show me, or tell me where there is a scientific
10       reference or paper that supports the use of the Huestis
11       models with postmortem blood.
12  A.   I don't have it right at the moment. I will provide it to
13       you if I can find it.
14  Q.   All right. Would you agree with me, that for purposes of
15       your report, which is exhibit what is included in 2-A --
16       the May 7, of '07 report -- and these 10 references here
17       that you cited in the May 7, of '07 report, none of those
18       references serve as scientific authority to utilize the
19       Huestis models if you're dealing with postmortem blood.
20  A.   I wouldn't say that.
21  Q.   All right.
22  A.   What I would say would be; I'd be happy to go back and
23       look at those articles again and provide you with
24       information related to that.
25  Q.   But I thought --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 O West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 78

1   A.   I can not give you --
2   Q.   Yeah.
3   A.   -- I can not or will not answer that question directly at
4        this time without going back and having a chance to review
5        those articles again.
6   Q.   Well, I thought that when you got this matter in that you
7        approached it as a scientist.
8   A.   You're asking me -- you're asking me a question.
9   Q.   Yeah.
10  A.   You're asking me to reconsider my opinions and the answer
11       is; I'm certainly happy to reconsider them but I won't do
12       it on the spot right here.
13  Q.   I'm not -- No. I'm not necessarily asking you to
14       reconsider you're opinions. I'm just asking you to back
15       up what you say and right here in this deposition you
16       can't do it. Can you?
17       MR. RICHMOND: Object to form.
18       MR. ALLRED: Can you?
19       THE WITNESS: You've asked me a question that I
20       would like the answer to formulate an answer before I
21       give it to you without giving you a snap answer.
22  BY MR. ALLRED:
23  Q.   Alright well did you give a snap opinion when you wrote
24       the May 7, of '07 letter?
25  A.   No, sir. I don't believe so.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 O West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 79

1   Q.   But you cite these articles in here and what you
2        anticipate and expected people to do that are reading
3        this, is to say well he's backed up what he's saying with
4        scientific references and these articles back up his
5        opinions. Is that right?
6   A.   Please, repeat your question.
7   Q.   Yeah. When you wrote the May 7th of '07 letter and you put
8        these scientific references in there.
9   A.   Correct.
10  Q.   What you expected people to do reading that opinion
11       letter, and see that it is backed up by scientific
12       references, you expected them to conclude that what he's
13       given these opinions and he's based it on these scientific
14       references -- these papers here. And those papers back up
15       what he's done. Right?
16  A.   True.
17  Q.   Okay. Now you're welcome to do whatever research you want
18       to do later, but I just want to make sure it's clear in
19       this deposition -- you can't point to any of these
20       articles that support using the Huestis models and if
21       you're dealing with postmortem blood.
22  A.   My answer is that -- that my understanding is, or my
23       remembrance is that the second article there by Huestis
24       has information in it related to there -- I believe that
25       she discusses that phenomenon.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 O West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 80

1   Q.   Okay. Can you tell me, just sitting in the deposition,
2        can you tell me?
3   A.   Tell you what sir?
4   Q.   That this Footnote Number 2 Article supports what you're
5        trying to do.
6   A.   No. I can't because I remember it discusses it and I
7        remember reading it, but again, before I gave you an
8        opinion, I'd like a chance to go look at it.
9   Q.   All right. Well since you mentioned the Footnote Number 2
10       Article, Dr. Huestis article, in there it says; (READING).
11       Epidemiological studies reveal that cannabis is the most
12       common illicit drug worldwide in impaired drivers and in
13       motor vehicle injuries and fatalities. Driving simulator
14       studies also indicate performance impairment following
15       cannabis use, however, the results of opened and closed
16       road driving studies and culpability studies do not
17       consistently document increased driving risk. Do you
18       agree with that statement?
19  A.   I do.
20  Q.   Does frequent or infrequent marijuana use -- does that
21       have anything to do with THC or THC Carboxy Acid levels?
22  A.   It does.
23  Q.   And how does it affect it?
24  A.   Levels are probably affected by prior use and prior use
25       history.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 O West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 81

1 Q. Okay. Is it true that THC can be detectable for up to six
2     days after smoking cannabis in frequent users, and less
3     than a day for infrequent users? Do you agree with that
4     statement?
5 A. That is information from one particular study. The answer
6     is yes.
7 Q. This is a study you cited in your report and that you say
8     that you relied on.
9 A. Yes. But you have to understand that there are many, many
10     studies that looked at that particular question. I agree
11     with it. That's what those authors found in that study
12 Q. Okay. When you have -- Do you agree that when you're
13     trying to determine -- you're trying to interpret the
14     significance of cannaboid concentrations in blood
15     specimens from individuals involved in accidences that
16     relevant facts would include the amount of drug use, the
17     route of administration, and the history of use. Would --
18     Would those be relevant facts?
19 A. Yes.
20 Q. Do you agree that a practical, presumptive concentration
21     of blood THC can not be related to a measurable level of
22     impairment such as the situation with blood ethanol
23     concentrations. Do you agree with that statement?
24 A. I do.
25 Q. All right. Do you agree that due to the chemical I can't

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 82

1     pronounce this word -- pharmacokinetic -- how do you
2     pronounce it?
3 A. Pharmacokinetic.
4 Q. Pharmacokinetic differences between cannabis and ethanol,
5     we can not use ethanol as a model for relating drug
6     concentrations to effects?
7 A. Absolutely true.
8 Q. Okay. In this article here, which is referred to under
9     Footnote 2 I think, I think it said --yeah, that's Huestis
10     article. She mentions in here that it says (READING.)
11     Huestis et al, developed 2 mathematical models for the
12     prediction of time of cannabis use from the analysis of a
13     single plasma specimen for cannaboids. That's the
14     mathematical models you used and that we've been talking
15     about. Is that right?
16 A. Correct.
17 Q. Okay. Is there a difference in the postmortem blood
18     sample that was taken of John Britt's blood and they are
19     talking about a single plasma specimen here. Is that the
20     same thing or is there a difference?
21 A. There is a difference.
22 Q. What is the difference?
23 A. Hematocrit.
24 Q. And how does that affect the reliability of the results
25     test with regards to THC or the metabolites?

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 83

1 A. The big issue is; what's the relationship between
2     concentrations in plasma and concentrations in whole
3     blood.
4 Q. Okay. And is that is one of them just as reliable as the
5     other? I mean, the test as to one of them just as
6     reliable as to the other?
7 A. Yes. The analysis of blood is every bit as reliable as
8     the analysis of serum or plasma.
9 Q. Would you have -- do you do tests differently if you're
10     talking about serum versus plasma?
11 A. No.
12 Q. What -- How did you get the serum do you spin the sample
13     down?
14 A. From whole blood, the answer is yes. Generally by
15     centrifugation.
16 Q. You mentioned in your report here about something to do
17     with 95 percent confidence, on page 3 of 9 of your report.
18 A. Yes.
19 Q. Since Dr. Huestis and colleagues don't recommend use of
20     that -- those models with postmortem blood, wouldn't it be
21     improper to say that you have a 95 percent confidence
22     level that your use of the models is correct with regards
23     to John Britt?
24 A. That's not what I said.
25 Q. So, your opinions are not within a 95 percent degree of

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 84

1     confidence anyway? Is that right? You're just saying
2     that the models are within 95 percent confidence.
3 A. The models were designed to construct a 95 percent
4     confidence level.
5 Q. Do you have an opinion as to what degree of confidence
6     your opinions are, as correct versus incorrect?
7 A. I have complete confidence in my opinion that it's correct
8     based on the pharmacology, the metabolite distributions,
9     in my knowledge and experience, in training, and in
10     Forensic Toxicology.
11 Q. Can you put a percentage level on it?
12 A. Not without reflection.
13 Q. Okay. Can you reflect on it the deposition and tell me?
14 A. I don't have an opinion on it at this time. I'm confident
15     in my opinion. I don't know if I can give you a
16     mathematical number.
17 Q. But where -- for purposes for later discussions, we need
18     to discount and disregard this 95 percent confidence
19     number. Would that be correct?
20 A. No. I think that 95 percent confidence, again, that's the
21     confidence that was designed in the model. That's the--
22     the -- the window that's utilized in her -- in her
23     prediction intervals.
24 Q. Let me ask you, Dr. Huestis' article, she also says;
25     (READING.) It would be helpful if driver's drug

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 85

1    concentration in blood were directly related to a specific
2    degree of driving impairment. And that -- that is really
3    what were looking for. That's in the quote, and then I
4    will ask you this; that is really what we are looking for
5    in this case with regard to John Britt. That's what
6    you're attempting to do. Is that correct? Related the --
7    the level of drugs to any impairment, if any. Is that
8    right?
9  A.  Correct.
10 Q.  And she says; (READING.) However, the relationship between
11   drug concentrations and physiological behavioral
12   impairment is complex. Do you agree with that?
13 A.  True.
14 Q.  What about with the exception to ethanol. Few
15   experimental data are available correlating drug
16   concentrations in blood to driving impairment. Do you
17   agree with that statement?
18 A.  I do.
19 Q.  And then she says; (READING.) Interpretation of contribute
20   -- contribution of drug use to accident causation in
21   termination of the relative and importance of drugs
22   quantitative and concentration in plasma or whole blood is
23   complicated by multitude of factors including, and she
24   list, drug interactions, drug tolerance, driving
25   experience, road and weather conditions, and the age and

