IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINSTRATRIX )<br>of the ESTATE OF JOHN W. BRITT, )<br>deceased, )<br>      )<br>    Plaintiff, )<br>      )<br>v. )<br>      )<br>U S A TRUCK, Inc., et al., )<br>      )<br>    Defendants. ) | Civil Action No.<br>2:06cv868-ID |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion in limine (Doc. No. 43), it is

ORDERED that Defendants show cause, if any there be, on or before December 6, 2007, why said motion should not be granted.

Done this 27th day of November, 2007.

                              /s/ Ira DeMent
                              SENIOR UNITED STATES DISTRICT JUDGE