IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06-CV-868-ID |
| | ) | |
| U S A TRUCK, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the plaintiff's motion to compel responses to discovery
(doc. # 47), it is

ORDERED that on or before December 7, 2007, the opposing party shall show
cause why the motion should not be granted.  It is further

ORDERED that oral argument on the motion be and is hereby set on December 10,
2007, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church
Street, Montgomery, Alabama.

Done this 30th day of November, 2007.

              /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE