## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LANDRIA BRITT, as** | ) | |
| **ADMINISTRATRIX of the** | ) | |
| **ESTATE OF JOHN W. BRITT,** | ) | |
| **deceased,** | ) | **Case No. 2:06cv868-ID-CSC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **U S A TRUCK, Inc.; THEODORE** | ) | |
| **LEVERNE JOHNSON; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## OBJECTION TO NOTICE OF DEPOSITION OF RODNEY MILLS
## AND MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendant, **USA Truck, Inc.**, (hereinafter the "Defendant"), and hereby objects to the Plaintiff's Notice of Deposition of Rodney Mills and moves this Honorable Court for a Protective Order under Federal Rule of Civil Procedure 26. In support thereof, the Defendant says as follows:

1.     Mr. Rodney Mills is General Counsel for USA Truck, Inc.  The Plaintiff has noticed Mr. Mills' deposition for December 12, 2007 at Plaintiff's counsel's office, located in Montgomery, Alabama.  (See Notice of Taking Deposition of

Rodney Mills, attached hereto as Exhibit 1). The Defendant objects to Mr. Mills'

deposition going forward in Montgomery, Alabama. USA Truck, Inc., has already

made four representatives available for deposition in this matter. Those depositions

took place in the vicinity of USA Truck, Inc.'s principal place of business in Arkansas.

There is simply no reason why the General Counsel should be compelled to travel to

Montgomery, Alabama to appear for a deposition.

2.     In that regard, numerous federal courts have ruled that a corporate

defendant's deposition should be taken in the venue where its principal place of

business is located in compliance with Rule 45. See Cates v. LTV Aerospace Corp.,

480 F.2d 620 (5th Cir. 1973)(person designated by organization pursuant to Rule

30(b)(6) cannot be required to travel outside limits imposed by Rule 45(d)(2)); Less

v. Taber Instrument Corp., 53 F.R.D. 645 (W.D. N.Y., 1971)(deposition of nonparty

corporation should be taken at its principal place of business); Armsey v. Medshares

Mgmt. Servs., Inc., 184 F.R.D. 569 (W.D. Va., 1998)(there is initial presumption that

defendant should be deposed in district of his residence or principal place of business);

Rapoca Energy Co., L.P. v. AMCI Exp. Corp., 199 F.R.D. 191 (W.D. Va., 2001)(there

is initial presumption that the defendant should be deposed in the district of his

residence or principal place of business).

3.     Finally, the Defendant objects to the extent that the Plaintiff seeks information via Mr. Mills' deposition that is protected by the attorney-client privilege.

WHEREFORE, PREMISES CONSIDERED, the Defendant. requests that this Honorable Court enter a Protective Order that the deposition of its General Counsel, Mr. Rodney Mills, be had in the federal district of its principal place of business.

s/ Lea Richmond, IV
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-l74r)
Attorneys for Defendants

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I do hereby Certify that on the 6th day of December, 2007, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

David E. Allred, Esq.
**LAW OFFICES OF DAVID E. ALLRED**
Post Office Box 241594
Montgomery, AL 36124-1594

s/ Lea Richmond, IV
OF COUNSEL

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LANDRIA BRITT, as Administratrix )
of the Estate of JOHN W. BRITT, )
Deceased, )
           )
           *Plaintiff,* )
           )
vs. )     CIVIL ACTION NO. 06-cv-868-JD-CSC
           )
U S A TRUCK, INC.; THEODORE )
LEVERNE JOHNSON, *et al.*, )
           )
           *Defendants.* )

## NOTICE OF DEPOSITION

**To:**     Thomas L. Oliver, II, Esq.
          Lea Richmond, IV, Esq.
          **CARR ALLISON**
          100 Vestavia Parkway
          Birmingham, Alabama 35216

       Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

           **Deponent:**    **Rodney Mills**

           **Date:**        **Wednesday, December 12, 2007**

           **Time:**        **10:00 a.m.**

           **Place:**       **Office of David E. Allred, P.C.**
                         **7030 Fain Park Drive, Suite 9**
                         **Montgomery, Alabama 36117**

The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Federal Rules of Civil Procedure*. You are invited to attend and cross-examine.

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Deposition* has been served

upon the following counsel of record in this cause by placing a copy of same in the United

States Mail, first-class postage prepaid, on this the 6th day of December, 2007:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

OF COUNSEL