IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-868-ID |
| ) | |
| U S A TRUCK, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTIONS

Upon consideration of the motion to shorten time (doc. # 32), it is

ORDERED that the motion be and is hereby DENIED as moot. It is further

ORDERED for the reasons explained during the proceedings held on December 10, 2007, that the motion for order (doc. # 52) is DENIED. It is further

ORDERED that the motion for protective order (doc. # 53) is DENIED and the objections contained in that motion are OVERRULED.

Done this 10th day of December, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE