IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:06cv868-ID |
| v. | ) ) | |
| U S A TRUCK, Inc. and THEODORE LEVERNE JOHNSON, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is CONSIDERED and ORDERED that on or before December 18, 2007, Plaintiff and Defendants submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of all briefs and supporting evidence filed in support of and in opposition to Plaintiffs' motion in limine/motion to exclude (Doc. No. 43).

For those submissions that exceed 25 pages, the paper courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 12th day of December, 2007.

                                     /s/ Ira DeMent
                                  SENIOR UNITED STATES DISTRICT JUDGE