IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATES OF JOHN W. BRITT, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:06-CV-868-ID |
| v. | ) ) | |
| U S A TRUCK, Inc., and THEODORE LEVERNE JOHNSON, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon CONSIDERATION of Plaintiff's motion for leave to file reply (Doc. No. 58, filed December 11, 2007), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 12th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE