## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LANDRIA BRITT, as** | ) | |
| **ADMINISTRATRIX of the** | ) | |
| **ESTATE OF JOHN W. BRITT,** | ) | |
| deceased, | ) | **Case No. 2:06cv868-ID-CSC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **U S A TRUCK, Inc.; THEODORE** | ) | |
| **LEVERNE JOHNSON; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION FOR SEPARATE TRIALS

COME NOW the Defendants, **Theodore L. Johnson** and **USA Truck, Inc.**, (hereinafter the "Defendants"), and hereby move the Court, pursuant to Federal Rule of Civil Procedure 42(b), to order separate trials on the Plaintiff's ancillary claims of negligent hiring, negligent retention, negligent entrustment, and "negligence of USA Truck, Inc." from the negligent/wanton driving claim against Mr. Johnson. This motion is supported by the pleadings, evidence, and applicable law outlined in the brief filed contemporaneously herewith.

**MOVANT REQUESTS ORAL ARGUMENT**

s/ Lea Richmond, IV
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-l74r)
Attorneys for Defendants

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

**CERTIFICATE OF SERVICE**

I, Lea Richmond, IV, do hereby Certify that on the 17th day of December, 2007, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

s/ Lea Richmond, IV

**OF COUNSEL**