IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased,<br><br>*Plaintiff,*<br><br>vs.<br><br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 06-cv-868-ID<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR EXPEDITED HEARING

NOW COMES Plaintiff **LANDRIA BRITT TYLER**, Administratrix of the Estate of JOHN W. BRITT, Deceased, and moves the Court to set this matter for an expedited hearing at the earliest available time and, for reason, says:

1. This issue arises due solely to the defendants' actions in withholding evidence of Defendant Johnson's marijuana test, requested September 6, 2006, until October 30, 2007, the week after Witness Mason's deposition was taken, as detailed in plaintiff's motion filed contemporaneously herewith.

2. This case is set to be tried on January 28, 2008.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of January, 2008 electronically filed the foregoing *Request for Expedited Hearing* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>    Thomas L. Oliver, II, Esq.
>    Lea Richmond, IV, Esq.
>    CARR ALLISON
>    100 Vestavia Parkway
>    Birmingham, Alabama 35216

                                            /s/David E. Allred
                                            OF COUNSEL