IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-868-ID |
| ) | |
| U S A TRUCK, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the motion for order (doc. # 52), it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 4th day of January, 2008.

           /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE