IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, )  |  |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-868-ID |
| ) | |
| U S A TRUCK, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For good cause, it is

ORDERED that the motion for hearing (doc. # 69) be and is hereby GRANTED and that a hearing and argument on the plaintiff's motion to compel deposition (doc. # 68) be and is hereby set on January 10, 2008, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that at that time the court will hear argument on USA Truck's motion for protective order. (doc. # 66). USA Truck should bring to this proceeding the CD mentioned in its motion.

Done this 4th day of January, 2008.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE