# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:06cv868-ID-CSC |
| v. | ) ) | |
| U S A TRUCK, Inc.; THEODORE LEVERNE JOHNSON; et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CONFLICT AND REQUEST FOR RESETTING

COME NOW the Defendants, **Theodore L. Johnson** and **USA Truck, Inc.**, (hereinafter "Defendants"), pursuant to the Court's Order setting a hearing for January 10, 2008, entered in the above-styled case on January 4, 2008, and notifies the Court of the following:

1.     This Court today granted the Plaintiff's Motion for Hearing (Doc. 69) regarding her Motion to Compel Deposition (Doc. 68). In the same Order, the Court also set oral argument on Defendant USA Truck's Motion for Protective Order (Doc.

66). Hearing and argument on both of these issues was set for January 10, 2008, at 10:00 a.m.

2. Defense counsel has a trial set to begin on January 7, 2008, in the Circuit Court of St. Clair County on the matters of: <u>Kim Griffin, as Administratrix of the Estate of Ernest Earl Griffin, Deceased, v. Quality Carriers, Inc., et al.</u>, Civil Action No. CV-06-348; and <u>Kay Cason, as Administrator of the Estate of Ying Kang Zhou, Deceased, v. Quality Carriers, Inc., et al.</u>, Civil Action No. CV-06-328. These cases are set before Judge Charles E. Robinson for a jury trial which is expected to take approximately two (2) to three (3) weeks to try.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that the hearing on the Plaintiff's Motion to Compel Deposition be reset accordingly.

    s/ Thomas L. Oliver, II
    Thomas L. Oliver, II (ASB-3153-r53t)
    Lea Richmond, IV (ASB-8479-l74r)
    Attorneys for Defendants

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

      I hereby Certify that on the 4th day of January, 2008, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

                                          s/ Thomas L. Oliver, II
                                          **OF COUNSEL**