# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LANDRIA BRITT, as** | ) | |
| **ADMINISTRATRIX of the** | ) | |
| **ESTATE OF JOHN W. BRITT,** | ) | |
| **deceased,** | ) | **Case No. 2:06cv868-ID-CSC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **U S A TRUCK, Inc.; THEODORE** | ) | |
| **LEVERNE JOHNSON; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## DEFENDANTS' DISCLOSURE OF DEPOSITION PARTS
## TO BE USED AT TRIAL

---

COME NOW the Defendants, **Theodore L. Johnson** and **USA Truck, Inc.**, (hereinafter "Defendants"), and, pursuant to the Court's scheduling order (Doc. No. 9) and Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure, disclose the following deposition parts to be used at trial, other than solely for impeachment:

## I.  WITNESSES WHOSE TESTIMONY IS EXPECTED TO BE PRESENTED BY MEANS OF A DEPOSITION

Defendants currently intend to present the testimony of the following witnesses by means of a deposition:

1.   <u>Theodore L. Johnson</u>: Defendants expect to present the testimony of Theodore Johnson by deposition.  The following parts of his deposition are expected to be used: Page 2:6-9; Page 2:20-24; Page 5:20-24; Page 34:1-6; Page 34:15-18; Page 75:16 to 76:2; Page 76:19 to 77:17; Page 78:4 to 79:16; Page 81:8 to 85:16; Page 88:5 to 88:13; Page 89:6-24; Page 141:24 to 144:10.

2.   <u>Brian Brunilli, Quest Diagnostics, Atlanta, Georgia</u>: The Plaintiff has scheduled the deposition of Brian Brunilli of Quest Diagnostics to take place on January 8, 2008.  The Defendants reserve the right to present Mr. Brunilli's testimony by deposition, depending on its substance.

3.   <u>Dr. Laura Labay, NMS, Willow Grove, Pennsylvania</u>: The Defendants are working on scheduling the deposition of Dr. Laura Labay of NMS to take place prior to trial.  The Defendants reserve the right to present Dr. Labay's testimony by deposition, depending on its substance.

4.   <u>Michael L. Neal</u>: The Plaintiffs intend to depose the former safety director of USA Truck, Michael L. Neal, prior to trial.  The Defendants reserve the right to present Mr. Neal's testimony by deposition, depending on its substance.

5.   <u>Dr. Robert Pflug</u>:  The Plaintiff has scheduled the deposition of Dr. Robert Pflug to take place on January 11, 2008.  The Defendants reserve the right to present Dr. Pflug's testimony by deposition, depending on its substance.

6.   <u>Dr. Alfredo Paredes</u>:  The Defendants are working on scheduling the deposition of Dr. Alfredo Paredes to take place prior to trial.  The Defendants reserve the right to present Dr. Paredes' testimony by deposition, depending on its substance and on his availability to attend trial.

7.   <u>Ronald Robusky</u>:  The Defendants are working on scheduling the deposition of Ronald Robusky to take place prior to trial.  The Defendants reserve the right to present Robusky's testimony by deposition, depending on its substance and on his availability to attend trial.

8.   <u>Corporal Gann, Montgomery Police Department</u>:  The Defendants are working on scheduling the deposition of Corporal Gann to take place prior to trial.  The Defendants reserve the right to present Corporal Gann's testimony by deposition, depending on its substance and on his availability to attend trial.

## II.  RESERVATION OF OTHER USES OF DEPOSITIONS

The above-listed witnesses consist of all of the witnesses that the Defendants currently intend to present by means of a deposition.  However, to the extent that any

other witnesses become unavailable to appear "live" at trial between now and trial, the Defendants reserve the right to use their depositions in accordance with Rule 32(a)(3) of the Federal Rules of Civil Procedure. The Defendants reserve the right to use the deposition of any adverse party in accordance with Rule 32(a)(2). Finally, the Defendants reserve the right to use deposition testimony for impeachment and/or rebuttal purposes.

Respectfully submitted,

s/ Lea Richmond, IV
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-l74r)
Attorneys for Defendants

**OF COUNSEL**:

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I do hereby Certify that on the 7th day of January, 2008, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn, Esq.
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred, Esq.
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

s/ Lea Richmond, IV
**OF COUNSEL**

5