IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-868-ID |
| ) | |
| U S A TRUCK, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 4, 2008, the defendants filed a notice of conflict and request for resetting, which the court construes as a motion to continue the hearing and oral argument set on January 10, 2008. (Doc. # 73.) Upon consideration of the motion, it is

ORDERED that the motion to continue the January 10, 2008, hearing and oral argument be and is hereby DENIED.

The parties are hereby notified that following this proceeding, they will meet with the Honorable Truman M. Hobbs, Senior United States District Judge in chambers.

Done this 7th day of January, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE