# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LANDRIA BRITT,** ) | |
| **as ADMINISTRATRIX of the** ) | |
| **ESTATE OF JOHN W. BRITT,** ) | |
| **deceased,** ) | **Case No. 2:06cv868-ID-CSC** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **U S A TRUCK, Inc; THEODORE** ) | |
| **LEVERNE JOHNSON; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO QUASH DEPOSITIONS OF DR. ROBERT PFLUG AND BRIAN BRUNELLI

COME NOW the Defendants, **USA Truck and Theodore Johnson** move this Honorable Court to quash the depositions of Dr. Robert Pflug and Brian Brunelli scheduled by the Plaintiff in the above-styled cause, and as grounds therefor say unto the Court as follows:

1. On or about January 2, 2008, the Plaintiff notified the Defendants of her intent to schedule and notice the depositions of Dr. Robert Pflug and Brian Brunelli for January 9, 2008 and January 11, 2008 by phone. See Correspondence dated January 2, 2008 attached hereto as Exhibit A.

2. Defendants immediately informed Plaintiff's counsel that Defense counsel would consent to the depositions by phone but **would be in trial** during the scheduled dates. See Correspondence dated January 2, 2008 attached hereto as Exhibit B.

3. Plaintiff responded by obtaining alternative dates for the depositions from the witnesses. The dates the Plaintiff received were in the week before trial and the Plaintiff refused to schedule the depositions for that week because it would interfere with her trial preparation. See Correspondence dated January 3, 2008 attached hereto as Exhibit C.

4. The Defendants are actually in trial during the dates Plaintiff scheduled in the matters of: Kim Griffin, as Administratrix of the Estate of Ernest Earl Griffin, Deceased, v. Quality Carriers, Inc., et al., Civil Action No. CV-06-348; and Kay Cason, as Administrator of the Estate of Ying Kang Zhou, Deceased, v. Quality Carriers, Inc., et al., Civil Action No. CV-06-328. These cases are set before Judge Charles E. Robinson for a jury trial and the trial commenced today, January 7, 2007.

5. **The Plaintiff asserts that her trial preparation is a valid excuse for the Plaintiff's unavailability for depositions while refusing to acknowledge that the Defendants actually being in trial necessitates re-scheduling.**

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court to QUASH the Depositions for Dr. Robert Pflug and

Brian Brunelli or in the alternative require the depositions to occur when the Defendants are not in trial.

                                                  s/ Thomas L. Oliver
                                                  Thomas L. Oliver, II (ASB-3153-r53t)
                                                  Lea Richmond, IV (ASB-8479-l74r)
                                                  Attorneys for Defendants

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

## CERTIFICATE OF SERVICE

I do hereby Certify that on the 7th day of January, 2008, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

                                                  s/ Thomas L. Oliver
                                                  **OF COUNSEL**

---

From: David Allred [mailto:DAllred@allredpclaw.com]
Sent: Wednesday, January 02, 2008 4:05 PM
To: Tom Oliver; Lea Richmond
Cc: Kenny Mendelsohn; Craig Allred
Subject: Britt v. USA Truck; Johnson

Dates that we have been given for depositions of the Quest Diagnostics witnesses are: Pflug: 1-11-08 @ 10:00 CST; Brunelli: 1-9-08 @ 10:00 EST. We plan to take these depositions via telephone pursuant to Rule 30 (b) (7), FRCP. This Rule requires a "stipulation in writing". Please advise if the defendants agree to stipulate in writing to the telephone depositions of these witnesses in which event, I will prepare and send you a stipulation to that effect. If the defendants do not stipulate to telephone depositions of these witnesses, they will be deposed in Temple, TX and Atlanta, GA. Please let me know right away about the dates and the stipulation issues.
David

David E. Allred
David E. Allred, P.C.
7030 Fain Park Drive
Montgomery, Alabama 36117
P.O. Box 241594 (36124-1594)
Telephone: 334-396-9200
Facsimile:   334-396-9977
E-Mail:      dallred@allredpclaw.com

From: toliver@carrallison.com [mailto:toliver@carrallison.com]
Sent: Wednesday, January 02, 2008 5:43 PM
To: David Allred; lrichmond@carrallison.com
Cc: kenny@jmfirm.com; Craig Allred
Subject: RE: Britt v. USA Truck; Johnson

I don't have a problem with taking those witnesses by phone, but I can't agree to the dates as we will be in trial.

---

From: David Allred [mailto:DAllred@allredpclaw.com]
Sent: Thursday, January 03, 2008 1:33 PM
To: Tom Oliver; Lea Richmond
Cc: kenny@jmfirm.com; Craig Allred
Subject: RE: Britt v. USA Truck; Johnson

OK - here's where we are: We tried today to get alternate dates for the Pflug and Brunelli depositions, but the dates we were given are in the week before trial which will be too close to the trial date and will interfere with our trial preparation, so we cannot do them during that last week. Both of these depositions are going to be short and will not take much preparation for the defendants. After all, both witnesses are from the defendant USA's own compliance company. Under these circumstances, the only thing I can do is notice them for January 9th (Brunelli) and January 11th (Pflug). I am sorry to have to notice these depositions, but there should be a lawyer in your very large firm who can cover these simple depositions. Also, keep in mind that we could have taken these depositions months ago, but this information was developed late in the case because the Johnson positive test result information was withheld from us until October 30, 2007 and we did not get a response from Quest to our subpoena until late December. I will send out the notices shortly.

---

From: David Allred
Sent: Wednesday, January 02, 2008 9:03 PM
To: 'toliver@carrallison.com'; lrichmond@carrallison.com
Cc: kenny@jmfirm.com; Craig Allred
Subject: RE: Britt v. USA Truck; Johnson

I will try to get some more dates from the witnesses, but please see if you can get somebody to cover them. Also, your other case may settle so these dates would work anyway. I'll let you know what I find out about other dates.