IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased,<br><br>      *Plaintiff,*<br><br>vs.<br><br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,*<br><br>      *Defendants.* | CIVIL ACTION NO. 2:06cv868-ID-CSC |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DELAY HEARING

NOW COMES LANDRIA BRITT TYLER, Administratrix of the Estate of JOHN W. BRITT, Deceased, the plaintiff, and opposes the defendants' motion to delay the January 10, 2008 hearing in this matter (Doc. 73) as follows:

1. The defendants caused the need for a second deposition of their expert, Mason, by withholding evidence from the plaintiff and strategically producing that evidence (the positive marijuana test result of Defendant Johnson) within days **after** the deposition of Mason was taken in Boone, North Carolina.

2. In addition, according to the website of the defendants' firm (www.carrallison.com), the defendants' firm has a total of 67 lawyers with offices within the State of Alabama and a total of 50 lawyers in its Birmingham office. Therefore, if it is a fact that two of the defendant firm's 67 lawyers may have a scheduling conflict with the

hearing, there has been no information offered as to why any of the remaining 65 lawyers in the defendants' firm could not attend the January 10, 2008 hearing.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiff respectfully requests that the Court proceed with the hearing on January 10, 2008 at 10:00 a.m. as scheduled.

Respectfully submitted,

_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:     (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:     (334) 213-5663

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of January, 2008 electronically filed the foregoing *Plaintiff's Opposition to Defendants' Motion to Delay Hearing* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

/s/ David E. Allred
OF COUNSEL