IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:06cv868-ID-CSC |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,* | ) ) ) | |
| *Defendants.* | ) ) | |

## PLAINTIFF'S MOTION *IN LIMINE*

NOW COMES the plaintiff, **LANDRIA BRITT TYLER**, Administratrix of the Estate of

JOHN W. BRITT, Deceased, and moves the Court for an Order *in limine* that the defendants,

defendants' counsel, and all witnesses refrain from reference or mention to any of the

following matters:

I.      Failure of Defendant Theodore Leverne Johnson to appear at trial: In the

event that Defendant Theodore Leverne Johnson fails to appear at the trial of the case,

plaintiff moves the Court to enter an order prohibiting Defendant U S A Truck, Inc. and

defendants' counsel from proffering any explanation as to why Defendant Johnson failed

to appear. Any such testimony would be contrary to Rule 30, FRCP and/or Rule 802,

Fed.R.Evid.

II.    Testimony from defendants' witness, Andrew P. Mason. The plaintiff moves the Court to prohibit testimony from Expert Witness Mason on the grounds and for the reasons cited in plaintiff's *Daubert* motion (Doc. 43) and memo brief in support thereof (Doc. 44) filed on November 21, 2007, which arguments are incorporated herein by reference.

Respectfully submitted,

_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of January, 2008 electronically filed the foregoing *Plaintiff's Motion in Limine* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

/s/ David E. Allred
OF COUNSEL