IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv868-ID-CSC ) |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

NOW COMES the plaintiff, **LANDRIA BRITT TYLER**, Administratrix of the Estate of JOHN W. BRITT, Deceased, and objects to the defendants' exhibits as follows:

1. "All pleadings filed in this case." Plaintiff objects to pleadings being introduced into evidence inasmuch as the pleadings are not evidence.

5. Visual animation created by Van Calhoun: Plaintiff objects to any animation which has not already been exchanged and provided to the plaintiff.

6. Documents, books, articles, publications, standards, and regulations relied upon by Van Calhoun: Plaintiff objects to the introduction of any such documents into evidence inasmuch as Rule 802, Fed.R.Evid. prohibits receiving such documents into evidence.

10. Exhibits 2–4 and 6–8 to the deposition of Mason: These exhibits contain inadmissible and unproven test results from National Medical Services, Inc. and also contain information about the Huestis models which are the subject of plaintiff's motion in limine regarding Mason's testimony as detailed in plaintiff's motion *in limine* and memo brief (Docs. 43 and 44) filed by the plaintiff, which arguments and objections are incorporated herein by reference.

13. Measurements, calculations, data, diagrams, charts, illustrations, or other such similar demonstrative aids regarding the testimony of Mason: Plaintiff objects to any such exhibits which have not already been provided to the plaintiff.

14. Documents, books, articles, publications, standards, and regulations regarding Mason: Plaintiff objects to these exhibits as they are inadmissible under Rule 802, Fed.R.Evid.

15. Litigation packet from National Medical Service: Plaintiff objects to this exhibit, as the documents have not been properly authenticated and the results have not been shown to be reliable.

Respectfully submitted,

 /s/ *David E. Allred*  
DAVID E. ALLRED  
D. CRAIG ALLRED  
Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of January, 2008 electronically filed the foregoing *Plaintiff's Objections to Defendants' Exhibits* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>   Thomas L. Oliver, II, Esq.
>   Lea Richmond, IV, Esq.
>   CARR ALLISON
>   100 Vestavia Parkway
>   Birmingham, Alabama 35216

                                                      */s/ David E. Allred*
                                                      OF COUNSEL