IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, ) ) ) ) *Plaintiff,* ) ) vs. ) ) U S A TRUCK, INC.; THEODORE ) LEVERNE JOHNSON, *et al.*, ) ) *Defendants.* ) | CIVIL ACTION NO. 2:06cv868-ID-CSC |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

NOW COMES the plaintiff, **LANDRIA BRITT TYLER**, as Administratrix of the Estate of JOHN W. BRITT, Deceased, and, in accord with RULE 26(a)(3)(B), *Federal Rules of Civil Procedure* and this Court's Scheduling Order (Doc. 9), designates the following portions of depositions that may be read into evidence at the trial of this matter:

1. Deposition of Theodore Leverne Johnson in its entirety

2. Deposition of Larry Hammond in its entirety

3. Deposition of Michael Weindel in its entirety

4. Deposition of Casey Hansen in its entirety

5. Deposition of Eric McConnell in its entirety

6. Deposition of Van Calhoun taken on October 19, 2007, pages 4-17, p. 27, lines

        24-25, p. 28, lines 1-2, p. 38, lines 13-19, p. 61, p. 64, p. 65, lines 1-18, p. 66, line 19-25, p. 67, p. 68, lines 1-6, p. 75, line 23-25, p. 76, lines 1-3, p.

7. Deposition of Van Calhoun taken on December 17, 2007 in its entirety.

8. Deposition of Dr. Andrew P. Mason taken on October 26, 2007 in its entirety.

9. Second deposition of Dr. Andrew P. Mason - Plaintiff has pending before the Court a motion to compel a second deposition of Dr. Mason. The plaintiff designates the second Mason deposition in its entirety, contingent upon the testimony offered.

10. Deposition of Brian Brunelli, Quest Diagnostics - Mr. Brunelli is scheduled to be deposed before trial. Plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

11. Deposition of Dr. Robert Pflug, Compliance Safety Systems - Dr. Pflug is scheduled to be deposed before trial. Plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

12. Deposition of Michael L. Neal: Mr. Neal's deposition will be taken before trial. Plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

13. Deposition of Dr. Laura Labay, NMS - Should the defendants depose Dr. Labay before trial, plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

14. Deposition of J. Rodney Mills in its entirety.

15. Deposition of Miriam Akewnuba - Mrs. Akewnuba's deposition will be taken before trial. Plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

16. Deposition of Dr. Alfredo Paredes - Should the defendants depose Dr. Paredes before trial, plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

17. Deposition of Ronald Robusky - Should the defendants depose Mr. Robusky before trial, plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

18. Deposition of Corporal T.A. Bradley, p. 119-151

19. Deposiiton of Corporal S.R. Gann - Should the defendants depose Corporal Gann before trial, plaintiff designates this deposition in its entirety, contingent upon the testimony offered.

20. Deposition of John Dill, p. 54-65

21. Deposition of Ruby Dill, p. 46-53

      Respectfully submitted,

      /s/ *David E. Allred*
      DAVID E. ALLRED
      D. CRAIG ALLRED
      Attorneys for Plaintiff

OF COUNSEL:

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:   (334) 213-5663

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this January 7, 2008 electronically filed the foregoing *Plaintiff's Designation of Deposition Testimony* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

                        /s/ David E. Allred
                        OF COUNSEL