IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX ) | |
| of the ESTATE OF JOHN W. BRITT, ) | |
| deceased, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:06cv868-ID |
| ) | |
| v. ) | |
| ) | |
| USA TRUCK, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Defendants' Motion to Reschedule Current Trial Setting (Doc. No. 74), filed on January 4, 2008, it is ORDERED that said Motion be and the same is hereby GRANTED and that the trial of this case, presently set on January 28, 2008, be and the same is hereby CONTINUED to the term of court commencing on the **31st day of March, 2008**, in Montgomery, Alabama.

It is further CONSIDERED and ORDERED that the deadlines for filing requested voir dire questions and proposed jury instructions be and the same are hereby EXTENDED to and including March 10, 2008.

All other deadlines in the Uniform Scheduling Order and Pretrial Order shall remain in full force and effect.

DONE this 8th day of January, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE