IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, </br></br>*Plaintiff,*</br></br>vs.</br></br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.,*</br></br>*Defendants.* | )</br>)</br>)</br>)</br>)</br>)</br>)</br>) CIVIL ACTION NO. 2:06cv868-ID-CSC</br>)</br>)</br>)</br>)</br>)</br>) |

## PLAINTIFF'S SUPPLEMENT TO EXHIBIT LIST

NOW COMES the plaintiff, **LANDRIA BRITT TYLER**, as Administratrix of the Estate of JOHN W. BRITT, Deceased, and supplements her exhibit list by adding thereto the following:

69. Printout from U S A Truck website regarding Qualcomm.

70. Death Certificate – John William Britt.

Respectfully submitted,

/s/ *David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of January, 2008 electronically filed the foregoing *Plaintiff's Supplement to Exhibit List* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Thomas L. Oliver, II, Esq.
    Lea Richmond, IV, Esq.
    CARR ALLISON
    100 Vestavia Parkway
    Birmingham, Alabama 35216

                          /s/ David E. Allred
                          OF COUNSEL