IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-868-ID |
| | ) |
| U S A TRUCK, INC., *et al*, | ) |
| | ) |
|     Defendants. | ) |

ORDER

For good cause, it is

ORDERED that the hearing and oral argument set on January 10, 2008, be and is hereby CONTINUED to January 28, 2008, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 9th day of January, 2008.

                                          /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE