IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-868-ID |
| | ) |
| U S A TRUCK, INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants's motion to quash depositions of Dr. Robert Pflug and Brian Brunelli (doc. # 82), it is

ORDERED as follows:

(1)   On or before January 24, 2008, the opposing party shall show cause why the motion should not be granted.

(2)   Oral argument on the motion be and is hereby set on January 28, 2008, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 10th day of January, 2008.

                                            /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE