IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:06cv868-ID-CSC |
| U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S OBJECTIONS TO
## DEFENDANTS' DEPOSITION DESIGNATIONS

NOW COMES the plaintiff, **LANDRIA BRITT TYLER**, Administratrix of the Estate of JOHN W. BRITT, Deceased, and enters her objections to defendants' deposition designations (Doc. 76) as follows:

1.　Theodore L. Johnson. The plaintiff objects to the defendants' use of the deposition of Defendant Theodore L. Johnson on the grounds that there has been no showing under Rule 32, FRCP, to entitle the defendants the use of the deposition.

2.　The defendants have also tentatively designated the depositions of Witnesses Brian Brunelli, Dr. Laura Labay, Michael L. Neal, Dr. Robert Pflug, Dr. Alfredo Paredes, Ronald Robusky, and Corporal Gann. At the time of filing this pleading, of those witnesses, only Witness Brunelli has been deposed. Therefore, plaintiff reserves the right

to enter objections to the designations of any portions of these depositions, if such designations are made by the defendants.

                                                Respectfully submitted,

                                                */s/ David E. Allred*
                                                DAVID E. ALLRED
                                                D. CRAIG ALLRED
                                                Attorneys for Plaintiff

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of January, 2008 electronically filed the foregoing *Plaintiff's Objections to Defendants' Deposition Designations* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Thomas L. Oliver, II, Esq.
    Lea Richmond, IV, Esq.
    CARR ALLISON
    100 Vestavia Parkway
    Birmingham, Alabama 35216

                                                    /s/ David E. Allred
                                                    OF COUNSEL