# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX of the ESTATE OF JOHN W. BRITT, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:06cv868-ID-CSC<br>)<br>) |
| v. | )<br>) |
| U S A TRUCK, Inc.; THEODORE LEVERNE JOHNSON; et al., | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY

COME NOW the Defendants, **Theodore L. Johnson** and **USA Truck, Inc.**, (hereinafter "Defendants"), by and through their counsel of record in the above-styled cause, and file this their Designation of Deposition Testimony in accordance with the Court's Order, provides the following portions of depositions it intends to offer in response to the portions of depositions the Plaintiff intends to offer:

## I. WITNESSES WHO ARE EXPECTED TO APPEAR "LIVE" AT TRIAL

Among others, the Plaintiff has indicated that she intends to offer portions of the depositions of Dr. Andrew P. Mason, Van Calhoun, John Dill, and Ruby Dill at trial. Defendants presently expect these witnesses to appear "live" at trial to testify.

Therefore, Defendants do not presently intend to offer any portion of their deposition testimony into evidence. Instead, Defendants intend to offer their live testimony. However, Defendants reserve the right to use any portion of their depositions for impeachment purposes and/or in accordance with the Rules of Evidence and Rule 32 of the Federal Rules of Civil Procedure.

## II.  WITNESSES WHO WILL NOT APPEAR "LIVE" AT TRIAL

The Plaintiff has also indicated that she intends to offer portions of the deposition of Corporal T.A. Bradley at trial. In the event that the designated witness does not testify live, the Defendant designates the following portions of the deposition for use at trial in accordance with Rule 32 of the Federal Rules of Civil Procedure.

**A.  Corporal T.A. Bradley:** Pages 6-118.

Respectfully submitted,

s/ Lea Richmond, IV
Thomas L. Oliver, II (ASB-3153-r53t)
Lea Richmond, IV (ASB-8479-l74r)
Attorneys for Defendants

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

# **CERTIFICATE OF SERVICE**

      I do hereby Certify that on the 14th day of January, 2008, a true and correct copy of the foregoing has been furnished by electronic mail using the CM/ECF system which will send notification of such filing to the following:

Kenneth J. Mendelsohn
**JEMISON, MENDELSOHN & JAMES**
1772 Platt Place
Post Office Box 241566
Montgomery, Alabama 36124

David E. Allred
**Law Offices of David E. Allred**
Post Office Box 241594
Montgomery, AL 36124-1594

                                                                  s/ Lea Richmond, IV
                                                                  **OF COUNSEL**