IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as ADMINISTRATRIX ) <br> of the ESTATE OF JOHN W. BRITT, ) <br> deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USA TRUCK, Inc., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 2:06cv868-ID |

### ORDER

It is CONSIDERED and ORDERED that a status conference is hereby SET on Thursday, January 24, 2008, at 9:30 a.m., in chambers D-300, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of January, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE