IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased, )<br><br>*Plaintiff,* )<br><br>vs. )<br><br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*, )<br><br>*Defendants.* ) | CIVIL ACTION NO. 2:06cv868-ID-CSC |

## RESPONSE TO SHOW CAUSE ORDER

NOW COMES the plaintiff, and in response to the Court's Order (Doc. 92) regarding the defendants' motion to quash the depositions of Dr. Robert Pflug and Brian Brunelli, the plaintiff says that the defendants' motion is moot inasmuch the Brunelli deposition was completed on January 9, 2008, and the Pflug deposition was completed on January 11, 2008, both by agreement.

Respectfully submitted,

/s/ *David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiff

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:   (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of January, 2008 electronically filed the foregoing *Response to Show Cause Order* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Thomas L. Oliver, II, Esq.
> Lea Richmond, IV, Esq.
> CARR ALLISON
> 100 Vestavia Parkway
> Birmingham, Alabama 35216

/s/ David E. Allred
OF COUNSEL