IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LANDRIA BRITT, as ADMINISTRATRIX** )<br>**of the ESTATE OF JOHN W. BRITT,** )<br>**deceased,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**USA TRUCK, Inc., et al.,** )<br>)<br>    **Defendants.** ) | Civil Action No. 2:06cv868-ID |

**ORDER**

Pursuant to the discussions at the status conference held today, it is CONSIDERED and ORDERED that Defendants' motion for protective order (Doc. No. 66), Plaintiff's motion to compel deposition/motion to strike expert (Doc. No. 68) and Defendants' motion to quash depositions of Dr. Robert Pflug and Brian Brunelli (Doc. No. 82) be and the same are hereby DENIED as moot.

DONE this 24th day of January, 2008.

                        /s/ Truman M. Hobbs
                        SENIOR UNITED STATES DISTRICT JUDGE