IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LANDRIA BRITT, as ADMINISTRATRIX** ) <br> **of the ESTATE OF JOHN W. BRITT,** ) <br> **deceased,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **USA TRUCK, Inc., et al.,** ) <br> ) <br> **Defendants.** ) | Civil Action No. 2:06cv868-ID |

## ORDER

Upon CONSIDERATION of Plaintiff's Motion in Limine/Motion to Exclude Certain Purported Expert Testimony of Andrew P. Mason, Ph.D (Doc. No. 43) and pursuant to the discussions at the status conference held today, it is CONSIDERED and ORDERED that a <u>Daubert</u>[1] evidentiary hearing be and the same is hereby SET on March 13, 2008, at 10:00 a.m., in Courtroom 2-D, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further CONSIDERED and ORDERED that the deadline for the parties to file requested proposed jury instructions be and the same is hereby RESET from March 10, 2008 (Doc. No. 88) to **February 15, 2008**.

DONE this 24th day of January, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993).