IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-868-ID |
| ) | |
| U S A TRUCK, INC., *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In light of this court's order denying the motion for protective order, motion to compel, and motion to quash as moot (Doc. No. 97), it is

ORDERED that oral argument on the motion to compel, motion for protective order, and motion to quash set for January 28, 2008, be and is hereby CANCELLED.

Done this 25th day of January, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE