IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LANDRIA BRITT, as Administratrix of the Estate of JOHN W. BRITT, Deceased,<br><br>*Plaintiff,*<br><br>vs.<br><br>U S A TRUCK, INC.; THEODORE LEVERNE JOHNSON, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:06cv868-ID-CSC<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Landria Britt, as Administratrix of the Estate of John W. Britt, Deceased, by counsel, and Defendants, USA Truck, Inc., and Theodore Leverne Johnson, by counsel, and, having reached a full and final settlement agreement as to all claims, hereby stipulate that this matter be DISMISSED with prejudice, costs taxed as paid.

/s/ Kenneth J. Mendelsohn
KENNETH J. MENDELSOHN

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED

Attorneys for Plaintiff

OF COUNSEL:

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:   (334) 213-5663

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977

    /s/ *Thomas L. Oliver, II*
THOMAS L. OLIVER, II
LEA RICHMOND, IV
Attorneys for Defendants

OF COUNSEL:

CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama   35216
Telephone:   (205) 822-2006
Facsimile:   (205) 822-2057