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 86

1    health of the driver. Do you agree with that statement?
2  A.  I do.
3  Q.  What do you know with regard to John Britt. Were there
4    any other drugs in his body that had any affect on the
5    accident, in your opinion?
6  A.  No.
7  Q.  What about drug tolerance? Do you have any information
8    with regard to John Britt's drug tolerance?
9  A.  No.
10 Q.  Would, in your opinion, if he was a frequent user, would
11   that make him able to tolerate the effects of THC better?
12 A.  No. It wouldn't.
13 Q.  Okay.
14 A.  In other words, would it make a functional difference if
15   -- with respect to his impairment? The answer is no.
16 Q.  What about Dr. Huestis statement? What is she talking
17   about when she says drug tolerance? She says that --
18   that's an important factor.
19 A.  Sure.
20 Q.  What does that mean?
21 A.  Well -- well, there are various different kinds of
22   tolerance, and she could be relating to a number of
23   different things there. There is pharmacokinetic, or
24   pharmacological tolerance, where the body adapts to the
25   way that it handles the drug.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 87

1    Or another kind is behavioral tolerance, where
2    people develop certain kinds of compensatory mechanisms.
3  Q.  So, she's talking about under roman numeral nine, it says
4    impairment.
5  A.  Sure.
6    So, relate -- I mean, this is your article. You said you
7    read it, used for your opinions. What is she talking
8    about there with regard to drug tolerance, and --
9  A.  Well, I am trying to explain to you that -- that -- that
10   tolerance -- here are many different kinds of tolerance,
11   and all of them may effect impairment to some degree or
12   another.
13 Q.  Okay. Anything else on that issue?
14 A.  No.
15 Q.  What about driving experience? Do you have any
16   information on John Britt's driving experience?
17 A.  No. My understanding is that he was a middle aged man, I
18   think 44 years old. And therefore, I expect him to be
19   reasonably -- reasonably experienced as a driver. He's
20   not a new driver.
21 Q.  Okay. What is she talking about when she says that road
22   and weather conditions is an important factor?
23 A.  Motor vehicle crashes are almost always multi-factorial.
24   There are many, many inputs that can come together to
25   bring about a motor vehicle crash. And what she's saying

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 88

1    is consider all the aspects. Consider weather and road
2    conditions as well. Which, according to motor vehicle
3    crash report, the AUTAR report, it didn't have an impact.
4
5  Q.  Do you limit yourself to only what the AUTAR report shows?
6    The officers report?
7  A.  No. I try not to.
8  Q.  Okay. Well, are you taking into consideration that maybe
9    it was raining, it was dark the night that John Britt was
10   killed?
11 A.  I understand that.
12 Q.  Would that make him make it more difficult for any driver,
13   impaired or not impaired, to recognize the hazard and
14   react to it -- to a truck turning in front of them?
15 A.  It potentially could. I don't know that it did.
16 Q.  Okay. What bout John Britt's heath? Do you have any
17   information about his heath?
18 A.  I don't.
19 Q.  Okay.
20 A.  The last information we got as far as his heath goes,
21   comes from his autopsy. And my understanding is that
22   there were not significant health related, or disease
23   process indicated on his autopsy report that I remember
24   seeing.
25 Q.  Okay. Did you utilize the urine test in any manner in

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 89

1 forming your opinions and conclusions? And if so, how?
2 A. Yes. To some degree, but it -- it tends to -- Okay.
3 There was a presumptive preliminary test performed on the
4 urine sample which indicated a high probability that
5 cannabis material was present. That's consistent with
6 and corroborative with the blood findings. However, that
7 was not confirmed by a second, definitive test. It tends
8 to support it. It is not conclusive.
9 Q. Was it -- what was the level in the urine?
10 A. Sufficient to cause a positive in a test.
11 Q. All right. And the cut off is -- for the reporting limit
12 is 50?
13 A. Should be 50 nanograms per mil.
14 Q. All right. And then no -- that was an unconfirmed screen,
15 and it says conformation by a more definitive technique
16 such as -- is that the gas from -- however you say that
17 machine -- some fancy machine?
18 A. It's a Gas chromatograph and mass spectrometry.
19 Q. GC/MS?
20 A. Correct.
21 Q. All right. So, the NMS data recommends to do another test
22 on the urine?
23 A. Standard. That is a standard forensic practice.
24 Q. All right. With regard to the urine test, isn't it
25 difficult to lie on that test in any way and making a

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 90

1 determination of the level of what the THC was?
2 A. Well, you -- you classically don't. That's the point.
3 Q. Do you agree with this, that Dr. Huestis says; (READING.)
4 The law and elimination half life of cannaboids makes a
5 relationship between a positive urine test and accident
6 risk difficult to determine. Do you agree with that
7 statement?
8 A. Of course.
9 Q. Okay.
10 A. All I can say is that -- that again, no definitive
11 determination was made. You don't have the concentration.
12 The positive finding in the urine is consistent in the
13 positive findings in the blood. It, to some degree,
14 corroborates that, but it's not definitive.
15 And in any case, the concentrations in the urine are
16 generally not for a positive findings in urine are
17 generally not held to be related to the presence of
18 impairment.
19 Q. Do you agree with Dr. Huestis' statement that; (READING.)
20 Although laboratory performance measures in driving
21 behavior have shown alterations following cannabis, few
22 studies, unequivocally linked and increased accident rates
23 with cannabis. Do you agree with that statement?
24 A. Its true.
25 Q. Okay.

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 91

1 A. It goes to the difficulties of epidemiologic studies I've
2 indicated before.
3 Q. Do you agree with Dr. Huestis' statement that; (READING.)
4 Also, tasks that are well practiced, such as driving, tend
5 to be more resistant to drug effects. Do you agree with
6 that statement?
7 A. Absolutely true.
8 Q. Dr. Huestis did some -- apparently did some tests with a
9 driving on an open or closed course, and with a flight
10 simulator in one of the articles that you relied on.
11 A. I don't know if she did them, but --
12 Q. -- Well, somebody did.
13 A. -- Well --
14 Q. -- Because she mentioned --
15 A. -- Sure. Those studies have been done.
16 Q. And she says that she's got a table in there, and she
17 says; (READING.) The degree of performance impairment
18 observed in driving simulator task an open and closed
19 driving courses following cannabis is not consistent
20 between the studies. Do you agree with that?
21 A. Yeah. And that goes particularly to the way that an
22 individual study is designed. Which has a big impact on
23 the results. And obviously after realizing you're looking
24 at numerous studies across the board, that different
25 investigators don't automatically conduct their studies in

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 92

1 the exact same way. Use the same criteria, use different
2 tasks that may vary in complexity, in difficulty. T
3 The point being that positivity in a test that
4 relates to impairment is much easier to produce in a task
5 that is quite difficult. Even the most sensitive test of
6 the criteria than it is in a test that is necessarily
7 easier.
8 Q. You couldn't take a -- take her findings that she's cited
9 on this table for you in the article to support the
10 proposition that marijuana always causes impairment to
11 drivers? It -- It would not support that concept, would
12 it?
13 A. I -- I think you would have to go back, go back and look
14 at the individual studies. My opinion is --
15 Q. I'm talking about table three.
16 A. I --
17 Q. The one that she cites here.
18 A. I would have to look at table three. My opinion is that
19 marijuana is an impairing substance, and produces
20 characteristic effects that are dangerous for drivers.
21 Q. My question is with regard to the one test here that I
22 read you, the sentence; (READING.) That the degree of
23 performance impaired observed in driving simulator test,
24 open and closed driving courses following cannabis is not
25 consistent between studies. You couldn't take that one

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 93

1    table there and say okay, this means if you have THC
2    present in your system, you're impaired.
3 A.  Well, you know, I agree. You don't rely on any one thing.
4
5 Q.  All right. Do you agree with Dr. Huestis cites in her
6    article that you relied on, it says; (READING.) In a 1986
7    review of seven driving simulators performance studies,
8    and six on road driving performance studies, Smiley, and
9    he's an author. Are you familiar with Smiley?
10 A.  I've read his papers.
11 Q.  Okay. (READING.) Concluded that after cannabis, drivers
12    tend to reduce speed, are less likely to pass, and
13    increased their following distance in an attempt to
14    compensate for their perceived impairment. Do you -- do
15    you agree with that statement?
16 A.  I certainly do. They can do all of those things.
17 Q.  Do you also agree that their, meaning after cannabis
18    drivers, their comprehension of potential impairment and
19    added concentration could have accounted for the
20    improvement in driving performance observed in some
21    subjects in low dose cannabis studies. Cannabis -- well,
22    first of all, do you agree with that statement?
23 A.  I do. Under certain circumstances, especially when
24    drivers know that they are being examined, they can modify
25    their -- their attention and their concentration on the

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 95

1    time, 1984 -- 1985. Is that right?
2 A.  That is true.
3 Q.  In there, your article says -- well, first of all, let me
4    ask you this; this is an 1984 article. Have you changed
5    your mind about some of it? Is it different now, or --
6    you don't still have the opinions that are in this 1984
7    article?
8 A.  Well, to some degree yes, and to some degree, no. It
9    depends exactly what you want to ask me about, but I don't
10    think that if I just form my opinions back in 1984 and
11    didn't continue to reflect on them in time, as I learned
12    more, I don't think that would be a very appropriate
13    practice. Let me put it to you that way.
14 Q.  What about your opinion in the article in 1984. That it
15    would be very difficult, if not impossible to establish
16    cut off concentrations of THC in plasma that is
17    presumptive of significant effects. Do you still hold to
18    that opinion?
19 A.  Yes. I do, pretty much. There are other authors who
20    profoundly disagree with me on that. As a matter of the
21    fact, I know a lot of jurisdictions believe that a 1
22    nanogram per ml concentration of THC in serum applies, but
23    is an appropriate per say concentration at which there
24    ought to be a presumption of impairment.
25        I don't quite agree with that, because I wouldn't go

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 94

1    tasks at hand, which modifies their performance.
2 Q.  Do you agree with her statement also she says; (READING.)
3    Cannabis reduces a number of attempts at passing other
4    cars, or at risk behavior and contrast that ethanol that
5    increased risk taking. Do you agree with that statement?
6 A.  It certainly can have that affect on some individuals.
7 Q.  Okay. She actually cites two articles that you and Dr.
8    McBay -- but you said that you wrote that article. She
9    cites a lot of references in there. Numbers 279 and 280
10    are you and Dr. McBay. She relies on some articles that
11    you wrote. Now, did you know that?
12 A.  (INDICATES AFFIRMATIVE.)
13 Q.  Excuse me?
14 A.  Yes. I did.
15 Q.  You wrote an article with Dr. McBay in 1985, July 1985,
16    and its Cannabis Pharmacology and Interpretation of
17    Effects. What was the -- let me read the abstract on it.
18
19        (READING.) A selective introductory review of the
20    Cannabis literature is presented. Subjects reviewed
21    include the relative psychoactivities of cannabis
22    constituents, the disposition and distribution of the THC
23    and its metabolites, and the last sentence says
24    pharmacology of cannabinoids in humans is emphasized.
25        Apparently, you were a graduate student at that

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 96

1    that low.
2 Q.  Do you have -- do you have an opinion today as to what
3    level is a cut off concentration of THC that is
4    presumptive of significant effects?
5 A.  I have not formed an opinion on that question.
6 Q.  You do not have an opinion -- you do not have an opinion
7    on that?
8 A.  I have not -- I have not yet seen information that I
9    consider -- let's just put it this way; remain unconvinced
10    on that question.
11 Q.  Okay. In your own observations, and in your own work,
12    have you seen people with varying or different levels of
13    concentration of THC could have different impairment
14    issues?
15 A.  People do vary from person to person. That answer is
16    true.
17 Q.  And that would be -- that would have to do with all those
18    factors that we were talking about earlier? The drug
19    tolerance, driving history, driving experience, health,
20    that -- that kind of thing?
21 A.  And others.
22 Q.  And more factors. What are some more factors that can
23    make a difference with what -- what other THC
24    concentrations actually impairs a driver, besides the ones
25    we already talked about?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 97

1    A.    Goodness gracious. Age, race, sex, health, other
2          medications, a large body of work, developing
3          co-pharmacogenomics, which talks about individuals and
4          their genetic makeup and how the distribution of enzymes
5          in their body that break down drugs can cause different
6          drug concentrations to be elevated or not. All of those
7          kinds of things can have an impact.
8    Q.    All right.
9    A.    One of the biggest things is setting and expectations of
10         the user.
11   Q.    Would that have to do with whether they are an experienced
12         user, or first time user?
13   A.    No. It has more to do -- well, it could. But, what I'm
14         talking about more is a circumstance here of what's going
15         on. Is somebody sitting back at a party some place, are
16         they in a situation where they actively have to pay
17         attention. Our expectations about what effects produced
18         or modified by our environment and what's going on around
19         us. That's all I am trying to say.
20   Q.    One of the articles you cited in your report is number
21         three.
22   A.    And it's a study. Sure.
23   Q.    Huh?
24   A.    It's a National Highway Transportation Safety Article.
25   Q.    Okay.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 99

1          of your -- one of the articles that you referred to. It's
2          the same article that we're talking about, which is
3          Footnote 3. And it says; (READING.) Merit is refers to
4          Marinol. Is that a prescription with the THC component in
5          it?
6    A.    Its true.
7    Q.    Okay. Are there other names for it?
8    A.    No. That's the trade name.
9    Q.    Well, that's a bad question. Are there other drugs or
10         prescription drugs that have the THC ingredient?
11   A.    Yeah. As a matter of the fact, there is one. But, I'm
12         not sure it's marketed in the United States.
13   Q.    Okay.
14   A.    I know it's marketed in Canada.
15   Q.    Okay.
16   A.    That's the only one that I know of that is marketed in the
17         United States currently.
18   Q.    Okay. In your documents there, which I have not looked
19         at. Your working file, your blue folder.
20   A.    (INDICATES AFFIRMATIVE.)
21   Q.    Do you have your calculations in there?
22   A.    They are also in my report. Yes, sir.
23   Q.    Okay. I mean as far as a sheet with pencil to paper
24         calculations where you would get those numbers put
25         together --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 98

1    A.    Yeah.
2    Q.    It says in there with regard to interpretation to blood
3          concentrations; (READING.) It's difficult to establish a
4          relationship between a persons THC, blood or plasma
5          concentration in performance impairing effects. You agree
6          with that statement?
7    A.    Yep.
8    Q.    It also says it is inadvisable to try and predict effects
9          based on blood THC concentrations alone.
10   A.    I do. I agree.
11   Q.    Okay. And it's currently impossible to predict specific
12         effects based on THC - COOH concentrations. Now, that
13         last thing is the THC Carboxy Acid. Is that right?
14   A.    Carboxylic Acid.
15   Q.    Okay.
16   A.    Sure.
17   Q.    So, do you agree with that statement? It is currently
18         impossible to predict specific effects based on THC -
19         Carboxylic Acid concentrations.
20   A.    Alone, yeah. It's a non-psychoactive material. Why would
21         you presume that a non-psychoactive material would produce
22         effects?
23   Q.    Okay. Do you agree -- you've already answered that.
24   A.    I am glad I finally answered something.
25   Q.    What is -- there's a substance that was mentioned in one

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 100

1    A.    -- Spread --
2    Q.    Are they in there?
3    A.    Spread sheet.
4    Q.    Spread sheet?
5    A.    (INDICATES AFFIRMATIVE.)
6    Q.    Okay.
7    A.    It's in the report.
8    Q.    This Footnote 6 is one of the articles, the Huestis
9          articles that you said concerns the models. And if you --
10         I'm not asking you about the -- the postmortem blood
11         issue, because we talked about that pretty extensively a
12         while ago.
13   A.    (INDICATES AFFIRMATIVE.)
14   Q.    But, in there, Dr. Huestis says that overall, models 1 and
15         2, and that's the two models that you'd used, I'm
16         assuming. Is that right?
17   A.    True.
18   Q.    Said they accurately predicted a lapse time after drug
19         use, but they tended to underestimate the actual time of
20         use at later times. If that's what she's saying in that
21         article, wouldn't that mean that you would have a bigger
22         danger if you had that model, you'd have a bigger danger
23         of accusing somebody of being impaired at the time of an
24         event, because your underestimating the time?
25   A.    Yeah. But it specifically says that at a later time, so

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1     you're talking about much further back. If you're much
2     further back, it may predict a time that is much closer,
3     in which case, you'd be in the window. But that's not
4     what we're talking about here. We're talking about
5     predicting an effect on concentration very close to the
6     time of exposure.
7  Q.  So, you don't think that sentence that I just read you
8     there --
9  A.  -- No. It makes --
10  Q.  -- makes any difference about using the models?
11  A.  Not really. It predicts that later time. It says there's
12     a danger at a later time that you would predict earlier,
13     but here, you're talking about earlier times. You're
14     talking about times very close to the time of exposure,
15     clearly.
16  Q.  Okay. I take it from reading some of these articles that
17     -- that the task of determining when an individual used
18     marijuana can be pretty difficult. Is that right?
19  A.  That is true.
20  Q.  And it is the subject of a lot of work by Dr. Huestis and
21     a lot of people that -- one of the articles that you cited
22     in Footnote 7, written in 1993, she says that although
23     numerous behavioral and pharmacokinetic studies of
24     marijuana has been reported, and the answers to these
25     questions have not been read and forthcoming. You would

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1     impaired performance at driving a simulator and on the
2     road tests. Do you agree with her statement there?
3  A.  Generally, yeah. I would like to go back and look at that
4     context a little bit better, but generally, I think that
5     goes back to the whole issue of capability and some of the
6     other variables that relate to a motor vehicle crashes et
7     cetera. We know that marijuana does cause impairment. We
8     know that can be a factor.
9  Q.  She also cites that; (READING.) Unlike cases involving
10     uses of alcohol impairment in the form of cannabis use is
11     not easily correlated to blood or plasma concentrations of
12     THC or its metabolites. Do you agree with that statement?
13
14  A.  I agree with it completely. The fact that we're here today
15     is a reflection of that.
16  Q.  Girard also says the maximum drug effects may occur later
17     than the peak blood concentrations of THC, or its active
18     metabolites. Effects on the -- my hole puncher took my
19     words out -- Continue as blood concentrations of active,
20     as active drug -- here let me let you read this. See if
21     you can supply the missing words.
22  A.  Let me try. I'd be happy to help you if I can.
23  Q.  Down here. That sentence. Wherever that sentence starts.
24
25  A.  Yeah.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1     agree with that, wouldn't you?
2  A.  Sure. It's a very difficult study. Very difficult
3     phenomenon to study. It's been investigated for many,
4     many years. We still don't know a lot about it.
5  Q.  And the time of use is made difficult a lot of times
6     because the toxicologists is often faced with the task
7     interpretation of time of marijuana exposure based on a
8     single THC blood concentration. Will you agree with that
9     statement?
10  A.  I do.
11  Q.  That's what your dealing with here in this case, is a
12     single THC blood concentration. Is that right?
13  A.  That is true.
14  Q.  Okay. Dr. Huestis -- apparently, you hold her in pretty
15     high esteem. Is that right?
16  A.  I do.
17  Q.  Okay. In your Footnote 8, she says, and there again,
18     she's talking about the time the cannabis was last used
19     for determining impairment. It says; in accident
20     investigations, so, and she's talking about the models
21     that you used. She says in there, she's talking about
22     some studies; (READING.) These and similar studies have
23     demonstrated a connection between accidents in cannabis
24     use. But if not established causation by cannabis despite
25     the knowledge that individuals that use cannabis have

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1  Q.  Effects on the --
2  A.  -- effects on the --
3  Q.  Right there.
4  A.  Something. Continue as blood concentrations of active
5     drug decreases.
6  Q.  What is --
7  A.  -- Oh, I think that might be -- I think that might be --
8  Q.  -- What?
9  A.  Wait a minute. Let me read this sentence before --
10  Q.  Go ahead.
11  A.  If you don't mind.
12  Q.  Sure.
13     (WITNESS PURSUES DOCUMENTS.)
14  A.  I can tell you what she's talking about here, but I don't
15     know specifically what she's making reference to.
16  Q.  Okay.
17  A.  Is that if you apply effects versus time for THC in blood
18     serum plasma, that plot would look like a loop. It will
19     actually curve back on its own. And that process is known
20     as hysteresis. And the hysteresis, they way it behaves in
21     that manner is related to the fact that there's a delay
22     between the distribution of the drug from the vascular
23     compartment, from the blood to the point where it produces
24     its effects in the brain.
25     In other words --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

*Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC*

## Dr. Andrew Mason 10/26/2007

Page 105

```
 1   Q.   Okay.
 2   A.   -- There's not an instantaneous production of effects with
 3        marijuana.
 4   Q.   Okay.
 5   A.   Its run on the THC concentrations peak, even while and
 6        ruing someone smokes marijuana, but at the peak effects
 7        occur at a slightly later time, they actually occur at the
 8        time that THC and THC Carboxylic Acid concentrations are
 9        equal.
10   Q.   Okay.
11   A.   That doesn't happen -- that doesn't occur -- that occurs
12        after the concentration.
13   Q.   It's not a linear progression? It's the level of THC is
14        not linear with the drugs --
15   A.   No. And that's obviously the major cause of -- of all
16        this hand-waving and other problems with respect to
17        interpretation.
18   Q.   (INDICATES AFFIRMATIVE.)
19   A.   If it were very simple, I mean, you read several quotes
20        before about comparing the pharmacology of marijuana with
21        the pharmacology of alcohol. Alcohol is fairly concise
22        linear relationship between drug concentrations and the
23        degree of impairment that's produced.
24        And I --
25   Q.   Marijuana is not?
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

---

*Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC*

## Dr. Andrew Mason 10/26/2007

Page 106

```
 1   A.   No. Marijuana is not.
 2   Q.   Okay.
 3   A.   Now, what I will say, though, is one of the things that --
 4        that Huestis and many other investigators have shown is
 5        that after that initial drop, it peaks and then it drops,
 6        and after that drug drop occurs, that primary drug
 7        distribution, then there is a relatively good correlation
 8        between concentrations and effects.
 9   Q.   So, the -- what you take from that, and the rule there --
10        if you want to call it one -- is that you cant extrapolate
11        from the level of THC in the blood to a specific
12        impairment level in an individual like you could with
13        alcohol?
14   A.   The answer is that -- that it becomes much more difficult
15        to do so. Because of the complexities of the pharmacology
16        and the pharmacokinetics -- the -- the way the
17        concentrations change over time. Your exactly correct and
18        that's one of the reasons why scientists have attempted to
19        look at other ways of trying to determine how long it's
20        been since somebody used et cetera.
21        To get a better understanding of what we're dealing
22        with, under the specific circumstances, if there were a
23        direct correlation between the concentrations and effects,
24        it'd be case closed. Why bother going through all this
25        stuff, right? If that were the case.
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

---

*Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC*

## Dr. Andrew Mason 10/26/2007

Page 107

```
 1   Q.   The bottom line is that you just don't know about the
 2        level of impairment?
 3   A.   The answer is that -- that people who have been looking at
 4        these questions for a long time know that when you have a
 5        very high concentration of THC in your blood or your
 6        plasma, they assume you're likely to have a significant
 7        degree of effects.
 8        We know what the characteristics are and we know
 9        what the effects are. Saying that a particular effect
10        occurred in a given individual, at a particular time and a
11        particular concentration is problematic. No questions
12        about it.
13        But I would -- I would say that that phenomenon not
14        only relates to marijuana, but relates to most other
15        drugs, other than alcohol as well. It's a very common
16        problem in Forensic Toxicology to have that kind of
17        situation.
18   Q.   She says also in her article; (READING.) In fatal cases
19        the important variables are the concentration of drugs,
20        and metabolites in ante mortem plasma. Estimating these
21        from postmortem blood has not been well documented. Do
22        you agree with that statement?
23   A.   I do.
24   Q.   And she cites the Girard article that we were talking
25        about earlier.   And as we discussed earlier, Dr.
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

---

*Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC*

## Dr. Andrew Mason 10/26/2007

Page 108

```
 1        Girard says that; (READING.) In the case of blood samples
 2        taken after death, the use of these models, meaning the
 3        Huestis models, to assess the time of cannabis use is not
 4        recommended.
 5   A.   That's what that says.
 6   Q.   And that's the article that she referring to there. I can
 7        show you --
 8   A.   I -- I will take your word for it. I'm not -- what I'm
 9        saying is --
10   Q.   36.
11   A.   -- I'm not --
12   Q.   36. See, there's 36 right after it.
13   A.   Okay.
14   Q.   And I pulled -- that's it right there. It's Exhibit 5.
15   A.   Sure. And I am going to take a good look at that after
16        this deposition is over with.
17   Q.   Would it be true that prior to this deposition, you had
18        not gone back and looked at the Giroud article?
19   A.   I remember seeing the article. I don't remember it in
20        detail.
21   Q.   For purposes of this case?
22   A.   I did not look at that in preparation for this        case.
23
24   Q.   Did you assess what Dr. Huestis is saying in these
25        articles in making a determination whether it would be
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 109

1    appropriate for you to use these models in this John Britt
2    case?
3    A.   I considered it.
4    Q.   I assume -- here's my dilemma.  If you considered it, and
5    the articles, none of these articles that you've cited
6    recommend using the models that you've relied on.
7    A.   Well, the recommend --
8    Q.   Right?
9    A.   Well -- the recommended models -- the question is the
10   applicability of postmortem blood.  I would say --
11
12   Q.   -- Wait a minute.  I want to ask the question, and then
13   you're welcome to say what you want to say.
14   A.   Please, do.
15   Q.   But I am the lay person here.  And I go through and I read
16   these articles and they say that using those models is not
17   recommended.  And then, it refers to Dr. Giroud, and it
18   says that it's not recommended.  Would he -- yet, he says
19   its not recommended and you say that you considered these
20   articles, not the Giroud article, but the Huestis articles
21   -- and then you use the models and I want you to explain
22   to me why you did that if your citing these very articles
23   for authority for doing it.
24   A.   And in other cases, it says that these models have been
25   applied to forensic situations in many, many other

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 111

1    9, it is mentioned in there, and she is talking about the
2    models in there, and it also says not recommended for
3    postmortem blood.
4        All right now.  Take me through -- you've got some
5    more stuff from -- excuse me, I didn't mean stuff.  You've
6    got some more documents from NMS after you did your
7    opinion letter.  And that's in Exhibit 2B.  And what is it
8    in there that had any significance, either by way of
9    confirming or making you re-think or re-look at any of
10   your opinions?
11   A.   Nothing.
12   Q.   Okay.  Is there anything in Exhibit 2B that is of any
13   significance with regard to your opinions and conclusions?
14
15   A.   Only one thing.
16   Q.   What is it?
17   A.   In reviewing the documents that National Medical Services
18   provided, I found out that the analytical tests that was
19   done for THC and THC Carboxylic was not only performed
20   once, but it was performed twice.
21   Q.   Okay.  Show me that document so we can mark it as a sub --
22   if you have it available there.
23   A.   Well, I can tell you its on page 180.
24   Q.   180?
25   A.   Well --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 110

1    countries and received acceptability by many other authors
2    and many other jurisdictions.  And it seems a general tool
3    that can be used.  Is it a definitive tool?  No.
4        The answer is there is no single thing that is
5    definitive.  The answer is that it is a tool that can be
6    applied to the problem to provide information.
7    I'm not relying solely on that for my information.
8    I am also relying on my knowledge of the pharmacology of
9    the materials, the concentrations that are involved.  All
10   of that information comes to -- if that were the only
11   thing I considered, yes.  It would be an issue.  It's not
12   the only thing I considered.  I don't consider it to be an
13   issue.
14   Q.   Okay.  But I am just talking about the models themselves.
15   And their -- to make sure we are clear on this.  There's
16   nothing that you can refer me to in this deposition today
17   with regard to these articles that says it's appropriate
18   or recommended to use the models with postmortem blood?
19   Would that -- would that be correct?
20   A.   The answer is no.  Not sitting here at this moment.  I am
21   going to go back and look at those papers again and
22   consider my opinion on that question.
23   Q.   Okay.  And I want to -- also, the Giroud article, and I am
24   probably really butchering that mans name, but it is
25   mentioned in one of Dr. Huestis' articles that is Footnote

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 112

1    Q.   Okay.
2    A.   The reason why the test was done is on page 180.
3    Q.   The reason it was done twice?
4    A.   The reason why it was done a second time.
5    Q.   Okay.
6    A.   Correct.
7    Q.   Why was it done a second time?
8    A.   Because the analyst questioned the results because the THC
9    concentration was so high with regard to the THC
10   Carboxylic.
11   Q.   Why --
12   A.   -- It was that unusual that she question -- she questioned
13   it.  I don't know if it was male or female.
14   Q.   Do you have that document that we can -- because I will be
15   looking for it later.
16   A.   Page 180.
17   Q.   Are those numbered some where?
18   A.   They are.
19   Q.   All right.
20   A.   I don't know what that's doing in there.
21   Q.   There's 180.
22   A.   Yeah.
23   Q.   All right.  Explain to me the significance of page 180.
24   Explain it to a lay person.
25   A.   Sure.  What it says is -- okay, we've got the results on

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 113

1  this test. I want you to go ahead -- let me see if I can
2  show you --
3  Q.  (INDICATES AFFIRMATIVE.)
4  A.  That's the analite Delta 9 THC, that's the test code.
5  That's the test that was performed. This RS I believe is
6  re-sample 1.0 ml to confirm THC = 7.01 > THC Carboxylic
7  Acid.
8  Q.  Okay. THCC?
9  A.  Correct.
10  Q.  Okay.
11  A.  Initials and date.
12  Q.  All right. The initials MMS, that's the technician?
13  A.  It would either be the technician that performed the test,
14  or the person who reviewed it.
15  Q.  All right. And what's the significance of that -- what
16  you just read?
17  A.  Again, what the analyst is questioning here is why is the
18  THC concentration greater than the THCC?
19  Q.  Okay.
20  A.  That's a very unusual finding.
21  Q.  Okay.
22  A.  Its very rare that you find that distribution.
23  Q.  What could be some reasons for having a reading like that?
24
25  A.  Proximity to the time of use.

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 115

1  A.  -- It's all in 2A.
2  Q.  2A?
3  A.  Correct.
4  Q.  All right. In this -- is there anything else on page 180
5  that is of any significance?
6  A.  Not that I know of.
7  Q.  That's going to be -- let's mark that as sub Exhibit 6, I
8  think.
9  (THEREUPON, EXHIBIT NO. 6 WAS MARKED FOR
10  IDENTIFICATION.)
11  MR. RICHMOND: what has this been marked right here?
12  Right now?
13  MR. ALLRED: Its 2B.
14  MR. MR. RICHMOND: 2B.
15  MR. ALLRED: And then we're going to have 6 -- will
16  be a page in there. Let's flag it so the court reporter
17  can find it.
18  MR. RICHMOND:    Another short break? Good
19  stopping point?
20  MR. ALLRED: If you want to.
21  (OFF THE RECORD 11:56 A.M.)
22  (ON THE RECORD 11:59 A.M.)
23  A.  This would be page 174. Do you want to put a sticky on
24  this?
25  Q.  All right. What is the page 174? Let's see there's the

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 114

1  Q.  All right. Is that's what you think?
2  A.  It's the only --
3  Q.  -- in this case. Right?
4  A.  Correct.
5  Q.  Okay.
6  A.  It's the only reason I know of.
7  Q.  What could be some other ways that you could get a reading
8  like that?
9  A.  I don't know of any others.
10  Q.  All right. Well, why would they do another test if -- if
11  they thought the test was correct?
12  A.  The only answer I can give you is that they wanted to make
13  sure that was actually what they were seeing.
14  Q.  Okay.
15  A.  I don't think that they had any indication that the test
16  was faulty there. Or that it was just -- this is very
17  usual. Let's just repeat this and make sure that the
18  numbers are consistent when we re-run this test.
19  Q.  Okay. All right. Are there any other documents in that
20  Exhibit 2B that you feel like are significant, or that you
21  feel like you used in your opinions and conclusions?
22  A.  No.
23  Q.  Okay.
24  A.  Other than the results themselves. But the answer is no.
25  Q.  Okay. But they are included in --

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 116

1  number. Okay. I think it will be easier to go by the
2  numbers. All right. Page 174 -- what does that say?
3  A.  It shows the results to the tests. From the first set of
4  tests that you asked me about.
5  Q.  All right. And that's got 7.01 Nanograms per milliliter.
6  A.  Correct.
7  Q.  But yet, it's reported on here 6.5. Was their another one
8  that showed 6.5?
9  A.  There was.
10  Q.  Okay. Where is that?
11  A.  In the second -- in the sec -- in the documents below this
12  -- remember we talked about page 180?
13  Q.  Right.
14  A.  If you will note in the comment on page 180 they reference
15  (READING.) Resampled 1.0 ml confirm THC equals 7.01
16  greater than THCC.
17  Q.  Right.
18  A.  You will note that the result from the fist test was 7.01
19  as indicated in that comment.
20  Q.  Okay.
21  A.  See what I am saying?
22  Q.  Right.
23  A.  The initial result of the Carboxylic acid was 5.3.
24  Q.  Okay.
25  A.  Evidentially when they resampled, they went ahead and

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 117

1    locked in that Carboxylic acid result into the system.
2    They accepted that result. All right.
3  Q.  The THCC?
4  A.  Correct.
5  Q.  Okay.
6  A.  And resampled from THC to test for that again.
7  Q.  All right.
8  A.  Okay.
9  Q.  So they only resampled THC?
10 A.  Well, they resampled the blood and they tested for THC.
11 Q.  THC.
12 A.  Okay.
13 Q.  All right.
14 A.  Let me -- I want to make sure I put this back, if you
15     don't mind. So, you are going to keep them in numerical
16     order?
17 Q.  Sure. That's good.
18 A.  We'll try.
19 Q.  I will try -- you want to put a note on that?
20 A.  Sure. If you will go ahead and look at page 233.
21 Q.  All right.
22 A.  And you will see that --
23 A.  That's the second test?
24 Q.  That's the results from the second test.
25 A.  And the results that they released of her THC were 6.54.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 119

1  Q.  And what does that mean?
2  A.  It means that there was insufficient evidence from the
3      anatomical run to demonstrate that is was present at or
4      above the concentration indicated, which would be the
5      report in mine.
6  Q.  Okay. So, does that mean that there was none of the 11
7      Hydroxy Delta 9 THC detected when this test was run twice,
8      and if it's a psychoactive component of marijuana, then
9      there was no Delta 9 Hydroxy THC that could have caused
10     impairment?
11 A.  Well, none detected literally means none detected. It
12     means it did not meet the analytical perimeters for
13     demonstrating that -- that it was present at or above that
14     level. Essentially you can regard that as meaning that
15     the compound is not present. Regardless if it was or was
16     not.
17 Q.  Since none was detected, whatever the perimeter detection
18     reporting limit was, it would be improper to infer that if
19     any of the 11 Hydroxy Delta 9 THC caused impairment.
20     Would that be correct?
21 A.  That is correct. You can't infer present -- confirm
22     something that is not present.
23 Q.  Take me through the metabolism process. If that is how
24     this 11 Hydroxy Delta 9 THC is generated, and where does
25     it come up -- what point of time can you -- on Exhibit 4

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 118

1  Q.  Okay.
2  A.  So those results come from -- the results listed on the
3      report -- they took the THC from the first run -- THCC
4      from the first run, and the THC from the second run.
5  Q.  Okay. Then the -- that -- this next one, the Carboxy
6      whatever is reported at 530 that what you just explained.
7  Q.  Correct.
8  A.  Okay.
9  Q.  What is the other one down here?
10 A.  THC -- 11 Hydroxy THC?
11 Q.  What does that mean?
12 A.  Okay. Remember when we went to Exhibit 4, and I said
13     there were a number of different steps between here,
14     between THC and THC Carboxy steps.
15 Q.  Okay.
16 A.  THC and THC Carboxylic acid. There actually two steps
17     in there, okay? From THC to this; 11 Hydroxy THC, okay.
18     To another compound and then this compound. Okay.
19 Q.  Okay. Let me ask you this question. Is the 11 Hydroxy
20     Delta 9 THC -- ever how you say that -- psychoactive?
21 A.  You did a good job, and the answer is yes. It is.
22 Q.  It is psychoactive?
23 A.  Yes. It is.
24 Q.  Okay. And there was none detected in that sample?
25 A.  That's correct.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 120

1      can you show me?
2  A.  I am going to use a red pen to kind of mark this.
3  Q.  Go ahead.
4  A.  I am going to mark this one one carbon right here at the
5      11 position.
6  Q.  Okay.
7  A.  All right. Mark that guy right here. And the steps that
8      go from here to here would be, and I am saying the rest of
9      the molecule stays the same. Okay. I am only talking
10     about changes at this position.
11 Q.  Okay. That is fine. Go ahead.
12 A.  Okay. This gores from a compound that looks like this, to
13     a compound that looks like this. Okay? CH2OOH -- That is
14     the 11 position, the 11 Hydroxy Delta 9
15     Tetrahydrocannabinol. Okay.
16         From there, it goes to another compound, which is
17     very short lived, and probably the only present for a very
18     short time period, which would be 11 OXO compound, which
19     would be C and a double bond to an oxygen like that, and a
20     single bond to a hydrogen.
21         Okay, so this is 11 Hydroxy -- this would be the 11
22     OXO. And then finally down to this guy. The 11 Carboxy.
23
24 Q.  All right. Tell me how that related to John Britt.
25 A.  It doesn't. They didn't find it.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

1  Q.  Okay. And the fact that it was not detected, what does
2      that mean?
3  A.  Doesn't allow you to reach a conclusion regarding that.
4  Q.  Can you have -- if you had found, or if there had been a
5      detection of 11 Hydroxy Delta 9 THC, what would that have
6      meant?
7  A.  Potentially an increased affect due to the presence of the
8      material.
9  Q.  And how so -- I mean is that actually a metabolite? The
10     11 Hydroxy to Delta 9 THC -- when you get over here on
11     your drawing where the red is, does that -- is that the
12     metabolization process?
13 A.  Yes.
14 Q.  Okay.
15 A.  You also have to realize that this guy here not only goes
16     --
17 Q.  -- The one in the center?
18 A.  Correct. It not only goes to this guy over on the right,
19     through these steps, but it goes many, many different
20     directions. This is only one metabolic --
21 Q.  -- Is it --
22 A.  -- It is the one with most concern, however.
23 Q.  That 11 Hydroxy Delta 9 THC could -- if you found the
24     presence of it, could that shed any light on the timing of
25     use of marijuana?

1  A.  Don't know.
2  Q.  Okay.
3  A.  It would be most consistent with administration per the
4      oral route.
5  Q.  Okay.
6  A.  When you find it, because --
7  Q.  -- Like in brownies or something?
8  A.  Correct.
9  Q.  Well --
10 A.  Unfortunately, I have seen cases like that. But the
11     answer is that -- that when you find -- in cases of oral
12     ingestion, 11 Hydroxy THC concentration usually are equal
13     or maybe even greater than THC concentrations in broader
14     plasma. Okay?
15         So -- because the body handles it in a different
16     manner. You have to realize that when you smoke it --
17     when you smoke marijuana, the THC goes directly in the
18     lungs and is distributed throughout the body, without the
19     filter -- the physiologic filter produced by the liver.
20     Whereas, of course, in cases of oral ingestion. The way
21     it works is it goes into the stomach, it goes into the
22     small intestines and is absorbed; those drugs go via the
23     portal vein directly to the liver.
24         The liver is the organ in the body that is primarily
25     responsible for breaking down drugs. You get what's

1      called a first pass effect, i.e. first the drugs pass
2      though the liver, so, you find differences in metabolic
3      patterns whether the drug is absorbed through the lungs,
4      or whether it's absorbed in the gastrointestinal system.
5  Q.  If this Delta 9 Carboxy THC -- the one we called THC
6      Carboxy Acid on Exhibit 4, that's the same thing as on
7      page two of five in this center right here?
8  A.  Correct.
9  Q.  Okay. If that had been below 5 nanograms per milliliter,
10     then it would have shown over here none detected. Is that
11     right?
12 A.  Potentially, yes.
13 Q.  What --
14 A.  -- It depends. --
15 Q.  -- Excuse me? --
16 A.  -- it depends --
17 Q.  Excuse me. Go ahead.
18 A.  It depends on how the standard operating procedure reads.
19 Q.  All right.
20 A.  They could have reported as none detected. It may be
21     liable under some circumstances to report it is present or
22     trace.
23 Q.  Okay.
24 A.  Et cetera.
25 Q.  Now, this doesn't show -- and by this, I mean the Carboxy

1      Acid, THC -- is not showing higher than the THC. I
2      thought you said a while ago their was one of these that
3      was unusual?
4  A.  Yeah. The THC is high.
5  Q.  High?
6  A.  Higher.
7  Q.  And so you think the THC -- or in a lot of cases you've
8      seen, the THC limit is less than the Carboxy Acid?
9  A.  No. The concentration detected is a lot less than the
10     acid commonly, because you are looking way far out in the
11     distribution -- in the distribution involved. You want
12     give me a blank piece of paper here and I will be happy to
13     illustrate -- I will just draw a very simple concentration
14     time profile for these drugs. Serum, plasma and blood. I
15     have concentration, increasing on the vertical line. I
16     have time, increasing on the right of the horizontal axis.
17
18 Q.  Okay.
19 A.  You let somebody start smoking at time zero, okay, and
20     their concentration of THC increases very, very quickly.
21     Even, in fact, peak time begins to decline even before
22     they stop smoking.
23         Remember I talked about that titration effect? They
24     modify their smoking behavior once they've achieved a
25     level of -- the level effect, the degree of effect, the

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 125

1    type of effect they wish to receive. Okay. They wish to
2    produce.
3        In any case, the concentration of THC declines very,
4    very rapidly. And then, once it gets distributed out of
5    the vascular compartment, the blood, into the organs in
6    the body, the concentration -- the slope changes, and you
7    find that it actually -- it's a curve. You find it
8    declines and approaches zero at long time periods.
9    Q.    Okay.
10   A.    Okay?
11   Q.    That's the THC level?
12   A.    That's THC.
13   Q.    THC?
14   A.    Correct.
15   Q.    Okay.
16   A.    THC Carboxylic acid. This is a person who has no residual
17       THCC. No THC Carboxylic acid. Again, we'll start at
18       zero. Okay. And we'll decline -- pardon me -- we'll
19       increase slowly -- never reaches as high as THC, and this
20       of course indicates that somebody who is smoking, and
21       tends to look something like this.
22   Q.    Okay.
23   A.    Normally, when you get an individual blood in a forensic
24       situation, you're out here. The normal pattern you see is
25       a THCC concentration is much higher than THC. It's very

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 127

1    and the application in particular, and what is their
2    standard operating procedure says. If they abide by the
3    standard operating procedure, then they are doing their
4    job appropriately.
5    Q.    Well, you worked for them, didn't you?
6    A.    Some number of years ago, I did.
7    Q.    How many years did you work for them?
8    A.    From 1992 - 1995 up there.
9    Q.    Okay. What was the procedure at that time?
10   A.    It would be similar to what would have been done here.
11   Q.    Would that include reporting all test results?
12   A.    Not necessarily.
13   Q.    What would be circumstances under which the NMS lab would
14       withhold a lab result or test result and not report it?
15   A.    I would ask them.
16   Q.    Well, was that done when you were there?
17   A.    It may have been.
18   Q.    And what would be some circumstances that you can remember
19       when that was done?
20   A.    On a retest like this.
21   Q.    Okay. But this one was reported. I am talking about one
22       that was withheld and not reported.
23   A.    I can't answer that question.
24   Q.    Okay.
25   A.    I don't know what you're talking about.

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 126

1    rare that you find someone this close to the time of
2    smoking, such that you have THC concentrations greater
3    than THCC.
4    Q.    Okay.
5    A.    That would mean you're in that area.
6    Q.    Show -- oh, okay. You put the -- right in there. We will
7        make that number seven.
8        (THEREUPON, EXHIBIT NO. 7 WAS MARKED FOR
9        IDENTIFICATION.)
10       Were their any test results from NMS that were done
11       and then discarded, or not reported?
12   A.    Only with relation to the THC that I described.
13   Q.    That first test?
14   A.    Correct.
15   Q.    Okay. Should -- should a laboratory report all test
16       results?
17   A.    There is probably not a good blanket answer to that
18       statement. What is really more important is what is their
19       standard operating procedure.
20   Q.    Should the standard operating procedure include reporting
21       all results, including false positive or false negatives?
22   A.    No. it's not either a false positive or a false negative.
23       So that part of the question does not pertain.
24   Q.    Okay.
25   A.    I think -- I think that really depends on the laboratory

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 128

1    Q.    Well, does that mean it didn't happen while you were
2        working there?
3    A.    I have no knowledge whether it did or didn't happen. I'm
4        not sure what you're talking about.
5    Q.    What is this -- if you have a result that is given --
6        let's say if you're testing for THC, and you have a test
7        that's negative; none detected. And then you have another
8        test that may show within the reporting limit, should the
9        lab report both of those test results?
10   A.    Well, you've got a pretty serious discrepancy here. In
11       one case, you've got essentially -- are you talking about
12       no evidence related to tests? Are you talking about below
13       or above administrative cut off?
14   Q.    No. I'm talking about just in general with regard to lab
15       protocol.
16   A.    Yeah.
17   Q.    If you have a test that shows, you know, below the cut
18       off, and another shows that it is detected, should a lab
19       report both of those test results?
20   A.    That would be one way of handling it. I'm not sure I have
21       an opinion on that. I think that -- that under the
22       circumstances you better get with the client and figure
23       out what to do. What is proper.
24   Q.    If a client says don't report the one that is, lets say
25       negative --

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 505 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 129

1   A.   Right.
2   Q.   Would it be appropriate for the lab to only report the
3      positive, or should the lab say; we ran this twice, we got
4      this negative result here, we got this detectable result
5      over here. Here they are.
6   A.   Okay. I think that's going to depend particularly on the
7      circumstances of the case. Let me try and explain one
8      thing here. If you've got a situation where it may be
9      below an administration cut off, but you have evidence
10      that the drug is present, Okay?
11   Q.   Okay.
12   A.   Then it would be appropriate to report the positive. In
13      other words, let's say that you have a cut off at 5.0 and
14      its 4.9. See what I'm saying?
15   Q.   Okay.
16   A.   And then you re-run the test and you get 5.1, all right.
17      And you have evidence that the drug is present. All the
18      characteristics are present. Clearly the drug is there.
19      Then I think you've got to get together with the client
20      and -- and talk to the client about exactly how they want
21      to handle it. I mean I am not sure I can make a blanket
22      statement as to what ought to be done under those
23      circumstances. Depends on what their standard operating
24      procedure read.
25   Q.   Okay. So the answer is get with the client and see what

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 131

1   Q.   A court actually found that your testing was invalid?
2   A.   That my testing was invalid?
3   Q.   Your testing in particular.
4   A.   Not that I know of.
5   Q.   Okay. What -- do you remember being involved in a case in
6      Hawaii?
7   A.   (NO RESPONSE.)
8   Q.   A cocaine test that you did.
9   A.   I do.
10   Q.   And isn't it true that in that case that the court found
11      that your test results were invalid?
12   A.   I don't remember the language they used.
13   Q.   They did --
14   A.   My answer is --
15   Q.   -- They did --
16   A.   -- The answer is --
17   Q.   -- Excuse me --
18   A.   I would like --
19   Q.   Go ahead.
20   A.   They choose not to accept the test results.
21   Q.   And in that case, I think the name -- who were you working
22      for in that case?
23   A.   I don't remember.
24   Q.   There was a Cassani, looks like -- were you working for
25      that person?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 130

1      the client wants done?
2   A.   Pretty much, but tailor -- tailor your response in your
3      laboratory protocol for reporting for what the client
4      needs are and what the circumstances are.
5   Q.   Were you the director of labs at NMS for a while?
6   A.   No.
7   Q.   Did you work for Dr. Millerburg?
8   A.   I did.
9   Q.   Did you work under him?
10   A.   With him.
11   Q.   Were you contemporaries?
12   A.   Correct.
13   Q.   All right. Neither of you were in supervision of the
14      other?
15   A.   Correct.
16   Q.   What was the reason you left NMS?
17   A.   I wanted to come back to North Carolina.
18   Q.   Are you from here?
19   A.   I grew up in upstate New York. My wife is from Chapel
20      Hill.
21   Q.   All right. So you -- you voluntarily left NMS?
22   A.   Yes.
23   Q.   Okay. You ever been involved in a case where a court
24      found that your testing was invalid?
25   A.   Huh?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 132

1   A.   Its been so long, sir, I can't remember.
2   Q.   Okay.
3   A.   One of the parties.
4   Q.   All right. And that was in, I think, 1997. So, that
5      would be before you started this company, toxicologists?
6   A.   Toxicologists.
7   Q.   Toxicologists. I'm sorry.
8   A.   That's correct.
9   Q.   And they refer to you as a Forensic Toxicologist was
10      retained by NMS to verify the results of this test
11      performed. This involved cocaine. Do you remember?
12   A.   That's not strictly correct. At the time, I still had an
13      association with the laboratory. I was an independent
14      contractor for them. I worked for them under contract.
15   Q.   It says --
16   A.   -- I wasn't retained by them.
17   Q.   Dr. Mason, until several years ago was a director for
18      laboratory at NMS. That's -- that's not correct?
19   A.   Nope. I was a director for laboratories. I was not the
20      director of the laboratory.
21   Q.   Okay. And it says you set up the laboratory and tested
22      protocol for NMS.
23   A.   That not --
24   Q.   -- did you do that?
25   A.   That's not true.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 133

1  Q.  You did not?

2  A.  No. I did not.

3  Q.  Okay.

4  A.  I worked for them.

5  Q.  All right. They -- what do you recall about how come the

6     court rejected your findings?

7  A.  What I recall was that there was a discrepancy with

8     respect to the application of the standard for laboratory

9     testing from one type of testing to another. The court

10     applied standards for forensic urine drug testing to

11     postmortem -- pardon me, not postmortem, to behavior

12     toxicology, and there was a difference in opinions with

13     respect to the presence of a particular compound as per

14     National Medical Services tests.

15  Q.  Wasn't the compound cocaine?

16  A.  It may have been.

17  Q.  Okay.

18  A.  Strictly with the respect of the presence of one of the

19     materials that was present, and I don't remember which one

20     right off hand at this time. There was one ion, one mass

21     fragment, which was outside of specification on the

22     script, 20 percent window. Slightly outside the range

23     plus or minus.

24        My opinion as a Forensic Toxicologist was that they

25     never left, even regardless of that -- that ion ration

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 135

1     MR. RICHMOND:     Objection to form.

2     THE WITNESS: My opinion is that cocaine was present

3     in that specimen. He chose to disagree with me.

4  BY MR. ALLRED:

5  Q.  Okay.

6  A.  And that was within his right to do so.

7  Q.  All right. Well, the judge felt like you had wrongfully

8     accused that person of using cocaine.

9     MR. RICHMOND: Objection to form.

10     MR. ALLRED: Would you agree with that?

11     THE WITNESS:  I would say that the judge is entitled

12     to his opinion, sir. I would say that I had a different

13     opinion.

14  BY MR. ALLRED:

15  Q.  Can you explain how you could find, you and NMS could find

16     a thumbprint of cocaine in a sample that they knew,

17     apparently it's a test sample, or a control sample that

18     they knew there was no cocaine in it.

19  A.  I have no memory of that whatsoever.

20  Q.  Well --

21  A.  And quite frankly, I think there must have been a

22     misinterpretation of that. I'm sorry, but no. I have no

23     memory of that whatsoever.

24  Q.  Okay.

25  A.  That's not the way I remember that case.

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 134

1     being slightly outside the window, which is the standard

2     for urine testing, that specimen, excuse me, that

3     compound nevertheless was present.

4  Q.  All right.

5  A.  And I think that was an appropriate interpretation in my

6     mind, on my part.

7  Q.  Do you remember that they did several samples? And they

8     were testing, and one of them apparently was a sample, a

9     known sample contained and no cocaine and you still said

10     that there was cocaine in that sample. Do you remember

11     that being an issue?

12  A.  I disagree. No. I don't remember that.

13  Q.  That's what the judge says.

14  A.  Well --

15  Q.  He says if one were to follow Dr. Mason's reasoning the

16     only conclusion that could be reached from the thumb print

17     is the presence of cocaine. But we know that there was no

18     cocaine in the sample. You don't remember that being an

19     issue?

20  A.  No. I don't.

21  Q.  Well, the judge rejected your findings and if he had

22     accepted them, then you had wrongfully accused that person

23     of using cocaine, wouldn't you?

24     MR. RICHMOND: Objection to form.

25     MR. ALLRED: Based on your testing.

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 136

1  Q.  Okay.

2  A.  The sample that was in question in that case was in fact a

3     -- a sample with a known amount of cocaine in it.

4  Q.  Do you recall talking with a lawyer that had gotten you --

5     I assume a lawyer had gotten you involved in that case --

6     about what the judge had found and why -- about his

7     explanation of those findings?

8  A.  No.

9  Q.  Do you know that apparently there was some Dr. Brennan

10     involved in that case?

11  A.  Well, I --

12  Q.  But he withdrew his opinion, or changed his opinion,

13     because he said he was misinformed, apparently by you, as

14     to what a positive test result signified. Did you know --

15     was that ever discussed with you? Do you remember?

16  A.  No, sir.

17  Q.  Okay.

18  A.  I have no memory of that whatsoever.

19  Q.  Okay.

20  A.  Nobody ever told me that.

21  Q.  All right. Well --

22  A.  I don't remember Dr. Brennan, other that there was another

23     expert there, and I don't ever remember ever talking to

24     him.

25  Q.  In any of these cases involving drugs, you agree that

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 137

1    there is a danger of wrongfully accusing somebody of
2    using, or being impaired by drugs?
3    A.   Of course.
4    Q.   Were you the director of a lab, however you want to say
5       it, along with Dr. Middleburg in about 1993, up at
6       National Medical Services, NMS?
7    A.   I believe I was there at that time. Yes, sir.
8    Q.   You remember a case from Montgomery, Alabama involving
9       carbon monoxide poisoning? Were you involved in that, or
10      was that just Dr. Middleburg?
11   A.   Not to my knowledge, sir.
12   Q.   Let me give you some names and see -- Sierra Whatley and
13      the person that was killed was Clinty Seymore, and Emmy
14      Seymour. It was against Registered Propane Gas. Does
15      that help you recollection?
16   A.   I don't --
17   Q.   Do you remember working on that case?
18   A.   I have no memory of that case whatsoever.
19   Q.   What --
20   A.   No memory.
21   Q.   Well if you don't remember the names --
22   A.   I have never even heard of them.
23   Q.   Okay. If you don't remember the names, do you remember
24      the -- that what happened in the case, the NMS lab had
25      withheld some negative test results --

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 139

1    A.   1993.
2    Q.   Yeah.
3    A.   Sure.
4    Q.   '92 - '95. Would that have been an inappropriate activity
5       to occur in the NMS lab if they were withholding some of
6       the test results?
7    A.   Well, of course.
8    Q.   Okay.
9    A.   But what I can say is -- what I can say is that I'm -- I'm
10      not familiar with that case. I don't know anything about
11      that case, Okay.
12      What I can say is that -- is that the information on
13      cases may come form a different number of sources. You
14      know, maybe multiple submissions from different agencies.
15      Even on the same case without their knowledge.
16      And I don't know whether this is an issue in this
17      case or not, but what I can say is that very often they
18      may not even know when they ask for information on a case,
19      all the information that is available to them. Because it
20      may be under different accounts, it may have been
21      submitted by different people, et cetera.
22      I don't know if that has any bearing on this case or
23      not. But I can understand how somebody can not have
24      complete information. Right now, again, because I am not
25      familiar with this particular case, I don't know what

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 138

1    A.   -- Sir, I have no knowledge of that case whatsoever. In
2       any way.
3    Q.   You don't remember that coming up?
4    A.   No. I have never even heard of it.
5    Q.   Okay.
6    A.   Period.
7    Q.   And that the judge granted a new trial because NMS and
8       they mentioned Dr. Middleburg in here, had withheld test
9       results. Meaning -- and as I recall, that -- that what
10      happened was NMS did some testing that showed -- that
11      would have been favorable to the Whatley side of the case,
12      but they didn't turn that over. They just turned over the
13      information that would have been favorable for the other
14      side. You don't remember that being discussed in the
15      office up there?
16   A.   I've never even heard of that case.
17   Q.   Okay.
18   A.   I've never heard of that case. I've never heard of
19      anything even associated with that case. I have no
20      knowledge of that law suit. I have no connection with
21      that whatsoever.
22   Q.   Dr. Middleburg didn't discuss it with you?
23   A.   I've never discussed that. I've never heard of it.
24   Q.   Okay. Would that have been an inappropriate activity on
25      the part of NMS, and you were there in 1993.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 140

1    happened, the judge says in there that Dr. Middleburg admitted
2    Q.   Well, the judge says in there that Dr. Middleburg admitted
3       that he did not produce the computer printouts from
4       spectrophotomometer -- is that what you test carbon
5       monoxide with?
6    A.   That's one way.
7    Q.   Despite the court order. Apparently, he was -- was -- he
8       was ordered by the court to produce it. So, there
9       wouldn't be any issue about what you described. They
10      didn't know if they were supposed to produce it, would
11      they?
12   A.   Well, again. I have no knowledge about that case, and to
13      that regard, then I would ask you to refer that question
14      to Dr. Middleburg. I don't have any knowledge of it, and
15      I cannot comment on it.
16   Q.   If you had known about that going on back in 1993 or
17      between '92 and '95 when you were there, and you were a
18      lab director, what would you have done about it?
19   A.   Well, that's a good question. I would have started an
20      appropriate investigation and tried to establish what the
21      facts were. I think that's the first thing I would have
22      done.
23   Q.   Okay.
24   A.   What I would have done after that point is I would have
25      looked up what the facts were related to the investigation

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607     (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 141

1     were.
2  Q.  Okay.
3  A.  I would have started asking a lot of questions.
4  Q.  If they had asked you -- they meaning the lab people --
5     with regard to the Whatley and the, I'm sorry, the Seymour
6     case, if they had asked you; should you report all of
7     these results including the negative results, would you
8     have told them that they should be reported or they should
9     be withheld?
10 A.  I don't know anything about the case.
11 Q.  You've told me that.  I am just asking you a hypothetical
12    question.  If they had asked you; should we produce these,
13    we got this court order here --
14 A.  -- If you've got -- if you've got a court order, you'd
15    produce them.
16 Q.  Okay.  We got this court order from the judge --
17 A.  -- Was it a subpoena duces tecum?
18 Q.  Excuse me?
19 A.  Was it a subpoena for everything you've got?  Then you
20    turn over everything you've got.
21 Q.  It was an order from a judge.
22 A.  Okay.
23 Q.  That said turn it over.
24 A.  Then you turn it over.
25 Q.  Would you have told them that they need to turn it over?

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 142

1  A.  I can't imagine why I wouldn't.
2  Q.  Okay.  What was the relation, because you say you were a
3     director, and you say that Middleburg was -- was he a
4     director?
5  A.  He was a director as well.
6  Q.  Now explain that to me.
7  A.  There were a couple of people who were involved in
8     operation.  A forensic side of the laboratory during that
9     time period.  Myself, Dr. Middleburg, and another
10    individual named Dr. Selavka had co-joined
11    responsibilities in those areas.  We each handled
12    different aspects of those areas, worked collaboratively.
13       I'm not sure when this case came to light.  It may
14    have came to light after in fact I left.  But I had no
15    knowledge of this while it was going on.
16 Q.  Well, the order that is signed by the judge is September
17    of 1994.
18 A.  I was still there.
19 Q.  You were then.
20 A.  I was still there at that time, but I don't know why I
21    didn't hear about it.
22 Q.  All right.  Who was the head man, or woman, at NMS labs
23    when you and Middleburg were doing what you were doing
24    between '92 and '94?
25 A.  There may have been various people involved.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 143

1  Q.  Who was the person, the head person in charge, I guess is
2     what I am trying to ask.
3  A.  There were several different people who were involved
4     during that time period.
5  Q.  Okay.  Who are -- who are they?  Can you remember any of
6     them?
7  A.  No.
8  Q.  Let me take a few minutes here, and see if I'm not
9     through.  Have you told me about all your opinions and
10    conclusions?
11 A.  Yes, sir.
12 Q.  One thing I will criticize you about at trial is that if
13    you testify to something different or something in
14    addition to what you told me today, I will criticize you.
15 A.  Sure.
16 Q.  And you said you wanted to go back and do some more
17    reading about Dr. Girard article and maybe some of these
18    other articles you cited, but after you do that, if you
19    change your opinions, I am going to ask you to let you
20    lawyer know and they have a duty to let me know.
21 A.  I understand that.
22 Q.  Okay.  And I may want to take your deposition again.
23    I understand that completely.
24 Q.  Okay.  You've never testified in Alabama, have you?  I
25    didn't see it in the last four years.

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

Landria Britt, et al. v. USA Truck, Inc., et al.   2:06cv868-ID-CSC
## Dr. Andrew Mason 10/26/2007

Page 144

1  A.  Not in the last four year.  I don't -- I may have, but --
2     I don't remember.
3  Q.  To be clear on your report here, let me refer to my marked
4     copy, because it is part of 2A.  When you do your
5     calculations, which is shown as page eight of nine.  And
6     these are based on the Huestis models --
7  A.  True.
8  Q.  -- That we discussed.  Is that correct?
9  A.  True.
10       (PURSUES DOCUMENTS.)
11 Q.  I think that's all I have.  Thank you.
12 A.  You're welcome.
13       (OFF THE RECORD 12:46 P.M.)
14
15
16
17
18
19
20
21
22
23
24
25

REPORTED BY: Amy Chawne Holsclaw
High Country Court Reporting, 585 D West King Street, Boone, NC 28607   (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 145

```
1              CHANGES AND SIGNATURE
2    WITNESS NAME:  DR. ANDREW MASON,      OCTOBER 26, 2007
3    PAGE  LINE  CHANGE      REASON
4         _____
5         _____
6         _____
7         _____
8         _____
9         _____
10        _____
11        _____
12        _____
13        _____
14        _____
15        _____
16        _____
17        _____
18        _____
19        _____
20        _____
21        _____
22        _____
23        _____
24        _____
25        _____
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 147

```
1    NORTH CAROLINA
2    CALDWELL COUNTY
3         C E R T I F I C A T E
4         I, AMY CHAWNE HOLSCLAW, Court Reporter and Notary Public,
5    the officer before whom the foregoing proceeding was conducted,
6    do hereby certify that the witness(es) whose testimony appears
7    in the foregoing proceeding were duly sworn by me; that the
8    testimony of said witness(es) were taken by me to the best of my
9    ability and thereafter transcribed under my supervision; and
10   that the foregoing pages, inclusive, constitute a true and
11   accurate transcription of the testimony of the witness(es).
12        I do further certify that I am neither counsel for,
13   related to, nor employed by any of the parties to this action in
14   which this proceeding was conducted, and further, that I am not
15   a relative or employee of any attorney or counsel employed by
16   the parties thereof, nor financially or otherwise interested in
17   the outcome of the action.
18        IN WITNESS WHEREOF, I have hereunto subscribed my name
19   this 23rd day of September, 2005.
20
21        _____
22              AMY CHAWNE HOLSCLAW
23              Notary Public
24   My commission expires:
25   November 07, 2011
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

---

Landria Britt, et al. v. USA Truck, Inc., et al.    2:06cv868-ID-CSC

## Dr. Andrew Mason 10/26/2007

Page 146

```
1
2         I, DR. ANDREW MASON, have read the foregoing
3    deposition and hereby affix my signature that same is
4    true and correct, except as noted above.
5
6         _____
7              DR. ANDREW MASON
8
9
10   Sworn to and Subscribed before me
11   _____, Notary Public.
12   This_____day of _____, 20____.
13   My Commission Expires:
14
15
16
17
18
19
20
21
22
23
24
25
```

REPORTED BY: Amy Chawne Holsclaw

High Country Court Reporting, 585 D West King Street, Boone, NC 28607    (828) 262-3603

17e93923-21ac-47f7-b7d4-307d6191bae4